UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>*Plaintiff*,<br><br>v.<br><br>BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive,<br><br>*Defendants*. | CIVIL ACTION NO. 24-cv-002387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**BUNGIE, INC.'S *EX PARTE* MOTION FOR**
**EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

Defendant, Bungie, Inc., appearing for the sole purpose of this motion without waiver of any rights or remedies, moves this Court for an additional twenty-one (21) days from October 31, 2024, or up to and including Thursday, November 21, 2024, to file responsive pleadings in this matter pursuant to Local Rule 7.8. Bungie, Inc. represents that additional time is necessary to obtain further information and to complete necessary investigation preparatory to filing responsive pleadings. In accordance with Local Rule 7.8, Bungie, Inc. also represents that there has been no previous extension of time to plead in this matter and that, as of the date of filing the instant Motion, Plaintiff has not filed in the record an objection to an extension of time. Furthermore, undersigned counsel has contacted counsel for Plaintiff who has no objection to the requested extension.

WHEREFORE, Bungie, Inc. respectfully requests that this Court grant its *Ex Parte* Motion for Extension of Time to File Responsive Pleadings, and that Bungie, Inc. be provided an

1

additional twenty-one (21) days, or up to and including November 21, 2024, to file responsive pleadings in this matter.

Dated: October 30, 2024

                        Respectfully submitted,

                        */s/ Kelly E. Brilleaux*
                        KELLY E. BRILLEAUX (#33030)
                        CONNOR W. PETH (#39499)
                        IRWIN FRITCHIE URQUHART MOORE &
                        DANIELS LLC
                        400 Poydras Street, Suite 2700
                        New Orleans, Louisiana 70130
                        Telephone: (504) 310-2100
                        Facsimile: (504) 310-2101
                        kbrilleaux@irwinllc.com
                        cpeth@irwinllc.com

                        *Counsel for Bungie, Inc.*