## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>   *Plaintiff*<br><br> v.<br><br>BUNGIE, INC., a Delaware Corporation;<br>DOES 1-10, inclusive,<br><br>   *Defendants* | CIVIL ACTION NO. 24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## ORDER

Considering the foregoing *Ex Parte* Motion for Extension of Time to File Responsive Pleadings filed by Defendant Bungie, Inc.;

**IT IS ORDERED** that the motion is **GRANTED** and Bungie, Inc. has an additional twenty-one (21) days, or up to and including **November 21, 2024**, to file responsive pleadings in this matter.

**New Orleans, Louisiana, this 31st day of October, 2024.**

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**