**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MATTHEW KELSEY MARTINEAU,

*Plaintiff*,

v.

BUNGIE, INC., a Delaware Corporation;
DOES 1-10, inclusive,

*Defendants*.

CIVIL ACTION NO.: 2:24-cv-02387

JUDGE SUSIE MORGAN

MAGISTRATE JUDGE MICHAEL B. NORTH

## BUNGIE, INC.'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Bungie, Inc. ("Bungie") states that it is a corporation, and that Sony Interactive Entertainment, LLC owns 10% or more interest in Bungie's stock.  No other publicly held corporation owns 10% or more interest in Bungie's stock.

Dated: December 20, 2024

Respectfully submitted,

IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC

/s/ *Kelly E. Brilleaux*
Kelly E. Brilleaux (#33030)
Connor W. Peth (#39499)
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
kbrilleaux@irwinllc.com
cpeth@irwinllc.com

**DLA PIPER LLP (US)**
Tamar Y. Duvdevani (*pro hac vice forthcoming*)
Jared Greenfield (*pro hac vice forthcoming*)
1251 Avenue of The Americas, 27th Fl.

1

New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

***Counsel for Bungie, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of December 2024, I served a copy of the foregoing pleading on counsel for all parties to this proceeding via e-mail, facsimile, and/or mailing same by United States mail, properly addressed, and first-class postage paid.

*/S/ Kelly E. Brilleaux*

2

1615755526.1