UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>        *Plaintiff*,<br><br>  v.<br><br>BUNGIE, INC., a Delaware Corporation;<br>DOES 1-10, inclusive,<br><br>        *Defendants*. | CIVIL ACTION NO. 24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**BUNGIE, INC.'S RULE 12(B)(6) MOTION TO DISMISS
ALL COUNTS OF MARTINEAU'S COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Bungie, Inc. ("Bungie"), which submits this Rule 12(b)(6) Motion to Dismiss Plaintiff Matthew Kelsey Martineau's Complaint and all claims against Bungie. Plaintiff's Complaint fails to set forth any viable claims against Bungie because Plaintiff failed to plausibly allege that Bungie copied constituent elements of Plaintiff's work that are original, and, specifically, that the Complaint fails to plausibly allege factual copying by Bungie and that the works incorporated by reference into the Complaint are not substantially similar as a matter of law. Plaintiff additionally fails to plausibly allege entitlement to statutory damages. For these reasons, and those set forth more fully in the attached Memorandum in Support, Plaintiff's Complaint should be dismissed in its entirety.

Wherefore, Bungie, Inc. respectfully prays that this Court dismiss Plaintiff's Complaint and all counts against Bungie, Inc., with prejudice, and further requests an award of the fees and costs Bungie, Inc. incurred in defending this claim pursuant to 17 U.S.C. § 505.

1

Dated: December 20, 2024

                                        Respectfully submitted,

                                        IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC

                                        /s/ *Kelly E. Brilleaux*
                                        Kelly E. Brilleaux (#33030)
                                        Connor W. Peth (#39499)
                                        Irwin, Fritchie, Urquhart & Moore, LLC
                                        400 Poydras Street, Suite 2700
                                        New Orleans, Louisiana 70130
                                        Telephone: 504-310-2100
                                        Facsimile: 504-310-2101
                                        kbrilleaux@irwinllc.com
                                        cpeth@irwinllc.com

                                        **DLA PIPER LLP (US)**
                                        Tamar Y. Duvdevani (*pro hac vice forthcoming*)
                                        Jared Greenfield (*pro hac vice forthcoming*)
                                        1251 Avenue of The Americas, 27th Fl.
                                        New York, New York 10020
                                        Telephone: 212-335-4500
                                        Facsimile: 212-335-4501
                                        tamar.duvdevani@us.dlapiper.com
                                        jared.greenfield@us.dlapiper.com

                                        *Counsel for Bungie, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 20th day of December 2024, I served a copy of the foregoing pleading on counsel for all parties to this proceeding via e-mail, facsimile, and/or mailing same by United States mail, properly addressed, and first-class postage paid.

                                          */S/ Kelly E. Brilleaux*