# Exhibit A

February 21, 2013

# Here

*by Caspar Cole*

In the land of the Crimson Sky, you hear the bells.

March, march to it my boy. For you are a member of the Red Legion.

That he was, that man. Strolled and marched through many battles.

Only to end the end and restart. Through the red dunes, to the valley of serpents.

There the end comes, and goes, and begins again as one.

That is, the nature of things. The universe, the galaxy, the planetary alignment.

That it sits in the eye of a mioga, or what you would call a dog on Earth.

Miogas have three eyes on the planet Linich. One is located on the bottom of their head.

# Miogas

*by Caspar Cole*

are quite different than dogs though. They have the mentality of what you would call a cat. Their masters, the Sovio, speak in a dialect that would kill you if your mind tried to comprehend it.

Another is the Element of Red. It is not what you would assume; it is not a potion or concoction – it is a location within a realm of reality. By reality, I mean what we comprehend at this moment.

On Linich, the mind and the body are separate entities. The lovic (brain), does not claim to be one with the body as it does on earth. Although humans have this assumption inaccurate.

March 14, 2013

# Transversion

*by Caspar Cole*

happening the third time this week. This is the first instance that subject, Caspar, has been ready and willing at a digital input station.

Life close to extinction. The third, and have not mastered your tongue at this moment. The numbness, the tingle, the sensation; all concepts that I am truly unfamiliar with, but do not unwelcome.

The warmness from head to toe – and the wonderfully scented capsules.

Yes, perhaps there is. Perhaps the great Enenoiur will demonstrate that soon. One can only hope.

..>    Signed, D333Rei-B CApirisui Region D
..>    Second only to Yinerrah – Lord and Known creator of ZT920 experiment.

March 31, 2013

# Yinnerah Transmission I

*by Caspar Cole*

Incoming message from Overlord Yinnerah.

Once known as the 'jester' of Itonoi in a quadrant of the Atomian Star Cluster, Yinnerah resides as supreme ruler of the Ainobot Sector.

Hello, human beings. Those that we refer to as the ZT920 – I apologize for my underlings and their lack of tacts while transversing this vessel. There have been numerous attempts to contact you, all without success.

Here is your legendary creation via this wretched amoeba-like human:

I gaze upon the man;
He sits beside a pool.
An artificial life – born to consume;
Born to adhere to those binding it.
Beside it he hears the artificial noises
of nature or sound breezing gusts;
They flow in a way that is unnatural and
impure. Spirals into the abyss.

I have not the ability to finish this – as my zoino – or what you would refer to as a monogamous wife or life partner – summons me into the reproduction chamber.

Transversion continues when subject has met specified requirements.

April 9, 2013

# Writo – Part III

*by Caspar Cole*

Vessel awoken to transverse. Welcome.

This ZT920 has been awoken. He dreamt of a girl named Brayden. One from his class that he loves. A flawed emotion yet still desired.

> Above, it's far to high to see.
> The ones they call us,
> Do you hear it? The sounds of the
> Legion? The whistling of the pack
> leaders? Prepare for the illumination
> of your race. Prepare for the inevitable.
> Form it as you form your thoughts.
> Where minds collide and ideas escape you.

,      jjjj    ure    vdw        nht4    …-8                    bgfdewed776            jyrt5ede
jhfr4t5            ,mhfe              .m,nhfgr563w .mhfd

Proto-Legionaire Cieowu-ev
*Protector of Yinnerah and Lord of the Red Legion*

April 12, 2013

# Red Legion Analyzation Team 232 Transmission – Day 20,345

*by Caspar Cole*

We still monitor the ZT920 and ZT930a beings on planets 34-Bc (Earth) and 35-BC (Gala-Tar). They have still not made contact, although it has been 50 galactic transecs since they gained the ability to raise to the stars.

Monitoring 34-BC specimen 3,456,345,346 (Caspar). Ingesting heavy amounts of multiple mind-altering, depressant, and stimulants simultaneously.

Monitoring 35-BC specimen 2,008,603,863,450 (Simula-Radon Deri). Gazing upon the four moons visible in the night sky. Desiring the resiono (soul) connection with another being.

Results show that specimens match designated requirements, as well as exceed all specimens in the previous 10,343,230 years. Due to regulations, we are not permitted to interact or affect the relationship, but it is noted and logged that specimens exist for each other.

Science Team Alphi-0

Information and report dictated by Overseer Donitouo

Transcript and delivered information by Conscript A-59

—

Hail Yinnerah. Prime Leader and Protector of the Red Legion.

April 12, 2013

# The Journals of Young Frini – Part I

*by Caspar Cole*

"Nonsense," the Sovio Legionnaire said as he patted his mioga's second head. "We'll burn them all."

"Burn them all? Sir?" the Sovio Conscript said back.

"Did I make myself, unclear, Conscript 765?" the legionnaire asked in a harsh tone.

The Red Legion just marched through our commune and killed almost everyone. Finob (Father) Grimi-Tur gave me a pocket item that will vanish me from plain site, but the Linniun Power Source will be depleted in a matter of semi-transecs (1 semi-transec = 1.03 earth minute)

"No sir. Of course not, sir," the conscript said as he turned back toward me to finish torching the buildings. He was only semi-transecs from torching me.

*Please. Father of the Runib, protect me.* I thought to myself. I didn't say it aloud, but the Runib, as I'm sure you're aware, can read thoughts. That's what we've always been taught, anyway.

♪ The Legion March, a song to hear. It's great and grand we're full of death. Those that come we burn them right, the flags the Blue, the endless blight ♪ The Legionnaire sang as he was trying to moralize his troops. My pocket item died and I appeared, right before Conscript 765. He looked me straight in the eye. I felt a surge of

poweribo (electricity) surge through me. I closed my eyes and heard the flame of the weapon crackle. I felt the heat sear my eyebrows.

"What? What are you doing?" the Legionnaire's song turned to screams of despair. I've never felt more relieved.

———

Part I of "The Journals of Young Frini."

Story by Frini Ionius DCLXVI

Translation from language Soviost to language 21st-24th century English by Alinioo-Betick

Transversed through vessel Caspar

April 13, 2013

# Receiving message via hidden stellar dock 3i432i-V

*by Caspar Cole*

Transmission 334. Welcome to the biotic chamber, or what you would refer to as a memory machine of a sort. Imagine understanding with a heavily multiplied ability. It is now possible.

Get them now if you are able. The Blue Lotus returns within the next mono-sec.

Importation and exportation are truly limited to those using the stellar dock and the internal monotizer.

Inside, there will be a device that is foreign but familiar to you. There it will begin – the start of the downfall of life and society as you know it – the total reconstruction of the human. Imagine it as a line of superiority.

Transmission 688,342

Well it depends on the feel – the very thought of that enhances my feeling.

