# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Matthew Kelsey **MARTINEAU**, <br><br> Plaintiff, <br><br> v. <br><br> **BUNGIE, INC.,** a Delaware Corporation; DOES 1-10, inclusive, <br><br> Defendants. | **Case No.: 2:24-cv-02387-SM-MBN** <br><br> **JUDGE: SUSIE MORGAN** <br><br> **MAGISTRATE: MICHAEL NORTH** |

## DECLARATION OF JONATHAN TO IN SUPPORT OF BUNGIE, INC.'S MOTION TO DISMISS ALL COUNTS OF MARTINEAU'S COMPLAINT

## DECLARATION OF JONATHAN TO

I, Jonathan To, declare and state as follows:

1. I make this Declaration in support of Bungie, Inc.'s ("Bungie") contemporaneously filed Motion to Dismiss ("Motion") based on my personal knowledge of the facts stated herein, and to place before the Court documents referenced in Bungie's Motion and incorporated by reference into the Complaint. If called as a witness, I could and would testify to the statements made herein.

2. I am a Narrative Lead at Bungie. As a result of my position with Bungie, I am intimately familiar with the *Destiny* and *Destiny 2* video games and their development. I am also knowledgeable of, or have access to, fan-made content concerning the *Destiny* franchise.

3. I make this Declaration not to add any additional facts to the complaint filed in this action, but rather to provide to the Court certain documents and information referenced in the complaint and incorporated thereto, to provide the release dates of the accused infringing work and predecessor work referenced in the complaint which are also incorporated into the complaint by reference, and to explain to the Court why Bungie is providing the annexed materials instead of a "physical" copy of the games themselves.

4. Bungie released the original *Destiny* game on September 9, 2014. Dkt. 1 at ¶¶ 32-33, 35.

5. Bungie released *Destiny 2* on September 6, 2017. Dkt. 1 at ¶¶ 37, 43.

6. As the Court can see from the provided materials, and as described here for the Court's convenience, the *Destiny* franchise games are internet-based, first-person shooter, fantasy role-playing games in which the player controls and manipulates a character (called a Guardian) through a three-dimensional environment in order to complete objectives, proceed through a campaign's narrative, and battle hostile alien enemies along the way. Both *Destiny* games are set in the same mythic space fantasy universe. *Destiny* players may choose to play as one of three

different types of characters: (1) Humans, (2) "Awoken," humanoids with glowing eyes and colorful skin, or (3) "Exos," cyborg-esque "Exomind" robots uploaded with human consciousnesses.

7. Attached hereto as **Exhibit B** is a true and correct copy of a YouTube video titled "The Complete Story of Destiny! From Origins to Final Shape! Light & Dark Saga Lore & Timeline!" posted by the *Destiny* "superfan" and YouTube content creator, @MynameisByf, on May 31, 2024.[1] This comprehensive video accurately and chronologically represents the narrative content of the accused audiovisual work known as *Destiny 2,* as a whole, through a narrated compilation of gameplay footage and cinematic cutscenes.

8. Attached hereto as **Exhibit C** is a true and correct copy of a YouTube video titled "Destiny 2: The Red War All Cutscenes (Season 1)" posted by the *Destiny* "superfan" and YouTube content creator, @DestinL, on July 30, 2020.[2] This comprehensive video accurately and chronologically depicts gameplay and all cinematic cutscenes in *Destiny 2*'s "Red War" campaign. The majority of allegedly infringing *Destiny 2* narrative elements Martineau accuses in his Complaint are found in the "Red War" campaign.

9. Because (1) *Destiny 2*'s narrative is only available to players in the form of a live-service video game that has changed significantly over time, and (2) physical copies of *Destiny 2*, and any 2017 version of *Destiny 2*, are no longer available, the attached videos are the best possible way for the Court to review the accused work.

10. Plaintiff relies on and references fan-made YouTube content depicting *Destiny* 2 gameplay and cutscenes in his Complaint. *See* Dkt. 1 at ¶¶ 128, 133, 137, 145, 154.[3]

---

[1] The live video is accessible on YouTube via this link: https://www.youtube.com/watch?v=zzBmOeYmN_M.
[2] The live video is accessible on YouTube via this link: https://www.youtube.com/watch?v=WAw1g2tHN3s.
[3] On information and belief, the live YouTube video from which Martineau collected the screenshots included in paragraphs 128, 133, 145, and 154 of his Complaint is accessible via this link, should the Court wish to review it:

11. Attached hereto as **Exhibit D** is a true and correct copy of the "Transversive Steps" page located on the "Destinypedia" site at https://www.destinypedia.com/Transversive_Steps. "Transversive Steps" are a pair of boots that a *Destiny 2* player may equip to sprint faster. Plaintiff claims that this element is part of the infringement of his work.

12. Attached hereto as **Exhibit E** is a true and correct copy of the "Skulking Fox" page located on the "Destinypedia" site at https://www.destinypedia.com/Skulking_Fox. The "Skulking Fox" is the name of one of more than 400 named spaceships within *Destiny 2*. Plaintiff claims that this element is part of the infringement of his work.

13. Attached hereto as **Exhibit F** is a true and correct copy of the "War Beast" page located on the "Destinypedia" site at https://www.destinypedia.com/War_Beast. "War Beasts" are attack animals utilized by the Cabal in *Destiny 2*, which are enemy units to the player. Plaintiff claims that this element is part of the infringement of his work.

14. Attached hereto as **Exhibit G** is a true and correct copy of the "Exo" page located on the "Destinypedia" site at https://www.destinypedia.com/Exo. "Exos" or "Exominds" are humanoid machines in the *Destiny* universe that have robotic bodies uploaded with human consciousnesses. Plaintiff claims that this element is part of the infringement of his work.

15. Attached hereto as **Exhibit H** is a true and correct copy of the "Failsafe" page located on the "Destinypedia" site at https://www.destinypedia.com/Failsafe. "Failsafe" is the name of a *Destiny 2* non-player character who is a damaged artificial intelligence personality. Plaintiff claims that this element is part of the infringement of his work.

---

https://youtu.be/fIhXR63GsGI. On information and belief, the live YouTube video from which Martineau collected the screenshots included in paragraph 137 of his Complaint is accessible via this link, should the Court wish to review it: https://www.youtube.com/watch?v=nQGPYAcFjgQ.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on December 20, 2024:  _____
DocuSigned by: Jonathan To
78EF63B0FE004BE...

Jonathan To, Bungie, Inc.

4