# Exhibit B

Video File Provided to

The Court in Native Format