# Exhibit D





Sign up Login
Article Discussion Edit History
Search Destinypedia search
DESTINYPEDIA

Navigation
Games
Other media
Gameplay
The universe
Lore database
Community
Discord chat Info
Destinypedia
Wiki help
Related sites
Bungie.net
Recent changes Random page
Special pages What links here

Did you know?

- ...that the grave in the Corridors of Time belongs to the player?
- ...that Oryx, the Taken King was originally female?
- ...that Whisper of the Worm is the form that Xol took after the events of *Warmind*?
- ...that while Mercury was shown to only be partially converted into a machine world during the Dark Age in *Season of Dawn*, it was previously stated in *Destiny* that it had been converted in a matter of days?
- ...that the Hunter Ana Bray was thought to be dead until she reappeared on Mars to investigate her past?

**Spoilers** — Please keep the spoiler policy in mind while editing the wiki. [dismiss]
**Citations** — Please *cite* your sources when adding information to the wiki! Use our handy guide for assistance.
**More community news →**

# Transversive Steps

*From Destinypedia, the Destiny wiki*

*"Your relationship with consistent spacetime is...tenuous at best."*
— Armor Description

**Transversive Steps** are exotic Warlock boots introduced in *Rise of Iron*.[1] There were added into Destiny 2 during its releases.

| Transversive Steps | |
|---|---|
| **Specifications** | |
| **Name:** | Transversive Steps |
| **Type:** | Boots |
| **Rarity:** | Exotic |
| **Class:** | Warlock |
| **Availability** | |
| **Loot drop?:** | Random Drop, Fated Engrams |
| **Vendor:** | Xûr, Agent of the Nine |
| **Price:** | 23 Legendary Shards (At Xûr) |

Contents [hide]

1 Perks
2 Lore
3 List of appearances
4 References

## Perks [edit]

Intrinsic Perk - **Strange Protractor** - Buffs sprint. Sprinting reloads current weapon..[2]

## Lore [edit]

*"And my vanquisher will read that book, seeking the weapon, and they will come to understand me, where I have been and where I was going."*
The following is a **verbatim transcription** of an official document for archival reasons. As the original content is transcribed word-for-word, any possible discrepancies and/or errors are included.

**"YOUR RELATIONSHIP WITH CONSISTENT SPACETIME IS... TENUOUS AT BEST."**

Tell me where you are! Account for Earth's rotation—more than 1000 kilometers per hour—your orbital velocity of 107,000 kph, your local stellar drift of 70,000 kph, your galactic orbital velocity of 792,000 kph, and our galactic drift relative to the cosmic microwave background of 1,300,000 kph. Also, account for your motion relative to me due to the accelerating expansion of space-time.

Difficult, isn't it? But with the help of these handsome noetic devices you will find yourself deliciously and maddeningly aware of your ley velocities! Fired from an existence cannon through a whirling void the size of everything!

And like any line of force, these vectors may be tapped, their obscene speeds diverted for your own use, although we recommend swapping them for comfortable boots before you socialize with the Merely Stationary.[3]

## List of appearances [edit]

- *Destiny: Rise of Iron* (First appearance)
- *Destiny 2*

## References [edit]

1. ^ **Bungie.net** - *Armory: Transversive Steps*
2. ^ **DestinyTracker.com** - *Transversive Steps*
3. ^ **DestinyTracker.com** - *Transversive Steps*

Exotic armor [show]

Related sites
Bungie.net
Recent changes Random page
Special pages What links here

Did you know?

- ...that the grave in the Corridors of Time belongs to the player?
- ...that Oryx, the Taken King was originally female?
- ...that Whisper of the Worm is the form that Xol took after the events of *Warmind*?
- ...that while Mercury was shown to only be partially converted into a machine world during the Dark Age in *Season of Dawn*, it was previously stated in *Destiny* that it had been converted in a matter of days?
- ...that the Hunter Ana Bray was thought to be dead until she reappeared on Mars to investigate her past?

releases.

Contents [hide]

1 Perks
2 Lore
3 List of appearances
4 References

| Specifications | |
|---|---|
| **Name:** | Transversive Steps |
| **Type:** | Boots |
| **Rarity:** | Exotic |
| **Class:** | Warlock |
| **Availability** | |
| **Loot drop?:** | Random Drop, Fated Engrams |
| **Vendor:** | Xûr, Agent of the Nine |
| **Price:** | 23 Legendary Shards (At Xûr) |

## Perks [edit]

Intrinsic Perk - **Strange Protractor** - Buffs sprint. Sprinting reloads current weapon..[2]

## Lore [edit]

*"And my vanquisher will read that book, seeking the weapon, and they will come to understand me, where I have been and where I was going."*

The following is a **verbatim transcription** of an official document for archival reasons. As the original content is transcribed word-for-word, any possible discrepancies and/or errors are included.

**"YOUR RELATIONSHIP WITH CONSISTENT SPACETIME IS... TENUOUS AT BEST."**

Tell me where you are! Account for Earth's rotation—more than 1000 kilometers per hour—your orbital velocity of 107,000 kph, your local stellar drift of 70,000 kph, your galactic orbital velocity of 792,000 kph, and our galactic drift relative to the cosmic microwave background of 1,300,000 kph. Also, account for your motion relative to me due to the accelerating expansion of space-time.

Difficult, isn't it? But with the help of these handsome noetic devices you will find yourself deliciously and maddeningly aware of your ley velocities! Fired from an existence cannon through a whirling void the size of everything!

And like any line of force, these vectors may be tapped, their obscene speeds diverted for your own use, although we recommend swapping them for comfortable boots before you socialize with the Merely Stationary.[3]

## List of appearances [edit]

- *Destiny: Rise of Iron* (First appearance)
- *Destiny 2*

## References [edit]

1. ^ **Bungie.net** - *Armory: Transversive Steps*
2. ^ **DestinyTracker.com** - *Transversive Steps*
3. ^ **DestinyTracker.com** - *Transversive Steps*

Exotic armor [show]

Categories: Exotic armor | Warlock armor | Leg armor

Contribute
Destinypedia's pages can be edited.
Is this page incomplete? Is there anything wrong?
**Change it!**
Edit this page
Discuss this page
Page history

Recent contributors to this article
The following users recently contributed to this page:

Main page About Special pages Help Disclaimers Privacy policy Mobile view