# Exhibit E

DESTINYPEDIA

Article Discussion Edit History

Search Destinypedia search

Sign up Login

**Spoilers** — Please keep the spoiler policy in mind while editing the wiki.
**Citations** — Please *cite* your sources when adding information to the wiki! Use our handy guide for assistance.
**More community news →** [dismiss]

Navigation
Games
Other media
Gameplay
The universe
Lore database

Community
Discord chat Info
Destinypedia
Wiki help
Related sites
Bungie.net

Recent changes Random page
Special pages What links here

## Did you know?

- ...that Savathûn lived in the Last City disguised as Osiris for a period of time?
- ...that Mara Sov summoned Lord Shaxx using the Wall of Wishes, so that he could read her a play?
- ...that only one Fate of All Fools existed during Year One of *Destiny*, but *The Taken King* finally made it obtainable for all players in the form of The Jade Rabbit?
- ...that while Fallen Dregs can be seen piloting Pikes, no Cabal was ever seen piloting an Interceptor in *Destiny* until *Destiny 2*?
- ...that if the bells within the Iron Temple can be rung quickly enough in a specific order, it will unlock an achievement?

# Skulking Fox

*From Destinypedia, the Destiny wiki*

"*I am the scavenger who will outrun you all.*"
— Jumpship Description

**Skulking Fox** is an Exotic Jumpship introduced in *Season of the Drifter*. It can be acquired through Bright Engrams.

| Skulking Fox | |
|---|---|
|  | |
| **Technical specifications** | |
| **Engine(s):** | NLS Drive |
| **Crew:** | One |
| **Usage** | |
| **Affiliation:** | Guardians |

## List of appearances [edit]

- *Destiny 2*:
  - *Season of the Drifter* (First appearance)

## References [edit]

Exotic Jumpships [show]

Categories: Vehicles | Jumpships

Contribute
Destinypedia's pages can be edited.
Is this page incomplete? Is there anything wrong?
**Change it!**

Edit this page
Discuss this page
Page history

Recent contributors to this article
The following users recently contributed to this page:

Main page About Special pages Help Disclaimers Privacy policy Mobile view

