UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>    *Plaintiff*,<br><br>v.<br><br>BUNGIE, INC., a Delaware Corporation;<br>DOES 1-10, inclusive,<br><br>    *Defendants*. | CIVIL ACTION NO. 24-cv-2387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**MOTION FOR WITHDRAWAL AND ENROLL ADDITIONAL OF COUNSEL**

Defendant, Bungie, Inc. ("Bungie") hereby notifies the Court that Kelly E. Brilleaux is no longer associated with Irwin Fritchie Urquhart Moore & Daniels, LLC and respectfully moves the Court to withdraw Kelly E. Brilleaux (Bar #33030) and enroll Darleene D. Peters (Bar #25638) of the firm Irwin Fritchie Urquhart Moore & Daniels, LLC as additional counsel of record on Bungie's behalf.

Pursuant to FRCP 11 and LR 83.2.11, Attorney Kelly E. Brilleaux has been contacted and has no objection to this withdrawal as evidenced by her signature on the Local Rule 83.2.11 certificate below. This withdrawal and enrollment will not prejudice any party or affect any pre-trial or trial deadlines.

**WHEREFORE**, Defendant, Bungie, Inc. moves this Court for an Order granting their Motion for Withdrawal of Kelly E. Brilleaux as counsel and to enroll Darleene D. Peters as additional counsel of record in this matter.

## LOCAL RULE 83.2.11 CERTIFICATION

I hereby consent to my withdrawal as counsel of record and that Darleene D. Peters be allowed to enroll as additional counsel.

_____
KELLY E. BRILLEAUX

Dated: January 13, 2025

        Respectfully submitted,

        */s/ Connor W. Peth*
        CONNOR W. PETH (#39499)
        IRWIN FRITCHIE URQUHART MOORE &
        DANIELS LLC
        400 Poydras Street, Suite 2700
        New Orleans, Louisiana 70130
        Telephone: (504) 310-2100
        Facsimile: (504) 310-2101
        cpeth@irwinllc.com

        *Counsel for Bungie, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of January 2025, a copy of the foregoing document was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

        */s/ Connor W. Peth*
        CONNOR W. PETH