UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW KELSEY MARTINEAU,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2387** |
| **BUNGIE, INC.,** Defendant | **SECTION: "E" (5)** |

### ORDER

Considering the foregoing Motion to Dismiss filed by Defendant Bungie, Inc.;[1]

**IT IS ORDERED** that the motion is **DENIED WITHOUT PREJUDICE.**

New Orleans, Louisiana, this 25th day of March, 2025.

_____
**SUSIE MORGAN**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 11.