UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>   *Plaintiff*,<br><br> v.<br><br>BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive,<br><br>   *Defendants*. | CIVIL ACTION NO. 24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

**BUNGIE, INC.'S RULE 12(B)(6) MOTION TO DISMISS
ALL COUNTS OF MARTINEAU'S FIRST AMENDED COMPLAINT**

**NOW INTO COURT,** through undersigned counsel, comes Bungie, Inc. ("Bungie"), which submits this Rule 12(b)(6) Motion to Dismiss Plaintiff Matthew Kelsey Martineau's First Amended Complaint and all claims against Bungie. Plaintiff's First Amended Complaint fails to set forth any viable claims against Bungie because Plaintiff failed to plausibly allege that Bungie copied constituent elements of Plaintiff's work that are original. Specifically, the First Amended Complaint failed to plausibly allege access to Plaintiff's asserted work, factual copying by Bungie, and that the works incorporated by reference into the First Amended Complaint are substantially similar. For these reasons, and those set forth more fully in the attached Memorandum in Support, Plaintiff's First Amended Complaint should be dismissed in its entirety.

Wherefore, Bungie, Inc. respectfully prays that this Court dismiss Plaintiff's First Amended Complaint and all counts against Bungie, Inc., with prejudice, and further requests an award of the fees and costs Bungie, Inc. incurred in defending this claim pursuant to 17 U.S.C. § 505.

Dated: April 7, 2025

                                            Respectfully submitted,

                                            IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC

                                            /s/ *Darleene Peters*
                                            Darleene Peters (#25638)
                                            Connor W. Peth (#39499)
                                            Irwin, Fritchie, Urquhart & Moore, LLC
                                            400 Poydras Street, Suite 2700
                                            New Orleans, Louisiana 70130
                                            Telephone: 504-310-2100
                                            Facsimile: 504-310-2101
                                            dpeters@irwinllc.com
                                            cpeth@irwinllc.com

                                            **DLA PIPER LLP (US)**
                                            Tamar Y. Duvdevani (*pro hac vice*)
                                            Jared Greenfield (*pro hac vice*)
                                            1251 Avenue of The Americas, 27th Fl.
                                            New York, New York 10020
                                            Telephone: 212-335-4500
                                            Facsimile: 212-335-4501
                                            tamar.duvdevani@us.dlapiper.com
                                            jared.greenfield@us.dlapiper.com

                                            ***Counsel for Bungie, Inc.***

## CERTIFICATE OF SERVICE

     I hereby certify that on the 7th day of April 2025, I served a copy of the foregoing pleading on counsel for all parties to this proceeding via e-mail, facsimile, and/or mailing same by United States mail, properly addressed, and first-class postage paid.

                                            /S/ *Darleene Peters*