# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Matthew Kelsey **MARTINEAU**, Plaintiff, v. **BUNGIE, INC.,** a Delaware Corporation; DOES 1-10, inclusive, Defendants. | Case No.: 2:24-cv-02387-SM-MBN  <br><br>**JUDGE: SUSIE MORGAN**  <br><br>**MAGISTRATE: MICHAEL NORTH** |

**DECLARATION OF TYSON GREEN IN SUPPORT OF BUNGIE, INC.'S MOTION TO DISMISS ALL COUNTS OF MARTINEAU'S FIRST AMENDED COMPLAINT**

## DECLARATION OF TYSON GREEN

I, Tyson Green, declare and state as follows:

1. I make this Declaration in support of Bungie, Inc.'s ("Bungie") contemporaneously filed Motion to Dismiss ("Motion") based on my personal knowledge of the facts stated herein, and to place before the Court documents referenced in Bungie's Motion and incorporated by reference into the First Amended Complaint (Dkt. 24) ("FAC"). If called as a witness, I could and would testify to the statements made herein.

2. I am a Game Director at Bungie. As a result of my position with Bungie, I am intimately familiar with the *Destiny* and *Destiny 2* video games and their development, the status of archived *Destiny 2* campaign builds, including the accused "Red War" and "Curse of Osiris" campaigns, and the development of *Destiny 2*'s underlying technological infrastructure over time. I am also knowledgeable of, or have access to, fan-made content concerning the *Destiny* franchise.

3. I make this Declaration not to add any additional facts to the FAC filed in this action, but rather to provide to the Court certain documents and information referenced in the FAC and incorporated thereto, to provide the release dates of the accused infringing work and predecessor work referenced in the FAC which are also incorporated into the FAC by reference, and to explain to the Court why Bungie is providing the annexed accurate and representative third-party materials instead of a physical or original copy of the accused game and narrative elements.

4. Bungie released the original *Destiny* game on September 9, 2014. FAC ¶¶ 37-38, 40.

5. Bungie released *Destiny 2* on September 6, 2017. FAC ¶¶ 42, 70.

6. As the Court can see from the provided materials, and as described here for the Court's convenience, the *Destiny* franchise games are internet-based, first-person shooter, fantasy role-playing games in which the player controls and manipulates a character (called a Guardian)

through a three-dimensional environment in order to complete objectives, proceed through a campaign's narrative, and battle hostile alien enemies along the way. Both *Destiny* games are set in the same mythic space fantasy universe. *Destiny* players may choose to play as one of three different types of characters: (1) Humans, (2) "Awoken," humanoids with glowing eyes and colorful skin, or (3) "Exos," cyborg-esque "Exomind" robots uploaded with human consciousnesses.

7. When *Destiny 2* released in September 2017, the original playable campaign was the "Red War" campaign. On December 5, 2017, Bungie released the first *Destiny 2* expansion campaign, entitled "Curse of Osiris." Martineau's FAC accuses narrative elements found in both the "Red War" and "Curse of Osiris" campaigns of copyright infringement. FAC ¶¶ 69-70, 167, 198-200, 210.

8. Bungie has continued to develop *Destiny 2* since its 2017 release.

9. In November 2020, the original "Red War" and "Curse of Osiris" campaigns were retired from *Destiny 2*, such that they were, and remain, no longer accessible.

10. Bungie archived the original code that comprised the "Red War" and "Curse of Osiris" campaigns (known as "legacy builds"). However, the "Red War" and "Curse of Osiris" legacy builds can no longer run because their outdated code is incompatible with *Destiny 2*'s underlying operational framework, which has evolved considerably since the "Red War" and "Curse of Osiris" campaigns were retired.

11. As a result, Bungie cannot feasibly provide the Court with the original *Destiny 2* game as it existed in 2017, including the accused "Red War" and "Curse of Osiris" campaigns, in any operable or reviewable form. Nor will Bungie be able to produce the accused campaigns in operable or reviewable form if this matter proceeds to formal discovery.

12. Thus, the third-party originating materials appended *infra* at ¶¶ 13-20 are the best possible way (and indeed, the only feasible way) for the Court to review the accused work and narrative elements.

13. Attached hereto as **Exhibit B** is a true and correct copy of a YouTube video titled "The Complete Story of Destiny! From Origins to Final Shape! Light & Dark Saga Lore & Timeline!" posted by the *Destiny* "superfan" and YouTube content creator, @MynameisByf, on May 31, 2024.[1] This comprehensive video accurately and chronologically represents the narrative content of the accused audiovisual work known as *Destiny 2,* as a whole, through a narrated compilation of gameplay footage and cinematic cutscenes.

14. Attached hereto as **Exhibit C** is a true and correct copy of a YouTube video titled "Destiny 2: The Red War All Cutscenes (Season 1)" posted by the *Destiny* "superfan" and YouTube content creator, @DestinL, on July 30, 2020.[2] This comprehensive video accurately and chronologically depicts gameplay and all cinematic cutscenes in *Destiny 2*'s "Red War" campaign. The majority of allegedly infringing *Destiny 2* narrative elements Martineau accuses in his FAC are found in the "Red War" campaign.

15. Attached hereto as **Exhibit F** is a true and correct copy of a YouTube video titled "Destiny 2: Curse of Osiris All Cutscenes (Season 2)" posted by the Destiny "superfan" and YouTube content creator, @DestinL, on July 30, 2020.[3] This comprehensive video accurately and chronologically depicts gameplay and all cinematic cutscenes in *Destiny 2*'s "Curse of Osiris" campaign. Several allegedly infringing *Destiny 2* narrative elements Martineau accuses in his FAC are found in the "Curse of Osiris" campaign.

---

[1] The live video is accessible on YouTube via this link: https://www.youtube.com/watch?v=zzBmOeYmN_M.
[2] The live video is accessible on YouTube via this link: https://www.youtube.com/watch?v=WAw1g2tHN3s.
[3] The live video is accessible on YouTube via this link: https://youtu.be/4jtZpmcCM4Y?si=ypJBZHi7rKYaTya5.

3

16. Attached hereto as **Exhibit D** is a true and correct copy of the "Transversive Steps" page located on the "Destinypedia" site at https://www.destinypedia.com/Transversive_Steps. "Transversive Steps" are a pair of boots that a *Destiny 2* player may equip to sprint faster. Plaintiff claims that this element is part of the infringement of his work. FAC ¶ 191.

17. Attached hereto as **Exhibit E** is a true and correct copy of the "Skulking Fox" page located on the "Destinypedia" site at https://www.destinypedia.com/Skulking_Fox. The "Skulking Fox" is the name of one of more than 400 named spaceships within *Destiny 2*. Plaintiff claims that this element is part of the infringement of his work. FAC ¶ 188.

18. Attached hereto as **Exhibit G** is a true and correct copy of the "Exo" page located on the "Destinypedia" site at https://www.destinypedia.com/Exo. "Exos" or "Exominds" are humanoid machines in the *Destiny* universe that have robotic bodies uploaded with human consciousnesses. Plaintiff claims that this element is part of the infringement of his work. FAC ¶ 191.

19. Attached hereto as **Exhibit H** is a true and correct copy of the "Failsafe" page located on the "Destinypedia" site at https://www.destinypedia.com/Failsafe. "Failsafe" is the name of a *Destiny 2* non-player character who is a damaged artificial intelligence personality. Plaintiff claims that this element is part of the infringement of his work. FAC ¶ 192.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on April 7, 2025:

Signed by:
*Tyson Green*
3372D01DC6434B7...

Tyson Green, Bungie, Inc.

4