MINUTE ENTRY
MORGAN, J.
May 14, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MATTHEW KELSEY MARTINEAU,** Plaintiff | **CIVIL ACTION** |
| **VERSUS** | **NO. 24-2387** |
| **BUNGIE, INC., ET AL.,** Defendants | **SECTION: "E" (5)** |

### MINUTE ENTRY

A status conference was held on May 14, 2025, at 11:00 a.m., in the chambers of Judge Susie Morgan.

Present: Ted Anthony, Stephen Barry, and Nick Anthony, counsel for Plaintiff, Matthew Kelsey Martineau; Darleene Peters, Connor Peth, and Tamar Duvdevani, counsel for Defendant, Bungie, Inc.

The parties agree that Defendant's initial disclosures are due **on or before Monday, May 19, 2025**.

The parties are preparing and exchanging discovery requests. The parties agree answers to discovery requests are due **on or before Friday, June 20, 2025**.

The Court instructed the parties to contact the Court in the event of a discovery dispute.

**New Orleans, Louisiana, this 14th day of May, 2025.**

_____
**SUSIE MORGAN
UNITED STATES DISTRICT JUDGE**

JS10 (0:45)