## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, <br><br> *Plaintiff*, <br><br> v. <br><br> BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive, <br><br> *Defendants*. | CIVIL ACTION NO.: 2:24-cv-02387 <br><br> JUDGE SUSIE MORGAN <br><br> MAGISTRATE JUDGE MICHAEL B. NORTH |

## BUNGIE, INC.'S ANSWER TO THE NUMBERED PARAGRAPHS OF MARTINEAU'S FIRST AMENDED COMPLAINT

Defendant Bungie, Inc. ("Bungie"), by and through its undersigned counsel, hereby answers Plaintiff Matthew Kelsey Martineau's ("Martineau") First Amended Complaint for injunctive relief and money damages (Dkt. 24) ("FAC") as follows:

## GENERAL DENIAL

Bungie denies each and every allegation of Martineau's FAC, except as specifically admitted, answered, or otherwise qualified herein.

## THE PARTIES[1]

1.  Martineau is an individual of the full age of majority domiciled in this judicial district in the State of Louisiana.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 1 and therefore denies those allegations.**

---

[1] Bungie has adopted certain headings from the FAC solely for ease of reference. Bungie's use of these headings does not constitute any admission by Bungie, and Bungie does not understand any of the headings used in the FAC to include affirmative allegations. To the extent any heading in the FAC includes any allegation, Bungie denies the same.

2.  Martineau is informed and believes, and on that basis alleges, that Defendant Bungie, Inc. ("Bungie") is a corporation registered, formed and currently existing in good standing under the laws of the State of Delaware. Martineau is informed and believes, and on that basis alleges that the business address of Bungie is Bellevue Galleria, 550 106th Ave NE #207, Bellevue, WA 98004.

**ANSWER:  Bungie admits the allegations in Paragraph 2, except to the extent that Bungie's primary address is 550 106th Ave NE, Suite 108, Bellevue, WA 98004.**

3.  The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants sued herein as Does 1-10 inclusive, are unknown to Martineau, which has therefore sued said defendants by such fictitious names. These defendants may include individuals whose real identities are not yet known to Martineau, but who are acting in concert with one another, often in the guise of Internet aliases, in committing the unlawful acts alleged herein.

**ANSWER:  The allegations in Paragraph 3 contain legal conclusions and do not require a response.  To the extent any response is required, Bungie does not have sufficient knowledge or information as to the truth of the allegations and therefore denies all legal conclusions and any remaining allegations set forth in Paragraph 3.  Bungie additionally denies that it is liable, and that Martineau is entitled to any relief for his asserted claims.**

4.  Martineau will seek leave to amend this complaint to state their true names and capacities once said defendants' identities and capacities are ascertained. Martineau is informed and believes, and on that basis alleges, that all defendants sued herein are liable to Martineau as a result of their participation in all or some of the acts set forth in this complaint. (All of the aforementioned defendants collectively are referred to herein as "Defendants.").

**ANSWER: The allegations in Paragraph 4 contain legal conclusions and do not require a response. To the extent any response is required, Bungie does not have sufficient knowledge or information as to the truth of the allegations and therefore denies all legal conclusions and any remaining allegations set forth in Paragraph 4. Bungie additionally denies that it is liable, and that Martineau is entitled to any relief for his asserted claims.**

5. Martineau is informed and believes, and on that basis alleges, that at all times mentioned in this complaint, each of the Defendants was the agent of each of the other Defendants and, in doing the things alleged in this complaint, was acting within the course and scope of such agency.

**ANSWER: The allegations in Paragraph 5 contain legal conclusions and do not require a response. To the extent any response is required, Bungie does not have sufficient knowledge or information as to the truth of the allegations and therefore denies all legal conclusions and any remaining allegations set forth in Paragraph 5. Bungie additionally denies that it is liable, and that Martineau is entitled to any relief for his asserted claims.**

## JURISDICTION AND VENUE

6. This is a civil action seeking damages, injunctive relief, and other equitable relief under the Copyright Act, 17 U.S.C. § 101 *et seq.* This Court has subject matter jurisdiction over Martineau's claim for copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a). The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

**ANSWER: The allegations in Paragraph 6 are legal conclusions and do not require a response. Bungie does not dispute that this Court has subject matter jurisdiction over Martineau's claim. To the extent a further response is required, Bungie denies all allegations and legal conclusions set forth in Paragraph 6.**

7.  Additionally, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds the sum or value of $75,000, and the action is between a Louisiana citizen and citizens of a foreign jurisdiction.

**ANSWER:  The allegations in Paragraph 7 are legal conclusions and do not require a response.  Bungie does not dispute that this Court has subject matter jurisdiction over Martineau's claim.  To the extent a further response is required, Bungie denies all allegations and legal conclusions set forth in Paragraph 7.**

8.  This Court has personal jurisdiction over Defendants because they have purposefully directed their activities at the State of Louisiana and have purposefully availed themselves of the benefits of doing business in the State of Louisiana. Martineau is informed and believes, and on that basis alleges, that, without limitation:

a) Defendants have distributed and continue to distribute the video game "Destiny 2" (hereinafter "Infringing Game") in the State of Louisiana through distribution channels operated within the State of Louisiana. Martineau is informed and believes, and on that basis alleges, that Defendants distributed the Infringing Game worldwide, including in the United States and in the State of Louisiana;

b) Defendants conduct extensive and ongoing business with customers in the State of Louisiana, including through in-game purchases made by customers in the State of Louisiana. Defendants extensively promote and advertise those in-game purchases. Martineau is informed and believes, and on that basis alleges, that such in-game purchases included charges made to customers in the State of Louisiana;

**ANSWER:  The allegations in Paragraph 8 are legal conclusions and do not require a response.  Bungie does not dispute that it is subject to personal jurisdiction in this Court.  To**

the extent a further response is required, Bungie denies all allegations and legal conclusions set forth in Paragraph 8.

9.   Defendants have directed their unlawful activities at Martineau, including by deliberately copying and appropriating Martineau's copyrighted content. Defendants did so knowing and intending that Martineau would be harmed by their conduct in the State of Louisiana, where Martineau is domiciled.

**ANSWER:  Bungie denies all legal conclusions and any allegations set forth in Paragraph 9.**

10.   Defendants advertise and market the Infringing Game in the State of Louisiana, and communicate directly with users in the State of Louisiana, including for the purposes of soliciting downloading of the Infringing Game by such users, and in-game purchases by such users.

**ANSWER:  Bungie admits that it advertises and markets *Destiny 2* in Louisiana and communicates with users located in Louisiana.  Bungie denies any remaining legal conclusions or allegations set forth in Paragraph 10.**

11.   Defendants enter into contracts with numerous citizens of the State of Louisiana, including each Louisiana resident end-user that installs and plays the Infringing Game on his or her device(s).

**ANSWER:  Bungie admits that it enters into contracts with users located in Louisiana. Bungie denies any remaining legal conclusions or allegations set forth in Paragraph 11.**

12. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because this is a judicial district in which a substantial part of the events giving rise to the claims occurred, and/or in which Martineau's injury was suffered.

**ANSWER:  The allegations in Paragraph 12 are legal conclusions and do not require a response.  Bungie does not dispute venue is appropriate in this District.  To the extent a**

**further response is required, Bungie denies all allegations and legal conclusions set forth in**

**Paragraph 12.**

13.  Martineau is the legal owner of Copyright Registration TX 9-339-250.

**ANSWER:  Bungie admits that the U.S. Copyright Registration No. TX0009339250**

**identifies "Matthew Martineau" as the copyright claimant.  Bungie denies any remaining**

**legal conclusions or allegations set forth in Paragraph 13.**

<u>**MARTINEAU'S WORK**</u>

14.  In 2013 and 2014, Martineau, writing under the pen name Caspar Cole, authored an

original work about a unique and captivating fantasy world.

**ANSWER:  The allegations in Paragraph 14 contain legal conclusions and do not**

**require a response.  To the extent any response is required, Bungie does not have sufficient**

**knowledge or information as to the truth of the allegations and therefore denies all legal**

**conclusions and any remaining allegations set forth in Paragraph 14.**

15.  Martineau published his work on the World Wide Web; the work was published at

www.WordPress.com ("WordPress") a well-known online publishing platform freely accessible

to anyone worldwide via the Internet.

**ANSWER:  The allegations in Paragraph 15 contain legal conclusions and do not require**

**a response.  To the extent any response is required, Bungie does not have sufficient**

**knowledge or information as to the truth of the allegations and therefore denies all legal**

**conclusions and any remaining allegations set forth in Paragraph 15.**

16.  WordPress's online organizational system featured key-word hypertext links that allowed

readers to easily search and explore content on WordPress, including Martineau's published work.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 16 and therefore denies those allegations.**

17. The WordPress key-word hypertext links allowed any reader to quickly and efficiently identify published works based upon topic and subject matter.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 17 and therefore denies those allegations.**

18. Further, Martineau's work frequently appeared on the WordPress "Hot/New Posts" section of the site which aggregated posts based on hashtags; Martineau's work often remained at the top of this WordPress list.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 18 and therefore denies those allegations.**

19. Anyone with a computer and internet connection could easily access Martineau's work via WordPress using these key-word links.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 19 and therefore denies those allegations.**

20. Martineau's imaginative work involves a well-developed and cohesive storyline.

**ANSWER: Bungie denies all legal conclusions and any allegations set forth in Paragraph 20.**

21. Martineau's work is set in multiple locations including on Earth (Blue Opposed planet), as well as other planets.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 21 and therefore denies those allegations.**

22. Martineau's work introduces the notorious Red Legion, a powerful military force, that is embroiled in an unending cycle of warfare throughout these locations including the Land of the Crimson Sky, a territory seized by the Red Legion.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 22 and therefore denies those allegations.**

23. Known for their brutal tactics, which include using flamethrowers known as– "flame atonizers" - and war beasts called "miogas" - the Red Legion wreaks chaos and destruction in civilian settlements.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 23 and therefore denies those allegations.**

24. The Red Legion is structured hierarchically, with titles like "Legionnaire" and "Conscript" denoting the chain of command.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 24 and therefore denies those allegations.**

25. At the forefront of the Red Legion is Yinnerah, a once lowly court jester on the planet Itonoi who rose to power and a leadership position within the Red Legion.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 25 and therefore denies those allegations.**

26. Using his position as a means to gain knowledge and influence, Yinnerah holds a prominent position within the Red Legion in the Ainobot Sector.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 26 and therefore denies those allegations.**

27. Despite his imprisonment in "thought and space", Yinnerah's ambitions remain strong, as seen in Martineau's poem "Yinnerah's Omen," wherein he plots an impending invasion of Earth.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 27 and therefore denies those allegations.**

28. Yinnerah ascends from these lowly beginnings eventually attaining total power and dominion over the Red Legion, referring to himself as "The Red God".

