# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

MATTHEW KELSEY MARTINEAU,

      *Plaintiff*,

   v.

BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive,

      *Defendants*.

CIVIL ACTION NO.: 2:24-cv-02387

JUDGE SUSIE MORGAN

MAGISTRATE JUDGE MICHAEL B. NORTH

## <u>JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER</u>

Plaintiff, Matthew Kelsey Martineau, and Defendant, Bungie, Inc. ("Bungie") (collectively the "Parties") move this Court to sign and enter the attached Protective Order in this case pursuant to Federal Rule of Civil Procedure 26(c).

The Parties are engaged in discovery in this matter and have determined that such discovery will require the disclosure of confidential materials that are entitled to protection from public disclosure. To facilitate the prompt production of discovery materials and the resolution of disputes over confidentiality, to adequately protect material entitled to be kept confidential, and to ensure that protection is afforded only to material so entitled, the parties have conferred and agreed upon the procedures set forth in the attached Protective Order, based on Judge North's preferred model protective order for use in civil cases.

Good cause exists for the entry of a protective order to permit the Parties and third parties to fulfill their discovery obligations while providing adequate assurance that discovery will not require unrestricted and potentially damaging disclosure of confidential information. Plaintiff and

Defendant have both agreed to be bound by the terms and conditions of the attached Protective Order and respectfully request that it be entered by the Court.

WHEREFORE, Plaintiff Matthew Kelsey Martineau and Defendant Bungie, Inc., pray that this Honorable Court will sign and enter the Protective Order, attached, as submitted.

Respectfully submitted,

**IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC**

*s/ Darleene Peters*
Darleene Peters (#25638)
Connor W. Peth (#39499)
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
dpeters@irwinllc.com
cpeth@irwinllc.com

**DLA PIPER LLP (US)**
Tamar Y. Duvdevani (*pro hac vice*)
Jared Greenfield (*pro hac vice*)
1251 Avenue of The Americas, 27th Fl.
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

***Counsel for Defendant Bungie, Inc.***

**BABINEAUX, POCHÉ, ANTHONY & SLAVICH, L.L.C.**

*s/ Ted M. Anthony*
Ted M. Anthony, #21446 (T.A.)
P.O. Box 52169
Lafayette, Louisiana 70505-2169
Telephone: 337-984-2505
Facsimile: 337-984-2503
tanthony@bpasfirm.com
sdupont@bpasfirm.com

**BARRY ROME & SCOTT**
Stephen R. Barry #21465
612 Gravier Street
New Orleans, Louisiana 70130
Telephone: 337-237-2889
Facsimile: 337-237-2878
sbarry@barryrome.com

***Counsel for Plaintiff Matthew Kelsey Martineau***