UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>Plaintiff,<br><br>v.<br><br>BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CIVIL ACTION NO.  2:24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

## PLAINTIFF MATTHEW KELSEY MARTINEAU'S MOTION TO COMPEL

NOW INTO COURT, through the undersigned counsel, comes Plaintiff, Matthew Kelsey Martineau ("Martineau"), who respectfully moves this Honorable Court for expedited consideration to enter an Order compelling Defendant, Bungie, Inc. ("Bungie") to provide full and complete responses to Plaintiff's outstanding discovery requests. Bungie's responses frustrate both the letter and the spirit of the Federal Rules of Civil Procedure governing discovery and pretrial preparation. Bungie must now be compelled to respond to all discovery requests and in full compliance with its obligations under the Rules.

Bungie's discovery responses violate the Federal Rules of Civil Procedure through systematic use of boilerplate objections, evasive responses, and failure to comply with mandatory disclosure requirements. Despite a meet and confer conference on September 3, 2025, Bungie categorically refused to produce discoverable information and failed to cure deficiencies in its amended responses.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court: (1) Compel Bungie to provide full, complete, and rule-compliant responses to all outstanding discovery requests without objection; (2) Bungie to produce a proper privilege log for all withheld documents; (3) Bungie to organize and label document productions to correspond with specific request categories as mandated by Rule 34(b)(2)(E)(i); (4) Require that all responsive discovery be provided within seven days of the Court's Order; and (5) Grant such other relief as the Court deems just and proper.

Respectfully submitted:

_s/Stephen R. Barry_
STEPHEN R. BARRY (La. Bar Roll No. 21465)
BARRY ROME & SCOTT
A Professional Law Corporation
612 Gravier Street
New Orleans, Louisiana 70130
Tel: (504) 525-5553
Email: sbarry@barryrome.com

AND

Ted M. Anthony (La. Bar Roll No. 21446)  (T.A.)
BABINEAUX, POCHÉ, ANTHONY
& SLAVICH, L.L.C.
P. O. Box 52169
Lafayette, LA  70505-2169
Telephone:  (337) 984-2505
Facsimile:  (337) 984-2503
Email:  tanthony@bpasfirm.com

ATTORNEYS FOR  PLAINTIFF