UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>Plaintiff,<br><br>v.<br><br>BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CIVIL ACTION NO.  2:24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

### PLAINTIFF MATTHEW KELSEY MARTINEAU'S FEDERAL RULE 37 CERTIFICATION

Pursuant to Federal Rule of Civil Procedure 37(a)(1) and this Court's requirements, counsel for Plaintiff hereby certifies as follows:

**(1) Scheduling of the Required Conference:** The meet and confer conference was scheduled by mutual agreement between counsel for the parties to address outstanding discovery disputes.

**(2) Conference Participants:** The following counsel participated in the conference:
- For Plaintiff: Steven Barry and Nicholas Anthony
- For Defendant: Tamar Y. Duvdevani, Jared Greenfield, and Maegan Stanley

**(3) Date and Time:** The conference was held on September 3, 2025, at 1:00 p.m. Central Time.

**(4) Method of Conference:** The conference was conducted via telecommunications platform using a Microsoft Teams Meeting video call.

**(5) Duration:** The conference lasted approximately 30 minutes.

**(6) Specific Topics Addressed:** The conference addressed multiple discovery-related issues, including:
- Plaintiff expressed disagreement with Defendant's voluminous objections,
- Defendant's vaulting of game content and the accessibility of allegedly infringing materials
- Identification and contact information for witnesses involved in Destiny 2's

EXHIBIT D

- development
- Deficiencies in Plaintiff's discovery responses raised by Defendant
- Other outstanding discovery disputes related to Defendant's responses
- Plaintiff expressed disagreement with difficulty in determining what materials are being produced versus what is being withheld, and Defendant's basis for objecting to areas of discovery that are clearly relevant to the case

**(7) Resolution of Issues:** The following resolutions were achieved:
- **Witness Identification:** Defendant agreed to provide a public document identifying individuals who worked on the game. However, this resolution was only partial and inadequate, as Defendant refused to provide the requested contact information necessary for issuing subpoenas to these witnesses.
- **Unresolved Issues:** Defendant categorically refused to provide information regarding the vaulting process and other critical discovery matters, necessitating this Motion to Compel.
- **Plaintiff's Foundational Theory**: Plaintiff explained his theory that Seasons 1 and 2 of the allegedly infringing work served a foundational part for the development of the Destiny 2 lore, which content is now unavailable due to vaulting. However, Defendant met this explanation with outright disagreement and unwillingness to even consider this theory.
- **Plaintiff's Discovery Responses:** Plaintiff agreed to supplement his discovery responses to address almost all discovery issues raised by Defendant, including abandoning general objections and providing direct answers.

Despite good faith efforts, by Plaintiff's counsel, during the meet and confer process, significant discovery disputes remain unresolved and refused to be considered, requiring judicial intervention.

Respectfully submitted:

_s/Stephen R. Barry_
STEPHEN R. BARRY (La. Bar Roll No. 21465)
BARRY ROME & SCOTT
A Professional Law Corporation
612 Gravier Street
New Orleans, Louisiana 70130
Tel: (504) 525-5553
Email: sbarry@barryrome.com

AND

Ted M. Anthony (La. Bar Roll No. 21446)  (T.A.)
BABINEAUX, POCHÉ, ANTHONY
& SLAVICH, L.L.C.
P. O. Box 52169
Lafayette, LA  70505-2169
Telephone:  (337) 984-2505
Facsimile:  (337) 984-2503
Email:  tanthony@bpasfirm.com

ATTORNEYS FOR  PLAINTIFF