UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, | CIVIL ACTION NO. 2:24-cv-02387 |
| Plaintiff, | |
| | JUDGE: Susie Morgan |
| v. | |
| | MAG. JUDGE: Michael B. North |
| BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive, | |
| Defendants. | |

**BUNGIE, INC.'S AMENDED RESPONSES AND OBJECTIONS TO MATTHEW KELSEY MARTINEAU'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR <u>PRODUCTION OF DOCUMENTS</u>**

To:    **MATTHEW KELSEY MARTINEAU.**
Through his attorneys of record:

Ted M. Anthony, LA #21446 (T.A.)
BABINEAUX, POCHÉ, ANTHONY
& SLAVICH, L.L.C.
P. O. Box 52169
Lafayette, Louisiana 70505-2169
Email: tanthony@bpasfirm.com

AND

Stephen R. Barry, LA #21465
BARRY ROME & SCOTT
612 Gravier Street
New Orleans, Louisiana 70130
Email: sbarry@barryrome.com

EXHIBIT E

Pursuant to Rules 26, 33, and 34 of the Federal Rules of Civil Procedure, Defendant Bungie, Inc. ("Bungie"), by and through its undersigned counsel, provides the following amended objections and responses ("Responses") to Plaintiff Matthew Kelsey Martineau's ("Martineau") First Set of Interrogatories and Requests for Production of Documents ("Interrogatories" and "Requests," respectively), as follows:

## INTRODUCTORY STATEMENT

These Responses represent Bungie's good faith and reasonable effort to respond to Martineau's Interrogatories and Requests based on information and documents available at this time. Bungie's investigation of this matter is ongoing, and Bungie reserves the right to amend, supplement, correct, or clarify the Responses in accordance with the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Eastern District of Louisiana. Any statement that Bungie will produce documents in response to a Request "to the extent that they exist" does not necessarily mean that responsive documents exist, but instead that Bungie will produce documents within its possession, custody, or control if such documents are located after a reasonable search. Once the search is completed, Bungie may revise or supplement its requests to indicate whether any documents responsive to a given Request exist.

The production of any information or documents in response to the Requests is made solely for the purposes of this action. In providing these Responses, Bungie does not concede the relevancy, materiality, competency, or admissibility of any information or documents provided, and does not waive any objections with respect to the relevancy, materiality, competency, or admissibility of such information or documents or any portion thereof. Due to the passage of time and Bungie's transitions between different corporate collaborative software platforms in the normal course of its business, Bungie generally notes that it may no longer possess certain responsive documents. Bungie is not withholding any documents based on this statement.

## BUNGIE'S OBJECTIONS APPLICABLE TO ALL RESPONSES AND OBJECTIONS TO INTRODUCTION, DEFINITIONS, AND INSTRUCTIONS

1. Bungie objects to Martineau's Requests and Interrogatories as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent that they seek information or documents pertaining to Bungie's business activity outside of the United States.

2. Bungie objects to Martineau's Requests and Interrogatories as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent their scope is not temporally limited. Because Martineau has not provided a relevant time period, unless indicated otherwise in Bungie's Responses, Bungie will construe the relevant time period for each Request as February 21, 2013 through November 10, 2020.

3. To the extent that Martineau's Requests and Interrogatories seek the disclosure of confidential, proprietary, trade secret, and/or competitively sensitive information, documents, ESI, or other materials, Bungie will only provide such non-privileged materials pursuant to the terms of a two-tiered Protective Order, which is not yet entered in this action.

4. Bungie generally objects to Martineau's Requests and Interrogatories as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent that they seek information or documents relevant to the original *Destiny* game. Bungie will not produce information or documents relevant to *Destiny*, as Martineau's Amended Complaint does not allege *Destiny* to be infringing, and *Destiny* is thus irrelevant to the parties' claims and defenses.

5. Bungie generally objects to Martineau's Requests or Interrogatories as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent that their substantive scope is not limited to information and documents relevant to Martineau's allegations of copyright infringement regarding the "Red War" and "Curse of Osiris"

campaigns of *Destiny 2*. Bungie will not produce information or documents relevant to any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns, as such campaigns are irrelevant to the parties' claims and defenses.

6. Bungie generally objects to the narrative propounded by Martineau's Requests and Interrogatories that there was an "original" version of *Destiny 2* that was "scrapped" or otherwise abandoned during development. This narrative framing and/or premise is factually inaccurate.

7. Bungie generally objects to the narrative propounded by Martineau's Requests and Interrogatories that there was an "original operational framework" for *Destiny 2* that Bungie made a decision to "abandon" or "replace." This narrative framing and/or premise is factually inaccurate.

8. Bungie objects to Martineau's definition of "you" and "your" as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent this definition includes persons or entities other than Bungie or over which Bungie does not exercise control. Unless explicitly stated otherwise in any specific Responses, Bungie will treat all references to "you" and "your" as referring to Defendant Bungie Inc.

9. Bungie objects to Martineau's various definitions of "identify," "identification," "name," or "describe" as overly broad and unduly burdensome, to the extent that they require additional disclosures not required under the Federal Rules of Civil Procedure or this Court's jurisprudence, to the extent that their use by Martineau functionally turns each Request into an improper compound Request, or to the extent that they function as additional Interrogatories served upon Bungie.

10. Bungie objects to Martineau's definition of "file" and "files" as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent that this definition includes files kept or maintained by any persons or entities other than Bungie or over which Bungie does not exercise control.

Docusign Envelope ID: 12099193-D87B-4BAA-99DB-C701B8ED4736

11. Unless otherwise stated in Bungie's specific Responses below to Martineau's Requests, Bungie will electronically produce responsive, non-privileged documents on a rolling basis, and its production will begin no more than 30 days after the entry of a two-tiered Protective Order.

12. Bungie objects to Martineau's Instruction A as overly broad and imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery, to the extent this instruction seeks knowledge or information currently in the possession, custody, or control of persons or entities other than Bungie as an entity.

13. Bungie objects to Martineau's Instruction B to the extent it requires Bungie to explain "why" Bungie may not have certain information in its possession and thereby functions as an additional Interrogatory served upon Bungie by Martineau. Therefore, each time enforced, Instruction B shall subtract an additional Interrogatory from Martineau's total number of allowed Interrogatories under Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Additionally, Bungie objects to Martineau's Instruction B as vague, confusing, and improper insofar as it requires Bungie to speculate to provide a "best estimate" about matters to which Bungie has already responded that it lacks certain information.

14. Bungie objects to Martineau's Instruction C as imposing an undue burden on Bungie that exceeds the scope of reasonable and permissible discovery. While Bungie has no knowledge that any documents were destroyed after litigation was reasonably anticipated, Bungie is not aware of any obligation to disclose the information listed in Instruction C.

15. Bungie objects to Martineau's Instructions D & E to the extent that they seek to impose a burden in excess of what is required of Bungie under Rule 26(b)(5) of the Federal Rules of Civil Procedure. Bungie will withhold potentially responsive documents on the basis of privilege but will identify those documents pursuant to Rule 26(b)(5) on a privilege log after its substantial completion of its document production. Bungie will not log communications with its outside counsel following

the initiation of the lawsuit, which would create undue burden.  Bungie is willing for this limitation to be reciprocal.

16. Bungie objects to Martineau's Instructions H, I, and J to the extent that they require Bungie to respond and object to Martineau's Requests more broadly than Bungie is obligated to do so under Rule 34(b)(2)(B)-(C) of the Federal Rules of Civil Procedure.  Bungie's Responses and objections will comply with Fed. R. Civ. P. 34(b)(2)(B)-(C).

## BUNGIE'S AMENDED RESPONSES & OBJECTIONS TO MARTINEAU'S INTERROGATORIES

### INTERROGATORY NO. 1:

Identify the Person(s) responding to these Interrogatories and Requests for Production, including, without limitation, the Person(s) who furnished you with any information whatsoever or with whom you consulted in drafting your responses to these discovery requests.

### RESPONSE TO INTERROGATORY NO. 1:

Bungie objects to this Interrogatory to the extent it seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity.  Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections.  Bungie further objects to this Interrogatory as overly broad and as requesting information disproportionate to the needs of this case, to the extent it seeks the identification of every single person "who furnished you with *any information whatsoever*," (emphasis added), regardless of that information's relevance to the parties' claims and defenses or to Bungie's instant Responses.  As such, Bungie will interpret and respond to this Interrogatory as requesting the identity of the individual(s) who have verified the instant Responses or were consulted regarding the instant Responses.

Subject to the foregoing interpretation, and subject to and without waiver of the foregoing objections, Bungie responds as follows:  Jonathan To, Tyson Green, and David Aldridge.

**AMENDED RESPONSE TO INTERROGATORY NO. 1:**

Subject to the foregoing, and pursuant to the parties' September 3, 2025 meet and confer, Bungie clarifies that only Jonathan To, Tyson Green, Justin Truman, and David Aldridge furnished counsel for Bungie with information in connection with these Responses and/or were consulted in drafting these Responses.

**INTERROGATORY NO. 2:**

Identify any and all Persons having any knowledge or information concerning any relevant fact involved in this Lawsuit, regardless of whether such facts relate to the claims asserted by the Plaintiff in the Amended Complaint.

**RESPONSE TO INTERROGATORY NO. 2:**

Bungie objects to this Interrogatory to the extent it seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity.  Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections.  Bungie further objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because it is unlimited in time, geography, and requests that Bungie, without limitation, identify "*any and all Person(s)* having *any* knowledge or information concerning *any* relevant fact*" (emphasis added), regardless of the relevance of the knowledge or information to the parties' claims and defenses, the degree of their knowledge, or whether their knowledge or information is unique as compared to other persons. Bungie additionally objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less

burdensome means, or that is in the possession, custody, or control of Martineau. As such, Bungie will interpret and respond to this Interrogatory as requesting the identity of the persons who are most knowledgeable regarding information relevant to the parties' claims and defenses.

Subject to the foregoing interpretation, and subject to and without waiver of the foregoing objections, Bungie responds as follows: Jonathan To, Tyson Green, and David Aldridge.

## INTERROGATORY NO. 3:

Identify each and every Person that you or your counsel have spoken to or interviewed or taken a statement from, whether written or oral, concerning this proceeding and/or any fact(s) that you believe are or may be relevant to:

    a)   any allegations in the Amended Complaint filed in this matter; and

    b)   any allegations, defenses or other matter raised in any Answer filed in the Lawsuit.

## RESPONSE TO INTERROGATORY NO. 3:

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least two interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least two distinct types of information: (1) the identity of each and every Person that Bungie or its counsel have spoken to or interviewed or taken a statement from, whether written or oral, concerning this proceeding and/or any fact(s) that Bungie believes are or may be relevant to "any allegations in the Amended Complaint filed in this matter"; and (2) the identity of each and every Person that Bungie or its counsel have spoken to or interviewed or taken a statement from, whether written or oral, concerning this proceeding and/or any fact(s) that Bungie believes are or may be relevant to "any allegations, defenses or other matter raised in any Answer filed in the Lawsuit." Bungie further

objects to this Interrogatory as unduly burdensome to the extent it seeks information duplicative to Interrogatory Nos. 1-2. Bungie additionally objects to the extent this Interrogatory seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections. Bungie further objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because it is unlimited in time, geography, and seeks the identification of "*each and every Person*" that counsel for Bungie has spoken to concerning "*any* fact(s) that . . . are or may be relevant to . . . *any* allegations" (emphasis added), regardless of the facts' relevance to the parties' claims and defenses. Bungie additionally objects to this Interrogatory as premature at this early stage of discovery.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory. Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

## AMENDED RESPONSE TO INTERROGATORY NO. 3:

Subject to the foregoing, and pursuant to the parties' September 3, 2025 meet and confer wherein Martineau's counsel clarified that this Request seeks identification of all persons at Bungie with whom Bungie's counsel has discussed any facts relevant to the parties' allegations, claims, and defenses, and clarifies that Bungie's counsel has only discussed facts relevant to the parties' allegations, claims, and defenses with Jonathan To, Tyson Green, Justin Truman, and David Aldridge.

**INTERROGATORY NO. 4:**

Identify each expert consulted by you, indicating the issue(s) about which each such expert was consulted, the expert's field of expertise, whether said expert may be, has been, or will be retained by you and the opinions about which such expert will or may testify in this Lawsuit.

**RESPONSE TO INTERROGATORY NO. 4:**

Bungie objects to this Interrogatory as unduly burdensome to the extent it seeks information duplicative to Interrogatory No. 3. Bungie additionally objects to the extent this Interrogatory seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections. Bungie additionally objects to this Interrogatory as premature at this early stage of discovery.

In light of the foregoing objections, Bungie will supplement this Interrogatory in accordance with the manner and timing set forth in the Court's scheduling order. *See* Dkt. 16.

**INTERROGATORY NO. 5:**

Identify any and all witnesses you will or may call at the trial or any hearing or in any proceedings in this Lawsuit, and specify the facts about which it is anticipated the witness will testify.

**RESPONSE TO INTERROGATORY NO. 5:**

Bungie objects to this Interrogatory as premature at this early stage of discovery. Bungie additionally objects to this Interrogatory as seeking information duplicative of that which Bungie has already provided pursuant to Rule 26(a) of the Federal Rules of Civil Procedure.

In light of the foregoing objections, Bungie directs Martineau to Bungie's initial disclosures served in this Litigation. Bungie will supplement this Interrogatory in accordance with the manner and timing set forth in the Court's scheduling order. *See* Dkt. 16.

**INTERROGATORY NO. 6:**

Identify all individuals who, whether or not under the direction of Joseph Staten and Christopher Barrett, were involved in the writing and development of Destiny 2 from its inception until the point when the original version was scrapped, including all stages of its initial creation, production, and updates. For each individual identified, please provide their last known phone numbers, mailing addresses, and email addresses, if known.

**RESPONSE TO INTERROGATORY NO. 6:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because it rests on the inaccurate and unfounded premise that "the original version [of *Destiny* 2] was scrapped." Bungie further objects to this Interrogatory as vague, ambiguous, and confusing because the terms "inception," "initial creation," "production," and "updates" are left undefined. As a result, Bungie cannot ascertain with reasonable certainty what information Martineau is requesting by this Interrogatory. To the extent that this Interrogatory seeks information regarding content that Bungie has not published or released, Bungie additionally objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because content that Bungie has never published or released is not the subject of the claims asserted in Martineau's Amended Complaint and therefore irrelevant to the parties' claims and defenses. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie further objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses and thus disproportionate to the needs of this case to

the extent it seeks the identification of "*all individuals* . . . involved in the writing and development . . ." (emphasis added), regardless of the degree of their involvement.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory. Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

## INTERROGATORY NO. 7:

Identify any individuals who, whether or not under the direction of Luke Smith, Christopher Barrett and/or Ryan Ellis, were involved in the writing and development of Destiny 2 after the original version of the game was scrapped, including all stages of re-development, production, and updates. For each individual identified, please provide their last known phone numbers, mailing addresses, and email addresses, if known.

## RESPONSE TO INTERROGATORY NO. 7:

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because it rests on the inaccurate premise that "the original version [of *Destiny* 2] was scrapped." Bungie further objects to this Interrogatory as vague, ambiguous, and confusing because the terms "original version," "re-development," "production," "updates," "scrapped," are left undefined. As a result, Bungie cannot ascertain with reasonable certainty what information Martineau is requesting by this Interrogatory. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie further objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent it seeks the identification

of "*any individuals* . . . involved in the writing and development . . ." (emphasis added), regardless of the degree of their involvement. Bungie additionally objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory. Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

**INTERROGATORY NO. 8:**

Identify any individuals who were involved in the writing and development of Destiny 2 from its inception to its current playable configuration, including all stages of its creation, production, and updates. For each individual identified, please provide their last known phone numbers, mailing addresses, and email addresses, if known.

**RESPONSE TO INTERROGATORY NO. 8:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the terms "inception," "current playable configuration," "production," and updates" are left undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting by this Interrogatory. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie further objects to this Interrogatory as overly broad, unduly burdensome, and as requesting information disproportionate to the needs of this case, to the extent it seeks the identification of "*any individuals* . . . involved in the writing and development . . ." (emphasis added), regardless of the degree of their involvement. Bungie additionally objects to

this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory. Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

### AMENDED RESPONSE TO INTERROGATORY NO. 8:

Subject to the foregoing, and pursuant to the parties' September 3, 2025 meet and confer, Bungie clarifies that all individuals who have been involved in all stages of the development of *Destiny 2* during the Relevant Time Period are publicly listed in the *Destiny 2* game credits, as available on IMDB (https://www.imdb.com/title/tt6721356/fullcredits/) and on MobyGames (https://www.mobygames.com/game/95462/destiny-2/credits/playstation-4/). This information is reproduced from these sources in the attached Exhibits A-B. Additionally, Bungie is, pursuant to Fed. R. Civ. P. 33(d), producing a video copy of a 2017 version of *Destiny 2*'s credit roll from which information responsive to this Interrogatory for the Relevant Time Period may be derived, available at Bates No. BNG-00022801.

### INTERROGATORY NO. 9:

Identify any documents responsive to these discovery requests that are known to have existed but are no longer in your possession, custody, or control. For each such document: (a) provide a description of its contents; (b) state when it was last in your possession, custody, or control; (c) explain the circumstances under which it was disposed of, destroyed, lost, or otherwise became unavailable; and (d) identify its current location and custodian, if known.

### RESPONSE TO INTERROGATORY NO. 9:

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least five interrogatories towards Martineau's limit of 25

interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least five distinct types of information: (1) a description of the contents of "any documents responsive to these discovery requests that are known to have existed but are no longer in your possession, custody, or control"; (2) the date and/or time when such documents were last in Bungie's possession, custody, or control; (3) a description of the circumstances under which such documents were disposed of, destroyed, lost, or otherwise became unavailable Bungie; (4) the location of any such documents; and (5) the custodian of any such documents. Bungie additionally objects to this Interrogatory as overly broad and unduly burdensome as it improperly seeks "discovery about discovery," and the requested information is irrelevant to the parties' claims and defenses.

In light of the foregoing objections, Bungie will produce non-privileged documents responsive to Martineau's document requests to the extent they are within Bungie's possession, custody, or control.

**INTERROGATORY NO. 10:**

Please describe in detail the creative process for each of the seasons of Destiny 2, including the identity(ies) of the person(s) who conceived of each season, the date(s) of conception, the creator or writer of each season and the date(s) of creation.

