| | |
|---|---|
| **From:** | Ruppert, Valerie |
| **To:** | Ted Anthony; Sbarry@barryrome.com |
| **Cc:** | Duvdevani, Tamar; Greenfield, Jared; Darleene Peters; Connor Peth; Stanley, Maegan |
| **Subject:** | Martineau v. Bungie - Document Production |
| **Date:** | Monday, August 11, 2025 3:16:55 PM |
| **Attachments:** | image001.png |

Counsel,

Bungie, Inc. is producing documents Bates stamped BNG-00000001 - BNG-00015634. Please look for an email from the DLA Piper ShareFile system for the download link. If you have any issues, please let us know.

The Production Password is 2KUYNktv7DwSNbtp9J

Thank you
Valerie


**Valerie Ruppert**
Case Manager

T  +1 212 776 3710
F  +1 917 778 8710
M  +1 347 563 3605
valerie.ruppert@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.

EXHIBIT F