## Outlook

**RE: [Martineau v. Bungie] - Settlement Conference Rescheduling and Depositions Confirmation**

| | |
|---|---|
| From | Stephen Barry <sbarry@barryrome.com> |
| Date | Tue 10/21/2025 4:31 PM |
| To | Greenfield, Jared <Jared.Greenfield@us.dlapiper.com>; Ted Anthony <TAnthony@bpasfirm.com> |
| Cc | Danielle Ronkartz <dronkartz@barryrome.com>; Andria Thibodeaux <AThibodeaux@bpasfirm.com>; Duvdevani, Tamar <Tamar.Duvdevani@us.dlapiper.com>; Stanley, Maegan <Maegan.Stanley@us.dlapiper.com>; Darleene Peters <dpeters@irwinllc.com>; Connor Peth <cpeth@irwinllc.com>; Ruppert, Valerie <Valerie.Ruppert@us.dlapiper.com>; Kelley Bazile <kbazile@irwinllc.com>; Sharon Farr <sfarr@irwinllc.com> |

Jared,

Your follow-up email was received while I was out of town. My out-of-office message indicated that I would not be able to respond until my return today, which accounts for the delay in responding to your inquiry.

With respect to the rescheduled settlement conference before Magistrate North, November 10, 2025, works for us. Please feel free to confirm that date with chambers.

Regarding deposition scheduling, you did not contact us regarding our availability before unilaterally selecting dates. All the depositions referenced in your email were noticed on dates that you chose without any input from us. We previously raised this issue, and your response at the time was that you were unaware of any rule requiring consultation before scheduling. We continue to find that approach unproductive and inconsistent with the spirit of professional cooperation in discovery.

While we cannot accept subpoenas on behalf of any witness, we are, of course, willing to make the plaintiff available for deposition on a mutually convenient date and time. However, I am not available on the date you selected due to a previously scheduled court conference in another matter. I am happy to coordinate alternative dates that accommodate everyone's schedules.

Similarly, we remain willing to work cooperatively to schedule other depositions, including those of defense witnesses—particularly the Bungie individuals who claim to have originated the story for the game and those who decided to vault it. We would like to schedule their depositions; however, our efforts to coordinate those depositions have been significantly hindered by Bungie's continued refusal to identify or disclose those witnesses in discovery.

Just as we are jointly coordinating a mutually agreeable date for the settlement conference, deposition scheduling should follow the same cooperative process. We respectfully request that, going forward, you circulate proposed deposition dates in advance so that all parties have an opportunity to provide input and ensure mutual availability.

Best regards,

STEPHEN R. BARRY | *Partner*

**New Orleans:**
612 Gravier St., New Orleans, LA 70130
Phone: (504) 525-5553 • Fax: (504) 525-1909

**Lafayette:**
405 W. Main St., Lafayette, LA 70501
Phone: (337) 237-2889 • Fax: (337) 237-2878

sbarry@barryrome.com
www.barryromescott.com

EXHIBIT G