

Stephen R. Barry
sbarry@barryrome.com
Direct Dial: (504) 525-1101
Licensed in Louisiana and Texas

October 23, 2025

**Via Email**

| | |
|---|---|
| Tamar Y. Duvdevani, Esq. | Darleene Peters, Esq. |
| Tamar.duvdevani@us.dlapiper.com | dpeters@irwinllc.com |
| Jared Greenfield, Esq. | Connor W. Peth, Esq. |
| Jared.Greenfield@us.dlapiper.com | cpeth@irvinllc.com |
| DLA PIPER LLP (US) | Connor W. Peth, Esq. |
| 1251 Avenue of The Americas, 27th FL | Irwin, Fritchie, Urquhart & Moore, LLC |
| New York, NY 10020 | 400 Poydras Street, Suite 2700 |
| | New Orleans, LA 70130 |

Re: *Matthew Kelsey Martineau vs. Bungie, Inc., a Delaware corporation; DOES 1-10. Inclusive Civil Action No. 2:24-cv-02387; USDC, Eastern District of Louisiana*

Dear Counsel,

Please find enclosed a Notice of Deposition issued pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, directed to Bungie, Inc. The Notice identifies the specific subject areas on which testimony will be sought, including, without limitation, the conception, authorship, and development of *Destiny 2*; the creation, implementation, and evolution of seasonal content beyond Seasons 1 and 2; the "Red War" and "Curse of Osiris" campaigns; and all facts, circumstances, and matters alleged in the Complaint, as amended.

We ask that you provide several mutually agreeable dates for the deposition of Bungie's designated corporate representative(s).

Additionally, please provide deposition dates for the following:

1. Bungie's retained expert witness, following production of the expert's report; and
2. The individuals who were responsible for writing or conceiving the storylines for *Destiny 2*, including the "Red War" and "Curse of Osiris" campaigns.

All depositions in this matter—including those of the parties, corporate representatives, and witnesses—must be completed by November 10, 2025.

As you know, we have repeatedly requested identification of these individuals through written discovery. In your amended responses to Interrogatory Nos. 6, 7, 8, and 10, Bungie objected to providing the specific names of the writers or developers involved in *Destiny 2*, citing the requests

EXHIBIT H

as overly broad, unduly burdensome, and disproportionate to the needs of the case. Bungie instead referred us to publicly available credits on IMDB and MobyGames, which are generic listings that do not identify which individuals were directly responsible for conceiving, writing, or developing the storylines at issue.

Given the central role these storylines play in the claims of copyright infringement asserted in the Amended Complaint, this information is both relevant and necessary. Without the identification of these specific individuals, we are unable to properly notice their depositions or evaluate their respective roles in the creative process. Accordingly, we again request that Bungie promptly produce a detailed list of the individuals who were directly involved in the writing, conception, and development of the *Destiny 2* story, with particular emphasis on the "Red War" and "Curse of Osiris" campaigns.

Prompt identification of these witnesses—and the scheduling of their depositions—is critical to ensure that the plaintiff has a fair and reasonable opportunity to conduct discovery and prepare for trial. Their testimony may also lead to the identification of additional relevant witnesses or documents. Given the discovery and deposition cut-off date, this process must proceed without further delay.

In addition, as we previously indicated, we are not available for the deposition of the plaintiff, Matthew Kelsey Martineau, on the date you unilaterally selected. However, we remain willing to cooperate in scheduling and will make Mr. Martineau available if you propose alternative dates.

Please provide available deposition dates for the corporate representative and the above-referenced individuals within five (5) days of this correspondence. If we do not receive this information by that time, we will be forced to seek the Court's assistance through an appropriate motion to compel.

Thank you for your attention to this matter. Please do not hesitate to contact me should you wish to discuss scheduling.

Thank you for your cooperation.

Very truly yours,

Stephen R. Barry

SRB/dcr
Enclosure
cc: Ted Anthony, Esq.
    Nick Anthony, Esq.