UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>Plaintiff,<br><br>v.<br><br>BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CIVIL ACTION NO.   2:24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiff, Matthew Kelsey Martineau, through undersigned counsel, hereby sets for submission the Plaintiff's Motion to Compel before the Honorable Judge Michael B. North on the 5th day of November at 11:00 a.m.

    Respectfully submitted:

    _____
    STEPHEN R. BARRY (La. Bar Roll No. 21465)
    BARRY ROME & SCOTT
    A Professional Law Corporation
    612 Gravier Street
    New Orleans, Louisiana 70130
    Tel: (504) 525-5553
    Email: sbarry@barryrome.com

    AND

    Ted M. Anthony (La. Bar Roll No. 21446)  (T.A.)
    BABINEAUX, POCHÉ, ANTHONY
    & SLAVICH, L.L.C.
    P. O. Box 52169
    Lafayette, LA  70505-2169
    Telephone:  (337) 984-2505
    Facsimile:  (337) 984-2503
    Email:  tanthony@bpasfirm.com
    ATTORNEYS FOR  PLAINTIFF