UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>    Plaintiff,<br><br>    v.<br><br>BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>    Defendants. | CIVIL ACTION NO.  2:24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

## **ORDER**

Considering the foregoing Motion to Compel Defendant Bungie, Inc.'s ("Bungie) Complete Discovery Responses filed on behalf of Plaintiff, Matthew Kelsey Martineau ("Martineau");

IT IS HEREBY ORDERED that Plaintiff Martineau's Motion to Compel is GRANTED. Defendant Bungie is ordered to (1) provide full, complete, and rule-compliant responses to all outstanding discovery requests without objection; (2) to produce a proper privilege log for all withheld documents; (3) to organize and label document productions to correspond with specific request categories as mandated by Rule 34(b)(2)(E)(i); and (4) to provide all responsive discovery within seven days of the Court's Order.

Signed at New Orleans, Louisiana this _____ day of October, 2025.

_____
**HONORABLE JUDGE MICHAEL B. NORTH**
**UNITED STATES DISTRICT JUDGE**