UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>Plaintiff,<br><br>v.<br><br>BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>Defendants. | CIVIL ACTION NO.  2:24-cv-02387<br><br>JUDGE: Susie Morgan<br><br>MAG. JUDGE:  Michael B. North |

## WITNESS AND EXHIBIT LIST OF <br> PLAINTIFF, MATTHEW KELSEY MARTINEAU

NOW COMES Plaintiff MATTHEW KELSEY MARTINEAU ("MARTINEAU"), through undersigned counsel, who submits this Witness and Exhibit List in accordance with this Honorable Court's Scheduling Order and who, subject to the motion to compel that the plaintiff is filing on this date, any supplemental responses to discovery ordered by the court, and without waiving any rights to supplement this witness and exhibit list and with full reservation of all defenses, objections and claims, submits the following:

**I.    Plaintiff's Witnesses**

    **A.  Will Call Witness List**

The following witnesses will be called in the absence of reasonable notice to opposing counsel to the contrary:

1. Matthew Kelsey Martineau

2. Michael Pierre

3. Members of Bungie's Destiny 2 development team to be identified through discovery and Plaintiff's motion to compel.

4. Sarah Crowder (Plaintiff's Expert)

**B. May Call Witness List**:

1. Julia Gabriela Almanza Martineau

2. Christopher Barrett

3. Matthew Haveard

4. Michael Pierre

5. "Lucky" (Twitch/YouTube streamer)

6. "Azteccross" (Twitch/YouTube streamer)

7. Representatives from Bungie, Inc.

8. WordPress Representative

9. Etsy Representative

10. Steam Representative

11. YouTube Representative

12. Seth Dickenson

13. Former Bungie employees Luke Smith, Christopher Barrett, Ryan Ellis, and Joe Staten.

14. Any Bungie employee or contributor listed in the game credits (as generally referred to by Defendants in discovery – see, Plaintiff's motion to compel) or the author or contributor to any book by Bungie.

15. Jonathan To

16. Tyson Green

17. Justin Truman

18. David Aldridge

19. Christine Thompson

20. Jason Harris

21. Michael Zenke

22. Luke Smith

23. Christopher Barrett

24. Ryan Ellis

25. Unit221b Representative

26. Quid Representative

27. Gamesight Representative

28. Bungie Employees Listed in Destiny 2 Credits

29. Rebuttal factual witness(es) as needed based on witnesses listed by Defendant.

30. Any witness listed by any other party including Defendant.

31. Any witness listed or later identified following review of Defendant's massive document dump or subsequently identified in response to any subsequent discovery responses or in response to Plaintiff's motion to compel.

## II. Plaintiff's Exhibits

MARTINEAU identifies the following documents which may be used in support of his claims or defenses in this litigation:

1. MARTINEAU's original work;

2. Destiny 2 video game;

3. Video "play through" evidence of the Destiny 2 game;

4. Excerpts from all volumes of the "Grimoire Anthology" books;

5. Digital evidence of third-party access of MARTINEAU's original work;

6. Excerpts from the "Destinypedia" website.

7. Excerpts from the "Ishtar Collective" website.

8. All discovery responses to interrogatories or requests for admissions from any party to this action;

9. All pleadings filed in this matter;

10. Any book authorized, published or written by Bungie or it's employees, representatives or authorized persons.

11. Demonstrative aids to assist with the presentation of opening and closing statement or testimony;

12. All documents attached as exhibits to discovery propounded by the parties;

13. Internal communications, correspondence and documents of defendant Bungie produced in discovery;

14. All documents and exhibits identified and/or produced by plaintiff and/or defendants in the course of this litigation, including all exhibits thereto, digital recordings;

15. Expert Report of Sarah Crowder, together with all documents attached thereto and/or other documents referenced therein;

16. Any expert report generated and/or developed in this litigation and any materials, publications, or treatises used or relied upon by any expert including, without limitation, any defense expert;

17. Any and all deposition testimony which may be taken during the course of this litigation, including trial depositions and deposition testimony for impeachment purposes;

18. Demonstrative aids related to any documentary evidence;

19. Rebuttal documentation as may be necessary;

20. Impeachment documentation as may be necessary;

21. Any documentation identified, obtained or produced after the date of this pleading;

22. The Court record and any and all pleadings in this case, including all documents attached as exhibits to any pleadings filed in this matter;

23. Any and all documents produced pursuant to a subpoena issued to a third party;

24. Responses to written discovery requests submitted by any party in this matter;

25. Any document identified by any other Party on its Exhibit List or introduced by any Party at the trial of this matter or at any pre-trial hearing in this matter;

26. Any document later identified following review of Defendant's massive document dump or subsequently identified in response to any subsequent discovery responses or in response to Plaintiff's motion to compel; and

27. The Plaintiff reserves the right to amend this list as additional exhibits become known including, without limitation, from the over 130,000 pages of documents produced by Defendant in this matter.

Date: October 28, 2025                    Respectfully submitted:

 s/*Stephen R. Barry*  
STEPHEN R. BARRY #21465  
BARRY ROME & SCOTT  
*A Professional Law Corporation*  
612 Gravier Street  
New Orleans, Louisiana 70130  
Tel: (504) 525-5553  
Fax: (504) 525-1909  
Email: sbarry@barryrome.com

AND

Ted M. Anthony, LA #21446 (T.A.)  
BABINEAUX, POCHÉ, ANTHONY  
    & SLAVICH, L.L.C.  
P. O. Box 52169  
Lafayette, LA  70505-2169  
Telephone:  (337) 984-2505  
Fax:  (337) 984-2503  
Email:  tanthony@bpasfirm.com

ATTORNEYS FOR PLAINTIFF  
MATTHEW KELSEY MARTINEAU