## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, | |
| *Plaintiff*, | |
| | CIVIL ACTION NO. 24-cv-02387 |
| v. | |
| | JUDGE SUSIE MORGAN |
| BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive, | |
| | MAGISTRATE JUDGE MICHAEL B. NORTH |
| *Defendants*. | |

### <u>BUNGIE, INC.'S WITNESS LIST</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Bungie, Inc. ("Bungie"), who submits the following List of Witnesses pursuant to the Court's Scheduling Order (ECF No. 16). As discovery is ongoing, Bungie reserves its right to amend/or supplement this list as needed.

1. Jonathon To, c/o DLA Piper US LLP, fact witness and corporate representative of Bungie to testify to the conception, creation, design, development, release, updating, maintenance, and vaulting of the accused *Destiny 2* campaigns "Red War" and "Curse of Osiris," as well as to fan-made content concerning the *Destiny* franchise.

2. David Aldridge, c/o DLA Piper US LLP, fact witness and corporate representative of Bungie to testify to the development, updating, maintenance, and vaulting of the accused *Destiny 2* campaigns "Red War" and "Curse of Osiris," as well as to the development of and changes to *Destiny 2*'s underlying technological infrastructure over time.

1

3.  Tyson Green, c/o DLA Piper US LLP, fact witness and corporate representative of Bungie to testify to the conception, creation, design, development, release, updating, maintenance, and vaulting of the accused *Destiny 2* campaigns "Red War" and "Curse of Osiris," as well as to fan-made content concerning the *Destiny* franchise.

4.  Nate Buckmiller, c/o DLA Piper US LLP, fact witness and corporate representative of Bungie to testify to the Bungie-Activision development agreement, revenues, and revenue responsibility.

5.  Jeff Rovin, c/o DLA Piper US LLP, expert witness to testify to unprotectable *scenes a faire* elements in Plaintiff's asserted work.

6.  Dr. Jeffrey A. Stec, c/o DLA Piper US LLP, expert witness to testify to the economic appropriateness of evaluating any damages under a reasonable royalty framework.

7.  Matthew Kelsey Martineau, plaintiff and fact witness to testify regarding his asserted work and the alleged infringement.

Dated: Oct. 28, 2025

Respectfully submitted,

/s/ *Tamar Y. Duvdevani*

Tamar Y. Duvdevani (*pro hac vice*)
Jared Greenfield (*pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of The Americas, 27th Fl.
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

Darleene Peters (#25638)
Connor W. Peth (#39499)
**Irwin, Fritchie, Urquhart & Moore, LLC**

2

400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
dpeters@irwinllc.com
cpeth@irwinllc.com

***Counsel for Bungie, Inc.***