**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

MATTHEW KELSEY MARTINEAU,

                    *Plaintiff*,

        v.

BUNGIE, INC., a Delaware Corporation;
DOES 1-10, inclusive,

                    *Defendants*.

CIVIL ACTION NO. 24-cv-02387

JUDGE SUSIE MORGAN

MAGISTRATE JUDGE MICHAEL B. NORTH

## BUNGIE, INC.'S EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Bungie, Inc. ("Bungie"), who submits the following List of Exhibits pursuant to the Court's Scheduling Order (ECF No. 16). As discovery is ongoing, Bungie reserves its right to amend/or supplement this list as needed.

| Beg. Bates Nos. | File Name / Description |
|---|---|
| BNG-00015719 | D2 Combatant Updates.one |
| BNG-00015723-15792 | Cabal Red Guard.one |
| BNG-00015793-15849 | D2 Cabal.one |
| BNG-00015850-16115 | D2 Combatant Development.one |
| BNG-00016116-16169 | D2 Fallen.one |

| BNG-00016170-16196 | D2 Hive.one |
| --- | --- |
| BNG-00016197-16204 | D2 Race Fiction.one |
| BNG-00016205-16244 | D2 Taken.one |
| BNG-00016245-16275 | D2 Vex.one |
| BNG-00016276-16406 | D2 Race Guidelines.one |
| BNG-00016407-16428 | Players.one |
| BNG-00016429-16521 | Cinematic Specs.one |
| BNG-00016522-16564 | Essential Fiction 2.one |
| BNG-00016565-16591 | Essential Fiction.one |
| BNG-00016592-16598 | Foundations.one |
| BNG-00016599-16692 | Combatant Documentation.one |
| BNG-00016693-16890 | Combatant Grimoire.one |

| BNG-00016891-17233 | Combatants.one |
|---|---|
| BNG-00017234-17247 | Players.one |
| BNG-00017247-17712 | UI.one |
| BNG-00017713-17749 | 2. PvP.one |
| BNG-00017750-17948 | 3. Raids.one |
| BNG-00017949-17998 | 4. Portals.one |
| BNG-00017999-18016 | 5. Death Mechanics.one |
| BNG-00018017-18036 | 6. Vehicle Delivery.one |
| BNG-00018037-18053 | A8A53541.tmp |
| BNG-00018054-18780 | ARCHIVE- Comet Weapon Art.one |
| BNG-00018781-20287 | ARCHIVE- Comet Weapon Investment.one |
| BNG-00020288-20356 | Ability Specs.one |

| | |
|---|---|
| BNG-00020357-20361 | Accessories.one |
| BNG-00020362-20452 | Armor - D1.one |
| BNG-00020453-20637 | Armor-D2.one |
| BNG-00020638-20654 | C206A479.tmp |
| BNG-00020655-20816 | Classes.one |
| BNG-00020817-20832 | Dropship Command Point Sequences.one |
| BNG-00020833-20841 | Dropship Intructions.one |
| BNG-00020842-20846 | HUD States.one |
| BNG-00020847-20858 | Heat.one |
| BNG-00020859-20880 | Melee 2.0.one |
| BNG-00020881-20919 | Meteor Pitches.one |
| BNG-00020920-20941 | Personal Weapons.one |

| | |
|---|---|
| BNG-00020942-20976 | SANDBOX PILLARS.one |
| BNG-00020977-20980 | Super.one |
| BNG-00020981-21005 | Systems.one |
| BNG-00021006-21089 | Talents.one |
| BNG-00021090-21095 | Unit Camera.one |
| BNG-00021096-21098 | Vehicle Animation List.one |
| BNG-00021099-21651 | Vehicles.one |
| BNG-00021652-22348 | Weapons - D2.one |
| BNG-00022349-22544 | Weapons - Maverick.one |
| BNG-00022545-22660 | Weapons - SCRATCH.one |
| BNG-00022661-22702 | 2. Characters.one |
| BNG-00022703-22724 | 3. Activities.one |

