## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| MATTHEW KELSEY MARTINEAU, | |
| *Plaintiff*, | |
| | CIVIL ACTION NO. 24-cv-02387 |
| v. | |
| | JUDGE SUSIE MORGAN |
| BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive, | |
| *Defendants*. | MAGISTRATE JUDGE MICHAEL B. NORTH |

## <u>BUNGIE, INC.'S AMENDED EXHIBIT LIST</u>

NOW INTO COURT, through undersigned counsel, comes defendant, Bungie, Inc. ("Bungie"), who submits the following amended List of Exhibits pursuant to the Court's Scheduling Order (ECF No. 16). As discovery is ongoing, Bungie reserves its right to amend/or supplement this list as needed.

| Beg. Bates Nos. | File Name / Description |
|---|---|
| BNG-00015719 | D2 Combatant Updates.one |
| BNG-00015723-15792 | Cabal Red Guard.one |
| BNG-00015793-15849 | D2 Cabal.one |

| BNG-00015850-16115 | D2 Combatant Development.one |
|---|---|
| BNG-00016116-16169 | D2 Fallen.one |
| BNG-00016170-16196 | D2 Hive.one |
| BNG-00016197-16204 | D2 Race Fiction.one |
| BNG-00016205-16244 | D2 Taken.one |
| BNG-00016245-16275 | D2 Vex.one |
| BNG-00016276-16406 | D2 Race Guidelines.one |
| BNG-00016407-16428 | Players.one |
| BNG-00016429-16521 | Cinematic Specs.one |

| BNG-00016522-16564 | Essential Fiction 2.one |
|---|---|
| BNG-00016565-16591 | Essential Fiction.one |
| BNG-00016592-16598 | Foundations.one |
| BNG-00016599-16692 | Combatant Documentation.one |
| BNG-00016693-16890 | Combatant Grimoire.one |
| BNG-00016891-17233 | Combatants.one |
| BNG-00017234-17247 | Players.one |
| BNG-00017247-17712 | UI.one |
| BNG-00017713-17749 | 2. PvP.one |

| BNG-00017750-17948 | 3. Raids.one |
|---|---|
| BNG-00017949-17998 | 4. Portals.one |
| BNG-00017999-18016 | 5. Death Mechanics.one |
| BNG-00018017-18036 | 6. Vehicle Delivery.one |
| BNG-00018037-18053 | A8A53541.tmp |
| BNG-00018054-18780 | ARCHIVE- Comet Weapon Art.one |
| BNG-00018781-20287 | ARCHIVE- Comet Weapon Investment.one |
| BNG-00020288-20356 | Ability Specs.one |
| BNG-00020357-20361 | Accessories.one |

| BNG-00020362-20452 | Armor - D1.one |
| --- | --- |
| BNG-00020453-20637 | Armor-D2.one |
| BNG-00020638-20654 | C206A479.tmp |
| BNG-00020655-20816 | Classes.one |
| BNG-00020817-20832 | Dropship Command Point Sequences.one |
| BNG-00020833-20841 | Dropship Intructions.one |
| BNG-00020842-20846 | HUD States.one |
| BNG-00020847-20858 | Heat.one |
| BNG-00020859-20880 | Melee 2.0.one |

| BNG-00020881-20919 | Meteor Pitches.one |
|---|---|
| BNG-00020920-20941 | Personal Weapons.one |
| BNG-00020942-20976 | SANDBOX PILLARS.one |
| BNG-00020977-20980 | Super.one |
| BNG-00020981-21005 | Systems.one |
| BNG-00021006-21089 | Talents.one |
| BNG-00021090-21095 | Unit Camera.one |
| BNG-00021096-21098 | Vehicle Animation List.one |
| BNG-00021099-21651 | Vehicles.one |

| BNG-00021652-22348 | Weapons - D2.one |
|---|---|
| BNG-00022349-22544 | Weapons - Maverick.one |
| BNG-00022545-22660 | Weapons - SCRATCH.one |
| BNG-00022661-22702 | 2. Characters.one |
| BNG-00022703-22724 | 3. Activities.one |
| BNG-00022725-22729 | 11. Companion.one |
| BNG-00022730-22736 | 3. Clans.one |
| BNG-00022737-22751 | 5. Guilds.one |
| BNG-00022752-22758 | 8. Activity Flow.one |

