UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**MATTHEW KELSEY MARTINEAU**              **CIVIL ACTION**

**VERSUS**              **NUMBER: 24-2387**

**BUNGIE, INC., ET AL**              **SECTION: "E" (5)**

**ORDER**

**IT IS ORDERED** that Plaintiff Matthew Kelsey Martineau's Motion to Compel (rec. doc. 41) is **SET FOR ORAL HEARING** before the undersigned on **Thursday, November 13, 2025 at 11:00 a.m.** in Courtroom B407, 500 Poydras Street, New Orleans Louisiana 70130.[1]

New Orleans, Louisiana, this 29th day of October, 2025.

             **MICHAEL B. NORTH**
             **UNITED STATES MAGISTRATE JUDGE**

---

[1] The submission date and all attendant filing deadlines remain as noticed in the motion.