UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, <br> Plaintiff, <br> v. <br> BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive, <br> Defendants. | CIVIL ACTION NO. 2:24-cv-02387 <br><br> JUDGE: Susie Morgan <br><br> MAG. JUDGE: Michael B. North <br><br><br> **JURY TRIAL DEMANDED** |

**MOTION FOR LEAVE TO FILE
SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

NOW INTO COURT, through undersigned counsel, comes Plaintiff MATTHEW KELSEY MARTINEAU ("Plaintiff" and/or "MARTINEAU"), who submits this Motion for Leave to File Second Supplemental and Amended Complaint and who, with respect, requests leave to file his Second Supplemental and Amended Complaint.

Counsel for Defendant Bungie has been consulted and opposes filing of the Second Supplemental and Amended Complaint.

1.

This is a claim for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C., §§ 101 *et seq*

2.

In his First Amended Complaint for Copyright Infringement, filed on March 24, 2025 (Rec. Doc. 24), Plaintiff asserts that Defendant Bungie, Inc. ("Bungie") infringes his copyright with its video game "Destiny 2".

3.

A few weeks prior to filing this Motion, Plaintiff learned that Defendant also publishes other infringing works entitled the "Grimoire Anthology".

4.

The Grimoire Anthology comprises multi-volume written works in both hardcover and e-book format that include detailed "lore" regarding Bungie's Destiny 2 video game.

5.

This lore is the expansive backstory, characters, and history of the science-fiction and fantasy universe presented in Destiny 2.

6.

Plaintiff and his counsel were not aware of the Grimoire Anthology until very recently, and long after the First Amended Complaint for Copyright Infringement was filed.

7.

Plaintiff and his counsel only learned of the existence of the Grimoire Anthology through independent research within the last few weeks, with no assistance or input from Defendant.

8.

Importantly, Defendant Bungie failed to specifically disclose the existence of the Grimoire Anthology in response to Plaintiff's discovery requests including, without limitation, written interrogatories and requests for production of documents.

9.

The Grimoire Anthology also infringes Plaintiff's copyrights on his original work.

10.

Plaintiff has an independent basis to initiate an additional claim against defendant Bungie for copyright infringement based upon the recently-discovered Grimoire Anthology.

11.

Nonetheless, Plaintiff believes that the connexity of the claims and judicial efficiency make trial of his copyright infringement claims based upon the Grimoire Anthology in this action more appropriate.

12.

Many of the legal issues, evidence and witnesses overlap in Martineau's claims for copyright infringement based upon Destiny 2 and the Grimoire Anthology.

13.

FRCP 15 provides that "the court should freely give leave when justice so requires."

14.

Martineau respectfully suggests that justice requires supplementation of his Complaint in this action, and requests that this Motion be granted.

15.

Bungie's counsel opposes filing of the Second Supplemental and Amended Complaint.

16.

Martineau submits herewith its proposed Second Supplemental and Amended Complaint.

WHEREFORE, premises considered, Plaintiff MATTHEW KELSEY MARTINEAU respectfully requests that this Motion be granted, that it be allowed

leave of court to file the pleading submitted herewith and that the Court be directed to file the referenced pleading in the civil record.

        Respectfully submitted:

        _s/Ted M. Anthony_____
        Ted M. Anthony, LA #21446 (T.A.)
        BABINEAUX, POCHÉ, ANTHONY
         & SLAVICH, L.L.C.
        P. O. Box 52169
        Lafayette, LA 70505-2169
        Telephone: (337) 984-2505
        Fax: (337) 984-2503
        Email: tanthony@bpasfirm.com

        AND

        BARRY ROME & SCOTT
        STEPHEN R. BARRY #21465
        *A Professional Law Corporation*
        612 Gravier Street
        New Orleans, Louisiana 70130
        Tel: (504) 525-5553
        Fax: (504) 525-1909
        Email: sbarry@barryrome.com

        ATTORNEYS FOR MATTHEW KELSEY
        MARTINEAU