UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, <br> Plaintiff, <br> v. <br> BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive, <br> Defendants. | CIVIL ACTION NO.  2:24-cv-02387 <br><br> JUDGE: Susie Morgan <br><br> MAG. JUDGE:  Michael B. North <br><br><br> **JURY TRIAL DEMANDED** |

**ORDER**

CONSIDERING MATTHEW KELSEY MARTINEAU'S ("MARTINEAU") Motion for Leave to File Second Supplemental Complaint and finding there good cause for the granting of same:

IT IS HEREBY ORDERED that Martineau's Motion for Leave to File Second Amended Complaint be and is hereby granted.

IT IS FURTHER ORDERED that the Clerk of Court shall file into the civil record of the above-captioned matter MATTHEW KELSEY MARTINEAU'S Second Amended Complaint which was submitted with the Motion for Leave.

THUS DONE AND SIGNED on this _____ day of _____, 2025 in _____, Louisiana.

_____
HONORABLE SUSIE MORGAN
UNITED STATES DISTRICT JUDGE