UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>  Plaintiff,<br><br>v.<br><br>BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive,<br><br>  Defendants. | CIVIL ACTION NO.  2:24-cv-02387<br><br>JUDGE: Susie Morgan<br><br>MAG. JUDGE:  Michael B. North<br><br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF SUBMISSION

In connection with the Motion for Leave to File Second Supplemental and Amended Complaint filed on behalf of MATTHEW KELSEY MARTINEAU, a submission date of November 19, 2025, has been set before the Honorable Susie Morgan, at the United States District Courthouse (Eastern District of Louisiana), U.S. Courthouse, 500 Poydras Street, New Orleans, LA 70130.

Respectfully submitted:

 s/Ted M. Anthony
Ted M. Anthony, LA #21446 (T.A.)
BABINEAUX, POCHÉ, ANTHONY
  & SLAVICH, L.L.C.
P. O. Box 52169
Lafayette, LA  70505-2169
Telephone:  (337) 984-2505
Fax:  (337) 984-2503
Email:  tanthony@bpasfirm.com

-2-

AND

BARRY ROME & SCOTT
STEPHEN R. BARRY #21465
*A Professional Law Corporation*
612 Gravier Street
New Orleans, Louisiana 70130
Tel: (504) 525-5553
Fax: (504) 525-1909
Email: sbarry@barryrome.com

ATTORNEYS FOR MATTHEW KELSEY MARTINEAU

-2-