UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, <br><br> Plaintiff, <br><br> v. <br><br> BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive, <br><br> Defendants. | CIVIL ACTION NO.  2:24-cv-02387 <br><br> JUDGE: Susie Morgan <br><br> MAG. JUDGE:  Michael B. North <br><br> **SECOND  SUPPLEMENTAL AND AMENDED COMPLAINT FOR COPYRIGHT INFRINGEMENT** <br><br> **JURY TRIAL DEMANDED** |

## <u>SECOND SUPPLEMENTAL AND AMENDED COMPLAINT</u>

NOW INTO COURT, through undersigned counsel, comes Plaintiff KELSEY MARTINEAU ("Plaintiff" and/or "MARTINEAU"), who asserts this action for copyright infringement under the Copyright Act of 1976, Title 17 U.S.C., §§ 101 *et seq.*, and who hereby files this Second Supplemental and Amended Complaint that supersedes and replaces the original Complaint and the First Amended Complaint filed in this matter, and pleads and alleges as follows:

## <u>THE PARTIES</u>

1.      Martineau is an individual of the full age of majority domiciled in this judicial district in the State of Louisiana.

2.      Martineau is informed and believes, and on that basis alleges, that

Defendant Bungie, Inc. ("Bungie") is a corporation registered, formed and currently existing in good standing under the laws of the State of Delaware. Martineau is informed and believes, and on that basis alleges that the business address of Bungie is Bellevue Galleria, 550 106th Ave NE #207, Bellevue, WA 98004.

3.      The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendants sued herein as Does 1-10 inclusive, are unknown to Martineau, which has therefore sued said defendants by such fictitious names. These defendants may include individuals whose real identities are not yet known to Martineau, but who are acting in concert with one another, often in the guise of Internet aliases, in committing the unlawful acts alleged herein.

4.      Martineau will seek leave to amend this complaint to state their true names and capacities once said defendants' identities and capacities are ascertained. Martineau is informed and believes, and on that basis alleges, that all defendants sued herein are liable to Martineau as a result of their participation in all or some of the acts set forth in this complaint. (All of the aforementioned defendants collectively are referred to herein as "Defendants.").

5.      Martineau is informed and believes, and on that basis alleges, that at all times mentioned in this complaint, each of the Defendants was the agent of each of the other Defendants and, in doing the things alleged in this complaint,

was acting within the course and scope of such agency.

## JURISDICTION AND VENUE

6.    This is a civil action seeking damages, injunctive relief, and other equitable relief under the Copyright Act, 17 U.S.C. § 101 *et seq.*  This Court has subject matter jurisdiction over Martineau's claim for copyright infringement pursuant to 28 U.S.C. §§ 1331 and 1338(a).   The claims asserted herein arose in this judicial district and all Defendants do business in this judicial district.

7.    Additionally, this Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds the sum or value of $75,000, and the action is between a Louisiana citizen and citizens of a foreign jurisdiction.

8.    This Court has personal jurisdiction over Defendants because they have purposefully directed their activities at the State of Louisiana and have purposefully availed themselves of the benefits of doing business in the State of Louisiana.  Martineau is informed and believes, and on that basis alleges, that, without limitation:

a)    Defendants have distributed and continue to distribute the video game "Destiny 2" (hereinafter sometimes  "Infringing Game") in the State of Louisiana through distribution channels operated within the State of Louisiana. Martineau is informed and believes, and on that basis alleges, that

Defendants distributed the Infringing Game worldwide, including in the United States and in the State of Louisiana;

b)    Defendants conduct extensive and ongoing business with customers in the State of Louisiana, including through in-game purchases made by customers in the State of Louisiana. Defendants extensively promote and advertise those in-game purchases. Martineau is informed and believes, and on that basis alleges, that such in-game purchases included charges made to customers in the State of Louisiana; and

c)    Defendants have published and market a multi-volume series of books entitled "Destiny Grimoire Anthology, Volumes I through VII (collectively "Grimoire Anthology") in both hard cover and "e-book" formats within the State of Louisiana through distribution channels operated within the State of Louisiana. Martineau is informed and believes, and on that basis alleges, that Defendants distributed the subject works worldwide, including in the United States and in the State of Louisiana.

9.    Defendants have directed their unlawful activities at Martineau, including by deliberately copying and appropriating Martineau's copyrighted content. Defendants did so knowing and intending that Martineau would be harmed by their conduct in the State of Louisiana, where Martineau is domiciled.

10.    Defendants advertise and market the Infringing Game in the State of

Louisiana, and communicate directly with users in the State of Louisiana, including for the purposes of soliciting downloading of the Infringing Game by such users, and in-game purchases by such users.

11.    Defendants advertise and market the Grimoire Anthology in the State of Louisiana, and communicate directly with users in the State of Louisiana, including for the purposes of soliciting sale of Grimoire Anthology hardcover books and/or e-books.

12.    Defendants enter into contracts with numerous citizens of the State of Louisiana, including each Louisiana resident end-user that installs and plays the Infringing Game on his or her device(s) or buys the Grimoire Anthology hardcover or e-books.

13.    Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because this is a judicial district in which a substantial part of the events giving rise to the claims occurred, and/or in which Martineau's injury was suffered.

14.    Martineau is the legal owner of Copyright Registration TX 9-339-250

**MARTINEAU'S WORK**

15.    In 2013 and 2014, Martineau, writing under the pen name Caspar Cole, authored an original work about a unique and captivating fantasy world.

16.    Martineau published his work on the World Wide Web; the work was published at www.WordPress.com ("WordPress") a well-known online publishing

platform freely accessible to anyone worldwide via the Internet.

17.    WordPress's online organizational system featured key-word hypertext links that allowed readers to easily search and explore content on WordPress, including Martineau's published work.

18.     The WordPress key-word hypertext links allowed any reader to quickly and efficiently identify published works based upon topic and subject matter.

19.    Further, Martineau's work frequently appeared on the WordPress "Hot/New Posts" section of the site which aggregated posts based on hashtags; Martineau's work often remained at the top of this WordPress list.

20.    Anyone with a computer and internet connection could easily access Martineau's work via WordPress using these key-word links.

21.    Martineau's imaginative work involves a well-developed and cohesive storyline.

22.     Martineau's work is set in multiple locations including  on Earth (Blue Opposed planet), as well as other planets.

23.    Martineau's work introduces the notorious Red Legion, a powerful military force, that is embroiled in an unending cycle of warfare throughout these locations including the Land of the Crimson Sky, a territory seized by the Red Legion.

24.    Known for their brutal tactics, which include using flamethrowers

known as– "flame atonizers" - and war beasts called "miogas" - the Red Legion wreaks chaos and destruction in civilian settlements.

25.    The Red Legion is structured hierarchically, with titles like "Legionnaire" and "Conscript" denoting the chain of command.

26.    At the forefront of the Red Legion is Yinnerah, a once lowly court jester on the planet Itonoi who rose to power and a leadership position within the Red Legion.

27.    Using his position as a means to gain knowledge and influence, Yinnerah holds a prominent position within the Red Legion in the Ainobot Sector.

28.    Despite his imprisonment in "thought and space", Yinnerah's ambitions remain strong, as seen in Martineau's poem "Yinnerah's Omen," wherein he plots an impending invasion of Earth.

29.    Yinnerah ascends from these lowly beginnings eventually attaining total power and dominion over the Red Legion, referring to himself as "The Red God".

30.    Martineau's writings also introduce Tononob Station, a massive celestial entity hovering above Earth that houses valuable assets, including the bioengineered species Fion Donork II.

31.    Yinnerah, as leader of the Red Legion, has his sights set on seizing Tononob Station to further his goals of dominating Earth.

32.     Throughout Martineau's work, messages are continually transmitted through beacons that update the reader on different events occurring in this fantasy world.

33.     A number of these messages reference a weapon called an "atonizer" that has the potential to "spell doom" for the conquered population through the use of an "enhancement beam".

34.     The beacon messages often provide warnings for those in receipt after the beacon is activated using an "input panel".

35.     Red Legion Analyzation Team 232 monitors the activities of the Red Legion, including those on Earth and the planet Gala-Tar.

36.     Additionally, Martineau's work introduces transversion technology, which allows individuals to merge minds and consciousness into different beings across different timelines.

37.     In Martineau's poem "Our Minds," an unknown entity from a distant future communicates through transversion to merge with a receiver's consciousness; consciousness transfer is a recurring event throughout Martineau's work.

## THE INFRINGING WORKS

### Destiny 2 Video Game

38.     Bungie developed and released a video game set in a fantasy world entitled Destiny 1.

39.     Although widely distributed, Destiny 1 was considered a commercial disappointment.

40.     Bungie then publicly announced the decision to release an entirely new fantasy-based video game entitled Destiny 2; however, upon information and belief, Bungie had previously contracted to develop the Destiny 2 game as early as 2010.

41.     Bungie set an aggressive timeline for the development and release of Destiny 2, which was to share little, if any, content with Destiny I.

42.     It was well publicized that the development team for Destiny 2 was forced to scrap a majority of their work midway through development in order to start over again.

43.     Thereafter, Bungie had a mere sixteen (16) months to completely start over; Bungie was required to develop and finalize the game before the publicized release date of September 2017.

44.     This retooling included a complete shuffling of the development team; during the reboot, a number of prominent and longtime Bungie employees left or were forced out of the company.

45.     The game's director was also let go and replaced by Luke Smith, who was brought in to help direct development of Destiny 2 alongside Christopher Barrett and Ryan Ellis.

46.     The developers of Destiny 2 wanted to eliminate old content carried

over from Destiny 1 in order to focus on entirely new aspects. Smith stated: "The scope of what we delivered took a toll on the Bungie team. The grind of working on Destiny 2 was wearing people down."

47.    Bungie was pressed for time and needed to produce a huge amount of new content in a very short period.

48.    Because Bungie's Destiny 2 creative team was reshuffled in midstream, many new people were brought onboard to the Destiny 2 development team with little time and much work to do in order to develop an entirely new fantasy world for the expansive Destiny 2 video game.

49.    Dating back to the development of Destiny 1, Bungie has openly stated that it encourages its creative developers to look to outside sources for ideas and inspiration.   Indeed, Bungie has been accused by multiple third parties of unauthorized copying of content, and has even admitted such copying in certain instances.

