UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU, <br><br> Plaintiff, <br><br> v. <br><br> BUNGIE, INC., a Delaware corporation; DOES 1-10, inclusive, <br><br> Defendants. | CIVIL ACTION NO.  2:24-cv-02387 <br><br> JUDGE: Susie Morgan <br><br> MAG. JUDGE:  Michael B. North |

**<u>VERIFICATION</u>**

STATE OF LOUISIANA

PARISH OF ST. TAMMANY

I, MATTHEW KELSEY MARTINEAU, Plaintiff in this action, on this 31st day of October 2025, state that I have read the foregoing Second Supplemental and Amended Complaint, and to the best of my knowledge, information and belief, and upon information currently available to me, the allegations and facts and circumstances as pled in the foregoing pleading are true and correct.

_____
MATTHEW KELSEY MARTINEAU