UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Matthew Kelsey **MARTINEAU**, <br><br> Plaintiff, <br><br> v. <br><br> **BUNGIE, INC.,** a Delaware Corporation; DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-02387-SM-MBN <br><br> **JUDGE: SUSIE MORGAN** <br><br> **MAGISTRATE: MICHAEL NORTH** |

**DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF BUNGIE, INC.'S OPPOSITION TO MARTINEAU'S SECOND MOTION TO COMPEL**

## DECLARATION OF TAMAR Y. DUVDEVANI

I, Tamar Y. Duvdevani, declare and state as follows:

1. I am a partner at DLA Piper LLP (US) and lead counsel of record for Defendant Bungie, Inc. ("Bungie).

2. I am admitted to practice in the State of New York and I am admitted *pro hac vice* in this action. Dkt. 19.

3. I respectfully submit this Declaration in support of Bungie's contemporaneously filed Opposition to Plaintiff's Second Motion to Compel filed on November 5, 2025, Dkt. 50, based on my personal knowledge of the facts stated herein, and to place before the Court documents referenced in Bungie's Opposition.

4. Plaintiff's Second Motion to Compel focuses on his second set of discovery responses (propounded August 13, 2025) and his Rule 30(b)(6) Notice of Deposition of Bungie (served October 23, 2025). Martineau's October 23, 2025 deposition notice, served twelve business days before close of discovery, represents the first time he had served any deposition notice in the case or asked for dates for any depositions to take place, as well as the first time he provided any notice of the thirty-seven 30(b)(6) deposition topics to Bungie. Bungie timely served its responses to Martineau's second set of requests on September 12, 2025, and served its responses and objections to the Rule 30(b)(6) notice on October 29, 2025, less than a week later. Martineau did not comply or attempt to comply with Rule 37's meet and confer requirement before bringing this Second Motion to Compel, including while the parties were together in Martineau's counsel's office on October 29, 2025 for Mr. Martineau's deposition. The first notice Bungie received regarding

Martineau's concerns with the discovery discussed in the Second Motion to Compel was when Martineau filed the motion.

5. Bungie's responses and objections to Martineau's second set of discovery requests and Bungie's responses and objections to Martineau's 30(b)(6) notice expressly state Bungie's willingness to meet and confer regarding the scope or relevance of the discovery request or deposition topic. Bungie willingly met and conferred with Martineau previously in connection with discovery discussed in his first motion to compel. Although the parties reached an impasse on several matters, Bungie also voluntarily amended its discovery responses nine days after the meet and confer on multiple requests.

6. After a reasonable and diligent search, Bungie has produced all documents in its possession, custody, and control in response to Request for Production Nos. 31 and 32, which it understands as seeking internal policy documents. The produced responsive documents are available at Bates Nos. BNG-00131647, BNG-00131645, and BNG-00131638.

7. Attached hereto as **Exhibit A** is a true and correct copy of a letter sent by Martineau's counsel, dated October 23, 2025.

8. Attached hereto as **Exhibit B** is a true and correct copy of an email chain between counsel, dated October 29 – October 30, 2025.

9. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiff's 30(b)(6) Notice of Deposition of Bungie, Inc., dated October 23, 2025.

10. Attached hereto as **Exhibit D** is a true and correct copy of Bungie's Responses and Objections to Plaintiff's 30(b)(6) Notice, dated October 29, 2025.

11. Attached hereto as **Exhibit E** is a true and correct copy of an email chain between counsel, dated October 29 – October 30, 2025.

12. Attached hereto as **Exhibit F** is a true and correct copy of a letter Plaintiff sent by Martineau's counsel, dated November 3, 2025.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 10, 2025:  /s/ *Tamar Y. Duvdevani*
Tamar Y. Duvdevani