# Exhibit B

# Stanley, Maegan

| | |
|---|---|
| **From:** | Ted Anthony <TAnthony@BPASFirm.com> |
| **Sent:** | Thursday, October 30, 2025 3:38 PM |
| **To:** | Greenfield, Jared; Stephen Barry; Andria Thibodeaux; Danielle Ronkartz |
| **Cc:** | Duvdevani, Tamar; Stanley, Maegan; Darleene Peters; Connor Peth; Ruppert, Valerie |
| **Subject:** | RE: Martineau v. Bungie |

⚠️ EXTERNAL MESSAGE

Jared,
We will be back in touch with feedback by tomorrow (10/31).
Thanks,
-Ted

**Ted M. Anthony**
Babineaux, Poché, Anthony & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA  70505-2169
Telephone:  (337) 984-2505
Facsimile:  (337) 984-2503
Email:  tanthony@bpasfirm.com

CONFIDENTIALITY NOTICE: This E-mail transmission (and/or the documents accompanying it) is intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-mail in error, please notify us immediately, and delete the E-mail and the accompanying documents, if any, without saving. Thank you.

IRS CIRCULAR 230 DISCLOSURE: Pursuant to IRS rules, please be advised that to the extent any information relating to a Federal tax issue is contained in this communication, including any attachments or accompanying documents, it is not intended to be used, and cannot be used, for the purposes of (a) avoiding any tax-related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

**From:** Greenfield, Jared <Jared.Greenfield@us.dlapiper.com>
**Sent:** Thursday, October 30, 2025 2:27 PM
**To:** Ted Anthony <TAnthony@BPASFirm.com>; Stephen Barry <sbarry@barryrome.com>; Andria Thibodeaux <AThibodeaux@BPASFirm.com>; Danielle Ronkartz <dronkartz@barryrome.com>
**Cc:** Duvdevani, Tamar <Tamar.Duvdevani@us.dlapiper.com>; Stanley, Maegan <Maegan.Stanley@us.dlapiper.com>; Darleene Peters <dpeters@irwinllc.com>; Connor Peth <cpeth@irwinllc.com>; Ruppert, Valerie <Valerie.Ruppert@us.dlapiper.com>
**Subject:** RE: Martineau v. Bungie

Good afternoon Counsel,

We are following up on the below offered dates for Bungie's Rule 30(b)(6) designees. Bungie's witnesses have full plates and are currently keeping theses dates open. Please let us know as soon as possible if we should confirm any of these dates. I have pasted them again below for ease of reference.

- **David Aldridge:**  November 6, 2025, November 7, 2025, and November 10, 2025;

- **Nate Buckmiller:** November 6, 2025 and November 7, 2025;

- **Tyson Green:** November 10, 2025;

- **Jonathan To:** To be determined; Bungie will confirm Mr. To's availability for November 6-10 as soon as possible.

Thank you,

# Jared Greenfield
Associate

T  +1 212 335 4578
F  +1 917 778 8737
M  +1 917 968 7958
jared.greenfield@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com



---

**From:** Greenfield, Jared
**Sent:** Wednesday, October 29, 2025 10:39 PM
**To:** Ted Anthony <tanthony@bpasfirm.com>; Stephen Barry <sbarry@barryrome.com>; Andria Thibodeaux <athibodeaux@bpasfirm.com>; Danielle Ronkartz <dronkartz@barryrome.com>
**Cc:** Duvdevani, Tamar <Tamar.Duvdevani@us.dlapiper.com>; Stanley, Maegan <Maegan.Stanley@us.dlapiper.com>; Darleene Peters <dpeters@irwinllc.com>; Connor Peth <cpeth@irwinllc.com>; Ruppert, Valerie <Valerie.Ruppert@us.dlapiper.com>
**Subject:** Martineau v. Bungie

Good evening Counsel,

Please find attached for service Bungie's Responses and Objections to Plaintiff's Rule 30(b)(6) Deposition Notice.

The availabilities of Bungie's designated corporate representatives are as follows:

- **David Aldridge:**  November 6, 2025, November 7, 2025, and November 10, 2025;

- **Nate Buckmiller:** November 6, 2025 and November 7, 2025;

- **Tyson Green:** November 10, 2025;

- **Jonathan To:** To be determined; Bungie will confirm Mr. To's availability for November 6-10 as soon as possible.

Thank you,

# Jared Greenfield
Associate

T  +1 212 335 4578         **DLA Piper LLP (US)**
F  +1 917 778 8737         1251 Avenue of the Americas
M  +1 917 968 7958         27th Floor
jared.greenfield@us.dlapiper.com   New York, NY  10020-1104

    dlapiper.com

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com. Thank you.