# Exhibit E

**Stanley, Maegan**

| | |
|---|---|
| **From:** | Ted Anthony <TAnthony@BPASFirm.com> |
| **Sent:** | Thursday, October 30, 2025 6:46 PM |
| **To:** | Duvdevani, Tamar |
| **Cc:** | Stanley, Maegan; Greenfield, Jared; Connor Peth; Ruppert, Valerie; Andria Thibodeaux; Danielle Ronkartz |
| **Subject:** | RE: Supplemental Complaint |

⚠ EXTERNAL MESSAGE

Tamar,
OK, understood.  Thank you for getting back to me.  We will note your opposition in our Motion for Leave.
Regards,
Ted

**From:** Duvdevani, Tamar <Tamar.Duvdevani@us.dlapiper.com>
**Sent:** Thursday, October 30, 2025 5:02 PM
**To:** Ted Anthony <TAnthony@BPASFirm.com>
**Cc:** Stanley, Maegan <Maegan.Stanley@us.dlapiper.com>; Greenfield, Jared <Jared.Greenfield@us.dlapiper.com>; Connor Peth <cpeth@irwinllc.com>; Ruppert, Valerie <Valerie.Ruppert@us.dlapiper.com>; Andria Thibodeaux <AThibodeaux@BPASFirm.com>; Danielle Ronkartz <dronkartz@barryrome.com>
**Subject:** RE: Supplemental Complaint

Thank you Ted,

It was good seeing you as well.  After some delay at MSY we made it out of your beautiful city.

You have given us less than 24 hours to respond to your e-mail from last night, received while we were in the air.  The Scheduling Order set a March 3, 2025 date for pleading amendments and that date has long passed.  You have not provided us with any detail that could explain what good cause exists for amending the complaint, for a third time, on the eve of close of fact discovery, to include a brand new count of infringement over an additional work that was publicly available since before this action was filed.   As a result, we have no choice but to oppose your motion.

Best,
Tamar

**Tamar Y. Duvdevani**
Partner

T  +1 212 335 4799
F  +1 917 778 8799
tamar.duvdevani@us.dlapiper.com

**DLA Piper LLP (US)**
dlapiper.com

**From:** Ted Anthony <TAnthony@BPASFirm.com>
**Sent:** Wednesday, October 29, 2025 8:02 PM
**To:** Duvdevani, Tamar <Tamar.Duvdevani@us.dlapiper.com>
**Cc:** Stanley, Maegan <Maegan.Stanley@us.dlapiper.com>; Greenfield, Jared <Jared.Greenfield@us.dlapiper.com>; Connor Peth <cpeth@irwinllc.com>; Ruppert, Valerie <Valerie.Ruppert@us.dlapiper.com>; Andria Thibodeaux <AThibodeaux@BPASFirm.com>; Danielle Ronkartz <dronkartz@barryrome.com>
**Subject:** Supplemental Complaint

 EXTERNAL MESSAGE

Hi Tamar,
It was good seeing you today.   I hope that you and Meagan had a safe and uneventful trip back home.

As we discussed today, we are planning to file a Motion for Leave to file a Supplemental and Amending Complaint.   The new allegations relate to infringement of Mr. Martineau's copyrighted works by Bungie's multi-volume publication "The Grimoire Anthology".

We need to represent in the Motion for Leave whether or not you consent to filing of the amended pleading.   Please let me know whether or not Bungie consents by 5pm ET tomorrow (10/30) so that we can accurately represent your client's position in the Motion.

Regards,
Ted

**Ted M. Anthony**
Babineaux, Poché, Anthony & Slavich, L.L.C.
P.O. Box 52169
Lafayette, LA  70505-2169
Telephone:  (337) 984-2505
Facsimile:  (337) 984-2503
Email:   tanthony@bpasfirm.com

CONFIDENTIALITY NOTICE: This E-mail transmission (and/or the documents accompanying it) is intended only for the use of the individual(s) or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, distribution, copying or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this E-mail in error, please notify us immediately, and delete the E-mail and the accompanying documents, if any, without saving.

Thank you.
IRS CIRCULAR 230 DISCLOSURE: Pursuant to IRS rules, please be advised that to the extent any information relating to a Federal tax issue is contained in this communication, including any attachments or accompanying documents, it is not intended to be used, and cannot be used, for the purposes of (a) avoiding any tax-related penalties that may be imposed on you or any other person under the Internal Revenue Code, or (b) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please reply to the sender and destroy all copies of the message. To contact us directly, send to postmaster@dlapiper.com.  Thank you.