# Exhibit F



Stephen R. Barry
sbarry@barryrome.com
Direct Dial: (504) 525-1101
*Licensed in Louisiana and Texas

November 3, 2025

**Via Email**

Tamar Y. Duvdevani, Esq.
Tamar.duvdevani@us.dlapiper.com
Jared Greenfield, Esq.
Jared.Greenfield@us.dlapiper.com
DLA PIPER LLP (US)
1251 Avenue of The Americas, 27th FL
New York, NY 10020

Darleene Peters, Esq.
dpeters@irwinllc.com
Connor W. Peth, Esq.
cpeth@irvinllc.com
Connor W. Peth, Esq.
Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, LA 70130

      Re:    *Matthew Kelsey Martineau*
              *vs. Bungie, Inc., a Delaware corporation; DOES 1-10. Inclusive*
              *Civil Action No. 2:24-cv-02387; USDC, Eastern District of Louisiana*

Dear Counsel,

I am responding to your recent letters and emails regarding discovery. We are not going to engage in an unproductive back-and-forth. We will allow the Court to decide the issues raised in our Motion to Compel.

That said, several points warrant clarification. First, we specifically discussed an extension of the discovery deadline following the plaintiff's deposition. You asked us to make a proposal, and that is exactly what we did. We proposed a 30-day extension, which you responded to with an offer of only seven days. Our proposal was made in good faith to allow a modest and practical extension that would accommodate both parties' remaining discovery needs without interfering with any anticipated motions for summary judgment.

Second, we still have not been able to access the approximately 130,000 pages of documents Bungie produced at the last minute. That production remains effectively unusable and has materially impaired our ability to prepare for depositions and complete discovery.

Third, with respect to the Rule 30(b)(6) depositions, we do not have an adequate ability to prepare given Bungie's failure to fully respond to discovery that has been outstanding for more than five months, since May 2025. Bungie did not even respond to our Rule 30(b)(6) notice until October 29, 2025—while or immediately after we were conducting the plaintiff's deposition—and once again improperly objected to every one of our designated topics.

**BRS**   BARRY
         ROME
         SCOTT

Stephen R. Barry
sbarry@barryrome.com
Direct Dial: (504) 525-1101
*Licensed in Louisiana and Texas

It is also unclear whether Bungie intends for us to conduct all corporate representative depositions in a single day or over several days. Either approach is not feasible under the current circumstances. We will ask the Court to rule on Bungie's objections, and absent an agreed upon extension, to provide additional time for us to take the corporate deposition once adequate responses are provided.

Finally, from the outset of this case, we have made clear that the plaintiff intends to depose the writers and developers responsible for creating the Destiny 2 storylines at issue. We repeatedly requested the information necessary to identify and locate these individuals, yet Bungie has failed to cooperate. It has not provided complete or substantive responses to discovery on this topic; when it finally disclosed a list of names, it offered virtually no information. Your recent email referencing the public game credits does not cure these deficiencies. That informal communication is not a proper interrogatory response and provides no usable information from which depositions can be noticed or prepared. Listing outdated or incomplete "last known employment" information, while omitting even basic contact details or explanations of each individual's involvement, is plainly inadequate.

Plaintiff wants to take the depositions of the writers. We again call on Bungie to promptly provide complete and verified information—including accurate current or last-known contact details and a clear description of each individual's role—so that these depositions can be timely scheduled.

Given the scope of Bungie's delayed and incomplete production, the outstanding depositions, and the lack of sufficient time to prepare for the Rule 30(b)(6) depositions, we will request additional time from the Court beyond November 17 if necessary to ensure that discovery can be completed in a fair and orderly manner.

Very truly yours,

Stephen R. Barry

SRB:dcr
cc:     Ted Anthony, Esq.

**New Orleans Office** 612 Gravier St. New Orleans, LA 70130 | **Lafayette Office** 405 West Main St. Lafayette, LA 70501

T: 504.525.5553 | F: 504.525.1909                    T: 337.237.2889 | F: 337.237.2878

barryromescott.com