UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Matthew Kelsey **MARTINEAU**, <br><br> Plaintiff, <br><br> v. <br><br> **BUNGIE, INC.,** a Delaware Corporation; DOES 1-10, inclusive, <br><br> Defendants. | Case No.: 2:24-cv-02387-SM-MBN <br><br> **JUDGE: SUSIE MORGAN** <br><br> **MAGISTRATE: MICHAEL NORTH** |

**DECLARATION OF TAMAR Y. DUVDEVANI IN SUPPORT OF BUNGIE, INC.'S OPPOSITION TO MARTINEAU'S MOTION FOR LEAVE TO FILE A SECOND SUPPLEMENTAL AND AMENDED COMPLAINT**

## **DECLARATION OF TAMAR Y. DUVDEVANI**

I, Tamar Y. Duvdevani, declare and state as follows:

1. I am a partner at DLA Piper LLP (US) and lead counsel of record for Defendant Bungie, Inc. ("Bungie).

2. I am admitted to practice in the State of New York and I am admitted *pro hac vice* in this action. Dkt. 19.

3. I respectfully submit this Declaration in support of Bungie's contemporaneously filed Opposition to Plaintiff's Motion for Leave to File a Second Supplemental and Amended Complaint, based on my personal knowledge of the facts stated herein, and to place before the Court documents referenced in Bungie's Opposition.

4. On May 14, 2025, counsel for both parties attended an in-person Status Conference in New Orleans before the Honorable Susie Morgan. During the Status Conference, Judge Morgan indicated to Plaintiff's counsel that she did not want to see a motion for leave to amend the operative complaint, as any such motion would be untimely in light of the March 3, 2025 deadline for the parties to amend their pleadings by leave of Court.

5. On September 3, 2025, the parties met and conferred regarding their respective responses to the other's discovery requests. At no point during the parties' discussion did Plaintiff's counsel explain that the scope of Request for Production No. 10 extended to any documents beyond development materials relevant to *Destiny 2*. After Plaintiff purportedly discovered the existence of the *Grimoire Anthology* in early October, Plaintiff's counsel never informed Bungie that its discovery responses were deficient for failing to disclose the existence of the *Grimoire Anthology*. Indeed, it was not until the filing of this Motion that Plaintiff first made that argument.

6. On October 29, 2025, I took Mr. Martineau's deposition in New Orleans, at Plaintiff's counsel's offices. Mr. Martineau's deposition was attended by both his record counsel. Attached hereto as **Exhibit A** are true and correct excerpts taken from the transcript of the Deposition of Matthew Kelsey Martineau. Immediately following Mr. Martineau's deposition, counsel for both parties discussed the case schedule. During this conversation, I informed Plaintiff's counsel that Bungie intended to move for summary judgment in connection with this matter. In this same conversation, Plaintiff's counsel informed Bungie that Plaintiff would seek leave to amend his operative complaint, but did not inform Bungie what the intended amendment would entail.

7. On the evening of October 29, 2025, Plaintiff's counsel emailed Bungie's counsel to ask whether Bungie would consent to Plaintiff's intended motion for leave to file an amended complaint to add allegations related to the *Grimoire Anthology*. Attached hereto as **Exhibit B** is a true and correct copy of that email chain exchanged between counsel, dated October 29 – October 30, 2025.

8. Upon the filing of this Motion and Plaintiff's Proposed Second Amended Complaint ("Proposed SAC"), Bungie's counsel used a word processor to run a redline comparison between the operative First Amended Complaint (Dkt. 24) and the Proposed SAC, which marked any deletions from the FAC in red, and any additions to the FAC in blue. Attached hereto as **Exhibit C** is a true and correct copy of the redline report showing Plaintiff's proposed changes between the operative FAC and the Proposed SAC.

9. Attached hereto as **Exhibit D** is a true and correct capture of the online Amazon listing for *Volume I: Dark Mirror* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-Anthology-Dark-Mirror/dp/1789091373.

10. Attached hereto as **Exhibit E** is a true and correct capture of the online Amazon listing for *Volume II: Fallen Kingdoms* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-Anthology-II-Kingdoms/dp/1957721014.

11. Attached hereto as **Exhibit F** is a true and correct capture of the online Amazon listing for *Volume III: War Machines* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-III-War-Machines/dp/1957721022.

12. Attached hereto as **Exhibit G** is a true and correct capture of the online Amazon listing for *Volume IV: The Royal Will* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-IV-Royal-Will/dp/1957721030.

13. Attached hereto as **Exhibit H** is a true and correct capture of the online Amazon listing for *Volume V: Legions Adrift* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-Anthology-Legions-Adrift/dp/195772109X.

14. Attached hereto as **Exhibit I** is a true and correct capture of the online Amazon listing for *Volume VI: Partners in Light* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-Anthology-VI-Partners/dp/1957721111.

15. Attached hereto as **Exhibit J** is a true and correct capture of the online Amazon listing for *Volume VII: Penumbra* of the *Grimoire Anthology*, located at https://www.amazon.com/Destiny-Grimoire-Anthology-Vol-VII/dp/1957721146.

16. Attached hereto as **Exhibit K** is a true and correct capture of the online listings for the *Grimoire Anthology* volumes on the Bungie Store, located at https://bungiestore.com/search?q=grimoire+anthology.

17. Attached hereto as **Exhibit L** are true and correct screenshots of a text message communication produced by Plaintiff in this matter as a screen-recorded video.  The video was

produced without a Bates stamp. Plaintiff testified to the authenticity of this exhibit at his deposition. *See* Exhibit A at 109:22-110:17.

18. Attached hereto as **Exhibit M** is a true and correct copy of a document produced by Plaintiff in this matter. This document was produced without a Bates stamp.

19. Attached hereto as **Exhibit N** is a true and correct capture of the Destinypedia webpage located at https://www.destinypedia.com/Cabal.

20. Attached hereto as **Exhibit O** is a true and correct copy of a document produced by Bungie in this matter, bearing Bates No. BNG-00091626.

21. Attached hereto as **Exhibit P** is a true and correct copy of a document produced by Bungie in this matter, bearing Bates No. BNG-00123159.

22. Attached hereto as **Exhibit Q** is a true and correct capture of the dedication page of *Volume I: Dark Mirror* of the *Grimoire Anthology*, visible in the sample available in the Amazon listing located at https://www.amazon.com/Destiny-Grimoire-I-Bungie-Inc/dp/1957721006/.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Executed on November 11, 2025:            */s/ Tamar Y. Duvdevani*
                                          Tamar Y. Duvdevani