# Exhibit A

MATTHEW MARTINEAU                                              October 29, 2025

                                                                                                                                        1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br>        Plaintiff<br>V.      2:24-CV-02387<br>BUNGIE, INC., a Delaware<br>Corporation; DOES 1-10,<br>inclusive,<br>        Defendants | CIVIL ACTION NO.:<br><br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE<br>MICHAEL B. NORTH |

        The deposition of MATTHEW KELSEY MARTINEAU, a witness herein, was taken on the 29th day of October 2025, at the Law Offices of Barry Rome & Scott, 612 Gravier Street, New Orleans, Louisiana  70130.

REPORTED BY:

    Gail G. Freese, CCR

```
 1
 2
 3
 4                    S T I P U L A T I O N S
 5
 6        IT IS STIPULATED AND AGREED by and between counsel
 7   for the parties that the deposition of MATTHEW KELSEY
 8   MARTINEAU is hereby being taken under the Federal Rules of
 9   Civil Procedure, for all purposes in accordance with law;
10        That the formalities of sealing, certification and
11   filing are hereby specifically waived;
12        That the formality of reading and signing is
13   specifically reserved;
14        That all objections, save those as to the form of
15   the question and the responsiveness of the answer are
16   hereby reserved until such time as this deposition, or
17   any part thereof, may be used or sought to be used in
18   evidence.
19                  * * * * * * * * * *
20        Gail Freese, a Certified Court Reporter in and for
21   the State of Louisiana, officiated in administering the
22   oath to the above-named witness.
23
24
25
```

MATTHEW MARTINEAU							October 29, 2025

67

```
 1     Q     You said the blog was located at
 2  casparcole.wordpress.com.  Did I get that right?
 3     A     Well, it was -- It was also a URL; registered
 4  URL, pacsoracle.  And the Casper Cole one is like the free
 5  version, so either one will direct you to the blog.
 6     Q     And so the domain name that the blog was
 7  accessible at was pacsoracle.com, right?
 8     A     Right.  I think it ran out.  I don't remember
 9  exactly when, but the registration ran out and I just never
10  renewed it.
11     Q     Okay.  And we talked about the meaning of
12  pacsoracle, correct?
13     A     Right.
14     Q     All right, let's look back again at our handy
15  Exhibit 3, the RFAs.  And if you could look at RFA Number 6
16  for me, please, which is on Page 3 of the exhibit.
17     A     Um-hmm.
18     Q     And if you could read the Request for Admission
19  Number 6?
20     A     "Admit you marked private or otherwise
21  restricted public access to the WordPress Blog at least as
22  early as December 18, 2024."
23     Q     And you admitted that, correct?
24     A     Admitted, yes, ma'am.
25     Q     And the same thing in Request for Admission
```

MATTHEW MARTINEAU                                             October 29, 2025

                                                                            68

```
 1   Number 7 says, "Admit that the WordPress Blog remained
 2   private through at least March 26, 2025," and you admitted
 3   that one, as well, correct?
 4        A     Yes, ma'am.
 5        Q     Why did you mark your blog private at that time?
 6        A     It had a lot of stuff that I just wanted to take
 7   off.  Just things like drug references I wanted to remove.
 8   I didn't want it to be tied back to me directly, stuff like
 9   that.  I was looking at publishing another book, or
10   something like that, and I just didn't want any of that tied
11   back.  I wanted to go like in a different direction sort of.
12   That was my idea; just to sort of, you know, deviate from
13   that -- that particular subject matter in some ways, if that
14   makes sense.
15        Q     I think so.  Just to elaborate on that, were you
16   concerned that viewers would see references to drug use?  Is
17   that your testimony?
18        A     Yes, ma'am, in a way.  I just -- It was one of
19   those situations where, you know, I had actually also
20   published the other work in my other -- on Amazon, the one I
21   mentioned, Searching for Eric Corley, and I just thought it
22   best to just remove it, you know.
23        Q     Okay.  Before you made your entire blog private,
24   did you privatize specific individual blog posts at any
25   point in time?
```

