# Exhibit D

Delivering to Miami 33137 Update location | Books ▾ | Search Amazon | EN ▾ | Hello, sign in Account & Lists ▾ | Returns & Orders | 0

All | Holiday Deals | Amazon Haul | Medical Care ▾ | Best Sellers | Books ▾ | Amazon Basics | New Releases | Registry | Black Friday Week starts Nov 20

books | Categories | New & Trending | Deals & Rewards | More | Your Books | Today: Earn 2x Kindle Points

Sponsored
Shop now

Books › Science Fiction & Fantasy › Fantasy › Anthologies



# Destiny: Grimoire Anthology - Dark Mirror (Volume 1) Imitation Leather – December 11, 2018

by **Bungie** (Contributor)

4.9    919 ratings

Bungie presents the Destiny Grimoire Anthology, a must-have collectible lore compendium designed and assembled for Destinys devoted and enlightened scholars and lore lovers, as well as fans of fantasy and science fiction storytelling. Until now, the myths, mysteries, and machinations of the Destiny universe were found hidden throughout the worldsenticing threads that hinted at a greater tapestry. The Destiny Grimoire Anthology weaves tales from multiple sources together for the first time, casting new light on Destinys most legendary heroes, infamous villains, and their greatest moments of triumph and tragedy. This volume illuminates a facet of the world of Destiny, and challenges players thoughts and assumptions on what it means to be a Guardian, offering new and differing perspectives on the cosmic war that rages between the Traveler and its ancient enemies.

Report an issue with this product or seller

| Print length | Language | Publisher |
|---|---|---|
| 128 pages | English | GARDNERS VI BOOKS AMS006 |

See all details

Sponsored

**prime**
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.
Join Prime

Imitation Leather
**$37.22**

Other Used and New from $11.78

Buy new:
**$37**²²

FREE delivery **Saturday, November 15**
Or **Prime members** get FREE delivery **Wednesday, November 12**. Order within **11 hrs 5 mins**. Join Prime

Delivering to Miami 33137 - Update location

**Only 8 left in stock - order soon.**

Quantity: 1

Add to Cart

Buy Now

Ships from  Amazon
Sold by   Ibook USA
Returns   FREE refund/replacement until Jan 31, 2026
Payment   Secure transaction

☐ Add a gift receipt for easy returns

Save with Used - Good
**$11**⁷⁸
$3.98 delivery Wednesday, November 19

Ships from: World of Books (previously glenthebookseller)
Sold by: World of Books (previously glenthebookseller)

Add to List

## Frequently bought together

 +  + 

Total price: $68.02

Add all 3 to Cart

Some of these items ship sooner than the others.
Show details

**This item:** Destiny: Grimoire Anthology - Dark Mirror (Volume 1)
$31⁶⁶

Destiny Grimoire Anthology, Volume III: War Machines (Destin…
$15⁶¹

Destiny Grimoire Anthology, Volume II: Fallen Kingdoms
$20⁷⁵

## Frequently purchased items with fast delivery    Page 1 of 3

Other sellers on Amazon





New & Used (20) from $11⁷⁸ + $3.98 shipping

Shop now

**Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1)**
› Bungie Inc.
305
Hardcover
$18.06
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume IV: The Royal Will**
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Vol. VII: Penumbra**
› Bungie Inc.
111
Hardcover
$19.04
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Anthology Legion**
› Bungie
Hardcover
$15.3
Get it as Nov 15
FREE Sh $35 shi

Sponsored

## What do customers buy after viewing this item?
Page 1 of 2

**Highest rated** in this set of products
**This item:**



Destiny: Grimoire Anthology...
Bungie
919
Imitation Leather
$31.66
Get it **Nov 28 - Dec 9**
FREE Shipping

**Most purchased** in this set of products



Destiny Grimoire Anthology,...
› Bungie Inc.
305
Hardcover
$15.60
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Lowest Price** in this set of products



Destiny Grimoire Anthology,...
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon



Destiny Grimoire Anthology,...
› Bungie Inc.
305
Hardcover
$18.06
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon



Destiny Gr
› Bungie Inc.
Hardcover
$20.75
Get it as soo
FREE Shippi shipped by A

## Product details

**Publisher** ‏ : ‎ GARDNERS VI BOOKS AMS006

**Publication date** ‏ : ‎ December 11, 2018

**Language** ‏ : ‎ English

**Print length** ‏ : ‎ 128 pages

**ISBN-10** ‏ : ‎ 1789091373

**ISBN-13** ‏ : ‎ 978-1789091373

**Item Weight** ‏ : ‎ 1.8 pounds

**Dimensions** ‏ : ‎ 8.11 x 0.91 x 10.28 inches

**Best Sellers Rank:** #2,379,864 in Books (See Top 100 in Books)
    #4,137 in Fantasy Anthologies
    #1,115,210 in Literature & Fiction (Books)

