# Exhibit E



Delivering to Miami 33137 Update location | Books | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

Sign in
New customer? Start here.

All · Holiday Deals · Amazon Haul · Medical Care · Best Sellers · Books · Amazon Basics · New Releases · Black Friday Week s

books | Categories | New & Trending | Deals & Rewards | More | Your Books | Today: Earn 2x Ki

Books › Literature & Fiction › Genre Fiction › TV, Movie, Video Game Adaptations



# Destiny Grimoire Anthology, Volume II: Fallen Kingdoms
Hardcover – November 12, 2019

by **Bungie Inc.** (Author)

4.9    194 ratings

Book 2 of 6: Destiny Grimoire Anthology

See all formats and editions

Bungie presents the *Destiny Grimoire Anthology, Volume II: Fallen Kingdoms*, a must-have collectible lore compendium designed and assembled for the video game's devoted and enlightened scholars and lore lovers, as well as fans of fantasy and science-fiction storytelling.

**Includes an in-game emblem code only available in the physical edition!**

Until now, the myths, mysteries, and machinations of the Destiny universe were found hidden throughout the worlds—enticing threads that hinted at a greater tapestry. The Destiny

∨ Read more

Report an issue with this product or seller

| Book 2 of 6 | Print length | Langi |
|---|---|---|
| Destiny Grimoire Anthology | 176 pages | Engl |

See all details

Read sample

**Follow the author**

 Bungie    Follow

### The Amazon Book Review
Book recommendations, author interviews, editors' picks, and more. Read it now.

## Frequently bought together

 +  + 

Total price: $54.42

Add all 3 to Cart

Some of these items ship sooner than the others. Show details

**This item:** Destiny Grimoire Anthology, Volume II: Fallen… $20$^{75}$

Destiny Grimoire Anthology, Volume III: War Machines… $15$^{61}$

Destiny Grimoire Anthology, Volume I (Destiny Grimoire,… $18$^{06}$

## Frequently purchased items with fast delivery

Page 1 of 7

---

**Prime**
Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

| Kindle $9.99 Available instantly | Hardcover $20.75 |

Other Used and New from $14.66

-17%  $20$^{75}$
List Price: $24.99

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Saturday, November 15** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, November 11**. Order within **11 hrs 1 min**. Join Prime

Delivering to Miami 33137 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon.com
Sold by       Amazon.com
Returns       FREE refund/replacement until Jan 31, 2026
Payment       Secure transaction

☐ Add a gift receipt for easy returns

Add to List

### Other sellers on Amazon

New & Used (23) from $14$^{66}$    + $3.99 shipping





Sponsored

**Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1)**
› Bungie Inc.
305
Hardcover
$18.06
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume IV: The Royal Will**
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume III: War Machines (Destiny..**
› Bungie Inc.
831
Hardcover
$15.61
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 16 left in stock (more .

## Customers also bought or read

Similar books | In this series | by Bungie | Science Fiction | Adventure







**Destiny Grimoire Anthology, Vol. VII: Penumbra**
111
Hardcover
$19.04
Delivery **Saturday**

**The Art of Destiny, Volume 2 (2)**
597
Hardcover
$27.67
Delivery **Saturday**

**Destiny Grimoire Anthology, Vol I**
3,303
Hardcover
$18.06
Delivery **Wed, Nov 19**

**Halo Encyclopedia**
1,256
Hardcover
$23.79
Delivery **Saturday**

**Destiny 2: Prima Collector's Edition Guide**
584
Hardcover
$32.27
$3.99 delivery **Mon, Dec 8**

## What do customers buy after viewing this item?

**Lowest Price**
in this set of products

**Most purchased | Highest rated**
in this set of products






| Destiny Grimoire Anthology,… | Numskull Official Colonel Plush - Soft Replica Plushie - Official Destiny 2 Merchandise… | Destiny Grimoire Anthology,… | Destiny Grimoire Anthology,… | Dest… |
|---|---|---|---|---|
| › Bungie Inc. | | › Bungie Inc. | › Bungie Inc. | › Bun… |
| 484 | 1,134 | 305 | 831 | |
| Hardcover | | Hardcover | Hardcover | Hard… |
| $13.85 | $24.08 | $18.06 | $15.61 | $15… |
| Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get i… |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon<br>Only 16 left in stock (more on the… | FREE<br>shipp… |

## Editorial Reviews

### About the Author

**Bungie, Inc.** is an American video game developer based in Bellevue, Washington. Established in 1991, they have developed the hit games *Destiny*, *Halo*, and *Myth*.

## Product details

- **Publisher** ‏ : ‎ Bungie
- **Publication date** ‏ : ‎ November 12, 2019
- **Edition** ‏ : ‎ 1st
- **Language** ‏ : ‎ English
- **Print length** ‏ : ‎ 176 pages
- **ISBN-10** ‏ : ‎ 1957721014
- **ISBN-13** ‏ : ‎ 978-1957721019
- **Item Weight** ‏ : ‎ 2.31 pounds
- **Dimensions** ‏ : ‎ 8 x 1.2 x 10 inches
- **Book 2 of 6** ‏ : ‎ Destiny Grimoire Anthology
- **Best Sellers Rank:** #134,459 in Books (See Top 100 in Books)
    - #5,282 in Action & Adventure Fantasy (Books)
    - #9,785 in Epic Fantasy (Books)
    - #9,984 in Fantasy Action & Adventure
- **Customer Reviews:** 4.9    194 ratings

## Videos

Help others learn more about this product by uploading a video!

( Upload your video )

## About the author

11/10/25, 12:59 PM          Destiny Grimoire Anthology, Volume II: Fallen Kingdoms: Inc., Bungie: 9781957721014: Amazon.com: Books

Case 2:24-cv-02387-SM-MBN    Document 60-6    Filed 11/14/25    Page 5 of 8

Follow authors to get new release updates, plus improved recommendations.



### Bungie

Discover more of the author's books, see similar authors, read book recommendations and more.

Follow

---

**Related products with free delivery on eligible orders**

Sponsored ⓘ | Try Prime for unlimited fast, free shipping

    

| Alaana's Way: The Calling | Ritual Income: Witch of the Demesne | Celtic Mythology 101: Captivating Folktales of Druids, Warriors, and Sidhe of the E… | Star Wars Bestiary, Vol. 1: Creatures of the Galaxy | The Art of Destiny, Volume 2 (2) |
|---|---|---|---|---|
| Ken Altabef | B.L. Brown | Phoenix Bard | S.T. Bende | Bungie |
| *An epic tale in a unique fantasy world based on Inuit mythology* | 98 | 44 | 142 | 597 |
| 480 | Paperback | Paperback | Hardcover | Hardcover |
| Paperback | -10% $18.99 | $16.99 | -41% $23.71 | -45% $27.67 |
| $13.99 | List: $20.99 | | List: $40.00 | List: $50.00 |

---

**Rate today's book shopping experience**



1 — Very poor    2    3 — Neutral    4    5 — Very good

---

**Related books**

Sponsored



| Fantasy Maps for Game Master - Dungeons, Towns, Villages, Worlds:… | The Moon and Serpent Bumper Book of Magic |
|---|---|
|  4.4  216  $19.99 |  4.8  352  $25.18  List: $49.99 |

---

## Customer reviews

4.9 out of 5

## Top reviews from the United States

194 global ratings

5 star 93%
4 star 7%
3 star 0%
2 star 0%
1 star 0%

How customer reviews and ratings work

Sponsored

Ashley Moinette

**Bungie always makes good collectibles**
Reviewed in the United States on May 14, 2025
Format: Hardcover     Verified Purchase

Exactly as described

Helpful    Report

Ben Turner

**Nephew loved it**
Reviewed in the United States on January 8, 2025
Format: Hardcover     Verified Purchase

Gifted this to my nephew and he was over the moon about it! Book seems to be good quality, feels nice in hand, and apparently has great info about the world of Destiny.

One person found this helpful

Helpful    Report

Shane Guthrie

**For the lore hounds**
Reviewed in the United States on March 28, 2024
Format: Hardcover     Verified Purchase

I'm a destiny 2 lore nerd what more needs to be said.

One person found this helpful

Helpful    Report

Todd Deere

**Cool Book**
Reviewed in the United States on January 21, 2024
Format: Hardcover     Verified Purchase

Son in law loved it. He is into these weird games.

One person found this helpful

Helpful    Report

Maryah Ezra

**Loved it**
Reviewed in the United States on December 25, 2022
Format: Hardcover     Verified Purchase

Cover felt nice and the pages and pictures were awesome. A lot of interesting stuff about the former Fallen Houses, Miisraks, and Variks. Even talks a lil bit bout Uldren before the Forsaken story starts.

2 people found this helpful

Helpful    Report

Bessie

**Reading was easy and interesting**
Reviewed in the United States on January 11, 2023
Format: Hardcover     Verified Purchase

Received to understand the game story better

Helpful    Report

Mom

**Excellent gift for Destiny player**
Reviewed in the United States on February 2, 2023

Format: Hardcover    **Verified Purchase**

Bought these for teenager who plays, great game and content!

Helpful    Report

**See more reviews** ›

## Top reviews from other countries



Adam W.

**Must have for Destiny Fans**

Reviewed in Canada on March 7, 2023

Format: Hardcover    **Verified Purchase**

So much details that are missed while playing the game. These books are amazing for filling the gaps.

Report



Customer

**Very well packaged**

Reviewed in the United Kingdom on May 12, 2025

Format: Hardcover    **Verified Purchase**

Worth the price

Report

**See more reviews** ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | |
| | | Reload Your Balance | |

| | | | |
|---|---|---|---|
| Investor Relations | Start a Package Delivery Business | Gift Cards | Manage Your Content and Devices |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | Registry & Gift List |
| | Become an Amazon Hub Partner | | Help |
| | › See More Ways to Make Money | | |

English   United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music Stream millions of songs | Amazon Ads Reach customers wherever they spend their time | 6pm Score deals on fashion brands | AbeBooks Books, art & collectibles | ACX Audiobook Publishing Made Easy | Sell on Amazon Start a Selling Account | Veeqo Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates