# Exhibit F



11/10/25, 1:00 PM   Destiny Grimoire Anthology, Volume III: War Machines (Destiny Grimoire, 3): Inc., Bungie: 9781950723126: Amazon.com: Books

Case 2:24-cv-02387-SM-MBN   Document 60-7   Filed 11/11/25   Page 3 of 9

**This item:** Destiny Grimoire Anthology, Volu…

Destiny Grimoire Anthology, Volume IV: The Royal Will

Destiny Grimoire Anthology, Volume II: Fallen Kingdoms

Some of these items ship sooner than the others.
Show details

New & Used (23) from $10⁸³ + $3.99 shipping

## Frequently purchased items with fast delivery

    

| Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1) | Destiny Grimoire Anthology, Volume IV: The Royal Will | Destiny Grimoire Anthology, Volume VI: Partners in Light (Desti… | Destiny Grimoire Anthology, Volume II: Fallen Kingdoms | Destiny Grimoire Anthology, Volume V: Legions Adrift |
|---|---|---|---|---|
| › Bungie Inc. | › Bungie Inc. | › Bungie Inc. | › Bungie Inc. | › Bungie Inc. |
| 305 | 484 | 305 | 194 | 573 |
| Hardcover | Hardcover | Hardcover | Hardcover | Hardcover |
| $18.06 | $13.85 | $15.60 | $20.75 | $15.39 |
| Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |

## Customers also bought or read

**Similar books** | In this series | by Bungie Inc. | Games & Strategy Guides | TV, Movie, Video Game Adaptations

    

| Destiny Grimoire Anthology, Vol. VII: Penumbra | The Art of Destiny, Volume 2 (2) | Destiny Grimoire Anthology, Vol I | Halo Encyclopedia | Destiny 2: Prima Collector's Edition Guide |
|---|---|---|---|---|
| 111 | 597 | 3,303 | 1,256 | 584 |
| Hardcover | Hardcover | Hardcover | Hardcover | Hardcover |
| $19⁰⁴ | $27⁶⁷ | $18⁰⁶ | $23⁷⁹ | $32²⁷ |
| Delivery **Saturday** | Delivery **Saturday** | Delivery **Wed, Nov 19** | Delivery **Saturday** | $3.99 delivery **Mon, Dec 8** |

## What do customers buy after viewing this item?

11/10/25, 1:00 PM  Destiny Grimoire Anthology, Volume III: War Machines (Destiny Grimoire, 3): Inc., Bungie: 9781957721026: Amazon.com: Books

Case 2:24-cv-02387-SM-MBN   Document 60-7   Filed 11/11/25   Page 4 of 9

| Lowest Price<br>in this set of products | Most purchased<br>in this set of products | Highest rated<br>in this set of products | |
|---|---|---|---|
|  |  |  | |
| Destiny Grimoire Anthology,… | Numskull Official Oryx Plush - Soft Replica Plushie - Official Destiny 2 Merchandise - Limited Edition | Destiny Grimoire Anthology,… | Destiny Grimoire Anthology,… |
| › Bungie Inc. | | › Bungie Inc. | › Bungie Inc. |
| 484 | 1,134 | 3,303 | 194 |
| Hardcover | | Hardcover | Hardcover |
| $13.85 | $23.41 | $18.06 | $20.75 |
| Get it as soon as **Saturday, Nov 15**<br>FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping<br>Only 5 left in stock - order soon. | Get it as soon as **Wednesday, Nov 19**<br>FREE Shipping on orders over $35 shipped by Amazon<br>Only 4 left in stock - order soon. | Get it as soon as **Saturday, Nov 15**<br>FREE Shipping on orders over $35 shipped by Amazon |

# Editorial Reviews

## About the Author

**Bungie, Inc.** is an American video game developer based in Bellevue, Washington. Established in 1991, they have developed the hit games *Destiny*, *Halo*, and *Myth*.

# Product details

- **Publisher :** Bungie
- **Publication date :** December 29, 2020
- **Language :** English
- **Print length :** 176 pages
- **ISBN-10 :** 1957721022
- **ISBN-13 :** 978-1957721026
- **Item Weight :** 2.31 pounds
- **Dimensions :** 8 x 1.1 x 10 inches
- **Book 3 of 6 :** Destiny Grimoire Anthology
- **Best Sellers Rank:** #105,355 in Books (See Top 100 in Books)
    - #4,883 in Action & Adventure Fantasy (Books)
    - #9,233 in Epic Fantasy (Books)
    - #9,374 in Fantasy Action & Adventure
- **Customer Reviews:** 4.9    831 ratings

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## About the authors

Follow authors to get new release updates, plus improved recommendations.



### Bungie

Discover more of the author's books, see similar authors, read book recommendations and more.

See more on the author's page ›

Follow



### Bungie Inc.

Discover more of the recommendations ar

See more on the auth

Follow

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



Just released

**Ship of Spells (Deluxe Limited Edition)**
H. Leighton Dickson

*Magic. Monsters. Mutiny. Welcome aboard the Ship of Spells.*

50

Hardcover
-30% $23⁰⁹
List: $32.99



**Omar & Ali: The Key To Orulenthia**
Adil Bhatti

*A Sci-Fi fantasy packed with danger, faith & fierce sibling loyalty! Perfect for fans of Percy Jackson & Dune! The portal is open! Join the journey!*

64

Paperback
$14⁹⁹



**Traveller**
Amit Arya

34

Paperback
$15⁹⁹



**The Last Appointment I**
Grace Omena

54

Paperback
$9⁹⁹



**The Art of Destiny, Volume 2 (2)**
Bungie

597

Hardcover
-45% $27⁶⁷
List: $50.00

Add to cart

Sponsored

## Rate today's book shopping experience

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Very poor | | Neutral | | Very good |

## Customer reviews

4.9 out of 5

## Top reviews from the United States

11/10/25, 1:00 PM  Destiny Grimoire Anthology, Volume III: War Machines (Destiny Grimoire, 3): Inc., Bungie: 9781957721026: Amazon.com: Books

Case 2:24-cv-02387-SM-MBN   Document 60-7   Filed 11/11/25   Page 6 of 9

831 global ratings

| | | |
|---|---|---|
| 5 star | | 93% |
| 4 star | | 7% |
| 3 star | | 0% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

Sponsored

Yami

**Great book**
Reviewed in the United States on October 18, 2025
Format: Hardcover   Verified Purchase

Great lore and drawings

Helpful   Report

J M.

**As promised**
Reviewed in the United States on July 29, 2025
Format: Hardcover   Verified Purchase

Arrived perfectly unopened and in perfect condition

Helpful   Report

ineedanewaddress

**Solid**
Reviewed in the United States on March 20, 2025
Format: Hardcover   Verified Purchase

Hardcover, destiny lore, you either like it or you dont!

Helpful   Report

Ben Turner

**Well made book**
Reviewed in the United States on January 8, 2025
Format: Hardcover   Verified Purchase

Gifted this to my nephew and he was over the moon about it! Book seems to be good quality, feels nice in hand, and apparently has great info about the world of Destiny.

Helpful   Report

Gabbi

**Arrived in perfect condition.**
Reviewed in the United States on October 22, 2024
Format: Hardcover   Verified Purchase

Perfect.

Helpful   Report

Rodman

**Emblem code**
Reviewed in the United States on April 26, 2023
Format: Hardcover   Verified Purchase

I got it as a collection thing. But mostly for the Emblem, lol.

3 people found this helpful

Helpful   Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English


Ellie

**Perfect!**
Reviewed in Australia on May 23, 2025
**Verified Purchase**
Arrived in very good condition

Report


R1N4L1N

**Schönes Geschenk 🎁**
Reviewed in Germany on March 17, 2021
**Verified Purchase**
Für Fans wirklich toll 👍🏼 Kam als Geschenk super an :)

Report

Translate review to English


Israel Isai Valdez Orozpe

**Producto de calidad**
Reviewed in Mexico on September 28, 2022
Format: Hardcover      **Verified Purchase**
Muy bien empacado sellado correctamente y enviado y tiempo y forma muy rápido.

Report

Translate review to English


Amazon Customer

**A must have for any destiny player**
Reviewed in the United Kingdom on January 20, 2021
**Verified Purchase**
As a huge destiny fan and a long time player of the game this is a must have. I spent many waking hours collecting dead ghosts and calcified fragments to full explore the rich story and forgotten history of destiny.
Volume one is about the darkness and how through even the noblest of actions can lead us to dark places.
I also bought Volume two and three for the full collective lore of destiny up to the release of Destiny 2 beyond light of which Volume three touches.
Beautifully written and presented with stunning artwork and an in-game emblem code.
I'd throughly recommend this book and the others to any destiny player, no matter how long or how much you may already know, this Volume may well challenge what you think you know!

one deals with the darkness

Report


Captain Ratax

**Livro extremamente bom e bonito**
Reviewed in Spain on October 20, 2022
**Verified Purchase**
Aviso já que para quem está à procura de um livro de história normal pode ir embora, porque este livro tem história sim, mas é o lore de um jogo e não está todo organisadinho como um livro normal que conta a história do início ao fim, este livro fala sobre várias coisas no jogo, devidamente personagens, armas importantes do jogo, lugares, etc.
Quanto à qualidade do livro, é brutal, tenho a coleção toda numa prateleira para ficar à mostra para toda a gente, porque estes livros são extremamente bonitos, têm uma capa de couro dura e com uma textura extremamente bonita, os detalhes das letras e dos símbolos no exterior todos a dourado, o livro é muito bonito! Para quem joga destiny e adora o lore do jogo é uma ótima compra!

Case 2:24-cv-02387-SM-MBN    Document 60-7    Filed 11/11/25    Page 8 of 9

Report

Translate review to English

See more reviews ›

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices
Amazon Science

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products
Self-Publish with Us
Become an Amazon Hub Partner
› See More Ways to Make Money

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices
Recalls and Product Safety Alerts
Registry & Gift List
Help

English    United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Software Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services

Audible

Box Office Mojo
Find Movie Box Office Data

11/10/25, 1:00 PM  Destiny Grimoire Anthology, Volume III: War Machines (Destiny Grimoire, 3): Inc., Bungie: 9781957721026: Amazon.com: Books

Case 2:24-cv-02387-SM-MBN    Document 60-7    Filed 11/11/25    Page 9 of 9

| | | | | Scalable Cloud Computing Services | Listen to Books & Original Audio Performances | |
|---|---|---|---|---|---|---|
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates