# Exhibit G

Delivering to Miami 33137 Update location | Books | Search Amazon | EN | Hello, sign in Account & Lists | Returns & Orders | 0

All | Holiday Deals | Amazon Haul | Medical Care | Best Sellers | Books | Amazon Basics | New Releases | Black Friday Week starts Nov 20

books | Categories | New & Trending | Deals & Rewards | More | Your Books | Today: Earn 2x Kindle Points

Now on Amazon — Shop hair growth peptides — omi

Books › Literature & Fiction › Genre Fiction › TV, Movie, Video Game Adaptations



Read sample

# Destiny Grimoire Anthology, Volume IV: The Royal Will

Hardcover – November 16, 2021

by Bungie Inc. (Author)

4.9 — 484 ratings

Book 4 of 6: Destiny Grimoire Anthology

See all formats and editions

Bungie presents the *Destiny Grimoire Anthology, Volume VI: The Royal Will*, a must-have collectible lore compendium designed and assembled for the video game's devoted and enlightened scholars and lore lovers, as well as fans of fantasy and science-fiction storytelling.

Includes download code printed on card for an exclusive *Destiny 2* in-game emblem "Biblomancy"

The *Destiny Grimoire Anthology, Volume IV: The Royal Will* unravels the making and methods of two of *Destiny*'s most powerful monarchs—Mara Sov, the Queen of the Awoken,

∨ Read more

Report an issue with this product or seller

| Book 4 of 6 | Print length | Language |
|---|---|---|
| Destiny Grimoire Anthology | 176 pages | |

See all details

## Follow the author

 Bungie Inc. — Follow

Shop now
Sponsored

## Frequently bought together

 +  + 

Total price: $44.84

Add all 3 to Cart

**This item:** Destiny Grimoire Anthology, Volu...

Destiny Grimoire Anthology, Volume V: Legions Adrift

Destiny Grimoire Anthology, Volume VI: Partners in Li...



Prime — Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

| Kindle $9.99 Available instantly | Hardcover $13.85 |

Other Used and New from $9.99

−45% $13⁸⁵

List Price: $24.99

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Saturday, November 15** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, November 11**. Order within 10 hrs 58 mins. Join Prime

Delivering to Miami 33137 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from  Amazon.com
Sold by    Amazon.com
Returns    FREE refund/replacement until Jan 31, 2026
Payment    Secure transaction

☐ Add a gift receipt for easy returns

Add to List

### Other sellers on Amazon

New & Used (24) from $13¹⁶   FREE Shipping on orders over $35.00 shipped by

$13⁸⁵   $15³⁹   $15⁶⁰

Amazon.

## Frequently purchased items with fast delivery

    

| Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1) | Destiny Grimoire Anthology, Volume V: Legions Adrift | Destiny Grimoire Anthology, Volume VI: Partners in Light (Desti… | Destiny Grimoire Anthology, Vol. VII: Penumbra | Destiny Grimoire Anthology, Volume III: War Machines (Destiny |
|---|---|---|---|---|
| › Bungie Inc. | › Bungie Inc. | › Bungie Inc. | › Bungie Inc. | › Bungie Inc. |
| 305 | 573 | 305 | 111 | 831 |
| Hardcover | Hardcover | Hardcover | Hardcover | Hardcover |
| $18.06 | $15.39 | $15.60 | $19.04 | $15.61 |
| Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 16 left in stock (more |

## Customers also bought or read

**Similar books**   In this series   by Bungie Inc.   Games & Strategy Guides   Future

    

| Destiny Grimoire Anthology, Vol. VII: Penumbra | The Art of Destiny, Volume 2 (2) | Destiny Grimoire Anthology, Vol I | Destiny: The Official Coloring Book Volume II (2) | Halo Encyclopedia |
|---|---|---|---|---|
| 111 | 597 | 3,303 | 16 | 1,256 |
| Hardcover | Hardcover | Hardcover | Paperback | Hardcover |
| $19⁰⁴ | $27⁶⁷ | $18⁰⁶ | $4⁹⁸ | $23⁷⁹ |
| Delivery **Saturday** | Delivery **Saturday** | Delivery **Wed, Nov 19** | $4.25 delivery **Mon, Nov 24** | Delivery **Saturday** |

## What do customers buy after viewing this item?

11/10/25, 1:01 PM                    Case 2:24-cv-02387-SM-MBN  Destiny Grimoire Anthology, VoDocument 608-8  Filed 11/11/25  Page 4 of 9lume IV: The Royal Will: Inc., Bungie: 9781957721033: Amazon.com: Books

**Lowest Price**
in this set of products

**Highest rated**
in this set of products

**This item:**

   

| Destiny Grimoire Anthology,… | Destiny Grimoire Anthology,… | Destiny Grimoire Anthology,… | Destiny Grimoire Anthology,… |
|---|---|---|---|
| › Bungie Inc. | › Bungie Inc. | › Bungie Inc. | › Bungie Inc. |
| 484 | 3,303 | 573 | 305 |
| Hardcover | Hardcover | Hardcover | Hardcover |
| $13.85 | $18.06 | $15.39 | $15.60 |
| Get it as soon as **Saturday, Nov 15** | Get it as soon as **Wednesday, Nov 19** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon |
|  | Only 4 left in stock - order soon. |  |  |

# Editorial Reviews

## About the Author

**Bungie, Inc.** is an American video game developer based in Bellevue, Washington. Established in 1991, they have developed the hit games *Destiny*, *Halo*, and *Myth*.

## Product details

**Publisher** : Bungie

**Publication date** : November 16, 2021

**Language** : English

**Print length** : 176 pages

**ISBN-10** : 1957721030

**ISBN-13** : 978-1957721033

**Item Weight** : 2.31 pounds

**Dimensions** : 8 x 1.05 x 10 inches

**Book 4 of 6** : Destiny Grimoire Anthology

**Best Sellers Rank:** #94,658 in Books (See Top 100 in Books)
 #4,526 in Action & Adventure Fantasy (Books)
 #8,544 in Epic Fantasy (Books)
 #8,595 in Fantasy Action & Adventure

**Customer Reviews:** 4.9     484 ratings

# Videos

Help others learn more about this product by uploading a video!

Upload your video

## About the author

Follow authors to get new release updates, plus improved recommendations.



### Bungie Inc.

Discover more of the author's books, see similar authors, read book recommendations and more.

Follow

---

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



**Pantheon (Limited Logistics)**
KR Paul
19
Paperback
$12⁹⁹



**Ritual Income: Witch of the Demesne**
B.L. Brown
98
Paperback
-10% $18⁹⁹
List: $20.99



**The Last Appointment I**
Grace Omena
54
Paperback
$9⁹⁹



**Alaana's Way:The Calling**
Ken Altabef
*An epic tale in a unique fantasy world based on Inuit mythology*
480
Paperback
$13⁹⁹



**The Art of Destiny, Volume 2 (2)**
Bungie
597
Hardcover
-45% $27⁶⁷
List: $50.00

Sponsored

## Rate today's book shopping experience

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Very poor | | Neutral | | Very good |

## Related books

Sponsored





## Customer reviews

4.9 out of 5

484 global ratings

| | |
|---|---|
| 5 star | 92% |
| 4 star | 6% |
| 3 star | 2% |
| 2 star | 0% |
| 1 star | 0% |

How customer reviews and ratings work

Sponsored

## Top reviews from the United States

**ineedanewaddress**

**Love destiny lore**

Reviewed in the United States on August 13, 2025

Format: Hardcover    Verified Purchase

I love destiny lore, it's just great!! Such a rich fleshed out history and archive

Helpful    Report

**J M.**

**Perfect condition**

Reviewed in the United States on July 29, 2025

Format: Hardcover    Verified Purchase

Arrived perfectly unopened and in perfect condition

Helpful    Report

**Ben Turner**

**Nephew loved it**

Reviewed in the United States on January 8, 2025

Format: Hardcover    Verified Purchase

Gifted this to my nephew and he was over the moon about it! Book seems to be good quality, feels nice in hand, and apparently has great info about the world of Destiny.

Helpful    Report

**Anna Byars**

**Gift for a relative**

Reviewed in the United States on November 6, 2023

Format: Hardcover    Verified Purchase

Purchased this and another as a gift. He loves these books. They are beautifully bound and he was very happy with them.

One person found this helpful

Helpful    Report

**Carl**

**Destiny Grimoir**

Reviewed in the United States on October 18, 2023

Format: Hardcover    Verified Purchase

Good quality product. Hard cover. The book itself is sometimes hard to understand but it's a must-have for hardcore Destiny Lore fans

One person found this helpful

Helpful   Report

**See more reviews** ›

## Top reviews from other countries

Translate all reviews to English

 Edson Gomes de Souza Filho

### Obrigatório para amantes do Lore
Reviewed in Brazil on July 25, 2023
**Verified Purchase**

Trás imagens muito incríveis em seu interior e uma narrativa já conhecida, porém aprofundada em alguns momentos para os amantes desse aspecto.

Report

Translate review to English

 M. Fabrice Negro

### la qualité du livre
Reviewed in France on February 4, 2022
**Verified Purchase**

j'ai acheté ce dernier volet sorti sur le grimoire de Destiny 2 très complet comme d'habitude de plus la reception a été très rapide je recommande pour les fans de la première heure de Destiny premier du nom

Report

Translate review to English

 Mrs Ax

### Great Book
Reviewed in the United Kingdom on September 9, 2023
**Verified Purchase**

My aeon loves this collection!

Report

 Captain Ratax

### Livro extremamente bom e bonito
Reviewed in Spain on January 13, 2022
**Verified Purchase**

Aviso já que para quem está à procura de um livro de história normal pode ir embora, porque este livro tem história sim, mas é o lore de um jogo e não está todo organisadinho como um livro normal que conta a história do início ao fim, este livro fala sobre várias coisas no jogo, devidamente personagens, armas importantes do jogo, lugares, etc.
Quanto à qualidade do livro, é brutal, tenho a coleção toda numa prateleira para ficar à mostra para toda a gente, porque estes livros são extremamente bonitos, têm uma capa de couro dura e com uma textura extremamente bonita, os detalhes das letras e dos símbolos no exterior todos a dourado, o livro é muito bonito! Para quem joga destiny e adora o lore do jogo é uma ótima compra!

Report

Translate review to English

 Daniele09

### Destiny grimoire

Reviewed in Italy on November 1, 2022

**Verified Purchase**

Una raccolta della lore molto approfondita, molto belle le Immagini, e consigliata a tutti i fan di destiny che vogliono leggere la lore, l'unico lato negativo è che non è tradotta in italiano, e quindi uno deve conoscere l'inglese

Report

Translate review to English

See more reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English    United States

| Amazon Music | Amazon Ads | 6pm | AbeBooks | ACX | Sell on Amazon | Veeqo |

| | | | | | | |
|---|---|---|---|---|---|---|
| Stream millions of songs | Reach customers wherever they spend their time | Score deals on fashion brands | Books, art & collectibles | Audiobook Publishing Made Easy | Start a Selling Account | Shipping Software Inventory Management |
| Amazon Business Everything For Your Business | Amazon Fresh Groceries & More Right To Your Door | AmazonGlobal Ship Orders Internationally | Home Services Experienced Pros Happiness Guarantee | Amazon Web Services Scalable Cloud Computing Services | Audible Listen to Books & Original Audio Performances | Box Office Mojo Find Movie Box Office Data |
| Goodreads Book reviews & recommendations | IMDb Movies, TV & Celebrities | IMDbPro Get Info Entertainment Professionals Need | Kindle Direct Publishing Indie Digital & Print Publishing Made Easy | Amazon Photos Unlimited Photo Storage Free With Prime | Prime Video Direct Video Distribution Made Easy | Shopbop Designer Fashion Brands |
| Amazon Resale Great Deals on Quality Used Products | Whole Foods Market America's Healthiest Grocery Store | Woot! Deals and Shenanigans | Zappos Shoes & Clothing | Ring Smart Home Security Systems | eero WiFi Stream 4K Video in Every Room | Blink Smart Security for Every Home |
| | Neighbors App Real-Time Crime & Safety Alerts | Amazon Subscription Boxes Top subscription boxes – right to your door | PillPack Pharmacy Simplified | Amazon Renewed Like-new products you can trust | | |

Conditions of Use   Privacy Notice   Consumer Health Data Privacy Disclosure   Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates