# Exhibit H

All   Holiday Deals   Amazon Haul   Medical Care   Best Sellers   Books   Amazon Basics   New Releases   Black Friday Week starts Nov 20


Shop now
Sponsored

Books › Literature & Fiction › Genre Fiction › TV, Movie, Video Game Adaptations



Destiny Grimoire Anthology, Volume V: Legions Adrift Hardcover – March 14, 2023

by Bungie Inc. (Author)

4.9    573 ratings

Book 5 of 6: Destiny Grimoire Anthology

See all formats and editions

*Destiny Grimoire Anthology, Volume V: Legions Adrift* is a curated look at the history of one of humanity's greatest enemies, and now perhaps, potential allies: the Cabal. These stories follow an ancient empire through a time of great change—from the hedonism of Emperor Calus to the ambition of Dominus Ghaul to the vision of Empress Caiatl. What does it mean to be Cabal—to eat the mountains and drink the seas? And with their homeworld lost, what will the Cabal become?

Includes download code printed on card for exclusive Destiny 2 in-game emblem.

Report an issue with this product or seller

| Book 5 of 6 | Print length | La |
|---|---|---|
| Destiny Grimoire Anthology | 176 pages | |

See all details

Read sample

**Follow the author**

Bungie Inc.    Follow

Shop now
Sponsored

**Frequently bought together**

 +  + 

Total price: $44.84

Add all 3 to Cart

This item: Destiny Grimoire Anthology, Volu…    $15³⁹

Destiny Grimoire Anthology, Volume VI: Partners in Li…    $15⁶⁰

Destiny Grimoire Anthology, Volume IV: The Royal Will    $13⁸⁵

---

prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

Kindle $9.99 Available instantly | Hardcover $15.39

Other Used and New from $8.98

**-38% $15³⁹**

List Price: $24.99

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Sunday, November 16** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Thursday, November 13**. Join Prime

Delivering to Miami 33137 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from    Amazon.com
Sold by       Amazon.com
Returns       FREE refund/replacement until Jan 31, 2026
Payment       Secure transaction

☐ Add a gift receipt for easy returns

Add to List

**Other sellers on Amazon**

New & Used (25) from $10⁹⁸ + $3.98 shipping

---

Delivering to Miami 33137  Update location    Books ▾    EN    Hello, sign in Account & Lists    Returns & Orders    0

## Frequently purchased items with fast delivery



**Destiny Grimoire Anthology, Volume IV: The Royal Will**
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon



**Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1)**
› Bungie Inc.
305
Hardcover
$18.06
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

**Destiny Grimoire Anthology, Volume II: Fallen Kingdoms**
› Bungie Inc.
194
Hardcover
$20.75
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

Dest
Anth
Part
› Bun
Hard
$15,
Get it
Nov
FREE
$35 s

## Customers also bought or read

**Similar books** | In this series | by Bungie Inc. | TV, Movie, Video Game Adaptations | Adventure



**Destiny Grimoire Anthology, Vol. VII: Penumbra**
111
Hardcover
$19⁰⁴
Delivery **Saturday**



**The Art of Destiny, Volume 2 (2)**
597
Hardcover
$27⁶⁷
Delivery **Saturday**



**Destiny Grimoire Anthology, Vol I**
3,303
Hardcover
$18⁰⁶
Delivery **Wed, Nov 19**



**Diablo: Book of Cain (Diablo Character Tome, 1)**
218
Hardcover
$21⁸⁰
Delivery **Saturday**



**Destiny Grimoire Anthology, Volume IV: The Royal Will (Desti…**
1,075
Hardcover

## What do customers buy after viewing this item?

**Lowest Price**
in this set of products

**Highest rated**
in this set of products

**Most purchased**
in this set of products









Destiny Grimoire Anthology,…
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

Destiny Grimoire Anthology,…
› Bungie Inc.
3,303
Hardcover
$18.06
Get it as soon as **Wednesday, Nov 19**
FREE Shipping on orders over $35 shipped by Amazon
Only 4 left in stock - order soon.

Numskull Official Crota Plush - Soft Replica Plushie - Official Destiny 2 The Final Shape Merchandise
28
4 offers from $28.38

Destiny Grimoire Anthology,…
› Bungie Inc.
305
Hardcover
$15.60
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

## Editorial Reviews

### About the Author

**Bungie, Inc.** is an American video game developer based in Bellevue, Washington. Established in 1991, they have developed the hit games *Destiny*, *Halo*, and *Myth*.

## Product details

**Publisher** : Bungie

**Publication date** : March 14, 2023

**Language** : English

**Print length** : 176 pages

**ISBN-10** : 195772109X

**ISBN-13** : 978-1957721095

**Item Weight** : 2.31 pounds

**Dimensions** : 8.3 x 1.15 x 10.4 inches

**Book 5 of 6** : Destiny Grimoire Anthology

**Best Sellers Rank:** #82,397 in Books (See Top 100 in Books)
   #4,175 in Action & Adventure Fantasy (Books)
   #7,911 in Epic Fantasy (Books)
   #7,922 in Fantasy Action & Adventure

**Customer Reviews:** 4.9              573 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

Follow authors to get new release updates, plus improved recommendations.



## Bungie Inc.

Discover more of the author's books, see similar authors, read book recommendations and more.

Follow

---

## Related products with free delivery on eligible orders

Sponsored ⓘ | Try Prime for unlimited fast, free shipping



**The Art of Destiny, Volume 3**
20
Hardcover
-51% $24⁵⁸
List: $50.00



**Timewrecked: Collision With Destiny (Sapphire Chronicles)**
VV Sinclair
28
Paperback
$13⁴⁹



**Alaana's Way:The Calling**
Ken Altabef
*An epic tale in a unique fantasy world based on Inuit mythology*
480
Paperback
$13⁹⁹



**Primitive Culture - Volume Two (Serpent Library Classics): Researches into the…**
Edward Burnett Tylor
Paperback
$18⁵⁹



**The Art of Destiny, Volume 2 (2)**
Bungie
597
Hardcover
-45% $27⁶⁷
List: $50.00

---

Sponsored

## Rate today's book shopping experience

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Very poor | | Neutral | | Very good |

---

## Customer reviews

4.9 out of 5

573 global ratings

5 star ▭ 93%

## Reviews with images

See all photos ›

Case 2:24-cv-02387-SM-MBN   Document 60-9   Filed 11/11/25   Page 6 of 9

| | | |
|---|---|---|
| 3 star | | 2% |
| 2 star | | 0% |
| 1 star | | 0% |

How customer reviews and ratings work

  

Sponsored

## Top reviews from the United States

**Teresa**

**Destiny fans will love this!**
Reviewed in the United States on October 21, 2025
Format: Hardcover    Verified Purchase

Fabulous gift for ant Destiny fan or player.

Helpful    Report

**J M.**

**As promised**
Reviewed in the United States on July 29, 2025
Format: Hardcover    Verified Purchase

Arrived perfectly unopened and in perfect condition

Helpful    Report

**Danny**

**Great gift for fans!**
Reviewed in the United States on October 4, 2024
Format: Hardcover    Verified Purchase

Awesome book filled with lore on the world of Destiny , a great gift for any Destiny fan !

Helpful    Report

**Ben Turner**

**Nephew loved it**
Reviewed in the United States on January 8, 2025
Format: Hardcover    Verified Purchase

Gifted this to my nephew and he was over the moon about it! Book seems to be good quality, feels nice in hand, and apparently has great info about the world of Destiny.

Helpful    Report

**Yash**

**The cover feels nice. Arxhivist's Key Emblem code**
Reviewed in the United States on July 30, 2023
Format: Hardcover    Verified Purchase

A pretty cook book. It comes shrink wrapped. You can remove the white sleeve. The emblem code is on a card in the book. Mine was inside the back cover. The code isn't covered with scratch off paint because it is securly stored in the shrink wrapped book.
Make sure you are buying from Amazon as the seller and not one of the 3rd party seller on Amazon. Also make sure you are buying new and not one listed as used.



One person found this helpful

Helpful          Report

Anna Byars

**Gift for relative**
Reviewed in the United States on November 6, 2023
Format: Hardcover        Verified Purchase

Purchased this and another as a gift. He loves these books.

Helpful          Report

Freddie D'amico

**Now I have all 5**
Reviewed in the United States on May 12, 2023
Format: Hardcover        Verified Purchase

Now I have all 5 volumes and couldn't be happier

One person found this helpful

Helpful          Report

Mike D.

**Awesome writing**
Reviewed in the United States on March 30, 2023
Format: Hardcover        Verified Purchase

Leave it to Bungie to make another awesome vol. Dope!

One person found this helpful

Helpful          Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Verlúcio

**Excelente**
Reviewed in Brazil on May 24, 2024
Format: Hardcover        Verified Purchase

Entrega super rápida. Material excelente.

Report

Translate review to English

Podgie

**For destiny fans**
Reviewed in the United Kingdom on April 5, 2024

Report

M.Ale

**Non può mancare nella collezione di un guardiano**
Reviewed in Italy on September 21, 2025
Verified Purchase

Non può mancare nella collezione di un guardiano
Ottima qualità, come sempre

Report

Translate review to English

Shirmardi sasha

**Danke**
Reviewed in Germany on June 12, 2023
Format: Hardcover    Verified Purchase

1000 Dank jetzt hab ich die Bücher alle das freut mich im Herzen

Report

Translate review to English

Jack B

**Emblem**
Reviewed in Australia on March 20, 2023
Verified Purchase

I got it for the emblem

Report

See more reviews

Back to top

Delivering to Miami 33137
Update location    Books ▼                              EN    Hello, sign in
                                                             Account & Lists    Returns
                                                                                & Orders    0

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Reload Your Balance | Recalls and Product Safety Alerts |
| Amazon Devices | Advertise Your Products | Gift Cards | Registry & Gift List |
| Amazon Science | Self-Publish with Us | Amazon Currency Converter | Help |
| | Become an Amazon Hub Partner | | |
| | › See More Ways to Make Money | | |

English  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates