# Exhibit I

Delivering to Miami 33137 Update location

Books ▾  Search Amazon

EN  Hello, sign in Account & Lists ▾  Returns & Orders  0

Shop now

Sponsored

Books › Literature & Fiction › Genre Fiction › TV, Movie, Video Game Adaptations



Destiny Grimoire Anthology, Volume VI: Partners in Light (Destiny Grimoire Anthology, 6)

Hardcover – December 5, 2023

by Bungie Inc. (Author)

4.9    305 ratings

Book 6 of 6: Destiny Grimoire Anthology

See all formats and editions

Read sample

**Follow the author**

 Bungie Inc.    Follow

***Destiny Grimoire Anthology, Volume VI: Partners in Light*** is a curated look at the universe of Destiny, revealing the unsung stories of the companions who accompany each Guardian from the very beginning—their Ghosts. Each Ghost is a unique individual, and their relationships with their Guardian partners are just as diverse. Explore these bonds through a number of the most famous Ghost-Guardian pairs… and discover more about Ghosts who've sought out partners beyond humanity.

Until now, the myths, mysteries, and machinations of the Destiny universe were found hidden throughout the worlds—enticing threads that hinted at a greater tapestry. The *Destiny Grimoire Anthology* weaves tales from multiple sources together for the first time, casting new light on Destiny's most legendary heroes, infamous villains, and their greatest moments of triumph and tragedy.

Each unique volume intends to illuminate a facet of the world, and the complete anthology will confirm and challenge players' thoughts and assumptions on what it means to be a Guardian, offering new and differing perspectives on the cosmic war that rages between the Traveler and its ancient enemies.

Includes download code printed on card for an exclusive *Destiny 2* Emblem: *Partners In Light.* This will arrive with the book.

∧ Read less

Report an issue with this product or seller

| Book 6 of 6 | Print length | L |
|---|---|---|
| Destiny Grimoire Anthology | 144 pages | |

See all details



Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

| Kindle | Hardcover |
|---|---|
| $10.99 | $15.60 |
| Available instantly | |

Other Used and New from $11.61

-38%  $15⁶⁰

List Price: $24.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Saturday, November 15** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Tomorrow, November 11**. Order within 25 mins. Join Prime

Delivering to Miami 33137 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

| Ships from | Amazon.com |
|---|---|
| Sold by | Amazon.com |
| Returns | FREE refund/replacement until Jan 31, 2026 |
| Payment | Secure transaction |

☐ Add a gift receipt for easy returns

Add to List

**Other sellers on Amazon**

New & Used (24) from $15⁰²  FREE Shipping on orders over $35.00 shipped by Amazon.

11/10/25, 1:05 PM Destiny Grimoire Anthology, Volume VI: Partners in Light (Destiny Grimoire Anthology, 6): Inc., Bungie: 9781957721118: Amazon.c…

Case 2:24-cv-02387-SM-MBN    Document 60-10    Filed 11/11/25    Page 3 of 9

Delivering to Miami 33137
Update location

Books

EN | Hello, sign in Account & Lists | Returns & Orders | 0



Sponsored

## Frequently bought together

 +  + 

Total price: $50.03

Add all 3 to Cart

**This item:** Destiny Grimoire Anthology, Volu…
$15.60

Destiny Grimoire Anthology, Volume V: Legions Adrift
$15.39

Destiny Grimoire Anthology, Vol. VII: Penumbra
$19.04

## Frequently purchased items with fast delivery

    

| Destiny Grimoire Anthology, Volume IV: The Royal Will | Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1) | Destiny Grimoire Anthology, Volume III: War Machines (Destiny… | Destiny Grimoire Anthology, Vol. VII: Penumbra | Destiny Grimoire Anthology, Volume V: Legions Adrift |
|---|---|---|---|---|
| Bungie Inc. | Bungie Inc. | Bungie Inc. | Bungie Inc. | Bungie Inc. |
| 484 | 305 | 831 | 111 | 573 |
| Hardcover | Hardcover | Hardcover | Hardcover | Hardcover |
| $13.85 | $18.06 | $15.61 | $19.04 | $15.39 |
| Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** | Get it as soon as **Saturday, Nov 15** |
| FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders over $35 shipped by Amazon Only 16 left in stock (more … | FREE Shipping on orders over $35 shipped by Amazon | FREE Shipping on orders o $35 shipped by Amazon |

## Customers also bought or read

Similar books | In this series | by Bungie Inc. | TV, Movie, Video Game Adaptations | Epic Fantasy

Delivering to Miami 33137
Update location

Books

EN   Hello, sign in
Account & Lists

Returns
& Orders

0



**Destiny Grimoire Anthology, Vol. VII: Penumbra**
111
Hardcover
$19.04
Delivery **Saturday**



**The Art of Destiny, Volume 2 (2)**
597
Hardcover
$27.67
Delivery **Saturday**



**Destiny Grimoire Anthology, Vol I**
3,303
Hardcover
$18.06
Delivery **Wed, Nov 19**



**Diablo: Book of Cain (Diablo Character Tome, 1)**
218
Hardcover
$21.80
Delivery **Saturday**

**Destiny Grimoire Anthology, Volume IV: The Royal Will (Desti…**
1,075
Hardcover

## What do customers buy after viewing this item?

**Lowest Price**
in this set of products

**Highest rated**
in this set of products

**Most purchased**
in this set of products



**Destiny Grimoire Anthology,…**
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon



**Destiny Grimoire Anthology,…**
› Bungie Inc.
831
Hardcover
$15.61
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon
Only 16 left in stock (more on the…

**Numskull Official Crota Plush - Soft Replica Plushie - Official Destiny 2 The Final Shape Merchandise**
28
4 offers from $28.38



**Destiny Grimoire Anthology,…**
› Bungie Inc.
111
Hardcover
$19.04
Get it as soon as **Saturday, Nov 15**
FREE Shipping on orders over $35 shipped by Amazon

## Editorial Reviews

### About the Author

**Bungie, Inc.,** is an American video game developer based in Bellevue, Washington. Established in 1991, they have developed the hit games *Destiny*, *Halo*, and *Myth*.

## Product details

**Publisher** : Bungie

**Publication date** : December 5, 2023

**Language** : English

**Print length** : 144 pages

**ISBN-10** : 1957721111

**ISBN-13** : 978-1957721118

**Item Weight** : 2 pounds

**Dimensions** : 8.15 x 0.98 x 10.2 inches

Delivering to Miami 33137
Update location

Books

Hello, sign in
Account & Lists

Returns
& Orders

EN

0

#6,858 in Fantasy Action & Adventure
#6,879 in Epic Fantasy (Books)

**Customer Reviews:** 4.9                305 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## About the author

Follow authors to get new release updates, plus improved recommendations.



**Bungie Inc.**

Discover more of the author's books, see similar authors, read book recommendations and more.

Follow

## Related products with free delivery on eligible orders

Sponsored | Try Prime for unlimited fast, free shipping

    

Just released

**Ship of Spells (Deluxe Limited Edition)**
H. Leighton Dickson
*Magic. Monsters. Mutiny. Welcome aboard the Ship of Spells.*
50
Hardcover
-30% $23⁰⁹
List: $32.99

**Alaana's Way:The Calling**
Ken Altabef
*An epic tale in a unique fantasy world based on Inuit mythology*
480
Paperback
$13⁹⁹

**Glowing Ambition (Returnity)**
Jeffrey Pons
21
Paperback
$12⁹⁹

**Born in Space: Unlocking Destiny (Sci-Fi Galaxy series)**
Jeremy Clift
211
Paperback
$12⁶⁵

**The Art of Destiny, Volume 2 (2)**
Bungie
597
Hardcover
-45% $27⁶⁷
List: $50.00

11/10/25, 1:05 PM
Case 2:24-cv-02387-SM-MBN   Document 60-10   Filed 11/11/25   Page 6 of 9
Destiny Grimoire Anthology - Volume VI: Partners in Light (Destiny Grimoire Anthology, 6): Inc., Bungie: 9781957721118: Amazon.c…

Delivering to Miami 33137
Update location

Books

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

Sponsored

## Rate today's book shopping experience

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Very poor | | Neutral | | Very good |

## Customer reviews

4.9 out of 5

305 global ratings

| 5 star | 91% |
| 4 star | 8% |
| 3 star | 0% |
| 2 star | 1% |
| 1 star | 0% |

How customer reviews and ratings work

Sponsored

## Top reviews from the United States



J M.

**As promised**

Reviewed in the United States on July 29, 2025

Format: Hardcover    Verified Purchase

Arrived perfectly unopened and in perfect condition

Helpful    Report

susan

**Book**

Reviewed in the United States on February 19, 2025

Format: Hardcover    Verified Purchase

Got this book for my son and he loves it

Helpful    Report

C. Funk

**My Grand kid loved it!**

Reviewed in the United States on August 15, 2024

Format: Hardcover    Verified Purchase

I don't have a lot to say about this book. I bought it for the grandson for Christmas. He was very pleased when he opened it. He collects them, so he was happy. And that's what I wanted in the first place, make the kid happy. Isn't that what we all want?

Helpful    Report



Marques

**Love Destiny Always Will**

Reviewed in the United States on August 25, 2024

Format: Hardcover    Verified Purchase

Such a good read!

Helpful    Report

Delivering to Miami 33137  Books ▾                                EN   Hello, sign in        Returns       0
Update location                                                        Account & Lists   & Orders

Reviewed in the United States on May 18, 2024
Format: Hardcover    **Verified Purchase**

Good series to read if you're into gaming lore

Helpful    Report

Ebony

**Hubby loved them!**
Reviewed in the United States on February 10, 2024
Format: Hardcover    **Verified Purchase**

I purchased this to go along with the other my husband has. I love to hear the excitement in his voice when he talk about it.

Helpful    Report

amber hanmer

**Missing code**
Reviewed in the United States on February 14, 2024
Format: Hardcover    **Verified Purchase**

Plastic wrap was missing, book was in a bag instead inside of an unpadded box, the other five I bought were much better packaged. The emblem code that comes with the book is missing, that's half the point of the books. This was a gift, I felt bad.

Helpful    Report

See more reviews ›

## Top reviews from other countries

Translate all reviews to English

Kindle Customer

**Must buy for lore enthusiast**
Reviewed in the United Kingdom on October 1, 2025
**Verified Purchase**

Excellent book. Quality second to none. Beautiful in game emblem!

Report

Perledelait

**Parfait**
Reviewed in France on March 22, 2024
**Verified Purchase**

Pour les collectionneurs ! Bien emballé, neuf. 👍🏻

Report

Translate review to English

Carlos

**Imprescindible.**
Reviewed in Spain on July 10, 2024
Format: Hardcover    **Verified Purchase**

Imprescindible para los fans de Destiny.
Un saludo guardianes 😄.

11/10/25, 1:05 PM Destiny Grimoire Anthology - Volume VI: Partners in Light (Destiny Grimoire Anthology, 6): Inc., Bungie: 9781957721118: Amazon.c…

Case 2:24-cv-02387-SM-MBN    Document 60-10    Filed 11/11/25    Page 8 of 9

Delivering to Miami 33137
Update location

Books

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

 Ria D'Arcy

**Husband Loves It**

Reviewed in Canada on October 21, 2024

Format: Hardcover   **Verified Purchase**

He's been a Destiny fan for years and loves the lore. These books are becoming a yearly tradition to preorder and gift for Christmas and he loves it!

Report

 M.Ale

**Indispensabile per i guardiani**

Reviewed in Italy on January 10, 2025

**Verified Purchase**

Volume di ottima qualità, carta e rilegature perfette.
Prodotto ufficiale
indispensabile per ogni guardiano che si rispetti.
Testo in inglese, peccato non sia mai stato tradotto in italiano (tutti i volumi)

Report

Translate review to English

See more reviews ›

Back to top

| Get to Know Us | Make Money with Us | Amazon Payment Products | Let Us Help You |
|---|---|---|---|
| Careers | Sell on Amazon | Amazon Visa | Your Account |
| Amazon Newsletter | Sell apps on Amazon | Amazon Store Card | Your Orders |
| About Amazon | Supply to Amazon | Amazon Secured Card | Shipping Rates & Policies |
| Accessibility | Protect & Build Your Brand | Amazon Business Card | Amazon Prime |
| Sustainability | Become an Affiliate | Shop with Points | Returns & Replacements |
| Press Center | Become a Delivery Driver | Credit Card Marketplace | Manage Your Content and Devices |
| Investor Relations | | Reload Your Balance | |
| | | Gift Cards | |

11/10/25, 1:05 PM  Destiny Grimoire Anthology - Volume VI: Partners In Light (Destiny Grimoire Anthology, 6): Inc., Bungie: 9781957721118: Amazon.c…

Delivering to Miami 33137
Update location

Books

EN

Hello, sign in
Account & Lists

Returns
& Orders

0

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Help

English  United States

| | | | | | | |
|---|---|---|---|---|---|---|
| Amazon Music<br>Stream millions<br>of songs | Amazon Ads<br>Reach customers<br>wherever they<br>spend their time | 6pm<br>Score deals<br>on fashion brands | AbeBooks<br>Books, art<br>& collectibles | ACX<br>Audiobook<br>Publishing<br>Made Easy | Sell on Amazon<br>Start a Selling<br>Account | Veeqo<br>Shipping Software<br>Inventory<br>Management |
| Amazon Business<br>Everything For<br>Your Business | Amazon Fresh<br>Groceries & More<br>Right To Your Door | AmazonGlobal<br>Ship Orders<br>Internationally | Home Services<br>Experienced Pros<br>Happiness<br>Guarantee | Amazon Web<br>Services<br>Scalable Cloud<br>Computing<br>Services | Audible<br>Listen to Books &<br>Original<br>Audio<br>Performances | Box Office Mojo<br>Find Movie<br>Box Office Data |
| Goodreads<br>Book reviews<br>&<br>recommendations | IMDb<br>Movies, TV<br>& Celebrities | IMDbPro<br>Get Info<br>Entertainment<br>Professionals Need | Kindle Direct<br>Publishing<br>Indie Digital &<br>Print Publishing<br>Made Easy | Amazon Photos<br>Unlimited Photo<br>Storage<br>Free With Prime | Prime Video Direct<br>Video Distribution<br>Made Easy | Shopbop<br>Designer<br>Fashion Brands |
| Amazon Resale<br>Great Deals on<br>Quality Used<br>Products | Whole Foods<br>Market<br>America's<br>Healthiest<br>Grocery Store | Woot!<br>Deals and<br>Shenanigans | Zappos<br>Shoes &<br>Clothing | Ring<br>Smart Home<br>Security Systems | eero WiFi<br>Stream 4K Video<br>in Every Room | Blink<br>Smart Security<br>for Every Home |
| | Neighbors App<br>Real-Time Crime<br>& Safety Alerts | Amazon<br>Subscription Boxes<br>Top subscription<br>boxes – right to<br>your door | PillPack<br>Pharmacy<br>Simplified | Amazon Renewed<br>Like-new products<br>you can trust | | |

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates

https://www.amazon.com/Destiny-Grimoire-Anthology-VI-Partners/dp/1957721111/ref=pd_bxgy_d_sccl_2/143-1419146-8528041?pd_rd_w=xCSvr&co…  8/8