# Exhibit J

Delivering to Denver 80252 — Update location

All ▾     grimoire penumbra

EN ▾   Hello, sign in — Account & Lists ▾     Returns & Orders     0

All | Holiday Deals | Amazon Haul | Medical Care ▾ | Best Sellers | Amazon Basics | New Releases | Registry | NBA on Prime Friday 6:30PM ET

books | Categories | New & Trending | Deals & Rewards | More | Your Books

Shop now

Sponsored

Books › Literature & Fiction › Action & Adventure › Fantasy



Read sample

**Follow the author**

 Bungie Inc.     Follow

Destiny Grimoire Anthology, Vol. VII: Penumbra   Hardcover – December 3, 2024

by Bungie Inc. (Author)

4.9     111 ratings     See all formats and editions

*Destiny Grimoire Anthology, Volume VII: Penumbra* is a curated look at the universe of Destiny, examining how our understanding of two fundamental forces that underlie that universe—Darkness and Light—have evolved. Guardians are raised in the Traveler's Light, blessed with the ability to wield that Light as a weapon against the Darkness. But what does it mean to be a champion of the Light? Is the Darkness the real enemy? Or is there wisdom to be found in the shadows?

Until now, the myths, mysteries, and machinations of the Destiny universe were found hidden throughout the worlds

∨ Read more

Report an issue with this product or seller

| Print length | Language | P |
|---|---|---|
| 144 pages | English | |

See all details

wonderful topsy-turvey mashup between Men in Black, Hitchhiker's Guide to the Galaxy, Twilight...

**Welcome To The Deep Estate**
by Kevin Kane
12
$17.99
Paperback

Sponsored

**Frequently bought together**

 +  + 

Total price: $50.03

Add all 3 to Cart

**This item:** Destiny Grimoire Anthology, Vol. V...   |   Destiny Grimoire Anthology, Volume VI: Partners in Light   |   Destiny Grimoire Anthology, Volume V: Legions Adrift

---

Prime

Enjoy fast, free delivery, exclusive deals, and award-winning movies & TV shows.

Join Prime

| Kindle $11.99 Available instantly | Hardcover $19.04 |

Other Used and New from $18.84

-24%   $19.04

List Price: $24.99 ⓘ

Get **Fast, Free Shipping** with Amazon Prime

FREE delivery **Sunday, November 16** on orders shipped by Amazon over $35

Or Prime members get FREE delivery **Friday, November 14**. Order within 10 hrs 23 mins. Join Prime

Delivering to Denver 80252 - Update location

**In Stock**

Quantity: 1

Add to Cart

Buy Now

Ships from   Amazon.com
Sold by      Amazon.com
Returns      FREE refund/replacement until Jan 31, 2026
Payment      Secure transaction

☐ Add a gift receipt for easy returns

Add to List

**Other sellers on Amazon**

$19.04    $15.60    $15.39

New & Used (24) from $18.84 & FREE Shipping

## Frequently purchased items with fast delivery


**Destiny Grimoire Anthology, Volume V: Legions Adrift**
› Bungie Inc.
573
Hardcover
$15.39
Get it as soon as **Sunday, Nov 16**
FREE Shipping on orders over $35 shipped by Amazon


**Destiny Grimoire Anthology, Volume IV: The Royal Will**
› Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Monday, Nov 17**
FREE Shipping on orders over $35 shipped by Amazon


**Destiny Grimoire Anthology, Volume VI: Partners in Light**
› Bungie Inc.
305
Hardcover
$15.60
Get it as soon as **Sunday, Nov 16**
FREE Shipping on orders over $35 shipped by Amazon

## Customers also bought or read

**Similar books**    by Bungie Inc.    Epic    Sword & Sorcery


**Destiny Grimoire Anthology, Volume I**
305
Hardcover
$18.06
Delivery **Monday**


**The Art of Destiny, Volume 2 (2)**
597
Hardcover
$27.67
Delivery **Monday**


**Diablo: Book of Cain (Diablo Character Tome, 1)**
218
Hardcover
$21.80
Delivery **Monday**


**Destiny Grimoire Anthology, Vol I**
3,303
Hardcover
$18.00
Delivery **Tue, Nov 18**


**Metroid Prime 1–3: A Visual Retrospective: The Official Art and…**
41
#1 Best Seller  Video Game Art
Hardcover
$49.99
FREE delivery **Sunday**

## What do customers buy after viewing this item?

**Lowest Price**
in this set of products



Destiny Grimoire Anthology,...
> Bungie Inc.
484
Hardcover
$13.85
Get it as soon as **Monday, Nov 17**
FREE Shipping on orders over $35 shipped by Amazon

**Highest rated**
in this set of products



Destiny Grimoire Anthology,...
> Bungie Inc.
831
Hardcover
$15.61
Get it as soon as **Sunday, Nov 16**
FREE Shipping on orders over $35 shipped by Amazon
Only 16 left in stock (more on the…

**Most purchased**
in this set of products



Numskull Official Destiny The Crow 10" Statue - Official Destiny 2 Merchandise - FPS…
2,230
$59.67
Get it as soon as **Tuesday, Nov 18**
FREE Shipping by Amazon
Only 3 left in stock - order soon.



Destiny Grimoire Anthology,...
> Bungie Inc.
305
Hardcover
$15.60
Get it as soon as **Sunday, Nov 16**
FREE Shipping on orders over $35 shipped by Amazon

## Editorial Reviews

### About the Author

**Bungie, Inc.** is an American video game developer based in Bellevue, Washington. Established in 1991, they have developed the hit games, Destiny, Halo, Myth, and Destiny.

## Product details

- **Publisher** : Bungie
- **Publication date** : December 3, 2024
- **Language** : English
- **Print length** : 144 pages
- **ISBN-10** : 1957721146
- **ISBN-13** : 978-1957721149
- **Item Weight** : 1.95 pounds
- **Dimensions** : 8.3 x 1 x 10.35 inches
- **Best Sellers Rank:** #59,221 in Books (See Top 100 in Books)
  - #4,106 in Action & Adventure Fantasy (Books)
  - #7,927 in Epic Fantasy (Books)
  - #7,963 in Fantasy Action & Adventure
- **Customer Reviews:** 4.9     111 ratings

## Videos

Help others learn more about this product by uploading a video!

Upload your video

## About the author

Follow authors to get new release updates, plus improved recommendations.



## Bungie Inc.

Discover more of the author's books, see similar authors, read book recommendations and more.

Follow

## Products related to this item
Sponsored



**The Foundry (Dianis, A World in Turmoil Chronicles Book 1)**
Frank Dravis

*Love, betrayal, and galactic intrigue. The defense of Dianis starts here.*

20
Kindle Edition
$3⁹⁵



**Errant : A Dark Epic Fantasy Romance (Chronicle of the Seer Pentalogy Book 1)**
Florian Armas

*They don't kick asses. They fight to rewrite destiny.*

423
Kindle Edition
$2⁹⁹



**Fighters of Fear: Occult Detective Stories**

198
Hardcover
-23% $23¹⁰
List: $29.99



**Pantheon (Limited Logistics Book 1)**
KR Paul

19
Kindle Edition
$6⁹⁹



**The Art of Destiny, Volume 3**

20
Hardcover
-51% $24⁵⁸
List: $50.00

Sponsored

## Rate today's book shopping experience

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Very poor | | Neutral | | Very good |

## Customer reviews

4.9 out of 5

111 global ratings

5 star  ▓▓▓▓▓  95%
4 star  ▓      4%
3 star         0%

### Top reviews from the United States

 Daisy

**Nice collectors item.**
Reviewed in the United States on October 23, 2025
Format: Hardcover    **Verified Purchase**

My husband is a huge fan of destiny 2, plays it daily, and likes to collect these.

| 2 star | | 0% |
| 1 star | | 1% |

How customer reviews and ratings work

J M.

### As promised
Reviewed in the United States on July 29, 2025
Format: Hardcover   **Verified Purchase**

Arrived perfectly unopened and in perfect condition

Helpful   Report

HeyKiings

### Very detailed and thorough Destiny lore
Reviewed in the United States on April 30, 2025
Format: Hardcover   **Verified Purchase**

Great lore book once again for a great game.

Helpful   Report

Sponsored

CiCi

### Good Condition
Reviewed in the United States on March 17, 2025
Format: Hardcover   **Verified Purchase**

Came in great condition, surprisingly. You never know with books from Amazon. Was a gift my husband and he loved it.

Helpful   Report

Zach

### Same great quality
Reviewed in the United States on March 16, 2025
Format: Hardcover   **Verified Purchase**

Quality was on par with the previous editions. My son loves it

Helpful   Report

Brian

### Great quality from Bungie.
Reviewed in the United States on March 7, 2025
Format: Hardcover   **Verified Purchase**

Even though I stopped playing Destiny. I do like the lore and art from the series.

Helpful   Report

Adam Huerta

### Amazing addition
Reviewed in the United States on December 6, 2024
Format: Hardcover

Amazing addition to the series! It's always so cool getting a new volume of these and the lore is absolutely incredible to read through

6 people found this helpful

Helpful   Report

R. Popal

### Don't buy it
Reviewed in the United States on December 18, 2024
Format: Hardcover   **Verified Purchase**

You will not this item

One person found this helpful

Helpful   Report

See more reviews

### Top reviews from other countries


Hydro

**Complete your collection with this beautiful piece**
Reviewed in Canada on March 25, 2025
Format: Hardcover   Verified Purchase

Got it to finish off our grimoire collection. came in perfect condition. dont know if the codes work as we stopped playing d2 after the final shape, but this book is worth every cent

Report


Kris J

**Another great release; code WAS included.**
Reviewed in Canada on March 29, 2025
Format: Hardcover   Verified Purchase

Purchased from Amazon.ca, mid March 2025, and my book DID come with a code, as advertised. Book was also in great condition.

Report

See more reviews

Back to top

### Get to Know Us
Careers
Amazon Newsletter
About Amazon
Accessibility

### Make Money with Us
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand

### Amazon Payment Products
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points

### Let Us Help You
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime

| | | | | |
|---|---|---|---|---|
| Sustainability | Become an Affiliate | Credit Card Marketplace | | Returns & Replacements |
| Press Center | Become a Delivery Driver | Reload Your Balance | | Manage Your Content and Devices |
| Investor Relations | Start a Package Delivery Business | Gift Cards | | |
| Amazon Devices | Advertise Your Products | Amazon Currency Converter | | Recalls and Product Safety Alerts |
| Amazon Science | Self-Publish with Us | | | Registry & Gift List |
| | Become an Amazon Hub Partner | | | Help |
| | › See More Ways to Make Money | | | |

English    United States

| | | | | | | |
|---|---|---|---|---|---|---|
| **Amazon Music** Stream millions of songs | **Amazon Ads** Reach customers wherever they spend their time | **6pm** Score deals on fashion brands | **AbeBooks** Books, art & collectibles | **ACX** Audiobook Publishing Made Easy | **Sell on Amazon** Start a Selling Account | **Veeqo** Shipping Software Inventory Management |
| **Amazon Business** Everything For Your Business | **Amazon Fresh** Groceries & More Right To Your Door | **AmazonGlobal** Ship Orders Internationally | **Home Services** Experienced Pros Happiness Guarantee | **Amazon Web Services** Scalable Cloud Computing Services | **Audible** Listen to Books & Original Audio Performances | **Box Office Mojo** Find Movie Box Office Data |
| **Goodreads** Book reviews & recommendations | **IMDb** Movies, TV & Celebrities | **IMDbPro** Get Info Entertainment Professionals Need | **Kindle Direct Publishing** Indie Digital & Print Publishing Made Easy | **Amazon Photos** Unlimited Photo Storage Free With Prime | **Prime Video Direct** Video Distribution Made Easy | **Shopbop** Designer Fashion Brands |
| **Amazon Resale** Great Deals on Quality Used Products | **Whole Foods Market** America's Healthiest Grocery Store | **Woot!** Deals and Shenanigans | **Zappos** Shoes & Clothing | **Ring** Smart Home Security Systems | **eero WiFi** Stream 4K Video in Every Room | **Blink** Smart Security for Every Home |
| | **Neighbors App** Real-Time Crime & Safety Alerts | **Amazon Subscription Boxes** Top subscription boxes – right to your door | **PillPack** Pharmacy Simplified | **Amazon Renewed** Like-new products you can trust | | |

Conditions of Use    Privacy Notice    Consumer Health Data Privacy Disclosure    Your Ads Privacy Choices

© 1996-2025, Amazon.com, Inc. or its affiliates