# Exhibit K

**$7.77 FLAT RATE SHIPPING ON ALL ORDERS THROUGH NOVEMBER 11TH 2025 AT 8:59AM PST.** RESTRICTIONS APPLY.



LOG IN   SEARCH 

HOME   SEARCH

# SEARCH RESULTS

Filter By





Destiny Grimoire Anthology Volume I

$25.00

Destiny Grimoire Anthology Volume V: Legions Adrift





Destiny Grimoire Anthology, Volumes 1-5: EBook Bundle

$30.00

Destiny Grimoire Anthology, Volume VII: Penumbra

$25.00





**Destiny Grimoire Anthology, Volume II: Fallen Kingdoms**

$25.00

**Destiny Grimoire Anthology Volume III: War Machines**

$25.00





**Destiny Grimoire Anthology, Volume IV: The Royal Will**

$25.00

**Destiny Grimoire Anthology, Volume VI: Partners In Light**

$25.00

     

**QUICK LINKS**



oducts

**Policies**

**Customer Service**

**Shipping Updates**

**Shipping**

**FAQ**

Copyright © 2025 Bungie Inc. All rights reserved.

