# Exhibit L



5:38

< 2          **Michael** >

Text Message • RCS
Wed, Oct 16 at 7:53 PM

> Hey it's Kelsey let me Know when you're free later tonight dude I'll give you a call

Wed, Oct 16 at 10:30 PM

I'm free.

> I passed slam out man lol

> Talk tomorrow man?

Thu, Oct 17 at 10:15 AM

> Hey what's up dude



**Butterdtoastneggs** ⌄
butterdtoastneggs

Doot!      ⓧ

💬 Edit Status     ✎ Edit Profile

About Me
The monday-est monday...

Discord Member Since
Sep 2, 2016

Connections







Fri, Oct 18 at 10:07 AM

Hey man my lawyer was wanting to know if you're available to talk on the phone and discuss details? If so, when would be a few good time slots he could call next week?

Fri, Oct 18 at 1:02 PM

Np. Between 11 and 12 during a work day. Or after 5:40 pm.

Fri, Oct 18 at 3:05 PM

5:38

‹ 2

**Michael** ›

Fri, Oct 18 at 3:05 PM

> Thanks man he's gonna give you a ring some day after Monday.

Mon, Jun 2 at 12:02 PM

> Hey man, how are you? I was curious, why is the last city titled what it's titled in destiny 2? What's the rest of the world like?

The name is litteral, there are no other cities. THE rest of the world is full of abandoned ruins and wilderness. Lore says there are / has been settlements dotted around, but without guardian help, they don't last.

Mon, Jun 2 at 4:02 PM

> Gotcha thanks.. I wanna pay you some time soon to get some more detailed info when would you be avail e man ?

Mon, Jun 2 at 10:28 PM

In the office, 3 days this week, but lunch is 11-12 cst. I'm free sat and sunday. Oh, I work from home Friday at the same time for lunch, but there is more room to make an excuse to step away if need be.

Fri, Jun 6 at 7:50 PM

> Hey are there settlements among the rest of the ruins on earth ? Are there

**Michael**

> Hey are there settlements among the rest of the ruins on earth ? Are there tribes or anything like that , is there any technology ?

> Also, why don't they last without guardian help ? What's going on, on the planet that's dangerous? I'm gonna pay you by the way for the consultation by the way u got my word

Sat, Jun 7 at 12:41 AM

No tribes that I knew of. During the dark age before the last city, there were groups that had some guardians loaded over. They were called warlords at that time since why shaxx is known as lord shaxx and saladin, who is over the iron banner used to lead the iron lords.

Any tech they use is leftovers from the golden age of mankind or older. Or converted from alien races.

For example, the warmind Rasputin was golden age tech along with the iklos gear he gave out.

> Okay thanks that make a lot of sense now. Do any ppl live in the wilderness / ruins?

And normal humans don't last outside the city because the alien races have

5:38



Michael

And normal humans don't last outside the city because the alien races have larger numbers and are better equipped. Mankind got knocked back damn near to the colonial days if not for all the left over tech.

On earth it's the fallen that are the main issue, or the taken that tend to cause the most trouble. And later the red legion.

No, no one does, only ppl outside the city you may see in game are guardians or scouts like devrum Kay.

And for the most part, the wilderness is left to the hunter guardians.

Warlocks are bookworms.

Are there any districts? Or places where humans gather other than the last city?

Titans are front line shock troops/tanks.

Hunters are as the name implies hunters and scouts.

Titans huh? That's a guardian ?

Nope, just the last city

 Text Message • SMS 

**Michael**

> Nope, just the last city
>
> All other human colony failed
>
> Ya titans are the big ones in plate armor

> What was the last human colony before the last city and why did it fail?

> There was one on the moon titan I think, and IO.
>
> I'm fuzzy on the details but it was an event called the collapse.
>
> Ot ended the golden era.
>
> Funny enough mynameisbyfe covers it in detail
>
> Oh I think one colony did make it. We find it in a later expac. But they are hardly human anymore. They are super tall and age Very fast. I did not play that expac so I don't know much about it. I skipped that one and went back in lightfall.
>
> So I may be totally wrong on that point

> Oh it's all good.  It's helpful info.  What is ur pay pal

> Or Zelle

> Umbrella gimme a sec I never use it

5:38

◁ 2                     Michael ›

Umbrella gimme a sec I never use it. Zelle would be better



**MICHAEL A PIERRE**
arcanumver1@gmail.com
TOTAL CHECKING (...8522)

Żelle®

Tap code to hide personal info.



Scan this code in your bank's app to pay
MICHAEL
a***1@gmail.com



Żelle®



Text Message • SMS




**Michael**

Past Payments

MICHAEL
Registered as MICHAEL PIERRE
arcanumver1@gmail.com

See when you last sent money to this recipient.

Jun 07, 2025

Pending verification — $40.00

> Gonna get you lunch too some time we'll hang out, maybe next week If u get time

OK np. I will be free on the 23rd.

Sat, Jun 7 at 4:13 AM

> Did the payment go through ? It still shows pending on my end

Text Message • SMS
Sat, Jun 7 at 9:48 AM

Let me check

It got rejected, no clue why

Sat, Jun 7 at 12:47 PM

> I sent it again did it go through

Text Message • RCS
Sat, Jun 7 at 9:31 PM

Yup I got it, must have been the bank messing with it

**Michael**

> Are guardians associated with the color blue ?

Ya the player character is. Except in pvp. Then it's red vs blue.

> Thanks man. What other colors are they associated with , and what other colors is the red legion associated with ?

Red legion is just that, red. Guardians are blue for arch damage (electrical), purple for void damage, orange for solar, green for strand, lite blue for stasis(ice/ freeze), and rainbow for prismatic which is a mix of them all.

Wait. Most red legion units are in red gear, one boss I remember wore green armor. He was the arms dealer strike boss. Ghal wore all white.

And there were some in purple but they were tied to the leviathan raid with chalas before it was removed, then added back after changes were made then removed again.

> Was it ever explained why ghauls armor was white

Not that I can remember

Never questioned it tbh

**Michael**

Never questioned it tbh

> Lol aight. Thanks man I owe you

> Did ghaul ever broadcast any sort of propaganda

If I think about it prob had something to do with him wanting to be like the speaker who also wore all white.

But that is just an idea.

During the story he interrogated the speaker on how he speaks to the traveler, and the speaker told him he doesn't. He never hears anything lol.

I don't think he did.

I don't remember any during the missions.

The reds did not take prisoners besides the one guy. Everyone else just got bodied on sight.

Not really into the win the hearts and minds of the people types.

Plus they intended to blow up the sun when they were done anyway :/

> Is anything titled protector in the game

No, even dou le checked that one. Never had a protector title, which is odd. Seems like an obvious title to add.

**Michael**

odd. Seems like an obvious title to add.

> Thanks again, dude. You playing anything lately?

> You're like my go to guy for all this, a serious expert lol

Np, just ffxiv, cyberpunk 2077, warframe, enshrouded on rotation as time allows. Which lately has just been ffxiv with some cyberpunk mixed in.

> Cyberpunk is so good isn't it?

> Takes a massive GPU though lol

Well all the time I spent in d2 and watching kids has to be used for something lol

Ya it's good now. And it's been optimized big time, I have a 3090 and it's smooth even tho my cpu is behind being a i7 4.7k

Which is OLD

> 3090 That's a nice one

> Hold on that thing even if you upgrade, they hardly ever lose value

Ya, it's not that old and works great

> I was using a 2070 until mine crapped

**Michael**

> I was using a 2070 until mine crapped out not long ago lol. but most GPUs are sold out everywhere. At least for MSRP lol

Ya, I wanted to get a hellhound for the new build which will be ryzen and can't find that one anywhere.

Sat, Jun 14 at 12:52 AM

> What's up man how you doin

Text Message • SMS
Sat, Jun 14 at 10:11 AM

Doing alright how u

Text Message • RCS

> Doing fine man , we still need to to eat lunch some time soon, you super busy Monday ?

Sat, Jun 14 at 2:14 PM

This Monday I'll be working g from 8am -5pm. I won't be free on a Monday till the 23rd. I have that whole day off.

Sun, Jun 15 at 4:09 PM

> Hey there are remnants of the red legion in game, and or other stuff that has been there after late 2021?

Sun, Jun 15 at 6:12 PM

**Michael**

Sun, Jun 15 at 6:12 PM

Ya, they are still on earth.

Thought so, can you get me a list of all remnant that still exist?



**can red legion still be found in destiny 2**

While the Red Legion, as a unified, organized military force led by Ghaul, is largely gone from Destiny 2, remnants and splinter groups of the Red Legion can still be found. These groups are primarily seen in various locations, continuing to engage in hostilities with Guardians.

Here's a breakdown of the Red Legion's status:

- **Defeated but not extinct:** The Red Legion suffered a major defeat at the end of the Red War and lost its leader, Ghaul. However, this didn't entirely eliminate the faction.
- **Splinter groups and remnants:** Some Red Legion soldiers refused to join Empress Caiatl's forces or defect to the Witness's side, and continue to operate independently, often as pirates or scavengers.
- **Ongoing hostilities:** These remnants of the Red Legion may still be encountered in various locations, including the European Dead Zone (EDZ) and potentially the Tangled Shore. They are hostile to Guardians and can be found in Lost Sectors or even disrupting Guardian activities, like collecting energy from Pyramid Scales.
- **Lore relevance:** While not the central antagonists they once were, the Red Legion remnants still play a role in the game's lore, representing the lasting impact of the Red War and the struggles of the Cabal Empire.

In summary, while the Red Legion as the major threat of the Red War is no longer active, you can still encounter its remnants in Destiny 2 as smaller, unorganized groups of enemies who continue to fight against the Guardians.

AI responses may include mistakes. Learn more

Ask anything

Thanks is that verify that's accurate tho? Since it's ai

5:38



Michael

Thanks is that verify that's accurate tho ? Since it's ai













> Thanks man If you would Email me a comprehensive (and verified ) list of all units in since late 2021 I can pay

**Michael**

2021 I can pay

While it was Ai, it's what I have seen when playing the game as well. They agreed a broken army attacking the guardians as a disorganized group.

Just red legion pr any other groups?

*red legion

*or any other groups as well I should say

And I'll need your email address

jedi.kman@gmail.com

Just anything red legion or related

Even smaller stuff related like tech, weapons etc

Or stuff they used during the war. You're the man... also what's your hour count in game total



Michael



😀

> Nice most impressive, any other platforms to add?

Na, just on steam

> Any lasting effect on the world they made too.. basically anything that still lingers

Got it

Michael

> Nice most impressive , any other platforms to add ?

Na, just on steam

> Any lasting effect on the world they made too.. basically anything that still lingers

Got it

OK email sent. Let me know if that is enough or you want more or a further breakdown and I can work on it over a longer period. That is just some of the main points taken from the wiki that line up with my own experiences and lore I've consumed over the years.

I added links to everything I could that was talked about.

Thu, Jul 17 at 8:08 PM

> Hey dude how are you?

Thu, Jul 17 at 9:34 PM

Good How are you?

> Doing fine man just checking in. Was curious , you heard of any decent remote job openings anywhere man ?

Read 7/17/25

Nope, been looking for one myself