# Exhibit M



## locations of remaining red legion to date and weaponry ect.
1 message

**Dizzarat** <arcanumver1@gmail.com>  Sun, Jun 15, 2025 at 7:32 PM
To: jedi.kman@gmail.com

this is taken from the destinypedia website https://www.destinypedia.com/Cabal#:~:text=For%20the%20first%20time%20in,their%20attempts%20at%20using%20Rasputin.

"Despite Ghaul's death and the liberation of the Last City, the Red Legion continued to carry on the Red War but had become seriously weakened and demoralized at the loss of their leader. Even so, the Guardians continued to battle with the Red Legion across the System. The Guardians succeeded in thwarting numerous and desperate plots the Cabal planned to give them an advantage, from using Taken energy to strengthen their forces,[67] to destroying Protheon, Modular Mind before they could utilize the Axis Mind as a weapon,[68] and acquiring deadly weapons from Bracus Zahn and his disgraced forces.[69]

The Legion would remain active on Mercury, following Ghaul's death, attempting to use the Infinite Forest to create a future where the Cabal won the Red War, but were kept in check by the Vex and Guardian interventions.[70] Another remnant of the Red Legion traveled to Mars to resupply its forces and plunder the secrets of the BrayTech Futurescape but encountered a mysterious Hive army, the Grasp of Nokris. The Cabal entered into a stalemate with the Hive for control of Hellas Basin, while the Guardians stopped their attempts at using Rasputin"

any remaining survivors of the Red Legion found themselves within the Reef struggling to survive even as the region of space descended into chaos as the Scorn rampaged across the Awoken's domain. Yet at the same time, they found themselves in between the Guardian's personal war with the Scorn, losing causalities to both groups during the conflict.

In addition to their disheveled state, the Red Legion began suffering from multiple desertions such as those following Garut Gra'am who rooted themselves in Trappers Cave. The most prominent of these groups, the *Unbowed Legion*, made their debut in the EAZ during the Solstice of Heroes event in an attempt to take over the EAZ as a base of operations. Despite the group being led by three large Cabal commanders similar to Ghalak the Colossus, Forge Warden, they were quickly put to an end by the Guardians partaking in the event.[79]

In response, the Cabal took action against deserters, even placing Wanted Bounties through the Spider, as in the case of Valus Dulurc.[80] Against the deprivation, the legion currently faces they have been seen to continue some operations such as an attempt to take over the EAZ led by two Bond Sisters.[79] Other operations by the Red Legion include multiple attempts to gain territory such as assaulting Lost Sectors across the system and flushing out their inhabitants. Only the Combustor Valus and Blood Cleaver would be successful in this before eventually falling to glimmer-hungry Guardians.[81][82]

Sometime after the Guardians' conflict with the Hive and Nightmares on Luna and defeating the Vex Offensives, Osiris called upon the Young Wolf to Mercury. The legendary Warlock claimed that after the Undying Mind's final destruction, the timeways of Mercury had been undone, and Psion Flayers of the Red Legion aimed to take advantage of the Vex's disorganization to assume control over time itself and undo their defeat during the Red War. Their meddling with Osiris's time-altering Sundial resulted in Mercury fracturing into three different eras, each with its own timelines dictated by the Psion Flayers. The Guardians team up with Osiris to ensure the safety of time, preserve the present and save a legend, Saint-14.[89]

The Guardians are successful in saving Saint-14 from his fate but during the three weeks of this conflict, the Guardians also manage to slay the Psion Flayer orchestrators; the sisters, Niruul, Ozletc and Tazaroc, one by one.[90]

After a few more weeks of combating the Red Legion near the Sundial, the Flayer sisters would band together and use their power to fuse into Inotam, Oblivion's Triune, to finish off the Guardians.[91] Inotam would violently clash with the Guardians for control of the Sundial but despite her vast powers and reinforcements, the Guardians are successful in slaying Inotam, ending the Psion Flayer's schemes to subvert time.[90] Regardless of this victory, Osiris feels that other Red Legion radicals exist and the Guardians must be ready for when they will appear. Osiris would be right as, unknown to the Guardians, a fourth Psion Flayer remains; Amtec, the youngest of the sisters. Having been told of the possibility of her sisters' demise, Amtec schemed to exact vengeance upon the Guardians in the name of her sisters.[91]

After their crippling defeat at the Sundial, a contingent of the Red Legion, headed by the last remaining Psion Flayer, Amtec, decided to direct the Almighty into a collision course with the Last City itself; disabling its propulsion engines and navigation systems despite the efforts of Zavala and Ana Bray.[92] With little to no choice, the Vanguard decide to cooperate with the Warmind Rasputin, with Guardians arming his arsenal of Warsat satellites, to save their home from destruction. A minor assault was staged against the Warmind's core on Mars only to be thwarted by the Guardian and Rasputin's frames. The Legion also had forces engaging the Seraph Towers throughout the system to prevent Rasputin's armaments from destroying the Almighty.[93]

During the past few months as Guardians succeeded in activating Rasputin's Seraph Bunkers, The Almighty had almost reached the Last City, so close it could've reached the Tower. Thankfully, Rasputin aided his reactivated armaments and destroyed the Almighty, finally ending the Red Legion's plot to annihilate the City, as well as destroying one of Ghaul's finest and most destructive creations. While the remains of the legendary sun destroyer plummeted into mountains close by with a small chunk chipping off a piece of the Tower, the Guardian's home was saved and the Cabal's latest scheme had been reduced to rubble. It is unknown if Amtec died on the ship or not.

(67) https://www.destinypedia.com/Dark_Alliance

(68) https://www.destinypedia.com/The_Inverted_Spire

(69) (Nice..) https://www.destinypedia.com/The_Inverted_Spire

(70) https://www.destinypedia.com/Tree_of_Probabilities

(71) https://www.destinypedia.com/Warmind_(expansion)

(79) https://www.destinypedia.com/European_Aerial_Zone

(80) https://www.destinypedia.com/Valus_Dulurc

(81) https://www.destinypedia.com/Combustor_Valus

(82) https://www.destinypedia.com/Blood_Cleaver

https://www.destinypedia.com/Tluam,_Sister_of_Vrag

https://www.destinypedia.com/Vrag,_Sister_of_Tluam

https://www.destinypedia.com/Ghalak_the_Colossus,_Forge_Warden

https://www.destinypedia.com/Garut_Gra%27am

(90) https://www.destinypedia.com/The_Sundial

https://www.destinypedia.com/Niruul,_the_Hollow_Voice

https://www.destinypedia.com/Ozletc,_the_Sky_Piercer

https://www.destinypedia.com/Tazaroc,_the_Sun_Eater

https://www.destinypedia.com/Inotam,_Oblivion%27s_Triune

https://www.destinypedia.com/Amtec

(91) https://www.destinypedia.com/Weblore:Season_of_Dawn#Joining

[The three oldest sisters—Ozletc, Tazaroc, and Niruul—gathered around Amtec, the youngest. They spoke in harmonizing tones, each voice the pluck of a different string on the same instrument.

"You know our purpose," said Ozletc. "This crumbled timeline…"

"Will let us right the wrongs of Ghaul the Abdicated," said Tazaroc. "And thus see our people…"

"Reborn," said Niruul. "Loosed from our fetters."

"I know your purpose," said Amtec, who was the most beloved. She trembled in their massive presence. The three oldest sisters had begun the process of joining, known only to them through ancient texts of the mind, never accomplished in recent memory. It was a permanent metaconcert; an unbreakable bond of self-dissolution. Already their minds had begun to merge, and Amtec could see them being drawn closer, as if by some magnetic force in their bones.

"Then you know," said Ozletc.

"The consequences of our failure," said Niruul.

Amtec nodded. Her eye darted from sister to sister, now both more foreign and more familiar, as each sister was each other sister, somehow, combined.

"Together, we are stronger," said Tazaroc.

"Than any threat that may challenge us," said Ozletc. "But should we fail…"

"Unlikely though it is," said Tazaroc.

"You must succeed where we could not," said Ozletc. "And so, you will join with us…"

"In mind," said Niruul.

"But not in body," said Tazaroc.

Already, Amtec could feel the power of their minds—their mind—settle against the edges of her own like a heavy, flat stone.

"And so our failure," said Niruul.

"Will be your failure," said Ozletc.

"And our revenge," said Tazaroc.

"Will be your revenge," said Ozletc.

Amtec had hoped since the beginning to join her sister in mind and body on the battlefield of time. She had thought, today, they would ask. But she knew that if she felt it too keenly, they would taste her disappointment, and she craved their love.

"I understand," she said, and she vowed to see that any threat that would harm her sisters would be annihilated so thoroughly that it would be wiped from living memory]


(92) https://www.youtube.com/watch?v=2lCOjueWHgs&t=49s

(93) https://www.destinypedia.com/Seraph_Tower


Red Legion Weapons:

- **Slug Rifles:** These are standard Cabal rifles, often used by Legionaries.
- https://www.destinypedia.com/Slug_Rifle
- **Slug Shotguns:** A close-range weapon that fires Arc projectiles in a cone.
- https://www.destinypedia.com/Cabal_Slug_Shotgun
- **Bronto Cannon:** A heavy weapon that is a Void-damage version of the Projection Rifle, dealing high damage.
- **Projection Rifle:** A Cabal rifle that fires energy projectiles.
- **Heavy Slug Thrower:** Another heavy weapon used by the Red Legion.
- https://www.destinypedia.com/Heavy_Slug_Thrower
- **Cabal Sniper Rifle:** A precision weapon used by Cabal snipers, often seen in the hands of Psions.
- Cabal Slug Launcher: A smaller, rifle-style version of the Slug Launcher is seen wielded by large, high-ranking Psions. These include Inotam, Oblivion's Triune, Ixel, the Far-Reaching and Qabix, Insurgent, as well as many Psions with the rank of Optus. This variant can be fired with more agility, even while running.
- https://www.destinypedia.com/Cabal_Slug_Launcher
- Cabal Bronto Cannon: Unlike the Solar grenade-launching Projection Rifle, the Bronto Cannon is a direct-fire weapon that fires explosives of Void energy, more akin to a Rocket Launcher. Upon holding the trigger, a mechanism visible in the weapon's back pulls a metal rod, in a manner similar to a crossbow. At the same time, the barrels light up and dim down starting from the outer ones and ending at the central one. Once a shot is fully charged, it is discharged with a bright purple light, and it will travel very far, exploding on impact. More experienced wielders have mastered the timing of the weapon's charge, and can fire it very quickly in long volleys.
- It is mainly found in the hands of Centurions, particularly often with the Blood Guard Centurions, though it is rarely wielded by high ranking Legionaries, Psions and in one occasion Phalanxes.
- https://www.destinypedia.com/Cabal_Bronto_Cannon
- Projection Rifle: These weapons launch Solar explosive grenades in an arc trajectory, and may or may not be linked to the Cabal Battle Network. In *Destiny 2*, Cabal Minor troops tend to prefer Cabal Bronto Cannons or Cabal Slug Shotguns, while Projection Rifles are more often found in the hands of Elite or stronger enemies.
- The Taken version of the weapon is found almost exclusively in the hands of Taken Centurions, now dealing Void damage with a faster rate of fire.
- Dominus Ghaul and Empress Caiatl use a different variant of the Projection Rifle, which they wield one handed and can easily fire while running.
- https://www.destinypedia.com/Projection_Rifle


Red Legion Vehicles:

- **Drop Pods:** Used for rapid deployment of troops.
- **Interceptors:** Fast-moving vehicles with powerful weaponry.
- **War Ships:** Large vessels that serve as command and transport platforms.
- **Threshers:** Flying gunships that provide fire support.
- **Harvesters:** Large vehicles used for resource gathering.
- **Scorpius:** A type of stationary turret.
- **Goliath:** A large, heavily armored vehicle.
- **The Almighty:** A massive warship and mobile weapon platform.

https://www.destinypedia.com/Drop_Pod
https://www.destinypedia.com/Interceptor

https://www.destinypedia.com/Cabal_Warship
https://www.destinypedia.com/Thresher
https://www.destinypedia.com/Harvester
https://www.destinypedia.com/Scorpius
https://www.destinypedia.com/Goliath_Tank
https://www.destinypedia.com/Almighty

Notable Red Legion Units:

- **Legionaries:** The standard infantry of the Red Legion, wielding Slug Rifles and Shotguns.
- **Psions:** Cabal with psionic abilities, sometimes seen using sniper rifles.
- **Colossi:** Large, heavily armored units, often wielding heavy weapon
- **Blood Guard:** Elite units within the Red Legion.

https://www.destinypedia.com/Legionary
https://www.destinypedia.com/Psion
https://www.destinypedia.com/Colossus
https://www.destinypedia.com/Blood_Guard_Centurion