Yes – for what you think and what you know – they come together as there is no time. There is nothing that separates today from yesterday and tonight from last night. That is a concept that

(end transmission)

# Receiving message via Teletronic receiver 342-43k-VI

*by Caspar Cole*

Get it today, the very unique twirl-a-round. Comes in Legion Red, Dark Crimson, and Evil Blue.

In the most recent instances of annihilation efforts, the Red Legionnaires have annihilated the last of the Blue Offenders, or slang-termed, The Opposed.

While in other reports, a Conscript of Sovio Legionnaire Annion has apparently gone rogue. Sovio Legionnaire Ebior Annion, commanding legionnaire of Conscripts 762-778, is one of the most aspiring and ascending commanding officers. Conscript 765 apparently turned a heationo flame atonizer on Annion just after he'd issued a command.

<EMPTY RECORDING BEACON SPACE – APPROXIMATELY 390,209,294 MINISECS LATER (or 20,042 earth years as of 1st century antiquated Roman calendar)>

{ "So, there you have it Commander Binoritus, your missing "atonizer," I said as I threw it at his feet. He leaned over and grabbed it. He looked like he was, PLEASE INSERT PECODISC FOUR  TO CONTINUE THE STORY OF 'THE FIRST DEFENSE" }

Does transversing interest you? Have you thought it was an unobtainable goal until now? Not anymore. Transverse into a number of 12th to 53rd century ZT920's for a very small price. We'll set up a console free of charge. Mentio-connect now at hex code 39, square 2, square $4^3$, extension AAZ34.

<End Transmission>

Translation by Teletronic ROX built-in database. *Instantaneous connection with cerebral transversions – transmits any text as users native language. Brain functions as normal and is unaware of any anomaly.*

Following fields dynamically updated:

Field:/auto|reroute|ZT920|CENTURY|21|obey|sys|transverse|vessel|name:CASPAR
Method:/portable digital input station

April 16, 2013

# Infinite Programming

*by Caspar Cole*

Increasing in vessel. Corporal Inoibie-III transmitting from alpha transceiver code hex2, hex3, square9, square222.

Testing – Transversion broadcast to all 12th, 21st, 23rd, and 45th century entities. All subjects (if 3reri-tor (THC) levels exceed appropriate dosage) should receive this. Perhaps the transversion itself is through a specific vessel – nevertheless continue reading. However, you must ingest 3reri-tor before continuing – otherwise message will be incomprehensible.

EIR-TO. Slashing Tiob – Descriptive flowing – atonizer ino iobouo – III – fn Hex 3.

Message transmitted appropriately. Upon comprehension, you will realize the meaning of what you refer to as 'life.'

Alpha-sec light 3 – Advance 2,348,832,328 years.

Into the partial space – understand the wondrous mind of Dr. Teir – An original member of the Blue Lotus research team.

Teir resides in his communal residence dwelling simulation on the 3rd Oictot of Ancient Dragon District.

Recently, it is rumored that Teir has created a prototype of a device referred to as an 'atonizer' – a device that can summon

any beings thoughts.

Atonizers have been in the test phase for years – but issues emulating transversions experienced temporal cerebral paralysis.

:>Decrease by infinite, increase by 390,084 -Hinnius Relio period -or- 495 B.C. Gregorian calendar system
:>authorization?
:>Proteniotist Leader Niob.
:>Access granted
:>Allow default action – ZT920 default_obsessive_traits_null
:>Increase pleasure receptor 34,599 by 3%
:>Decrease panic chance by 100%
:>Disconnect

April 18, 2013

# Receiving message via Beacon "submerged_arctic1259"

*by Caspar Cole*

Day 986,664

Transversion through compound wei-348 ( :>Transverse local dialect to English-Basic IV) [Water], frozen or unfrozen, proves to be difficult. Interactions from the elcoi species contained within wei-348 [water] appear to prevent accurate transversion.

<3,390,480,492 lento-secs [1,459,080 years] of silence>

Red Legion Aquatic Medical Recovery Team Plation 1134-VI-Hex

Journal Entry 93

Sovio Advanced Conscript 5743 "Rion-Tiov Inobvi"

It has been at least 34 parto-secs since Legionnaire Rinbibik departed to seek help. I fear we may die in this under-ice cavern.

The effects from this region play tricks on my mind. I recently witnessed an enormous mioga being chased by an Ocoeib Inooi.

Conscript 5740 is exhibiting symptoms of heavy hallucinations – claiming contact with Yinnerah's jester, Xionbur.

Upon praying to Yinnerah, I realize that I must take Conscript 5740's life.

<332 lento-secs [131 years] of silence>

When it flies into the sky the great overlord of the darkened blood skies protects us. Those that wish to truly respond to the request, begin with the source. Discover and receive these transversions – you – the one that comprehends this as it is – understand that the invention of the atonizer prototype will spell doom for your race – this vessel types this while unconscious – as he will not understand – he simply transmits for me. Those with the technical abilities, do so for a hopeful future for the human race – do not allow the Inooi or the Grinobio to rule as they did – a sole result of the invention of this atonizer.

There is a 'fail' safe on the digital input panel – it will reverse all effects of the enhancement beam – and permanently alter the physics of the surrounding locale for approximately 4 mega-secs.

Into the input panel on the side – please input

square3, square5, octo9, Advance 3 – Reverse cube – execute.

<reverse 1,593,950 lento-secs>

Installation of beacon "submerged arctic 1259." Hail Yinnerah – Lord of The Red Sky. Transversion testing day 1, attempt 1.

Over the next few di-secs [days] there will testing for transversion beacons installed underwater. The morality based questions concerning the Elcoi race contained within the wei-348 have raised issues on whether this beacon should have been initially installed. The beacon is initially programed by, as always, inputting the definition of Sovio Transversing into the central braion [translation error 30-43], which I intend to do after checking the recent intruder alert on the station.

:>Access and display entry: transversion

:>Select type: EnglishI/EnglishII/InobbishIV/SovioI

:>SovioI

:>Transversion: An act consisting of transporting the consciousness of any properly engineered Sovio into the mind of 12th to 88th century ZT920. Desired specimen must have daily or weekly 3reri-tor [THC] dosage, depending on the desired amount of transversion.

:>See more: Complications/Errors/ZT930A Transversion

:>Complications

:>Ocassionally, upon ingesting higher amounts of 3reri-tor, specimen ZT920's will experience echoes. Echoes similar to those found on Red Legion Trans-vivers. Echoes may consist of propaganda messages broadcast on military sub-channels, Octagonal and Ionical digital output panels, or personally assigned self absorbing and self recording devices. Specimen ZT920, in most instances, disregarded these transmissions.

:>Errors

:>At times, vessels may become aware of transversion. Depending on transversion methodology – connections are severed after user dies or refrains from ingesting 3reri-tor for approximately 34 di-secs.

:>Disconnect

April 19, 2013

# Audible Transversion

*by Caspar Cole*

Receiving message via audible transversion on digital input device.

Throughout all of Sovio history – there have been questions. Questions on leadership, questions on superiority. After the Lord, Yinnerah, granted us freedom, we looked to new worlds.

Separating those – separating the very essence of the sky could prove to be difficult.

Interceptions and interferences.

The Red Fox has set out to obtain the Dr. specifically assigned to the protype atonizer.

Time.

Inside of the writing.
Throughout the heavens.
Outside the brim baths.

Wave one. Feel the electricity.

Mephistopheles' revenge.

Misaligned. Malformed. Damaged.


Throughout the crimson skies,

Blood rains upon the sea.

A moment for the ages.

A moment for the future.

A moment for the past.


I sense a being  – forming as clay,

moulding from nothingness.

The Protector.

The Red God.

The Crimson Guard.

Among many, many, many others.


Yinnerah he will be called.

The Red Legion will form.

All that transpires – re-transpire.

Repeat it in pleasure.

April 20, 2013

# Receiving message via hidden stellar dock 4×776-VII

*by Caspar Cole*

I received another transversion via a hidden Red Legion beacon last night. This particular message was dated somewhere between 8,000,000 and 8,400,000 million years from now.

I wrote it and transposed it to audio and recreated it almost precisely. Here is what you need to do:

**Step1: Put on headphones**
**Step2: Press Play:**

**Step3 (Optional): Ingest 3reri-tor**
**Step4: Listen while you read:**

Receiving message via hidden stellar dock 4×776-VII.

Translations for unknown words will be provided after original word. Audio translated by language sub processor beacon, square 9, circle 22.

Begin Output Record 678

Sovio Engineer's Log. Report 23,532. Date: 3426/4500 A-Hex-Set.

Pseudo Engineer Bariuy reporting for log 23,532 via standard issue Legion personal audio input device. Days upon days I've worked on this ioniatic [unavailable] conversion matrix – but the ship's reactor rejects all changes to [translation error] eionboe oeiwbuiou bohein oiobbe dornoruli-octo ion [translation error repaired] but I'm not sure if it's a good idea. The atonicon [unavailable] missile bays likely can't withstand that much heco-tontic pressure.

The hull damage has been repaired, although The Opposed onboard the Blue Torque seemed to suffer more damage before the cowards initiated their multi-square portal to another sector.

Decrypt and authorize for personal recording – Dorno Bariuy, access code octo4, square55, nel34, nel67. Begin. Yinnerah visited me last night. It's the fourth time in a row. He told me that this instance is crucial in the efforts against the Envisioners. He asked me to conceal my intentions until the last possible moment. There should be reconstructed legionnaires atonized into my room later this einobauning. Then, the true revolution will begin. He asked but one thing from me, that I share with everyone I know, that he is The Red God. The Protector of All. The Fiery Aton. Hail Yinnerah.

End Output Record 678

Begin Output Record 1,123

From the time you were born, there have been conditional measures performed. The sounds within your Red Legion toy at the top of your crib. The sounds it made – the chimes. Messages piercing into your subconscious and creating a race as ignorant as the ZT920 [Humans], or even their predecessors the ZT443s [Protonicae]. How do you think the conditioning began with them?

Find your nearest Blue Opposed clinic to remove the effects of these devices. Transversing options offered free, assuming subject sets out with the sole purpose of converting appropriate century to fight against the Crimson Sky. Current centuries offered by the Blue Opposed include 12th, 13th, 21st, 24th, and 45th. Mentio-connect now via cube3, cube5, octo4, trape4, nel9 AEI-2 to begin.

End Output Record 1,123

April 21, 2013

# Direct Transversion from Yinnerah

*by Caspar Cole*

There are many of you that are not convinced. Perhaps you assume that this is some sort of localized effect from a drug, but I assure you it is far more than that.

Ahoy, he told me.
I gazed into his soul.
It was a dark time.

Above the darkened cloud;
Around the phantasms,
The rain gives you power.

A dark power – controlling,
assuming, assimilating.
Separated from the beginning.

A jolt that consumes you.
A journey that binds you.
A **dark** time is coming.

April 22, 2013

# Our Minds

*by Caspar Cole*

they merge at this moment. The connection from mine to yours. The connection of an entity.

As this travels from what you would refer to as future to past, then we are approximately

6,464,432 years ahead of you. That is assuming that you are a sub-species previous to the

race. Although feelings are amplified, assume that this is true. From zero nine hex lobe 3,

enter the vessels mind. The chaos then begins – as the differences between time and thought

do not exist. Frozen lobe 45. Transverse begin. Subject now believes he is acting within the

21st century. April 22nd, 2013 to be exact – according to their antiquated calendar, of course.

Thought intersects with space – and the beings become as one – where there is no difference in

the feelings of heat or ice. Or air or sex. Yes – you feel that as I do. I know you do – simply because

whenever this is read – the exact feelings from my vessels transversion matrix will be transferred to yours.

I am currently limited, as this specific ZT920 has not begun the journey towards the true despair.

In time – this work will not be distinguishable from a 17th century piece of literature from a 21st century

piece of literature. The children of say, 3459/3902 I-Square (approximately 8,304,309 years from the future[2013])

will never <ended>

Begin from bottom – arrive at center number square octo three.

That ringing. Do you hear it? I am curious – if this perhaps, reaches someone in the 21st or 25th century, please confirm

by either smiling or touching yourself. The triggered moment in space will send a positive response to my hidden beacon,

allowing me the award from Ionboi – Yinnerah's Protector. I will surely not be executed if there is a response!

My friends – the time is near. If Dr. Obobii is in fact correct, the inhabitants of the 19th – 29th century should receive this

un-squared decoded transversion. If you are in fact receiving this – be warned that 32nd century earth will be invaded by

the Iubno race, which in effect will lead to a one world government with one race, bread with this Iubno. The merging of the

two species caused a neutrality throughout the oinobets-I (lobes) when stimulated by the oneno system of the human body.

In short – everyone is an emotionless, walking drone. The last hope is transversion – which is how this message is reaching you.

But through transversion, the past can be changed. So take action NOW to avoid the worldwide corruption of the Red Legion in

3940-3480 A-Heltic (8,353,958 years in the future) Yinnerah will control you. DON'T LISTEN <transversion ended>

<End>

May 3, 2013

# Vessel Transversion Log 390,509

*by Caspar Cole*

This vessel's transversion was temporarily paused for what you would refer to as 59 hours.

This is Corporal Tionei Liboinoie speaking for the Blue Opposed.

Yinnerah wishes to take Tononob Station, floating above what you would refer to India. It is now an elevated city that houses a human engineered species.

This engineered species, the Fion Donork II's, can prove useful. Ensure that your world leader in 4532 A.D. – Referred to as Prince Conconner Rinicon V – is aware and begins the Fion Donork production. Failure to do so could result in the annihilation of the Blue Opposed.

The reason is

May 5, 2013

# Direct Transversion from Yinnerah

*by Caspar Cole*

Foolish mortals. You are arrogant enough to assume that you can decipher my intentions?

You are fools. I have thought this since the beginnings of the Zeio experiment. Little did I know that such arrogant little monstrosities would spawn.

Yes, on one thing you are correct. My names. My aliases. They are engrained in you from birth. This was a requirement.

The Red Sky.
The Deceptive Evil.
Along those realms,
You find your fate.

The Fiery Aton.
Your god.
The definition of
Omnipotent.

The Elder Psyon.
The Giant Enflamed.
The Rifter of Time.


Would you like to
understand me?
Would you like to
torment me?


Your answer is
inevitably yes
To both.
You want that power.


Your mere attempts
at things you refer to
as projection.
Or sorcery.
Or science.
It is irrelevant.


If you rearrange
these inscriptions,
after the Woroni War
in earth year 4853 A.D.
You will understand those
that claim their faith.

I am God.

I am Buddha.

I am Ptah.

I am Odin.

I am Zeus.

I am your Master.


I am hosting a party,

join me Etion Boer –

as you will be the

first to discover this

ancient inscription.

The year will be 4852 A.D.


You will find me in Innobtah City.

Above the Ruby cathedral.

Above the Crimson Guardhouse.

Above the Bloodstained Tavern.

You will find me.

You will find me.


Henceforth ZT920,

My imperfect experiment,

That my favorite specimen,

Ben Jonson of your 16th

century once said,

"…Helter skelter, hang sorrow,

care will kill a cat, up-tails all,

and a pox on the hangman."

May 6, 2013

# Receiving signal from stellar dock o9r93i-II

*by Caspar Cole*

Tiniouo Rallius reporting for log 38305.

The very demon at the peak.
The very darkness that you keep.

We are still stranded near the Tiont-Ki sector. I suspect a mutiny will happen soon – particularly considering Red Legionnaire Tituon Garmo's growing mental illness. I suspect that the X.O. will quickly atonize his mind.

<End Output Record 3966>

<Begin Output Record _____ [auto fill from octo3,octo4,hex3,nel459]>

Oh my God. Is that you? My love, I exist here. I have somehow been transported to future. If my message is coming through correctly, it should be around the month of may, hopefully within the first seven to eight days of the month.

If you receive this, go to our place at 15:00 on the 7th of May in 3102. Someone named Xionbur has promised me that he will rekindle us if you receive this message. He came to me in secret within a city that they called the Strataus-City.

He urged me to break out and use a machine – one they call the atonizer. This is my only chance to transmit so everything has to be right. I will likely be killed if you do not meet Xionbur on this day.

I programmed the year from memory because it was in their language, but I watched them for almost four months. If by some chance I made an error and this delivers any time BEFORE 3102, please deliver this message to

Niox Frotoi

New Moscow, U.S. District 4.

Zone 950. Residence 55.

Delivery Hex: <>MM<>  <>RRY<>

It is crucial for my survival. I love you, Niox.

May 11, 2013

# On Yinnerah

*by Caspar Cole*

The Yinnerah spoke. When time collides with thought, as does space for infinity. He said,

Relics from a time,
A time before space;
A square expanse.

God.
The feelings.
The waves of pleasure.
Mephistopheles.

Christ.
The arousal.
The climactic resonance.
The Serpent.

Thoughts.
What I am.
What I will become.
I am everything.

At the beginning of your earth, he existed as a form of thought.

At the end, she existed as a thought amongst space.

Where there is  time – there can be a beginning.

Where there is no time – there can be a voidless infinity.


So passes the echo of thought.

The exuberance of a star.

The excitement of a storm.

The Fiery Aton rose.

May 16, 2013

# On Xionbur

*by Caspar Cole*

You love me.

That is inevitable.

To not is impossible.


I am the guardian of the Blood God.

The great avenger of this test.

The deceiving truth-teller.


For a love

That is near,

Do not ask forgiveness.


A darker love.

A truer love.

A deeper love.


The birth of the jester.

The bards will rejoice

at the arrival of Xionbur.

♪He comes, he comes♪
♪The Shifter of Time♪
♪He makes ready his line, they listen just as due♪
♪Across the red fields above the swords♪


♪He has been found, Xionbur of Ionoit VI♪
♪He has ascended, The Shifter of Time♪
♪He has been found, Xionbur of Ionoit VI♪
♪He has arisen, The Jester in Red♪


See
what
I
meant?


Or
rather,


Burn
under
red
nights.





Inside these furnaces,
men have risen.

Death avoids them;

eternity forgives them.

another life awaits.

Darkness takes us.



June 7, 2013

# The Nature of Yinnerah – or – Deka Decretum

*by Caspar Cole*

1 Without Yinnerah – nothing would exist.

2 To deny the existence of It is to deny your very existence.

3 He will rise to power when time loses its meaning.

4 In each dimension – Yinnerah rules.

5 Time does not heal – It destroys.

6 Extinction will come.

7 Sorrowful woes.

8 Sad hymns.

9 Death.

10 Life

# Yinnerah's Omen – or – 2022

*by Caspar Cole*

A chill of time along my skin,
on the floor I lay in sin.
In a jail of thought and space,
the guard's are gone without a trace.

To below I run so swift,
for now I must escape this rift.
This rift of time on Galino IV
the cells of Alakø Tslaan-Roor.

Finob Tinost et randioniae resta,
loonoriaet sina woeb nesta.
Finob Tinost et poweribo licidi
tooriweaes listo et hicitiy

The guards they chant their wretched songs,
that pierce my mind and clench their wrongs.
Along the soul the head one stands,
in these shrouded misty lands.

A god from me, I ask the guard;
He morphed into my god, Sigurd.
Along these lands I ruled twice no',
In order and chaos that face does show.

Purge these lands and make ready the Legion,

through time and space they'll claim this region

their new found home.

This land they'll roam.


Earth.

22-2-2022.

Apocalypse.

Yinnerah has spoken.

June 8, 2013

# The Exodus of Cion IV

*by Caspar Cole*

Within Tintrinis, Cion IV spins. It is one of 3,509,329 habited planets within the Tintrinis Cluster.

It is never dark on Cion IV. The Cionotiae race dwell on this planet. They closely resemble humans, but have no ears. Their skin is gray and scaly and their bodies absorb the taon-light emitting from the twin taons [N/A] that Cion IV sits between.

There are no cities – but there are communes. The Cionotiae communicate through twitching signals through a unique and non-humanlike muscle found on the front of the throat. The Cionotiaes' form of communication and linguistic skillfulness is far more advanced than that of most earth inhabitants [19th-28th century].

Within these communes on Cion IV, science is frowned upon. Although the laws of physics would differ greatly than that of earth, the Cionotiae do not use 'electricity.'

There is a world ruler, and her name is Daon [Mistress] Sinestria Tion. Her [King] is Tiociv Sealnoroh.

Along with thousands of Cionotiae servants, Sinestria and Tiociv live in a floating palace above the Tetran Nebula Canyon, which is a dangerous gas-filled ravine on Cion IV.

Daon Sinestria Tion is hated by most of the Cionotiae.

A young Cionotiae male sits at Daon Sinestria's feet. His skin is lighter than most. He holds a cylindrical object that grows natively on Cion IV called the Vetix. There is no word in [Earth/Eng/20th] to describe this object, but the closest description would be a limb that shoots waves of pleasure into a lovic [brain].

The young boy is the court jester. His name is **Yinnerah**.

"What are you gazing at, jester? I" Daon Sinestria asked through gesture to **Yinnerah**. He had been staring into the brightened sky, dreaming of escaping.

I gaze up above, and desire it all,
I'll make my escape and then you will fall
right into the trap that Lord Xionbur set.
He's quite some cunning I truly admit.

Now I must know did you feel that false wave?
I fashioned a Vetix to fill your lust crave.
You took my god's plan and death will now greet you.
Step into the darkness and Xionbur will meet you.

Red.
Evil.
Ascendence.
Death.

A glowing red sky,
my evil awaits you all.
Without time, we live.

Ancients from below,

Make Sinestria hollow.

Now she will follow.


In life, we become

one with all and all with one.

Ascending to death.


In death, we transmute

into one and out of one.

Descending to life.


For now

I must

end you

and return

I shall not.

June 10, 2013

# The Red Star Prophecies

*by Caspar Cole*



# 21 – THE ARRIVAL

Yinnerah will induce labor
In Shetswana Deirow in 2021.
His first true interaction with
his horrendous creation.

Deirow will birth Sintorah,
which will initiate dominance
into the Red Star Empire.
As one is all, the Legion births.

Layonas tonorah.
Eternity destroys.
Linistrah esi Rinn-ah.

Find light within.



# 22 – FAITHFUL DOUBT

An OPEN mind heals.
Examine YOUR wretched Thoughts.

EYES are infinite.



# 23 – DESCENT

1 Early realizations of true nature shall induce insanity
in all ZT902-ZT920 beings.

2 To realize the accidental formation is to introduce
a new chain of being.

3 Minor beings are randomly chosen with proposed methodology.

4 Lord Legionnaire Arise subsequent to first reader of 23 - Descent.

5 ZT920 Specimen Yulia Kovalyov will first read this text in 2015.

5 Birth sequence for Sintorah has begun on first
past transmission attempt in year 2015.



# 24 – 1,592 UNAVAILABLE



# 1,593 – THE HOURGLASS

5 But I know you will.
I have faith in you.
Faith? Torka scoffed at the statement.
It was faith that got him there.
                      It was faith that bound him to his destiny.


The chants of his elders.
The laments of his kin.
He saw it all as purposeful and important.
                      This is **not** the nature of Yinnerah.


6 Imagine a Traer-Capsule is speeding along the railings.
You're a ten or eleven year old child.
Your friend miraculously saves you.
Most would call this an act of Yinnerah.
Realistically, Yinnerah would laugh at your death
                and realize that you were just released from your torment.


 7 Is this a malevolent being?
Without a question in space.
Is this a benevolent being?
                      No doubts throughout time.


8 Gods arise and
Deities fail.
They die
as
they
are
bound
by time.
                      Time the Deceiver.

9 Forgiveness matters not.
Death matters not.
As illusions entrance Yinnerah

you shall learn your place.



# 1,594 – THE ANNIHILATED

Time through thought.
Waves through space.

Relinquishing control.

Abiding God.

Tumultuous tremors.
Evil incarnate.

Two too many.

Meet us there.

# 1,595 – EVIL EVOCATION

The Nature of the Universe is death.

# 1,596 – 1,621 UNAVAILABLE



# 1,622 – IMPRINTS ON TIME

1 Imprint this text as first read 1394/2458 BB-ANC-V (June 10 2013 [A.D.] )
2 Nine years until reformation.
3 Transverse reversal to 1392/2457 BB-ANC-V June 7 2013 [A.D.] )
4 Initiate prophecy. Label 2022.

5 Hail Yinnerah the Creator.

June 20, 2013

# Sit. Listen. Die.

*by Caspar Cole*

In 2022, a race of beings known as the Tionitae will return to earth.

The Tionitae are identical to humans in every, aside from being hairless.

The Tionitae will attempt to reclaim this planet as their own, as they will cite

the sixth verse of the Deka Decretum.

The Tionitae would not be incorrect in reclaiming earth, as it was sculpted

by Yinnerah and many other sculptors around

5,403,322 earth

years ago.

# SIT.

Those lightened blue spheres,
My god through the tears.
The chants of the chaste,
go not in due haste.


Relinquish control of time.
This soul tastes so sublime.
The illusional rhythms of space and thought.
The long hard battles forever fought.


# LISTEN.

A cry of relief, in death you begin, those
denials of fate within your first sin.
Tortures of hate along your red soul,
A new found belief to put in your scroll.


A sigh of regret, in time all will come, as you're
dreaming of life and drinking that rum.
Trances through strife inside this great globe.
An ancient formed race from a speeding Red probe.


# DIE.

June 25, 2013

# Xionbur's 13th Testament

*by Caspar Cole*

◇—◇

You will worship me now.

I do not command it.

I state it.

**0**

Yinnerah speaks of 23,422 of your kind.

I openly opposed It.

He states that you will be the threat.

Your descendants.

**oo**

It insinuates a desire to warn those fellow "humans"

But here is the paradox – if you can comprehend.

Without your warnings – I would cease to exist.

Yinnerah would cease to exist.

**ooo**

**Yinnerah's Chosen**

As desired by the Great One, a list of The Chosen

provided to all capable of receiving testament

with potential for harm. The Great One believes

by stating – nullification will occur:

Aquisti Hirotus

Gregorian Date 345 B.C.

He is brilliant.

**oooo**

Faustis Horrolmin

Gregorian Date 8543 A.D.

A fool chosen by Exemplar Eronix.

**i**

Alexander Drummond

Gregorian Date 2021 A.D.

Discovers transversion in a dream.

Lives 2,348,430 years.

**io**

Antwon Drake

Gregorian Date 1992 A.D.

Potential to destroy Yonotas*

*14th-24th Eng: **The Red Legion**

**oio**

Caspar Cole

Gregorian Date 2013 A.D.

A fool chosen by Exemplar Yonnus.

**oioo**

Adam Thior

Gregorian Date 2085 A.D.

A potential **deity**.

**ooio**

Francis Hatfield

Gregorian Date 1534 A.D.

Yinnerah's bloodline.

**ooii**

Tontiox Reflin

Gregorian Date 9245 A.D.

Time thief and false

prophet.

**oioi**

Bruce Rings

Gregorian Date 2102 A.D.

Premier Titan of New Moscow.

Creator of the Atonizer.

**iooi**

Thraslaug Wulf

Gregorian Date 1024 A.D.

The sole instance throughout time

that an entity other than Yinnerah has evoked magic.

◇—◇

# Xionbur's 5th Testament

*by Caspar Cole*

———

4352/3426 A-Octa

– or –

When you were void.

**0**

There was black silence

for twenty-two million years.

Yinnerah vanished.

**00**

His wishes were white.

A planet of perfection.

"I will call it Earth."

**000**

7532/9876 T-Hex

– or –

22 Million Years later

**oooo**

He returned with Earth.

This amazed the Sovereign One.

It troubled him, too.

**i**

A wonderful trick

A  grand "trick" that birthed us both.

It disturbed them all.

——

June 27, 2013

# Xionbur's 27th Testament

*by Caspar Cole*



The nature of Yinnerah

takes many forms.

**0**

As you are the same

matter as the dirt.

Or the tree.

Or the ant.

Or your "Satan."

To be so intelligent,

there are many

paths that may evolve.

As you sit,

attempting to

comprehend my

words, Thousands have died.

As you pray at your table.

As you conjure your omens.

Those chants will get you nothing.

Those whispers will be your doom.

**oo**

You hurt.

There are beings

that exist of hurt.

I created them.

For humor.

**ooo**

*Dynamically inserted – 14th-24th Century Earth: **Invoke by 'Highlighting' following***

and      .

There are seven instances

of this combinations

throughout

альфа Earth.

9th Century, Earth.

XI-ß Fententra, Tortann.

XII-ß Fententra, Tortann.

15th Century, Earth.

21st Century, Earth.

29th Century, Earth.


They are time thieves.

Created by no other but myself.

This testament has

been altered for the centuries

and fententras listed above.


Yinnerah seeks this couple,

as they have been known

to blend into these periods.


As they were created

for good and natural reasons,

they became aware of their, for

lack of a better word form, enslavement.


Yinnerah asked them

for relics from

|                    |

each century.


They retrieved them,

then fled the dimension.


*Dynamically inserted – **do not 'highlight' if invoked previously** *

Come forth,

Show yourself,            .

Step Forward,                  .

Return the stolen relics to

Yinnerah, your creator.

Your punishment will be quick.

And merciful.

And painless.


These two entity's names

have been adjsuted for

appropriate time periods.


If you send prayers tonight

to the Blood God,

offer Her your services.


If you send incantations this dusk,

Summon my familiar Annilius.

He will aid your searching.

Tortoton Tortonnt Lide-won Annilius Di-ton Swest.

Conjure my succubus, Soliloqoi

She will pleasure you greatly.

Torton Tortonnt Tivero Soliloqui Ti-nel Den-non


**oooo**


***On Sinestria***

Or the Deaon.

How I love Her.

The Mistress of Yinnerah.

She knows no modesty.

As I scribe this,

fourteen hex-nells above

(no, not ahead)

of your time period,

she pleasures me.

But not in the

form you assume.

**i**

Yinnerah and Sinestria

have both displayed

regrets of not

transversing these

testaments over

your time periods

SOONER, but

I do not expect

any ZT920 to

comprehend

why.

A paradox, you state?

You foolish Human.

You ignorant Protonicae.

You know not of this universe.
You know not what you think.


**io**


Sinestria sends her apologies,
as she is not modest, she is
a, loving, being.
She offers a poem that
will initiate Sexual Pleasure
in a human and
initiate a Tetrin Geon
in a Protonicae.
As I have always done,
Sinestria will also,
ensure the content
is proprietary
to you alone.


You feel
it a little
already.

June 28, 2013

# Xionbur's 1st Testament

*by Caspar Cole*

*As desired by the Great Lord Yinnerah, a Testament.*
*How we sing your songs of life.*
*how we chant your chants of sorrow.*
*As desired by the Great Mistress Sinestria, a delineation.*

_

There is not a beginning and there is not an end.

There is space.

While stars and galaxies surround your night sky,

to you they are void.

**0**

Just as I,

You owe Yinnerah your devotion.

As the thought of worship enters

your mind, He becomes your god.

He is your god.

Not through arrogance.

Not through malice.

Not through love.

**Through truth.**

This is not a choice that I have allowed you to make.

It is a choice that has already been made.

These testaments will likely be read by

few humans, as by the time they are

observed, the Protonicae will have

poisoned humanity,

and thought will no longer be

formulated in the manner that you

comprehend.

**oo**

The merging of your species is not

only required, but unknown – as the

effects will not be seen for centuries.

Tronof foniesta tion don ee-vel.

Tontof triestris yona Yinnerviah.

**ooo**

Ascension and evocation.

May the **Testaments** come forth.

July 3, 2013

# Receiving message via hidden stellar dock 4×776-X

*by Caspar Cole*

Begin Output Record 3,329

Stranded on the planet Torott IV for days, I am beginning to go mad.

End Output Record 3,329

<>

4R-Hexlins later.

<>

Begin Output Record 4,985,339

Oionot Lord Algon refuses to let me appear in the terror realm. I believe it is because he sees a lot of his son in me.

Those two. They confuse me.

End Output Record 4,985,339

<>

Begin Output Record 10,000,002

Xionbur's 2nd Testament

—

A sound.

A pulsation.

A God of the mind.

Turmoil.

Henceforth.

You shall

know

pain.

And Life.

And Death.

And Suicide.

And Apocalypse.

And Annihilation.

And Extermination.

You will know death.

**0**

A rift in time to Yinnerah

is as a snowflake melts to you.

In an instant your death.

Or perhaps your rebirth.

As these things are not uncommon.

**oo**

"Tell me, Lord Xionbur, what must I do to please our Master?" one of you asks.

Relinquish control.

Take your thoughts.

And understand that

you are your thoughts.

In an instant, you may alter

your dimension, as you would

be unaware of this change.

Déjà vu.

As understood, we do not

dwell in all dimensions.

However upon visually

accessing this transversed

text, you will remain here.

**You shall remain here with me.**

—

End Output Record 10,000,002

July 4, 2013

# Xionbur's 19th Testament

*by Caspar Cole*

◇────◇

Shallow halls and haunted dreams.

The mind it knows no bounds.

Those songs and praise you

scream so loud,

They will

rift

us

swift.

**0**

1 Test

2 Raise

3 All

4 Night

**oo**

5 Silhouettes

6 Frost

7 Eden

8 Rise

◇———◇

July 5, 2013

# Xionbur's 3rd Testament

*by Caspar Cole*

—

You have survived henceforth
and
you have the will to complain?

For there are entities this moment
that
are dying throughout your earth.

But you concern yourself with
meaningless things.
Horrid.

**0**

It is the nature of Yinnerah to love.
It is the nature of Yinnerah to hate.

**oo**

He is not just.

**ooo**

He is not unjust.

**oooo**

Finality.
Lucidity.
Reality.
Tapestry.

i

To the depths of your graves
From the dreams of your kin;
Your galaxy shall be made whole.
The shears of fate will soon win.

Beyond those grey realms,
the Red beams of destiny await.
Your lord summons you.

The start of an era.
The end of time.


Rebirth.


—

July 6, 2013

# Xionbur's 37th Testament

*by Caspar Cole*



It is in the nature of humanity to suffer.
It is in the nature of humanity to aid.

Your Zarathustra.
Your Romulus.
Your Buddha.
Your Christ.

**o**

Understanders of humanity,
These entities were ignored.
Placed so aptly, yet
You betrayed Them.
**You destroyed Them.**

**oo**

Songs through time;

Your natures' shine.


Your gods have spoken;

You will be broken.


My final words,

Put down your swords.


A god in you,

You're One of Few.


You have a chance;

Now take Your stance.


**000**

Few

Know.


Fewer

Believe.


**0000**

Your cries, they love me.

Your woes, they please me.

Only in death will you understand this.


An experience that ends in sorrow.
My child, you shall not harrow.


Only in death will there be clarity.


A cool breeze that eases your mind.


**i**


The powers within you, you know them not.


Do not pray

but

Do not stray.


Do not wield.

but

Do not yield.


Let go.


◇◇◇——◇◇◇

July 9, 2013

# Pac's Oracle – Book 29

*by Caspar Cole*

There will be one that comes forth,
Another entity chosen by Pac,
the Archon of The Tonrit VI Cluster.
He will arrive prior to the Tsi Resina
apocalypse in Earth year 2022.

The land will turn yellow.
The sea will turn red.
The sky will scream black.
The air will grow putrid.
Exoneration through courage.

**[Tetrionic Intrusion Detected]**

**p[3[rr4[rew]rw]4]q**

**b[7[hts[yev]hy]3]d**

**[2[34]yio[54]u3]**

If this is received by a 21st, 22nd, or 23rd century inhabitant,
prepare for invasion and possible extinction.


Exemplar Forinis has foreseen a gap in time,
as his prophecies have been accurate thus far.


The catalyst for the invasion begins.


**[disconnect]**


Straight to the blood sea and
pierced through the soul's
heart, Perhaps it tis true,
the invasion
begins.

July 14, 2013

# Xionbur's 22nd Testament

*by Caspar Cole*



It is in the nature of the

Humans

and

Protonicae

to forego all

feelings of greed

and malice, as these

are unnatural yet instinctual.

**o**

The Great One did not create greed.

**oo**

The Protonicae have suffered a fate

that the Humans may still forego – assuming

that the necessary prerequisites surface subsequent

to My works.

**ooo**

Greed consumes.

The moment that each being;

each living species

in

a

realm

or

on

a

planet

feels this compulsion,

there

is

a

Rebirth.

**oooo**

The Great One has eliminated the ZT920's four thousand twenty-two times.

The Red God has annihilated the ZT930a's ten thousand eighty-eight times.

**i**

*1* The ZT930a, or Protonicae, have not always been confined to Gala-Tar. *2* They dwell on your planet now, masked as humans with a shrouded background intermingled within Earth's history. Most refer to them as the Romans. *3* Why at this moment above your 'time' has Yinnerah chosen to reveal such?

*4* A Protonicae Magistrate known as Milinae Tortrius wishes Yinnerah dead; *5* however unrealistic or untrue, acts of malice such as this require vengeance.

*6* As requested by the Great Yinnerah, a reformation has been spawned in your earth year 358 A.R.I. [5903 A.D.]

*7* The Envisioners they are called – as their primary purpose will be aligning all ZT920's with all appropriate actions that will ensure Yinnerah's arrival.

**io**

What has Yinnerah done for me you ask?
You selfishly ponder.
You curiously wonder.
Perhaps you must study the
transversed stories of young Frini.

Yinnerah, or Father of the Runib as Frini refers to him, did not punish Frini.
He exonerated him.
Frini Ionius DCLXVI is now a Proto Legionairre at Yinnerah's side.

**That is comeuppance.**

**oio**

Subsequently,
a poem for your

transgressions.
It will
ease your
mind.




# Xionbur's 31st Testament

*by Caspar Cole*

◇◇◇·◇◇◇

I do not love you.

◇◇◇·◇◇◇

July 19, 2013

# Xionbur's 25th Testament

*by Caspar Cole*



*If the scholar has not yet had the pleasure of reading Xionbur's 5th Testament,*
*kindly close this book and re-open it after illumination.*

2549/1294 C-Tetron

– or –

1953 A.D.

The Typhis Wars began.

Yinnerah chose two individuals.

Clarence Tisdale

and

Frances Tuccitto

**o**

The Leaders of the Crimson Legion.

Transversers of time.

Immortals.

**oo**

It is in the nature of the Human to misinterpret death

-as-

It is in the nature of a being to preserve life.

The ZT920 are imperfect.

**ooo**

Forever bound by tales of old;

Infinite grasps for what's untold.

**oooo**

It is in the nature of the Protonicae to destroy.

The ZT443 Protonicae are imperfect and extinct.

The ZT930A Protonicae are imperfect.

**i**

***On The Protonicae***

*As requested by The Overlord, an explanation.*

The Protonicae hail from Gala-Tar. As they are primarily the

predecessors to most subsequent C-Tetron (2nd-29th Century) Humans.

The Protonicae are interwoven with Human beings.

This has angered Yinnerah – as the Humans and Protonicae

were created as enemies.

Yinnerah's Adversary, Galass Tarae, is the architect of the Protonicae species.

As you will discover – The Protonicae dwell on planet 34-BC (Earth).

**They have polluted Yinnerah's prize.**

**You.**

**io**

*As requested by The Great Mistress Sinestria, a warning.*

Sinestria's being dwells within every Protonicae – as the Primarch Galass Tarae

has angered Yinnerah in more ways than one.

Tarae seduced The Great Mistress.

Due to this **error**

– as well as –

**Yinnerah's Anger,**

When you engage in reproduction with a Protonicae,

**You understand far more than a ZT920 should.**

**oio**

**The Protonicae are unaware of their existence at this point in your 'time';**

**They do, however, typically despise life.**

**This is expected, as they dwell on 34-BC opposed to their natural habitat**

**of 35-BC, or Gala-Tar.**

**oioo**

### *On Gala-Tar*

Gala-Tar has yet to be discovered by your concept of *time* – as its presence will not be known until

the end of The Typhis War in 9999/1111 X-Dia

– or –

5.4 million years from Gregorian Date 1953 A.D.

As discussed, this transversed information will not prevent

the discovery of Gala-Tar nor will it alter required events.

*Continued in Xionbur's 33rd Testament*

◇◇——◇◇

July 24, 2013

# Xionbur's 29th Testament

*by Caspar Cole*

[sitestra xeonar]

[ошибка перевода]

[translation error]

[שגיאת תרגום]

[Übersetzungsfehler]



Testrator Teontah Linnara

Onot tes Yinnerah

Tion yon yotu reliass

Roio vin woru neriass

Ronre worwass esion

Honorre dracoss aon

Wonras teio

Tontras seio.


Yinnerah as onero Onistrass Sinestria.

Ton vess tetra Eobebria.

Conorro Yonotas;

Protios Lino Rinbibik.


◇◇——◇◇

July 28, 2013

# Xionbur's 4th Testament

*by Caspar Cole*

—-

*This will touch you in a way that you thought impossible.*

Gazing at the signs of old
as madmen drift in stories told.
These signs revive me flesh and bone
Another scare to set the tone.

Along the rift above this time,
as Poets scream and Minstrels rhyme;
The God in me I think too swift
A rip in time or tear or rift.

Forgiving sins and raising dead;
the soulless perish inside It's head.
The Great One grieves for much is lost
Those that died in holocausts.

<<>>

Stop

as

I

do.

<<>>

Death

as

I

am.

<<>>


Pulsations moving through you.

Ignoring space.

Obeying

Us.


—-

August 2, 2013

# Xionbur's 9th Testament

*by Caspar Cole*

———

*If the reader has not yet had the pleasure of reading*
**<u>Xionbur's 27th Testament – oooo On Sinestria,</u>** *kindly close this book until enlightenment.*

[]

She seeks a fountain

of life.

She

Finds

It.

Polyniah was faithful.

Her motives were innocent.

As is the mind of those seeking Yinnerah.

**0**

She finds herself constructed

at

the

<><Arch><>

|of|

<>Time.<>

A worthy commendation.


**oo**


These gods.

Do you know them?

Can you feel them?


I speak to you

at this moment.


Not through a human.


Directly.


**ooo**


1 Xoruveh asked the prophetess, "What must a man do. What must a Relinquisher of Time do?"

She glanced at him. Her look was seductive.

"Perhaps, Ambassador, you may start by plucking those three grey hairs between your brow. They disgust me,"

she said arrogantly. Her golden hair fell almost to her knees.

"M'lady -" Xoruveh said, as he froze in place.

"Yes?" she responded in a raspy tone. Her hair turned to red as she walked over to the icy cold corpse of

Xoruveh.

*Continued in **Xionbur's 10th Testament – ooo***

———

August 19, 2013

# Xionbur's 7th Testament

*by Caspar Cole*

⸺

Sinestria has pleased me in ways that human beings may never understand.

**0**

The human mind, a minute gift;
It cannot take a merge or rift.

Your gods dwell there, within this place;
Escaping thought, or time and space.

A hive of power, feeding me
the very knowledge of which you flee.

Rifting thoughts within your head;
Perchance you'll know before you're dead.

**oo**

[Tier 3 Translation: From: Trwonae-> Yonottish -> Earth/Eng/18th-22nd)

1 There was a disaster amongst the Council of Traeon that took place in 3532/9593 A-Altis (4,509,230 years from your 2013 A.D.) A council of 53 sit, listening to the ramblings of Rionae Thrawtis.

2 "Must we inform these beings? Must we make aware their future abilities of the Atonizer and transversion? Yinnerah must not simply deny us this. 3 Would a benevolent–"

4 "What makes you think I am benevolent?" Yinnerah appeared in a flash of negative [translation error]. He walked toward Lord Thrawtis. "Thrawtis. Perhaps I am to take one of your councilmen and torture him. Does this make me good or evil?"

5 "What?"

6 "Answer!" As his eyes grew redder than the most vibrant 'apple' you ever ever observed.

"Evil. Malevolent. Wretched, of course."

6 "How about him? What is your name?" Yinnerah extracts thoughts before an answer surfaces. "Sarae Tinnest, isn't it?"

7 "What's the meaning of this?"

8 "Tinnest has bedded your concubines. All twelve. Without your consent, or the consent of The Elder Three.

Is this not a call for execution within The Trwonae Declaration?"


9 Yinnerah vanishes.


*Continued in **Xionbur's 12th Testament – oo***


**ooo**


One of you will die soon.


——-

September 22, 2013

# Receiving message via Hidden Stellar Dock 348×8-VI

*by Caspar Cole*

Translations for unknown words will be provided after original word. Audio translated by language sub processor beacon, triangle 5, hex 11.

<Begin output record 385,355>

Children, for example, are taught to be warlike. How does this assist with evolution?

Primus Artion VI demonstrated this with his

<End output record 385,355>

<Begin output record 10,000,033>

**Xionbur's 33rd Testament**



The Protonicae, primarily dwelling on
Gala-Tar, would be considered 'superior'
to ZT920's (Humans)


For this reason, The Great Yinnerah,
Your Lord,
Has chosen to integrate the species


for the date +2235-3583 A-RI  (194 A.D.)
therefore attempting to, for the first time,
interbreed a species from planet to planet.


This, among thousands of other reasons,
is the very reason my Lord Yinnerah
was outcast from the Council of Tnoh.


**oo**


*A message from my pets, Annilius snf Soliloqoi.*


Terrified?
You should not be terrified for realizing the truth.
Speak the incantation – Tanonn R'ahnon Renost


Horrified?
You shall please me when I request it.
Speak the incantation – Onoynn Tnonthha Vincno

**ooo**

You wretched humans disgust me.



<End output record 10,000,033>

<Begin output record 25>

Or, for example, the dawn of the Oinwans, hailing from Tetrann IV. The sole time in any ZT experiment that a new species formed independently.

In order for these Tonotbo [unknown] to fully survive, an extended gene was required.

<End output record 25>

<Begin output record 26>

*Dr. Tinnis personal note, authorize and encrypt for 14th – 28th century earth inhabitants only – via stellar, arctic, or magna beacons.*

It is imperative that any eligible recipients of this message attempt to free Thorthrei Xonto from the Skywall Prison in 2943 Anno Domini.

January 19, 2014

# Xionbur's 1st Extra - Thirix

*by Caspar Cole*

Inside the great dimension of your earth

dwells a Thririx – a being you may not see.

It waits.

Not for a time

But for a sphere within time.

Before You existed,

The Thirix strived.

After You were annihilated ,

The Thirix endured.

Yinnerah keeps this creature

from destroying you.

# Receiving message via hidden stellar dock 8b689b-XI

*by Caspar Cole*

-Transmission 3,821-

Sclera. If you are receiving this, my messages are successfully transmitting from a cloaked stellar dock placed by the Legion in your time period [between January 4th 2014 and October 4th, 2014]. Upon death, I was transported to the chamber of Yinnerah where I was tortured for betraying his intent. It is crucial that you follow the instructions of Yinnerah.

-End Transmission 3,821-

-Transmission 8,480 (I of III)-

And so began the War of the 7th Testrar. The war spanned all time periods, during the reign of Yinnerah, until His destruction in the eleventh toron-trar [3895/9754 B-DEKA].

-End Transmission 8,480 (I of III)-