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 28 and therefore denies those allegations.**

29. Martineau's writings also introduce Tononob Station, a massive celestial entity hovering above Earth that houses valuable assets, including the bioengineered species Fion Donork II.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 29 and therefore denies those allegations.**

30. Yinnerah, as leader of the Red Legion, has his sights set on seizing Tononob Station to further his goals of dominating Earth.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 30 and therefore denies those allegations.**

31. Throughout Martineau's work, messages are continually transmitted through beacons that update the reader on different events occurring in this fantasy world.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 31 and therefore denies those allegations.**

32. A number of these messages reference a weapon called an "atonizer" that has the potential to "spell doom" for the conquered population through the use of an "enhancement beam".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 32 and therefore denies those allegations.**

33. The beacon messages often provide warnings for those in receipt after the beacon is activated using an "input panel".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 33 and therefore denies those allegations.**

34. Red Legion Analyzation Team 232 monitors the activities of the Red Legion, including those on Earth and the planet Gala-Tar.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 34 and therefore denies those allegations.**

35. Additionally, Martineau's work introduces transversion technology, which allows individuals to merge minds and consciousness into different beings across different timelines.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 35 and therefore denies those allegations.**

36. In Martineau's poem "Our Minds," an unknown entity from a distant future communicates through transversion to merge with a receiver's consciousness; consciousness transfer is a recurring event throughout Martineau's work.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 36 and therefore denies those allegations.**

## THE INFRINGING WORK

37. Bungie developed and released a video game set in a fantasy world entitled Destiny 1.

**ANSWER:  Bungie admits that it developed and released a video game entitled _Destiny_. Bungie denies any remaining allegations set forth in Paragraph 37.**

38. Although widely distributed, Destiny 1 was considered a commercial disappointment.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 38.**

39. Bungie then publicly announced the decision to release an entirely new fantasy-based video game entitled Destiny 2.

**ANSWER:  Bungie admits that it developed and released a video game entitled *Destiny 2.* Bungie denies any remaining allegations set forth in Paragraph 39.**

40. Bungie set an aggressive timeline for the development and release of Destiny 2, which was to share little, if any, content with Destiny I.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 40.**

41. It was well publicized that the development team for Destiny 2 was forced to scrap a majority of their work midway through development in order to start over again.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 41.**


42. Thereafter, Bungie had a mere sixteen (16) months to completely start over; Bungie was required to develop and finalize the game before the publicized release date of September 2017.

**ANSWER:  Bungie admits that it released *Destiny 2* in September 2017.  Bungie denies any remaining allegations set forth in Paragraph 42.**

43. This retooling included a complete shuffling of the development team; during the reboot, a number of prominent and longtime Bungie employees left or were forced out of the company.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 43.**

44. The game's director was also let go and replaced by Luke Smith, who was brought in to help direct development of Destiny 2 alongside Christopher Barrett and Ryan Ellis.

**ANSWER:  Bungie admits that Luke Smith, Christopher Barrett, and Ryan Ellis worked on developing *Destiny 2*.  Bungie denies any remaining allegations set forth in Paragraph 44.**

45. The developers of Destiny 2 wanted to eliminate old content carried over from Destiny 1 in order to focus on entirely new aspects. Smith stated: "The scope of what we delivered took a toll on the Bungie team. The grind of working on Destiny 2 was wearing people down."

**ANSWER:  Bungie denies all allegations set forth in Paragraph 45.**

46. Bungie was pressed for time and needed to produce a huge amount of new content in a very short period.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 46.**

47. Because Bungie's Destiny 2 creative team was reshuffled in midstream, many new people were brought onboard to the Destiny 2 development team with little time and much work to do in order to develop an entirely new fantasy world for the expansive Destiny 2 video game.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 47.**

48. Bungie encourages its creative developers to look to outside sources for ideas and inspiration.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 48.**

49. Because Bungie's development team was worn down by the intense development schedule, this urgency and pressure served as motivation for one or more members of Bungie's development team to look to outside sources (including Martineau's work) for ideas and inspiration.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 49.**

50. Members of Bungie's development team necessarily possessed advanced computer skills to be able to work on the creation of a sprawling and immersive computer software-based video game like Destiny 2.

**ANSWER:  Bungie admits that its development team had sufficient computer skills to develop *Destiny 2*.  Bungie denies any remaining allegations set forth in Paragraph 50.**

51. Members of Bungie's Destiny 2 development team thus had the technical expertise and motivation to access Martineau's work via the well-known and publicly available WordPress online platform.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 51.**

52. WordPress is a logical place to look for anyone seeking ideas and/or inspiration for development of a new science-fiction video game involving an entirely new fantasy world.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 52 and therefore denies those allegations.**

53. One or more members of Bungie's Destiny 2 development team could have easily accessed Martineau's work using the WordPress key-word search function.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 53.**

54. Many of the science fiction related key-word hypertext search terms associated with Martineau's work directly relate to content present in Destiny 2.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 54 and therefore denies those allegations.**

55. One of the main developers of Bungie's Destiny and Destiny 2 video games publicly described Bungie's creative process as taking ideas from various third-party works, including the 1969 film *Stalker* by Andre Tarkowski, Westerns such as *The Good, the Bad and the Ugly,* and Terry Gilliam's film *Time Bandits.*

**ANSWER:  Bungie denies all allegations set forth in Paragraph 55.  To the extent Paragraph 55 is premised on Bungie's *Destiny* panel at the Game Developers Conference in**

2013, this panel antedated development of *Destiny 2* by several years and only explicitly referred to the original *Destiny* game, not *Destiny 2.*

56. Bungie's creative process also involved taking ideas from art available online, including works of artists such as John Harris, Zdzislaw Beksinski, and Peter Gric.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 56.  To the extent Paragraph 56 is premised on Bungie's *Destiny* panel at the Game Developers Conference in 2013, this panel antedated development of *Destiny 2* by several years and only explicitly referred to the original *Destiny* game, not *Destiny 2.***

57. Additionally, Bungie's creative process included looking to Anime, the military, other action heroes, as well as sports stars for inspiration for its video games.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 57.  To the extent Paragraph 57 is premised on Bungie's *Destiny* panel at the Game Developers Conference in 2013, this panel antedated development of *Destiny 2* by several years and only explicitly referred to the original *Destiny* game, not *Destiny 2.***

58. All of the aforementioned information that was considered as part of Bungie's creative process was clearly available and easily accessible online.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 58.**

59. The Bungie team leader directly involved with development of the infringing work openly admitted that creating and building upon the sci-fi fantasy world required a variety of ideas and concepts, necessitating references to outside sources available online for review.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 59.**

60. Upon information and belief, one of the sources accessed and copied in this process was Kelsey Martineau's copyrighted work which was published and easily accessible on WordPress.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 60.**

61. Bungie's creative team, which numbered as many as 400 people, worked on the common goal of finding inspirational content in order to generate ideas.

**ANSWER:  Bungie admits that its development team has, at times, included around 400 people.  Bungie denies any remaining allegations set forth in Paragraph 61.**

62. Bungie has publicly admitted that its creative team was relied upon for idea generation without micromanagement, further indicating a creative process that allowed for and openly encouraged broad access to online sources by hundreds of Bungie team members.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 62.**

63. Bungie's creative team was given significant freedom during the development and creation of ideas fixed in the infringing work, Destiny 2.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 63.**

64. WordPress, where Martineau's work was published, utilized a tagging system that categorized his work with hashtags such as "Science Fiction," "Future," "Space," and "Aliens"; simple searches using these terms would lead directly to Martineau's work without fervent searching efforts.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 64 and therefore denies those allegations.**

65. Given Bungie's admitted creative process of taking ideas from readily accessible online sources, the team easily accessed Martineau's work, which was prominently categorized on WordPress and was found without intense searching efforts.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 65.**

66. Bungie's creative team for the infringing work, numbering as many as 400 individuals, was able to easily access Martineau's work through Bungie's established creative process that included searching for inspirational content from which to draw and take ideas.

**ANSWER: Bungie denies all allegations set forth in Paragraph 66.**

67. Bungie's team not only drew inspiration from Martineau's work but directly copied it in creating Destiny 2, infringing upon Martineau's copyrights in his protectable work; the similarities between the copyrighted work and infringing work are too numerous and substantial to be the result of mere coincidence.

**ANSWER: The allegations in Paragraph 67 are legal conclusions and do not require a response. To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 67.**

68. Bungie is an American video game company that is now a subsidiary of Sony Interactive Entertainment.

**ANSWER: Bungie admits the allegations in Paragraph 68.**

69. Bungie's "Destiny 2" encompasses many "seasons" that include: Red War; Curse of Osiris; Warmind; Season of the Outlaw; Season of the Forge; Season of the Drifter; Season of Opulence; Season of the Undying; Season of Dawn; Season of the Worthy; Season of Arrivals; Season of the Hunt; Season of the Chosen; Season of the Splicer; Season of the Lost; Season of the Risen; Season of the Haunted; Season of Plunder; Season of the Seraph; Season of Defiance; Season of the Deep; Season of the Witch; and Season of the Wish.

**ANSWER: Bungie admits the allegations in Paragraph 69.**

70. On September 6, 2017, Bungie released Destiny 2, introducing players to a captivating and fantastical world, where the players must defend the Last City on Earth from the Red Legion, led by the main antagonist Dominus Ghaul.

**ANSWER: Bungie admits that *Destiny 2* was released on September 6, 2017, and that the initial campaign's main antagonist was Dominus Ghaul, the leader of the Red Legion. Bungie denies any remaining allegations set forth in Paragraph 70.**

71. In Destiny 2, players battle an invading force known as the "Red Legion".

**ANSWER: Bungie admits the allegations in Paragraph 71.**

72. The Red Legion attacks "the Traveler", a powerful celestial entity that hovers above the Last City, provides light and protection to the Last City.

**ANSWER: Bungie admits the allegations set forth in Paragraph 72.**

73. The Traveler is straddled by the Red Legion's war machinery, which includes prominent use of flame throwers.

**ANSWER: Bungie denies all allegations set forth in Paragraph 73.**

74. Dominus Ghaul, the ruthless leader of the Red Legion, claims that the Traveler and its light belong to him.

**ANSWER: Bungie admits the allegations set forth in Paragraph 74.**

75. As players traverse through the war-torn Last City, the players must fight off war-beasts and eventually board ships with other survivors to battle the Red Legion once again.

**ANSWER: Bungie admits that players of the "Red War" *Destiny 2* campaign fight War Beasts and board spaceships to battle the Red Legion at different points throughout the narrative of the campaign. Bungie denies any remaining allegations set forth in Paragraph 75.**

76. Meanwhile, Dominus Ghaul and his lieutenant admire their new asset, the Traveler, with plans to use its power to install Ghaul as the emperor of the conquered land.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 76.**

77. They confront a prisoner, the speaker for the Traveler, who refuses to choose Ghaul as its representative.

**ANSWER:  Bungie admits that Dominus Ghaul confronts the imprisoned Speaker for the Traveler in the "Red War" *Destiny 2* campaign.  Bungie denies any remaining allegations set forth in Paragraph 77.**

78. A caravan of ships heads to the European dead zone with the goal of reaching the "shard of the Traveler."

**ANSWER:  Bungie admits that players of the "Red War" *Destiny 2* campaign are tasked with reaching the Shard of the Traveler.  Bungie denies any remaining allegations set forth in Paragraph 78.**

79. Players must fight their way through the Red Legion to reach the shard, where the light from the Traveler invigorates the player, and they are tasked with rallying survivors to fight back against the Red Legion.

**ANSWER:  Bungie admits the allegations in Paragraph 79.**

80. Players must traverse through salt mines, fighting off the enemy Fallen, and eventually finding a way to power an elevator to escape.

**ANSWER:  Bungie admits the allegations in Paragraph 80.**

81. After exiting the mines, players must hand over a booster to activate a beacon that shares a message from Zavala, the leader of the Guardians; the message describes the loss of the Last City and advises remaining Guardians to rally on the planet Titan.

**ANSWER:  Bungie admits the allegations in Paragraph 81.**

82. Throughout the game, the ultimate goal of the Red Legion remains constant - to capture the Traveler and use its light to empower Dominus Ghaul. Indeed, the Red Legion forms the backbone for the entire storyline that unfolds in the infringing game of Destiny 2.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 82.**

83. Although Destiny 2 offers an immersive and thrilling gaming experience that keeps players on the edge of their seats, the game is based directly on Martineau's source work.

**ANSWER:  Bungie admits that *Destiny 2* offers an immersive and thrilling gaming experience.  Bungie denies any remaining allegations set forth in Paragraph 83.**

<u>**SIMILARITIES BETWEEN MARTINEAU'S WORK AND DESTINY 2**</u>

84. Probative and striking similarities exist between Martineau's work and Bungie's Destiny 2 game.

**ANSWER:  The allegations in Paragraph 84 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 84.**

85. The similarities between Martineau's work and Bungie's Destiny 2 game clearly would not arise independently.

**ANSWER:  The allegations in Paragraph 85 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 85.**

86. Martineau's work and Bungie's Destiny 2 game, when compared as a whole, are adequately similar to establish appropriation by Bungie.

**ANSWER:  The allegations in Paragraph 86 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 86.**

87. Bungie's Destiny 2 work is an expansive work that has been consistently updated for several years since its initial launch.

**ANSWER:  Bungie admits that *Destiny 2* has been periodically updated since its original launch.  Bungie denies any remaining allegations set forth in Paragraph 87.**

88. Because the amount of content produced for Destiny 2 is significant, any alleged differences between the two works does not detract from the extensive probative similarities that exist between Martineau's work and Bungie's Destiny 2 game.

**ANSWER:  The allegations in Paragraph 88 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 88.**

89. Martineau's work is a literary creation that Bungie has copied - in certain instances verbatim.

**ANSWER:  Bungie admits that Martineau's work is a literary work.  The remaining allegations in Paragraph 89 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all remaining legal conclusions and allegations set forth in Paragraph 89.**

90. Martineau's work is more than mere standard or stock scenes, or unprotected *scènes à faire* content.

**ANSWER:  The allegations in Paragraph 90 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 90.**

91. Martineau's work weaves many different elements (including, without limitation, alien invasions, threatened destruction of Earth, communication beacons sending encrypted messages across space, spaceship transportation/combat, laser-based superweapons, robots with human consciousnesses and sentient artificial intelligence) in a cohesive and detailed narrative.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 91.**

92. Martineau's work goes beyond mere unprotectable themes, characters, and technologies that are common in the sci-fi genre.

**ANSWER:  The allegations in Paragraph 92 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 92.**

93. Martineau's work constitutes protected expression because it involves intricately detailed characters having many idiosyncratic traits, as well as a detailed sequence of events or storyline.

**ANSWER:  Bungie denies that Martineau's work involves intricately detailed characters having many idiosyncratic traits, or a detailed sequence of events or storyline.  The remaining allegations in Paragraph 93 are legal conclusions and do not require a response. To the extent any response is required, Bungie denies all remaining legal conclusions and allegations set forth in Paragraph 93.**

94. Martineau's work features distinctive sufficiently expressed elements, intricately detailed to contribute to a creative plot that is sufficiently expressed and linear to be protectable.

**ANSWER:  The allegations in Paragraph 94 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 94.**

95. Although Martineau's storyline could have evolved in numerous different directions, Martineau's work is infused with his unique individualism and skill which, through his expression, resulted in an elaborate and original composition entitled to legal protection.

**ANSWER:  Bungie denies that Martineau's work is infused with his unique individualism/skill, or that the work is elaborate.  The remaining allegations in Paragraph 95 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all remaining legal conclusions and allegations set forth in Paragraph 95.**

96. Both Martineau's work and "Destiny 2" detail the rise of a young and ambitious alien with the intent of dividing and conquering Earth in order to gain strategic asset(s).

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 96 and therefore denies those allegations.**

97. The characters involved throughout both works display very similar attitudes, histories, and mindsets, and it is only through a very unique set of actions (occurring in both works) that initiate the initial invasion of Earth.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 97 and therefore denies those allegations.**

98. The rise of Dominus Ghaul from Destiny 2 replicates the rise of Overlord Yinnerah from Martineau's work; they are both urged, guided and assisted by outcast mentors (scholars) to overthrow their leaders to rise to power with the intentions of invading Earth.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 98 and therefore denies those allegations.**

99. In both Martineau's work (including, without limitation, "The First Defense") and Destiny 2, rebels fend off Red Legion invaders on Earth against backdrops of burning settlements, ravaged streets, and utter chaos.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 99 and therefore denies those allegations.**

100.    The tactics of both alien "Red Legion" invaders from Martineau's work and Destiny 2 mimic one another, and their goals directly overlap in both works.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 100 and therefore denies those allegations.**

101.    In both works, leaders (Dominus Ghaul from Destiny 2 and Overlord Yinnerah from Martineau's work) are driven by hubris and a desire for control, and represent the primary antagonists of the works.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 101 and therefore denies those allegations.**

102.    In both works, conquests of the antagonist leaders are driven by perceived weaknesses of the opposing rebel forces.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 102 and therefore denies those allegations.**

103.    In both works, technology is described in identical ways, with parallel uses and ethical dilemmas.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 103 and therefore denies those allegations.**

104.    In both works, rebel factions rise up to resist imminent threats of invasion by the Red Legion at the same moment in both plotlines.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 104 and therefore denies those allegations.**

105.    In both works, the Red Legion is described as powerful, ruthless invading force driven by malignant goals; it is only through cooperation and coordination that rebel resistance fighters can hope to defeat the malevolent Red Legion invaders.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 105 and therefore denies those allegations.**

106.    In both works, the Red Legion invades and decimates Earth at the same point in both works s; the Red Legion is ruthless, shows little mercy and considers itself superior to humanity and the opposing rebel forces on Earth.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 106 and therefore denies those allegations.**

107.    In both works, the Red Legion sets its sights on a floating city/station that houses strategic assets.

**ANSWER:  Bungie admits that the Traveler floats but denies that it is a city or station or that it houses strategic assets.  Otherwise, Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 107 and therefore denies those allegations.**

108.    In both works, spaceships are used at similar points in the works, while individuals, technologies, and aliens on board the spaceships serve similar purposes within the parallel works.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 108 and therefore denies those allegations.**

109.    In both works, quests for significant relics and weapons play a pivotal role and characterizes both Overlord Yinnerah and Dominus Ghaul.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 109 and therefore denies those allegations.**

110.    In both works, the Red Legion is keenly interested in acquiring superweapons that can turn the tide of both wars.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 110 and therefore denies those allegations.**

111.    Both works focus on consciousness transfer and the ethical dilemmas surrounding it.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 111 and therefore denies those allegations.**

112.    Martineau's work and Destiny 2 are substantially similar.

**ANSWER:  The allegations in Paragraph 112 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 112.**

113.    Martineau's work and Destiny 2 are strikingly similar.

**ANSWER:  The allegations in Paragraph 113 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 113.**

114.    Both works include a number of directly corresponding elements or features as more fully described herein and as set forth in the following table:

 [*table omitted*]

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 114 and the accompanying table, and therefore denies those allegations.**

## INFRINGING AND DIRECTLY CORRESPONDING ELEMENTS

115.    Yinnerah and Dominus Ghaul

   a.   In Martineau's works, Yinnerah starts out as a lowly court jester orphan who eventually rises to power and leads the Red Legion to invade Earth.

   b.   Yinnerah has aspirations of capturing Tononob Station, a celestial entity floating above Earth with valuable assets.

   c.   In Martineau's works, Yinnerah is often referred to as "The Red God".

   d.   In Destiny 2, Dominus Ghaul is the leader of the Red Legion and invades earth.

   e.   Throughout the game, Dominus Ghaul reflects on his lowly beginnings as an orphan, and sets his sights on the Traveler which is a celestial entity floating above Earth with a valuable asset – an energy called "the light".

   f.   When Ghaul attempts overthrow the Traveler he refers to himself as "a God".

**ANSWER:  Bungie admits that in *Destiny 2*, Dominus Ghaul is the leader of the Red Legion and invades Earth because he seeks to obtain the Traveler's Light, that Dominus**

26

Ghaul was an orphan, and that Dominus Ghaul refers to himself as "a god" when he attempts to take the Traveler's Light by force. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 115, and therefore denies the remaining allegations.

116.    The similarities between Martineau's primary antagonist, Yinnerah, and Destiny 2's primary antagonist, Dominus Ghaul, are striking and clearly establish more than a mere coincidence.

**ANSWER: The allegations in Paragraph 116 are legal conclusions and do not require a response. To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 116.**

117.    Both Yinnerah and Dominus Ghaul share a similar origin story, beginning their journeys as societal outcasts who rise to prominence as leaders of the same militaristic group, the Red Legion, with intentions to invade Earth.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 117 and therefore denies those allegations.**

118.    Their ambitions are similarly aligned as both characters seek to capture valuable assets residing in celestial entities floating above Earth.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 118 and therefore denies those allegations.**

119.    Both characters seek to destroy Earth and its inhabitants.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 119 and therefore denies those allegations.**

120.    Both characters harbor grandiose perceptions of themselves, both being referred to as "Gods".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 120 and therefore denies those allegations.**

121.    These overlapping and unmistakable characteristics reveal a clear pattern, suggesting that the creators of Destiny 2 did not simply gain inspiration from Martineau's work , but have instead used Martineau's Yinnerah as a blueprint for their character, Dominus Ghaul.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 121.**

122.    Dominus Ghaul, who was still referenced after his death on numerous occasions throughout Destiny 2, and still makes appearances on Defendant's social media accounts.

**ANSWER:  Bungie admits that Dominus Ghaul is referenced in *Destiny 2* after his death, and that images of the character have been posted to official *Destiny 2* social media accounts. Bungie denies any remaining allegations set forth in Paragraph 122.**

123.    Destiny 2's creators blatantly copied Martineau's work (including, without limitation, the character Yinnerah) by incorporating Dominus Ghaul, as a key antagonist in the Destiny 2 video game.

**ANSWER:  The allegations in Paragraph 123 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 123.**

124.    The Red Legion

    a.  In Martineau's work, The Red Legion is a militaristic faction involved in warfare and conquest; throughout the work, Martineau repeatedly assigns the title of "Legionnaire" to single members of the Red Legion.

b.  The Red Legion invades Earth with the goal of dominating the Earth, Tononob station, and other assets.

c.  The Red Legion uses scorched-earth tactics, as exemplified by its agents who systematically destroy civilian settlements for its leader, Yinnerah, demonstrating the Red Legion's relentless and ruthless militarism.

d.  These objectives reflect an amalgamation of philosophical and militaristic ideologies of the Red Legion.

e.  In Destiny 2, individual members of the Red Legion are referred to as "Legionnaires".

f.  The Red Legion is a militaristic group that seeks to conquer the Traveler and Earth under the iron-fisted rule of its supreme leader, Dominus Ghaul.

g.  The Red Legion invades Earth, and Dominus Ghaul shares his lofty ambitions while his hierarchical military faction – The Red Legion – wreaks havoc on Earth in order capture the Traveler's Light.

h.  Even after Dominus Ghaul's death, the Red Legion continue to fight and destroy; although leadership in the Red Legion changes throughout the game, this military group continues to wreak havoc in Destiny 2.

**ANSWER:  Bungie admits that in *Destiny 2*, Dominus Ghaul is the leader of the Red Legion and invades Earth because he seeks to obtain the Traveler's Light.  Bungie also admits that certain members of the Red Legion are referred to as "Legionnaires," and that the Red Legion reappears in *Destiny 2* after Dominus Ghaul's death.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 124, and therefore denies the remaining allegations.**

125.     The shared characteristics between Martineau's Red Legion and Destiny 2's Red Legion prove direct copying of Martineau's original work.

**ANSWER:  The allegations in Paragraph 125 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 125.**

126.     In both works, The Red Legion is depicted as a militaristic faction, ruthlessly engaged in warfare with the goal of controlling Earth.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 126 and therefore denies those allegations.**

127.     The striking resemblance continues with their scorched-earth tactics, wherein the Red Legion systematically destroys civilian settlements under the command of their leaders, Overlord Yinnerah (in Martineau's work), and Dominus Ghaul (in Destiny 2). Significantly, both leaders share similar titles, indicating that they are masters of their respective forces.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 127 and therefore denies those allegations.**

128.     Notably, both factions invade Earth.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 128 and therefore denies those allegations.**

129.     The similarities in their ideologies, methodologies, and objectives are so profound that they point to more than mere coincidence.

**ANSWER:  The allegations in Paragraph 129 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 129.**

130.    The Red Legion in Destiny 2 – as well as the reference to individual members as "Legionnaires" - is a direct, unaltered copy of the Red Legion as reflected in Martineau's work.

**ANSWER:  The allegations in Paragraph 130 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 130.**

131.    The creators of Destiny 2 did not independently create their version of the Red Legion but instead have wrongfully copied Martineau's original creation.

**ANSWER:  The allegations in Paragraph 131 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 131.**

132.    The Red Legion is referenced and makes appearances throughout the video game, Destiny 2, to this day.

**ANSWER:  Bungie admits that references to and appearances of the Red Legion are still available in *Destiny 2*.  Bungie denies any remaining allegations set forth in Paragraph 132.**

133.    Red Legion Monitors Earth

    a.    In Martineau's work, the Red Legion has been monitoring beings on Earth and another planet for 50 galactic transecs, noting that they have not made contact yet.

    b.    One Earth specimen consumes mind-altering stimulants while the other longs for a soul connection with another being; these specimens meet the required criteria and have a strong connection.

    c.    The Red Legion decides not to interfere with these beings.

    d.    The Red Legion's monitoring and oversight can be seen in Martineau's work and is delivered by a ranking member of the Red Legion known as Conscript A-59.

e.  In Destiny 2, Dominus Ghaul examines Earth from his spaceship.

f.  While planning and sharing his ambitions, he receives updates from lower ranking Red Legion members through a high-ranking member of the Red Legion who has known Dominus Ghaul since his lowly beginnings.

g.  Dominus Ghaul listens to these updates as he carries out his plan of domination and dictatorship.

h.  His rule requires the ongoing monitoring of Earth to ensure that objectives are met timely and in accordance with his overall plans.

i.  The Red Legion's ongoing monitoring of Earth continues well after Ghaul's death - for instance, the Red Legion monitors Earth with the aim of colliding the Almighty with the Last City.

**ANSWER:  Bungie admits that in *Destiny 2*, Dominus Ghaul receives updates from the Consul while aboard his ship.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 133, and therefore denies the remaining allegations.**

134.    The startling parallels between Martineau's depiction of the Red Legion's surveillance of Earth and the similar elements of Destiny 2 reflects direct copying of Martineau's work.

**ANSWER:  The allegations in Paragraph 134 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 134.**

135.      In Martineau's work, the Red Legion, a militaristic faction, is described as monitoring beings on Earth for an extended period, withholding direct contact while observing their behavior and connections.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 135 and therefore denies those allegations.**

136.      This is a unique feature of the work that gives rise to a sense of omnipresent danger and suspense.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 136.**

137.      Remarkably, in Destiny 2 the Red Legion, through Dominus Ghaul and other Legionnaires, also observe and monitor Earth from a spaceship, receiving updates about the planet through a high-ranking member of the Red Legion.

**ANSWER:  Bungie admits that Dominus Ghaul observed Earth from a spaceship, but otherwise denies the allegations set forth in Paragraph 137.**

138.      The monitoring of Earth by the Red Legion was originally conceived by Martineau and later directly copied and duplicated in Destiny 2.

**ANSWER:  The allegations in Paragraph 138 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 138.**

139.      Miogas and War Beasts

    a.  In Martineau's work (including in multiple poems such as, for example, "Miogas", "Here", "The Journals of Young Frini – Part I"), the miogas are dog-like creatures used by the Red Legion to further their military tasks.

33

b.  The mioga creatures have multiple heads and march with the Red Legion during their military conquests.

c.  The miogas are controlled by the Sovio – a ranking member of the Red Legion – who uses an incomprehensible dialect to communicate with the creatures.

d.  For example, the following quote is directly from Martineau's work, "Nonsense, the Sovio Legionnaire said as he patted his mioga's second head. We'll burn them all."

e.  In Destiny 2, the Red Legion uses war beasts to fight those who oppose their mission.

f.  The war-beasts are allied with the Red Legion and are directed to attack players for the purpose of carrying out the Red Legions' military goal.

g.  During a portion of the game called the Twilight Gap, a Red Legion warrior gives arm signals; simultaneously, Red War beasts come from multiple angles and attack the player to stop the player from moving forward against the Red Legion.

h.  In Destiny 2, the war beasts take direct orders from the Red Legion warrior and attack the opposition.

**ANSWER: Bungie admits that in the "Red War" campaign of *Destiny 2*, players must fight War Beasts utilized by the Red Legion. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 139, and therefore denies the remaining allegations.**

140.    The identical element of animal-like creatures assisting the Red Legion appears in both Martineau's work and Destiny 2.

**ANSWER: The allegations in Paragraph 140 are legal conclusions and do not require a response. To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 140.**

141.    Martineau's work features the Miogas, dog-like creatures with multiple heads that serve the Red Legion in their military endeavors.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 141 and therefore denies those allegations.**

142.    The Miogas are portrayed as loyal and are commanded by the Sovio, a high-ranking member of the Red Legion who communicates with them in an incomprehensible dialect.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 142 and therefore denies those allegations.**

143.    This intricate detail of communication between the Red Legion and the Miogas highlights the depth of Martineau's creativity.

**ANSWER: Bungie denies all allegations set forth in Paragraph 143.**

144.    In Destiny 2 - "war beasts," - creatures that are loyal to the Red Legion, help the Red Legion in their fight against their adversaries.

**ANSWER: Bungie admits the allegations in Paragraph 144.**

145.    Like the miogas, the war beasts take direct orders from the Red Legion; the similarities extend to a scene where a Red Legion warrior gives arm signals to the war beasts, mirroring Martineau's depiction of the Sovio communicating with the miogas.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 145, and therefore denies the allegations.**

146.    The similarity between the miogas in Martineau's work and the war beasts in Destiny 2, shows that the creators of Destiny 2 copied Martineau's work, and continue to use the miogas directly in their game.  Atonizer and The Almighty

  a.  Martineau describes different types of weapons as "atonizers."

  b.  For example, in the poem entitled, "Receiving message via Beacon submerged_arctic 1259" Martineau describes a weapon called the "atonizer prototype" as a very powerful weapon that "will spell doom for your race…."

  c.  Further describing the atonizer, Martineau wrote "There is a 'fail' safe on the digital input panel – it will reverse all effects of the enhancement beam – and permanently alter the physics of the surrounding locale for approximately 4 mega-secs."

  d.  In Destiny 2, the Almighty is also a weapon that uses a laser- beam to destroy stars, penetrating the stars and causing them to explode, destroying nearby inhabited planets.

  e.  The Almighty is used by the Red Legion and its leader Dominus Ghaul to dominate and destroy planets; the Almighty is Ghaul's prized possession that helps him conquer and realize his ambitions.

  f.  In Destiny 2, Dominus Ghaul points the Almighty at earth's sun and threatens the existence of all earth's inhabitants.

  g.  Zavala, the leader of the Vanguard, calls for help to fight against the Red Legion and to attack the Almighty to save earth.

  h.  The Almighty, abandoned by the defeated Red Legion, is sent to collide with earth to destroy the Last City, making a final attempt to destroy the Last City with their superweapon.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Dominus Ghaul controls a ship armed with an energy beam capable of destroying stars, which Dominus Ghaul aims at Earth's Sun.  Bungie also admits that later in *Destiny 2*, the Red Legion sets the Almighty to collide into the Last City.  The remaining allegations are either legal conclusions and do not require a response, or else Bungie does not have sufficient knowledge or information as to their truth.  Therefore, Bungie therefore denies the remaining legal conclusion and allegations in Paragraph 146.**

147.    Both the atonizer prototype and the Almighty are portrayed as extremely powerful weapons that can bring about the destruction of an entire race.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 147, and therefore denies the allegations.**

148.    In Martineau's work, the atonizer prototype, with its enhancement beam, is depicted as having the ability to "spell doom for your race".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 148, and therefore denies the allegations.**

149.    Similarly, in Destiny 2, the Almighty utilizes a blue laser-beam to destroy stars and, consequently, nearby inhabited planets.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 149.**

150.    In both works, these weapons are linked to an antagonistic force, the Red Legion to dominate and destroy Earth.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 150, and therefore denies the allegations.**

151.    Use of these weapons by the Red Legion in both works leads to a call for help and resistance.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 151, and therefore denies the allegations.**

152.    Flame Atonizer and Flame Thrower

a.    In Martineau's work, a poem entitled "Receiving message via Teletronic receiver 342-43k-VI", Red Legion Conscript 765 rebels against his superior, Sovio Legionnaire Ebior Annion, by turning a weapon on him.

b.    Martineau's work states "Conscript 765 apparently turned a **heationo flame atonizer** on Annion just after he'd issued a command."

c.    In "The Journals of Young Frini – Part I", Martineau writes: "Nonsense,' the Sovio Legionnaire said as he patted his mioga's second head. 'We'll burn them all.'"

d.    Martineau also writes, "I closed my eyes and heard the flame of the weapon crackle. I felt the heat sear my eyebrows. 'What? What are you doing?' the Legionnaire's song turned to screams of despair. I've never felt more relieved."

e.    Martineau's work clearly describes flame-based weaponry that is used extensively by the Red Legion.

f.    In Destiny 2, members of the Red Legion called "Incendiors" are specialized combat units equipped with flamethrowers to eradicate both foot soldiers and structures with searing flames.

g.    These Red Legion Legionnaires use flame-based weaponry powered by fuel tanks carried on their backs to destroy the opposition.

> h. There are different types of Incendiors described throughout Destiny 2: The Red Legion Incendiors; Cabal Deserter Incendiors; Imperial Incendiors; Shadow Incendiors, and Nightmare Incendiors.
>
> i. All of these Incendiors use flame-based weaponry to fight their opponents.

**ANSWER: Bungie admits that in the "Red War" campaign of *Destiny 2*, Red Legion combat units called "Incendiors" are armed with flame-based weaponry. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 152, and therefore denies the remaining allegations.**

153.    In Martineau's work, the Red Legion Conscript 765 employs a heationo flame atonizer as a weapon against his superior, Sovio Legionnaire Ebior Annion. This flame-based weapon is depicted as being powerful enough to incite fear and despair, signifying its destructive capabilities.

**ANSWER: Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 153, and therefore denies the allegations.**

154.    In Destiny 2, the Red Legion employs a specialized combat unit known as the Incendiors who are equipped with flamethrowers that are used to decimate both foot soldiers and structures with searing flames.

**ANSWER: Bungie admits that in the "Red War" campaign of *Destiny 2*, Red Legion combat units called "Incendiors" are armed with flame-based weaponry. Bungie denies any remaining allegations set forth in Paragraph 154.**

155.    The Incendiors flamethrowers, like the heationo flame atonizers in Martineau's work, are highly destructive weapons, suggesting a similar level of power and capability.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 155, and therefore denies the allegations.**

156.    In both Martineau's work and Destiny 2, the flame-based weaponry is associated with the Red Legion, showing a shared thematic link between the two works.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 156.**

157.    Beacons as message Receivers

a.    In Martineau's work, the poem entitled, "Receiving message via Beacon submerged_arctic 1259", the work describes a beacon for receiving messages.

b.    The messages in this work describe transversion testing and other topics related to the Red Legion.

c.    In Martineau's work, the poem entitled "Our Minds" describes a "hidden beacon" through which messages can be received. In Martineau's work, the poems entitled "Receiving message via Teletronic receiver 342-43k-VI", "Receiving message via Hidden Stellar", "Receiving message via Hidden Stellar Dock 348x8-VI", all describe beacons as processors for receiving messages concerning the Red Legion.

d.    In Destiny 2, the guardians receive a message identified by Suraya, stating "there is an incoming beacon"; the message is processed through an electronic screen.

e.    The message is from Zayala, the leader of the vanguard, who is displayed on the electronic screen.

f.    The message says, "Guardians… the City is lost… if there is any Light left in the system, we rally on Titan. Be brave." Beacons are used for other purposes within the game throughout Destiny 2.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, the player receives a message from Zavala by beacon, which is shown on an electronic screen.  Bungie additionally admits that beacons are used for purposes other than communication throughout *Destiny 2*.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 157, and therefore denies the remaining allegations.**

158.    Martineau's works consistently depict the use of beacons as devices for receiving messages, particularly messages pertaining to the Red Legion.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 158, and therefore denies the allegations.**

159.    Beacons are present throughout Martineau's work, such as "Receiving message via Beacon submerged_arctic 1259", "Receiving message via Teletronic receiver 343-43k-VI", "Receiving message via Hidden Stellar", and "Receiving message via Hidden Stellar Dock 348x8-VI".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 159, and therefore denies the allegations.**

160.    In Destiny 2, the guardians receive a message identified by Suraya as "there is an incoming beacon". The message, processed through an electronic screen, is from Zayala, the leader of the vanguard, and relates to rallying the remaining warriors to fight the Red Legion.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, the player receives a message from Zavala by beacon, which is shown on an electronic screen.  Bungie denies any remaining allegations set forth in Paragraph 160.**

161.    Red Legion Transmissions

    a.    In Martineau's work, multiple transmissions mention the Red Legion. In the poem entitled "Receiving message via Teletronic receiver 342-43k-VI" the first message about the Red Legion ends with a notice that reads "<End of Transmission>". In the poem entitled "Receiving message via Hidden Stellar dock 8b689b-XI", there are two separate transmissions labeled "Transmissions 3,821" and "Transmissions 8,480", both of which are about the Red Legion and its leader, Yinnerah.

    b.    In Destiny 2, the guardians intercept Red Legion encrypted message transmissions, including messages regarding Dominus Ghaul. The player's goal is to focus on deciphering the Red Legion transmission.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, message transmissions are decrypted to reveal information regarding Dominus Ghaul's operations. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 161, and therefore denies the remaining allegations.**

162.    In Martineau's work, a recurring element is the use of beacons to receive and interpret transmissions pertaining to the Red Legion and its activities.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 162, and therefore denies the allegations.**

163.    "Receiving message via Teletronic receiver 342-43k-VI" and "Receiving message via Hidden Stellar dock 8b689b-XI", where the transmissions often conclude with a clear end note.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 163, and therefore denies the allegations.**

164.　　In Destiny 2, the guardians intercept Red Legion transmissions, with the goal of decrypting these messages.

**ANSWER:  Bungie admits the allegations in Paragraph 164.**

165.　　Encrypted Messages

    a.　In Martineau's work, encrypted messages play a crucial role in the work.

    b.　These messages are often transmitted through various types of beacons, which serve as channels for communication.

    c.　Characters often must decipher or act upon these encrypted messages.

    d.　In Martineau's work entitled "Receiving message via Hidden Stellar dock 4x776-VII", the encrypted message is described clearly in a portion of the work that states "…***Decrypt*** and authorize for personal recording…."

    e.　In the same poem, certain words are translated to help the reader comprehend the message; "**Translations** for unknown words will be provided after original words. Audio translated by language sub processor beacon, square 9, circle 22."

    f.　The characters must interpret codes and transmissions, often leading to major plot developments.

    g.　In Destiny 2, the player intercepts Red Legion encrypted transmissions.

    h.　The player's goal is to focus on decrypting the transmission.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, message transmissions are decrypted to reveal information regarding Dominus Ghaul's operations. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 165, and therefore denies the remaining allegations.**

166.     In Martineau's work, encrypted messages play a crucial role; the encrypted messages are transmitted through beacons functioning as communication channels, and the encrypted messages must be deciphered.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 166, and therefore denies the allegations.**

167.     Similarly, in Destiny 2, during and after the Red War, players must intercept and decrypt encrypted Red Legion message transmissions; in Destiny 2 a player must decrypt puzzles using mysterious shapes and numbers that directly mimics the way characters Martineau's work must also decrypt messages using shapes and numbers.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 167, and therefore denies the allegations.**

168.     The graphic below depicts a segment of Destiny 2 where the player's main task is to assist in the decryption of a Red Legion transmission – "Now it's time to focus on those intercepted Red Legion transmissions…."

**ANSWER:   Bungie admits that in the "Red War" campaign of *Destiny 2*, message transmissions are decrypted to reveal information regarding Dominus Ghaul's operations. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 168, and therefore denies the remaining allegations.**

169.     Digital Input Panels

    a.   In Martineau's work, digital input devices are used for receiving messages through audible transversions.

    b.   Digital input panels are also part of the atonizer prototype that can limit its laser-beam capabilities.

c.  Overall, the digital input panels and devices are portrayed as tools for communication and control.

d.  A similar means of messaging is also described through use of a "…personal audio input device…."

e.  In Destiny 2, messages are received through a beacon or electronic receiving station, and then processed through an electronic screen.

f.  Before the message can be processed, the player is tasked with meeting Hawthorne to provide a "**booster**" used to process a message at an electronic receiving station.

g.  The electronic receiving station and "booster" can be seen below.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, the player is tasked with providing Hawthorne with a "booster" to allow the transmission of an electronic message that is processed at a receiving station and shown on an electronic screen. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 169, and therefore denies the remaining allegations.**

170.  The digital input devices in Martineau's work and the "booster" in Destiny 2 both serve the same core function – the devices are vital tools for receiving and processing encrypted messages.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 170, and therefore denies the allegations.**

171.  In Martineau's work, the digital input devices are primarily employed to receive messages through audible transversions.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 171, and therefore denies the allegations.**

172.     In Destiny 2, the "booster" plays the same role – a player's mission is to procure this "booster," which is then inserted into an electronic receiving station to enable the processing of a message.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, the player is tasked with providing a "booster" to allow the transmission of an electronic message that is processed at a receiving station and shown on an electronic screen.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 172, and therefore denies the remaining allegations.**

173.     The "booster" of Destiny 2, like Martineau's digital input devices, is an essential tool for communication. It serves as an intermediary, facilitating the transmission and receipt of crucial information.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 173, and therefore denies the allegations.**

174.     Spaceship Reactors

a.   In Martineau's work entitled "Receiving message via Hidden Stellar dock 4x776-VII" an engineer reports the following, "…Pseudo Engineer Bariuy reporting for log 23,532 via standard issue Legion personal audio input device. Days upon days I've worked on this ioniatic [unavailable] conversion matrix – **but the ship's *reactor* rejects all changes to** [translation error] … but I'm not sure if it's a good idea. The atonicon [unavailable] missile bays likely can't withstand that much heco-tontic pressure…."

b.   In Destiny 2, players are tasked with destroying a Red Legion ship's central core to prevent the Almighty from destroying Earth.

    c.   Thus, inflicting damage and causing ship reactor issues is one of the ways that the Guardians seek to prevent Dominus Ghaul from destroying Earth.

    d.   Players are also tasked with helping a struggling ally stuck in a teleportation time-loop; at the end of the task, the ally – Cayde – is found at the spaceship's **reactor core.**

    e.   Also in Destiny 2, a player is told to "Destroy the Ship's ***Reactor"*** for purposes achieving its objective during the Lightfall campaign.

**ANSWER:  Bungie admits that in *Destiny 2*, players are sometimes tasked with objectives that involve the core or reactor of a spaceship.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 174, and therefore denies the remaining allegations.**

175.    Martineau's work features an engineer grappling with difficulties concerning a ship's reactor, implying potential destruction and a threat to the ship and beyond.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 175, and therefore denies the allegations.**

176.    There are striking parallels to the plot in Destiny 2, where players are tasked with destabilizing a ship's central core to prevent global catastrophe.

**ANSWER:  The allegations in Paragraph 176 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 176.**

177.    Ship reactor complications and the resulting consequences in Destiny 2 copy directly from Martineau's work.

**ANSWER: The allegations in Paragraph 177 are legal conclusions and do not require a response. To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 177.**

178.    Tononob Station and The Traveler

a.   In Martineau's work , Tononob Station is described as a space station and inhabited city that is floating above Earth and occupied by a human species.

b.   In "Vessel Transversion Log 390, 509" Martineau writes, "…**Yinnerah wishes to take Tononob Station, floating above what you would refer to as India.** It is now an elevated city that houses a human engineered species. This engineered species, the Fion Donork II's, can prove useful…."

c.   Tononob Station is described as holding a valuable asset desired by Yinnerah.

d.   In Destiny 2, the Traveler is a floating celestial entity above Earth that contains a power source called "the Light."

e.   Dominus Ghaul's main objective is to control the Light and to use the Traveler's power to further his power. The Traveler contains a critical asset coveted by Dominus Ghaul.

**ANSWER: Bungie admits that in the "Red War" campaign of *Destiny 2*, Dominus Ghaul seeks to obtain the Traveler's Light. Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 178, and therefore denies the remaining allegations.**

179.    In Martineau's work, Tononob Station is a floating city above Earth, housing a valuable asset; the antagonist, Yinnerah, seeks to control this station to further Yinnerah's conquest of Earth.

**ANSWER:  The allegations in Paragraph 179 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 179.**

180.      Similarly, in Destiny 2, the Traveler is a floating celestial entity above Earth containing a valuable asset - "the Light." Destiny 2's antagonist, Dominus Ghaul, seeks to take control of the Traveler for its power.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Dominus Ghaul seeks to obtain the Traveler's Light.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 180, and therefore denies the remaining allegations.**

181.      Sufficiently expressed elements of a valuable entity floating above Earth, which an antagonist desires to control, are present in both works.

**ANSWER:  The allegations in Paragraph 181 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 181.**

182.      Apocalypse and Ending Species

    a.  In Martineau's work "Pac's Oracle – Book 29", the following prophecy is shared: "There will be one that comes forth, Another entity chosen by Pac, the Archon of The Tonrit VI Cluster. He will arrive prior to the Tsi Resina **apocalypse in Earth year 2022."**

    b.  The same work provides... "If this is received by a 21st, 22nd, or 23rd century inhabitant, prepare for invasion and possible extinction."

    c.   In another work titled "Yinnerah's Omen", Martineau writes: "Purge these lands and make ready the Legion, through time and space they'll claim this region their new found home. This land they'll roam."

    d.   Dominus Ghaul's ambition to destroy Earth and its inhabitants is shared repeatedly throughout Destiny 2.

    e.   Dominus Ghaul points the Almighty at the earth's sun with plans to annihilate the sun and thereby destroy Earth as a result.

    f.   The Almighty, abandoned by the defeated Red Legion, is sent to collide with earth to destroy the Last City.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Dominus Ghaul points the Almighty at Earth's Sun and intends to destroy it.  Bungie also admits that later in *Destiny 2*,  the Red Legion sets the Almighty to collide into the Last City.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 182, and therefore denies the remaining allegations.**

183.      In Martineau's work, the looming threat of an apocalyptic event is a central element.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 183, and therefore denies the allegations.**

184.      Similarly, in Destiny 2, apocalypse is central to the work, wherein the annihilating force is the Red Legion intending to destroy Earth.

**ANSWER:  Bungie denies all allegations set forth in Paragraph 184.**

185.      The shared impending apocalypse represents a prominent element of both works.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 185, and therefore denies the allegations.**

186.     The Red Fox and Skulking Fox

    a.   In Martineau's work, "Audible Transversion", the Red Legion's exploration attempts after being freed by their leader, Yinnerah are described as follows: "…After the Lord, Yinnerah, granted us freedom, we looked to new worlds…."

    b.   The work further describes the Red Legion's explorations as follows: "Separating those – separating the very essence of the sky could prove to be difficult. Interceptions and interferences.

    c.   The Red Fox has set out to obtain the Dr. specifically assigned to the prototype atonizer."

    d.   In Destiny 2, the Skulking Fox is a spaceship used by the Guardians in furtherance of their own objectives throughout the game.

**ANSWER:  Bungie admits that the "Skulking Fox" is the name of a spaceship available for player use in *Destiny 2*.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 186, and therefore denies the remaining allegations.**

187.     In Martineau's work, "Audible Transversion", the **Red Fox** is a spaceship used by the Red Legion in its exploration endeavors. The spaceship is described as setting out with a specific objective, to obtain the Doctor assigned to the prototype atonizer.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 187, and therefore denies the allegations.**

188.     The dedicated mission involving a spaceship is closely mirrored in Destiny 2, wherein the **Skulking Fox** is a spaceship used by the Guardians to achieve their objectives throughout the game.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 188, and therefore denies the allegations.**

189.    Consciousness Transfer

    a.  In Martineau's work, consciousness transfer is a significant part of the work.

    b.  Martineau introduces a method known as transversion, which allows for the transfer of Sovio consciousness into a different species.

    c.  A technological or metaphysical process allows a consciousness or "essence" to be relocated or copied from one being to another.

    d.  During the Collapse, the Exos' memories were shattered and nearly all knowledge of their origins lost as well. In the Dark Age that followed, the Exos helped build the Last City alongside their organic brethren, with many going on to become Guardians.

**ANSWER:  Bungie admits that in *Destiny 2*, Exos' memories were shattered during the Collapse, but that they helped build the Last City during the Dark Age and many became Guardians.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 189, and therefore denies the remaining allegations.**

190.    Consciousness transfer, known as "transversion", is significant in Martineau's work. This process involves the transfer of Sovio consciousness into a different species using a technological or metaphysical process that facilitates the relocation or copying of consciousness from one being to another.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 190, and therefore denies the allegations.**

191.    In Destiny 2, the Exos are portrayed as the brainchildren of Clovis Bray I, who developed Exos as a means for humans to attain immortality; this involves transferring human consciousness into robotic bodies through "Transversive Steps", (an in-game purchase option in Destiny 2) closely mirroring "transversion" in Martineau's work.

**ANSWER:  Bungie admits that in *Destiny 2*, the Exos are portrayed as the brainchildren of Clovis Bray I, who developed Exos as a means for humans to attain immortality.  Bungie denies that human consciousness is transferred into robotic bodies through "Transversive Steps."  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 191, and therefore denies the remaining allegations.**

192.    In Martineau's work, "Receiving message via Beacon submerged_arctic 1259" the digital input panel on the atonizer prototype is described as having a fail-safe mechanism that can reverse the effects of an enhancement beam and permanently alter the physics of the surrounding area for a certain period of time.152. In Destiny 2, Failsafe is an artificial intelligence that helps the player find Cayde and disable equipment of the Red Legion. Using Failsafe, players are able to reach the reactor core to complete their mission. Failsafe also assists in the search for Captain Masoud Jacobson.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Failsafe is an artificial intelligence who assists players in completing their objectives.   Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 192, and therefore denies the remaining allegations.**

193.    In Martineau's work, a fail-safe mechanism in the atonizer prototype acts as a crisis aversion tool, reversing the effects of an enhancement beam.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 193, and therefore denies the allegations.**

194.    In Destiny 2, an artificial intelligence named Failsafe guides players to avoid obstacles and achieve objectives, functioning as a preventive tool.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Failsafe is an artificial intelligence who assists players in completing their objectives.   Bungie denies that Failsafe functions as a preventative tool.  Bungie denies any remaining allegations set forth in Paragraph 194.**

195.    Violence within the Red Legion

a.    In Martineau's work, "Receiving message via Teletronic receiver 342-43k-VI" a member of the Red Legion turns on a superior and commits an act of violence against his superior:

b.    In the most recent instances of annihilation efforts, the **Red Legionnaires** have annihilated the last of the Blue Offenders, or slang-termed, The Opposed.

c.    While in other reports, a Conscript of **Sovio Legionnaire Annion has apparently gone rogue.** Sovio Legionnaire Ebior Annion, commanding legionnaire of Conscripts 762-778, is one of the most aspiring and ascending commanding officers. Conscript 765 apparently **turned a heationo flame atonizer** on Annion just after he'd issued a command.

d.    In Destiny 2, Dominus Ghaul is challenged by his close friend regarding the means by which the Light will be extracted from The Traveler.

e.    His friend challenges Dominus Ghaul by telling him that he has "…been wasting his time." As a result, Ghaul kills his friend in retaliation for his disrespect.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Dominus Ghaul kills his mentor after he accuses Ghaul of wasting his time trying to obtain the Traveler's Light.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 195, and therefore denies the remaining allegations.**

196.    In Martineau's work, the Red Legion is a powerful force experiencing internal strife, such as when a member rebels against a superior.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 196, and therefore denies the allegations.**

197.    In Destiny 2, the Red Legion is a formidable entity with inner turmoil, shown when Dominus Ghaul kills his friend over a disagreement.

**ANSWER:  Bungie admits that in the "Red War" campaign of *Destiny 2*, Dominus Ghaul kills his mentor after he accuses Ghaul of wasting his time trying to obtain the Traveler's Light.  Bungie denies any remaining allegations in Paragraph 197.**

198.    In Martineau's work (in "The Journals of Young Frini") he writes: "The Red Legion just marched through our commune and killed almost everyone.". Destiny 2 Curse of Osiris provides as follows: "When the Red Legion attacked, it almost cost us everything."

**ANSWER:  Bungie admits that the "Curse of Osiris" campaign of *Destiny 2* contains the phrase "When the Red Legion attacked, it almost cost us everything."  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 198, and therefore denies the remaining allegations.**

199.      In Martineau's work (in "Here") he writes: "Through the red dunes, to the valley of serpents. There the end comes, and goes, **and begins again** as one." Destiny 2 Curse of Osiris provides as follows: "It took a miracle to save us… This is **our new beginning."**

**ANSWER:  Bungie admits that the "Curse of Osiris" campaign of *Destiny 2* contains the phrase "It took a miracle to save us.  The awakening of the Traveler.  This is our new beginning."  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 199, and therefore denies the remaining allegations.**

200.      In Martineau's work (in "Here") he writes: "That is, the nature of things. The universe, the galaxy, the planetary alignment that it sits **in the eye of a mioga."** Destiny 2 Curse of Osiris provides as follows: "This small corner of the cosmos is the only place that is forever ours. And the universe watches us **with envious eyes."**

**ANSWER:  Bungie admits that the "Curse of Osiris" campaign of *Destiny 2* contains the phrase "This small corner of the cosmos is the only place that is forever ours.  And the universe watches us with envious eyes."  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 200, and therefore denies the remaining allegations.**

201.      There are striking similarities between characters Exemplar Forinis (Martineau's work) and Osiris (Destiny 2) - both deal with time/manipulation and perform certain acts in order to ensure timelines proceed as planned.

**ANSWER:  Bungie admits that the character Osiris from the "Curse of Osiris" campaign of *Destiny 2* deals with manipulation of time.  The remaining allegations in Paragraph 201**

are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 201.

202.    Some of the similarities between characters Exemplar Forinis (Martineau's work) and Osiris (Destiny 2) include the following:

[*table omitted*]

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 202 and the accompanying table, and therefore denies the allegations.**

203.    Both characters evoke a sense of mystery and myth, often revered or feared for their prophetic powers. Osiris carries a legacy of rebirth and knowledge, while Forinis's name and title suggests a similar archetype of an all-knowing guide.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 203, and therefore denies the allegations.**

204.    Both characters serve as catalysts for major plot developments. Osiris's return in "Destiny 2" initiates significant events involving the Vex, whereas Forinis's prophecies set the stage for an impending invasion.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 204, and therefore denies the allegations.**

205.    Both characters grapple with the burden of knowing the future - how much should one interfere, and at what cost? This raises ethical questions about free will, destiny, and the morality of prophesying, and altering time or events.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 205, and therefore denies the allegations.**

206.     Additionally, there's a parallel in how both characters balance between withdrawing to gather knowledge and intervening when necessary, reflecting on sufficiently expressed elements of isolation versus active participation in the world's fate.

**ANSWER:  The allegations in Paragraph 206 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 206.**

207.     Martineau's work references numerous "Exemplars" and characters relating to time that work closely with Exemplar Forinis, such as "Exemplar Eronix," "Exemplar Yonnus," "Prophetess Polyniah," "Tontiox Reflin," (a fallen time thief/prophet), and "Ambassador Xoruveh, 'The Relinquisher of Time'".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 207, and therefore denies the allegations.**

208.     Martineau's Exemplars are a fellowship that guards timelines, contacts past and future inhabitants in Martineau's world, and ensures that changes that take place (timeline).

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 208, and therefore denies the allegations.**

209.     In Destiny 2, Osiris and his disciples time travel, state prophecies, protect temporal anomalies, educate others, and research problems relating to timelines and alternate realities.

**ANSWER:  Bungie admits that in the "Curse of Osiris" campaign of *Destiny 2*, Osiris views and visits time simulations, and warns others about events seen therein.  Bungie denies any remaining allegations in Paragraph 209.**

210.     In Destiny 2, Curse of Osiris introduces the "**Infinite** Forest" and one of the missions of the game is entitled "Beyond **Infinity**."

**ANSWER:  Bungie admits the allegations in Paragraph 210.**

211.    Infinity is a common idea throughout Martineau's work; it is even used as a title for Martineau's story "Infinite Programming".

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 211, and therefore denies the allegations.**

212.    Martineau's work includes the character "**Torka**" while Destiny 2 includes the character "**Ikora**"; these character names are visually and phonetically similar.

**ANSWER:  Bungie admits there is a character in *Destiny 2* named "Ikora Rey."  Bungie denies any remaining allegations in Paragraph 212.**

213.    In Martineau's work (in "1,593 – The Hourglass") Martineau writes the internal dialogue of Torka: "It was **faith** that got him there. It was **faith** that bound him to his **destiny**". Destiny 2 includes the following dialogue: "The Vex are at my door. Osiris has not returned. **Faith** is all I have left… Have a little **faith,** Ikora."

**ANSWER:  Bungie denies that Paragraph 213 accurately quotes *Destiny 2*.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 213, and therefore denies the remaining allegations.**

214.    In Martineau's work (in "The Exodus of Cion IV") Martineau writes: "**Her name is** Daon Sinestria Tion. **Her King** is Tiociv Sealnoroh.". Destiny 2 includes the following line: "**Her name is** Sagira…. And **her Guardian** is Osiris."

**ANSWER:  Bungie denies that Paragraph 214 accurately quotes *Destiny 2*.  Bungie does not have sufficient knowledge or information as to the truth of the remaining allegations set forth in Paragraph 214, and therefore denies the remaining allegations.**

215.     Yet another striking similarity between Martineau's work and Destiny 2 is the presence of parallel realities and numerous characters having the power to alter these realities. Characters in both works shift realities and phase in and out of different time periods in order to alter outcomes or change events with preconceived intentions.

**ANSWER:  The allegations in Paragraph 215 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 215.**

216.     Yet another striking similarity between Martineau's work and Destiny 2 involves the use of "**Echoes**" (a verbatim term that appears prominently in both works) in order to control, surveil, and the manipulate perception or reality.

**ANSWER:  The allegations in Paragraph 216 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 216.**

217.     Yet another striking similarity between Martineau's work and Destiny 2 involves the use of "**Projections**" that are used to blend both scientific and supernatural content in both works.

**ANSWER:  The allegations in Paragraph 217 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 217.**

218.     Martineau's work describes the Red Legion as "Red, Dark Crimson, and Evil Blue."

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 218, and therefore denies the allegations.**

219.    Not coincidentally, in "the Twilight Gap" (an area within the Destiny 2 game) the Red Legion is depicted as red, dark crimson and blue.

**ANSWER:  Bungie does not have sufficient knowledge or information as to the truth of the allegations set forth in Paragraph 219, and therefore denies the allegations.**

220.    Thus, Destiny 2 used the exact same color-scheme uniquely chosen and expressed in Martineau's literary work.

**ANSWER:  The allegations in Paragraph 220 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 220.**


## COUNT I

## (COPYRIGHT INFRINGEMENT)

221.    Martineau re-alleges and incorporates by reference the allegations in paragraphs 1 through 157, as if set forth fully herein.

**ANSWER:  Bungie incorporates by reference its responses to Paragraphs 1-220, set forth above.**

222.    Martineau is the owner of valid and enforceable copyrights in his published works. Martineau has registered or applied for registration for copyrights in said works, including United States Copyright Registration TX 9-339-250.

**ANSWER:  Bungie admits that the U.S. Copyright Registration No. TX0009339250 identifies "Matthew Martineau" as the copyright claimant.  Bungie denies any remaining legal conclusions or allegations set forth in Paragraph 222, denies that Martineau registered any other copyrights pertaining to this action prior to filing, and further avers that his**

**asserted registration provides no presumption of validity pursuant to 17 U.S. Code § 410(c) and does not cover the content asserted in his FAC.**

223.    Defendants have deliberately and intentionally copied the characters, storyline, and other protectable expression from Martineau's works in the Infringing Game.

**ANSWER:  The allegations in Paragraph 223 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 223.**

224.    Martineau has never authorized or given consent to Defendants to use their copyrighted works in the manner complained of herein.

**ANSWER:  Bungie admits it has never received authorization or consent concerning purported use of Martineau's work.  Bungie denies any remaining allegations in Paragraph 224.**

225.    Thus, Defendants have infringed, and are continuing to infringe, Martineau's copyrights by reproducing, adapting, distributing, publicly performing, and publicly displaying, and authorizing others to reproduce, adapt, distribute, publicly perform, and publicly display copyrighted elements of Martineau's works without authorization, in violation of the Copyright Act, 17 U.S.C. § 501 et seq.

**ANSWER:  The allegations in Paragraph 225 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 225.**

226.    Defendants' acts of infringement are willful, in disregard of, and with indifference to, the rights of Martineau.

**ANSWER:  The allegations in Paragraph 226 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 226.**

227.     As a direct and proximate result of the infringements alleged herein, Martineau is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable.

**ANSWER:  The allegations in Paragraph 227 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 227.**

228.     Martineau further is entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

**ANSWER:  The allegations in Paragraph 228 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 228.**

229.     As a result of Defendants' acts and conduct, Martineau has sustained and will continue to sustain substantial, immediate, and irreparable injury for which there is no adequate remedy at law. Martineau is informed and believes, and on that basis alleges, that unless enjoined and restrained by this Court, Defendants will continue to infringe Martineau's rights in Martineau's works. Martineau is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

**ANSWER:  The allegations in Paragraph 229 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 229.**

## COUNT II

## (CONTRIBUTORY COPYRIGHT INFRINGEMENT)

230.    Plaintiff repeats and reiterates each and every allegation of paragraphs of the Complaint marked 1 through 166 as if more fully set forth at length herein.

**ANSWER:  Bungie incorporates by reference its responses to Paragraphs 1-229, set forth above.**

231.    Upon information and belief, all Defendants used and copied Plaintiff's works without Plaintiff's permission or knowledge.

**ANSWER:  The allegations in Paragraph 231 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 231.**

232.    Upon information and belief, all Defendants' copying of Plaintiff's works was done so that Defendants would be able to take over, for their own profit and advantage Plaintiff's works.

**ANSWER:  The allegations in Paragraph 232 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 232.**

233.    Upon information and belief, all Defendants induced, participated, and aided and abetted in, and profited from, the copying of Plaintiff's works by Defendant BUNGIE.

**ANSWER:  The allegations in Paragraph 233 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 233.**

234.    By reason of the foregoing copying, all Defendants copied or aided and assisted in the copying and performing of Plaintiff's works in various media without permission of Plaintiff, which is an infringement of Plaintiff's copyright.

**ANSWER:  The allegations in Paragraph 234 are legal conclusions and do not require a response.  To the extent any response is required, Bungie denies all legal conclusions and allegations set forth in Paragraph 234.**

## PRAYER FOR RELIEF

Bungie denies that Martineau is entitled to any relief at all for the allegations contained in Counts I and II of Martineau's FAC, and requests that the Court grant Bungie its attorneys' fees and costs pursuant to 17 U.S.C. § 505.

## DEMAND FOR A JURY TRIAL

Bungie is not required to respond to Martineau's request for a jury trial.  Bungie also requests a jury trial on all issues so triable.

## AFFIRMATIVE DEFENSES

Bungie alleges and asserts the following affirmative defenses to the claims in Martineau's First Amended Complaint, undertaking the burden of proof only as required by law.  Bungie reserves the right to amend its answer or assert additional defenses as additional information becomes available and/or is discovered.

### FIRST AFFIRMATIVE DEFENSE
### (Failure to State a Claim)

1.  Martineau's purported claims are barred in whole or in part for failure to state a claim for which relief can be granted.

2.  To the extent Martineau argues that elements of *Destiny 2* which are unspecified in his FAC are likewise infringing, he has failed to identify these unspecified elements in his pleading and thus to plausibly allege actionable copying of the unspecified elements.

3.  Martineau fails to plausibly allege his claim of contributory copyright infringement (Count II), as the FAC does not allege the identities of any direct infringer(s), contributory infringer(s), or any parties' relevant knowledge or state of mind as relevant to a contributory claim.

### SECOND AFFIRMATIVE DEFENSE
### (Statute of Limitations)

4.  Martineau filed this action on October 2, 2024.

5.  Martineau's purported claims for relief are barred by the three-year statute of limitations codified in 17 U.S.C. §507(b).

6.  Martineau's claims accrued more than three years before the filing date, long after *Destiny 2's* release and long after Martineau knew or had reason to know of the alleged copyright infringement.

7.  *Destiny 2* was released on September 6, 2017 with the accused "Red War" campaign.  The accused "Curse of Osiris" expansion campaign was released on December 5, 2017.

8.  *Destiny 2* was very widely distributed, and was the second best-selling console video game of 2017.

9.  *Destiny 2* received many awards and accolades after its release, including, *inter alia*, the 2017 Game Critics Award for "Best PC Game," the 2017 Gamescom Awards for "Best Social/Online Game" and "Best Multiplayer Game," and the 2019 Game Critics Award for "Best Ongoing Game."

10. Articles published by major video game publications in 2017 highlighted the very *Destiny 2* elements accused in Martineau's FAC.[2]

11. On information and belief, Martineau is a consumer of and fan of video games.

12. On information and belief, Martineau is a consumer of and fan of science fiction and space fantasy.

13. On information and belief, Martineau is a consumer of science fiction video games in a space setting.

14. On information and belief, Martineau participates in online forums and communities where video games, including *Destiny 2*, are discussed.

15. Therefore, Martineau had reason to know about the alleged infringement in *Destiny 2* at least as early as September 2017, when *Destiny 2* was launched and was heavily discussed by video game consumers and video game publications alike.

16. Moreover, Martineau had actual knowledge of the alleged infringement at least as early as March 2018.

17. Martineau's FAC asserts U.S. Copyright Registration No. TX0009339250 at Paragraph 13.

18. U.S. Copyright Registration No. TX0009339250 lists "Matthew Martineau" as the copyright claimant. That registration also lists Martineau as the contact for rights and permissions communications and provides Martineau's email address: jedi.kman@gmail.com.

---

[2] *See, e.g.* Richard Scott-Jones, PCGAMES, "Meet the Cabal and their swarming War Beasts: your enemies in Destiny 2," July 20, 2017, https://www.pcgamesn.com/destiny-2/destiny-2-enemy-types-weaknesses (accessed May 14, 2025); Nick Statt, THE VERGE, "Destiny 2's latest trailer gives us our first glimpse of Ghaul, the game's big bad villain," June 12, 2017, https://www.theverge.com/2017/6/12/15788574/destiny-2-trailer-gameplay-pc-ps4-release-date-announced-e3-2017 (accessed May 14, 2025); Stephany Nunneley-Jackson, VG247, "Destiny 2 Guardians will encounter many formidable Cabal units and most ruthless of the bunch is the Red Legion," July 19, 2017, https://www.vg247.com/destiny-2-guardians-will-encounter-many-formidable-cabal-units-and-most-ruthless-of-the-bunch-is-the-red-legion (accessed May 14, 2025).

19. Martineau's email address, jedi.kman@gmail.com, is associated with a Bungie.net user account.

20. Bungie.net is Bungie's official website, and hosts forums, groups, and other community features for players to connect and discuss Bungie's games, including *Destiny 2*. Players can link their Bungie.net account with their PlayStation Network, Xbox Live, Steam, or Epic Games platform account. When a Bungie.net account is linked to a player's platform account, Bungie's internal records will reflect when the player accesses Bungie's games, including *Destiny 2*.

21. Bungie's internal records reflect that Martineau first accessed *Destiny 2* with a linked Bungie.net account on March 17, 2018.

22. Martineau accessed *Destiny 2* at least **14 times** between March 17, 2018 and June 30, 2019. In fact, Martineau played at least **22 hours** of *Destiny 2* between March 17, 2018 and June 30, 2019.

23. As of March 17, 2018, *Destiny 2* consisted of only two campaigns – the original introductory "Red War" campaign, and the first expansion campaign, "Curse of Osiris."

24. A *Destiny 2* player starting a new game on March 17, 2018 would have immediately been shown the opening cutscene of the "Red War" campaign.

25. Starting with the beginning of the opening cutscene of the "Red War" campaign, it would take the average *Destiny 2* player only about thirty minutes of gameplay to be exposed to, and thus to gain actual knowledge and be put on notice of, at least the following elements accused in Martineau's FAC: a character named "Ikora" (*see* FAC ¶ 212), an Exomind character with human consciousness transferred to a robotic body (*see id.* ¶¶ 189-191), the ruthless and destructive invasion of the Red Legion (*see id.* ¶¶ 71, 104-106), the Traveler hovering over Earth and its capture by the Red Legion (*see id.* ¶¶ 72-73, 180), hierarchical Red Legion units including

Legionaries and Incendiors (*see id.* ¶¶ 24, 124, 152), the Guardians' resistance against the invasion (*see id.* ¶¶ 104-106), the boarding of a Red Legion command ship (*see id.* ¶ 75), the introduction of Dominus Ghaul as the Red Legion's arrogant leader, and Ghaul's goal of obtaining the Traveler's Light (*see id.* ¶¶ 74, 76, 82, 101).

26. During his 14 sessions in *Destiny 2*, amounting to over 22 hours of in-game experience, Martineau should have reasonably discovered the purported infringement described in his FAC.

27. Thus, Martineau has known or should have known of the alleged copyright infringement described in the FAC since at least June 30, 2019.

28. Separately, the accused "Red War" and "Curse of Osiris" campaigns containing the vast majority of specific elements accused in Martineau's FAC were retired from *Destiny 2* (or "vaulted") on November 10, 2020, such that they were no longer accessible to players after that date.

29. As a result, it is impossible that Martineau could have accessed *Destiny 2* and thereby discovered the infringement alleged in his FAC in the three year period prior to the filing of this action. Nonethless, Martineau waited until February 21, 2023 to register the asserted copyright registration, and until October 2, 2024 to file this action.

30. Martineau's claims are therefore barred in their entirety by the applicable statute of limitations.

### THIRD AFFIRMATIVE DEFENSE
### (Independent Creation)

31. *Destiny 2* and specifically the accused "Red War" and "Curse of Osiris" campaigns were created independently by Bungie, without any reference to Martineau's asserted work.

32. On information and belief, Martineau originally published the writings that constitute his asserted work piecemeal on a WordPress blog located periodically at the domains casparcole.wordpress.com and pacsoracle.com.

33. Martineau alleges in Paragraph 42 of his FAC that Bungie accessed his blog during the 16-month period of game development prior to *Destiny 2*'s September 6, 2017 release date. Thus, Martineau alleges that Bungie's access occurred sometime between May 2016 and September 2017.

34. However, Internet Archive captures of Martineau's blog domains reflect that he made his blog private at least as early as December 18, 2014.

35. Martineau's blog is currently private.

36. On information and belief, Martineau's blog has been private since at least December 18, 2014.

37. While private, Martineau's blog is inaccessible to the public. It does not appear in keyword searches of the WordPress platform. It can only be accessed via direct invitation from Martineau.

38. Martineau never directly invited Bungie to access his blog.

39. On information and belief, Martineau's blog was not publicly accessible during the period of May 2016 to September 2017, despite the fact Martineau alleges this to be the period of Bungie's access.

40. Moreover, on information and belief, Martineau's blog was not publicly accessible at any point during the development of *Destiny 2.*

41. Furthermore, Bungie did not search WordPress for inspiration at any point during the development of *Destiny 2.*

42. Bungie was not aware of the existence of Martineau, his blog, or his asserted work until Martineau filed this action.

43. Martineau's claims are therefore barred in their entirety by the doctrine of independent creation.

## FOURTH AFFIRMATIVE DEFENSE
### (No Access)

44. Bungie did not access Martineau's asserted work at any point during or prior to the development of *Destiny 2*, via his blog or otherwise.

45. Martineau's asserted work was not widely disseminated or distributed during or prior to the development of *Destiny 2*.

46. Martineau's asserted work is not strikingly similar to the "Red War" and "Curse of Osiris" campaigns accused in Martineau's FAC, nor to *Destiny 2* as a whole, such as to permit the inference of Bungie's access.

## FIFTH AFFIRMATIVE DEFENSE
### (No Protection)

47. Martineau's FAC asserts protection over specific elements that are standard, stock, or common to the genres of science fiction and space fantasy and necessarily flow from those genres.

48. Moreover, Martineau's FAC asserts protection over specific elements that have been extensively and previously used by third parties in the genre, including *inter alia* the *Star Wars*, *Star Trek*, *Warhammer 40k*, *Halo*, and *Mass Effect* franchises, literary series such as *Dune* and *Foundation*, as well as in Bungie's original *Destiny* game.

49. Martineau therefore asserts and accuses specific elements in his FAC that are not protected by copyright under the scenes a faire doctrine.

50. Martineau's FAC also asserts protection over specific elements in his asserted work that are indistinctly expressed ideas, or whose expression is merged with the underlying idea, concept, or theme.

51. Martineau's FAC therefore asserts protection over specific elements that are not protected by copyright per the idea-expression dichotomy and/or merger doctrines.

52. Additionally, Martineau's FAC asserts protection over specific titles, words, and short phrases, which are not protected by copyright.

**SIXTH AFFIRMATIVE DEFENSE**
**(No Substantial Similarity / Noninfringement)**

53. Martineau's claims must fail because there is no substantial similarity between *Destiny 2* and either the series of blogposts asserted in Martineau's FAC or his registered work.

54. Regarding the former, even if the series of blogposts were covered by the asserted registration, no substantial similarity exists between those posts and *Destiny 2*.

55. Regarding the latter, Martineau's asserted copyright registration is limited on its face to works published on February 21, 2013.  Thus, the asserted registration only covers Martineau's blogpost titled "Here," and does not include the subsequently published blogposts also listed on Martineau's asserted registration.

56. There is no substantial similarity between Martineau's post entitled "Here" and *Destiny 2.*

**SEVENTH AFFIRMATIVE DEFENSE**
**(No Bad Faith)**

57. Bungie has conducted itself at all times in good faith, with a reasonable belief that its complained-of actions did not constitute a violation or infringement of any other person or entity's rights.

## EIGHTH AFFIRMATIVE DEFENSE
### (No Damages)

58. Even if Martineau's claims were not time barred (*see supra* at Second Aff. Def.), Martineau cannot recover any of Bungie's revenues associated with the alleged infringement.

59. Bungie has not offered for sale or sold the "Red War" and "Curse of Osiris" *Destiny 2* campaigns accused in Martineau's FAC within the last three years.

## NINTH AFFIRMATIVE DEFENSE
### (Lack of Irreparable Harm)

60. Martineau's claims for injunctive relief are barred because Martineau cannot show that he has suffered or will suffer any irreparable harm from Bungie's actions.

## ADDITIONAL DEFENSES

Bungie reserves the right to rely upon additional defenses to any cause of action alleged in Martineau's FAC, or to amend the defenses listed above, as the case develops and the parties conduct discovery.

Date: May 16, 2025                    Respectfully submitted,

                                      IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC

                                      /s/ *Darleene Peters*
                                      Darleene Peters (#25638)
                                      Connor W. Peth (#39499)
                                      Irwin, Fritchie, Urquhart & Moore, LLC
                                      400 Poydras Street, Suite 2700
                                      New Orleans, Louisiana 70130
                                      Telephone: 504-310-2100
                                      Facsimile: 504-310-2101
                                      dpeters@irwinllc.com
                                      cpeth@irwinllc.com

                                      **DLA PIPER LLP (US)**
                                      Tamar Y. Duvdevani (*pro hac vice*)

Jared Greenfield (*pro hac vice*)
1251 Avenue of The Americas, 27th Fl.
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

**Counsel for Bungie, Inc.**