**RESPONSE TO INTERROGATORY NO. 10:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the term "season" is undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting. Bungie also objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least four interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1, for each of the 25 *Destiny 2* seasons Bungie has released or announced for

upcoming release.  Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least four distinct types of information for each of the *Destiny 2* seasons Bungie has released or announced for upcoming release: (1) identity of each person who conceived of each season; (2) "the date(s) of conception" for each season; (3) the identity of each "creator or writer" of each season; and (4) each season's date of creation.  Bungie further objects to this Interrogatory as unduly burdensome to the extent it seeks information duplicative to Interrogatory Nos. 6-8. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint.  Bungie additionally objects to this Interrogatory as vague, ambiguous, and confusing because the terms "creative process," "creator," "conceived," "conception," and "creation" are left undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting.  Moreover, Bungie objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.  Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

## AMENDED RESPONSE TO INTERROGATORY NO. 10:

Subject to the foregoing, and pursuant to the parties' September 3, 2025 meet and confer, Bungie clarifies that *Destiny 2* and its expansionary content were and are developed by a large team. There is no identifiable point or date of conception, nor is there one identifiable "creator" for *Destiny 2* or its expansionary content.  Individuals who have been involved in all stages of the development

of *Destiny 2* during the Relevant Time Period are publicly listed in the *Destiny 2* game credits, as available on IMDB (https://www.imdb.com/title/tt6721356/fullcredits/) and on MobyGames (https://www.mobygames.com/game/95462/destiny-2/credits/playstation-4/). This information is reproduced from these sources in the attached Exhibits A-B. Additionally, Bungie is, pursuant to Fed. R. Civ. P. 33(d), producing a video copy of a 2017 version of *Destiny 2*'s credit roll from which information responsive to this Interrogatory for the Relevant Time Period may be derived, available at Bates No. BNG-00022801. Pursuant to Fed. R. Civ. P. 33(d), Bungie is also producing on a rolling basis documents detailing the creative process for the *Destiny 2* content released during the Relevant Time Period, from which information responsive to this Interrogatory may be derived, including the documents available at Bates Nos. BNG-00015635 – BNG-00022800, BNG-00022802 – BNG-00023422.

**INTERROGATORY NO. 11:**

For the seasons of Destiny 2 that have been vaulted, please state when, why, and how each season was vaulted, explaining the decision-making process behind vaulting of each such season of Destiny 2.

**RESPONSE TO INTERROGATORY NO. 11:**

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least four interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least four distinct types of information: (1) the date and/or time when each vaulted *Destiny 2* season was vaulted; (2) the reason time each vaulted *Destiny 2* season was vaulted; (3) "how" each vaulted *Destiny 2* season was vaulted; and (4) a description of "the decision-making process behind the vaulting" of each *Destiny 2* season that was vaulted. Bungie additionally objects to this Interrogatory

as vague, ambiguous, and confusing to the extent that Martineau does not define the term "season" and does not define or otherwise explain what he means by "how each season was vaulted," such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint.  Bungie additionally objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means.  Moreover, Bungie objects to this Interrogatory as overly broad, unduly burdensome, and oppressive because it improperly seeks "discovery about discovery," and the requested information is irrelevant to the parties' claims and defenses and thus disproportionate to the needs of this case.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.

**AMENDED RESPONSE TO INTERROGATORY NO. 11:**

Subject to the foregoing, and pursuant to the parties' September 3, 2025 meet and confer, Bungie clarifies that information regarding which *Destiny 2* content was "vaulted," when content was "vaulted," and the reason that Bungie decided to "vault" certain *Destiny 2* content is publicly available at https://help.bungie.net/hc/en-us/articles/360049202971-Destiny-Content-Vault, https://www.bungie.net/7/en/News/article/49189, and https://help.bungie.net/hc/en-us/articles/4408041224852-Years-of-Destiny.  Additionally, Bungie is, pursuant to Fed. R. Civ. P. 33(d), producing copies of these webpages from which information responsive to this Interrogatory may be derived, available at Bates Nos. BNG-00023441— BNG-00023466.

**INTERROGATORY NO.12:**

Describe all public representations made by you regarding the vaulting of any Destiny 2 seasons.

**RESPONSE TO INTERROGATORY NO. 12:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the term "season" is undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting. Bungie further objects to this Interrogatory as unduly burdensome to the extent it seeks information duplicative to Interrogatory No. 11. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Moreover, Bungie objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because it is unlimited in time, geography, and requests that Bungie, without limitation, describe "*all* public representations . . ." (emphasis added). As such, Bungie will interpret this Interrogatory as asking: "Generally describe the public representations . . . ." Bungie further objects to this Interrogatory as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means. Moreover, Bungie objects to this Interrogatory as overly broad, unduly burdensome, and oppressive because it improperly seeks "discovery about discovery," and the requested information is irrelevant to the parties' claims and defenses and thus disproportionate to the needs of this case.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.

**AMENDED RESPONSE TO INTERROGATORY NO. 12:**

Subject to the foregoing, and pursuant to the parties' September 3, 2025 meet and confer, Bungie clarifies that Bungie's announcements and statements concerning the decision to "vault" certain *Destiny 2* content are publicly available at https://help.bungie.net/hc/en-us/articles/360049202971-Destiny-Content-Vault, https://www.bungie.net/7/en/News/article/49189, and https://help.bungie.net/hc/en-us/articles/4408041224852-Years-of-Destiny.  Additionally, Bungie is, pursuant to Fed. R. Civ. P. 33(d), producing copies of these webpages from which information responsive to this Interrogatory may be derived, available at Bates Nos. BNG-00023441— BNG-00023466.

**INTERROGATORY NO.13:**

Describe in detail the reasons for the alleged incompatibility of the original code of Destiny 2 with Destiny 2's current operational framework(s), including any technical or design changes in the operational framework(s) that contributed to this alleged incompatibility.

**RESPONSE TO INTERROGATORY NO. 13:**

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least two interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least two distinct types of information: (1) a description of "the reasons for the alleged incompatibility of the original code of Destiny 2 with Destiny 2's current operational framework(s)"; and (2) a description of "any technical or design changes in the operational framework(s) that contributed to this alleged incompatibility."  Bungie further objects to this Interrogatory as overly broad, unduly burdensome, and oppressive because it improperly seeks "discovery about discovery,"

and the requested information is irrelevant to the parties' claims and defenses and thus disproportionate to the needs of this case.

In light of the foregoing objection, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.

**INTERROGATORY NO. 14:**

Describe the current operational framework of Destiny 2 including how it allegedly differs from the previous operational framework(s) of Destiny 2.

**RESPONSE TO INTERROGATORY NO. 14:**

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least two interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least two distinct types of information: (1) a description of the current operational framework of Destiny 2; and (2) a description of how of the current operational framework of Destiny 2 "allegedly differs from the previous operational framework(s) of Destiny 2." Bungie further objects to this Interrogatory as overly broad, unduly burdensome, and oppressive because it improperly seeks "discovery about discovery," and the requested information is irrelevant to the parties' claims and defenses and thus disproportionate to the needs of this case.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.

**INTERROGATORY NO. 15:**

Identify all individuals involved in the development of both the original and current operational frameworks of Destiny 2.

**RESPONSE TO INTERROGATORY NO. 15:**

Bungie objects to this Interrogatory as overly broad, unduly burdensome, and oppressive because it improperly seeks "discovery about discovery," and the requested information is irrelevant to the parties' claims and defenses and thus disproportionate to the needs of this case. Bungie further objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because it is unlimited in time, geography, and requests that Bungie, without limitation, identify "*all individuals* involved . . ." (emphasis added), regardless of the degree of their involvement.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.

**INTERROGATORY NO. 16:**

Regarding sentence number 14 in the second affirmative defense in Bungie's Answer, please: (a) state all facts supporting this defense; (b) identify all persons with knowledge of these facts and the substance of their knowledge; (c) identify all documents supporting this defense; and (d) state the legal basis for this defense, including any statutory or case law relied upon.

**RESPONSE TO INTERROGATORY NO. 16:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing as it identifies a specific sentence within Bungie's second affirmative defense but asks Bungie to respond regarding the entire defense. As a result, Bungie cannot ascertain with reasonable certainty what information Martineau is requesting by this Interrogatory. Bungie further objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least five interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as

compound and overly broad because it seeks at least five distinct types of information: (1) all facts supporting Bungie's second affirmative defense; (2) the identities of all persons with knowledge of the facts supporting Bungie's second affirmative defense; (3) the substance of the knowledge possessed by all such persons identified as with knowledge of facts supporting Bungie's second affirmative defense; (4) the documents that support Bungie's second affirmative defense; and (5) the legal basis for Bungie's second affirmative defense. Bungie further objects to this Interrogatory as a premature contention interrogatory to the extent it requires Bungie to set forth its defense at this early stage of discovery. *See Trident Mgmt. Grp., LLC v. GLF Constr. Corp.*, 2017 U.S. Dist. LEXIS 109452, at *8 (E.D. La. July 13, 2017) (denying motion to compel answer to contention interrogatory while parties are still in the midst of exchanging discovery).

Notwithstanding and subject to and without waiver of the foregoing objections, Bungie will produce documents pursuant to Fed. R. Civ. P. 33(d) from which information responsive to this Interrogatory may be derived. Bungie reserves the right to supplement its objections and responses to this Interrogatory at an appropriate later point in discovery.

## INTERROGATORY NO. 17:

Regarding sentence numbers 36-37 in the second affirmative defense in Bungie's Answer, please: (a) state all facts supporting this defense; (b) identify all persons with knowledge of these facts and the substance of their knowledge; (c) identify all documents supporting this defense; and (d) state the legal basis for this defense, including any statutory or case law relied upon.

## RESPONSE TO INTERROGATORY NO. 17:

Bungie objects to this Interrogatory as vague, ambiguous, and confusing insofar as it refers to "sentence numbers 36-37 in the second affirmative defense in Bungie's Answer," but, as pled, Bungie's second affirmative defense is set forth in its Answer at paragraphs 4 through 30 and Bungie's *third* affirmative defense is set forth in its Answer at paragraphs 31 through 43. . As such,

Bungie will interpret this Interrogatory as: "Regarding sentence numbers 36-37 in the third affirmative defense in Bungie's Answer . . . ." Bungie further objects to this Interrogatory as vague, ambiguous, and confusing because identifies specific sentences in Bungie's affirmative defenses yet asks Bungie to respond regarding an entire defense. As a result, Bungie cannot ascertain with reasonable certainty what information Martineau is requesting. Bungie further objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least five interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least five distinct types of information: (1) all facts supporting Bungie's second affirmative defense; (2) the identities of all persons with knowledge of the facts supporting Bungie's second affirmative defense; (3) the substance of the knowledge possessed by all such persons identified as with knowledge of facts supporting Bungie's second affirmative defense; (4) the documents that support Bungie's second affirmative defense; and (5) the legal basis for Bungie's second affirmative defense. Bungie further objects to this Interrogatory as a premature contention interrogatory to the extent it requires Bungie to set forth its defense at this early stage of discovery. *See Trident Mgmt. Grp., LLC v. GLF Constr. Corp.*, 2017 U.S. Dist. LEXIS 109452, at *8 (E.D. La. July 13, 2017) (denying motion to compel answer to contention interrogatory while parties are still in the midst of exchanging discovery).

Notwithstanding and subject to and without waiver of the foregoing objections, Bungie will produce documents pursuant to Fed. R. Civ. P. 33(d) from which information responsive to this Interrogatory may be derived. Bungie reserves the right to supplement its objections and responses to this Interrogatory at an appropriate later point in discovery.

**INTERROGATORY NO. 18:**

Describe all internal reviews or evaluations conducted by or on behalf of Bungie regarding

the potential infringement of Plaintiff's work.

**RESPONSE TO INTERROGATORY NO. 18:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the terms "internal reviews" and "evaluations" are left undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting. Bungie further objects to this Interrogatory as overly broad and unduly burdensome to the extent it does not contain an appropriate temporal scope. To the extent this Interrogatory seeks information concerning activities undertaken after Martineau initiated this litigation, Bungie further objects to this Interrogatory as overly broad, unduly burdensome, and oppressive because the requested information is irrelevant to the parties' claims and defenses and thus disproportionate to the needs of this case. Bungie additionally objects to this Interrogatory to the extent it seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory. Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

**INTERROGATORY NO. 19:**

Explain the process Bungie uses to ensure that its video games do not infringe on the copyrights of third parties, including any policies, procedures, or training implemented to prevent such infringement.

**RESPONSE TO INTERROGATORY NO. 19:**

Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the phrase "the process Bungie uses" is left undefined, such that Bungie cannot ascertain with reasonable

certainty what information Martineau is requesting. As such, Bungie will interpret this Interrogatory as: "Explain Bungie's policies, procedures, or trainings implemented to prevent copyright infringement." Bungie further objects to this Interrogatory to the extent it seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections.

Subject to the foregoing interpretation, and notwithstanding and subject to and without waiver of the foregoing objections, Bungie will produce documents pursuant to Fed. R. Civ. P. 33(d) from which information responsive to this Interrogatory may be derived, to the extent that they exist. Bungie reserves the right to supplement its objections and responses to this Interrogatory at an appropriate later point in discovery.

**INTERROGATORY NO. 20:**

For each social media account operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2, please identify: (a) the platform name; (b) the account name, handle, and URL; (c) the date of creation; (d) the business purpose of the account; and (e) the job titles or roles of individuals responsible for managing these accounts during the relevant time period.

**RESPONSE TO INTERROGATORY NO. 20:**

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least seven interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least seven distinct types of information: (1) the platform name for each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2"; (2) the account name for each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny

and/or Destiny 2"; (3) the handle for each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2"; (4) the URL for each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2"; (5) the date of creation for each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2"; (6) the business purpose of each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2"; and (7) ) the job titles or roles of individuals responsible for managing each social media account "operated by or on behalf of Bungie, Inc. concerning Destiny and/or Destiny 2."  To the extent that this Interrogatory seeks information regarding the original *Destiny* game, Bungie additionally objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because Martineau's Amended Complaint does not allege that *Destiny* infringes his asserted work.  Bungie further objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and as requesting information disproportionate to the needs of this case to the extent it seeks the job titles or roles of all individuals responsible for managing these accounts, regardless of the degree of their responsibility.  Moreover, Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the phrase "concerning Destiny 2" is left undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting.  As such, Bungie will interpret this Interrogatory as: "For each official *Destiny 2* social media account operated by or on behalf of Bungie . . . ."  Bungie further objects to this Interrogatory as vague, ambiguous, overly broad, and unduly burdensome the extent it does not contain an appropriate temporal scope and refers to an undefined "relevant time period."  Because Martineau has not provided a relevant time period, Bungie will construe the relevant time period for this Interrogatory as September 7, 2017 through November 10, 2020.

Subject to the foregoing interpretation, and notwithstanding and subject to and without waiver of the foregoing objections, Bungie will produce documents pursuant to Fed. R. Civ. P. 33(d) from which information responsive to this Interrogatory may be derived.

**INTERROGATORY NO. 21:**

Identify any third-party monitoring services or applications utilized by Bungie, Inc. that are used to track and receive notifications about specific commentary or keywords related to Destiny and Destiny 2 on social media platforms or other online forums. For each service or application, provide a description of its functionality, the date it was first used by Bungie, and the names and roles of individuals responsible for its operation.

**RESPONSE TO INTERROGATORY NO. 21:**

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least four interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least four distinct types of information: (1) the identity of "any third-party monitoring services or applications utilized by Bungie, Inc. that are used to track and receive notifications about specific commentary or keywords related to Destiny and Destiny 2 on social media platforms or other online forums"; (2) a description of each such service or application's functionality; (3) the date when each such service or application was first used by Bungie; and (4) the names and roles of individuals responsible for the operation of each such service or application. To the extent this Interrogatory seeks information regarding the original *Destiny* game, Bungie additionally objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case because Martineau's Amended Complaint does not allege that *Destiny* infringes his asserted work.

Bungie further objects to this Interrogatory as overly broad, unduly burdensome, and as requesting information disproportionate to the needs of this case to the extent it seeks the job titles or roles of all individuals responsible for operating such third-party tools, regardless of the degree of their responsibility, and to the extent such information is not within Bungie's possession, custody, or control. Moreover, Bungie objects to this Interrogatory as vague and confusing as the term "specific commentary" is left undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting. As such, Bungie will interpret this Interrogatory as: "Identify any third-party monitoring services or applications that Bungie uses to track and receive notifications about the use of keywords related to *Destiny 2* on social media platforms or other online forums."

Subject to the foregoing interpretation, and notwithstanding and subject to and without waiver of the foregoing objections, Bungie answers as follows: Bungie utilizes the cybersecurity vendor Unit221b to monitor certain social media platforms in relation to *Destiny 2*, specifically to identify distribution of cheat software and/or unauthorized leaks, and utilizes the analytics providers Quid and Gamesight to aggregate public sentiment information.

## INTERROGATORY NO. 22:

List and describe all measures taken by Bungie to verify the originality of the content within Destiny 2 and to ensure compliance with copyright laws before and after the release of the Destiny 2 game.

## RESPONSE TO INTERROGATORY NO. 22:

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least three interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least three distinct types of information: (1) a list and description of "all measures taken by Bungie

to verify the originality of the content within Destiny 2"; (2) a list and description of "all measures taken by Bungie to . . . ensure compliance with copyright laws before . . . the release of" *Destiny* 2; and (3) a list and description of "all measures taken by Bungie to . . . ensure compliance with copyright laws . . . after the release of" *Destiny* 2.  Bungie further objects to this Interrogatory as unduly burdensome to the extent it seeks information duplicative to Interrogatory Nos. 18-19. Bungie additionally objects to the extent this Interrogatory seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity.  Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections.  Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint.  Moreover, Bungie objects to this Interrogatory as vague, ambiguous, and confusing because the phrases "verify the originality of" and "ensure compliance with copyright laws" are left undefined, such that Bungie cannot ascertain with reasonable certainty what information Martineau is requesting by this Interrogatory.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.  Bungie reserves the right to supplement its objections and responses to this Interrogatory following a conference with Martineau.

## INTERROGATORY NO. 23:

Identify any instances where Bungie has received notifications or claims of copyright infringement regarding Destiny 2 and describe how each was addressed or resolved.

**RESPONSE TO INTERROGATORY NO. 23:**

Bungie objects to this Interrogatory as an improper compound Interrogatory that, if enforced, would count in each instance as at least two interrogatories towards Martineau's limit of 25 interrogatories pursuant to Federal Rule of Civil Procedure 33(a)(1) and Local Rule 33.1. Specifically, Bungie objects to this Interrogatory as compound and overly broad because it seeks at least two distinct types of information: (1) instances where Bungie has received notifications or claims of copyright infringement regarding Destiny 2; and (2) a description of how each such notification or claim of copyright infringement was addressed or resolved. Bungie also objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and designed to seek information that is not relevant to any claims or defenses, and thus disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie additionally objects to the extent this Interrogatory seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold information potentially responsive to this Interrogatory on the basis of the foregoing privilege objections. Moreover, Bungie objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and as requesting information disproportionate to the needs of this case because any notifications or claims of copyright infringement by third parties are irrelevant to the parties' instant claims and defenses.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Interrogatory.

**BUNGIE'S RESPONSES AND OBJECTIONS TO MARTINEAU'S REQUESTS FOR
PRODUCTION OF DOCUMENTS**

**REQUEST FOR PRODUCTION NO. 1:**

Produce all documentation reflecting monthly sales and revenue data in dollars, for Destiny

2 for the years 2017 through the present.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 1:**

Bungie objects to this Request as overly broad, unduly burdensome, oppressive, not

proportionate to the needs of this case, and asserted for an improper purpose to the extent that it

seeks highly confidential sales documents for *Destiny 2* campaigns other than the "Red War" and

"Curse of Osiris" campaigns accused in Martineau's Amended Complaint.  As such, Bungie will

construe the relevant time period for this Request as September 6, 2017 through November 10, 2020.

Additionally, Bungie objects to this Request as overly broad, unduly burdensome, and not

proportionate to the needs of this case to the extent it seeks the "*all* documentation reflecting monthly

sales and revenue data in dollars" (emphasis added), which would require Bungie to search a

voluminous number of irrelevant documents.  Therefore, Bungie will interpret this Request as

seeking "Documents sufficient to show monthly sales . . . ."

Subject to the foregoing interpretations and subject to and without waiver of the foregoing

objections, Bungie will search for and produce on a rolling basis responsive, relevant, and

nonprivileged documents.

**REQUEST FOR PRODUCTION NO. 2:**

Produce detailed annual profit / loss statements or similar documentation for Bungie, Inc.,

for the years 2017 through the present, specifying costs of goods and/or services sold in connection

with Destiny 2.

Docusign Envelope ID: 12099492-D67B-4B4A-9D8B-C701B95D4736

## RESPONSE TO REQUEST FOR PRODUCTION NO. 2:

Bungie objects to this Request as overly broad, unduly burdensome, oppressive, not proportionate to the needs of this case, and asserted for an improper purpose to the extent that it seeks highly confidential sales documents for *Destiny 2* other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. As such, Bungie will construe the relevant time period for this Request as September 6, 2017 through November 10, 2020.

Subject to the foregoing interpretation and subject to and without waiver of the foregoing objections, Bungie will search for and produce on a rolling basis responsive, relevant, and nonprivileged documents.

## REQUEST FOR PRODUCTION NO. 3:

Produce all documentation identifying what Bungie, Inc. believes to be costs of goods and/or services sold, including, but not limited to, materials, direct labor, and overhead components, for Destiny 2 for the years 2017 through the present.

## RESPONSE TO REQUEST FOR PRODUCTION NO. 3:

Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case to the extent that it seeks documents for *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. As such, Bungie will construe the relevant time period for this Request as September 6, 2017 through November 10, 2020.

Subject to the foregoing interpretation and subject to and without waiver of the foregoing objections, Bungie will search for and produce on a rolling basis responsive, relevant, and nonprivileged documents.

**REQUEST FOR PRODUCTION NO. 4:**

Produce a copy of each different advertisement or other promotional material referencing Destiny 2 ever published, broadcast, displayed, or distributed in any manner by or on behalf of Bungie, Inc.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 4:**

Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case because "advertisement or other promotional material" is irrelevant as to whether the accused "Red War" and "Curse of Osiris" campaigns of *Destiny 2* infringe Martineau's asserted work, and Martineau's Amended Complaint does not contain allegations that any of Bungie's advertising and marketing materials for *Destiny 2* infringe his asserted work. Additionally, Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case to the extent that it seeks documents concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie further objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case to the extent it seeks "*each* different advertisement or other promotional material . . . *ever* published, broadcast, displayed, or distributed in *any* manner," which would require Bungie to search a voluminous number of irrelevant documents. Bungie further objects to this Request as overly broad and unduly burdensome to the extent it does not contain an appropriate temporal or geographic scope. As such, Bungie will interpret this Request as seeking "Representative samples of advertisement or other promotional material depicting the 'Red War' and 'Curse of Osiris' campaigns published, broadcast, displayed, or distributed in the United States …" and construe the relevant time period for this Request as September 6, 2017 through November 10, 2020.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request.  Bungie reserves the right to supplement its objections and responses to this Request following a conference with Martineau.

**REQUEST FOR PRODUCTION NO. 5:**

Produce all written, recorded, or electronically transmitted or stored communications between you and any third-party to the Lawsuit regarding any alleged copyright infringement by Bungie, Inc.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 5:**

Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case to the extent that the Request seeks third-party communications "regarding *any* alleged copyright infringement . . . ." (emphasis added) irrespective of whether the communications relate to the claims at issue in the instant litigation.  Communications between Bungie and third parties about unrelated allegations of copyright infringement, to the extent that they exist, are irrelevant as to whether the accused campaigns of *Destiny 2* infringe Martineau's asserted work.  Additionally, Bungie objects to the extent this Request seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity.  Bungie will withhold documents potentially responsive to this Request on the basis of the foregoing privilege objections.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request. Bungie reserves the right to supplement its objections and responses to this Request following a conference with Martineau.

**REQUEST FOR PRODUCTION NO. 6**:

Produce any and all documents identified in response to any Interrogatory.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 6:**

Bungie objects to the extent this Request seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold documents potentially responsive to this Request on the basis of the foregoing privilege objections.

Subject to the foregoing interpretation and subject to and without waiver of the foregoing objections, Bungie will search for and produce on a rolling basis responsive, relevant, and non-privileged documents in response to this Request, to the extent that they exist.

**REQUEST FOR PRODUCTION NO. 7**:

Provide all documents you intend to use to support your defenses against the allegations of copyright infringement asserted by Martineau.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 7:**

Bungie understands this Request as seeking documents it intends to use to support the defenses it has asserted in this litigation. On this basis, Bungie objects to this Request as duplicative and cumulative of Martineau's other Requests.

Subject to the foregoing interpretation and subject to and without waiver of the foregoing objections, Bungie will search for and produce on a rolling basis responsive, relevant, and non-privileged documents in response to this Request.

**REQUEST FOR PRODUCTION NO. 8**:

Present all documents referenced or utilized while preparing responses to Martineau's interrogatories, particularly those relating to the alleged infringement of Martineau's work.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 8:**

Bungie objects to this Request as vague, ambiguous, and confusing because the phrase "referenced or utilized" is undefined, such that Bungie cannot ascertain with reasonable certainty

what documents Martineau is requesting. As such, Bungie interprets this Request as seeking "[d]ocuments relied on by Bungie in drafting its responses to Martineau's interrogatories." Bungie further objects to the extent this Request seeks information protected by attorney-client privilege, work-product doctrine, common interest or joint defense privilege, or any other privilege or immunity. Bungie will withhold documents potentially responsive to this Request on the basis of the foregoing privilege objections.

Subject to the foregoing interpretation and subject to and without waiver of the foregoing objections, Bungie will search for and produce on a rolling basis responsive, relevant, and nonprivileged documents.

**REQUEST FOR PRODUCTION NO. 9**:

Provide copies showing all seasons of Destiny 2.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 9:**

Bungie objects to this Request as vague, ambiguous, and confusing because the terms "copies" and "season" is undefined, such that Bungie cannot ascertain with reasonable certainty what documents Martineau is requesting. Bungie further objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case to the extent that it seeks documents concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Additionally, Bungie objects to this Request as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means, or that is already in the possession, custody, or control of Martineau. Bungie additionally objects to this Request as unduly burdensome, oppressive, and asserted for an improper purpose to the extent it seeks a playable copy of *Destiny 2* that includes the long-since removed "Red War" and "Curse of Osiris"

campaigns accused in Martineau's Amended Complaint, which Bungie has thrice disclosed via sworn employee declarations does not exist.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request. Bungie reserves the right to supplement its objections and responses to this Request following a conference with Martineau.

**REQUEST FOR PRODUCTION NO. 10**:

For any seasons of Destiny 2 that cannot be produced in response to Request No. 9, provide all related documents, including but not limited to scripts, rough drafts, source codes, and any other materials that detail the development and content of all Destiny 2 seasons.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 10:**

Bungie hereby incorporates its objections to Request No. 9. Furthermore, Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case to the extent that it seeks documents concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie further objects to this Request as vague, ambiguous, and confusing because the terms "seasons," "scripts," "rough draft," and "source code" are undefined, such that Bungie cannot ascertain with reasonable certainty what documents Martineau is requesting. To the extent that this Request seeks documents that Bungie has not published or released, Bungie additionally objects to this Interrogatory as overly broad, unduly burdensome, oppressive, and not proportionate to the needs of this case, as content that Bungie has never published or released is irrelevant to the parties' claims and defenses.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request. Bungie reserves the right to supplement its objections and responses to this Request following a conference with Martineau.

**REQUEST FOR PRODUCTION NO. 11**:

Provide documents related to your right to use any elements of Martineau's works that are alleged to be infringed upon by Destiny 2.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 11:**

Bungie objects to this Request as vague, ambiguous, and confusing because the phrase "related to your right to use" is undefined, such that Bungie cannot ascertain with reasonable certainty what documents Martineau is requesting. Bungie interprets this Request as seeking documents conferring on Bungie the right to use the elements of Martineau's works that are alleged to be infringed. On the basis of this interpretation, Bungie further objects to the Request as vague and ambiguous to the extent that Martineau's Amended Complaint nebulously alleges unspecified instances of additional infringement such that Bungie cannot reasonably ascertain the scope of this Request. Bungie further objects to this Request as overly broad and unduly burdensome to the extent it seeks documents that are outside of Bungie's possession, custody, or control, publicly available or equally available or accessible to Martineau by less burdensome means, or that are in the possession, custody, or control of Martineau.

Subject to the foregoing interpretation and subject to and without waiver of the foregoing objections, Bungie responds as follows: Bungie will produce non-privileged documents sufficient to show independent creation of the "Red War" and "Curse of Osiris" campaigns in *Destiny 2*.

**REQUEST FOR PRODUCTION NO. 12**:

Produce all communications with Martineau about the works at issue in this Lawsuit, including those relating to claims of copyright infringement by Bungie, Inc.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 12:**

Bungie objects to this Request as overly broad and unduly burdensome to the extent it seeks documents that are outside of Bungie's possession, custody, or control, publicly available or equally

available or accessible to Martineau by less burdensome means, or that are in the possession, custody, or control of Martineau.  To the extent that this Request seeks communications with Martineau unrelated to Martineau's instant claims of copyright infringement, Bungie additionally objects to this Request as overly broad, unduly burdensome, and as requesting information irrelevant to the parties' claims and defenses.

Subject to and without waiver of the foregoing objections, Bungie responds that its diligent search for responsive documents is ongoing, but that no documents responsive to this Request have thus far been located.  Upon completion of its search, Bungie shall supplement its objections and responses to this Request.

**REQUEST FOR PRODUCTION NO. 13**:

Produce all agreements or licenses involving any parties in this Lawsuit concerning the works alleged to be infringed.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 13:**

Bungie objects to this Request as overly broad and unduly burdensome to the extent it seeks documents that are outside of Bungie's possession, custody, or control, and/or that are in the possession, custody, or control of Martineau.

Subject to and without waiver of the foregoing objections, Bungie responds that its diligent search for responsive documents is ongoing, but that no documents responsive to this Request have thus far been located.  Upon completion of its search, Bungie shall supplement its objections and responses to this Request.

**REQUEST FOR PRODUCTION NO. 14**:

Produce copies of any vaulting notices sent to online service providers regarding any seasons of Destiny 2.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 14:**

Bungie objects to this Request as overly broad and unduly burdensome as it improperly seeks "discovery about discovery," and the requested documents are irrelevant to the parties' claims and defenses. Moreover, Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and as not proportionate to the needs of this case to the extent that it seeks documents concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie further objects to this Request as vague, ambiguous, and confusing because the terms "seasons" and "vaulting notice" are left undefined. As a result, Bungie cannot ascertain with reasonable certainty which documents Martineau is requesting.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request.

**REQUEST FOR PRODUCTION NO. 15:**

Produce all documents and communications related to the decision to abandon Destiny 2's original operational framework, detailing the specific shortcomings or limitations that led to its replacement.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 15:**

Bungie objects to this Request as vague, ambiguous, and confusing because it rests on the inaccurate and unfounded premise that there was a "decision to abandon Destiny 2's original operational framework" due to "specific shortcomings or limitations that led to its replacement." As a result, Bungie cannot ascertain with reasonable certainty which documents Martineau is requesting. Bungie further objects to this Request as overly broad and unduly burdensome to the extent it improperly seeks "discovery about discovery," and the requested documents are irrelevant to the parties' claims and defenses. Bungie also objects to this Interrogatory as overly broad, unduly

burdensome, oppressive, and as requesting information disproportionate to the needs of this case to the extent that it seeks documents concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request.

**REQUEST FOR PRODUCTION NO. 16**:

Produce all reports, analyses, or other documents prepared by any expert retained by Bungie in connection with this Lawsuit, specifically regarding the allegations of copying Martineau's works.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 16:**

Bungie objects to this Request as premature at this early stage of discovery. In light of the foregoing objection, Bungie will not presently produce documents in response to this Request. Bungie will supplement this Response in accordance with the manner and timing set forth in the Court's scheduling order. *See* Dkt. 16.

**REQUEST FOR PRODUCTION NO. 17**:

Produce all documents and communications related to Bungie's decision to vault content in Destiny 2, including any internal discussions, analyses, or evaluations that explain the reasons for vaulting, the decision-making process involved, and any public statements or representations made regarding the vaulting process.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 17:**

Bungie objects to this Request as overly broad, unduly burdensome, oppressive, and as requesting documents disproportionate to the needs of this case to the extent that it seeks information concerning any *Destiny 2* campaigns other than the "Red War" and "Curse of Osiris" campaigns accused in Martineau's Amended Complaint. Bungie additionally objects to this Request as overly

broad and unduly burdensome as it improperly seeks "discovery about discovery," and the requested documents are irrelevant to the parties' claims and defenses. Moreover, Bungie objects to this Request as overly broad and unduly burdensome to the extent it seeks information that is publicly available or equally available or accessible to Martineau by less burdensome means.

In light of the foregoing objections, Bungie is willing to meet and confer to discuss the scope and relevance of this Request.

Dated: September 12, 2025          Respectfully submitted,

*/s/ Tamar Y. Duvdevani*
**DLA PIPER LLP (US)**
Tamar Y. Duvdevani (*pro hac vice*)
Jared Greenfield (*pro hac vice*)
1251 Avenue of The Americas, 27th Fl.
New York, New York 10020
Telephone: 212-335-4500
tamar.duvdevani@us.dlapiper.com

IRWIN FRITCHIE URQUHART MOORE & DANIELS, LLC
Darleene Peters (#25638)
Connor W. Peth (#39499)
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504 310 2100
dpeters@irwinllc.com
cpeth@irwinllc.com

***Counsel for Bungie, Inc.***

## **VERIFICATION**

I, Justin Truman, declare under oath and penalty of perjury, that the following statements are true:

1.  I am the Vice President of the *Destiny* game franchise at Defendant Bungie, Inc. ("Bungie") and I am duly authorized to make this verification on behalf of Bungie.

2.  To the best of my knowledge, information, and belief, formed after a reasonable inquiry, the responses set forth in Bungie's Amended Responses and Objections Martineau's First Set of Interrogatories ("Amended Interrogatory Responses") are made in good faith and supported by fact and law.

3.  I am informed and believe that the factual statements therein are not all within my personal knowledge; that there is no single person at Bungie who has personal knowledge of all such factual statements; that the factual information set forth therein was obtained and assembled by employees and/or Officers of Bungie from the appropriate sources of information, including Bungie's records, files, and personnel; and, on those grounds, reserving the right to make changes if it appears at any time that omissions or errors have been made therein or that more accurate information becomes available, I declare, under penalty of perjury, that these Amended Interrogatory Responses are true and correct.

Dated: 9/12/2025 | 12:46 PDT

/s/ *Justin Truman*
FC81D0CC430C4F6...

Justin Truman

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 12, 2025, a true and correct copy of BUNGIE, INC.'S AMENDED RESPONSES AND OBJECTIONS TO MATTHEW KELSEY MARTINEAU'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS was served on all counsel of record for Plaintiff Matthew Kelsey Martineau via email, as agreed to by the parties as the preferred method of service:

Ted Anthony - Tanthony@bpasfirm.com

Stephen R. Barry - Sbarry@barryrome.com

BY: <u>*/s/ Tamar Y. Duvdevani*</u>

Docusign Envelope ID: J2099492-D67B-4B4A-9D85-C704B86D4736

# Exhibit A

## EXHIBIT A

As available at: https://www.mobygames.com/game/95462/destiny-2/credits/playstation-4/.

| Bungie Destiny Team 2015-2017: Art | |
|---|---|
| 3D Character Art Leads | Chris Alderson, Jared Trulock |
| 3D Character Artists | Heber Alvarado, Adam J. Bolton, Eric Elton, Mike Jensen, Allan Lee, Hun Kevin Lee, Rosa Lee, Ian McIntosh, Ken Osuna, Will Patrick, Adam Scott, Corinne Scrivens, Alexis Velazquez, Aaron Wehrmeister, Roderick Weise (Sir), James Yavorsky |
| Additional 3D Character Art | Barry Sundt |
| 3D Hard Surface Art Leads | Keith Bachman, Peter Olofsson Hermanrud, Rajeev Nattam |
| 3D Hard Surface Artists | Travis Brady, Milton Cadogan, Frank Capezzutto III, Ryan Won-Young Choi, Michael Climer, Aaron De Leon, Tom Doyle, Jesse Hall, Ze'ev Harris, Lee Hinds, Matt Lichy, Joshua Morrison, Ricky Oh, David Stammel, Chelsea Velazquez, Mark Van Haitsma, JT White |
| Additional 3D Hard Surface Art | Brandon Toomey, Eli VanderBilt |
| Animation Leads | Mike Hoffman, Matt Kelly, Richard Lico |
| Animators | David Helsby, Jacob Hinds, Ping-Ping Hsia, Adam Lawson, Doug Magruder, Kim Mickle, Anthony Partridge, Jason Robertson, Thomas Saville, Nathan Seitz, Drew Shy, Michael C. Walling |
| Additional Animation | Nathan Ross |
| Art Directors | Shi Kai Wang, Michael Zak |
| Art Director - Gameplay | Bill O'Brien |
| Art Director - World | Jesse van Dijk |
| Cinematic Animation Lead | Leo Martinez |
| Cinematic Animators | Aaron J. Deerfield, Pat Jandro, Nick Whitmire |
| Additional Cinematic Animation | Jonathan Alexander |
| Concept Art Leads | Dorje Bellbrook, Joseph Cross |

| Concept Artists | Patrick Bloom, Sung Choi, Ryan Demita, Fan Gao, Ryan Gitter, Dima Goryainov, Jaime Jones, Adrian Majkrzak |
|---|---|
| Additional Concept Art | Tyler Bartley |
| Head of Art and Design | David Dunn |
| Lighting Art Lead | Mike Poe |
| Lighting Artists | Andrew Baker, Rogelio Delgado, Ryan Kamins, Madison Parker, Thad Steffen |
| Mocap Lead | Troy McFarland |
| Mocap / Rigging Technical Artist | Rachel Swavely |
| Rigging Technical Art Lead | Javier Burgos |
| Rigging Technical Artists | Nathan Comes, Robert Forsberg, Jason Garris Jones, Andrew Theisen, Micah Zahm |
| Additional Rigging Technical Art | Kristoff T. Johnson |
| Skies Art Lead | Mark Goldsworthy |
| Skies Artists | Tony Arechiga, Eric Cassels |
| Technical Art Direction | Tom Burlington |
| Technical Art Leads | Ali Mayyasi, Tom Sanocki, Scott Shepherd |
| 3DS Max Technical Lead | James O'Donnell |
| Maya Technical Lead | Forrest Soderlind |
| Technical Artists | Natalie Burke, Andrew Dour, Nate Hawbaker, Xiaoxi Liu (Cici), Calin Matney, Cameron Pinard, Paul Vosper, Jesse Yerkes |
| Visual FX Art Leads | Chad Foxglove, Justin Hayward, Dave Matthews, Steve Scott |
| Visual FX Artists | Sam Arguez, Jay Bakke, Jeremy Baldwin, James Croley, Matt Dudley, Mark Flieg Jr., Kailey Frizzell, Glenn Gamble, Eric Greenlief, Kevin Hart, Vinessa Mayer, An-Tim Nguyen, Lindsay Ruiz, Dave Samuel, Michael Stavrides, Stephan Williams, Andy Xiao, Irving Zhang |

| | |
|---|---|
| Additional Visual FX Art | Justin Foote |
| World Art Leads | Robert Adams, Mick Buckmiller, Mike Buelterman, Marke Pedersen, Jason Sussman, Daniel Thiger, Noah Thompson, Adam Williams |
| World Artists | Tyson Allen, Matt Bennier, Ed Brennan, Ray Broscovak, Coolie Calihan, Brandon Campbell, Aaron Canaday, Aaron Cruz, Keenan Daufelt, Kevin DeBolt, Lawrence Durbin, Andrew Hackathorn, Andrew Hopps, Jeff Horal, Julio Juarez, Mick Jundt, Doug Juno, Todd Juno, Kyoungche Kim, Steven Klipowicz, Andrew Kreutzer, Blake Low, Josh Markham, Jeroen Maton, Alexander Rich May, Sid Moye, Taber Noble, Anthony Pitts, Frank Robbins, Sam Rucks, Ethan Scheu, Marc Thompson, Matt Turner, Kevin Whitmeyer |
| **Bungie Destiny Team 2015-2017: Audio** ||
| Audio Design Leads | Evan Buehler, David Henry |
| Audio Designers | Stephen Hodde, Beau Anthony Jimenez, Daniel Raimo, Carsten Rojahn, Jesse Rope, Zach Thomas |
| Technical Audio Designers | Kevin Neilson, Michael Sechrist |
| Additional Audio Design | Luca Fusi |
| Composer | Michael Salvatori |
| Composer and Audio Director | C. Paul Johnson |
| Dialog Lead | Kevin M. McMullan |
| Head of Audio | Jay Weinland |
| Music Director and Composer | Skye Lewin |
| Music Mixer/Editor | Josh Mosser |
| **Bungie Destiny Team 2015-2017: Design** ||
| Campaign Design Lead | Gavin Irby |
| Combatant Design Lead | Tomonori Kinoshita |
| Combatant Designers | David Bocek, Matt Findley, Dan Halpern, Daniel Miller, Brian Schafheimer, Joshua Stiksma, Nathan Vetterlein |

| | |
|---|---|
| Additional Combatant Design | Bryan Willy |
| Game Design Leads | Del Chafe III, Liz M.E. Chung, Tyson Green, Sage Merrill, Christopher Opdahl, James Tsai |
| Gameplay Experience Director | Justin Truman |
| Level Designer | Michael Milota |
| Live Design Lead | Ryan Paradis |
| Live Designer | Tim Williams |
| Mission Design Leads | Chris Carney, Alex Pfeiffer, Matt Sammons Morales, Niles Sankey |
| Mission Designers | Sam Beliveau, Jayce Diaz, Tom Farnsworth, Daniel August Grafstrom, Matt Hand, Michael E. Ryan, Barton Curry Slade |
| Open World Design Lead | Jacob Benton |
| Open World Designers | Brian Barhorst, Daniel Callan, Stephen Chin, Raylene Deck, Stephen Fogg, Amanda Heatherman, Sang Kim, Matt McConnell, Jason Payne, Jonathan Sova, Rodney Thompson, Vincent Van Pelt-Reeves, Erik Vaughn, Alexander J. Velicky, Benjamin J. Wommack |
| Partner Design Lead | Evan Nikolich |
| Progression & Economy Designers | Daniel Auchenpaugh, Victoria Dollbaum, John Favaro, Nathan K. Johnson, James Schomer, Mark Uyeda, Brenton Woodrow |
| PvP Design Lead | Lars Bakken |
| PvP Designers | Derek Carroll, Leif Johansen, Jeremiah Pieschl, Andrew Weldon, Kevin Joel Yanes |
| Raid Design Lead | Brian Frank |
| Raid Designers | Joe Blackburn, Chris Manprin, Jake Meyer, Stuart Monske, Brendan G. Thorne |
| Rituals & Programming Design Lead | Robert Engeln |
| Rituals & Programming Designers | Mike Lee, David Rose |

| | |
|---|---|
| Sandbox Designers | Danny Bulla, Bill Gross, Josh Hamrick, Claude Jerome, Grant Mackay, Gregory Peng, Jon Weisnewski |
| Additional Sandbox Design | Lisa Brown |
| Social Activity Designer | Ken Malcolm |
| Social Designers | Steve Dolan, Nick Roth |
| Strike Design Lead | Dennis Aaron Steelman |
| Strike Designers | Matthew Edward Johnson, Joe Sifferman, Robbie Stevens, Baldur Tangvald, Ryan Greene |
| Technical Design Lead | Joseph Spataro |
| Technical Designers | Alan Blaine, Cullen Bradley, Andrew Brinkworth, Eric Carter, Jami Jeffcoat, Scott Klintworth, Peter Sarrett |
| UI/UX Design Lead | Örvar Halldórsson |
| UI Artists | MacKay Clark, Ryan Klaverweide, Joseph McKernan |
| Additional UI Artist | Stephanie Battershell |
| UI Designers | Jennifer Ash, Cory Barron, David Candland, Andrew G. Davis, Jami Lukins, Tyson Steele |
| Web/Mobile Design Lead | David Sinclair |
| Web/Mobile Designers | Josephine Grace Carpenter, Stosh Steward, John Stvan |
| World Experience Director | Steve Cotton |
| **Bungie Destiny Team 2015-2017: Engineering** | |
| Engineering Director | Chris Butcher |
| Engineering Lead - Bungie.net | Paul Tidwell |
| Engineers - Bungie.net | Tim Brooks, Adam Wentworth Brown, Tom Gioconda, Evan Hwang, Jake Lauer, Alex Loret De Mola, John Shaffstall, Alan Tseng |
| Engineering Leads - Foundation | David Aldridge, Matthew Bandy, Andrew Firth, Barry Genova, Brandon Moro, Michael Nicolella, Cyril Saint Girons, Stuart Scandrett, Matthew Segur, Andrew Solomon |

| | |
|---|---|
| Engineers - Foundation | Michael Alling, Drew Card, Andrea M. Fonger, Andrew Friedland, Tyler Hatch, Edward Kaiser, Yufan Lu, Mat Noguchi, Justin Paver, Michael Strein, Amos Yuen |
| Engineering Leads - Gameplay | Tam Armstrong, Chris Chambers, Brad Fish, Bob Glessner, Ryan Juckett, Yongjoon Lee, Eamon McKenzie, Tristan Root, Jake Warmerdam |
| Engineers - Gameplay | Alex Borodovski, Eric J. Brown, Jon Cable, Erik Carson, Sean Chan, Cody Duncan, Matt Edwards, Eric Feise, Michael Felice, Ian Flower, Daniel F. Hanson, Justin Kim, Paul Lewellen, Ben Litowitz, Nichalaus Long, Aury McClain, Adam Pino, Mark Brian Sachs, Ben Self, Austin Spafford, Brendan Walker |
| Engineering Leads - Graphics | Hao Chen, Natasha Tatarchuk, Chris Tchou, Joe Venzon |
| Engineers - Graphics | Mark J. Davis, Alexis Haraux, Jason Hoerner, Brad Loos, Brandon Whitley |
| Engineering Leads - Online | Damian Frank, Luis Villegas |
| Engineer - Online | Henry Vogler |
| Engineering Leads - Services | Vince Curley, Mike Forrest, Jeffrey Goldian, Tristan Jackson, James Jacoby, Adam Millard, Jason Minard, Mike Ruthruff, Alan Stuart, Joe Szymanski, Michael R. Williams, Roger Wolfson |
| Engineers - Services | Sharad Cornejo Altuzar, Lonnye Blake Bower, Tim Sparkles, Brian Chase, Scott Cierski, Ryan Cooper, Brad Fawcett, Garrett Greer, Jeremy Im, Johniel Marrero, David McAfee, Jacob Miner, Colin Morgan, Josh Poley, Scott Ruthford, Mike Thompson, Mark Zhou |
| Engineering Leads - Tools | Tim Ebling, William Edgette, Kyle Farlow, Peter Kugler, Aaron Lieberman, Josh Rodgers, Jason Tranchida |
| Engineers - Tools | Lucy Ainsworth, Max Anderson, Michael Baldwin, Nathan Bove, James Haywood, Michael Jelley, David Johnson, Carrie Jurey, Lutz Kretzschmar, Luke Ledwich, Steve Lesser, Evan Moran, Joseph Mortensen, Quetzy Quintana, Daniel Rivin, Ryan Roberts, Sean Shypula, Pratik Thakare, Ben Thompson, Jason Weiler, Eric Will, Adrian Woods, Irina Zaugolnikova, Daniel Haffner, Franklin Krause |
| Engineering Lead - UI | Cale Haskell |
| Engineers - UI | Andrew Christensen, Athan Falangus, Eric Lynum, Ricky Senft, Francesco Tarallo, Mark Taylor |
| Engineering Intern | Sophanna Sam (Sindy) |

| | |
|---|---|
| Technical Product Owner | Cody Bird |
| Engineering Overhead | Luke Timmins |
| **Bungie Destiny Team 2015-2017: IT and Operations** ||
| Doc Leads | Daryl Beadles, Eric Mills |
| Doc Manager | Charles Leasure |
| Additional Doc Management | Kevin Hanaford |
| Doc Specialists | DJ Alexander, Dreyan Anderson, Stephen Chan, Michael Cormier, Danny De Pinto, Cody Douglas, Ben Focht, Kristofer Hall, Michael Henn, Jeremy Russell, Fredrick Saupe, Marcus Schubert, Bret Tomblin, Stephen VanWambeck |
| Events Technical Lead | Scott Kankelborg |
| Events Technician | Jason Pate |
| Information Security Lead | Benjamin Sauls |
| Infraops Lead | Sheila Perez |
| Infraops Support | Kevin Connolly, Stephen Glauser, Robert Kehoe, Bryan McLaughlin |
| Infraops Technical Lead | Cody Fichter |
| IT and Operations Director | Steve Lopez |
| IT Engineering Manager | Nathan Henderson |
| IT Engineers | Richard Beckett, Chase Christian, Jeff Ford, James Parks III, Dave Petty, Kristopher Michael Shannon |
| IT Manager | John Hamilton |
| IT Support Lead | Sean Morris |
| IT Support Manager | Alex Bezman |
| IT Support Engineers | Michael Becker, Brandon Bjarnason, Roman Gavrishov, Brandon Honcoop, David Hurd, Steve Meier, Sergey Mkrtumov, Michael Shelby, Robert Lee Shoop II, Andrew Warthen, Cory Watson |

| | |
|---|---|
| Additional IT Support Engineering | Adam Morabito, Alan Zeng |
| Purchasing Manager | Steve White |

**Bungie Destiny Team 2015-2017: Marketing | Visual ID | Community**

| | |
|---|---|
| 3D Tech Artist | Tim Hernandez |
| Art Director | Garrett Morlan |
| Art Lead | Lorraine McLees |
| Artist | Joseph Biwald |
| Assistant Editor | Jonathon Torone |
| Additional Assistant Editor | Sean Donavan |
| Bungie Foundation Manager | Christine Edwards |
| Bungie Foundation Project Coordinators | Naina Aus, Austin Schlichtman |
| Communications Director | David Dague |
| Community Manager | Chris Shannon |
| Creative Director | James McQuillan |
| Director of Licensing and Merchandising | Katie Lennox |
| Graphic Designers | Zoë Brookes, Elliott Gray, Eric Littlejohn, Dave Stine |
| Marketing Administrators | Sarah Devleming, Mckenna Vanwell |
| Marketing Director | Eric Osborne |
| Marketing Event Coordinator | Jenny Lee |
| Marketing Manager | Brittany Lichty |

| | |
|---|---|
| Media and Content Lead | Ethan Widger |
| Media AV Tech | Kari Abramson |
| Media Capture Coordinator | Adam Chavez |
| Media Content Coordinator | Mason Ott |
| Media Content Supervisors | Jeff Addonizio, Adam H. Wong |
| Media Lead / Video Editor | David Michalson |
| Media Production Manager | David Parker |
| Media Tester | Nigel Davis |
| Motion Graphic Designer | Erik Bertellotti |
| Player Support Managers | Jason Larsen, Chase Martin |
| Player Support Specialists | Chris Alejo, Dylan Gafner, Josh Long, Lizz Quinlan, Ricky White |
| Lead Producer | Poria Torkan |
| Producers | Ian Giovannetti, Jon Sim, Michael Sternoff |
| Video Editor | Joe E. Botana |
| **Bungie Destiny Team 2015-2017: Narrative** | |
| Cinematic Lead | Matthew A. Ward |
| Cinematic Artists | Mark Gelfuso, Jim Levasseur, Kurt Nellis, Keith Reicher |
| Cinematics Coordinator | Kate Wareham |
| Copy Editors | Amy Dost, John Ryan |
| Editors | Cookie Everman, Eric Raab |
| Head of Narrative | Roberta Browne |
| Localization Managers | Steven Reinhart, Tom Slattery |
| Localization Specialists | Stéphane Arlot, Gulnara Bixby, Céline Bolduc, Laura Boro, Davide Ferreri, Judith Jagsich, Adriana Nodal-Tarafa, Ana R. Pastor, Julien Perdrizet, Aya Pickard, Julia Sales, Yara Scholtis, Melanie Theisen, Aruan Toaliar, Gabriel Tutone |

| | |
|---|---|
| Additional Localization Specialists | Alex Keller, Alexandra Kudryavtseva |
| Narrative Leads | Guillaume Colomb, Ryan Ebenger, Michael Zenke |
| Narrative Designers | Steven Bogolub, Dave Lieber, Nathan Moller |
| Story Consultants | Adam Foshko, Craig Kyle, Sara Margaret Stohl |
| Lead Writers | Jason Harris, Christine Thompson |
| Writers | Clay Carmouche, Seth Dickinson, Jonathan Goff, Ted Kosmatka, Grant K. Roberts, Jill Scharr, Jonathan To, Lily Yu |
| Additional Writing | Felix Gilman, Martin Korda |
| **Bungie Destiny Team 2015-2017: Overhead** | |
| Overhead | Jonty Barnes, Charles Gough, Jason Jones, Peter Parsons, Zach Russell |
| **Bungie Destiny Team 2015-2017: Production** | |
| Agile Lead | Linda Fane |
| Executive Producer | David Allen |
| Head of Production | Patrick O'Kelley |
| Lead Producers | Kekoa Lee-Creel, Jared Neuss, Matthew Priestley, Donya Shirzad, Elena Siegman, Scott Taylor, Robin Todd, Matthew Zitterman |
| Producers | Gavin Allen, Blake Battle, Jared Berbach, Devon Detbrenner, Jon Luke Dunaj, Ben Fabric, Darla Freeze, Tucker George, Dan Gniady, Katie Golden, Jeff Guy, Victor Hallock, Argus Hulin, Dustin Kochensparger, Chris Lang, Cameron Lee, Brent Low, Arin Mann, Samir Patel, Lucas Ritting, Carlos Sanchez, Drew Smith, Kelly Snyder, Mike Soden, Mariana Sulcs, Katherine C. A. Walker, Elizabeth Walkey |
| **Bungie Destiny Team 2015-2017: Production Engineering** | |
| Production Engineering Director | Graham Bartlett |
| Production Engineering Leads | Jeremiah Dost, Joseph Fernandes, Nick Heikkila, Max Nichols |
| Production Engineers | Danny Frisbie, Garrett Jones, J. King-Yost, Tony Lair, Darin Lantzy, Michel Lowrance, Donn John McLaughlin, Fritzie Mercado, Bill Metters, Travis Pijut, Conor Skatrud, Josh Thomas |
| **Bungie Destiny Team 2015-2017: Project Leadership** | |

| | |
|---|---|
| Project Leads | Jerry Hook, Mark Noseworthy, Ben Wallace |
| Game Directors | Christopher Barrett, Luke Smith |
| Creative Director | Ryan Ellis |
| Partner Lead | Samuel Jones |
| PC Lead | David Shaw |
| Web / Mobile Lead | Chris Gossett |
| **Bungie Destiny Team 2015-2017: Release Engineering** | |
| Release Engineering Lead | Domenic Koeplin |
| Release Engineers | Jay Blanton, Tom Cramer, Jeff Dalton, Mark Yocom |
| Additional Release Engineering | Jay Spang |
| **Bungie Destiny Team 2015-2017: SDET** | |
| SDET Data Analyst | Sean Miller |
| SDET Director | Andrew Harrison |
| SDET Leads | Ernest Andrew Belousek Jr., César A. García, Rand Myles |
| SDETs | Dustin Andrews, Ramón Zarazua Borri, George Brinzea, Ralph Alan D'Souza, Michael S. B. Johnson, Albert Lam, John Walchli, Howard Yuan |
| **Bungie Destiny Team 2015-2017: Studio Operations** | |
| Accountant | Renae Wetsig |
| Attorney | Michael Schneider |
| Business Intelligence Analyst | Michael Burden |
| Business Intelligence Manager | Matt Richenburg |
| Chief Business Officer | Ondraus Jenkins |
| Controller | Nate Buckmiller |
| Data Scientist | Nick Hillyer |
| Development Manager | Steve Reddoch |

| | |
|---|---|
| Director of Finance | Shawn Taylor |
| Employee Relations Manager | Gayle d'Hondt |
| Facilities | Aaron Clarke, Wesley Skopp |
| Additional Facilities | Steven Bishop, Robert Kimball |
| Facilities and Security Manager | Steve Burnaroos |
| Holiday Helpers | Mariana Good, Krista Hieam, Erica Waliser |
| Head of HR | Jason Scovil |
| HR Administrative Assistant | Betty Wong |
| HR and Finance Administrator | Taylor Wisler |
| HR Consultant | Kate Burdick |
| HR Coordinator | Zach Auger, Zachary Auger |
| HR Generalists | Paulina Beayroyre, Shauna Sperry |
| Monetization Manager | Jaremy Rich |
| Office Manager | Dustin Shirley |
| President | Harold Ryan |
| Recruiting Director | Kari Sepkowski |
| Recruiters | Bryan Baek, Nina Harrison |
| Recruiting Assistant | Catherine O'Brien |
| Recruiting Coordinators | Heather Henry-Parker, Heather Kulawiak, Claire Nasca, Jennifer Pusztai, Tammy Thai |
| Recruiting Manager | Jessica Owens |
| Security Lead | Jerry Simpson |
| Security | Philip Kauffman, Robert Simpson |
| Additional Security | John Armstrong, Myrhie Eng, Faizan Khan |

| | |
|---|---|
| Studio Administrators | Davina Chan, Mallory Keith |
| Studio Administrative Assistants | Tiffany Chuang, Kass Holdeman, Lily Kapell-Kanter, Adam Sanchez, Cindy Tieu |
| Additional Studio Administration | Trela Herman, Suzanne Moksivong |
| **Bungie Destiny Team 2015-2017: Test** | |
| Playtest Coordinators | Jonathon Dobbs, Stuart Larsen |
| Technical Test Lead | Richard Owens |
| Test Directors | David Gasca, Chris Shaules |
| Test Leads | Giuliano Cataford, Stephanie Dahl, Leland Dantzler, Michael Durkin, David Earley, Nick Embree, Jeff Fox, Alex Gendron, Sean M. Glynn, Paul H. Gradwohl, John Guesnier, Eric Hanke, John Harris, Danny Hollefreund, Micah C. Jelmberg, Chase Lawhead, Alexander William Macari, Zarin McBride, Evan McGuire, Anastasia Tex Mercer, Sean Murphy, Patrick O'Connell, Jason O'Keefe, Danny Oleson, Mario Olivencia, Chris Paul-Hayter, Eric Ranz, Timothy Schnirring, Nathan Thorell, Michael Toyama, Stuart White, Thomas Wiley, Shawna Williams, Christopher Wright |
| Test Engineers | Robert J. Almada, Justin Benjamin, Taylor Bennett, Josiah Bolek, Alex Bourdages, Bonnie Burton, John Carlile, Jonathan Chan, Brian Cheng, Ray Chow, David Cleeton, Christina D'Attomo, Travis Dorsey, Thomas Dowd, Samuel Dunn, Ryan Hammond, Marika Hokhold, Peter Hood, Justin Leblanc, Shaun Martin, Drew Martineau, Scott Mathews, Brandon Mills, John Ochs, Matthew Owczarek, Daniel Peer, Freddy Rangel, Victor Reyes, Richi Rivera, Tyler Rivinius, Shay Sanders, Jason Shields, Madeleine Shopoff, Kareem Shuman, Stephen W. Stana III, Chandra Thompson, Dawn Vu, Joshua Waugh, Michael White, Jeff Willard, Zach Zoske |
| Testers | Joel Acosta, Josh Anderson, Victor Anderson, Kieran Baker, Tristan Banks, Carrie R. Bartlett, Andrew Becker, Uriah Belletto, Garrett Bemis, Erik Bergdahl, Taylor Bjorndahl, Cody Black, Zach Bogatz, Jean-Luc Brebant, Chris Brock, Kelly Brown, Chris Cabe, Scott Charleston, Lauren Detjen, Brittany Doran, Jim Duffy III, Brandon Evans, Anton Feist, Blake Frank, Tony Garcia, James Garoutte-Larsen, Joshua Garrett, Lilly Geiger, Jacob Gradwohl, Daniel Greenwood, Victoria Grey, Christopher Guerra, Jeffery Hansberry, Tom Hanusa, Brian Haucke, David Heflin, Ben Heider, Dianna Ireland, Cary Jasinski, Nicholas Erik Johansson, Josh Johnson, Joshua Jones, Allison |

| | Kinzelman, Brett Labash, Steve Lang, Brian Sulpicio Roque Larcena, Ian Laret, JC Lau, Brandon Lewis, Andrew Linstrom, Taylor Love, Tyler Lovemark, Moraima Marchany, Debra Martinez, Daniel Matanski, Brendan McElroy, Richard Meier, Joshua Mitchell, Joseph Moe, Nick Mulkey, Jordan Mullen, Mitchell Murphy, Jack Noe, Jenalle Nordgren, Jerramen O'Donnell, Juan Ortega, Bryce Pinkston, Henry Poon, Cory Prelerson, Aubrey Quinton, Alex Ramirez, Greg Requa, Brian Resnik, Sean Riley, Kaitlyn Schmidt, Alexander Smith, Tyler Sorg, Olga Spraiter, Vincent Ste. Marie, Joseph Still, Franklin Stoffer, John Sylvester, Tatiana Tchemitcheff, Mark Valentine, Matt Warner, Jeff Wilcox, David Williams, Brad Willner, Aaron Wilson, Philip Wilson, Vivian Winningham, Chris Wren, Matthew Young |
|---:|:---|
| Additional Testing | Jeffrey Cranor, Max Downing, Elisabeth Jandro, Patricio Legras, Geneviève F. Patry, Gerritt Perkins, Aleksandra Polynova, Hallie Ramsdell, Hou-Pu Shen, Trevor Shields |
| Test Manager | Jamie Evans |
| World Test Lead | Nick Gerrone |
| Test Overhead | Curtis Creamer |
| **Bungie Destiny Team 2015-2017: User Research** | |
| User Research Assistants | Kacie Hsu, Kelsey Munsell, Tanner Verhey |
| Additional User Research Assistance | Andy Boydston, Cassandra Lee |
| User Research Data Analyst | Roy Cole |
| User Research Leads | John Hopson, Kris Moreno |
| User Researchers | Brandi Arnold, Caroline Colon, Kevin Goebel |
| User Research Moderator | Tamanh Nguyen |
| **Vicarious Visions: Art** | |
| Art Director | Barclay Chantel (Buck) |
| Animation Specialists | Brian Labore, Adam Olshan, John Paul Rhinemiller |
| Senior Animators | Romualdo Cayetano, Eric Johnson, Curtis Orr, Chad Waldschmidt |
| Animators | Alvin Geno, Alex Gumble, Tuan Nguyen, Forrest Waller |
| Character Art Specialists | Kevin Dobler, Daniel Williams |

| | |
|---|---|
| Senior Character Artists | Chad Hamlet, Kenzie LaMar, Cory Turner, James Weir, Christopher J. Wright |
| Character Artists | Tim Shumaker, Donavon Young |
| Senior Cinematic Artist | Brock Cerny |
| Principal Concept Artists | Stephen Olds, David Phillips (as Dave Phillips) |
| Senior Concept Artist | Jeff Bellio |
| Concept Artists | Arzu Fallahi, Stephanie Olesh |
| Associate Concept Artist | Lisa Wiley |
| Principal Environment Artist | John A. Dobbie |
| Environment Art Specialist | Jack Joseph |
| Senior Environment Artists | Nathan Hawkinson, Matthew Helsom, Dustin King, Andrew Lee, Jeffrey Lee, Eric Wiley, Chong Guang Zhang |
| Environment Artists | Wyatt Glenn, Derek Goeckeritz, Bill Longworth, Aaron Trulson |
| Lighting Specialist | Chris Wassum |
| Senior Lighting Artist | Marc Toscano |
| Senior Rigging Artist | Josh Huber |
| Rigging Artist | Jim Donnelly |
| Senior Technical Artists | Shea McCombs, Jonathan Paton, Stephen Reh (Stevie) |
| Senior User Interface Artists | Scott Moore, Danielle Morales |
| User Interface Artists | Lawrence Basso, Jesse Hoy, Rob Sandy |
| Associate User Interface Artist | Kara Zisa |
| Principal VFX Artist | Andy Lomerson |

| | |
|---|---|
| Senior VFX Artists | Bill Castagna, K. Alan Copeland, Carlos Cheek, Rich Magan, Brian McSweeney, Evan Mennillo, Eric Weiland |
| **Vicarious Visions: Audio** | |
| Senior Audio Designers | Justin Joyner, Christian Portwine, David Stowater |
| Audio Designer | Matthew Pirog |
| **Vicarious Visions: Design** | |
| Creative Director | Brent Gibson |
| Design Director | Devin Knudsen |
| Narrative Director | David A. Rodriguez |
| Principal Designer | Robert Gallerani |
| Design Specialists | Drew McCrory, Dan Tanguay, Leonel Zuniga |
| Senior Game Designers | Christopher Degnan, Paul Dunstan, James W. Russell |
| Game Designers | Paulo Dionisio, Rachel Maille, Jared Merback, Michael Stone, Josh Weeks |
| Associate Game Designers | Robert Ashcraft, Andrew Carl, Benjamin Dorsey, Chase Gordon, Andy Kim, Christopher Pietrocarli, Nicole Thayer |
| Senior Narrative Designer | Mallory Schleif |
| Senior Technical Designers | Jason A. Bentley, Michael Bermann, Brian Berryhill, Justin Heisler, Gabe So |
| Technical Designers | Erin Wasik, Lucas Wells |
| Additional Design | Jeremy Russo |
| **Vicarious Visions: Engineering** | |
| Chief Technology Officer | Aaron Ondek |
| Director of Technology | Michael Bukowski |
| Engineering Specialists | Padraic Hennessy, Henry Letteron, Graeme Love |
| Senior Software Engineers | Matthew Bishop, David Calvin, Brian Collins, Patrick Donnelly, Thomas Gawrys, Jonathan Hilliker, Phil Jagger, Jacob Langworthy, Chad |

| | |
|---|---|
| | Layton, Philip Lamoureux, Cory McWilliams, Alex Rybakov, Acy James Stapp, Jeffrey Stewart, Ed Tumbusch |
| Software Engineers | Alan Abram, Luke Anderson, Mark Christoforetti, William Colby, Christopher Goss, Michael Hogan, Patrick McCarthy, John McVeigh, Chris Plummer, Benjamin Raymond, Eduardo Rodrigues, Kyle Rothermel, Gustavo Samour López, Derrick Staples, Tim Stephens, Kevin Todisco |
| Associate Software Engineers | Taylor Hadden, Sam Kodzis, David Koloski, Justin Sniezek, Westley Waligora |
| Junior Software Engineer | Tyler Wood |
| Software Engineering Interns | Kar Chin, Margaret Dorsey, Michael Eliot, Eri Green, Eric Liu, Ashwin Raghavachari, Annie Wang, Wenyu Wu, Provi Zhang |
| Senior Data Analyst | Luke Neubert |
| Additional Engineering | Daniel Doptis, Joseph Forte, Brett Lajzer, Chris McEvoy, Joseph Morton, Gregory Oberg, Jan-Erik Steel, Cody Waugh |
| **Vicarious Visions: Information Technology** | |
| IT Manager | Charles Homic |
| Senior Systems Administrator | Louis Meunier |
| IT Administrator | Anthony Ruscitto |
| Additional IT Support | Sergio Sanchez |
| **Vicarious Visions: Production** | |
| Executive Producers | Joe Fisher, Nick Ruepp |
| Senior Producers | Clive Burdon, Kara Massie, Chris A. Wilson |
| Producers | Barry Morales, Jesse Sparhawk |
| Associate Producer | William T. Gergits |
| Associate Technology Producer | Richard Mark Nolan Jr. |
| **Vicarious Visions: Quality Assurance** | |
| QA Leads | Robert Diffee, Thomas Jaklitsch, Shannon Johnson, Daniel Townsend |

| | |
|---|---|
| Senior QA Testers | Jeremy Beaton, Andrew Gleason, Thomas O'Neill, Matthew Razzano, Stephanie Relyea, Daniel Rositano, Ryan Tuck, Remy Vogler |
| QA Testers | Anthony Armenio, Nancy Ascenzi, Peter Brossa, Peter Cormie, Hanna Doerr, Kevin Eason, Hunter Gray, Tim Healy, Stephen Ivanauskas, Chris Johnson, Harrison C. Lovell, Christopher Mullin, Matt Nemiah, Spencer Owen, Joshua Palumbo, Adnan Rahman, John Salagaj, Jacob Staub, Ryan Steinmetz, George Sutherland, Daniel Thomas, Joshua Torkelson, Adam Zemany |
| Additional QA | Joshua Miller |
| **Vicarious Visions: VV Backbone** | |
| Studio Head | Jennifer O'Neal |
| Chief Operating Officer | Simon Ebejer |
| Chief of Staff | Steve Derrick |
| Executive Assistant | Dawn Harrington |
| Facilities and Events Supervisor | Mel Coons |
| Receptionist | Elizabeth MacPherson (E.B.) |
| Human Resources Manager | Jennifer Morse |
| Senior Recruiter / HR Generalist | Christina Nichols |
| Additional Support | Marissa Degeorgia, Paul Jossman, Jude Murphy |
| **High Moon Studios: Animation** | |
| Lead Animator | Jason Diaz |
| Senior Animator | Patrick Przybyla |
| **High Moon Studios: Art** | |
| Art Director | Ivan Power |
| Director of Technical Art | Alex Carbonero |
| Lead Environment Artist | Ivan Kaplow |
| Principle Artist | Damon Wilson-Hart |

| | |
|---|---|
| Senior Environment Artists | Konrad Beerbaum, RJ Biglangawa, Yves Couturier, Robert Sloan Hood, Daniel Kit |
| Environment Artist | Kyle Smotherman |
| Lead Props Artist | John Chi Zhang |
| Artists | Ashley M. Barnett, Anh Q. Bui, Eugene Kim, Niles Ondoy, Nathaniel Sartain, Alex J. Stockwell |
| Principle Character Artist | Mike Brown |
| Character Artist | Priscilla Landerer |
| Lead Concept Artist | Norwood Cole |
| Concept Artist | Jeremy Fenske |
| Lead Character Technical Artist | Chad Campbell |
| Principle Technical Artist | Randy Stebbing |
| Technical Artists | Gregory Brant, Daniel L. Phillips |
| Lead Lighting Artist | Salvador Arditti |
| Senior Lighting Artist | Hoya Lee |
| Lighting Artist | William Schilthuis |
| Senior Animation Scripter | George Castro |
| Senior FX Artists | Bill Johnston, Matthew Lim, Quinn Nguyen |
| **High Moon Studios: Audio** | |
| Lead Sound Designer | Ian Mika |
| Senior Sound Designers | John Drelick, Mark Loperfido |
| Sound Designer | Corina Bello |
| **High Moon Studios: Design** | |
| Design Director | Matt Krystek |
| Lead Level Designer | Chris Pasetto |

| | |
|---|---|
| Lead Mechanics Designer | Gabriel Sheets |
| Senior Game Designer | David A. Ruiz |
| Senior Technical Designer | Colin Callahan |
| Game Designers | Corey McKemy, Connor Norman, Craig Sutton, Jordon Trebas |
| Associate Game Designer | Nicholas Rench |
| **High Moon Studios: Production** | |
| Senior Technical Producer | Brian Johnson |
| Producers | Garrett Graham, Joshua Krolak |
| **High Moon Studios: Programming** | |
| Lead Programmer | Keith Staines |
| Lead Tools Programmer | Chris Sakanai |
| Principle Programmers | Martin Ecker, Jarkko Haekkinen |
| Senior Programmer | Mike Kersey |
| Associate Rendering Programmer | Alex Chiang |
| **High Moon Studios: Quality Assurance** | |
| Lead QA Tester | Adam Shields |
| QA Testers | Saleem Crawford, Jason Flores, Matt Giddings, Joshua Sonsteng, Ryan Zuidema |
| **High Moon Studios: Studio Management** | |
| Studio Head | Peter Della Penna |
| Vice President | Matt Tieger |
| Game Director | Matt Tieger |
| Executive Producer | Chuck Yager |
| Development Director | Chuck Yager |

| | |
|---|---|
| Chief Technology Officer | Stephane Etienne |
| Senior Director, Technology | Andrew Zaferakis |
| Senior Creative Director | David Cravens |
| Finance Manager | Jeffrey Froehlich |
| IT Director | Dan Mulkiewicz |
| Desktop Support Technician | Scott Connary |
| Associate Desktop Support Technician | Chris Davidson |
| Executive Assistant | Mizuho R |
| **High Moon Studios: UI** | |
| Senior User Interface Designer | Carl Prescott |
| **Special Thanks to Blizzard Entertainment** | |
| Special Thanks to Blizzard Entertainment | Mark Adams, Jean-Philippe Agati, Kendall Boyd, Shane Dabiri, Eric Duehring, Rex Hatch, Rob Hilburger, Gio Hunt, Benjamin Kilgore, Michael Morhaime, Mark Nash, Stephen Nees, Justin Osborne, Eibhlín Payne, Frank Pearce Jr., Saralyn Smith, Sejal Tabata, Alex Yoon, Armin Zerza |
| **Audio, Cinematic and FX Vendors: Additional FX by FXVille** | |
| Senior Staff | Joe Olson, Jonathan Peters, John Scrapper |
| VFX Artists | Ryan John Barton, Dan Bruington, Brittany Hein, David Sursely |
| **Audio, Cinematic and FX Vendors: Additional Development** | |
| Activision | Peter-Pike Sloan |
| Audiokinetic | Nathan Harris |
| Havok | Andrew Exo, Adrian Gasinski, Amy Giannetti, Daniele Giannetti, Vincent Hamm, Chris Kondrick, Luke O'Reilly, Joel Van Eenwyk, Yijun Wang |
| **Audio, Cinematic and FX Vendors: Additional Audio** | |
| Cinematic Audio Support by | Adam Boyd, Technicolor |
| Additional Audio Design by | Andrew Lackey, Wabi Sabi Sound |

| Music | |
|---|---|
| Music Composed by | Rotem Moav, Pieter Schlosser |
| Additional Music by | Michael Sechrist, Kris Dirksen, Nikola Nikita Jeremić, Greg Ogan, David Kidd |
| Orchestrations by | Michael Feingold, Carl Rydlund, Michael Hartigan, Laurence Berteig, Zevik Perry |
| Copying by | Maslanka Music Preparation, Black Ribbon Pro, Arlene Finley, Stan LePard |
| Performances by | Kronos Quartet, David Harrington (Violin), John Sherba (Violin), Hank Dutt (Viola), Sunny Yang (Cello), Sascha Jacobsen (Bass), Nashville Music Scoring Orchestra, Northwest Sinfonia and Choir, Origin \| Score, The Budapest Art Orchestra, The Shtriker Orchestra, Laura Intravia (Vocal), Sophie Baird-Daniel (Harp), Paul Taub (Bass Flute), Jennifer Rhyne (Bass Flute), Skye Lewin (Guitar / Drums / Percussion) |
| De-noising | Kory Kruckenberg, Nick Spezia, Stan LePard, John Winters |
| **Music Recording: Ocean Way Nashville (Nashville, Tennessee)** | |
| Orchestra Contractor and Concertmaster | Alan Umstead |
| Conductors | David Andrew Shipps, Carl Rydlund |
| Score Recording Engineer | Nick Spezia |
| Assistant Engineer | Jasper LeMaster |
| **Casting, Celebrity Acquisition and Voice Production: Blindlight** | |
| VO Producers | Bo Crutcher, Corey Gibbons, Taryn Nagle, Laramie Yogi, Timothy Cubbison, Austin Snyder |
| Voice Director | Bennett Smith |
| Script Coordinator | Katelyn Pippy |
| VO Production Coordinators | Tommy Callahan, Clint Corely, Samantha Brown, Chris Faiella, Arthur Hickman, Jake Gaskill, Jesse Sheehan, Ryan Naylor, Ellen Barry, Kenny Zhao, Brenda Marie Phillips, Kyle Fischer, Alan Fu |
| VO Engineers | Mark De La Fuente, Jay Marcovitz, Erich Talaba, Daniel Davila |
| VO Engineer / ATL | Greg Crawford |
| VO Engineer / SEA | Julie Etheridge |

| Office Administrator | Kristine Hemady |
|---|---|
| Supervising Dialogue Editor | J. David Atherton |
| Dialogue Editors | James Barker, David Sais, Greg Sais |
| Office Interns | Ellen Barry, Cathy Jiang, Josema Roig, Lui Galleto, Alan Fu, Andrea Emerald Tuttrup, Alex Grossman, Garrett Thompson, Jared Fuhrman, Hayley Charas, Halsey Smythe, Alexander Kim, David Bradburn, Andrea Emerald Tuttrup, Matthew Hill, Tucker S. Elliott, Briana Villarreal, Briana Villarreal, Connor Kelly |
| **English Voice Performance Cast** | |
| Cayde-6 | Nathan Fillion |
| Zavala | Lance Reddick |
| Ikora Rey | Gina Torres |
| Ghost | Nolan North |
| The Speaker | Bill Nighy |
| Dominus Ghaul | Neil Kaplan |
| The Consul | Frank Langella |
| Lord Shaxx | Lennie James |
| Suraya Hawthorne | Sumalee Montano |
| Devrim Kay / Male Extras | Gideon Emery |
| Failsafe | Joy Osmanski |
| Emissary of the Nine / Femal Extras | Moira Quirk |
| Emperor Calus | Darin De Paul |
| Sloane | Cissy Jones |
| Asher Mir | Darryl Kurylo |
| Amanda Holliday / Female Extras | Courtenay Kellen Taylor |
| Master Rahool | Erick Avari |
| Tyra Karn / Female Extras | Page Leong |
| Tess Everis | Claudia L. Black |
| Executor Hideo | James Remar |

| | |
|---|---|
| Arach Jalaal | Peter Stormare |
| Lakshmi-2 | Shohreh Aghdashloo |
| Lord Saladin / NPC Male | Keith Ferguson |
| Banshee-44 / NPC Male | John DiMaggio |
| Xur / Male Extras | Fred Tatasciore |
| Male Frame / Arcite 99-40 | Dominic Keating |
| Female Frame 1 | Jen Taylor |
| Female Frame 2 / Kadi 55-30 | Nika Futterman |
| NPC Female | Allyson Kulavis, April Stewart |
| NPC Female / Female Extras | Kirsten Potter |
| Frame Male / NPC Male / Male Extras | Ken Boynton |
| Radio Voice | H. Jon Benjamin |
| Player: Exo Female | Cree Summer |
| Player: Human Male | Matthew Mercer |
| Player: Awoken Male | Crispin Freeman |
| Player: Human Female | Susan Eisenberg |
| Player: Awoken Female | Grey DeLisle-Griffin |
| Player: Exo Male | Peter D. Jessop |
| **Motion Performance Cast** | |
| Motion Performance Cast | Allyson Kulavis, Brandon O'Neill, Richard Nguyen Sloniker |
| **Dance Performance Cast** | |
| Dance Performance Cast | Brysen Angles, Nikiya Dunmore, Terry Guillermo, Florentino Francisco |

| CG Cinematic Partners | |
|---|---|
| Axis Animation | Stuart Aitken, Debbie Ross, Laura McAllister, Sergio Caires, Anthony Rouse, Ruth Carter, Sarah Snuggs, Abby Barr, Alex Stratulat, Andrey Yevdokimov, Aurelien Ardissone, Baptiste Groazil, Bojin Shi, Brett Sinclair, Carles Carrion, Chris Bore, Craig M. Peck, Chris Livesey, David Sequeira, Davide Mella, Dima Kremiansky, Dennis Schmidt, Ernest Agulló Galilea, Esteban Errando, Ewan Wright, Foehn Gallet, Gareth Hector, Hasan Bajramović, Hudson Martins, Jayden Paterson, James Hodgart, Jake Gumbleton, Jerome Kerzerho, Jose Cuenca, Jose Domato, Julien Urrutia, Kjetil Nystuen, Lee Croudy, Leo Vedel, Luciano Werhil, Lucas Godineau, Luisa Leitao, Luís Barros, Luke Smith, Maria Casas, Maria Panifilova, Mario Aquaro, Michael Zamaan, Mikas Sadauskas, Natalia Kouneli, Niall Cochrane, Nicolas Carrie, Nicole Rothermel, Gareth Hector, Bram Sels, Pablo Clark, Paul Paslea, Phillip Berg, Sara Vineis, Sebastian Kowalsky, Stanislav Klabik, Stefanos Chachamidis, Stephane Paccolat, Nick Hiatt, Thomas Ward, Tony Holmsten, Xabier Urrutia, Vitalii Prykhodko, Laura MacMahon, David Murato, Corbin Mayne, Pradeep Mynam |
| Blur Studio | Kevin Margo, Norn Kittiaksorn Jordan, Dave Wilson, Chris Bedrosian, Dan Akers, Hubert Daniel, Derron Ross, Joe Coleman, Kirby Miller, Hayley Perkins, Al Shier, Oded Raz, Franck Balson, Alex Beaty, Douglas Lassance, David Nibbelin, Léo Ribeyrolles, Aristomenis Tsirbas, Tom Tran, Hasan Bajramović, Adel Benabdallah, Bruno Câmara, Damien Canderle, Majid Esmaeili, Sean Golding, Chris Grim, Jinho Jang, Kai Kyoungsoo Kim, Daniel Kho, Alexandre Litchinko, Wlad Litchinko, George Manolache, Clay Osmus, Tiago Rios, Bruno Tornisielo, Tom Wholley, Jeremie Passerin, Joshua Cogswell, Marc H. Berrouet, Jennifer Hendrich, Halsey Herms, Travis Miller, Frank Naranjo, Tyler Fox, Christian Reese, Michael Bahurinsky, Xavier Coton, Althea Gata, Jason Hendrich, Daniel Heitzman, Bryan Hillestad, Oliver Parcasio, Nate Smith, Eric Maurer, James Marcus, Yury Sakovich, Arturo Aguilar, Katy Callaway, Adam Dorner, Adnan Hussain, Jon Jordan, Luis Lopez, Mark Mancewicz, Lennon Montejo, Kristal Sana, James Atilano, Andrew Averkin, Marek Denko, Michael Johnson, Kris Kaufman, Peter Sanitra, Akin Adekile, Zachary Cork, Joel Durham, Yaron Levi, Samuel Perez, Cki Vang, Keith Beltramini, Kenzie Chen, Lauren Kaczor, Ross Krothe, Dan Levy, Damien Peinoit, Jared Tripp, Greg Derochie, Noll Linsangan, Nabil Schiantarelli, Daniel Chamberlin, Arrev Chantikian, Ali Haider, Seung Jae Lee, Kent Lidke, Max Pasquiou, Nikita Y. Pavlov, Geoffrey Pons, Julien Rancoeur, Josh Schwartz, Brian Alvarez, Robert Spaniolo, Victor Wei, Jon Dumitrescu, Erik Ehoff, Wojtek Fus, Ville-Valtteri Kinnunen, Ahmed Nasri, Juan Pablo Alfonso Roldan, Nuare Studio, Kaya Thomas, Darek Zabrocki, Nick Hiatt, Chris Bjerre, Toros Kose, Michael Rigley, Navarro Parker, Peter |

|  | |
|---|---|
|  | Smith, John Patrick Ryan Somerville, Evan Stalker, Josiah Taylor, Rafal Wotjunik, Ken Seng, Brian Miller, Jaron Pitts, Rachel Berry, Celine Lam, Mario Adriano, Daryn Houston, Anh Nguyen, Chris Youngless, Savanna Aghassian, Amanda Powell, Rebecca Bever, Will Cavanagh, Christopher Heckey, Mike Hendricks, Mikey Kambli, Jessie King, Stephen Lu, Duane Powell, Evan Baltimore, Alexander Chávez, Paul Huang, Matt Newell, Anthony Romero, House of Moves, Rouge Productions, Jimmy Chhiu, Noshir Dalal, Joshua Guenard, Gabriella Graves, Aaron Hawley, Logan Kishi, Courtney Munch, Mark Musashi, Panuvat Anthony Nanakornpanom, Gabriel Romero, Aaron Toney, Mocap Militia, Osbrink Agency, Spectrum Entertainment, TNG Visual Effects |
| Digic Pictures | Alex Sándor Rabb, István Zorkóczy, Attila Galambos, Balázs Lengyel, István Madarász, Áron Mátyássy, Dávid Ringeisen, Róbert Kovács, Béla Brozsek, György Horváth, Tamas Sasvari, Peter Sved, Zsófia Páll, Bondár Luca, Dora Agoston, Attila Szenes, András Mórocz, Otto Kinizsi, Tamás Toma, Ádam Bojtor, Ádám Farkas, Ádám Sipos, Ádám Török, Ágnes László, Ágnes Vona, Aitzol Bilbao Enbeita, Alberto Trevisan, Alex Adányi, András Celentano, András Domány, András Tarsoly, András Dombóvári, Andrea Mikus, Andrea Perjés, Anita Deutsch, Anna Petho, Arnold Kiss, Attila Bohács, Attila Chovanecz, Attila Csepy, Attila Halász, Attila Lakatos, Attila Márk Szedlák, Attila Sipos, Attila Szigeti, David Aurel Kertai, Balázs Ari, Balázs Bertalan, Balazs Drenkovics, Balázs Farkas, Balázs Gallay, Balázs Horváth, Balázs Kerek, Balázs Nagy, Balazs Sztana, Balázs Varga, Bálint Adorjáni, Bálint Varga, Barnabás Kovács, Beatrix Papp, Bence Babos, Bence Gratzál, Bence Mátyássy, Benjámin Ivanovics, Benjámin Tóth, Botond Bencsik, Carlos Alonso Mayo, Csaba Kővári, Csaba Máté, Csaba Vicze, Dániel Korom, Daniel Mateidesz, Dániel Molnár, Daniel Szabo, Dávid Fesűs-Farkas, Dávid Greguss, Dávid Lafka, Dávid Rottár, Dávid Tomka, Dávid Vincze, Dennis Tsoi, Diána Farkas-Sindel, Dóra Kovács, Dóra Kovács, Dora Nagy, Dorián Bugán, Ede Csizoczki, Edit Morvai, Előd Tóth, Emese Papp, Enver Bike, Ernő Molnár, Eszter Zsoldos, Éva Kedves, Éva Kissné Kovács, Lili Fanni Támas, Ferenc Bálint, Ferenc Juhász, Ferenc Petrovics, Flora Csathy, Flóra Szabó, Flórián Ulrich, Gábor Ambrus, Gábor Fóner, Gábor Hanzi, Gábor Horváth, Gábor Káli, Gábor Keménynvári, Gábor Konkoly, Gábor Lendvai, Gábor Medinácz, Gábor Nagy, Gábor Répási, Gábor Szemán, Gábor Tanay, Gábor Vaszkun, Gabriella Bánfalvi, Gergely Székács, György Laklott, György Tóth, György Zorkóczy, Gyula Tóth, Igor Staritsin, Ildikó Takács, István Gindele, István Kovács, István Zsótér, Ivett Cser, Jack Noriaki Matsumoto, János Ster, Jérémy Ageron, Jin Ahn, József Bosnyák, József Czakó, József Laufer, József Liszkai, Judit Veronika Somogyvári, Justin Holt, Károly Mátyás, Károly Porkoláb, Kenneth Doronin, Keve Kepes, Kitti Szenes-Korbács, Kitti Tikász, Kornél |

Ravadits, Kristóf Rab, Krisztián Gaál, Krisztian Kinder, Krisztián Sereg, Lajos Gallay, Lajos Nagy, Laszlo Bodrozsan, László Gulyás, László Hajba, László Káli, László Kovács, László Ruska, László Sáfár, László Szabó, Nikolett Lendvai, Levent Ulas, Levente Antal, Levente Gajdos, Levente Kovács, Linda Márk, Maksim Dannikov, Manuel Thomasser, Marcell Erdődi, Márton Radics, Máté Medricky, Matthias Martinez, Melinda Nadas, Miha Igrecu, Gábor Miklós, Nikoletta Ekker, Noemi Varga, Norbert Kiss, Norbert Mikus, Norbert Nagy, Norbert Szilágyi, J. Ottó Szatmári, Ovidiu Paltineanu, Pál Klemm, Pál Kökény, Lázár Pap, Paul Paslea, Péter Balogh, Péter Bertalan, Péter Buela, Péter Enzminger, Péter Fási, Péter Gula, Péter Horváth, Péter Hostyánszki, Péter Juranka, Péter Krucsai, Péter Nagy, Péter Radics, Rafael Daniel Zuban, Réka Horányi, Renata Kiss, Ria Tamók, Richárd Biró, Richárd Lászlóczki, Róbert Babenko, Róbert Ferenczi, Robert Palos, Róbert Tihanyi, Róbert Tóth, Róbert Vári, Róbert Vass, Roland Bódis, Sandor Bagi, Sándor Bíró, Shadab Kazi, Simon Arnaud, Stefano Susco, Szabolcs Dudas, Szabolcs Horvátth, Szabolcs Szmicsek, Szonja Tóth, Tamás Borján, Tamás Enyedi, Tamás Jarolics, Tamás Keleti, Tamás Molnár, Tamás Szilágyi, Tamás Varga, Tibor Ludánszki, Tibor Nádas, Tibor Nagy, Timea Zsótér-Seregélyes, Urtzi Matxin Etxebarria, Viktor Alex Tóth, Viktor Németh, Viktor Winkler, Viktória Mák, Vilmos Magyar, Virág Barta, Vladimir Zhovna, Yangyang Xu, Yashdeep Sawant, Zoltán Gilián, Zoltán Hollósi, Zoltán B. Kecskeméti, Zoltán Kócs, Zoltan Korcsok, Zoltán Pócza, Zoltán Tóth, Zoltán Turi, Zsigmond Csullog, Zsófia Bobály, Zsófia Savanyú, Zsolt Fehér, Zsolt Katona, Zsolt Mezei, Zsolt Vida, Zsombor Balogh, Zsuzsa Rácz, Zsuzsanna Sziva

**Special Thanks**

| Special Thanks | Liam Byrne, Sam Charchian, Jody Connolly, Clark Ly, Paul McGuire, Peter Paquette, Nathan Perretta, Eric Reichley, Edward Stewart, Karen Thornton, Andrew Walenga, Sean C. White, Sofiya Yuzefpolskaya |

**Activision Publishing: Activision Product Management**

| Senior Vice President | Byron Beede |
| Product Managers | Joseph August, Jake Whisler |
| Vice President | Matthew Cox |

**Activision Publishing: Activision Consumer Marketing**

| Senior Vice President | Todd Harvey |
| Vice President | Matt Small |

| Director | Alonso M. Velasco |
|---|---|
| Senior Manager | Pamela Piscitello Caironi |
| Associate Manager | Edgar Gamez |
| Marketing Coordinator | Carin Crayne |
| **Activision Publishing: Activision Production Management** | |
| SVP, Head of Development | Darrell Gallagher |
| Vice President | Michael Fletcher |
| Executive Producer | Nicole Willick |
| Associate Producers | Adrienne Daniel, Louis Studdert |
| **Activision Publishing: Activision Customer Relationship Management** | |
| VP CRM & Analytics | Mark Silk |
| CRM Manager | Carl Chu |
| Manager, Consumer Analytics | Matt Irsfeld |
| **Activision Publishing: Activision Consumer Insights** | |
| VP, Franchise Planning | Oke Mueller |
| Senior Manager, Consumer Insights | Brandon Cederholm |
| Manager, Consumer Insights | Brian Rogers |
| **Activision Publishing: Activision Commercial Marketing** | |
| Senior Vice President, Head of Sales | Chetan Desai |
| Vice President | Amy Longhi |
| Director | Ashley Nathanson |
| Manager | Brooke Carpenter |
| Associate Manager | Sean Junkins |

| | |
|---|---|
| Senior Manager | Molly Hinchey |
| Director, Commercial Finance Americas | Carl Hughes |
| Finance Manager | Sidd Ramanuj |
| Retail Experience Marketing Manager | Alice Hines |
| Retail Marketing Manager | Victor Lopez |
| **Activision Publishing: Activision Partnership Marketing** | |
| Senior Director, Partnerships & Promotions, Business Development | Aubrey B. McClure |
| Senior Manager, Worldwide Promotions, Business Development | Ander Nickell |
| **Activision Publishing: Activision Business Insights** | |
| Director | Robert Houston |
| Manager | Daniel Gaita |
| Analysts | Anthony Harris, Erik Ersfjord |
| **Activision Publishing: Activision Finance and Operations** | |
| SVP, Head of Worldwide Studio Operations | Eddie Chan |
| VP, Finance & Operations | Scott Blair |
| Director, Finance & Operations | Jane Lee |
| Manager, Finance & Operations | Tiffany Chiu |

Docusign Envelope ID: 12099492-D67B-4B2A-9D85-C701B35D4736

| | |
|---|---|
| Manager, Studio Finance & Operations | Andy Shin |
| Senior Director, Studio Operations | Yong-yi Zhu |
| Senior Director, First Party Operations | Christopher D. Wilson |
| Senior Director, Platform Partnerships and Strategy | Christopher Schnakenberg |
| Senior Manager Production Operations & Partner Relations | Paul Rhodes |
| **Activision Publishing: Global Media** | |
| Vice President | Caroline McNiel |
| Senior Director | Simone Deocares-Lengyel |
| **Activision Publishing: Activision Digital Marketing** | |
| Vice President - Digital / Social, Experiential & Partnerships | Ian Trombetta |
| Senior Managers, Digital Marketing | Richard Elmore, Billy Shibley |
| **Activision Publishing: Activision Public Relations** | |
| Senior Director of Public Relations | Genevieve Waldman |
| Manager | Andrew Meyer |
| Junior Publicist | Cami Magnuson |
| Influencer Relations Specialist | Justin Reynolds |
| Agencies | PMK*BNC, Step-3 |
| **Activision Publishing: Central Design** | |
| Vice President | Josh Bridge |

| | |
|---|---|
| Senior Design Producer | Michael Graham |
| Senior Monetization Manager | Grazyna Domanska |

**Activision Publishing: Activision Localisation**

| | |
|---|---|
| Senior Director Worldwide Localisation | Barry Kehoe |
| Senior Localisation Manager | Fiona Ebbs |
| Localisation QA Manager | Mannix Kelly |
| Localisation Project Manager | Tom Hughes |
| Project Coordinator | Thomas Ribault |
| Localisation Coordinators | Chester Ma, Andrzej Oleszak, Kuiying Meng |
| Senior Localisation QA Lead | Franck Morisseau |
| Localisation Testers | Alfio Federico Di Pinto, Catalin Ignat, Carlos Posse, Eva Lara, Chiharu Tsutsui, Masahiro Takano, Joao Victor Queiroz Brasiliense, Krzysztof Sagola, Ariana Jeż, Yip Ngok Lam Indy, Hao Qi, Bowen Zhao |
| Senior IT Network Technician | Fergus Lindsay |
| Localisation Tools & Support provided by | Stephanie O'Malley Deming, Xloc Inc. |

**Activision Publishing: Activision International Brand Management**

| | |
|---|---|
| Vice President, International | Jim McMullin |
| International Senior Marketing Manager | Eric Folliot |
| International Brand Manager | Lottie Broomhall |

| | |
|---|---|
| Senior Brand Manager - UK & Ireland | Keith Cox |
| Senior Brand Manager - France | Gautier Ormancey |
| Senior Brand Manager - Dach | Patrick Eilfeld |
| Senior Brand Manager - Italy | Carlo Barone |
| Brand Manager - Spain | Monica Guerra |
| Associate Brand Manager - Spain | Alejandro Martinez |
| Associate Brand Manager - Benelux | Frank De Brie |
| Senior Brand Manager - Nordics | Tomas Wahlstrom |
| Senior Brand Manager - CEEMEA | Anastasia Serebrennik |
| Brand Manager - APAC | Papu Hassan |
| **Activision Publishing: Activision Commercial Sales - APAC** | |
| Vice President | Mark Aubrey |
| Director | Paul Butcher, Doug Campbell |
| Managers | Charlie Boumelhem, Kyle Stefanovic, Aaron Beasley |
| **Activision Publishing: Activision International Marketing Communications & Insight** | |
| Vice President, International | Daniel Green |
| Senior Manager, Digital & Social Marketing, International | Tim Lion |
| Digital & Social Marketing, International | Brian Shanahan |

| International Asset and Project Manager | Tom Read |
|---|---|
| International Senior Director BI & Consumer Insights | Helen Hopper |
| Senior Manager Consumer Insights | Craig White |
| Senior Business Analyst | Robert Orr |
| Director, PR International | Luke Mackay |
| Manager, PR, International | Joshua Selinger |
| Digital PR, International | Dominic Carey |
| Head of PR, France and Southern Europe | Diane de Domecy |
| PR Specialist, France | Alexis Démurger |
| Head of PR, Iberia | Monica Garcia De Lucas |
| Head of PR, Italy | Francesco Corona |
| Head of PR, Dach and Northern Europe | Christian Blendl |
| PR Specialist, Dach | Michael Kaehlig |
| Head of PR, Benelux | Rick Sloof |
| Head of PR, Nordics | Siri Jansson |
| Head of PR, UK & Ireland | Jonathan Fargher |
| PR Specialist, UK & Ireland | Emily Woolliscroft |

| | |
|---|---|
| PR Specialist, CEEMEA | Monica Landonio |
| Senior PR Manager, APAC | Tegan Knight |
| PR Manager, APAC | Tom Neal |
| **Activision Publishing: Activision Publishing International** | |
| Executive Vice President - International | Philip Earl |
| Vice President & General Manager - UK, Ireland & Iberia | Roy Stackhouse |
| Vice President & General Manager - France, Benelux, Italy and CEEMEA | Michael Sportouch |
| Vice President - Dach & Nordics | Frank Weber |
| Senior Director and General Manager - Italy | Paolo Chisari |
| Senior Director and General Manager - Spain | Carlos Pombo |
| General Manager - CEEMEA & Benelux | Michelle Van Der Wilk-Rouhof |
| Senior Finance Manager | Matthew Evans |
| Vice President - Platform Strategy & Partnerships | Ruben Dehouck |
| Director Digital Commerce | Kevin Fryers |
| Manager Digital Commerce | Catherine Bygrave |

| | |
|---|---|
| Associate Digital Supply Chain Specialist | Sian Clarke |
| Senior Production Operations & Partner Relations Manager | Paul Rhodes |
| **Activision Publishing: Activision Art Services** ||
| Director, Art & Production Services | Todd Pruyn |
| Art Services Manager | Brandon Schebler |
| Associate Creative Team Leads, Design | Jack Martin, Justin McFarland |
| Associate Creative Team Leads, GFX | Brandon Russ |
| Creative Producer | Kathleen O'Rourke |
| Designer | Sarah Young |
| Motion Graphics Artist | Brandt Snyder |
| Video Editors | Giovanni Costa, Matt Grahn |
| Jr. Designers | Eddy Densow, Nicolas Echeverria |
| Account Coordinator | Diana Vincenty |
| **Activision Publishing: Activision Production Services** ||
| Director, Art & Production Services | Todd Pruyn |
| Hardware Assets & Production Services Manager | Todd Mueller |
| Specialist | Jenny Tyley |
| Associate Specialists | Jeremy Anderson, Ben Perry, Misty Noor |

| | |
|---|---|
| Generalists | Oliver Cook, Nick Carraro, Paul Virgin, Jack Kleckner, Cory Mullen |
| **Activision Publishing: Global Digital and Mobile Commerce** ||
| Senior Vice President | Rob Schonfeld |
| Senior Directors | Jon Estanislao, Garrett Brodie |
| Director, International | Kevin Fryers |
| Director | Brandon Zien |
| Senior Managers | Phil Hofman, Mike Patterson, Esteban Barten |
| Managers | Dustin Carter, Catherine Bygrave |
| Senior Analyst | Daniel Park |
| Analyst | Kai Hsu |
| Associate Specialist | Sian Clarke |
| **Activision Publishing: Activision Global Supply Chain** ||
| Senior Vice President | Robert Wharton |
| Vice President | Ken Choy |
| Director | Rodger Shaw |
| Senior Manager | Loic Nef |
| Project Manager | Elaine Hinrichs |
| Operations Manager | Manuel Arias |
| **Activision Publishing: Activision Supply Chain Operations - APAC** ||
| Director | Wade Cruickshank |
| Production manager | Heath Jansson |
| **Activision Publishing: Activision Creative Services - Europe** ||
| Creative Services Manager | Alex Hill |
| Senior Artwork Project Assistant | Alessandro Cilano |
| Artwork Project Specialists | Kevin Jamieson, Mike Wand-Tetley |
| **Activision Publishing: Activision International Legal** ||
| Senior Vice President | Ian Mattingly |

| | |
|---|---|
| Director | Nicholas Slingsby |
| Legal Counsel | Willy Duhen |
| Associate Counsel | Jeff Frazier |
| **Activision Publishing: Activision Business & Legal Affairs** | |
| Chief Legal Officer | Chris Walther |
| Senior Vice President and General Counsel | Terri Durham |
| Senior Directors | Christopher Cosby, Kate Ogosta, Philip Terzian |
| Director | Jerod Partin |
| Counsel | Willy Duhen |
| Paralegal | Lip Ho |
| **Activision Publishing: Activision Quality Assurance** | |
| Senior Director | Chris Arends |
| Senior Managers | Glenn Vistante, Jason Lembcke |
| TRG Manager | Chad Schmidt |
| Technical Requirements Groups Project Leads | E. J. Alcantara, Brian Bensi |
| Associate Project Leads | Shawn Belew, Nicholas Blanchard, Oliver Hsia, Colin Kawakami |
| Testers | David Delanty, Stephen Imamura, Cody Rinehart, Jeffrey Winternheimer, Jake L. Friedman, Wendy Lee, Richard Snyder, Matthew Burnside, Kris Gruchalla, Miguel Naranjo |
| Network & Audio/Video Labs Senior Project Lead | Paul Halling |
| Project Lead | Donovan Byrnes |
| Associate Project Lead | Gus Kness |
| Testers [2] | Brandon Merillat, Hugh Tietze |
| Submissions Group Senior Submissions Lead | Richard Tom |

| | |
|---|---|
| Senior Submission Technicians | Casey Kwock, Dan Vo |
| Submission Technicians | Daniel Angers, Douglas Tafoya, Kristina Wong |

**Activision Publishing: Activision Special Thanks**

| | |
|---|---|
| Activision Special Thanks | Robert Kotick, Thomas Tippl, Eric Hirshberg, Dennis Durkin, Coddy Johnson, Spencer Neumann, Brian Stolz, Mary Osako, Mary Szpak, Josh Taub, Tim Ellis, Pat Kelly, Steve Young, Steve Pearce, Andrew Hendrickson, Eunice Lee, Peter Royea, Monte Lutz, Patrick Griffith, Sang Kim, Jonathan Murnane, Taryn Hutt, Jasmine Allen, Meghan O'Sullivan, Noah Sarid, Ryan Ford, Humam Sakhnini, Amrita Ahuja, 72 and Sunny, AKQA, Capacity, Edelman Digital, Five by Five, Gnet, Midnight Oil, Mec, Ncompass, OBE, OMD, Petrol, PMK BNC, Premiere, Red, Step 3 |

**Legal Notices**

| | |
|---|---|
| CRIWare | Development tools and related technology provided under license from CRI Middleware, © 2017 CRI Middleware, All rights reserved |
| DemonWare | Destiny 2 uses portions of DemonWare technology. |
| Dolby Digital | Dolby and the double-D symbol are trademarks of Dolby Laboratories. |
| Freetype | Portions of this software are copyright © 1997-2001 The Freetype Project [www.freetype.org], All rights reserved. |
| Havok | Destiny 2 uses Havok®, © Copyright 1999-2017 Havok.com Inc. [and its licensors]., All rights reserved., See www.havok.com for details. |
| SpeedTree | Portions of this software utilize SpeedTree® technology, © 2017 Interactive Data Visualization Inc., SpeedTree® is a registered trademark of Interactive Data Visualization Inc., All rights reserved. |
| Localization | Localization tools & support provided by Stephanie Deming & Xloc Inc., Stephanie O'Malley Deming |
| FaceFX | Facial animations generated with FaceFX., © 2002-2017 OC3 Entertainment Inc. and its licensors., All rights reserved. |
| Oodle | Uses Oodle, Copyright © 2008-2017 by RAD Game Tools Inc. |
| OpenSSL | This product includes software developed by The OpenSSL Project for use in the OpenSSL Toolkit [http://www.openssl.org/] |
| Umbra 3 | Uses the Umbra 3 visibility solution by Umbra Software Ltd. |
| Wwise | Powered by Wwise., © 2006-2017 Audiokinetic Inc., All rights reserved. |
| zlib | zlib library © 1995-2017, Jean-loup Gailly, Mark Adler |
| Copyright | © 2017 Bungie Inc. |

**Music Recording: Skywalker Sound, a Lucasfilm, Ltd. company (Marin County, California)**

| Recording Engineer | Leslie Ann Jones |
|---|---|
| Assistant Engineer | Dann Thompson |
| Technical Engineer | Dustin Jermier |

### Music Recording: East Connection Music Recording Co. (Budapest)

| | |
|---|---|
| Conductor | Péter Pejtsik |
| Sound Engineer | Gábor Buczkó |
| Pro Tools Engineers | Miklós Lukács Sr. |
| Recording Producer | Miklós Lukács Jr. |

### Music Recording: Bastyr University (Kenmore, Washington)

| | |
|---|---|
| Conductor | David Sabee |
| Choir Directors | Nathaniel Papadakis, Doug Fullington |
| Recording Engineer | Kory Kruckenberg |
| Pro Tools Operator | John Winters |
| Assistant Engineer | Sam Rosson |
| Monitor Engineer | Dave West |

### Music Recording: The Brickyard (Atlanta, Georgia)

| | |
|---|---|
| Conductors | Tom Gibson, Jesse W. D. James |
| Lead Engineer | Bill Snyder |
| Assistant Engineer | David Spence |

### Music Recording: The Israeli Conservatory for Music (Tel-Aviv)

| | |
|---|---|
| Strings Contractor | Alona Novikov |
| Brass Contractor | Roy Brandies |
| Conductor | Rotem Moav |
| Sound Engineer | Yaron Aldema |
| Sound Tech | Maria Scherbak |
| Solo Violin | Mary Spichkov |

| Activision Publishing: Activision Player Support ||
|---|---|
| Senior Director, Player Support | Tim Rondeau |
| Director, Digital and Social Support | Noel Feliciano |
| Manager, Player Support Operations | Chris Smith |
| Program Manager, Digital and Social Support | Mikey Vega |
| Senior Manager, Player Experience | Josh Harbo |
| Manager, Support Insights & Training | Jennifer Maldonado |
| Senior Program Manager | William Shepard |
| Support Experience Analyst | Sarah Pavlina |
| Associate Producer, Digital and Social Support | Mark Hamlon |
| Senior Content Writer | Brian Ehrich |
| Vendor Relationship Administrator | Kyle Dieker |
| User Experience Developer | Chloe De Mesa |
| Senior Producer, Digital and Social Support | Clivins Dantus |
| Senior User Experience Designer | Bruno Serge Cordeiro |

| | |
|---|---|
| Tier 3 Operations Support Manager | Dov Carson |
| Tier 3 Support Operations - Warranty & Logistics | David Killen |
| Tier 3 Service Operation Specialists | Zachary Moran, Christian Avila, Dustin Loudon, Steven Isom |
| Product Manager, Digital and Social Support | James Cabel-Neil |
| Business Systems Analyst | Christopher Bruens |
| Associate Player Experience Producer | Louis Blackwell |
| Reporting Analyst | Ruth Berenji |
| User Experience Manager | Brian Bennett |
| Senior Manager, Service Delivery | Khalid Asher |
| Global Player Support Training Assistance | Nick Matson, Aaron Seeds |
| Community Support Coordinator | Ariel Gonzalez, Sean Cargle |
| Content Coordinator | T'Challa Dion Jackson |
| Associate Producer, Service Delivery | Kyle Bergman |
| Receptionist / Admin. | Maria Yanez |
| Team Lead Social Support | Eduardo Gutierrez |
| Engagement Specialists | Serban Petre, Tyler Villalobos |

Docusign Envelope ID: 12099492-D67B-4B2A-9D85-C704B95D4736

| | |
|---|---|
| Social Media Specialists | Vincent Higgins, Thomas Estes, Steven Mendoza, Francisco Berumen, Jerret Patrick, Matthew Blystone, Mehrdad Abedinzadeh, Melanie Farthing, Patricia Orozco, Robert Kikabhai, Roberto Nabor, Edgar Gutierrez, Allison Meraz, Drew Lyons (as Andrew Lyons) |
| Special Operations Agents | Alan Valle, Courtney Bonsall, Derreck Barber, Estevan Cervantes, Hamed Berenji, Samuel Silverman |

# Exhibit B

## EXHIBIT B

As available at: https://www.imdb.com/title/tt6721356/fullcredits/

### Directors

- **Christopher Barrett**

- **Luke Smith**

- **Ryan Ellis**

creative director

- **Jim McQuillan**

creative director


### Writers

(in alphabetical order)

- **Clay Carmouche**

writer

- **Seth Dickinson**

writer

- **Felix Gilman**

additional writing

- **Jonathan Goff**

writer

- **Jason Harris**

lead writer

- **Martin Alexander Korda**

additional writing (as Martin Korda)

- **Ted Kosmatka**

writer

- **Grant K. Roberts**

writer (as Grant Roberts)

- **Grant K. Roberts**

writer

- **Jill Scharr**

writer

- **Christine Thompson**

lead writer

- **Jonathan To**

writer

- **Lily Yu**

writer

- **Michael Zenke**

narrative lead


<u>**Cast**</u>

(in credits order)

**Nathan Fillion**

Cayde-6

(voice)


**Lance Reddick**

Commander Zavala

(voice)


**Gina Torres**

Ikora Rey

/Warlock Vanguard

(voice)

**Nolan North**

Ghost

/Cayde-6 - Forsaken DLC

(voice)

**Bill Nighy**

The Speaker

(voice)

**Neil Kaplan**

Dominus Ghaul

(voice)

**Frank Langella**

The Consul

(voice)

**Lennie James**

Lord Shaxx

(voice)

**Sumalee Montano**

Hawthorne

(voice)

Docusign Envelope ID: 12099492-D67B-4B4A-9D85-C704B35D4736

**Gideon Emery**

Devrim Kay

/Male Extras

(voice)


**Joy Osmanski**

Failsafe

(voice)


**Moira Quirk**

Emissary of the Nine

/Female Extras

(voice)


**Darin De Paul**

Emperor Calus

(voice)


**Cissy Jones**

Sloane

(voice)


**Darryl Kurylo**

Asher Mir

(voice)

**Courtenay Taylor**

Amanda Holliday

/Empress Caiatl

/Female Extras

(voice)

**Erick Avari**

Master Rahool

(voice)

**Page Leong**

Tyra Karn

/Female Extras

(voice)

**Claudia Black**

Tess Everis

(voice)

**James Remar**

Executor Hideo

(voice)

**Peter Stormare**

Arach Jalaal

(voice)

**Shohreh Aghdashloo**

Lakshmi-2

(voice)


**Keith Ferguson**

Lord Saladin

/NPC Male

(voice)


**John DiMaggio**

Banshee-44

/NPC Male

(voice)


**Fred Tatasciore**

Xur

/Male Extras

(voice)


**Dominic Keating**

Male Frame

/Arcite 99-40

(voice)


**Jen Taylor**

Female Frame 1

(voice)


**Nika Futterman**

Female Frame 2

/Kadi 55-30

(voice)


**Allyson Kulavis**

NPC Female

(voice)


**Kirsten Potter**

NPC Female

/Female Extras

/Mara Sov - Forsaken DLC

(voice)


**April Stewart**

NPC Female

/Petra Venj - Forsaken DLC

(voice)


**Ken Boynton**

Frame Male

/NPC Male

/Male Extras

(voice)

**H. Jon Benjamin**

Radio Voice

(voice)


**Cree Summer**

Player: Exo Female

(voice)


**Matthew Mercer**

Player: Human Male

(voice)


**Crispin Freeman**

Player: Awoken Male

(voice)


**Grey DeLisle**

Player: Awoken Female

(voice) (as Grey Griffin)


**Susan Eisenberg**

Player: Human Female

(voice)


**Peter Jessop**

Player: Exo Male

(voice)

**Rest of cast listed alphabetically**

**Morena Baccarin**

Sagira - Curse of Osiris DLC

(voice)

**Luciana Balby**

Eris Morn

**Britt Baron**

Ada-1 - Forsaken DLC

(voice)

**Ray Chase**

Talus

/Trapped Ghost

/Mithrax

(voice)

**Jason Chu**

**Jamie Chung**

Ana Bray - Warmind DLC

(voice)

**Ian James Corlett**

Fynch

**Brett Dalton**

The Witness

(voice)

**Brian T. Delaney**

Saint-14

/Praksis - Beyond Light DLC

/Clovis Bray AI - Beyond Light DLC

(voice)

**Robin Atkin Downes**

The Spider - Forsaken DLC

(voice)

**Oded Fehr**

Osiris - Curse of Osiris DLC

(voice)

**Dave Fennoy**

Rohan

(voice)

**Stephen Fry**

Concierge AI - Warmind DLC

(voice)


**Morla Gorrondona**

Eris Morn - Shadowkeep DLC

(voice)


**Todd Haberkorn**

The Drifter - Forsaken DLC

(voice)


**Kenji Hamada**

Commander Zavala

(Japanese version) (voice)


**Erika Ishii**

Ana Bray

(voice)


**Mara Junot**

Ikora Rey


**Joshua David King**

Oryx


**Deborah Maguire**

Caital

(voice)

**Marin M. Miller**

Nimbus

(voice)

**Bob O'Donnell**

Brother Vance - Curse of Osiris DLC

(voice)

**Brandon O'Neill**

Uldren Sov - Forsaken DLC

/The Crow

(voice)

**Michael Quijon**

Cabal

(voice)

**Debra Wilson**

Savathûn

<u>Producers</u>

- **Kyle Bergman**

associate producer: service delivery

- **Timothy Cubbison**

voice producer

- **Ian Giovannetti**

producer

- **Elena Siegman**

Lead Producer

- **Austin Snyder**

voice producer

- **Michael Sternoff**

producer

- **Robin Todd**

producer

- **Poria Torkan**

lead producer


**Composers**

- **C. Paul Johnson**

- **Skye Lewin**

- **Rotem Moav**

- **Michael Salvatori**

- **Pedro Schlosser**

composer (as Pieter Schlosser)


**Cinematographer**

- **Matthew A. Ward**

cinematographer (cinematic director)


**Editors**

- **Giovanni Costa**

- **Cookie Everman**

<u>**Casting**</u>

- **Timothy Cubbison**

- **Kevin McMullan**

<u>**Art Directors**</u>

- **Garrett Morlan**

- **Bill O'Brien**

gameplay art director

- **Jesse Van Dijk**

world art director

- **Shiek Wang**

- **Mike Zak**

art director (as Michael Zak)

<u>**Production Manager**</u>

- **Anthony Kelvin Eliot-Finch**

production manager (as Anthony Rouse)

<u>**Art Department**</u>

- **Joseph Biwald**

artist

- **Micah Brenner**

storyboard artist

- **Siyu Ding**

expert 3d Artist

- **John Dobbie**

principal environment artist

- **Andrew Hopps**

World Artist

- **Dustin King**

lead artist

- **William Longworth**

artist

- **Lorraine McLees**

art lead

- **Maria Panfilova**

character artist: Axis studios

- **Igor Staritsin**

concept artist

- **Henry Wong**

concept artist

- **James Yavorsky**

character artist


**<u>Sound Department</u>**

- **Anthony Alfaro**

sound design assets manager: Cinematics

- **J. David Atherton**

supervising dialogue editor

- **Adam Boyd**

supervising sound designer: Cinematics

- **Evan Buehler**

audio lead

- **Byron Bullock**

senior supervising sound designer cinematics

- **Dustin Burford**

dialogue recordist

- **Daniele Carli**

sound designer: Cinematics

- **Bryan Celano**

sound designer

- **Cory Coken**

sound design: Cinematics

- **Greg Crawford**

original dialog mixer

- **Nikolaj de Haan**

sound designer

- **Mark De La Fuente**

dialogue recordist

- **Tony Diaz**

dialogue recordist: Forsaken DLC

- **Kellen Fenton**

sound designer: Hexany Audio

- **Dawn Fintor**

foley artist

- **Jesse James Garcia**

foley supervisor: Cinematics

- **Christopher Gardner**

sound recordist

- **Cameron Gillies**

senior sound designer: Formosa Interactive UK

- **Andrew Guastella**

dialogue mixer

- **David Henry**

audio lead

- **Bryen Hensley**

sound designer: Cinematics

- **Nick Interlandi**

sound designer: Cinematics (as Nicholas Interlandi)

- **Beau Anthony Jimenez**

sound designer

- **Mark Loperfido**

senior sound designer

- **John Loranger**

sound designer: Cinematics

- **Richard Ludlow**

sound producer: Hexany Audio

- **Matteo Lupieri**

senior sound designer cinematics: Formosa Interactive UK

- **Erick Ocampo**

sound designer: Cinematics

- **A.J. Olstad**

associate sound designer: Cinematics

- **Jon Persson**

cinematic sound designer

- **David Philipp**

senior supervising sound designer cinematics

- **Viktor Phoenix**

foley editor: Cinematics

- **Daniel Raimo**

sound designer

- **Carsten Rojahn**

sound designer

- **Jesse Rope**

sound designer

- **Michael Schapiro**

Sound Designer: Cinematics

- **Alicia Stevenson**

foley artist

- **Zach Thomas**

sound designer

- **Masanobu 'Tomi' Tomita**

sound designer

- **Stosh Tuszynski**

sound designer: Cinematics

- **Jamie Vanadia**

sound designer: Cinematics

- **Jay Weinland**

supervising sound editor


<u>**Visual Effects**</u>

- **Ameya Adchule**

digital compositor

- **Jin Ahn**

lighting/compositing td: Digic Pictures

- **Sal Arditti**

lead lighting artist

- **Hasan Bajramovic**

character artist: Blur

- **Kleisi Begaj**

visual effects

- **Keith Beltramini**

scene assembler: Blur Studio

- **Aitzol Bilbao Enbeita**

rigging td

- **László Bodrozsán**

Senior Lighting and Compositing Artist

- **Kezia Burrows**

Motion Capture

- **Luca Candela**

lighting artist

- **Gary Christian**

visual effects artist

- **Tyler Condon**

facial performance capture supervisor

- **Martin Contel**

lighting artist

- **David Cuellar**

lead rigger & cfx: Axis Animation

- **Adam Dorner**

visual effects artist

Docusign Envelope ID: 12699193-D67B-48AA-9B0B-C701B8FD4786

- **Balazs Drenkovics**

lead of effect unit

- **Eric Greenlief**

visual effects artist

- **Justin Hammond**

senior lighting artist

- **James Hodgart**

digital artist

- **Péter Hostyánszki**

lead lighting and compositing artist: Digic Pictures (game trailer segment)

- **Daryn Houston**

modeling coordinator

- **Brett Ineson**

producer: Animatrik Film Design

- **Mathias Jourdes**

cg lead: Blur Studio

- **Éva Kedves**

matte painter/concept artist

- **Krisztian Kinder**

motion capture specialist: Digic Pictures - intro cinematic segment

- **Paul Krist**

visual effects artist

- **Celine Lam**

visual effects coordinator

- **Kevin Margo**

Cinematic/Trailer Director: Blur Studio

- **Sushant Matbar**

FX artist

- **Dániel Mateidesz**

junior technical compositor: Digic Pictures

- **Vinessa Mayer**

visual effects artist

- **Troy McFarland**

mocap lead

- **Mate Medricky**

visual effects: previs/layout artist (as Medricky Máté)

- **Tamas Molnar**

visual effects artist

- **Richard S. Morton**

visual effects supervisor (as Richard Morton) (game trailer segment)

- **Pradeep Mynam**

visual effects artist

- **Emese Papp**

technical animator

- **Nikita Pavlov**

visual effects artist

- **Carlos Pedroza**

previs artist: The Third Floor

- **Vitalii Prykhodko**

visual effects artist

- **Dávid Ringeisen**

cinematic director: Digic Pictures

- **Tiago Rios**

cg character artist

- **Rahul Roy**

compositing lead

- **Kristal Sana**

character fx td

- **Yashdeep Sawant**

fx td

- **Al Shier**

executive producer: Blur Studio

- **Attila Sipos**

visual effects artist

- **Igor Staritsin**

senior matte painter/concept artist

- **Alex Stratulat**

lead character artist: Axis Animation

- **Dennis Tsoi**

digital artist

- **Dávid Vincze**

visual effects artist: digic pictures

- **Gallois-Montbrun Volcy**

previs supervisor: Les Androïds Associés

- **Yoshi Vu**

visual effects artist

- **Kai Wang**

senior lighting artist

- **Peter Wildman**

production director: Blur Studio

- **Michael Zaman**

lead character artist: Axis Animation: Michael Zamaan

- **Vladimir Zhovna**

fx td


**<u>Stunts</u>**

- **Rory Bratter**

pre-viz stunts

- **Chris Cortez**

pre-viz stunts

- **Fernando Jay Huerto**

pre-viz stunts

- **Thekla Hutyrova**

mocap stunts

- **Eric Jacobus**

action director

- **Phil Kismartoni**

pre-viz stunts

- **Emmanuel Manzanares**

assistant fight coordinator: Zavala Cinematic Trailer / stunt pre-viz: Zavala Cinematic Trailer

- **Panuvat Anthony Nanakornpanom**

stunt performer

- **Derron Ross**

stunt coordinator: Blur Studio - motion capture

- **Dennis Ruel**

mocap stunts

- **Aaron Toney**

fight coordinator: Zavala Cinematic Trailer

## Camera and Electrical Department

- **Brian Bartolini**

gaffer

- **Peter Ferren**

1st Unit Assistant Camera: A Cam / 1st Unit Camera Utility: A Cam / 1st Unit Electrician: A Cam / 1st Unit Grip: A Cam / 1st Unit SLT: A Cam

- **Joe a Scarcelli**

rigging electric


## Animation Department

- **Roland Bódis**

senior animator: Digic Pictures - intro cinematic segment

- **Aaron Deerfield**

cinematics animator

- **Chris Derochie**

cinematic animator

- **Fésus Farkas Dávid**

senior animator: Digic Pictures - intro cinematic segment

- **Tamas Enyedi**

Previs Artist/Layout Artist

- **Andrew Evdokimov**

cinematic animator: Axis Animation

- **Balázs Farkas**

animation supervisor: Digic Pictures - intro cinematic segment

- **Zsolt Fehér**

Animator: Digic Pictures

Docusign Envelope ID: 12899193-D67E-48AA-9B9B-C791B8ED4786

- **Tyler Halarewich**

motion capture specialist

- **Gábor Horváth**

director of animation division: Digic Pictures - intro cinematic segment

- **Matt Kelly**

technical animation lead

- **Keve Kepes**

assistant animator

- **Dániel Korom**

technical animator

- **Dávid Lafka**

director of directorial division: Digic Pictures - intro cinematic segment

- **Eric LaShelle**

lead animator

- **Richard Lico**

lead animator

- **Vilmos Magyar**

animator: Digic Pictures - intro cinematic segment

- **Carlos Alonso Mayo**

previs artist/layout artist (as Carlos Alonso)

- **Károly Mátyás**

lead animator: Digic Pictures - intro cinematic segment

- **Péter Nagy-Galambosi**

senior animator: Digic Pictures - intro cinematic segment (as Nagy Peti)

- **Ferenc Petrovics**

senior animator: Digic Pictures - intro cinematic segment

- **Róbert Pálos**

animator

- **John Paul Rhinemiller**

lead cinematics animator

- **Dávid Ringeisen**

lead of previs unit: Digic Pictures

- **Tom Saville**

senior animator

- **Manuel Thomasser**

layout artist

- **Kitti Tikász**

production assistant of animation division: intro cinematic segment

- **Levent Ulas**

animator

- **Balázs Varga**

animator: Digic Pictures - intro cinematic segment

- **Wei Xing Yong**

lead facial animator


**Editorial Department**

- **Ryan Mudd**

editor


**Music Department**

- **Nathan Brimmer**

composer: additional music

- **The Budapest Art Orchestra**

music performed by

- **Jordan Cox**

orchestrator

- **Kris Dirksen**

composer: additional music

- **Anton du Preez**

singer

- **Michael Feingold**

orchestrator

- **Jochen Flach**

composer: trailer music

- **Doug Fullington**

choir director

- **Mathieu Hallouin**

trailer music

- **Sheila Houlahan**

vocalist

- **Laura Intravia**

vocal

- **Jesse James**

orchestra librarian

- **Nikola Jeremic**

composer: additional music

- **David Kidd**

composer: additional music

- **Kronos Quartet**

music performed by

- **Jasper LeMaster**

assistant score recording engineer

- **Skye Lewin**

Music Director / music editor / musician

- **Paul Lipscomb**

recording engineer: production music

- **Daniel Markovich**

composer: trailer music

- **Jonathan Mayer**

trailer music

- **William Morris**

composer: trailer music

- **Joshua Mosser**

music editor (as Josh Mosser)

- **The Nashville Scoring Orchestra**

music performed by

- **Northwest Sinfonia**

music performed by

- **Greg Ogan**

composer: additional music

- **Nathaniel Papadakis**

choir director

- **Zevik Perry**

orchestrator

- **Jean-Gabriel Raynaud**

trailer music

- **Carl Rydlund**

conductor / orchestrator

- **Michael Sechrist**

composer: additional music

- **David Shipps**

conductor

- **Bill Snyder**

score recording engineer

- **David Spence**

assistant engineer

- **Nick Spezia**

score recording engineer

- **Terea Tarver**

music

- **Alan Umstead**

concertmaster / orchestra contractor

- **Simone Vallecorsa**

music

- **Dave West**

assistant engineer: score

- **Brendon Williams**

composer: additional music - Forsaken DLC

- **Sarah Winter**

manager: music contract administration

- **Kerwin Young**

copyist


## Additional Crew

- **Brandi Arnold**

user researcher

- **Philip Bache**

voice director

- **Alan Blaine**

technical designer

- **Tommy Callahan**

vo production coordinator

- **Caroline Colon**

user researcher

- **Scott Connary**

it and infrastructure

- **Katrina Durden**

motion capture: Ana Bray in the Warmind Cinematic Trailer

- **Simon Ebejer**

chief operating officer: Vicarious Visions

- **Tim Ebling**

lead tools engineer

- **Renáta Grátz-Kiss**

coordinator of character division: Digic Pictures - intro cinematic segment (as Renáta Krisztina Kiss)

- **Jacob Gysel**

production assistant

- **Kristofer Hall**

DOC Specialist

- **Orvar Halldorsson**

UI/UX Director

- **Aaron Hawley**

motion capture: Guardian - Zavala Cinematic Trailer

- **Jami Jeffcoat**

technical designer

- **Logan Kishi**

motion capture

- **Steve Lesser**

tools engineer

- **Dave Lieber**

narrative designer

- **Kevin McMullan**

voice director

- **Panuvat Anthony Nanakornpanom**

Motion capture talent

- **Alex Pfeiffer**

mission design lead

- **Balogh Péter**

production coordinator: Digic cinematics

- **Niles Sankey**

mission design lead

- **Tom Saville**

motion capture: various cast

- **Madeleine Shopoff**

ui software development engineer in test

- **Richard Sloniker**

motion capture: Cayde-6 / motion capture: Guardian

- **James Tsai**

lead game designer

- **James Unsworth**

motion/performance capture actor: Rohan - Lightfall DLC

- **Stephen VanWambeck**

DOC Specialist

- **Nathan Vetterlein**

Game Designer

- **Ryan Wexler**

session coordinator

- **Glenn White**

Developer

- **Mark Yocom**

release engineer

- Leo Zuniga

design specialist

## Thanks

- **Meghan O'Sullivan**

special thanks (credit only)