| BNG-00022725-22729 | 11. Companion.one |
|---|---|
| BNG-00022730-22736 | 3. Clans.one |
| BNG-00022737-22751 | 5. Guilds.one |
| BNG-00022752-22758 | 8. Activity Flow.one |
| BNG-00022759-22787 | Products.one |
| BNG-00022788-22801 | User Experience.one |
| BNG-00022802-23342 | CHARACTER ISSUES.one |
| BNG-00023343-23346 | COMBATANT ISSUES.one |
| BNG-00023347-23400 | DESTINATIONS + MISSIONS.one |
| BNG-00023401-23402 | FRANCHISE QUESTIONS.one |
| BNG-00023403-23411 | STORY PITCHES.one |
| BNG-00023412-23421 | TRACKING PAGES.one |
| BNG-00023422 | WRITERS' SCRATCH PAD.one |

| BNG-00000001 | Blood of the Empire Complete Video |
|---|---|
| BNG-00000002 | Screenshot of warhammer40k.fandom.com, https://warhammer40k.fandom.com/wiki/Red_Legion |
| BNG-00000006 | Star Wars: the Old Republic 1 Blood of the Empire : Free Download, Borrow, and Streaming : Internet Archive, https://archive.org/details/starwarsoldrepub0000unse_o3v0/mode/1up?view=theater&q=ss |
| BNG-00000085 | Star Wars: The Old Republic #4—Blood of the Empire part 1 :: Profile :: Dark Horse Comics, https://archive.org/details/starwarsoldrepub0000unse_o3v0/mode/1up?view=theater&q=ss |
| BNG-00000088 | Red Legion | Amalur Wiki | Fandom, https://amalur.fandom.com/wiki/Red_Legion |
| BNG-00000092 | Red Legion | TibiaWiki | Fandom, https://tibia.fandom.com/wiki/Red_Legion |
| BNG-00000096 | Screeen short of https://tibia.fandom.com/wiki/Aneus |
| BNG-00000100 | Space Marine Legion - Warhammer 40k - Lexicanum, https://wh40k.lexicanum.com/wiki/Space_Marine_Legion |
| BNG-00000109 | Galactic Warlord (Last Legionary, #1) by Douglas Arthur Hill | Goodreads, https://www.goodreads.com/book/show/440782.Galactic_Warlord |

| | |
|---|---|
| BNG-00000121 | Young Legionary (Last Legionary, #5) by Douglas Arthur Hill \| Goodreads<br>https://www.goodreads.com/book/show/1142739.Young_Legionary |
| BNG-00000129 | Last Legionary - Wikipedia<br>https://en.wikipedia.org/wiki/Last_Legionary |
| BNG-00000135 | The Legion of Space by Jack Williamson \| EBSCO Research Starters<br>https://www.ebsco.com/research-starters/literature-and-writing/legion-space-jack-williamson |
| BNG-00000139 | The Cometeers - Wikipedia<br>https://en.wikipedia.org/wiki/The_Cometeers |
| BNG-00000145 | The Legion of Space - Jack Williamson - Google Books<br>https://books.google.com/books?vid=ISBN9780722191712 |
| BNG-00000147 | Phule's Company (series) - Wikipedia<br>https://en.wikipedia.org/wiki/Phule%27s_Company_(series) |
| BNG-00000153 | Dead Space 3 - Wikipedia<br>https://en.wikipedia.org/wiki/Dead_Space_3 |
| BNG-00000170 | Sovereign Colonies Armed Forces \| Dead Space Wiki \| Fandom<br>https://deadspace.fandom.com/wiki/Sovereign_Colonies_Armed_Forces |
| BNG-00000183 | Legionary Suit \| Dead Space Wiki \| Fandom<br>https://deadspace.fandom.com/wiki/Legionary_Suit |

| | |
|---|---|
| BNG-00000190 | Phyrexian War Beast \| Deckmaster \| Card Kingdom https://www.cardkingdom.com/mtg/deckmaster/phyrexian-war-beast?srsltid=AfmBOoowRfveUFhJMWZzKlrhFvuyKZoiYPj8sdbQOJBYRndLgmuP0RFp |
| BNG-00000193 | Phyrexian War Beast (Alliances English) \| Magic: The Gathering https://gatherer.wizards.com/AL/en-us/0b/phyrexian-war-beast |
| BNG-00000196 | War Hounds \| Warhammer 40k Wiki \| Fandom https://warhammer40k.fandom.com/wiki/War_Hounds |
| BNG-00000207 | War Beasts \| Warhammer Wiki \| Fandom https://warhammerfantasy.fandom.com/wiki/Category:War_Beasts |
| BNG-00000211 | Chaos Warhounds \| Warhammer Wiki \| Fandom https://warhammerfantasy.fandom.com/wiki/Chaos_Warhounds |
| BNG-00000218 | Norscan Warhounds \| Warhammer Wiki \| Fandom https://warhammerfantasy.fandom.com/wiki/Norscan_Warhounds |
| BNG-00000221 | Dire Wolves \| Warhammer Wiki \| Fandom https://warhammerfantasy.fandom.com/wiki/Dire_Wolves |
| BNG-00000226 | Scurvy Dogs \| Warhammer Wiki \| Fandom https://warhammerfantasy.fandom.com/wiki/Scurvy_Dogs |
| BNG-00000229 | The Beast Master - Wikipedia https://en.wikipedia.org/wiki/The_Beast_Master |

| BNG-00000233 | Still Not Even Slightly Apolitical: Andre Norton's The Beast Master - Reactor<br>https://reactormag.com/still-not-even-slightly-apolitical-andre-nortons-the-beast-master/ |
| --- | --- |
| BNG-00000243 | Tuf Voyaging - Wikipedia<br>https://en.wikipedia.org/wiki/Tuf_Voyaging |
| BNG-00000251 | Tuf Voyaging by George R. R. Martin \| EBSCO Research Starters<br>https://www.ebsco.com/research-starters/literature-and-writing/tuf-voyaging-george-r-<br>r-martin |
| BNG-00000254 | Superman/Batman: The Supergirl from Krypton \| DC Database \| Fandom<br>https://dc.fandom.com/wiki/Superman/Batman:_The_Supergirl_from_Krypton |
| BNG-00000263 | Dog Cavalry \| DC Database \| Fandom<br>https://dc.fandom.com/wiki/Dog_Cavalry |
| BNG-00000267 | Day 61: Darkseid's Dog Calvary! \| 365 Days of Jack Kirby's Fourth World<br>https://kirbymuseum.org/blogs/365fourth/2010/11/30/day-61-darkseids-dog-calvary/ |
| BNG-00000271 | Flame Thrower (Nostromo) \| Xenopedia \| Fandom<br>https://avp.fandom.com/wiki/Flame_Thrower_(Nostromo) |
| BNG-00000280 | Flamethrower \| Wookieepedia \| Fandom<br>https://starwars.fandom.com/wiki/Flamethrower |

| | |
|---|---|
| BNG-00000285 | Dead Space 2 - Wikipedia<br>https://en.wikipedia.org/wiki/Dead_Space_2 |
| BNG-00000306 | Dead Space (2008 video game) - Wikipedia<br>https://en.wikipedia.org/wiki/Dead_Space_(2008_video_game) |
| BNG-00000325 | Flamethrower - The Doom Wiki at DoomWiki.org<br>https://doomwiki.org/wiki/Flamethrower |
| BNG-00000327 | Strife (1996 video game) - Wikipedia<br>https://en.wikipedia.org/wiki/Strife_(1996_video_game) |
| BNG-00000335 | Kreed (video game) - Wikipedia<br>https://en.wikipedia.org/wiki/Kreed_(video_game) |
| BNG-00000338 | M7057 Flamethrower - Weapon - Halopedia, the Halo wiki<br>https://www.halopedia.org/M7057_flamethrower# |
| BNG-00000344 | Halo: Combat Evolved - Game - Halopedia, the Halo wiki<br>https://www.halopedia.org/Halo:_Combat_Evolved |
| BNG-00000355 | Halo: Combat Evolved for PC - Game - Halopedia, the Halo wiki<br>https://www.halopedia.org/Halo:_Combat_Evolved_(PC_port) |
| BNG-00000359 | Halo 3 - Game - Halopedia, the Halo wiki<br>https://www.halopedia.org/Halo_3 |
| BNG-00000374 | Marathon (1994) \| Pfhorpedia \| Fandom<br>https://marathongame.fandom.com/wiki/Marathon_(1994) |

| | |
|---|---|
| BNG-00000379 | TOZT-7 Backpack Napalm Unit \| Pfhorpedia \| Fandom https://marathongame.fandom.com/wiki/TOZT-7_Backpack_Napalm_Unit |
| BNG-00000382 | M-451 Firestorm \| Mass Effect Wiki \| Fandom https://masseffect.fandom.com/wiki/M-451_Firestorm |
| BNG-00000388 | Mass Effect 2 - Wikipedia https://en.wikipedia.org/wiki/Mass_Effect_2 |
| BNG-00000407 | Blood Pack Pyro \| Mass Effect Wiki \| Fandom https://masseffect.fandom.com/wiki/Blood_Pack_Pyro |
| BNG-00000411 | Blood Pack Pyro \| Mass Effect Wiki \| Fandom https://masseffect.fandom.com/wiki/Blood_Pack_Pyro |
| BNG-00000415 | Blue Suns Pyro \| Mass Effect Wiki \| Fandom https://masseffect.fandom.com/wiki/Blue_Suns_Pyro |
| BNG-00000419 | Project Pyro \| Mass Effect Wiki \| Fandom https://masseffect.fandom.com/wiki/Project_Pyro |
| BNG-00000423 | Metroid Prime - Wikipedia https://en.wikipedia.org/wiki/Metroid_Prime |
| BNG-00000437 | Flamethrower \| Wikitroid \| Fandom https://metroid.fandom.com/wiki/Flamethrower# |
| BNG-00000444 | Beacon tower - Halopedia, the Halo wiki https://www.halopedia.org/Beacon_tower |
| BNG-00000449 | Communicator (Star Trek) - Wikipedia https://en.wikipedia.org/wiki/Communicator_(Star_Trek) |

| | |
|---|---|
| BNG-00000454 | Heavy    Flamer    |    Warhammer    40k    Wiki    |    Fandom<br>https://warhammer40k.fandom.com/wiki/Heavy_Flamer |
| BNG-00000462 | Flamer    |    Warhammer    40k    Wiki    |    Fandom<br>Chttps://warhammer40k.fandom.com/wiki/Flamer |
| BNG-00000472 | Black  Crusade  Core  Rulebook - Warhammer  40k - Lexicanum<br>https://wh40k.lexicanum.com/wiki/Black_Crusade_Core_Rulebook |
| BNG-00000476 | Locator    Beacon    -    Warhammer    40k    -    Lexicanum<br>https://wh40k.lexicanum.com/wiki/Locator_Beacon |
| BNG-00000480 | Beacon    Recovered    |    Dead    Space    Wiki    |    Fandom<br>https://deadspace.fandom.com/wiki/Beacon_Recovered |
| BNG-00000483 | Dead              Space              -              Wikipedia<br>https://en.wikipedia.org/wiki/Dead_Space |
| BNG-00000497 | Forge  of  God,  The  by  Greg  Bear  –  SFFWorld<br>https://www.sffworld.com/2010/12/bookreview672/ |
| BNG-00000502 | The        Forge        of        God        -        Wikipedia<br>https://en.wikipedia.org/wiki/The_Forge_of_God |
| BNG-00000506 | Star        Wars        (film)        -        Wikipedia<br>https://en.wikipedia.org/wiki/Star_Wars_(film) |
| BNG-00000549 | Document    title:    Death    Star    -    Wikipedia<br>https://en.wikipedia.org/wiki/Death_Star |

| | |
|---|---|
| BNG-00000564 | Return of the Jedi - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Return_of_the_Jedi |
| BNG-00000584 | Star Trek (2009 film) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Star_Trek_(2009_film) |
| BNG-00000611 | Narada | Memory Alpha | Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/Narada |
| BNG-00000618 | The Doomsday Machine (Star Trek: The Original Series) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/<br>The_Doomsday_Machine_(Star_Trek:_The_Original_Series) |
| BNG-00000625 | The Doomsday Machine (episode) | Memory Alpha | Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/The_Doomsday_Machine_(episode) |
| BNG-00000646 | Planet killer | Memory Alpha | Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/Planet_killer |
| BNG-00000654 | Halo Array - Halopedia, the Halo wiki<br>Capture URL: https://www.halopedia.org/Halo_Array |

| BNG-00000668 | Halo: Combat Evolved - Game - Halopedia, the Halo wiki Capture URL: https://www.halopedia.org/Halo:_Combat_Evolved |
|---|---|
| BNG-00000678 | Celestial Orrery | Warhammer 40k Wiki | Fandom Capture URL: https://warhammer40k.fandom.com/wiki/Celestial_Orrery |
| BNG-00000683 | Life, the Universe and Everything | Hitchhikers | Fandom Capture URL: https://hitchhikers.fandom.com/wiki/Life,_the_Universe_and_Everything |
| BNG-00000690 | Ultimate Weapon | Hitchhikers | Fandom Capture URL: https://hitchhikers.fandom.com/wiki/Ultimate_Weapon |
| BNG-00000694 | Reckoning, Part 1 | SGCommand | Fandom Capture URL: https://stargate.fandom.com/wiki/Reckoning,_Part_1 |
| BNG-00000703 | Reckoning, Part 2 | SGCommand | Fandom Capture URL: https://stargate.fandom.com/wiki/Reckoning,_Part_2 |
| BNG-00000712 | Dakara superweapon | SGCommand | Fandom Capture URL: https://stargate.fandom.com/wiki/Dakara_superweapon |
| BNG-00000718 | Superweapon | Wookieepedia | Fandom Capture URL: https://starwars.fandom.com/wiki/Superweapon |

| BNG-00000726 | Telepathy \| Superpower Wiki \| Fandom<br>Capture URL: https://powerlisting.fandom.com/wiki/Telepathy |
|---|---|
| BNG-00000736 | Mind uploading - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Mind_uploading |
| BNG-00000753 | Mind uploading in fiction - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Mind_uploading_in_fiction |
| BNG-00000757 | Telepathy \| Memory Alpha \| Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/Telepathy |
| BNG-00000765 | The War of the Worlds - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_War_of_the_Worlds |
| BNG-00000777 | Great Fox \| Arwingpedia \| Fandom<br>Capture URL: https://starfox.fandom.com/wiki/Great_Fox |
| BNG-00000783 | Star Fox 64 \| Arwingpedia \| Fandom<br>Capture URL: https://starfox.fandom.com/wiki/Star_Fox_64 |
| BNG-00000791 | The Star Fox - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_Star_Fox |
| BNG-00000795 | Star Fox (disambiguation) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Star_Fox_(disambiguation) |

| | |
|---|---|
| BNG-00000797 | Footfall                        -                    Wikipedia<br><br>Capture URL: https://en.wikipedia.org/wiki/Footfall |
| BNG-00000802 | War     of     the     Worlds     (2005     film)     -     Wikipedia<br><br>Capture                                                          URL:<br><br>https://en.wikipedia.org/wiki/War_of_the_Worlds_(2005_film) |
| BNG-00000818 | The     War     of     the     Worlds     (1953     film)     -     Wikipedia<br><br>Capture                                                          URL:<br><br>https://en.wikipedia.org/wiki/The_War_of_the_Worlds_(1953_film) |
| BNG-00000830 | Earth     vs.     the     Flying     Saucers     -     Wikipedia<br><br>Capture                                                          URL:<br><br>https://en.wikipedia.org/wiki/Earth_vs._the_Flying_Saucers |
| BNG-00000836 | Independence     Day     (1996     film)     -     Wikipedia<br><br>Capture                                                          URL:<br><br>https://en.wikipedia.org/wiki/Independence_Day_(1996_film) |
| BNG-00000856 | Mars                   Attacks!           -           Wikipedia<br><br>Capture URL: https://en.wikipedia.org/wiki/Mars_Attacks! |
| BNG-00000868 | Battle:       Los       Angeles       -       Wikipedia<br><br>Capture URL: https://en.wikipedia.org/wiki/Battle:_Los_Angeles |
| BNG-00000880 | War     of     the     Worlds:     Goliath     -     Wikipedia<br><br>Capture                                                          URL:<br><br>https://en.wikipedia.org/wiki/War_of_the_Worlds:_Goliath |
| BNG-00000884 | Falling               Skies           -           Wikipedia<br><br>Capture URL: https://en.wikipedia.org/wiki/Falling_Skies |

| | |
|---|---|
| BNG-00000897 | The Dalek Invasion of Earth - Wikipedia Capture URL: https://en.wikipedia.org/wiki/The_Dalek_Invasion_of_Earth |
| BNG-00000906 | Resistance: Fall of Man - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Resistance:_Fall_of_Man |
| BNG-00000917 | Chimeran War \| Resistance Wiki \| Fandom Capture URL: https://resistance.fandom.com/wiki/Chimeran_War |
| BNG-00000931 | Resistance 2 - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Resistance_2 |
| BNG-00000941 | Crysis 2 - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Crysis_2 |
| BNG-00000953 | Crysis 3 - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Crysis_3 |
| BNG-00000967 | Ceph \| Crysis Wiki \| Fandom Capture URL: https://crysis.fandom.com/wiki/Ceph |
| BNG-00000980 | The Killing Star - Wikipedia Capture URL: https://en.wikipedia.org/wiki/The_Killing_Star |
| BNG-00000984 | God Emperor of Dune - Wikipedia Capture URL: https://en.wikipedia.org/wiki/God_Emperor_of_Dune |
| BNG-00000989 | Leto II Atreides - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Leto_II_Atreides |

| BNG-00000996 | Organizations of the Dune universe - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Organizations_of_the_Dune_universe#Titans |
| --- | --- |
| BNG-00001017 | Titans \| Dune Wiki \| Fandom Capture URL: https://dune.fandom.com/wiki/Titans |
| BNG-00001022 | Dune prequel series - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Dune_prequel_series#Legends_of_Dune |
| BNG-00001031 | Darth Sidious \| Wookieepedia \| Fandom Capture URL: https://starwars.fandom.com/wiki/Darth_Sidious |
| BNG-00001116 | Codex - Necrons 5th Edition.pdf |
| BNG-00001216 | Codex - Space Marines - 2008 - 5th Edition.pdf |
| BNG-00001364 | Footfall - Larry Niven.pdf |
| BNG-00001988 | God Emperor of Dune - Frank Herbert.pdf |
| BNG-00002433 | HG Wells Omnibus.pdf |
| BNG-00011295 | How to Paint Space Marines.pdf |
| BNG-00011395 | Jack Williamson - The Legion of Space - 1.pdf |
| BNG-00011635 | Jack Williamson - The Legion Of Space - Galaxy Science Fiction Novel 2 (1935).pdf |
| BNG-00011795 | Jack Williamson - The Legion of Space - The Complete Saga.pdf |
| BNG-00012989 | Legends of Dune Trilogy Box Set - Brian_Herbert.pdf |

| | |
|---|---|
| BNG-00013578 | Life, the Universe, and Everything.pdf |
| BNG-00013784 | Lightning Source.joboptions |
| BNG-00013789 | Phules Company.pdf |
| BNG-00013937 | Phule's Paradise.pdf |
| BNG-00014217 | Skylark of Valeron - EE Doc Smith.pdf |
| BNG-00014481 | The Forge of God - Greg Bear.pdf |
| BNG-00014872 | The Killing Star - Pellegrino.pdf |
| BNG-00015221 | The Shadow out of Time.pdf |
| BNG-00015305 | The Skylark of Space - EE Doc Smith.pdf |
| BNG-00015415 | The Star Fox - Poule Anderson.pdf |
| BNG-00015635 | Highlights - Thrall |
| BNG-00085865 | 00001www.destinypedia.com_2024-12-17-19-08-05-S17864579S.pdf |
| BNG-00085867 | 00002www.destinypedia.com_2024-12-17-19-08-06-S17864583S.pdf |
| BNG-00085870 | 00003www.destinypedia.com_2024-12-17-19-08-06-S17864584S.pdf |
| BNG-00085874 | 00005www.destinypedia.com_2024-12-17-19-08-09-S17864586S.pdf |
| BNG-00085881 | S17865056-www.destinypedia.com_2024-12-17-19-24-42.pdf |
| BNG-00085888 | 00001www.youtube.com_2024-12-17-20-15-36-S17866217S.pdf |
| BNG-00085899 | 00002www.youtube.com_2024-12-17-20-17-15-S17866253S.pdf |

| BNG-00085910 | 00001The-Complete-Story-of-Destiny!-From-Origins-to-Final-Shape!-Light-Dark-Saga-Lore-Timeline!-F1746940F.mp4 |
|---|---|
| BNG-00085911 | 00002Destiny-2-The-Red-War-All-Cutscenes-(Season-1)-F1747118F.mp4 |
| BNG-00085912 | S22320378-www.bungie.net_2025-10-23-18-12-41.pdf |
| BNG-00085915 | S22320389-www.bungie.net_2025-10-23-18-13-57.pdf |
| BNG-00085923 | S22323569-www.bungie.net_2025-10-23-19-52-40.pdf |
| BNG-00085937 | S22324076-platform.twitter.com_2025-10-23-20-01-02.pdf |
| BNG-00085947 | S22324537-www.bungie.net_2025-10-23-20-09-09.pdf |
| BNG-00085951 | S22325226-web.archive.org_2025-10-23-20-19-46.pdf |
| BNG-00085954 | S22325398-web.archive.org_2025-10-23-20-22-37.pdf |
| BNG-00085957 | S22325631-www.gamesradar.com_2025-10-23-20-24-40.pdf |
| BNG-00085979 | S22325858-www.polygon.com_2025-10-23-20-28-00.pdf |
| BNG-00086028 | S22326026-www.theverge.com_2025-10-23-20-31-55.pdf |
| BNG-00131463 | 01847-S22086837S-www.facebook.com_2025-10-09-12-54-54.pdf |
| BNG-00131481 | Facebook Screenshot - Destiny's Post |
| BNG-00131502 | Instagram Post from Destiny The Game |
| BNG-00131523 | Copyright office - For Deposit - The Red Legion |

| BNG-00131525 | Copyright Office - Application for The Red Legion |
| --- | --- |
| BNG-00131534 | Certificate of Registration for The Red Legion |
| BNG-00131538 | Spreadsheet |
| BNG-00131539 | Spreadsheet |
| BNG-00131540 | Daily Active Users Chart |
| BNG-00131541 | Bungie, Inc. Limited due diligence analysis – March 2019 |
| BNG-00131591 | Destiny - Actuals to Date - GAAP View |
| BNG-00131592 | Bungie Financial Spreadsheet |
| BNG-00131593 | Bungie, Inc. Limited due diligence analysis - April 2021 |
| BNG-00131633 | Transmittal Letter - Financial Spreadsheet |
| BNG-00131634 | Destiny - Actuals to Date - GAAP View |
| BNG-00131635 | Destiny - Actuals to Date - GAAP View |
| BNG-00131636 | Destiny 2 Average / Peak daily viewers, between Thrusday 14th September and Wednesday 17th September |
| BNG-00081074 | S20831559-www.facebook.com_2025-07-24-15-45-09.pdf |
| BNG-00081076 | S20831628-www.facebook.com_2025-07-24-15-47-37.pdf |
| BNG-00081078 | S20831640-www.facebook.com_2025-07-24-15-48-17.pdf |
| BNG-00081080 | S20831786-www.facebook.com_2025-07-24-15-54-43.pdf |
| BNG-00081082 | S20831798-www.facebook.com_2025-07-24-15-55-15.pdf |

| | |
|---|---|
| BNG-00081084 | S20831837-www.facebook.com_2025-07-24-15-57-26.pdf |
| BNG-00081087 | S20831909-www.facebook.com_2025-07-24-16-01-00.pdf |
| BNG-00081089 | S20832015-web.archive.org_2025-07-24-16-05-53.pdf |
| BNG-00081098 | S20832110-web.archive.org_2025-07-24-16-10-52.pdf |
| BNG-00081106 | S20832209-web.archive.org_2025-07-24-16-15-26.pdf |
| BNG-00081108 | S20832356-web.archive.org_2025-07-24-16-22-43.pdf |
| BNG-00081115 | S20832374-web.archive.org_2025-07-24-16-23-42.pdf |
| BNG-00081123 | S20832416-web.archive.org_2025-07-24-16-25-46.pdf |
| BNG-00081127 | S20832477-web.archive.org_2025-07-24-16-28-52.pdf |
| BNG-00081132 | S20832526-web.archive.org_2025-07-24-16-30-47.pdf |
| BNG-00081145 | S20832586-web.archive.org_2025-07-24-16-33-50.pdf |
| BNG-00081147 | S20832594-web.archive.org_2025-07-24-16-34-23.pdf |
| BNG-00081149 | S20832657-web.archive.org_2025-07-24-16-37-10.pdf |
| BNG-00081151 | S20832670-web.archive.org_2025-07-24-16-37-54.pdf |
| BNG-00081153 | S20832681-web.archive.org_2025-07-24-16-38-30.pdf |
| BNG-00081155 | S20832688-web.archive.org_2025-07-24-16-38-53.pdf |

| | |
|---|---|
| BNG-00081157 | S20832701-pacsoracle.com_2025-07-24-16-39-28.pdf |
| BNG-00081159 | S20832728-casparcole.wordpress.com_2025-07-24-16-40-27.pdf |
| BNG-00081162 | S20832744-steamcommunity.com_2025-07-24-16-41-16.pdf |
| BNG-00081165 | S20832787-web.archive.org_2025-07-24-16-42-54.pdf |
| BNG-00081167 | S20833142-web.archive.org_2025-07-24-17-00-22.pdf |
| BNG-00081169 | S21298222-steamcommunity.com_2025-08-18-19-49-38.pdf |
| BNG-00081171 | S21298919-www.instagram.com_2025-08-18-21-02-14.pdf |
| BNG-00081174 | S21298925-www.instagram.com_2025-08-18-21-03-11.pdf |
| BNG-00081177 | S21298936-www.instagram.com_2025-08-18-21-04-15.pdf |
| BNG-00081180 | S21299046-www.youtube.com_2025-08-18-21-16-53.pdf |
| BNG-00081186 | S21316602-web.archive.org_2025-08-20-18-30-31.pdf |
| BNG-00081194 | S21316609-web.archive.org_2025-08-20-18-31-26.pdf |
| BNG-00081202 | S21316651-web.archive.org_2025-08-20-18-35-05.pdf |
| BNG-00081212 | S21316654-web.archive.org_2025-08-20-18-35-35.pdf |
| BNG-00081222 | S21316677-web.archive.org_2025-08-20-18-38-01.pdf |
| BNG-00081227 | S21316737-web.archive.org_2025-08-20-18-39-30.pdf |

| | |
|---|---|
| BNG-00081232 | S21316902-web.archive.org_2025-08-20-18-50-31.pdf |
| BNG-00081243 | S21316929-web.archive.org_2025-08-20-18-52-10.pdf |
| BNG-00081262 | S21316979-web.archive.org_2025-08-20-18-57-22.pdf |
| BNG-00081268 | S21316986-web.archive.org_2025-08-20-18-58-18.pdf |
| BNG-00081275 | S18998462-www.youtube.com_2025-03-30-04-05-50.pdf |
| BNG-00081288 | 00001Destiny-2-Curse-of-Osiris-All-Cutscenes-(Season-2)-F1893710F.mp4 |

Dated: Oct. 28, 2025                    Respectfully submitted,

/s/ *Tamar Y. Duvdevani*

Tamar Y. Duvdevani (*pro hac vice*)
Jared Greenfield (*pro hac vice*)
**DLA PIPER LLP (US)**
1251 Avenue of The Americas, 27th Fl.
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

Darleene Peters (#25638)
Connor W. Peth (#39499)
**Irwin, Fritchie, Urquhart & Moore, LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
dpeters@irwinllc.com
cpeth@irwinllc.com

*Counsel for Bungie, Inc.*