| BNG-00022759-22787 | Products.one |
|---|---|
| BNG-00022788-22801 | User Experience.one |
| BNG-00022802-23342 | CHARACTER ISSUES.one |
| BNG-00023343-23346 | COMBATANT ISSUES.one |
| BNG-00023347-23400 | DESTINATIONS + MISSIONS.one |
| BNG-00023401-23402 | FRANCHISE QUESTIONS.one |
| BNG-00023403-23411 | STORY PITCHES.one |
| BNG-00023412-23421 | TRACKING PAGES.one |
| BNG-00023422 | WRITERS' SCRATCH PAD.one |

| | |
|---|---|
| BNG-00000001 | Blood of the Empire Complete Video |
| BNG-00000002 | Screenshot of warhammer40k.fandom.com, https://warhammer40k.fandom.com/wiki/Red_Legion |
| BNG-00000006 | Star Wars: the Old Republic 1 Blood of the Empire : Free Download, Borrow, and Streaming : Internet Archive, https://archive.org/details/starwarsoldrepub0000unse_o3v0/mode/1up?view=theater&q=ss |
| BNG-00000085 | Star Wars: The Old Republic #4—Blood of the Empire part 1 :: Profile :: Dark Horse Comics, https://archive.org/details/starwarsoldrepub0000unse_o3v0/mode/1up?view=theater&q=ss |
| BNG-00000088 | Red Legion \| Amalur Wiki \| Fandom, https://amalur.fandom.com/wiki/Red_Legion |
| BNG-00000092 | Red Legion \| TibiaWiki \| Fandom, https://tibia.fandom.com/wiki/Red_Legion |
| BNG-00000096 | Screeen short of https://tibia.fandom.com/wiki/Aneus |
| BNG-00000100 | Space Marine Legion - Warhammer 40k - Lexicanum, https://wh40k.lexicanum.com/wiki/Space_Marine_Legion |

| BNG-00000109 | Galactic Warlord (Last Legionary, #1) by Douglas Arthur Hill \| Goodreads, https://www.goodreads.com/book/show/440782.Galactic_Warlord |
|---|---|
| BNG-00000121 | Young Legionary (Last Legionary, #5) by Douglas Arthur Hill \| Goodreads https://www.goodreads.com/book/show/1142739.Young_Legionary |
| BNG-00000129 | Last            Legionary        -            Wikipedia https://en.wikipedia.org/wiki/Last_Legionary |
| BNG-00000135 | The Legion of Space by Jack Williamson \| EBSCO Research Starters https://www.ebsco.com/research-starters/literature-and-writing/legion-space-jack-williamson |
| BNG-00000139 | The            Cometeers         -            Wikipedia https://en.wikipedia.org/wiki/The_Cometeers |
| BNG-00000145 | The  Legion  of  Space  -  Jack  Williamson  -  Google  Books https://books.google.com/books?vid=ISBN9780722191712 |
| BNG-00000147 | Phule's          Company         (series)        -            Wikipedia https://en.wikipedia.org/wiki/Phule%27s_Company_(series) |
| BNG-00000153 | Dead             Space            3          -            Wikipedia https://en.wikipedia.org/wiki/Dead_Space_3 |
| BNG-00000170 | Sovereign  Colonies  Armed  Forces  \|  Dead  Space  Wiki  \|  Fandom https://deadspace.fandom.com/wiki/Sovereign_Colonies_Armed_Forces |

| BNG-00000183 | Legionary Suit \| Dead Space Wiki \| Fandom<br>https://deadspace.fandom.com/wiki/Legionary_Suit |
|---|---|
| BNG-00000190 | Phyrexian War Beast \| Deckmaster \| Card Kingdom<br>https://www.cardkingdom.com/mtg/deckmaster/phyrexian-war-beast?srsltid=AfmBOoowRfveUFhJMWZzKlrhFvuyKZoiYPj8sdbQOJBYRndLgmuP0RFp |
| BNG-00000193 | Phyrexian War Beast (Alliances English) \| Magic: The Gathering<br>https://gatherer.wizards.com/AL/en-us/0b/phyrexian-war-beast |
| BNG-00000196 | War Hounds \| Warhammer 40k Wiki \| Fandom<br>https://warhammer40k.fandom.com/wiki/War_Hounds |
| BNG-00000207 | War Beasts \| Warhammer Wiki \| Fandom<br>https://warhammerfantasy.fandom.com/wiki/Category:War_Beasts |
| BNG-00000211 | Chaos Warhounds \| Warhammer Wiki \| Fandom<br>https://warhammerfantasy.fandom.com/wiki/Chaos_Warhounds |
| BNG-00000218 | Norscan Warhounds \| Warhammer Wiki \| Fandom<br>https://warhammerfantasy.fandom.com/wiki/Norscan_Warhounds |
| BNG-00000221 | Dire Wolves \| Warhammer Wiki \| Fandom<br>https://warhammerfantasy.fandom.com/wiki/Dire_Wolves |
| BNG-00000226 | Scurvy Dogs \| Warhammer Wiki \| Fandom<br>https://warhammerfantasy.fandom.com/wiki/Scurvy_Dogs |

| BNG-00000229 | The Beast Master - Wikipedia<br>https://en.wikipedia.org/wiki/The_Beast_Master |
|---|---|
| BNG-00000233 | Still Not Even Slightly Apolitical: Andre Norton's The Beast Master - Reactor<br>https://reactormag.com/still-not-even-slightly-apolitical-andre-nortons-the-beast-master/ |
| BNG-00000243 | Tuf Voyaging - Wikipedia<br>https://en.wikipedia.org/wiki/Tuf_Voyaging |
| BNG-00000251 | Tuf Voyaging by George R. R. Martin | EBSCO Research Starters<br>https://www.ebsco.com/research-starters/literature-and-writing/tuf-voyaging-george-r-<br>r-martin |
| BNG-00000254 | Superman/Batman: The Supergirl from Krypton | DC Database | Fandom<br>https://dc.fandom.com/wiki/Superman/Batman:_The_Supergirl_from_Krypton |
| BNG-00000263 | Dog Cavalry | DC Database | Fandom<br> https://dc.fandom.com/wiki/Dog_Cavalry |
| BNG-00000267 | Day 61: Darkseid's Dog Calvary! | 365 Days of Jack Kirby's Fourth World<br>https://kirbymuseum.org/blogs/365fourth/2010/11/30/day-61-darkseids-dog-calvary/ |
| BNG-00000271 | Flame Thrower (Nostromo) | Xenopedia | Fandom<br>https://avp.fandom.com/wiki/Flame_Thrower_(Nostromo) |

| BNG-00000280 | Flamethrower \| Wookieepedia \| Fandom<br>https://starwars.fandom.com/wiki/Flamethrower |
|---|---|
| BNG-00000285 | Dead Space 2 - Wikipedia<br>https://en.wikipedia.org/wiki/Dead_Space_2 |
| BNG-00000306 | Dead Space (2008 video game) - Wikipedia<br>https://en.wikipedia.org/wiki/Dead_Space_(2008_video_game) |
| BNG-00000325 | Flamethrower - The Doom Wiki at DoomWiki.org<br>https://doomwiki.org/wiki/Flamethrower |
| BNG-00000327 | Strife (1996 video game) - Wikipedia<br>https://en.wikipedia.org/wiki/Strife_(1996_video_game) |
| BNG-00000335 | Kreed (video game) - Wikipedia<br>https://en.wikipedia.org/wiki/Kreed_(video_game) |
| BNG-00000338 | M7057 Flamethrower - Weapon - Halopedia, the Halo wiki<br>https://www.halopedia.org/M7057_flamethrower# |
| BNG-00000344 | Halo: Combat Evolved - Game - Halopedia, the Halo wiki<br>https://www.halopedia.org/Halo:_Combat_Evolved |
| BNG-00000355 | Halo: Combat Evolved for PC - Game - Halopedia, the Halo wiki<br>https://www.halopedia.org/Halo:_Combat_Evolved_(PC_port) |
| BNG-00000359 | Halo 3 - Game - Halopedia, the Halo wiki<br>https://www.halopedia.org/Halo_3 |

| BNG-00000374 | Marathon (1994) \| Pfhorpedia \| Fandom<br>https://marathongame.fandom.com/wiki/Marathon_(1994) |
|---|---|
| BNG-00000379 | TOZT-7 Backpack Napalm Unit \| Pfhorpedia \| Fandom<br>https://marathongame.fandom.com/wiki/TOZT-7_Backpack_Napalm_Unit |
| BNG-00000382 | M-451 Firestorm \| Mass Effect Wiki \| Fandom<br>https://masseffect.fandom.com/wiki/M-451_Firestorm |
| BNG-00000388 | Mass Effect 2 - Wikipedia<br>https://en.wikipedia.org/wiki/Mass_Effect_2 |
| BNG-00000407 | Blood Pack Pyro \| Mass Effect Wiki \| Fandom<br>https://masseffect.fandom.com/wiki/Blood_Pack_Pyro |
| BNG-00000411 | Blood Pack Pyro \| Mass Effect Wiki \| Fandom<br>https://masseffect.fandom.com/wiki/Blood_Pack_Pyro |
| BNG-00000415 | Blue Suns Pyro \| Mass Effect Wiki \| Fandom<br>https://masseffect.fandom.com/wiki/Blue_Suns_Pyro |
| BNG-00000419 | Project Pyro \| Mass Effect Wiki \| Fandom<br>https://masseffect.fandom.com/wiki/Project_Pyro |
| BNG-00000423 | Metroid Prime - Wikipedia<br>https://en.wikipedia.org/wiki/Metroid_Prime |
| BNG-00000437 | Flamethrower \| Wikitroid \| Fandom<br>https://metroid.fandom.com/wiki/Flamethrower# |
| BNG-00000444 | Beacon tower - Halopedia, the Halo wiki<br>https://www.halopedia.org/Beacon_tower |

| | |
|---|---|
| BNG-00000449 | Communicator (Star Trek) - Wikipedia https://en.wikipedia.org/wiki/Communicator_(Star_Trek) |
| BNG-00000454 | Heavy Flamer | Warhammer 40k Wiki | Fandom https://warhammer40k.fandom.com/wiki/Heavy_Flamer |
| BNG-00000462 | Flamer | Warhammer 40k Wiki | Fandom Chttps://warhammer40k.fandom.com/wiki/Flamer |
| BNG-00000472 | Black Crusade Core Rulebook - Warhammer 40k - Lexicanum https://wh40k.lexicanum.com/wiki/Black_Crusade_Core_Rulebook |
| BNG-00000476 | Locator Beacon - Warhammer 40k - Lexicanum https://wh40k.lexicanum.com/wiki/Locator_Beacon |
| BNG-00000480 | Beacon Recovered | Dead Space Wiki | Fandom https://deadspace.fandom.com/wiki/Beacon_Recovered |
| BNG-00000483 | Dead Space - Wikipedia https://en.wikipedia.org/wiki/Dead_Space |
| BNG-00000497 | Forge of God, The by Greg Bear — SFFWorld https://www.sffworld.com/2010/12/bookreview672/ |
| BNG-00000502 | The Forge of God - Wikipedia https://en.wikipedia.org/wiki/The_Forge_of_God |
| BNG-00000506 | Star Wars (film) - Wikipedia https://en.wikipedia.org/wiki/Star_Wars_(film) |

| | |
|---|---|
| BNG-00000549 | Document title: Death Star - Wikipedia<br>https://en.wikipedia.org/wiki/Death_Star |
| BNG-00000564 | Return of the Jedi - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Return_of_the_Jedi |
| BNG-00000584 | Star Trek (2009 film) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Star_Trek_(2009_film) |
| BNG-00000611 | Narada | Memory Alpha | Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/Narada |
| BNG-00000618 | The Doomsday Machine (Star Trek: The Original Series) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_Doomsday_Machine_(Star_Trek:_The_Original_Series) |
| BNG-00000625 | The Doomsday Machine (episode) | Memory Alpha | Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/The_Doomsday_Machine_(episode) |
| BNG-00000646 | Planet killer | Memory Alpha | Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/Planet_killer |
| BNG-00000654 | Halo Array - Halopedia, the Halo wiki<br>Capture URL: https://www.halopedia.org/Halo_Array |

| BNG-00000668 | Halo: Combat Evolved - Game - Halopedia, the Halo wiki Capture URL: https://www.halopedia.org/Halo:_Combat_Evolved |
|---|---|
| BNG-00000678 | Celestial Orrery \| Warhammer 40k Wiki \| Fandom Capture URL: https://warhammer40k.fandom.com/wiki/Celestial_Orrery |
| BNG-00000683 | Life, the Universe and Everything \| Hitchhikers \| Fandom Capture URL: https://hitchhikers.fandom.com/wiki/Life,_the_Universe_and_Everything |
| BNG-00000690 | Ultimate Weapon \| Hitchhikers \| Fandom Capture URL: https://hitchhikers.fandom.com/wiki/Ultimate_Weapon |
| BNG-00000694 | Reckoning, Part 1 \| SGCommand \| Fandom Capture URL: https://stargate.fandom.com/wiki/Reckoning,_Part_1 |
| BNG-00000703 | Reckoning, Part 2 \| SGCommand \| Fandom Capture URL: https://stargate.fandom.com/wiki/Reckoning,_Part_2 |
| BNG-00000712 | Dakara superweapon \| SGCommand \| Fandom Capture URL: https://stargate.fandom.com/wiki/Dakara_superweapon |
| BNG-00000718 | Superweapon \| Wookieepedia \| Fandom Capture URL: https://starwars.fandom.com/wiki/Superweapon |

| BNG-00000726 | Telepathy \| Superpower Wiki \| Fandom<br>Capture URL: https://powerlisting.fandom.com/wiki/Telepathy |
|---|---|
| BNG-00000736 | Mind uploading - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Mind_uploading |
| BNG-00000753 | Mind uploading in fiction - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Mind_uploading_in_fiction |
| BNG-00000757 | Telepathy \| Memory Alpha \| Fandom<br>Capture URL: https://memory-alpha.fandom.com/wiki/Telepathy |
| BNG-00000765 | The War of the Worlds - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_War_of_the_Worlds |
| BNG-00000777 | Great Fox \| Arwingpedia \| Fandom<br>Capture URL: https://starfox.fandom.com/wiki/Great_Fox |
| BNG-00000783 | Star Fox 64 \| Arwingpedia \| Fandom<br>Capture URL: https://starfox.fandom.com/wiki/Star_Fox_64 |
| BNG-00000791 | The Star Fox - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_Star_Fox |
| BNG-00000795 | Star Fox (disambiguation) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Star_Fox_(disambiguation) |

| BNG-00000797 | Footfall - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Footfall |
|---|---|
| BNG-00000802 | War of the Worlds (2005 film) - Wikipedia<br>Capture URL:<br>https://en.wikipedia.org/wiki/War_of_the_Worlds_(2005_film) |
| BNG-00000818 | The War of the Worlds (1953 film) - Wikipedia<br>Capture URL:<br>https://en.wikipedia.org/wiki/The_War_of_the_Worlds_(1953_film) |
| BNG-00000830 | Earth vs. the Flying Saucers - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Earth_vs._the_Flying_Saucers |
| BNG-00000836 | Independence Day (1996 film) - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Independence_Day_(1996_film) |
| BNG-00000856 | Mars Attacks! - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Mars_Attacks! |
| BNG-00000868 | Battle: Los Angeles - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Battle:_Los_Angeles |
| BNG-00000880 | War of the Worlds: Goliath - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/War_of_the_Worlds:_Goliath |
| BNG-00000884 | Falling Skies - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Falling_Skies |

| BNG-00000897 | The Dalek Invasion of Earth - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_Dalek_Invasion_of_Earth |
|---|---|
| BNG-00000906 | Resistance: Fall of Man - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Resistance:_Fall_of_Man |
| BNG-00000917 | Chimeran War \| Resistance Wiki \| Fandom<br>Capture URL: https://resistance.fandom.com/wiki/Chimeran_War |
| BNG-00000931 | Resistance 2 - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Resistance_2 |
| BNG-00000941 | Crysis 2 - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Crysis_2 |
| BNG-00000953 | Crysis 3 - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Crysis_3 |
| BNG-00000967 | Ceph \| Crysis Wiki \| Fandom<br>Capture URL: https://crysis.fandom.com/wiki/Ceph |
| BNG-00000980 | The Killing Star - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/The_Killing_Star |
| BNG-00000984 | God Emperor of Dune - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/God_Emperor_of_Dune |
| BNG-00000989 | Leto II Atreides - Wikipedia<br>Capture URL: https://en.wikipedia.org/wiki/Leto_II_Atreides |

| BNG-00000996 | Organizations of the Dune universe - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Organizations_of_the_Dune_universe#Titans |
| --- | --- |
| BNG-00001017 | Titans \| Dune Wiki \| Fandom Capture URL: https://dune.fandom.com/wiki/Titans |
| BNG-00001022 | Dune prequel series - Wikipedia Capture URL: https://en.wikipedia.org/wiki/Dune_prequel_series#Legends_of_Dune |
| BNG-00001031 | Darth Sidious \| Wookieepedia \| Fandom Capture URL: https://starwars.fandom.com/wiki/Darth_Sidious |
| BNG-00001116 | Codex - Necrons 5th Edition.pdf |
| BNG-00001216 | Codex - Space Marines - 2008 - 5th Edition.pdf |
| BNG-00001364 | Footfall - Larry Niven.pdf |
| BNG-00001988 | God Emperor of Dune - Frank Herbert.pdf |
| BNG-00002433 | HG Wells Omnibus.pdf |
| BNG-00011295 | How to Paint Space Marines.pdf |
| BNG-00011395 | Jack Williamson - The Legion of Space - 1.pdf |

| BNG-00011635 | Jack Williamson - The Legion Of Space - Galaxy Science Fiction Novel 2 (1935).pdf |
|---|---|
| BNG-00011795 | Jack Williamson - The Legion of Space - The Complete Saga.pdf |
| BNG-00012989 | Legends of Dune Trilogy Box Set - Brian_Herbert.pdf |
| BNG-00013578 | Life, the Universe, and Everything.pdf |
| BNG-00013784 | Lightning Source.joboptions |
| BNG-00013789 | Phules Company.pdf |
| BNG-00013937 | Phule's Paradise.pdf |
| BNG-00014217 | Skylark of Valeron - EE Doc Smith.pdf |
| BNG-00014481 | The Forge of God - Greg Bear.pdf |
| BNG-00014872 | The Killing Star - Pellegrino.pdf |
| BNG-00015221 | The Shadow out of Time.pdf |
| BNG-00015305 | The Skylark of Space - EE Doc Smith.pdf |

| BNG-00015415 | The Star Fox - Poule Anderson.pdf |
|---|---|
| BNG-00015635 | Highlights - Thrall |
| BNG-00085865 | 00001www.destinypedia.com_2024-12-17-19-08-05-S17864579S.pdf |
| BNG-00085867 | 00002www.destinypedia.com_2024-12-17-19-08-06-S17864583S.pdf |
| BNG-00085870 | 00003www.destinypedia.com_2024-12-17-19-08-06-S17864584S.pdf |
| BNG-00085874 | 00005www.destinypedia.com_2024-12-17-19-08-09-S17864586S.pdf |
| BNG-00085881 | S17865056-www.destinypedia.com_2024-12-17-19-24-42.pdf |
| BNG-00085888 | 00001www.youtube.com_2024-12-17-20-15-36-S17866217S.pdf |
| BNG-00085899 | 00002www.youtube.com_2024-12-17-20-17-15-S17866253S.pdf |
| BNG-00085910 | 00001The-Complete-Story-of-Destiny!-From-Origins-to-Final-Shape!-Light-Dark-Saga-Lore-Timeline!-F1746940F.mp4 |
| BNG-00085911 | 00002Destiny-2-The-Red-War-All-Cutscenes-(Season-1)-F1747118F.mp4 |
| BNG-00085912 | S22320378-www.bungie.net_2025-10-23-18-12-41.pdf |

| BNG-00085915 | S22320389-www.bungie.net_2025-10-23-18-13-57.pdf |
|---|---|
| BNG-00085923 | S22323569-www.bungie.net_2025-10-23-19-52-40.pdf |
| BNG-00085937 | S22324076-platform.twitter.com_2025-10-23-20-01-02.pdf |
| BNG-00085947 | S22324537-www.bungie.net_2025-10-23-20-09-09.pdf |
| BNG-00085951 | S22325226-web.archive.org_2025-10-23-20-19-46.pdf |
| BNG-00085954 | S22325398-web.archive.org_2025-10-23-20-22-37.pdf |
| BNG-00085957 | S22325631-www.gamesradar.com_2025-10-23-20-24-40.pdf |
| BNG-00085979 | S22325858-www.polygon.com_2025-10-23-20-28-00.pdf |
| BNG-00086028 | S22326026-www.theverge.com_2025-10-23-20-31-55.pdf |
| BNG-00131463 | 01847-S22086837S-www.facebook.com_2025-10-09-12-54-54.pdf |
| BNG-00131481 | Facebook Screenshot - Destiny's Post |
| BNG-00131502 | Instagram Post from Destiny The Game |

| BNG-00131523 | Copyright office - For Deposit - The Red Legion |
|---|---|
| BNG-00131525 | Copyright Office - Application for The Red Legion |
| BNG-00131534 | Certificate of Registration for The Red Legion |
| BNG-00131538 | Spreadsheet |
| BNG-00131539 | Spreadsheet |
| BNG-00131540 | Daily Active Users Chart |
| BNG-00131541 | Bungie, Inc. Limited due diligence analysis – March 2019 |
| BNG-00131591 | Destiny - Actuals to Date - GAAP View |
| BNG-00131592 | Bungie Financial Spreadsheet |
| BNG-00131593 | Bungie, Inc. Limited due diligence analysis - April 2021 |
| BNG-00131633 | Transmittal Letter - Financial Spreadsheet |
| BNG-00131634 | Destiny - Actuals to Date - GAAP View |

| BNG-00131635 | Destiny - Actuals to Date - GAAP View |
|---|---|
| BNG-00131636 | Destiny 2 Average / Peak daily viewers, between Thrusday 14th September and Wednesday 17th September |
| BNG-00081074 | S20831559-www.facebook.com_2025-07-24-15-45-09.pdf |
| BNG-00081076 | S20831628-www.facebook.com_2025-07-24-15-47-37.pdf |
| BNG-00081078 | S20831640-www.facebook.com_2025-07-24-15-48-17.pdf |
| BNG-00081080 | S20831786-www.facebook.com_2025-07-24-15-54-43.pdf |
| BNG-00081082 | S20831798-www.facebook.com_2025-07-24-15-55-15.pdf |
| BNG-00081084 | S20831837-www.facebook.com_2025-07-24-15-57-26.pdf |
| BNG-00081087 | S20831909-www.facebook.com_2025-07-24-16-01-00.pdf |
| BNG-00081089 | S20832015-web.archive.org_2025-07-24-16-05-53.pdf |
| BNG-00081098 | S20832110-web.archive.org_2025-07-24-16-10-52.pdf |
| BNG-00081106 | S20832209-web.archive.org_2025-07-24-16-15-26.pdf |

| BNG-00081108 | S20832356-web.archive.org_2025-07-24-16-22-43.pdf |
| BNG-00081115 | S20832374-web.archive.org_2025-07-24-16-23-42.pdf |
| BNG-00081123 | S20832416-web.archive.org_2025-07-24-16-25-46.pdf |
| BNG-00081127 | S20832477-web.archive.org_2025-07-24-16-28-52.pdf |
| BNG-00081132 | S20832526-web.archive.org_2025-07-24-16-30-47.pdf |
| BNG-00081145 | S20832586-web.archive.org_2025-07-24-16-33-50.pdf |
| BNG-00081147 | S20832594-web.archive.org_2025-07-24-16-34-23.pdf |
| BNG-00081149 | S20832657-web.archive.org_2025-07-24-16-37-10.pdf |
| BNG-00081151 | S20832670-web.archive.org_2025-07-24-16-37-54.pdf |
| BNG-00081153 | S20832681-web.archive.org_2025-07-24-16-38-30.pdf |
| BNG-00081155 | S20832688-web.archive.org_2025-07-24-16-38-53.pdf |
| BNG-00081157 | S20832701-pacsoracle.com_2025-07-24-16-39-28.pdf |

| BNG-00081159 | S20832728-casparcole.wordpress.com_2025-07-24-16-40-27.pdf |
|---|---|
| BNG-00081162 | S20832744-steamcommunity.com_2025-07-24-16-41-16.pdf |
| BNG-00081165 | S20832787-web.archive.org_2025-07-24-16-42-54.pdf |
| BNG-00081167 | S20833142-web.archive.org_2025-07-24-17-00-22.pdf |
| BNG-00081169 | S21298222-steamcommunity.com_2025-08-18-19-49-38.pdf |
| BNG-00081171 | S21298919-www.instagram.com_2025-08-18-21-02-14.pdf |
| BNG-00081174 | S21298925-www.instagram.com_2025-08-18-21-03-11.pdf |
| BNG-00081177 | S21298936-www.instagram.com_2025-08-18-21-04-15.pdf |
| BNG-00081180 | S21299046-www.youtube.com_2025-08-18-21-16-53.pdf |
| BNG-00081186 | S21316602-web.archive.org_2025-08-20-18-30-31.pdf |
| BNG-00081194 | S21316609-web.archive.org_2025-08-20-18-31-26.pdf |
| BNG-00081202 | S21316651-web.archive.org_2025-08-20-18-35-05.pdf |

| BNG-00081212 | S21316654-web.archive.org_2025-08-20-18-35-35.pdf |
|---|---|
| BNG-00081222 | S21316677-web.archive.org_2025-08-20-18-38-01.pdf |
| BNG-00081227 | S21316737-web.archive.org_2025-08-20-18-39-30.pdf |
| BNG-00081232 | S21316902-web.archive.org_2025-08-20-18-50-31.pdf |
| BNG-00081243 | S21316929-web.archive.org_2025-08-20-18-52-10.pdf |
| BNG-00081262 | S21316979-web.archive.org_2025-08-20-18-57-22.pdf |
| BNG-00081268 | S21316986-web.archive.org_2025-08-20-18-58-18.pdf |
| BNG-00081275 | S18998462-www.youtube.com_2025-03-30-04-05-50.pdf |
| BNG-00081288 | 00001Destiny-2-Curse-of-Osiris-All-Cutscenes-(Season-2)-F1893710F.mp4 |
| Produced without Bates stamps | Martineau - April Etsy account statements |
| Produced without Bates stamps | Martineau - May Etsy account statements |
| Produced without Bates stamps | Martineau - June Etsy account statements |

| Produced without Bates stamps | Martineau - Martineau's Letter to Bungie |
|---|---|
| Produced without Bates stamps | Martineau - Twitch email alerting about Code4aza stream |
| Produced without Bates stamps | Martineau - Twitch email alerting about Code4aza stream |
| Produced without Bates stamps | Martineau - Twitch email alerting about Code4aza stream |
| Produced without Bates stamps | Martineau - Copyright registration |
| Produced without Bates stamps | Martineau - Screenshot of text messages with Matthew Haveard |
| Produced without Bates stamps | Martineau - Screenshot of text messages with Matthew Haveard |
| Produced without Bates stamps | Martineau - Screenshot of WordPress site traffic from Oct – Dec 2 2014 |
| Produced without Bates stamps | Martineau - Matthew Haveard's Humble Bundle purchase history |
| Produced without Bates stamps | Martineau - Email with draft Reddit post about claims |

| Produced without Bates stamps | Martineau - Etsy sale confirmation showing price at $1.09 |
|---|---|
| Produced without Bates stamps | Martineau - Etsy sale confirmation showing price at $1.90 |
| Produced without Bates stamps | Martineau - Record showing income from Etsy sales of asserted work |
| Produced without Bates stamps | Martineau - Email confirmation reflecting theredlegion.earth domain purchase |
| Produced without Bates stamps | Martineau - Comment left on Luckyy10p's YouTube video offering refund |
| Produced without Bates stamps | Martineau - Email sent to Luckyy10p offering refund. |
| Produced without Bates stamps | Martineau - JediKman Steam profile |
| Produced without Bates stamps | Martineau - JediKman Steam library |

Dated: Oct. 29, 2025                    Respectfully submitted,

                                        /s/ *Tamar Y. Duvdevani*

                                        Tamar Y. Duvdevani (*pro hac vice*)
                                        Jared Greenfield (*pro hac vice*)
                                        **DLA PIPER LLP (US)**
                                        1251 Avenue of The Americas, 27th Fl.

New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

Darleene Peters (#25638)
Connor W. Peth (#39499)
**Irwin, Fritchie, Urquhart & Moore, LLC**
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
Facsimile: 504-310-2101
dpeters@irwinllc.com
cpeth@irwinllc.com

*Counsel for Bungie, Inc.*