50.    Because Bungie's development team was worn down by the intense development schedule, this urgency and pressure served as motivation for one or more members of Bungie's development team to look to outside sources (including Martineau's work) for ideas and inspiration.

51.    Members of Bungie's development team necessarily possessed advanced computer skills to be able to work on the creation of a sprawling and

immersive computer software-based video game like Destiny 2.

52.    Members of Bungie's development team thus had the technical expertise and motivation to access Martineau's work via the well-known and publicly available WordPress online platform, whether during the development of Destiny 2 or earlier.

53.    WordPress is a logical place to look for anyone seeking ideas and/or inspiration for development of a science-fiction video game involving an entirely new fantasy world.

54.    One or more members of Bungie's development team(s) could have easily accessed Martineau's work using the WordPress key-word search function.

55.    Many of the science fiction related key-word hypertext search terms associated with Martineau's work directly relate to content eventually included in Destiny 2.

56.    One of the main developers of Bungie's Destiny 1 and Destiny 2 video games publicly described Bungie's creative process as taking ideas from various third-party works, including the 1969 film *Stalker* by Andre Tarkowski, Westerns such as *The Good, the Bad and the Ugly*, and Terry Gilliam's film *Time Bandits*.

57.    Bungie's creative process also involved taking ideas from art available online, including works of artists such as John Harris, Zdzislaw

Beksinski, and Peter Gric.

58.    Additionally, Bungie's creative process included looking to Anime, the military, other action heroes, as well as sports stars for inspiration for its video games.

59.    All of the aforementioned information that was considered as part of Bungie's creative process was clearly available and easily accessible online.

60.    The Bungie team leader directly involved with development of the infringing work openly admitted that creating and building upon the sci-fi fantasy world required a variety of ideas and concepts, necessitating references to outside sources available online for review.

61.    Upon information and belief, one of the sources accessed and copied by Bungie was Kelsey Martineau's copyrighted work which was published and easily accessible on WordPress.

62.    Bungie's creative team, which numbered as many as 400 people, worked on the common goal of finding inspirational content in order to generate ideas.

63.    Bungie has publicly admitted that its creative team was relied upon for idea generation without micromanagement, further indicating a creative process that allowed for and openly encouraged broad access to online sources by hundreds of Bungie team members.

64.    Bungie's creative team was given significant freedom during the development and creation of ideas fixed in the infringing work, Destiny 2.

65.    WordPress, where Martineau's work was published, utilized a tagging system that categorized his work with hashtags such as "Science Fiction," "Future," "Space," and "Aliens"; simple searches using these terms would lead directly to Martineau's work without fervent searching efforts.

66.    Given Bungie's admitted creative process of taking ideas from readily accessible online sources, the team easily accessed Martineau's work, which was prominently categorized on WordPress and was found without intense searching efforts.

67.    Bungie's creative team for the infringing work, numbering as many as 400 individuals, was able to easily access Martineau's work through Bungie's established creative process that included searching for inspirational content from which to draw and take ideas.

68.    Bungie's team not only drew inspiration from Martineau's work but directly copied it in creating Destiny 2, infringing upon Martineau's copyrights in his protectable work; the similarities between the copyrighted work and infringing work are too numerous and substantial to be the result of mere coincidence.

69.    Bungie is an American video game company that is now a subsidiary of Sony Interactive Entertainment.

70.    Bungie's "Destiny 2" encompasses many "seasons" that include: Red War; Curse of Osiris; Warmind; Season of the Outlaw; Season of the Forge; Season of the Drifter; Season of Opulence; Season of the Undying; Season of Dawn; Season of the Worthy; Season of Arrivals; Season of the Hunt; Season of the Chosen; Season of the Splicer; Season of the Lost; Season of the Risen; Season of the Haunted; Season of Plunder; Season of the Seraph; Season of Defiance; Season of the Deep; Season of the Witch; Season of the Wish; The Final Shape (Episode: Echoes; Episode: Revenant and Episode 3; Heresy).

71.    On September 6, 2017, Bungie released Destiny 2, introducing players to a captivating and fantastical world, where the players must defend the Last City on Earth from the Red Legion, led by the main antagonist Dominus Ghaul.

72.    In Destiny 2, players battle an invading force known as the "Red Legion".

73.    The Red Legion attacks "the Traveler", a powerful celestial entity that hovers above the Last City, provides light and protection to the Last City.

74.    The Traveler is straddled by the Red Legion's war machinery, which includes prominent use of flame throwers.

75.    Dominus Ghaul, the ruthless leader of the Red Legion, claims that the Traveler and its light belong to him.

76.    As players traverse through the war-torn Last City, the players must

fight off war-beasts and eventually board ships with other survivors to battle the Red Legion once again.

77.    Meanwhile, Dominus Ghaul and his lieutenant admire their new asset, the Traveler, with plans to use its power to install Ghaul as the emperor of the conquered land.

78.    They confront a prisoner, the speaker for the Traveler, who refuses to choose Ghaul as its representative.

79.    A caravan of ships heads to the European dead zone with the goal of reaching the "shard of the Traveler."

80.    Players must fight their way through the Red Legion to reach the shard, where the light from the Traveler invigorates the player, and they are tasked with rallying survivors to fight back against the Red Legion.

81.    Players must traverse through salt mines, fighting off the enemy Fallen, and eventually finding a way to power an elevator to escape.

82.    After exiting the mines, players must hand over a booster to activate a beacon that shares a message from Zavala, the leader of the Guardians; the message describes the loss of the Last City and advises remaining Guardians to rally on the planet Titan.

83.    Throughout the game, the ultimate goal of the Red Legion remains constant - to capture the Traveler and use its light to empower Dominus Ghaul.

Indeed, the Red Legion forms the backbone for the entire storyline that unfolds in the infringing game of Destiny 2.

84.    Although Destiny 2 offers an immersive and thrilling gaming experience that keeps players on the edge of their seats, the game is based directly on Martineau's source work.

85.    Players are able to access Destiny written works or "lore" at different times within the game.

## The Grimoire Anthology Books

86.    Defendant Bungie also publishes at least one series of books directly addressing the subject matter of the Destiny 2 video game.

87.    The multi-volume series of books are entitled "Destiny Grimoire Anthology". Volumes I through VII of the Grimoire Anthology have been published by Bungie in both hard cover and "e-book" formats.

88.    The Grimoire Anthology expressly sets forth Destiny "lore" which is the expansive backstory, characters, and history of the science-fiction universe in Destiny 2.

89.    While Destiny lore is described in detail in the Grimoire Anthology books, upon information and belief, this lore also appears or appeared directly within the Destiny 2 video game via in-game lore tabs, in-game dialogue and cutscenes.

90.    The latest volume of the Grimoire Anthology (Vol. VII) was published

by Bungie as recently as December, 2024.

91.    As used herein, unless otherwise distinguished, the term "Destiny 2 video game" includes, without limitation, both Bungie's complete Destiny 2 video game, as well as Bungie's complete Grimoire Anthology.

## SIMILARITIES BETWEEN MARTINEAU'S WORK AND BUNGIE'S DESTINY 2 VIDEO GAME AND GRIMOIRE ANTHOLOGY BOOKS

92.    Probative and striking similarities exist between Martineau's work, and Bungie's Destiny 2 video game.

93.    Probative and striking similarities also exist between Martineau's work, and Bungie's Grimoire Anthology.

94.    The similarities between Martineau's work, on the one hand, and Bungie's Destiny 2 video game, on the other hand, clearly would not arise independently.

95.    The similarities between Martineau's work, on the one hand,  and Bungie's Grimoire Anthology publications, on the other hand, clearly would not arise independently.

96.    Martineau's work and Bungie's Destiny 2 video game, when compared as a whole, are adequately similar to establish appropriation by Bungie.

97.    Similarly, Martineau's work and Bungie's Grimoire Anthology, when compared as a whole, are adequately similar to establish appropriation by Bungie.

98.    Bungie's Destiny 2 video game are expansive works that have been consistently updated for several years since their initial launches.

99.    Bungie's Grimoire Anthology publications are expansive works that have had new volumes released over several years.

100.    Because the amount of content produced for Destiny 2 is significant, any alleged differences between the two works does not detract from the extensive probative similarities that exist between Martineau's work and Bungie's Destiny 2 game.

101.    Similarly, because the amount of content produced for Bungie's Grimoire Anthology is also significant, any alleged differences between the two works does not detract from the extensive probative similarities that exist between Martineau's work and Bungie's Grimoire Anthology.

102.    Martineau's work is a literary creation that Bungie has copied - in certain instances verbatim.

103.    Martineau's work is more than mere standard or stock scenes, or unprotected *scènes à faire* content.

104.    Martineau's work weaves many different elements (including, without limitation, alien invasions, threatened destruction of Earth, communication beacons sending encrypted messages across space, spaceship transportation/combat, laser-based superweapons, robots with human

-18-

consciousnesses and sentient artificial intelligence) in a cohesive and detailed narrative.

105.   Martineau's work goes beyond mere unprotectable themes, characters, and technologies that are common in the sci-fi genre.

106.   Martineau's work constitutes protected expression because it involves intricately detailed characters having many idiosyncratic traits, as well as a detailed sequence of events or storyline.

107.   Martineau's work features distinctive sufficiently expressed elements, intricately detailed to contribute to a creative plot that is sufficiently expressed and linear to be protectable.

108.   Although Martineau's storyline could have evolved in numerous different directions, Martineau's work is infused with his unique individualism and skill which, through his expression, resulted in an elaborate and original composition entitled to legal protection.

109.   Both Martineau's work and Destiny 2 video game detail the rise of a young and ambitious alien with the intent of dividing and conquering Earth in order to gain strategic asset(s).

110.   The characters involved throughout Martineau's work and the Destiny 2 video game display very similar attitudes, histories, and mindsets, and it is only through a very unique set of actions (occurring in both works) that initiate

the initial invasion of Earth.

111.   The rise of Dominus Ghaul from the Destiny 2 video game replicates the rise of Overlord Yinnerah from Martineau's work; they are both urged, guided and assisted by outcast mentors (scholars) to overthrow their leaders to rise to power with the intentions of invading Earth.

112.   In both Martineau's work (including, without limitation, "The First Defense") and the Destiny 2 video game, rebels fend off Red Legion invaders on Earth against backdrops of burning settlements, ravaged streets, and utter chaos.

113.   The tactics of both alien "Red Legion" invaders from Martineau's work and the Destiny 2 video game mimic one another, and their goals directly overlap.

114.   In both Martineau's works and the Destiny 2 video game, leaders (Dominus Ghaul from the Destiny 2 video game and Overlord Yinnerah from Martineau's work) are driven by hubris and a desire for control, and represent the primary antagonists of the works.

115.   In both Martineau's work and the Destiny 2 video game, conquests of the antagonist leaders are driven by perceived weaknesses of the opposing rebel forces.

116.   In both Martineau's work and the Destiny 2 video game, technology is described in identical ways, with parallel uses and ethical dilemmas.

117.   In both Martineau's work and the Destiny 2 video game, rebel factions rise up to resist imminent threats of invasion by the Red Legion at the same moment in both plotlines.

118.   In both Martineau's work and the Destiny 2 video game, the Red Legion is described as powerful, ruthless invading force driven by malignant goals; it is only through cooperation and coordination that rebel resistance fighters can hope to defeat the malevolent Red Legion invaders.

119.   In both Martineau's work and the Destiny 2 video game, the Red Legion invades and decimates Earth at the same point in both works; the Red Legion is ruthless, shows little mercy and considers itself superior to humanity and the opposing rebel forces on Earth.

120.   In both Martineau's work and the Destiny 2 video game, the Red Legion sets its sights on a floating city/station that houses strategic assets.

121.   In both Martineau's work and the Destiny 2 video game, spaceships are used at similar points in the works, while individuals, technologies, and aliens on board the spaceships serve similar purposes within the parallel works.

122.   In both Martineau's work and the Destiny 2 video game, quests for significant relics and weapons play a pivotal role and characterize both Overlord Yinnerah and Dominus Ghaul.

123.   In both Martineau's work and the Destiny 2 video game, the Red

Legion is keenly interested in acquiring superweapons that can turn the tide of both wars.

124.    Both Martineau's work and the Destiny 2 video game focus on consciousness transfer and the ethical dilemmas surrounding it.

125.    Martineau's work and Destiny 2 are substantially similar.

126.    Martineau's work and Bungie's Grimoire Anthology are substantially similar.

127.    Martineau's work and Destiny 2 are strikingly similar.

128.    Martineau's work and Bungie's Grimoire Anthology are strikingly similar.

129.    Both Martineau's work and Bungie's Destiny 2 video game include a number of directly corresponding elements or features as more fully described herein, certain non-exhaustive examples of which are set forth in the following table:

| Martineau's Work | Destiny 2 Video Game |
|---|---|
| In Martineau's works, we observe the rise of a young and ambitious male alien with malignant desires. The plot commences with Yinnerah on the alien world of Cion IV [the alien "Cionotiae" homeworld] in the Tetran Nebula Canyon, a dangerous and unforgiving gas-filled canyon on the planet. Serving as a young jester in Daon [Queen] Sinestria's court and taking instruction from a secret mentor, Lord Xionbur (a sage and scholar that holds no position in Sinestria's court). Lord Xionbur is a scholar. | In Destiny 2, we also observe the rise of a young and ambitious male alien. Dominus Ghaul's story begins in the dangerous wastelands of the Cabal homeworld, Torobatl [the alien "Cabal" homeworld].  Found as a young orphan, he was taken in by a disgruntled member of Emperor Calus's court named "The Consul" a former advisor and scholar who had fallen out of favor of the court.  Like Lord Xionbur, The Consul is a scholar. |

| Martineau's Work | Destiny 2 Video Game |
|---|---|
| The young Yinnerah, through wit and the guidance of Xionbur (who notably hates Sinestria), overthrows Daon Sinestria. After taking his seat as supreme ruler of the Ainobot Sector and The Red Legion, Overlord Yinnerah sets his sights on invading and conquering earth in order to both destroy all resisters and claim Tononob Station/City [A floating city/station] which houses an advanced engineered species that, if obtained, could cause annihilation/the end for "The Opposed." (a military faction that consists of humans and other opposers of The Red Legion) | The Consul saw young Ghaul not only as an outcast but as a tool of immense potential to execute his own ambitions of overthrowing Calus (The Consul considered Calus weak and indulgent). The Consul trained and indoctrinated Ghaul and he evolved from an orphan into a warrior. The Consul manipulated Ghaul into overthrowing Emperor Calus. Dominus Ghaul then set his sights on the Last City on Earth, home to the Guardians and their power source called The Traveler. Ghaul knew that if he obtained the Traveler's Light, he would wield unimaginable power and subject "The Guardians" to his tyrannical rule. |
| In the preliminary invasions outlined in Martineau's works, the story unveils the Red Legion's scorched-earth tactics on Earth. Red Legion legionnaires destroy and incinerate buildings within a settlement in Tononob City, leaving it in ashes while simultaneously eliminating numerous "Opposed" and civilians. This initial invasion is referred to as "The First Defense." | Subsequent to Ghaul's rise (when opening gameplay of Destiny 2 commences) the player is placed in the midst of the Red Legion's assault on the Last City. As players emerge, they find the city engulfed in flames and wreckage, with surviving "Guardians" and civilians fighting desperately against the invaders. Players navigate through the burning ruins of a settlement with ravaged streets, while fending off waves of Red Legion legionaries amidst explosions and gunfire. The opening game interaction has the player "Holding the Line" with a mission objective as "Defend the Tower" as a Red Legion ship sends hordes of enemies that the player must defend against. |
| Martineau's work describes Overlord Yinnerah as a formidable leader/commander of the The Red Legion and the troops/legionnaires are presented as well trained and operating under strict military protocol and trust Yinnerah. | As the player continues it is made clear that the Red Legion is both well trained, have not been defeated, and operate under strict military protocol and trust the Dominus Ghaul implicitly. |

| Martineau's Work | Destiny 2 Video Game |
|---|---|
| As the battle continues on the ground, there is a simultaneous battle taking place above the atmosphere. This is revealed in a journal by Pseudo Engineer Bariuy. He mentions malfunctions that occurred in missile bays as well as damage suffered from The Opposed onboard "The Blue Torque" | The player then escalates to the upper atmosphere where there are battles taking place and boards a Red Legion Command Ship named "The Immortal" in order to deactivate the shields so the Guardian Ships can penetrate the hull and destroy The Immortal. However the Immortal is not destroyed in the attack, only severely damaged. |
| Throughout this portion of the work (as well as many others, the use of broadcasting, beacons, and emergency signals is utilized extensively for communicating, including instances of emergency broadcasts. This includes broadcasts of signals but during and prior to of both prior to Red Legion invasions. | The player is then informed by his companion (the ghost mechanical floating device) that The Red Legion is killing powerless Guardians from the area and he then picks up an emergency broadcast beacon signal warning all Guardians/civilians to evacuate. |
| The preliminary/early aforementioned also includes a Red Legion Legionnaire proudly petting his "Mioga" a tri-eyed doglike creature from the planet Linich utilized by The Red Legion. They are trained hounds of war. | As the player continues in this weakened state, he must fight his way through a group of trained, Red Legion Warbeasts which are trained hounds of war. |
| Throughout many of Martineau's works relating to Overlord Yinnerah, he is referred to omnipotent and sees ZT920's (humans) and The Opposed as lesser beings that are far beneath him. Overlord Yinnerah, is characterized by his dominant presence, grand schemes, and deity-like importance and both himself and others state this concerning him. Corruption of the Red Legion is a concern. | The player then vacates the Last City, and a cutscene displays Dominus Ghaul and The Consul discussing the "greed and corruption" of the previous Emperor, Calus. The Consul refers to Dominus almost as an omnipotent and unstoppable figurehead. Additionally, throughout this scene and the game in its entirety, Ghaul looks upon humans/Guardians as lesser beings. Ghaul, characterized by his dominant presence and grand schemes, discusses fate, leadership, and quests for greater power in this portion of the game. |
| Multiple portions of Martineau's work, (including the invasion and skirmishes that fit into this precise location the timeline) include beacons containing Red Legion encrypted messages that utilize shapes, numbers and cryptic codes that users of these input stations must decrypt. | The player then embarks to reunite the Vanguard by reuniting their leaders- Commander Zavala, Ikora Rey, and Cayde- 6- who have scattered across different locations. When entering Titan to search for Zavala, the player receives a "beacon" claiming there are multiple Red Legion "transmissions to decrypt" and they must gain access to the "control center" in the station. |

| Martineau's Work | Destiny 2 Video Game |
|---|---|
| After the initial invasion of The Red Legion, a beacon is accessed by "Caspar" (a ZT920[human] that plays an interactive role in the story) that describes a potent weapon known as the "atonizer" that is a powerful "beam" weapon that possesses far-reaching, destructive consequences for humanity and potentially the universe. Furthermore, it was invented by Yinnerah and Xionbur and then stolen. The Opposed fear Yinnerah obtaining this weapon, as his former mentor Xionbur displayed familiarity with it and Yinnerah himself sent Red Legion ships to retrieve information about its whereabouts after it was stolen. Additionally, The Opposed utilizes time-based propaganda in an attempt to prevent its invention. Both "The Opposed" and "The Red Legion" display interest in this weapon subsequent to the invasion of Earth and numerous individuals throughout the work put their lives at risk at the expense of either finding it or preventing it's invention. | After the transmissions are decrypted, Zavala tells a story (in a cutscene) describing a weapon called "The Almighty" that has the ability to annihilate stars, cause utter destruction, and "threatens their [the guardians] very existence. Ghaul and his mentor, The Consul, envisioned and constructed the Almighty to secure their dominance. Ghaul deployed the Almighty as part of his grand strategy to conquer the solar system. The weapon was not only a means of destruction but also a tool of intimidation, demonstrating the Red Legion's capacity for annihilation. Ghaul's ambition is also referenced during this cut-scene with the quote "Nothing-and no one-survives Ghaul's ambition." With a subsequent quotation stating that "The War is Over" considering Ghaul is in possession of The Almighty. Both "The Guardians" and "The Red Legion" have an immense interest in this weapon during and subsequent to the invasion of Earth and numerous individuals throughout the work put their lives at risk at the expense of controlling or destroying it. |
| While elaborating on the "Enhancement Beam" within the same portion of Martineau'swork , Caspar (while using a digital input panel) receives a message which outlines a specific "fail-safe" designed to reverse the impact of an "enhancement beam" and change the surrounding physics for a considerable duration. | Subsequent to the cutscene, the player then sets off to locate other members of the team. While doing so, the player encounters "Failsafe" an artificial intelligence integrated into the systems of a crashed colony ship on Nessus. Accessible through control panels within the ship's interior, she serves as the primary interface and operating system for managing its functions. Failsafe assists in shutting down a power source at the origin point of a Vex portal system. |

| Martineau's Work | Destiny 2 Video Game |
|---|---|
| Immediately after the enhancement beam is mentioned within the work , transversion is introduced. This is a system used to merge both minds and consciousnesses. "Transversion" is also presented as an ethically complicated technology that could potentially alter the future, prompting questions about its responsible usage. The moral and ethical questions regarding it are explored in numerous portions of the work and users often (through journals) question the morality of such actions. The technology is utilized by not only The Red Legion in Martineau's works, but by and on numerous other factions (sometimes unknowingly). Transversing consciousnesses introduces a mode of delivering propaganda to intended targets in order to accomplish certain tasks in this portion (and throughout other portions) of the work. | After encountering Failsafe on Nessus, Exo consciousness transfer is introduced in Destiny 2 through the character of Cayde-6. Exos, created by transferring human consciousness into robotic bodies, embody an ethically complex technology. This process, developed by Clovis Bray during the Golden Age, raises significant ethical questions about identity, autonomy, and the moral implications of affecting memories. These dilemmas prompt a deeper reflection on the responsible use of such advanced technology and its potential impact on the future of humanity, as the Guardians navigate the aftermath of the Red Legion's invasion and their ongoing fight against the forces threatening the Last City. It should also be noted that the Clovis Bray corporation utilized propaganda to promote their technological advancements and to paint a positive image of their contributions to society due to the ethical quandaries surrounding it. |

## INFRINGING AND DIRECTLY CORRESPONDING ELEMENTS

130.   Bungie's Destiny 2 video game and Grimoire Anthology publications contain many infringing and directly corresponding elements of Martineau's work including, without limitation, the following non-exhaustive list of copied elements described below.

131.   Yinnerah and Dominus Ghaul

a)     In Martineau's works, Yinnerah starts out as a lowly court jester orphan who eventually rises to power and leads the Red Legion to invade Earth.

-26-

b)    Yinnerah has aspirations of capturing Tononob Station, a celestial entity floating above Earth with valuable assets.

c)    In Martineau's works, Yinnerah is often referred to as "The Red God".

d)    In Destiny 2, Dominus Ghaul is the leader of the Red Legion and invades earth.

e)    Throughout the game, Dominus Ghaul reflects on his lowly beginnings as an orphan, and sets his sights on the Traveler which is a celestial entity floating above Earth with a valuable asset – an energy called "the light".

f)    When Ghaul attempts overthrow the Traveler he refers to himself as "a God".

132.    The similarities between Martineau's primary antagonist, Yinnerah, and Destiny 2's primary antagonist, Dominus Ghaul, are striking and clearly establish more than a mere coincidence.

133.    Both Yinnerah and Dominus Ghaul share a similar origin story, beginning their journeys as societal outcasts who rise to prominence as leaders of the same militaristic group, the Red Legion, with intentions to invade Earth.

134.    Their ambitions are similarly aligned as both characters seek to capture valuable assets residing in celestial entities floating above Earth.

135.    Both characters seek to destroy Earth and its inhabitants.

136.   Both characters harbor grandiose perceptions of themselves, both being referred to as "Gods".

137.   These overlapping and unmistakable characteristics reveal a clear pattern, suggesting that the creators of Destiny 2 did not simply gain inspiration from Martineau's work , but have instead used Martineau's Yinnerah as a blueprint for their character, Dominus Ghaul.

138.   Dominus Ghaul, who was still referenced after his death on numerous occasions throughout Destiny 2, and still makes appearances on Defendant's social media accounts.

139.   Dominus Ghaul also appears extensively throughout the Grimoire Anthology.  Notably, Dominus Ghaul is expressly referenced by name nearly twenty (20) times in "Volume V: Legions Adrift" of the Grimoire Anthology; such references mention, among other things, Ghaul's ambition, hubris, quest to destroy Earth and its inhabitants, and his desire to conquer the "Traveler's Light".

140.   "Volume V: Legions Adrift" of the Grimoire Anthology contains the following pronouncements from Dominus Ghaul reflecting his shared characteristics with Yinnerah:

"You are weak. Undisciplined. Cowering behind walls. You're not brave. You've merely forgotten the fear of death. Allow me to reacquaint you."


"I command legions. Conquered worlds. Waged war across the galaxy to prove my worth. I alone am worthy of the Traveler's Light."

141.    Bungie copied Martineau's work (including, without limitation, the character Yinnerah) by incorporating Dominus Ghaul, as a key antagonist in the Destiny 2 video game and the Grimoire Anthology.

142.    <u>The Red Legion</u>

a)    In Martineau's work, The Red Legion is a militaristic faction involved in warfare and conquest; throughout the work, Martineau repeatedly assigns the title of "Legionnaire" to single members of the Red Legion.

b)    The Red Legion invades Earth with the goal of dominating the Earth, Tononob station, and other assets.

c)    The Red Legion uses scorched-earth tactics, as exemplified by its agents who systematically destroy civilian settlements for its leader, Yinnerah, demonstrating the Red Legion's relentless and ruthless militarism.

d)    These objectives reflect an amalgamation of philosophical and militaristic ideologies of the Red Legion.

e)    In Destiny 2, individual members of the Red Legion are referred to as "Legionnaires".

f)    The Red Legion is a militaristic group that seeks to conquer the Traveler and Earth under the iron-fisted rule of its supreme leader, Dominus Ghaul.

g)    The Red Legion invades Earth, and Dominus Ghaul shares his

lofty ambitions while his hierarchical military faction – The Red Legion – wreaks havoc on Earth in order capture the Traveler's Light.

      h)    Even after Dominus Ghaul's death, the Red Legion continue to fight and destroy; although leadership in the Red Legion changes throughout the game, this military group continues to wreak havoc in Destiny 2.

      i)    The Red Legion also appears extensively throughout the Grimoire Anthology.  Notably, the Red Legion is expressly referenced by name approximately fifteen separate times in "Volume V: Legions Adrift" of the Grimoire Anthology; such references directly describe, among other things, the Red Legion's overwhelming might, sophistication in military affairs, bloodthirsty tactics under the command of Dominus Ghaul and, ultimately, the Red Legion's defeat.

143.  The shared characteristics between Martineau's Red Legion and Bungie's Red Legion prove direct copying of Martineau's original work.

144.  In both Martineau's work and the Destiny 2 video game, The Red Legion is depicted as a militaristic faction, ruthlessly engaged in warfare with the goal of controlling Earth.

145.  The striking resemblance continues with their scorched-earth tactics, wherein the Red Legion systematically destroys civilian settlements under the command of their leaders, Overlord Yinnerah (in Martineau's work), and Dominus

Ghaul (in the Destiny 2 video game). Significantly, both leaders share similar titles, indicating that they are masters of their respective forces.

146. In Volume V: Legions Adrift" of the Grimoire Anthology, the Red Legion also directly employs scorched-earth tactics; the Red Legion's attack is directly associated with widespread combustion and destruction, symbolizing the profound chaos of their invasion.

147. A scene in in "Volume V: Legions Adrift" of the Grimoire Anthology" is described as "chaos" where "red was the color of the day", while a narrator repeatedly wakes up to "ever more red" and sees "nothing but the red reflection of a civilization burning to ash".

148. As in Martineau's work, The Red Legion's tactics in the Grimoire Anthology are described as being synonymous with burning and widespread devastation.

149. In both Martineau's work and the Destiny 2 video game, the Red Legion employs fire and extreme destruction as a cornerstone of its military activities.

150. Notably, both factions invade Earth.

151. The similarities in their ideologies, methodologies, and objectives are so profound that they point to more than mere coincidence.

152. The Red Legion in the Destiny 2 video game – as well as the reference

to individual members as "Legionnaires" - is a direct copy of the Red Legion as reflected in Martineau's work.

153.   The creators of the Destiny 2 video game did not independently create their version of the Red Legion but instead have wrongfully copied Martineau's original creation.

154.   The Red Legion is referenced and makes appearances throughout the video game, Destiny 2, as well as the Grimoire Anthology, to this day.

155.   <u>Red Legion Monitoring of Earth</u>

   a)    In Martineau's work, the Red Legion has been monitoring beings on Earth and another planet for 50 galactic transecs, noting that they have not made contact yet.

   b)    One Earth specimen consumes mind-altering stimulants while the other longs for a soul connection with another being; these specimens meet the required criteria and have a strong connection.

   c)    The Red Legion decides not to interfere with these beings.

   d)    The Red Legion's monitoring and oversight can be seen in Martineau's work and is delivered by a ranking member of the Red Legion known as Conscript A-59.

   e)    In Destiny 2, Dominus Ghaul examines Earth from his spaceship.

   f)    While planning and sharing his ambitions, he receives updates

from lower ranking Red Legion members through a high-ranking member of the Red Legion who has known Dominus Ghaul since his lowly beginnings.

g)    Dominus Ghaul listens to these updates as he carries out his plan of domination.

h)    Dominus Ghaul requires the ongoing monitoring of Earth to ensure that objectives are met timely and in accordance with his overall plans.

i)    The Red Legion's ongoing monitoring of Earth continues well after Ghaul's death - for instance, the Red Legion monitors Earth with the aim of colliding the Almighty with the Last City.

156.    The startling parallels between Martineau's depiction of the Red Legion's surveillance of Earth and the similar elements of Destiny 2 reflects direct copying of Martineau's work.

157.    In Martineau's work, the Red Legion, a militaristic faction, is described as monitoring beings on Earth for an extended period, withholding direct contact while observing their behavior and connections.

158.    This is a unique feature of the work that gives rise to a sense of omnipresent danger and suspense.

159.    Remarkably, in Destiny 2 the Red Legion, through Dominus Ghaul and other Legionnaires, also observe and monitor Earth from a spaceship, receiving updates about the planet through a high-ranking member of the Red Legion.

160.   The monitoring of Earth by the Red Legion was originally conceived by Martineau and later directly copied and duplicated in Bungie's Destiny 2 video game.

161.   <u>Miogas and War Beasts</u>

a)   In Martineau's work (including in multiple poems such as, for example, "Miogas", "Here", "The Journals of Young Frini – Part I"), the miogas are multi-headed dog-like creatures used by the Red Legion to further their military goals.

b)   The mioga creatures have multiple heads and march with the Red Legion during their military conquests.

c)   The miogas are controlled by the Sovio who use an incomprehensible dialect to communicate with the creatures.

d)   For example, the following quote is directly from Martineau's work, "Nonsense, the Sovio Legionnaire said as he patted his mioga's second head. We'll burn them all."

e)   In Destiny 2, the Red Legion uses war beasts to fight those who oppose their mission.  The war beasts are quadrupedal, dog-like animals used by the Red Legion as a fierce, aggressive combat companion; they are known for their speed and ferocity.

f)   The war-beasts are allied with the Red Legion and are directed

to attack players for the purpose of carrying out the Red Legions' military goals.

g)      During a portion of the Destiny 2 game called the Twilight Gap, a Red Legion warrior gives arm signals; simultaneously, Red War beasts come from multiple angles and attack the player to stop the player from moving forward against the Red Legion.

h)      In Destiny 2, the war beasts take direct orders from the Red Legion warrior and attack the opposition.

i)      In "Volume V: Legions Adrift" of the Grimoire Anthology, war beasts are used for brutal enforcement and punishment ("fed me to their war beasts"), and are involved in ceremonial duels ("Trial of Beasts").

j)      The following is a graphical depiction of the war beasts from "Volume V: Legions Adrift" of the Grimoire Anthology:



162.    The identical element of quadruped creatures assisting the Red Legion appears in both Martineau's work and the Destiny 2 video game.

163.    Martineau's work features the miogas, quadruped creatures with multiple heads that serve the Red Legion in their military endeavors.

164.    The miogas are portrayed as loyal and are commanded by the Sovio, a high-ranking member of the Red Legion who communicates with them in an incomprehensible dialect.

165.    This intricate detail of communication between the Red Legion and the Miogas highlights the depth of Martineau's creativity.

166.    In the Destiny 2 video game, - "war beasts," - creatures that are loyal to the Red Legion, help the Red Legion in its  conquest against its adversaries.

167.    Like the miogas, the war beasts are quadrupeds that take direct orders

from the Red Legion.

168.   The similarities extend to a scene where a Red Legion warrior gives arm signals to the war beasts, mirroring Martineau's depiction of the Sovio communicating with the miogas.

169.   The similarity between the miogas in Martineau's work and the war beasts in the Destiny 2 video game, shows that Bungie copied Martineau's work, and continues to use the miogas in the Destiny 2 video game..

170.   Atonizer and The Almighty

a)    Martineau describes different types of weapons as "atonizers."

b)    For example, in the poem entitled, "Receiving message via Beacon submerged_arctic 1259" Martineau describes a weapon called the "atonizer prototype" as a very powerful weapon that "will spell doom for your race…."

c)    Further describing the atonizer, Martineau wrote  "There is a 'fail' safe on the digital input panel – it will reverse all effects of the enhancement beam – and permanently alter the physics of the surrounding locale for approximately 4 mega-secs."

d)    In Destiny 2, the Almighty is also a weapon that uses a laser-beam to destroy stars, penetrating the stars and causing them to explode, destroying nearby inhabited planets.

e)      The Almighty is used by the Red Legion and its leader Dominus Ghaul to dominate and destroy planets; the Almighty is Ghaul's prized possession that helps him conquer and realize his ambitions.

f)      In Destiny 2, Dominus Ghaul points the Almighty at earth's sun and threatens the existence of all earth's inhabitants.

g)      Zavala, the leader of the Vanguard, calls for help to fight against the Red Legion and to attack the Almighty to save earth.

h)      The Almighty, abandoned by the defeated Red Legion, is sent to collide with earth to destroy the Last City, making a final attempt to destroy the Last City with their superweapon.

171.   Both the atonizer prototype and the Almighty are portrayed as extremely powerful weapons that can bring about the destruction of an entire race.

172.   In Martineau's work, the atonizer prototype, with its enhancement beam, is depicted as having the ability to "spell doom for your race".

173.   Similarly, in Destiny 2, the Almighty utilizes a blue laser-beam to destroy stars and, consequently, nearby inhabited planets.

174.   In both works, these weapons are linked to an antagonistic force, the Red Legion to dominate and destroy Earth.

175.   Use of these weapons by the Red Legion in both works leads to a call for help and resistance.

-38-

176.  <u>Flame Atonizer and Flame Thrower</u>

a)     In Martineau's work, a poem entitled "Receiving message via Teletronic receiver 342-43k-VI", Red Legion Conscript 765 rebels against his superior, Sovio Legionnaire Ebior Annion, by turning a weapon on him.

b)     Martineau's work states "Conscript 765 apparently turned a **heationo flame atonizer** on Annion just after he'd issued a command."

c)     In "The Journals of Young Frini – Part I", Martineau writes: "Nonsense,' the Sovio Legionnaire said as he patted his mioga's second head. 'We'll burn them all.'"

d)     Martineau also writes, "I closed my eyes and heard the flame of the weapon crackle. I felt the heat sear my eyebrows. 'What? What are you doing?' the Legionnaire's song turned to screams of despair. I've never felt more relieved."

e)     Martineau's work clearly describes flame-based weaponry that is used extensively by the Red Legion.

f)     In Destiny 2, members of the Red Legion called "Incendiors" are specialized combat units equipped with flamethrowers to eradicate both foot soldiers and structures with searing flames.

g)     These Red Legion Legionnaires use flame-based weaponry powered by fuel tanks carried on their backs to destroy the opposition.

h)      There are different types of Incendiors described throughoutthe Destiny 2 video game : The Red Legion Incendiors; Cabal Deserter Incendiors; Imperial Incendiors; Shadow Incendiors, and Nightmare Incendiors.

i)      All of these Incendiors use flame-based weaponry to fight their opponents.

177.   In Martineau's work, the Red Legion Conscript 765 employs a heationo flame atonizer as a weapon against his superior, Sovio Legionnaire Ebior Annion. This flame-based weapon is depicted as being powerful enough to incite fear and despair, signifying its destructive capabilities.

178.   In the Destiny 2 video game, the Red Legion employs a specialized combat unit known as the Incendiors who are equipped with flamethrowers that are used to decimate both foot soldiers and structures with searing flames.

179.   The Incendiors flamethrowers, like the heationo flame atonizers in Martineau's work, are highly destructive weapons, suggesting a similar level of power and capability.

180.   In both Martineau's work and the Destiny 2 video game, the flame-based weaponry is associated with the Red Legion, showing a shared link between the works indicative of copying by Bungie.

181.   <u>Beacons as message Receivers</u>

a)      In Martineau's work, the poem entitled, "Receiving message via Beacon submerged_arctic 1259", the work describes a beacon for receiving messages.

b)      The messages in this work describe transversion testing and other topics related to the Red Legion.

c)      In Martineau's work, the poem entitled "Our Minds" describes a "hidden beacon" through which messages can be received.  In Martineau's work, the poems entitled "Receiving message via Teletronic receiver 342-43k-VI", "Receiving message via Hidden Stellar", "Receiving message via Hidden Stellar Dock 348x8-VI", all describe beacons as processors for receiving messages concerning the Red Legion.

d)      In Destiny 2, the guardians receive a message identified by Suraya, stating "there is an incoming beacon"; the message is processed through an electronic screen.

e)      The message is from Zayala, the leader of the vanguard, who is displayed on the electronic screen.

f)      The message says, "Guardians… the City is lost… if there is any Light left in the system, we rally on Titan. Be brave."  Beacons are used for other purposes within the game throughout Destiny 2.

182.   Martineau's works consistently depict the use of beacons as devices for

receiving messages, particularly messages pertaining to the Red Legion.

183.    Beacons are present throughout Martineau's work, such as "Receiving message via Beacon submerged_arctic 1259", "Receiving message via Teletronic receiver 343-43k-VI", "Receiving message via Hidden Stellar", and "Receiving message via Hidden Stellar Dock 348x8-VI".

184.    In Destiny 2, the guardians receive a message identified by Suraya as "there is an incoming beacon". The message, processed through an electronic screen, is from Zayala, the leader of the vanguard,  relates to rallying the remaining warriors to fight the Red Legion.

185.    <u>Red Legion Transmissions</u>

a)      In Martineau's work, multiple transmissions mention the Red Legion.  In the poem entitled  "Receiving message via Teletronic receiver 342-43k-VI" the first message about the Red Legion ends with a notice that reads "<End of Transmission>". In the poem entitled "Receiving message via Hidden Stellar dock 8b689b-XI", there are two separate transmissions labeled "Transmissions 3,821" and "Transmissions 8,480", both of which are about the Red Legion and its leader, Yinnerah.

b)      In Destiny 2, the guardians intercept Red Legion encrypted message transmissions, including messages regarding Dominus Ghaul.  The player's goal is to focus on deciphering the Red Legion transmission.

186.    In Martineau's work, a recurring element is the use of beacons to receive and interpret transmissions pertaining to the Red Legion and its activities.

187. "Receiving    message    via    Teletronic    receiver    342-43k-VI"    and "Receiving message via Hidden Stellar dock 8b689b-XI", where the transmissions often conclude with a clear end note.

188.    In the Destiny 2 video game, the guardians intercept Red Legion transmissions, with the goal of decrypting these messages.

189.    <u>Use of Encrypted Messages</u>

a)    In Martineau's work, encrypted messages play a crucial role in the work.

b)    These encrypted messages are often transmitted through various types of beacons, which serve as channels for communication.

c)    Characters often must decipher or act upon these encrypted messages.

d)    In Martineau's work entitled "Receiving message via Hidden Stellar dock 4x776- VII", the encrypted message is described clearly in a portion of the work that states "…***Decrypt*** and authorize for personal recording…."

e)    In the same poem, certain words are translated to help the reader comprehend the message; "**Translations** for unknown words will be provided

after original words. Audio translated by language sub processor beacon, square 9, circle 22."

       f)     The characters must interpret codes and transmissions, often leading to major plot developments.

       g)     In the Destiny 2 video game, Red Legion encrypted transmissions are also intercepted and decrypted.

190.   In Martineau's work, encrypted messages play a crucial role; the encrypted messages are transmitted through beacons functioning as communication channels, and the encrypted messages must be deciphered.

191.   Similarly, in Destiny 2, during and after the Red War, players must intercept and decrypt encrypted Red Legion message transmissions; in Destiny 2 a player must decrypt puzzles using mysterious shapes and numbers that directly mimic the way characters Martineau's work must also decrypt messages using shapes and numbers.

192.   In Destiny 2, a player's main task is to assist in the decryption of a Red Legion transmission – "Now it's time to focus on those intercepted Red Legion transmissions…."

193.   Similarly, in "Volume V: Legions Adrift" of the Grimoire Anthology, text is displayed as an encrypted message regarding the Red Legion with the following header:

-44-

ACCESS: RESTRICTED
DECRYPTION KEY: 73XK5V2PG1$AUN-326
REP #: 014-CRYPT-540
AGENT(S): CHA-319

194.   Upon information and belief, this work is also accessible in the Destiny 2 video game.

195.   <u>Digital Input Panels</u>

a)     In Martineau's work, digital input devices are used for receiving messages through audible transversions.

b)     Digital input panels are also part of the atonizer prototype that can limit its laser-beam capabilities.

c)     Overall, the digital input panels and devices are portrayed as tools for communication and control.

d)     A similar means of messaging is also described through use of a "…personal audio input device…."

e)     In the Destiny 2 video game , messages are received through a beacon or electronic receiving station, and then processed through an electronic screen.

f)     Before the message can be processed, the player is tasked with meeting Hawthorne to provide a "**booster**" used to process a message at an electronic receiving station.

196.    The digital input devices in Martineau's work and the "booster" in Destiny 2 both serve the same core function – the devices are vital tools for receiving and processing encrypted messages.

197.    In Martineau's work, the digital input devices are primarily employed to receive messages through audible transversions.

198.    In Destiny 2, the "booster" plays the same role – a player's mission is to procure this "booster," which is then inserted into an electronic receiving station to enable the processing of a message.

199.    The "booster" of Destiny 2, like Martineau's digital input devices, is an essential tool for communication. It serves as an intermediary, facilitating the transmission and receipt of crucial information.

200.    <u>Spaceship Reactors</u>

   a)    In Martineau's work entitled "Receiving message via Hidden Stellar dock 4x776- VII" an engineer reports the following, "…Pseudo Engineer Bariuy reporting for log 23,532 via standard issue Legion personal audio input device. Days upon days I've worked on this ioniatic [unavailable] conversion matrix – **but the ship's _reactor_ rejects all changes to** [translation error] … but I'm not sure if it's a good idea. The atonicon [unavailable] missile bays likely can't withstand that much heco-tontic pressure…."

   b)    In Destiny 2, players are tasked with destroying a Red Legion

ship's central core to prevent the Almighty from destroying Earth.

  c) Thus, inflicting damage and causing ship reactor issues is one of the ways that the Guardians seek to prevent Dominus Ghaul from destroying Earth.

  d) Players are also tasked with helping a struggling ally stuck in a teleportation time-loop; at the end of the task, the ally – Cayde – is found at the spaceship's **reactor core**.

  e) Also in Destiny 2, a player is told to "Destroy the Ship's ***Reactor***" for purposes achieving its objective during the Lightfall campaign.

201. Martineau's work features an engineer grappling with difficulties concerning a ship's reactor, implying potential destruction and a threat to the ship and beyond.

202. There are striking parallels to the plot in Destiny 2, where players are tasked with destabilizing a ship's central core to prevent global catastrophe.

203. Ship reactor complications and the resulting consequences in Destiny 2 copy directly from Martineau's work.

204. <u>Tononob Station and The Traveler</u>

  a) In Martineau's work, Tononob Station is described as a space station and inhabited city that is floating above Earth and occupied by a human species.

b)      In "Vessel Transversion Log 390, 509" Martineau writes, "…**Yinnerah wishes to take Tononob Station, floating above what you would refer to as India.** It is now an elevated city that houses a human engineered species. This engineered species, the Fion Donork II's, can prove useful…."

c)      Tononob Station is described as holding a valuable asset desired by Yinnerah.

d)      In the Destiny 2 video game, the Traveler is a floating celestial entity above Earth that contains a power source called "the Light."

e)      Dominus Ghaul's main objective is to control the Light and to use the Traveler's power to further his power.  The Traveler contains a critical asset coveted by Dominus Ghaul.

205.   In Martineau's work, Tononob Station is a floating city above Earth, housing a valuable asset; the antagonist, Yinnerah, seeks to control this station to further Yinnerah's conquest of Earth.

206.   Similarly, in the Destiny 2 video game, the Traveler is a floating celestial entity above Earth containing a valuable asset - "the Light."   Dominus Ghaul, appearing throughout the Destiny 2 video game, seeks to take control of the Traveler for its power.

207.   Sufficiently expressed elements of a valuable entity floating above

Earth, which an antagonist desires to control, are present in both works.

208.  Apocalypse and Ending Species

a)    In Martineau's work "Pac's Oracle – Book 29", the following prophecy is shared:  "There will be one that comes forth, Another entity chosen by Pac, the Archon of The Tonrit VI Cluster. He will arrive prior to the Tsi Resina **apocalypse in Earth year 2022**."

b)    The same work provides... "If this is received by a 21st, 22nd, or 23rd century inhabitant, prepare for invasion and possible extinction."

c)    In another work titled "Yinnerah's Omen", Martineau writes: "Purge these lands and make ready the Legion, through time and space they'll claim this region their new found home. This land they'll roam."

d)    Dominus Ghaul's ambition to destroy Earth and its inhabitants is shared repeatedly throughout the Destiny 2 video game.

e)    Dominus Ghaul points the Almighty at the earth's sun with plans to annihilate the sun and thereby destroy Earth as a result.

f)    The Almighty, abandoned by the defeated Red Legion, is sent to collide with earth to destroy the Last City.

209.  In Martineau's work, the looming threat of an apocalyptic event is a central element.

210.  Similarly, in the Destiny 2 video game, apocalypse is central to the

work, wherein the annihilating force is the Red Legion intending to destroy Earth.

211.   The shared impending apocalypse represents a prominent element of both works.

212.   <u>The Red Fox and Skulking Fox</u>

   a)    In Martineau's work, "Audible Transversion", the Red Legion's exploration attempts after being freed by their leader, Yinnerah are described as follows:  "…After the Lord, Yinnerah, granted us freedom, we looked to new worlds…."

   b)    The work further describes the Red Legion's explorations as follows:  "Separating those – separating the very essence of the sky could prove to be difficult. Interceptions and interferences.

   c)    In the Destiny 2 video game, the Skulking Fox is a spaceship used by the Guardians in furtherance of their own objectives throughout the game.

213.   In Martineau's work, "Audible Transversion", the **Red Fox** is a spaceship used by the Red Legion in its exploration endeavors. The spaceship is described as setting out with a specific objective, to obtain the Doctor assigned to the prototype atonizer.

214.   The dedicated mission involving a spaceship is closely mirrored in the Destiny 2 video game, wherein the **Skulking Fox** is a spaceship used by the

Guardians to achieve their objectives throughout the game.

215. <u>Consciousness Transfer</u>

a) In Martineau's work, consciousness transfer is a significant part of the work.

b) Martineau introduces a method known as transversion, which allows for the transfer of consciousness into a different species.

c) A technological or metaphysical process allows a consciousness or "essence" to be relocated or copied from one being to another.

d) During the Collapse, the Exos' memories were shattered and nearly all knowledge of their origins lost as well. In the Dark Age that followed, the Exos helped build the Last City alongside their organic brethren, with many going on to become Guardians.

216. Consciousness transfer, known as "transversion", is significant in Martineau's work. This process involves the transfer of consciousness into a different species using a technological or metaphysical process that facilitates the relocation or copying of consciousness from one being to another.

217. In the Destiny 2 video game, the Exos are portrayed as the brainchildren of Clovis Bray I, who developed Exos as a means for humans to attain immortality; this involves transferring human consciousness into robotic bodies through "Transversive Steps", (an in-game purchase option in the Destiny 2 game) closely

mirroring "transversion" in Martineau's work.

218.  <u>Fail-Safe/Failsafe</u>.

219.  In Martineau's work, "Receiving message via Beacon submerged_arctic 1259" the digital input panel on the atonizer prototype is described as having a ***<u>fail-safe</u>*** mechanism that can reverse the effects of an enhancement beam and permanently alter the physics of the surrounding area for a certain period of time.

220.  In the Destiny 2 video game, **<u>Failsafe</u>** is an artificial intelligence that helps the player find Cayde and disable equipment of the Red Legion.  Using Failsafe, players are able to reach the reactor core to complete their mission.  Failsafe also assists in the search for Captain Masoud Jacobson.

221.  In Martineau's work, a fail-safe mechanism in the atonizer prototype acts as a crisis aversion tool, reversing the effects of an enhancement beam.

222.  In the Destiny 2 video game, an artificial intelligence named Failsafe guides players to avoid obstacles and achieve objectives, functioning as a preventive tool.

223.  <u>Violence and Rebellion within the Red Legion</u>

a)  In Martineau's work, "Receiving message via Teletronic receiver 342-43k-VI" a member of the Red Legion turns on a superior and commits an act of violence against his superior:

-52-

b)    In the most recent instances of annihilation efforts, the **Red Legionnaires** have annihilated the last of the Blue Offenders, or slang-termed, The Opposed.

c)    While in other reports, a Conscript of **Sovio Legionnaire Annion has apparently _gone rogue_**. Sovio Legionnaire Ebior Annion, commanding legionnaire of Conscripts 762-778, is one of the most aspiring and ascending commanding officers. Conscript 765 apparently **turned a heationo flame atonizer** on Annion just after he'd issued a command.

d)    In the Destiny 2 video game, Dominus Ghaul is challenged by his close friend regarding the means by which the Light will be extracted from The Traveler. His friend challenges Dominus Ghaul by telling him that he has "…been wasting his time." As a result, Ghaul kills his friend in retaliation for his disrespect.

224.   In Martineau's work, the Red Legion is a powerful force experiencing internal strife, such as when a member rebels against a superior.

225.   In the Destiny 2 video game, the Red Legion is a formidable entity with inner turmoil, shown when Dominus Ghaul kills his friend over a disagreement.

226.   In Martineau's work (in "The Journals of Young Frini") he writes: "The Red Legion just marched through our commune and killed almost everyone.". Destiny 2 Curse of Osiris provides as follows: "When the Red Legion attacked, it

almost cost us everything."

227.   In Martineau's work (in "Here") he writes: "Through the red dunes, to the valley of serpents. There the end comes, and goes, **and begins again** as one." Destiny 2 Curse of Osiris provides as follows: "It took a miracle to save us… This is **our new beginning**."

228.   In Martineau's work (in "Here") he writes: "That is, the nature of things. The universe, the galaxy, the planetary alignment that it sits **in the eye of a mioga**."   Destiny 2 Curse of Osiris provides as follows: "This small corner of the cosmos is the only place that is forever ours. And the universe watches us **with envious eyes**."

229.   <u>Forinis and Osiris</u>.

230.   There are striking similarities between characters Exemplar Forinis (Martineau's work) and Osiris (Destiny 2) - both deal with time/manipulation and perform certain acts in order to ensure timelines proceed as planned.

231.   Some of the similarities between characters Exemplar Forinis (Martineau's work) and Osiris (Destiny 2) include the following:

| Forinis (Martineau's Work) | Osiris (Destiny 2) |
|---|---|
| Possesses prophetic abilities, predicting apocalyptic events and a "gap in time," and can foresee and possibly influence future events. | Known for his ability to see the future through his study of the Vex, an alien race capable of manipulating time |

| Forinis (Martineau's Work) | Osiris (Destiny 2) |
|---|---|
| Has foresight of specific events and his statements indicate a deep involvement or understanding of temporal mechanics. | Engages with a simulation where he can simulate countless timelines to predict and alter outcomes. |
| Acts and performs actions with other "Exemplars" in order to manipulate the past, observe different individuals through history related to both The Opposed and The Red Legion, and steers events towards or away from his specific visions, guiding or warning them about the possible apocalyptic events. | Acts to guide the destiny of others or the universe itself, using his knowledge to influence key events. His followers, the Cult of Osiris, are dedicated to this cause. |
| Predicts an invasion and possible extinction and his insights are crucial for survival. | Visions involve threats to humanity by the Vex. |

232.    Both characters evoke a sense of mystery and myth, often revered or feared for their prophetic powers. Osiris carries a legacy of rebirth and knowledge, while Forinis's name and title suggests a similar archetype of an all-knowing guide.

233.    Both characters serve as catalysts for major plot developments. Osiris's return in "Destiny 2" initiates significant events involving the Vex, whereas Forinis's prophecies set the stage for an impending invasion.

234.    Both characters grapple with the burden of knowing the future - how much should one interfere, and at what cost, raising ethical questions about free will, destiny, and the morality of prophesying, and altering time or events.

235.    Additionally, there's a parallel in how both characters balance between

withdrawing to gather knowledge and intervening when necessary, reflecting on sufficiently expressed elements of isolation versus active participation in the world's fate.

236.    Martineau's work references numerous "Exemplars" and characters relating to time that work closely with Exemplar Forinis, such as "Exemplar Eronix," "Exemplar Yonnus," "Prophetess Polyniah," "Tontiox Reflin," (a fallen time thief/prophet), and "Ambassador Xoruveh, 'The Relinquisher of Time'".

237.    Martineau's Exemplars are a fellowship that guards timelines, contacts past and future inhabitants in Martineau's world, and oversee changes that take place (timeline).

238.    Similarly, in the Destiny 2 video game, Osiris and his disciples time travel, state prophecies, protect temporal anomalies, educate others, and research problems relating to timelines and alternate realities.

239.    <u>Infinity</u>.

240.    In Destiny 2, Curse of Osiris introduces the "**Infinite** Forest" and one of the missions of the game is entitled "Beyond **Infinity**".

241.    Similarly, infinity is a common element appearing  throughout Martineau's work; it is even used as a title for Martineau's story "Infinite Programming".

242.    <u>Torka/Ikora</u>

243.   Martineau's work includes the character "**Torka**" while the Destiny 2 video game include the character "**Ikora**"; these character names are visually and phonetically similar.

244.   In Martineau's work (in "1,593 – The Hourglass") Martineau writes the internal dialogue of Torka: "It was **faith** that got him there. It was **faith** that bound him to his **destiny**".   Destiny 2 includes the following dialogue: "The Vex are at my door. Osiris has not returned. **Faith** is all I have left... Have a little **faith**, Ikora."

245.   <u>Colors</u>

246.   Martineau's work describes the Red Legion as "Red, Dark Crimson, and Evil Blue."

247,   Not coincidentally, in "the Twilight Gap" (an area within the Destiny 2 game) the Red Legion is depicted as red, dark crimson and blue.

248.   Thus, the Destiny 2 video game uses the exact same color-scheme uniquely chosen and expressed in Martineau's literary work.

249.   <u>"Psyon" and "Psion"</u>

250.   The term "Psyon" is used to describe certain character(s) in Martineau's work that are sub-groups of the Red Legion.

251.   In Martineau's work, the term Psyon is linked to divine and existential control, as well as militaristic warfare.

252.   Similarly, the nearly identical term "Psion" is used throughout the

Destiny 2 video game including, without limitation, the Grimoire Anthology books.

253.   In the Destiny 2 video game, the "Psion" is an enslaved population that is integrated into the Red Legion.  Psions can use their minds as weapons for tactical advantages like electronic or psychokinetic warfare.

254.   The terms "Pyson" from Martineau's work and "Psion" from the Destiny 2 video game are virtually identical visually and phonetically.

255.   <u>"Primus"</u>

256.   The term "Primus" is used to describe military rank or a unique title attached to a deity/leader in Martineau's work.

257.   Similarly, the identical term "Primus" is used throughout the Destiny 2 video game including, without limitation, the Grimoire Anthology books.

258.   In the Destiny 2 video game, the title of "Primus" is appropriated by Dominus Ghaul, the leader of the Red Legion military faction.

259.   The identical term "Primus" is used Martineau's work and the Destiny 2 video game to denote high-level authority within a rigid, aggressive alien military structure.

260.   <u>Archons</u>

261.   Martineau's work includes reference to an entity identified as "Pac, the **Archon** of The Tonrit VI Cluster." (bold added)

262.   Similarly, in the Grimoire Anthology, Bungie includes the use of this

identical word, such as in the following passage: "Fikrul was an **Archon**. Then Fikrul took a fall—beaten, docked, and banished for heresies against Eliksni faith. (bold added)

263.  Unique Symbolic Formatting

264.  Plaintiff's original works, including "Red Star Prophecies," "On Xionbur," "Receiving signal from stellar dock o9r93i-II," The Testaments of Xionbur (13th, 22nd, 25th, 27th, 29th, and 31st), "Infinite Programming," and "Receiving message via Beacon 'submerged_arctic1259'"   include strategic insertions of identical uniform symbols:

<>||<>

<>

|

265.  These symbols are used to segment blocks of text or embed textual, in-story commands.

266.  Defendant's work in the Grimoire Volume 1, Verse 5:0 <>|<>|<>, incorporates virtually identical symbolic formatting structure, including: "<interdict>|<simulate>|<worship>",           "<insinuate>|<subvert>|<replicate>", "<observe>!<imitate>!<usurp>",      "<unknown>|<enigma>|<shortfall>",      and "<abort>!<halt>!<abort>".

267.  These symbols function in Defendant's work as commands / inputs,

which directly parallel Plaintiff's work "Receiving message via Beacon 'submerged_arctic1259'" and extends beyond the use of mere symbols to a unique expression.

268.    The parallels in usage of symbols and issuance of commands combined with aesthetic properties reflect that the similarities extend beyond mere coincidence; Defendant Grimoire Anthology adopts Plaintiff's unique method of using these symbols to create immersive, terminal-command style narrative devices that simulate and describe  in-universe technological interfaces.

269.    <u>Russian Geographic Settings</u>

270.    Plaintiff's work "Receiving signal from stellar dock o9r93i-II" features a setting in "New Moscow," establishing a geographic location.

271 Defendant's "The Great Houses" work in the Grimoire Anthology describes significant events occurring in "Old Russia".

272.    Both works utilize Russian geographical and temporal references in science fiction/fantasy works.

273.    <u>Verbatim Copying</u>.

274.    Plaintiff published a series of works on WordPress between May 16, 2013, and June 28, 2013, in the following sequence: "On Xionbur" (May 16th), "Deka Decretum" (June 7th), "Xionbur's 13th Testament" (June 25th), "Xionbur's 5th Testament" (June 26th), "Xionbur's 27th Testament" (June 27th), and "Xionbur's

1st Testament" (June 28th).

275    These six works were published back-to-back in sequential order on Plaintiff's WordPress site and associated tag pages between May 16, 2013 to June 28, 2013.

276.    Certain works in Defendant's Grimoire Anthology utilize numerous verbatim terms lifted directly from this specific set of Plaintiff's poems, including but not limited to key terminology that appears in identical form across both works.

277.    The verbatim terminology from Plaintiff's works appears in Defendant's Grimoire Anthology and mirrors how these terms appeared on Plaintiff's actual blog page and WordPress tag pages.

278.    The pattern of verbatim copying from Plaintiff's chronologically sequential works demonstrates that Defendant accessed and systematically drew from Plaintiff's WordPress content.

279.    A poem within Defendant's Grimoire Anthology incorporates numerous verbatim terms directly from Plaintiff's WordPress publications, including the exact terms: **"species," "doomed," "worship," "inevitable," "extinction,"** and **"existence."**

280.    The Grimoire Anthology also employs substantially similar terminology that mirrors Plaintiff's distinctive word choices, including Plaintiff's **"created"** appearing as Defendant's **"creation,"** Plaintiff's **"enslavement"**

appearing as Defendant's **"slavery"** .

281.  The concentration of these verbatim and substantially similar terms within the Grimoire Anthology demonstrates deliberate copying rather than coincidental similarity.

282.  <u>Existential Terminology and Cyclical Death Themes</u>

283.  Defendant's Grimoire Anthology incorporates numerous verbatim terms directly from Plaintiff's "Xionbur's 1st - 3rd Testament," including the exact terms: **"Life," "Death," "end,"** and **"annihilate[d]"** .

284.  Both works employ identical cyclical death concepts, with Plaintiff's **"Life[1] And Death[1]"** and **"your death. Or perhaps your rebirth"** directly paralleling Defendant's **"Life and death and life and death and life and death"** and cyclical battle themes.

285.  Defendant's work mirrors Plaintiff's temporal finality concepts, with Plaintiff's **"The end[1] of time"** appearing as Defendant's **"In the end[1], only sorrow remains"** and **"never ends,"** appropriating Plaintiff's distinctive end-time terminology.

286.  Both works utilize substantially similar existential frameworks involving cosmic destruction, with Plaintiff's **"After You were annihilated[1]"** and **"Annihilation"** paralleling Defendant's **"They annihilate[1] those who do not worship the Dark."**

287.   The systematic use of verbatim terms combined with parallel cyclical death concepts demonstrates deliberate copying rather than independent creation.

288.  The close concentration of these specific verbatim terms within comparable existential and cosmic destruction contexts establishes systematic appropriation of Plaintiff's protected expression including, without limitation, the following illustrative example:

| Martineau's Work<br>Xionbur's 1st - 3rd Testament | Bungie's Grimoire Anthology |
|---|---|
| As desired by the Great Lord Yinnerah, a Testament.<br>How we sing your songs of **life**[1].<br>how we chant your chants of **sorrow**[1].<br>As desired by the Great Mistress Sinestria, a delineation.<br>–<br>There is not a beginning and there is not an **end**[1].<br>There is space.<br>While stars and galaxies surround your night sky,<br>to you they are void.<br>(...)<br>Inside the great dimension of your earth dwells a Thririx – a being you may not see.<br>It waits.<br>Not for a time<br>But for a sphere within time.<br>Before You existed,<br>The Thirix strived.<br>After You were **annihilated**[1],<br>The Thirix endured.<br>Yinnerah keeps this creature from destroying you.<br><br>A sound.<br>A pulsation.<br>A **God** of the mind.<br>Turmoil.<br>Henceforth.<br>**You shall**<br>**know**<br>**pain.**[1]<br>**And Life.**[1]<br>**And Death.**[1]<br>**And Suicide.**[3]<br>**And Apocalypse.** | What is this violent ritual?[2] These tales of suffering, where all ends in a feast of maggots and rot laid on a wormwood table for **gods** to feast on misery?[2]<br><br>But is not the Light also served by savage **sacrifice?**[2] **Accepted wounds?**[2] Blood<br>spilled on the dust of distant **worlds?**[2]<br>**Life and death and life and death and life and death**[1][3] are locked in a battle that<br>**never ends.**[1][3]<br>The **cycle** is the same. The **pain** is the same. We **eliminate**[3] those who **oppose*** the Light. They **annihilate**[1] those who do not worship the Dark.<br>In **the end**[1], only **sorrow remains** |

And Annihilation.
**And Extermination.**[3]
You will know **death.** [1]
o
(...)
In an instant your **death.**
Or perhaps your **rebirth.**[3]
As these things are not uncommon.
oo
**"Tell me, Lord Xionbur, what must I do to please our Master?" one of you asks.**[2]
(...)
However upon visually accessing this transversed text, you will **remain**[1] here.
You shall **remain**[1] here with me.

Your galaxy shall be made whole.
The shears of fate will soon win.
Beyond those grey realms,
the **Red** beams of **destiny** await.
Your lord summons you.
**The start of an era.**[3]
**The end**[1] **of time.**[3]
**Rebirth.**[3]

289.  <u>Additional Similarities</u>

290.  In Martineau's work (in "The Exodus of Cion IV") Martineau writes: "**Her name is** Daon Sinestria Tion. **Her King** is Tiociv Sealnoroh.".   Destiny 2 includes the following line: "**Her name is** Sagira…. And **her Guardian** is Osiris."

291.  Yet another striking similarity between Martineau's work and the Destiny 2 video game is the presence of parallel realities and numerous characters

having the power to alter these realities. Characters shift realities and phase in and out of different time periods in order to alter outcomes or change events with preconceived intentions.

292.    Yet another striking similarity between Martineau's work and the Destiny 2 video game involves the use of "**Echoes**" (a verbatim term that appears prominently in both works) in order to control, surveil, and the manipulate perception or reality.

293.    Yet another striking similarity between Martineau's work and the Destiny 2 video game involves the use of "**Projections**" that are used to blend both scientific and supernatural content in both works.

## COUNT I

## (Copyright Infringement – Destiny 2)

294.    Martineau re-alleges and incorporates by reference the allegations in paragraphs 1 through 293, as if set forth fully herein.

295.    Martineau is the owner of valid and enforceable copyrights in his published works. Martineau has registered or applied for registration for copyrights in said works, including United States Copyright Registration TX 9-339-250.

296.    Defendants have deliberately and intentionally copied the characters, storyline, and other protectable expression from Martineau's works in the Destiny 2 video game.

297.   Martineau has never authorized or given consent to Defendants to use their copyrighted works in the manner complained of herein.

298.   Thus, Defendants have infringed, and are continuing to infringe, Martineau's copyrights by reproducing, adapting, distributing, publicly performing, and publicly displaying, and authorizing others to reproduce, adapt, distribute, publicly perform, and publicly display copyrighted elements of Martineau's works without authorization, in violation of the Copyright Act, 17 U.S.C. § 501 et seq.

299.   Defendants' acts of infringement are willful, in disregard of, and with indifference to, the rights of Martineau.

300.   As a direct and proximate result of the infringements alleged herein, Martineau is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable.

301.   Martineau further is entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

302.   As a result of Defendants' acts and conduct, Martineau has sustained and will continue to sustain substantial, immediate, and irreparable injury for which there is no adequate remedy at law. Martineau is informed and believes, and on that basis alleges, that unless enjoined and restrained by this Court, Defendants will continue to infringe Martineau's rights in Martineau's works. Martineau is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin

Defendants' continuing infringing conduct.

## COUNT II

### (Copyright Infringement – The Grimoire Anthology)

303.   Martineau re-alleges and incorporates by reference the allegations in paragraphs 1 through 302, as if set forth fully herein.

304.   Martineau is the owner of valid and enforceable copyrights in his published works. Martineau has registered or applied for registration for copyrights in said works, including United States Copyright Registration TX 9-339-250.

305.   Defendants have deliberately and intentionally copied the characters, storyline, and other protectable expression from Martineau's works in the Grimoire Anthology (all Volumes).

306.   Martineau has never authorized or given consent to Defendants to use their copyrighted works in the manner complained of herein.

307.   Thus, Defendants have infringed, and are continuing to infringe, Martineau's copyrights by reproducing, adapting, distributing, publicly performing, and publicly displaying, and authorizing others to reproduce, adapt, distribute, publicly perform, and publicly display copyrighted elements of Martineau's works without authorization, in violation of the Copyright Act, 17 U.S.C. § 501 et seq.

308.   Defendants' acts of infringement are willful, in disregard of, and with indifference to, the rights of Martineau.

309.   As a direct and proximate result of the infringements alleged herein, Martineau is entitled to damages and to Defendants' profits in amounts to be proven at trial, which are not currently ascertainable.

310.   Martineau further is entitled to his attorneys' fees and full costs pursuant to 17 U.S.C. § 505.

311.   As a result of Defendants' acts and conduct, Martineau has sustained and will continue to sustain substantial, immediate, and irreparable injury for which there is no adequate remedy at law. Martineau is informed and believes, and on that basis alleges, that unless enjoined and restrained by this Court, Defendants will continue to infringe Martineau's rights in Martineau's works. Martineau is entitled to temporary, preliminary, and permanent injunctive relief to restrain and enjoin Defendants' continuing infringing conduct.

## COUNT III.

### CONTRIBUTORY COPYRIGHT INFRINGEMENT

312.   Plaintiff repeats and reiterates each and every allegation of paragraphs of the Complaint marked 1 through 311 as if more fully set forth at length herein.

213.   Upon information and belief, all Defendants used and copied Plaintiff's works without Plaintiff's permission or knowledge.

314.   Upon information and belief, all Defendants' copying of Plaintiff's works was done so that Defendants would be able to take over, for their own profit

and advantage Plaintiff's works.

315.    Upon information and belief, all Defendants induced, participated, and aided and abetted in, and profited from, the copying of Plaintiff's works by Defendant Bungie.

316.    By reason of the foregoing copying, all Defendants copied or aided and assisted in the copying and performing of Plaintiff's works in various media without permission of Plaintiff, which is an infringement of Plaintiff's copyright.

## PRAYER FOR RELIEF

WHEREFORE, Martineau prays that this Court enter judgment in its favor on each and every claim for relief set forth above and award it relief, including but not limited to an order:

1.    Preliminarily and permanently enjoining Defendants, their officers, employees, agents, subsidiaries, representatives, distributors, dealers, members, affiliates, and all persons acting in concert or participation with Defendants from: manufacturing, producing, distributing, adapting, displaying, advertising, promoting, offering for sale or selling, or performing any materials that are substantially similar to both the Destiny 2 video game and the Grimoire Anthology works, and to deliver to the Court for destruction or other reasonable disposition all materials and means for producing the same in Defendants' possession or control.

2.    Requiring Defendants to deliver to Martineau all copies of materials

that infringe or violate any of Martineau's rights described herein.

3.    Requiring Defendants to provide Martineau with an accounting of any and all sales of products or services that infringe or violate any of Martineau's rights, as described herein.

4.    Awarding Martineau damages for copyright infringement and willful infringement under 17 U.S.C. § 504, as appropriate.

5.    Awarding Martineau its full costs and attorneys' fees in this action pursuant to 17 U.S.C. § 505 and other applicable laws.

6.    Imposing a constructive trust over the proceeds unjustly obtained by Defendants through the sale of the infringing Destiny 2 video game in the United States, and/or any other products or services that violate any of Martineau's rights described herein.

7.    Awarding such other and further relief as this Court may deem just and appropriate.

## **JURY DEMAND**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, **Plaintiff Matthew Kelsey Martineau** demands a trial by jury as to all issues and claims triable to a jury.

Respectfully submitted:

 s/Ted M. Anthony

-71-

Ted M. Anthony, LA #21446 (T.A.)
BABINEAUX, POCHÉ, ANTHONY
    & SLAVICH, L.L.C.
P. O. Box 52169
Lafayette, LA  70505-2169
Telephone:  (337) 984-2505
Fax:  (337) 984-2503
Email:  tanthony@bpasfirm.com

AND


BARRY ROME & SCOTT
STEPHEN R. BARRY #21465
*A Professional Law Corporation*
612 Gravier Street
New Orleans, Louisiana 70130
Tel: (504) 525-5553
Fax: (504) 525-1909
Email: sbarry@barryrome.com

ATTORNEYS FOR MATTHEW KELSEY
MARTINEAU