MATTHEW MARTINEAU                                              October 29, 2025

                                                                            79

```
 1       Q      I'm just trying to understand, sir, what
 2   evidence, if any, you have that Bungie accessed the works
 3   that had been designated as Exhibit 6 prior to this lawsuit.
 4       A      Well, the fact that it was on the internet,
 5   openly available and listed on that particular tag page.
 6       Q      Anything else?
 7       A      Other than the title similarities, and the
 8   parallels, and the actual context you're talking about?
 9       Q      Yes, sir.  Other than your allegation with
10   similarity and the fact that your blog was public during the
11   times we had discussed, is there any other evidence you have
12   that Bungie accessed your work?
13       A      No.
14       Q      And I also see on Page 2 of Exhibit 12 there's a
15   list under "D," of persons having knowledge of the relevant
16   facts.  Do you see that?
17       A      Yes, ma'am.
18       Q      And I see you're the first person lifted,
19   correct?
20       A      Yes, ma'am.
21       Q      And then the second person listed, Julia?  Is
22   that how you say her name?
23       A      Um-hmm.
24       Q      That's your wife, correct?
25       A      Yes, ma'am.
```

```
 1   plaintiff deleted the post very shortly after, followed by
 2   the Reddit account."
 3       Q     Is the Corwin Stanford email that we just looked
 4   at in Exhibit 17 a draft of the 2021 Reddit post you
 5   describe in Response to Interrogatory Number 12?
 6       A     It is.  Yes, ma'am.
 7       Q     Okay.  Which sub-Reddit did you end up posting
 8   the final version of the email in Exhibit 17 to?
 9       A     Destiny 2 sub-Reddit.
10       Q     TLDR, do you see that, that appears in Exhibit
11   17?
12       A     Yes, ma'am.
13       Q     What does TLDR mean?
14       A     Too long, didn't read; somebody too lazy to read
15   the whole thing.
16       Q     So you use it to indicate that you're providing
17   a summary of a longer piece of writing; is that right?
18       A     Yes, ma'am.
19       Q     So the summary of the post was whoever wrote
20   Destiny 2, particularly the portions revolving around The
21   Red Legion, stole the story directly from me, right?
22       A     Yes, ma'am.
23       Q     So by August 23, 2021, when you sent this email,
24   you believed that Bungie had infringed Exhibit 6, correct?
25       A     Yes, ma'am.
```

MATTHEW MARTINEAU                                          October 29, 2025

                                                                        109

 1   in hopes of a positive, cordial and truthful response
 2   regarding what I personally believe to be my plot lines,
 3   names, concepts and ideas."  Do you see that?
 4        A     Yes, ma'am.
 5        Q     So fair to say that at this point in time you
 6   had written a note to Bungie believing that there was an
 7   issue with them copying protected elements of your work,
 8   right?
 9        A     Yes, ma'am.
10        Q     Okay.  Did you receive a substantive response
11   from Bungie, to this email?
12        A     No, ma'am.  Unfortunately.
13        Q     But you didn't file a lawsuit right away; is
14   that right?
15        A     No, ma'am.
16        Q     You filed this lawsuit in October of 2024,
17   correct?
18        A     Right.
19              BY THE REPORTER:
20                   This is Exhibit 20.
21   EXAMINATION BY MS. DUVDEVANI:
22        Q     Mr. Martineau, the court reporter has just
23   handed you a document that's been designated as Exhibit 20.
24   I will note -- this gets funky during depositions, because
25   that was produced to us as a video, but I can't sit here and

JOHNS, PENDLETON, FAIRBANKS AND FREESE                       504 219-1993

MATTHEW MARTINEAU                                          October 29, 2025

                                                                    110

1    show you a video.
2         A    Right.
3         Q    So my trusty colleague, Ms. Stanley, did screen
4    shots of the video to capture all the message. If you can,
5    please take a look through Exhibit 20, and make sure you
6    agree with my characterization of the document.
7         A    It looks good. Yes, ma'am.
8         Q    Thank you.
9              And did you create the video that Ms. Stanley
10   used to create Exhibit 20?
11        A    I did. I guess I should have screen shotted
12   (sic.) them all.
13        Q    That's what we have associates at law firms for.
14             And I take it what we're looking at is a text
15   message exchange between you and one of your friends; is
16   that right?
17        A    That's right.
18        Q    And who is on this exchange?
19        A    That's Michael Pierre.
20        Q    So who is Michael Pierre?
21        A    He's another fellow I met a little bit after I
22   met Matthew, a couple of years. I met him through Matthew.
23   And he's -- He's just -- Actually have watched some of his
24   streams, as well, and watched him play in person a little
25   bit. He's just played the game a good bit.

MATTHEW MARTINEAU                                              October 29, 2025

                                                                            111

1  Q      Why are you --
2         BY MS. DUVDEVANI:
3              Strike that.
4  EXAMINATION BY MS. DUVDEVANI:
5  Q      I see that this is from October 16th.  Do you
6  know what year this is from?
7         And let me also just say that the first page
8  shows October 16th, but the dates continue all the way
9  through June 15, that you can see on -- later on in Exhibit
10 20.
11 A      I believe this is last year.
12 Q      2024?
13 A      Yes, ma'am.
14 Q      Why are you asking Mr. Pierre about the content
15 of Destiny 2, as memorialized in Exhibit 20?
16 A      Because as I began to see more parallels I
17 reached out to him, because I consider him an expert on it.
18 I know that he had thousands of hours on Steam as well as
19 another platform, so I reached out in order to -- to see
20 how far it went, and to gain more information.
21 Q      Did you ever watch Mr. Pierre play Destiny 2?
22 A      I did.  Yes, ma'am.
23 Q      And when was that?
24 A      I can't recall exactly.  If I had to estimate, I
25 would guess around 2020.  I can't say -- I can't tell you

JOHNS, PENDLETON, FAIRBANKS AND FREESE                          504 219-1993

```
 1   exactly though.  Many times through the years.
 2        Q      And does Mr. Pierre have any sort of role in
 3   this case?
 4        A      He's assisted with information, with providing
 5   information, and he has met with me at one point regarding
 6   it.
 7        Q      Was that in person?
 8        A      Yes, ma'am.
 9        Q      Does he live here in Louisiana?
10        A      Yes, ma'am.  Real close by, last I heard.
11        Q      Oh, yeah?  Where's that?
12        A      Somewhere downtown here.  I don't know exactly
13   where he lives.
14        Q      Would you be able to obtain his address?
15        A      Yes, ma'am.
16        Q      If you look -- There's no page numbers, but if
17   you look at Page -- Bear with me.  I think it's Page 6, at
18   the bottom of the page it says, "Oh, it's all good.  It's
19   helpful info.  What is your PayPal or Zelle."  Do you see
20   that?
21        A      Yes, ma'am.
22        Q      Are you paying Mr. Pierre to provide you
23   information in connection with this case?
24        A      I paid him for information, yes, ma'am.  For --
25   Yes, ma'am, I did.
```

MATTHEW MARTINEAU                                          October 29, 2025

                                                                      113

```
 1     Q     And then if you look on the very last page of
 2   Exhibit 20, you write -- Is it you -- Is it your writing,
 3   "Any lasting effect on the world they made too.. basically
 4   anything that still lingers."  Is that you writing?
 5     A     Yes, ma'am.
 6     Q     And he writes, "Got it.  Okay, email sent."
 7     A     Um-hmm.
 8     Q     Do you recall Mr. Pierre sending you an email?
 9     A     Yes, ma'am.
10     Q     Do you still have that email?
11     A     Yes, ma'am, I do.
12     Q     Did you provide that email to counsel?
13     A     I don't recall.  I don't recall.  I don't think
14   so, because it was research.  I don't believe I did.
15     Q     When you say, "because it was research," what do
16   you mean by that?
17     A     Research on --
18           BY THE REPORTER:
19               I'm sorry, "Research on --" what?
20           BY THE WITNESS:
21               On lore.
22           BY MS. DUVDEVANI:
23               Lore, L-O-R-E.
24           BY THE REPORTER:
25               Thank you.
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                       504 219-1993

MATTHEW MARTINEAU                                          October 29, 2025

114

```
 1   EXAMINATION BY MS. DUVDEVANI:
 2        Q    Do you have a recollection of what that email
 3   contains, other than research?  Anything specific?
 4        A    It was only a -- It was only search results.
 5   It was -- I don't believe it was much more than what he
 6   provided here.
 7        Q    And when you say "provided here," you mean?
 8        A    Through the text.  Yes, ma'am.  I can
 9   double-check on that, and get that.
10             BY MS. DUVDEVANI:
11                  We'll be calling for the production
12             of that email.
13                  Okay, thank you.  You can put that one
14             down.
15             BY THE REPORTER:
16                  And this is marked 21.
17   EXAMINATION BY MS. DUVDEVANI:
18        Q    Okay, Mr. Martineau, the court reporter has just
19   handed you a document that's been designated as Exhibit 21.
20   Are you familiar with this document?
21        A    Yes, ma'am.
22        Q    And what is this document?
23        A    It's the registration for a new domain.
24        Q    And am I reading Exhibit 21 correctly, that you
25   registered a domain called theredlegion.earth on February 1,
```

JOHNS, PENDLETON, FAIRBANKS AND FREESE                     504 219-1993

MATTHEW MARTINEAU                                    October 29, 2025

                                                                149

1

2                    R E P O R T E R'S   P A G E

3            I, GAIL FREESE, Certified Court Reporter in and

4    for the State of Louisiana and "the Officer" as defined in

5    Rule 28 of the Federal Rules of Civil Procedure and/or

6    Article 1434(B) of the Louisiana Code of Civil Procedure,

7    before whom this sworn testimony was taken, do hereby state

8    on the record;

9            That due to the interaction in the spontaneous

10   discourse of this proceeding, dashes (--) have been used to

11   indicate pauses, changes in thought, interruptions by

12   another speaker, and/or talkovers; that same is the proper

13   proceeding, and that the dashes (--) do not indicate that

14   words or phrases have been left out of this transcript;

15          That any words and/or names which could not be verified

16   through reference materials or other means have been denoted

17   with the phrase "(spelled phon.)" and have, in fact, been

18   spelled phonetically.

19

20          _____
            GAIL FREESE, CCR
21

22

23

24

25