**Customer Reviews:** 4.9                919 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

**Related products with free delivery on eligible orders**    Page 1 of 67

Sponsored | Try Prime for unlimited fast, free shipping


**Blood Child: Volume III of the Dragonsouled Chronicles**
D.C. Trevett
3
Paperback
$14.99


**Fangs and Front Pages: A thrilling urban fantasy story (Ravens Hollow Investigations)**
Ella Stone
849
Paperback
$13.99


**Folklore Realms: Volume One. Cooperative Storytelling Game.: Fantasy Tabletop Rolep...**
Oliver Bruce McNeil
2
Hardcover
$32.14


**The Halloween Grimoire: An Adventure of Magic, Mystery, and Mischief**
LateFade .
1
Paperback
$11.00


**Zodiac Academy 1: The Awakening**
Caroline Peckham
105,190
Paperback
-45% $11.64
List: $20.99


A Bla
Ashle
Hardc
$24.



Sponsored

## Rate today's book shopping experience

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Very poor | | Neutral | | Very good |

**Related books**    Page 1 of 2

Sponsored



Magic, Mystery and the Multiverse (Ana Zest)
4.1      366
$9.99



The Moon and Serpent Bumper Book of Magic
4.8      352
$25.18  List: $49.99

## Customer reviews

4.9 out of 5
919 global ratings

5 star  92%
4 star  7%

### Top reviews from the United States

 Zachary

**Great Read**
Reviewed in the United States on July 15, 2023

| | |
|---|---|
| 3 star | 1% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

## Review this product

Share your thoughts with other customers

Write a customer review

Sponsored

**Verified Purchase**

It's a great read for a fan of the series.

One person found this helpful

Helpful    Report

Amazon Customer

**Better than expected!**

Reviewed in the United States on December 19, 2020

**Verified Purchase**

Great purchase! Book was due to me January 4-8 and I received it today.

One person found this helpful

Helpful    Report

Maryah Ezra

**Loved it**

Reviewed in the United States on November 21, 2022

**Verified Purchase**

The cover felt nice and the pages design looked great. The art was really good too. Definitely makes me look at Destiny differently and makes me want to play even more.

One person found this helpful

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Lui kevin

**Is pretty interesting and fans of destiny will love it**

Reviewed in Canada on March 5, 2019

**Verified Purchase**

Is a really good book to pass time

Report

Marty

**La copertina di pelle è qualcosa di incredibile!**

Reviewed in Italy on January 23, 2023

**Verified Purchase**

La copertina rende questo libro così magnifico, gli da un'idea di libro prezioso e pezzo da collezione. All'interno ci sono molte storie e dialoghi tratti dal gioco. Regalato a mio fratello che gioca principalmente a Destiny, lo ha adorato :)

Report

Translate review to English

Kevin Krämer

**Super**

Reviewed in Germany on March 14, 2025

**Verified Purchase**

Super

Report

Martin

**If you love Destiny and it's lore, then you'll love this product**

Reviewed in the United Kingdom on March 13, 2023

**Verified Purchase**

Case 2:24-cv-02387-SM-MBN    Document 60-5    Filed 11/14/25    Page 6 of 7

Product arrived in great condition. A good purchase for any Destiny fans interested in the story that drives the game.



Report

 Ana

**Regalo acertado**
Reviewed in Spain on July 9, 2025
Verified Purchase

Lo compre como regalo. Y parece que le ha encantado

Report

Translate review to English

See more reviews ›

## Customers who viewed this item also viewed

Page 1 of 2

  

**Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1)**
› Bungie Inc.
305
Hardcover
$18.06
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume II: Fallen Kingdoms**
› Bungie Inc.
194
Hardcover
$20.75
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Vol. VII: Penumbra**
› Bungie Inc.
111
Hardcover
$19.04
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume VI: Partners in Light (Desti…**
› Bungie Inc.
305
Hardcover
$15.60
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume V: Legions Adrift**
› Bungie Inc.
573
Hardcover
$15.39
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

Dest
Anth
War
› Bun

Hard
$15.
Get it
Nov
FREE
$35 s
Only

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |

› See More Ways to Make Money

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates