# Exhibit N

Sign up Login


search  Search Destinypedia

Navigation

Games▶
Other media ▶
Gameplay▶
The universe▶
Lore database▶

Community

[Discord chat] Info
Destinypedia▶
Wiki help▶
Related sites▶
Bungie.net

Recent changes Random page
Special pages What links here

# Did you know?

- ...that Toland's guidance helped Eris Morn survive in the Hellmouth?
- ...that Azirim led dozens of Awoken to their deaths off of a cliff through deceit and deception?
- ...that the Sword Heavy Weapon class was first introduced in *The Taken King*?
- ...that after *Destiny* patch 1.2.0.1, the previously sealed Gateway area of the Cosmodrome was reopened for exploration during Patrol?
- ..that in Year One of *Destiny*, Ghost had a line so cheesy it became a meme and was cut from the final game?

Article Discussion View source History

# Cabal
*From Destinypedia, the Destiny wiki*



"*I think you could follow a trail of shattered worlds all the way to their home.*"
— Grimoire description[4]

Cabal

The **Cabal** are a hulking, vaguely humanoid species with a vast interstellar empire and a militaristic culture.

Initially arriving in the Sol System sometime after the Collapse, the Cabal established a military presence on several worlds, especially Mars, where they became locked in a war with the local Vex. After the Taken War, the then-leader of the Cabal Empire, Dominus Ghaul, brought his Red Legion to the Sol System, seizing the Last City and the Traveler itself in a surprise attack, leading to a system-wide conflict which became known as the Red War. After Ghaul's demise at the hands of the Guardian, the Red Legion shattered into numerous warring factions. The exiled Cabal Emperor Calus arrived aboard his massive Leviathan, inviting the Guardians to join his elite team of warriors known as Shadows; Calus would later pledge himself to the Witness as one of its Disciples, becoming an enemy of humanity. After the Cabal capital world of Torobatl was razed by Xivu Arath, Caiatl, Calus' daughter and the Princess-Imperial of the Cabal Empire, assumed the Imperial throne and became the new Empress of the Cabal Empire, managing to reach a truce with the Vanguard and going on to develop a coalition with the forces of the Last City.


Overview

| Other name(s): | "Space Turtle" [1] "War Rhinos" The Cabal Empire |
|---|---|
| Homeworld: | Torobatl |
| Focal world(s): | Mars Reef Phobos Saturn Earth Nessus Io Mercury Leviathan Neptune |
| Goals: | Expand the Cabal Empire Escape the Darkness Steal/counter-Guardian resurrection Secure technology from the Dreadnaught [2] Claim the Light Retake Torobatl from the Hive Retake Mars as Cabal Territory |
| At war with: | The Last City Fallen Vex Hive |

# Contents

- 1 Overview
- 2 History
  - 2.1 Origins
    - 2.1.1 Era of Lead
    - 2.1.2 Era of Conquest
  - 2.2 Foundation Age
    - 2.2.1 Early Exploits
    - 2.2.2 Golden Era
    - 2.2.3 Midnight Coup
  - 2.3 War for the Sol System
    - 2.3.1 Arrival in the Solar System
    - 2.3.2 The Taken War
  - 2.4 The Red War
    - 2.4.1 Seeking the Light
    - 2.4.2 Return of Calus
    - 2.4.3 Rise of Ca'uor
  - 2.5 A Broken Legion
    - 2.5.1 Scattered Across the Sol System
    - 2.5.2 Opulence and Sorrow
  - 2.6 The Triumvirate
    - 2.6.1 Meddling with Time
    - 2.6.2 Collision Course
    - 2.6.3 Desperate Times
  - 2.7 Empress' Advent
    - 2.7.1 Calling the Legion

- 2.7.2 Fall of Torobatl
- 2.7.3 The Empress Arrives
- 2.7.4 Presage
- 2.7.5 Combating Xivu Arath
- 2.8 March on Mars
  - 2.8.1 Growing Dissention
- 2.9 Return of The Leviathan
  - 2.9.1 Into Calus's Mind
- 2.10 Shadow Over Neptune
  - 2.10.1 Earth's Defiance
- 2.11 The Final Shape
- 3 Sociology
  - 3.1 Goals
  - 3.2 Biology
  - 3.3 Language
  - 3.4 Numeracy
  - 3.5 Architectual
  - 3.6 Research and development
  - 3.7 Hierarchy
- 4 Legions and Detachments
- 5 Named individuals and mini-bosses
  - 5.1 Cabal Empire leadership
    - 5.1.1 Royal faculty
  - 5.2 Solar System leadership
  - 5.3 Major characters
  - 5.4 Deserters/Conclave
  - 5.5 Dust Giants
  - 5.6 Imperial Cabal
  - 5.7 Loyalists
  - 5.8 Sand Eaters
  - 5.9 Shadow Legion
  - 5.10 Siege Dancers
  - 5.11 Skyburners
  - 5.12 Red Legion
  - 5.13 Mentioned only
- 6 Client species
- 7 Command structure
- 8 Technology
  - 8.1 Weaponry
  - 8.2 Vehicles
  - 8.3 Utilities
  - 8.4 Other
  - 8.5 Guardian's Arsenal
- 9 Trivia
- 10 Non-canon appearances
  - 10.1 Rising Timeline
- 11 Gallery
- 12 List of appearances
- 13 References

| | |
|---|---|
| | Taken<br>Scorn<br>Neomuna |
| **Average weight:** | 800 lbs |
| **Distinctions:** | Bulky physique<br>Cleft upper lip |
| **Average lifespan:** | Over thousands of years[3] |
| **Notable group(s):** | Blind Legion<br>Dust Giants<br>Ice Reapers<br>Loyalists<br>Red Legion<br>Sand Eaters<br>Siege Dancers<br>Skyburners<br>Imperial Cabal<br>Shadow Legion |
| **Notable individual(s):** | Emperor Calus<br>Dominus Ghaul<br>Empress Caiatl<br>Primus Sha'aull<br>Primus Ta'aun<br>Val Ca'uor<br>Valus Mau'ual<br>Valus Ta'aurc<br>Valus Tlu'urn<br>Valus Thuun<br>The Consul<br>Bracus Zahn<br>Thumos, the Unbroken<br>Evocate-General Umun'arath<br>Gahlran, the Sorrow-Bearer<br>Ignovun, Chosen of Caiatl |

# Overview

The Cabal are an extremely tough species, willing to defend their territory until every last one of them is dead.[5] Their architecture is very industrial, with an emphasis on burrowing into mountains for defense. They are a very industrious, militaristic species whose social structure and way of life revolve largely around conquest and expansion.[6] Their armor and technology can often be seen leaking a substance similar to oil and even emit smoke when damaged or worn.[7] For centuries, they have devoted their resources to occupying and mining Mars,[8][9] contesting with the native Vex programming as evidenced by the many Cabal ships seen bringing armies to and from the red planet, and recently dealing with the Guardians.[5]

The Cabal Empire is a monarchy with a meritocratic military; the better the soldier the higher the rank. The Cabal army that occupied Mars and held it for some time was but a fraction of their full might.[10]

# History

## Origins

### Era of Lead

> "*In the Cabal legend, a hero seeks to possess the sun. He succeeds. Then, he becomes Emperor. The Cabal... are not a subtle people.*"
> — Tyra Karn[11]

The earliest period of the Cabal's history is the Era of Lead; before they had extended their reach beyond their immediate star system.[12] According to Cabal myth, three Cabal warriors sought to claim the sun atop a great mountain that was guarded by a mighty beast. The first two were killed attempting to outwit and evade the beast, but the third died with pride and honor after challenging it to battle. Her sacrifice had left a mark on the creature and inspired her Cabal kin to face the creature despite repeated deaths; with each leaving their scars upon the latter. Finally, the last warrior named Acrius had delivered the killing blow upon the beast which had grown wounded and weary of the constant fighting.[13] Acrius became the first Cabal to succeed in claiming the sun and thus united their race under his reign as the first Emperor.[11]

### Era of Conquest

The Era of Conquest came as a largely unknown period of military expansion and galactic colonization as the Cabal extended beyond their system to incorporate many worlds and client races into their empire; most notable was the Psion race who became assimilated into Cabal society through indentured servitude but were prized for their psychic abilities.[*citation needed*] Conquered worlds were enriched with ceremonial gold to ease defeat and allow challenging officers for representation within the Cabal's leadership.[14] During the Era of Conquest, warriors nearing death were integrated into the legions and deployed as vanguards and in frontal assaults, to grant them one last glorious charge, a death preferable to slow ossification.[15]

In the earliest days of this new empire, the Cabal emperor ruled alongside the venal military aristocracy known as the Praetorate, which allowed the people to suffer so the Legions who served them could grow.[16] The Praetorate had also popularized the Rite of Proving: an ancient tradition of gladiatorial combat for free Cabal to prove their worth in battle and ascend in status.[17]

# Foundation Age

"*Under Calus, this system will unite. And when the end comes, we'll be ready. All of us.*"
— Valus Nohr[18]

Upon Calus's Inauguration, he had the wasteland of an unknown planet cleared of any stone or plant to have a desert of pure white. Three days later, a violet pavilion was constructed and Calus's court was recreated in every detail. The first act of his coronation was to send the Consul into the wasteland as a symbol of the revolution he would soon bring.[19] During his reign, Calus decided to purge the corrupt Praetorate and he and his imperial guard marched into the temple where the former Cabal senate convened and assassinated them.[20] He then granted citizenship to the various Legions and set Evocate-General Umun'arath as Primus of All Legions.[16]

During this time, Calus moved the Capital to Torobatl so it could be closer to his people, throwing parades daily as he bought from the local marketplaces. Following his "great purge", Calus spoke to the people at Dau'uss, announcing that he had repossessed the wealth and plunder of the Praetorate elite.[21]

The rise of Calus as Emperor would mark a paradigm shift in Cabal society as he began a campaign to reorganize the empire from its militant roots into one favoring art and philosophy. Much of the empire's history (which was transcribed in the Codex of Lawful Transgressions) was rewritten by his own cult of personality to cast a more favorable light upon Calus during his ascension. He also repressed the Rite of Proving by gradually introducing draconian and byzantine bylaws into the Proving; most notably the role of an arbiter wielding the Hammer of Proving whose role was abused to the point that the Rite fell out of common usage in a century.[22]

# Early Exploits

"*The war is all there is. All this- this is just logistical support.*"
— Umun'arath[16]

Calus's reign was not without personal troubles. He was wary of Umun'arath, his Evocate-General, for her paranoia and obsessive fixation on war. His own daughter and heir, Caiatl, grew up similarly despite his efforts.[16]

During his reign, he also removed the practice of leaving Cabal near death in the military. Instead, he surrounded himself with a council of petrified elders. Those who opposed this practice were sent to the fighting pits. Most of the veterans were recalled to Torobatl and rewarded with Imperial citizenship. Yet many still preferred the opportunity to die on the battlefield.[15]

One of Calus's pleasures was the Coliseum, and one day, an albino gladiator named Ghaul made his first appearance there. Ghaul's patient skill and unusual coloration soon made him a favorite of Calus's, and the Emperor eventually made him Primus of the Red Legion, where his talents would be put to better use.[23]

Calus grew to love Ghaul like a son and believed they were kindred spirits who both envisioned a newer, more perfect world. Ghaul's association with The Consul and members of the Praetorate worried him, but not enough.[24]

## Golden Era

> "*Is this not Calus's new Empire, an empire of achievement? Can't the Psions grow fat in thought, as you grow fat with power?*"
> — Freeborn Otzot appealing to Emperor Calus[25]

Calus claims to have overseen a reign of glory. His Empire was an immense military power, but valued willpower, learning, gentility, and subtlety. Debate was as celebrated as warfare. Savage pit fights coexisted with precise marksmanship and refined martial arts. The Empire crafted technological marvels[26] that allowed every need to be met and every life to be lived in comfort.[27][28][29][30]

As the Cabal Empire expanded, it encountered countless alien races and absorbed them into itself: indoctrinating their species, collecting their technology, learning their knowledge, and merging with their culture. The number of species within the Cabal Empire *"defied reckoning,"*[31] and examples of the things they created, whether texts, tech, or superweapons, were archived in carefully maintained athenaeum worlds for study and potential future use.[32][26]

Centuries after destroying the Psions' clairvoyant OXA Machine, word reached the emperor that it had been rebuilt on the moon of Brand. The Evocate-General then sent her ships to bomb the moon but Calus stopped her ships and instead proposed an alliance with Otzot, the Psion which rebuilt the machine.[25]

It was seemingly during Calus's reign that the Cabal learned of the Traveler and the Light, and gained some knowledge on the Darkness from the "Dreams of worms". His Empire has even defeated a Light-empowered race on at least one occasion.[33][34]

## Midnight Coup

> "*For centuries, I led the revels of my empire, and the stars themselves burnt sweet and clear. But in time the jealous and the tight-fisted rose up and sent me into exile.*"
> — Emperor Calus[3]


Dominus Ghaul with his Blood Guard Centurions

However, having grown disillusioned with Calus's reign and determined to return the Cabal to their warmongering ways, Ghaul conspired with the Consul and several of Calus's closest friends and advisors: Umun'arath, Shayotet, Otzot, Moli Imoli, Iska'al, and Caiatl in a bid to usurp the Emperor. Ghaul and his Red Legion launched his coup in the dead of night, arresting Calus and his Loyalists. With the Emperor too popular to simply execute, Ghaul, his Red Legion, and the Consul sentenced Calus and his supporters to exile aboard the Leviathan, taken far from the Empire along a pre-programmed course.[35][3]

Ghaul swiftly assumed power. Declaring that there would be no more emperors, he instead assumed the title of Dominus and imposed radical reforms on the Empire.[36] Under his leadership, Cabal culture moved from hedonism and pleasure for all to militarism and personal glory. The Empire's member species were diminished in relevance. Its subtlety was replaced by brute, industrial force. It conquered rather than absorbed.[37]

# War for the Sol System

## Arrival in the Solar System

"*Whether we wanted it or not, we've stepped into a war with the Cabal on Mars.*"
— Commander Zavala[38]


Cabal in battle on Mars

The Cabal's scouting legions arrived in the Solar System at some point following the Collapse. Encountering no meaningful opposition, they established a beachhead on Phobos, constructing massive facilities such as Fleetbase Korus and Firebase Thuria before invading Mars.[39][40] Their initial intention was to mine Mars for resources, but the scope greatly expanded upon the discovery of Vex ruins. The Virgo Prohibiton, the Vex collective on Mars, didn't take too well to the Cabal's arrival and began a war that wouldn't end until the Red War.[41]

A Ghost that had infiltrated a Cabal base on the planet took note of visible dissent among their ranks: while some remained loyal to the Empire and obeyed their ancient orders without question, others did not, and tensions between the two groups may presage a schism.[10] It may be that some Cabal were aware of Ghaul's coup against the Emperor, which may have been an additional source of tension, but the transmissions for this do not make it clear whether all of the Martian Cabal knew, or if they had taken any sides.[42] One unit, the Broken Legion commanded by Valus Trau'ug, even mutinied, massacring his superiors and attacking the Reef without authorization, resulting in their capture by the Awoken. For Trau'ug's treason and failure, Cabal High Command disavowed the entire legion, leaving them in the Prison of Elders.[43]

During the Guardians' mission to reach the Black Garden, the Guardians had to charge a Gate Lord's eye to unlock the gateway. Traveling to Mars, the Guardians breached into the Conflux to power the eye but encountered regiments of the Blind Legion, a cabal army tasked with capturing and holding Vex artifacts. Despite the Cabal's efforts, the Guardians were able to reach the main site of the Conflux and begin to charge the eye but are then confronted by the Blind Legion's commander, Primus Sha'aull. After a heated battle and despite the Primus' efforts, the Guardians were able to charge the eye and kill Sha'aull. With the eye fully charged, the Guardians were able to reach the Black Garden.[44] With the Primus dead, the Blind Legion was without a commander; a huge blow, and one from which the Blind Legion would never recover.

At a later date, the Vanguard received a message from the Warmind Rasputin, warning them that a trio of Psion Flayers, called the Ice Reapers, were attempting to hack its mainframe on Mars after the Warmind used Warsats to bombard Cabal troops. Wanting to prevent the Cabal from hacking into the Warmind's data and weapon systems, the Guardians formed a strike team and battled with the Cabal through the Dust Palace located in Freehold. Reaching to the Flayers' position, the Guardians made combat with the elite

Psions and their guard but despite their power, they succeeded in slaying the Psions, saving Rasputin.[45] A huge blow to another Cabal Legion, and one that seemingly destroyed the Ice Reapers, as they were never seen again.

Wishing to take the fight to the Cabal, the Vanguard saw an opportunity to strike a blow against the Cabal when Valus Ta'aurc, the infamous commander of the Siege Dancers, was seen in his Land Tank, Cerberus Vae III, stationed in the Valley of Kings. Forming a strike team and managing to breach past the Cabal's defenses, the Guardians were able to enter the Land Tank and confront Valus Ta'aurc. After a struggle, the Guardians succeeded in slaying the Valus, dealing a critical blow to the Siege Dancers and Cabal leadership on Mars. Not only did they slay the Valus but they also slew four others; ending the Siege Dancers' chain of command and knocking them out of the war on Mars.[38]

## The Taken War

"*It came from the Emperor Himself. I'm ordered to board and capture the Hive flagship. At any cost.*"

— Primus Ta'aun[46]



The Cabal crashing the Dantalion Exodus VI into the Dreadnaught

Before the start of the Taken War, the Vanguard speculated that a new task force, a "second fleet" led by the Skyburners, was being assembled at Phobos to invade Earth.[47] After the arrival of Oryx, the Taken King and his Dreadnaught, however, the Cabal were forced to evacuate their Fleetbase and other sites in the system due to Taken infestations. This was a huge blow. In the ensuing battles, various detachments across Phobos and Mars suffered enormous casualties against the Taken, with the Sand Eaters losing 58% of their troops, the Blind Legion losing 35%, and the Dust Giants losing 39%.[8] In addition, the entire local Cabal fleet was mobilized, and any ship that was not already on the move by the time The Guardian arrived on Phobos was believed to have been destroyed.[48]

With the Skyburners being redeployed to reinforce the other battered Cabal throughout the Taken War, the campaign against Earth was temporarily placed on hold. Following this considerable setback, Primus Ta'aun, commander of the Skyburners and the mightiest Cabal in Sol, sent a report up the Cabal chain of command suggesting that the Hive technology aboard the Dreadnaught could be co-opted for Cabal use. Ta'aun also proposed any technology recovered could be used against Guardians, as the Primus had begun to realize that the Cabal battle strategy was becoming hopelessly mired in a losing attrition war with the City.[2] His report reached Dominus Ghaul, who then ordered Ta'aun to personally board and capture the Hive vessel by any means necessary.[46] In the aftermath of the Battle of Saturn, Ta'aun rammed his warship, the Dantalion Exodus VI, into the Dreadnaught to establish a beachhead. While leading a squad through the Mausoleum in an attempt to reach Oryx's ascendant realm, Ta'aun was Taken and transformed into Ta'aun, Hand of Oryx, forced to guard the entrance to the Taken King's altar where he would be slain by the Guardian..[49] Ta'aun's bond-brothers Valus Mau'ual and Valus Tlu'urn then ventured deep into the Dreadnaught and planted explosives at its power core, either as part of a preconceived plan to force the Hive's surrender, to avenge their lost Primus or both. If allowed to succeed, the blast would have destroyed the majority of the Solar System. Fortunately, the two Shield Brothers were stopped by a Guardian fireteam before the explosives could be detonated.[50] With their leaders vanquished, the surviving Cabal on Dantalion Exodus VI transmitted a distress signal to the rest of the Empire. Though the Guardian disabled

this signal, they were unable to prevent it from reaching its intended recipient.[51] The remaining Skyburners on the Dreadnaught continued to fight a desperate struggle to survive as their beachhead was slowly overrun by Hive and Taken.[52]

Meanwhile, on Mars, the Cabal clashed with the resurgent House of Wolves, who had gathered on the red planet to heed the call of their new God-Servitor Orbiks Prime. Weakened by the casualties suffered in previous conflicts, the Cabal were unable to evict the scavengers as they took the Cabal's subterranean labyrinths for their own. The Guardians solved the problem by destroying the Servitor, leaving the Wolves broken once more.[53]

Shortly after Oryx's defeat, a New Monarchy agent sent a report to his Executor superior which noted the depletion of Cabal leadership: the Skyburners' Primus and his bond-brothers, Primus Sha'aul, Valus Ta'aurc, Valus Trau'ug, and a large mass of lesser Vals and Bracuses all dead or heavily outnumbered. The New Monarchy believed that in the face of such staggering losses, the Cabal Empire would have no choice but to respond to the Guardians' attacks.[54] In due time, the Cabal's response would arrive.

# The Red War

## Seeking the Light

> "*I command Legions. Conquered worlds. Waged war across the galaxy to prove my worth. I alone am worthy of the Traveler's Light.*"
> — Dominus Ghaul[55]

Two years after the Taken War and one year after the SIVA Crisis, the Cabal Empire's response would finally arrive, beginning the Red War. The Red Legion, under the command of Dominus Ghaul himself, would launch a devastating assault on the Last City which was carried out flawlessly. Taking the City by surprise, the Red Legion rapidly overwhelmed it and destroyed the Tower while his cage device latched onto the Traveler. Ghaul's forces took particular care to capture the Speaker alive, as the Dominus was interested in his connection to the Traveler. In a desperate plan to kill him, The Guardian boarded his flagship, The Immortal, and destroyed its


The Red Legion fleet attacking the Last City

shield generator in advance of a concentrated counterattack. This attack never materialized, and Ghaul personally stepped out to confront the Guardian. As the two faced off, the Cage activated its suppressive shield and stripped all Guardians of their Light. With his victory assured, Ghaul beat and mocked the Guardian before kicking them off of the Immortal. Dominus Ghaul and his Red Legion had succeeded where previous forces had failed to accomplish for centuries: invading the Last City and defeating its Guardians.[56]

Days later, aboard the Immortal, Ghaul implored the Traveler to choose him and join his empire. The Consul, in contrast, only viewed it as an advanced machine and advised Ghaul to simply seize its Light by force. Ghaul disagreed with the Consul's approach and had the Speaker brought to him, seeking to use him to gain the Traveler's approval.[57]

In addition to conquering the Last City, Ghaul sent his prized warship, The Almighty, to the system's sun to destabilize it and cause it to go supernova should the system resist any further.[58] His remaining forces were sent to the European Dead Zone to hunt the remaining Guardians,[citation needed] to Io to mine the remaining Light energy from the Traveler[59] and to Nessus to study the Vex.[citation needed] Ghaul also sent a powerful force to Mars to reinforce the Cabal forces there, finally driving the Vex from Meridian Bay and destroying the portal to the Black Garden, destroying most of the Virgo Prohibition.[60]

For a time, the Red Legion maintained complete control of the Solar System but one Guardian was able to regain control of their Light from interacting with a Shard of the Traveler in the European Dead Zone.[61] In doing so, they began to fight back against the Red Legion, humiliating their forces. At first, the Guardians conducted minor operations such as scouting and analysis. These operations would soon advance into the theft of Legion supplies,[62] and the assassination of their leaders.[63] Soon after, the Legion firebase is disabled, with further operations being carried out.[64] Gathering the Remnants of the Vanguard, the Guardians planned an organized attack to reclaim the Last City preceded by the disabling of the Almighty. Despite the loss of their Light, the Vanguard Leadership launched the attack to reclaim the Last City. As this occurred, the Guardian was tasked with boarding the Almighty and permanently disabling the superweapon. After eliminating the threat of the Almighty, the Guardian heads back to Earth to join the fight.[65] Hearing of both the attack and the loss of the Almighty, the Consul angrily demanded Ghaul take the Light from the Traveler and destroy the Guardians. The Dominus, however, remained adamant that he needed to prove his worth to be chosen by the Traveler. In his rage, the Consul released the weakened Speaker and ranted that Ghaul had already been chosen, not by the Traveler but by the Consul, the day he found him as an orphan and raised him to be the warrior who would deliver their people and promise him vengeance. Convinced by this argument but angered by the Consul's arrogant insubordination, Ghaul killed his old adviser while swearing to take the Light by force.[66]

At the top of his warship near the Traveler's Cage, Ghaul faces off against the Guardian he previously defeated once more, this time infused with some of the Traveler's Light, granting him similar abilities to the Guardians. However, the Light that was bestowed upon him was corrupted as he was not chosen like the Guardians. After a fierce battle between the two, Ghaul was eventually defeated. Upon his defeat, Ghaul attempts to use Radiance and is resurrected as a massive ethereal figure due to his corrupted Light, declaring himself immortal as he speaks to the Traveler directly. In doing so, the Traveler wakes from its slumber, destroying the device that was harvesting its power and then destroys Ghaul himself, sending a massive shockwave across the planet and system, restoring the Light and ending Ghaul's threat forever. With their Light restored, the Guardians succeeded in reclaiming the City and drove out the Red Legion. For the first time in history, the Red Legion has known true defeat and their seemingly undefeated leader was now dead.[66]

Despite Ghaul's death and the liberation of the Last City, the Red Legion continued to carry on the Red War but had become seriously weakened and demoralized at the loss of their leader. Even so, the Guardians continued to battle with the Red Legion across the System. The Guardians succeeded in thwarting numerous and desperate plots the Cabal planned to give them an advantage, from using Taken energy to strengthen their forces,[67] to destroying Protheon, Modular Mind before they could utilize the Axis Mind as a weapon,[68] and acquiring deadly weapons from Bracus Zahn and his disgraced forces.[69]

The Legion would remain active on Mercury, following Ghaul's death, attempting to use the Infinite Forest to create a future where the Cabal won the Red War, but were kept in check by the Vex and Guardian interventions.[70] Another remnant of the Red Legion traveled to Mars to resupply its forces and plunder

the secrets of the BrayTech Futurescape but encountered a mysterious Hive army, the Grasp of Nokris. The Cabal entered into a stalemate with the Hive for control of Hellas Basin, while the Guardians stopped their attempts at using Rasputin.[71]

## Return of Calus

> "*If you seek the means to live to your potential, I can guide you to it. There is power in the universe beyond your feeble Light. I leave you with those words, and these parting gifts. Take them, and grow fat from strength.*"
> — Calus[72]

After the death of Ghaul, the former Emperor of the Cabal, Calus, arrived in the Solar System aboard his massive craft, the Leviathan, and immediately set to work on reclaiming the empire. He gave elements of the leaderless Red Legion the chance to "join the loyalist regime," sending them on missions to collect geological data on Nessus. These transmissions were intercepted by the Guardian. Calus intended to convert the soil of the planet into "Royal Wine".[73]


Emperor Calus

Calus extended an invitation to The Guardian to board his vessel for slaying Ghaul. The Guardians accepted Calus' challenge and following a long journey through Calus' palace and defeating his loyalist army, the Guardians seemingly meet Calus in person in his throne room. Facing off against the exiled Cabal Emperor, the Guardians survive his strange powers and after dealing critical damage to him, they find that the Calus they were facing was really a robotic duplicate. Regardless, the Guardians succeed in destroying the robot. Before the destruction of the machine, Calus boasted about his power and claimed to know the "real truth" about the galaxy and the purpose of the Traveler. Nonetheless, he rewards the Guardians for completing his challenge and offers them a place by his side should they seek him out.[72]

Some months later, Emperor Calus called upon the Guardians again when his Leviathan broke off a chunk of Nessus that contained a powerful Axis Mind named Argos, Planetary that was clogging up the massive vessel. Instructing them to repair his ship, the Guardians travel through the bowels of the Leviathan and succeed in repairing it and battle with Argos in the fiery maw of the ship. After a perilous struggle against the Axis Mind, the Guardians succeed in disabling its shield and destroying the mind. However, with Argos's shield gone, the Guardians are soon to be devoured by the inferno of the Leviathan. Fortunately, Calus saves the Guardians and rewards them for their success as the Cabal Emperor once again offers them more than just the power of the Light, as he demonstrates that he can keep them safe. He also cryptically warns them that the "end" is near and therefore must be ready, as he will find them again.[74]

## Rise of Ca'uor

> "*If Calus possessed an iota of dignity, he would have helped Ghaul against the Guardians instead of gallivanting around the system. This was his moment to redeem himself. Instead, he proved himself the traitor we knew him to be... I will take the Leviathan for the Red Legion.*"
> — Val Ca'uor[75]

Sometime later, following the end of the Red War, in the vacancy that was left behind by Ghaul's death, Val Ca'uor took advantage of the power vacuum and quickly asserted himself as the commander of the Red Legion. Under his direction, he hoped to resupply the Red Legion by pillaging Vex technology from Mercury and gathering energy from Mars to regain their strength following the failure to capture the Traveler and defeat by the Guardians. However, both efforts led to conflict with the Vex and the newly arisen Hive faction, the Grasp of Nokris respectively.[76]


Val Ca'uor

After Xol, Will of the Thousands was killed, Val Ca'uor led a fleet against The Leviathan to kill Calus and seize the ship for the Red Legion's purposes. His forces occupied the Spire of Stars, inflicting many Loyalist casualties and even destroying one of Calus's robotic duplicates. However, a Guardian team was sent by Calus in response, and with the aid of his psychic powers, they raided the spire, killed many of his troops and commanders, and decimated the Red Legion fleet. Ca'uor was finally intercepted at the Celestial Observatory and in the following battle, he was overpowered by the team. Calus is impressed that the Guardians have grown "fat from strength and power" and rewards them once again. Calus then tells the Guardians that he awaits the day they will stand by his side when the end comes.[77]

# A Broken Legion

## Scattered Across the Sol System

> *"You left the Cabal scattered after the Red War. Reef scooped some up. They took your Tower? You took their dignity."*
> — Drifter[78]

Following their decimating defeat on the Leviathan and the loss of Ca'uor, any remaining survivors of the Red Legion found themselves within the Reef struggling to survive even as the region of space descended into chaos as the Scorn rampaged across the Awoken's domain. Yet at the same time, they found themselves in between the Guardian's personal war with the Scorn, losing causalities to both groups during the conflict. [*citation needed*]


Guardians battling Ghalak the Forge Warden

In addition to their disheveled state, the Red Legion began suffering from multiple desertions such as those following Garut Gra'am who rooted themselves in Trappers Cave. The most prominent of these groups, the *Unbowed Legion*, made their debut in the EAZ during the Solstice of Heroes event in an attempt to take over the EAZ as a base of operations. Despite the group being led by three large Cabal commanders similar to Ghalak the Colossus, Forge Warden, they were quickly put to an end by the Guardians partaking in the event.[79]

In response, the Cabal took action against deserters, even placing Wanted Bounties through the Spider, as in the case of Valus Dulurc.[80] Against the deprivation, the legion currently faces they have been seen to continue some operations such as an attempt to take over the EAZ led by two Bond Sisters.[79] Other operations by the Red Legion include multiple attempts to gain territory such as assaulting Lost Sectors across the system and flushing out their inhabitants. Only the Combustor Valus and Blood Cleaver would be successful in this before eventually falling to glimmer-hungry Guardians.[81][82]

## Opulence and Sorrow

"*There is a dark place aboard my ship where you have never been. Where I was reborn. Like you were reborn. The Menagerie awaits you, Guardian.*"
— Calus


Entrance into the Menagerie

Sometime following the Guardians' recent battles with the Kell's Scourge and dealings with the Drifter, Calus called upon the Guardians once more for a challenge that threatens his Leviathan. One of his former Shadows, Gahlran, had gone mad after using the Hive artifact the Crown of Sorrow.[83] It was soon revealed that Calus desired a Shadow to command the Hive and further his goals but Savathûn laid a trap for the Cabal Emperor using the Crown.[84] Though Gahlran was bred to control the artifact to further Calus's goals, he was ultimately consumed by it, which allowed the Hive to infest the deep treasure vaults of the Leviathan.[85]

Wanting to cleanse the infestation and have Gahlran put down before his terror brought calamity, Calus had the Guardians form a Raid team to purge his spacecraft. The Guardians traversed the treasure vaults and encountered many dangerous Hive rituals but managed to persevere and reach Galhran himself. Despite the Crown granting Gahlran great dark Hive powers, the Guardians managed to slay the Sorrow-bearer, completely purging the Hive from the Leviathan. Calus, pleased with their continued successes, rewards the Guardians with great riches and officially names them one of his Shadows.[86]

The Guardian's accession to Shadow became sour news towards some in the Last City, particularly the Warlock Aunor Mahal, who believed that Calus was subverting the Guardians' priorities and brought her concerns and findings to the Vanguard. She proposed that the Last City should storm the Leviathan and take Calus out before his plans come to fruition. Unfortunately for the Praxic Warlock, while the Vanguard acknowledged that Calus was no ally, he kept the Red Legion in check and supplied the Guardians, nor did they wish to start a war with him. They reasoned that in time, Calus's influence over the Guardians would fall and, if the Cabal Emperor did make a wrong move, they would not hesitate to send a strike team.[87]

In the meantime, Calus extended an invitation to Eris Morn, offering her the position to replace Gahlran as Shadow of the Hive, knowing of her history with her hated enemies.[88]

# The Triumvirate

## Meddling with Time

11/10/25, 3:15 PM
Case 2:24-cv-02387-SM-MBN    Document 66-15    Filed 11/11/25    Page 15 of 54
Cabal - Destinypedia, the Destiny wiki


Inotam, fusion of the Psion sisters.

*"The past and future are at our fingertips, sisters. Let us see what prospects they hold."*
— Ozletc, the Sky Piercer after gaining control of the Sundial.

Sometime after the Guardians' conflict with the Hive and Nightmares on Luna and defeating the Vex Offensives, Osiris called upon the Young Wolf to Mercury. The legendary Warlock claimed that after the Undying Mind's final destruction, the timeways of Mercury had been undone, and Psion Flayers of the Red Legion aimed to take advantage of the Vex's disorganization to assume control over time itself and undo their defeat during the Red War. Their meddling with Osiris's time-altering Sundial resulted in Mercury fracturing into three different eras, each with its own timelines dictated by the Psion Flayers. The Guardians team up with Osiris to ensure the safety of time, preserve the present and save a legend, Saint-14.[89]

The Guardians are successful in saving Saint-14 from his fate but during the three weeks of this conflict, the Guardians also manage to slay the Psion Flayer orchestrators; the sisters, Niruul, Ozletc and Tazaroc, one by one.[90]

After a few more weeks of combating the Red Legion near the Sundial, the Flayer sisters would band together and use their power to fuse into Inotam, Oblivion's Triune, to finish off the Guardians.[91] Inotam would violently clash with the Guardians for control of the Sundial but despite her vast powers and reinforcements, the Guardians are successful in slaying Inotam, ending the Psion Flayer's schemes to subvert time.[90] Regardless of this victory, Osiris feels that other Red Legion radicals exist and the Guardians must be ready for when they will appear.[citation needed] Osiris would be right as, unknown to the Guardians, a fourth Psion Flayer remains; Amtec, the youngest of the sisters. Having been told of the possibility of her sisters' demise, Amtec schemed to exact vengeance upon the Guardians in the name of her sisters.[91]

## Collision Course


*The Almighty* set adrift towards Earth.

*"The Red Legion has one last play. They've boarded their superweapon the Almighty. And it's on the move. You already destroyed its starkilling munitions. But whatever the Legion hopes to achieve... won't end well for us."*
— Zavala

After their crippling defeat at the Sundial, a contingent of the Red Legion, headed by the last remaining Psion Flayer, Amtec, decided to direct the Almighty into a collision course with the Last City itself; disabling its propulsion engines and navigation systems despite the efforts of Zavala and Ana Bray.[92] With little to no choice, the Vanguard decide to cooperate with the Warmind Rasputin, with Guardians arming his arsenal of Warsat satellites, to save their home from destruction. A minor assault was staged against the Warmind's core on Mars only to be thwarted by the Guardian and Rasputin's frames.[citation needed] The Legion also had forces engaging the Seraph Towers throughout the system to prevent Rasputin's armaments from destroying the Almighty.[93]

Meanwhile, a Shadow in service of Calus made off with the Fourth Horseman, an infamous Cabal killer stolen from the Tower, to eliminate key Red Legionnaires. However, the agent was disposed of by a countermeasure put into place by Emperor Calus's daughter, the Imperial Princess Caiatl. Regardless of this countermeasure, the Guardians were successful in reclaiming the Fourth Horsemen from a company of Red Legion soldiers guarding it.[94]

During the past few months as Guardians succeeded in activating Rasputin's Seraph Bunkers, The Almighty had almost reached the Last City, so close, it could be seen from the Tower. Thankfully, Rasputin used his re-activated armaments and destroyed the Almighty, finally ending the Red Legion's plot to annihilate the City, as well as destroying one of Ghaul's finest and most destructive creations. While the remains of the legendary sun destroyer plummeted into mountains close by with a small chunk chipping off a piece of the Tower, the Guardian's home was saved and the Cabal's latest scheme had been reduced to rubble. It is unknown if Amtec died on the ship or not.[citation needed]

## Desperate Times

> "*Ain't much of the Legion left these days. They must be getting desperate. Remind you of something?*"
> — Drifter

With the crash site of the *Almighty* no longer aflame and its debris no longer falling from the sky, the Red Legion was reduced to a barren few after countless losses.[95] Despite this, the Legion still operated. Several groups of Cabal interfered with Guardian efforts to collect energy from Pyramid Scales on Io, seeking to take the phantasmal energy being gathered for their own unknown uses under the leadership of many Champions. These Champions have been seen to collect blooms, concentrated amounts of phantasmal energy from pyramid scales, and secure them for extraction.[96] It is also unknown whether or not Amtec still leads the remains of the Legion due to the possibility of her death on the Almighty remaining unconfirmed. With their current state, their only choices seemed to be either Calus' Loyalists or, more likely, Caiatl's Regime.[95] From what is learned by the Guardians at the Tree of Silver Wings, it is extremely likely the Darkness speaks/has spoken to the Cabal.[citation needed]

# Empress' Advent

## Calling the Legion

> "*She's calling the Legion home…or, no… back to her bosom? She wants them to capture Calus to prove their loyalty.*"
> — Sagira to Caiatl's transmission

In the wake of Io, Mars, Mercury and Titan vanishing, Xivu Arath's Cryptoliths began corrupting many Red Legion Cabal just as Caiatl was beginning to rally the remaining remnants of the Legion through both the use of encrypted communications and emissaries. Caiatl commanded the Legion to return to her and to prove their loyalty by capturing Calus whilst she sent further Scouts and emissaries to the system.[97] Entire encampments were abandoned along with mass graves reported and entire groups slaughtering each other or suffering internal conflict due to the Cryptoliths' influence leading Caiatl and her Scouts to become wary and attempt to investigate the situation.[98] Despite many emissaries and scouts sent by Caiatl, most reported the same events.[97]

Around the same time, Calus, the Loyalists, and the Leviathan mysteriously vanished from the orbit of Nessus. Osiris looked into its disappearance but found nothing hinting as to why the Leviathan left or where it was headed.[98] It was later learned that the Wrathborn were not limited to the Sol System and that the Cabal empire under Caiatl had also mobilized to combat the 'disease' spreading amongst the fringes of their territory.[99]

## Fall of Torobatl

"*MY HOME IS WAR. MY VOICE IS A BATTLE SONG. FOR AS LONG AS YOU HAVE WORSHIPPED WAR, YOU HAVE WORSHIPPED ME. I AM HERE TO CLAIM MY TRIBUTE. IT IS OVERDUE.*"
— Xivu Arath to the Cabal after invading Torobatl.


Xivu Arath Invading the Cabal Homeworld, Torobatl

Though Caiatl ultimately ascended the throne as Empress of the Cabal Empire following so many crippling defeats and losses to the Guardians and other factions, she remained determined to restore her people to glory. Unfortunately, Caiatl learns to her horror that her old teacher, Umun'arath, has been studying Hive rituals and began to worship the Hive and the power they possess. She explained that she saw the future of the Cabal in the ways of the Hive and their lack of fear towards death. Caiatl reminded Umun'arath that it was she who had taught Caiatl about how the bravery to defy death was what made soldiers. Uman'arath dismissed what her former student said and now proclaimed that with the rapidly deteriorating state of the galaxy, they must embrace new ways and new gods to survive. After a long silence, Caiatl came to a decision and ordered Umun'arath to step down from her council.[100]

Sometime later, Caiatl was alerted by her advisors that Umun'arath had been apprehended while conducting what appeared to be a Hive ritual. Caiatl arrived on the scene to confront the disgraced Evocate-General and was disturbed to find her with glyphs carved into her skin and a sickly green fire burning behind her. Dismissing the guards, Caiatl demanded to know what new god her former mentor was rambling about. Umun'arath stated it was the god of war, causing the ground to begin rumbling. Caiatl declared that her obsession had turned her into a threat to Cabal society and began to pronounce her sentence, but Umun'arath then raised her hands, which glowed with energy and made the fire burn brighter while a stranger chattering began. Concerned, Caiatl drew her ceremonial blade and drove it into Umun'arath's gut, seeking to halt the ritual, but the corrupted general only laughed. Disgusted, Caiatl kicked Umun'arath off her blade and into the fire, inadvertently completing the ritual and summoning Xivu Arath, the Hive God of War, and her army to Torobatl through a massive portal.[101]

A battle began to defend the Cabal homeworld, but the endless army of Hive ground down the Cabal's military regardless of Caiatl's efforts. The capital city was quickly overtaken by Cryptoliths which emerged throughout its streets. Caiatl herself took to the skies in her starfighter to defend her people's world but found that while every missile she fired destroyed one set of foes, they were soon replaced, and she was eventually shot down. Wounded and with her combat suit leaking gel, Caiatl reflected on her role in the invasion, reflecting that even if she had been unwitting it was still her blade that completed the ritual Umun'arath set in motion. Xivu Arath then spoke, declaring that the Cabal had long worshipped war, and

thus her, and that she had finally come to claim her tribute.[102] The attempted defense of Torobatl resulted in billions of deaths, while other Empire worlds would later fall to either from in-fighting or further invasions from Xivu's forces.[103]

With no other choice for her people to survive, Caiatl ordered her people to retreat, the first time any Cabal leader had ordered. Weighing her options, Caiatl decided to venture with what was left of her people to the Sol System and recruit forces that have battled and slayed Hive Gods before: the Guardians.[104] Aware that many of her Council would see such an offer of equal negotiation as weakness, she informed her advisors that she will demand the Guardians kneel.[105] She would free the Psions still enslaved in the Empire and promote the freed Psion to the rank of Optus.[106]

## The Empress Arrives

> "*Even my people have a word for peace, but we do not use it often — or lightly. I wouldn't have summoned you if I was not sincere.*"
> — Empress Caiatl.

Following the Guardians managing to push back Xivu Arath's corruption and the Pyramids still encroaching on the system, the Vanguard of the Last City received a surprise visit from the new empress of the Cabal Empire, Caiatl herself. More so, she came peacefully and wished to make an offer to the Guardians. Meeting with Vanguard Commander Zavala and former commander Osiris (Savathûn in disguise), Caiatl reasoned that, even though the Hive and the Pyramids have been pushed back, they have not been stopped and offered an alliance, bringing together the might of her empire to bear with the Guardians' Light and together, they can destroy their shared foes. In return, however, Caiatl demanded that the Guardians bend the knee to her, something Zavala and the Guardians categorically refused to do. Angered, Caiatl challenged the Last City for control over the system, pitting the Guardians to face her strongest champions in a massive war game by a rite of combat.[107]


Caiatl, the new Cabal Empress

The Vanguard began using Caiatl's own embrace of ancient traditions against her, challenging the potential members of her War Council to the Rite of Proving and slaying them. Among them include, Commander Dracus,[108] Basilius the Golem,[109] and Val Ma'rag were slain.[110] Gaining ground against the Empress's Chosen, Caiatl sent a private message to Zavala without the knowledge of her advisors. She told him that, as a child, she believed rulers held absolute power to conquer and kill, but now understood that ruling was a form of servitude to one's people. Caiatl explained that she was beholden to the will of her people and that after the loss of Torobatl, she could not retreat from the Sol System empty-handed to preserve their honor. Going into greater detail on her offer, Caiatl revealed that she saw the Guardians becoming the elite force of the Cabal Empire and promised that humanity would be free citizens just as the Psions now were. She asked once more for Zavala to reconsider and join the Cabal to gain revenge upon the Hive to ensure all of their survival against the Darkness. Despite the offer, Zavala and the Guardians continued combating Caiatl's Chosen champions in the Rites.[111]

After several more weeks of losses to the Vanguard and tensions rising as members of both sides pushed for open war, Caiatl was contacted by Zavala, who issued a challenge for one final Rite of Proving, with each side selecting a champion and the winner setting the terms of their treaty. She agreed to the challenge and declared that if the Cabal's chosen champion emerged victorious, then Nessus would be ceded to the Cabal, humanity would support her claim to the throne of the empire, and Zavala would join her War Council as a Bracus and serve as a hostage to ensure the cooperation of humanity. However, should the Cabal lose the Rite, then she would cease all hostilities against humanity immediately and withdraw Cabal forces from Earth. Pleased by Zavala's offer, which Caiatl considered clever and a way for both sides to avoid wearing themselves out before fighting the Darkness. As she considered who to select as the Cabal's Chosen champion, she reflected that her choice had to honor tradition to hold the Cabal together.[citation needed] Caiatl ultimately chose Ignovun as her champion for the final rite.[112]

With Ignovun awaiting his challengers in the heart of the Imperial Land Tank, *Halphas Electus*, Caiatl hoped to wear down the challenging Guardians before they reached her Chosen champion.[citation needed] As three Guardians stormed the tank, Zavala issued the formal challenge to Caiatl and she accepted with a wish that their shared bloodletting would lead to unity. She warned the Guardians that they would not have safe passage through the **Halphas Electus**, which she claimed hungered for battle and questioned if they felt the same. Encouraging them to surrender, Caiatl promised to be merciful in their shame, but Zavala accused her of provoking the conflict that they would now end. Zavala questioned why she placed warriors between their Chosen combatants and wasted their lives, and Caiatl explained that they had sworn themselves to the Rite and were free to spend their lives as they saw fit. As the Guardians approached the ritual arena, Caiatl questioned if they enjoyed the act of killing and ritual combat. Zavala told her they would do what it took to secure the peace and offered mercy. Despite a fierce battle, Ignovun fell to the Vanguard's Chosen champions and Caiatl declared that she would honor their agreement while making arrangements for a meeting to finalize the treaty.[113]

Accompanied by Blood Guards and the Psion attendant Valir, Caiatl met with Zavala on the surface of Nessus to ritually conclude their agreement. Valir handed her a ritual blade with which she cut her palm while declaring that their blood would be the last spilt in the conflict between humanity and the Cabal Empire and the ground upon which they stood would become hallowed. She handed Valir the blade back to present it to Zavala, but as the Psion approached him the Titan's Ghost Targe was suddenly disabled by a sniper with Light-draining tech. Caiatl was shocked by this ambush, but Zavala's bodyguard Crow barely saved him as Valir attempted to



The Empress thwarting the attempt on Zavala's life

slay the Commander. With Crow injured and Zavala Lightless, Caiatl charged Valir and prevented him from finishing Zavala, lifting him into the air before slamming him back into the ground and ending his life. Swearing to Zavala that she did not order his assassination, she commanded one of her Blood Guards to hunt down the sniper and bring them to her for interrogation to discover who was behind the conspiracy before watching as Crow disabled the Light-draining tech and restored Zavala's Light to him.[114] Despite the attempted assassination, the treaty was concluded and Caiatl declared that any Cabal who maintained conflict against humanity were criminals in the eyes of the Empire and would be left to the Vanguard's justice. The other traitor, Qalec, was found and during a broadcast to her empire, Caiatl executed him, announcing the conspirators pursued their own honor rather than the good of the empire. The empress

vowed to find the remaining conspirators and deliver the same fate upon them, stating they were one Cabal and would strike only as one fist.[115] With the armistice reached, the war between the Last City and the Cabal was officially over.[citation needed]

## Presage

As the conflict between the Vanguard and Imperial Cabal was going on, the Guardians found a distress signal coming from a derelict Cabal Carrier that was once in possession of Caiatl's father, Emperor Calus, the Glykon Volatus. The Guardian discovers that the ship was originally stolen by a lone Guardian named Katabasis and his Ghost, Gilgamesh, assisted by a Psion officer under the command of Emperor Calus. The ship was used for experiments on the Scorn in the hopes that Calus would be able to understand more about the Darkness. Katabasis piloted the ship to the Reef where he rendezvous with Calus in a Loyalist vessel and it was there where Loyalists brought the Crown of Sorrow. The experimenting with the Scorn continued, utilizing the Crown as a means of observing how the Darkness interfered with the Scorn's corrupted consciousness. Many test subjects perished from "continuous neuron death" except for one who "spoke with many dead voices". This Scorn would become the Locus of Communion. However, when the Black Fleet arrived, the Glykon Volatus would be caught in the very edges of this sweep of Darkness and become abandoned. Katabasis would slowly grow corrupted by the Darkness, eventually leading him to destroy his own Ghost after it began to crave its own suicide.[116]

After boarding the vessel, the Guardian found numerous dead Cabal infested with a mysterious growth as they learned what had happened on board. The Guardian defeated the Locus, and found a decomposing Katabasis on the bridge, strung up with vines of the strange Darkness fauna/flora, being sucked of Light by the Darkness. The Guardian would return week after week, uncovering the secrets of the Glykon Volatus and Calus's ritual with assistance from both Osiris and Caiatl.[117]

## Combating Xivu Arath

After the conclusion of the brief war against the City, the lifting of the Endless Night and the appearance of Xivu Arath's forces amassing in the Reef, Caiatl's advisors repeatedly urged her to launch a full-scale invasion of the Reef, believing its still-weakened state would result in a morale-restoring decisive Cabal victory. However, out of respect for the Awoken she had heard about during her time as princess, Caital was reluctant to harm them. Further, on the strategic level, she considered such warmongering a distraction from their struggle against the Hive God of War, whose forces remained a persistent threat and had to be engaged wherever they emerged.[118] Caiatl's efforts, such as personally leading a fleet ambush and boarding action against one of Xivu Arath's Tomb Carriers, occupied enough of the Hive war god's attention and vice versa that Queen Mara Sov of the Reef believed neither would risk overextending themselves by attacking the Dreaming City in force.[119]

Nonetheless, when Caiatl learned that Savathûn had revealed herself in the Dreaming City, she gathered her advisors and drew plans for just such an attack to destroy Savathûn while she was still vulnerable. In addition, intelligence from Lord Saladin (liaising on behalf of the Vanguard) and Psion agents relayed that

Savathûn was a willing captive of Mara Sov, but Empress Caiatl, aware of Savathûn's reputation for cunning, schemes and lies and uncertain that Mara could outplay her, continued to weigh the decision to invade.[120][121]

# March on Mars

Following Savathûn's escape from the Awoken in the Reef, the red planet of Mars mysteriously returned, but seemingly now afflicted by some temporal distortion. Regardless of the planet's state, Empress Caiatl mobilized the Red Legion to Mars, hoping to claim it as Cabal territory before the Vanguard could make a protest. However, as her forces were setting up fortifications, including a large battery cannon, the Witch Queen revealed herself in her massive ship, The Lure. The Red Legion engaged the Guardian in battle as they sought a means to enter the Hive vessel. Though this technically was a breach of the signed armistice between the Last City and the Cabal Empire, the Guardian nonetheless proceeded with their mission of gaining entry into the Hive ship. As they did so, they encountered a horrifying new enemy: Lightbearing Hive of the Lucent Brood. Not only them, but Savathûn herself also wielded the Light.[122]

As the Guardian worked with Ikora in combating the Lucent Brood, they needed to hone and strengthen their Deepsight abilities to further traverse Savathûn's Throne World. This took them to the Pyramid on Europa, where a cabal force was attempting to breach into the Pyramid and claim any Darkness-related artifacts. Eris Morn believed that the Cabal were looking for something that could provide them with the means to retaliate against "war itself", as they never got over the fact that Xivu Arath effectively conquered the conqueror, destroying their homeworld. This search, however, was unsanctioned, as Caiatl never authorized the mission, denouncing the members of the search to be exiled, leaving the Guardian effectively free to engage the Cabal that got in their way without reprisal.[123]


Empress Caiatl meeting with the Vanguard

Following the battle against Savathûn, her Lucent Brood remained a threat, especially their Lightbearer Hive, as they had begun to conduct operations within the EDZ on Earth. However, to avoid making another conflict with the Cabal, Zavala arranged a meeting with Empress Caiatl in the Tower Hangar, where the Cabal Empress engaged in a heated argument with Lord Saladin before both the Guardian and Crow entered the meeting. Though the Guardian offered their condolences, Empress Caiatl remained angered by the breach in the armistice but Zavala was able to get all parties to focus on the real threat the Lucent Brood posed, with the Vanguard Commander stating that they needed the Cabal to hit the Hive hard.[124] Pleased with this, Empress Caiatl agreed to forgive the Guardian for those they had killed and begin an alliance with the Vanguard in combating the Lightbearing Hive. Setting up operations in the Vanguard's H.E.L.M. and agreeing to have the operation under Saladin's oversight, Caiatl gifts the Guardian a weapon made from Light-suppressing technology, the Synaptic Spear, which would allow the Guardian to sever the Lightbearer Hive's connection to the Light. Without a Worm or the Light to keep it alive, the Hive would die. However, Caital explains that her Psions could use their abilities to keep the Hive in a painless state of being neither alive nor dead, as they gleaned their minds for any intelligence on the Lucent Brood's plans.
[citation needed]

The Guardian would begin operations in the EDZ, working alongside Caiatl's troops to find Lucent Hive reportedly killing Guardians and stealing their Light for some unknown purpose. With the Synaptic Spear and the Psion's Mindscape, the Guardians were able to capture one Lightbearer Hive, Mor'ak, Lightstealer, and bring them to the Psisorium, where her Psions sifted through their mind. During the operation, Saladin reaches an understanding with the Cabal Empress, realizing that the Cabal also had a sense of honor.[125]

In time, Caiatl's most trusted Psion was able to glean truth from the Hive Lieutenants: the Lucent Brood were stockpiling stolen Light within the Cosmodrome but were having trouble getting a precise location as a barrier was blocking them, hiding their activities. This forces Saladin to send in the Guardian to capture another Hive Lieutenant to further gain the intelligence they need.[126] After gathering enough lieutenants and going through their minds, Caiatl's psion learned the true scope of the Lucent Brood's plans: they planned on storming the Moon and claiming the Scarlet Keep from Xivu Arath's forces to conduct a ritual that would manifest Savathûn's Throne World, using the Light they had stolen from Guardians in the EDZ. If this succeeded, the Lucent Brood would be able to launch a full-scale invasion of Earth.[citation needed]

Gathering her fleet, Caiatl's forces surrounded the Scarlet Keep as the Guardians breached in and disrupted the ritual, capturing the lead Lightbearer Wizard in the process. With their ritual ruined, the Lucent Brood's forces retreated and fell into disarray.[127] However, despite this victory, the Vanguard's alliance with the Cabal would be threatened by the actions of Crow. Having grown increasingly unnerved with the method of how the Vanguard gained the necessary intel, Crow recklessly shuts down the machine in the Psisorum but doing so resulted in the Psion's death. Empress Caiatl learned of this and demanded justice, a life for a life, but Commander Zavala was unwilling to surrender Crow's life, despite the Hunter resigning himself to her judgment. Just as Caiatl was about to kill Crow herself, Saladin Forge stepped in and offered his own life in Crow's place. Commending his bravery in the face of death, Caiatl accepted Saladin's offer: his life would be forfeit as a *Bracus* on her War Council for the rest of his days. Despite Crow's pleas, both Saladin and Zavala agreed, saving the Vanguard-Cabal Coalition.[128][129] Despite now serving as a Bracus, Caiatl allowed Saladin to continue operating the Iron Banner, having grown interested in the Guardian tradition, stating that she had some ideas of her own.[citation needed]

In a short time, Saladin would settle in as a member of Caiatl's War Council, earning himself quite the reputation amongst the Cabal, having been challenged in a Rite of Proving six times in a week, and emerged victorious in all of them. One had him face off against another War Council member that Saladin had previously worked with, Guhrn Or'ohk, defeating him in one blow. Impressed, Empress Caiatl promoted Saladin to Valus, expressing optimism about the future the Cabal's alliance with humanity could bring. Further, at the Empress's recommendation, Saladin even began to organize events for the Cabal, similar to the Iron Banner, calling the contestants his "Iron War Beasts".[130][131]

## Growing Dissention

Despite her growing alliance with the Vanguard, a number of her forces were growing dissatisfied with Empress Caiatl's decisions and rule, leading to the Cabal Dissenters' ranks to swell and begin a propaganda campaign to gather support, undermine the Empress and coax the Cabal into joining the Black Fleet. Unable to send her own forces to deal with this act of treason, not without risking her own position, Empress Caiatl called upon the Guardians to silence the dissenters and find out who led this mutiny. [citation needed]

Following a trail of psychic transmissions from a decommissioned bunker on Mars, the Guardian fought past the mutineers and despite the defectors putting up a resistance, they were able to destroy the broadcast transmitters before an orbital bombardment could stop them. Racing to the transmission's origin point to find out who is responsible for the messages, the Guardians encounter Qabix, Insurgent and battle the

Psion. Despite Qabix's psionic powers and reinforcements, the Guardian managed to slay the Psion, allowing them to shut down the broadcast. As they did so, Empress Caiatl found that the broadcasts were comprised not of words but images, feelings, and impressions. Using her Optuses, Caiatl was able to see the message being transmitted, seeing a Psion at the head of a full Cabal Legion. Above them hovers a black Pyramid, but behind them stands a towering golden statue. A statue of her father, the former Emperor Calus, with arms outstretched and beckoning. Caiatl can hear her father's voice promising refuge and salvation, which left the Cabal Empress unnerved. Following this, the Guardian also found a storage vault filled with golden treasures, similar to those found on Calus' Leviathan, leading Zavala to believe that Calus was funding the rebellion against Caiatl. In this, Zavala agrees to have the Vanguard search for the Leviathan and Calus, and once they do, they will inform Caiatl, with the Empress promising that she would deal with her father herself.[132]

About a week later, the Vanguard discovered that Calus' forces had rebuilt their base quicker than anticipated, forcing them to travel back to the bunker and shut down the broadcasts again. Caiatl expressed that if her father is able to convince her Psions to defect en masse, then their ability to wage psychic warfare would be unmatched. Despite the defectors' efforts, the Guardian was able to destroy the broadcast towers and reenter the facility. Reaching the control room, the Guardian faced off against Qabix once more and managed to defeat him before an orbital bombardment could commence. After shutting down the broadcast, Caiatl looked into the message and, this time, saw a scene of violence, along with herself, realizing that what she is seeing is the failed attempt on Commander Zavala's life, through the eyes of the assassin, and the memory of his death at Caiatl's hands. From this message, Empress Caiatl deduced that only one Psion would be left alive to have such intimate knowledge of the event: the traitor Yirix and her enclave.[132]

Now knowing the identity of their foe, the Vanguard worked on disrupting Yirix's operations as much as possible, leading the Guardians to attack another base sending out Psion propaganda that is eroding Caiatl's legions. The Guardians entered the bunker and battled with an Insurgent Psion once more before shutting down the broadcast. In the message, Caiatl can see a group of Psions conducting a religious ceremony, during a time before they were assimilated into the Cabal Empire, leading the Empress to believe that Yirix is attempting to stir a sense of forgotten Psion unity, under the banners of Calus and the Black Fleet. The Empress would find this message ridiculous, as the Psions had long subjugated such beliefs themselves before the Cabal conquered them.[132]

The Guardian would return to storm the base after Yirix resumed the spreading of her messages amongst the Legions, leading tensions to run high amongst the Psions and defections to occur. With Calus's cloning operations in full swing, the defectors' loss of life is of no concern, regardless of how many times the base is taken or destroyed, as Caiatl would comment. After defeating the Insurgent Psion and shutting down the broadcast once more, Caiatl sees the latest of Yirix's messages, which show the same message over and over again, flashing almost too quickly to perceive. However, Caiatl was able to deduce that the messages must actually be Psion divination, impressions of things yet to come. In them, Caiatl could see a city besieged, The Shipstealer revived, the Leviathan reborn and the Traveler itself infected with Darkness. Realizing that these are the futures their enemies seek, Caiatl reaffirmed that they must remain united if they wish to forge a different path.[132]

Unfortunately, despite Caiatl reaffirming the need for the Cabal's alliance with the Vanguard, the death of her Psion due to Crow's recklessness and appointing Lord Saladin as a member of her War Council only angered her critics further, allowing Yirix to bring more into her fold.[citation needed]

# Return of The Leviathan

Sometime following the Vanguard-Cabal Coalition handling the Lucent Brood and Yirix's Deserters, the Guardians and Empress Caiatl would face a surprise encounter: the return of The Leviathan, the personal pleasure craft of the former Emperor of the Cabal, Caiatl's father Calus, hanging derelict near the Moon. More strangely, the Leviathan began broadcasting a call towards the Pyramid beneath the Moon's surface, causing the Nightmare phantoms to resurface and torment anyone who came too close to the Leviathan. Believing that Calus's obsession with the Darkness had created a new threat, Eris Morn called upon the Guardian to investigate the massive vessel.[133]

As the Guardian ventured onto the vessel, they found it eerily deserted, large sections of it overgrown with the same dark flora that had overtaken the Glykon Volatus. Unnerved by this discovery, the Guardian ventured deeper into the Leviathan but encountered a unique Nightmare that actually spoke in a voice that Zavala recognized. However, the Guardian was blocked by a Loyalist Gladiator that they cannot seem to harm. Left with no choice but to hide and escape, the Guardian proceeded further through the vessel until reaching Calus's throne room and encountered one of the Emperor's damaged robotic proxies. Investigating the robot seemed to activate it, producing the laughter of Calus himself before summoning swarms of Loyalist forces. On the verge of being overwhelmed, Eris attempted to teleport the Guardian to safety, only to discover that a power was blocking her attempts, forcing the Guardian to flee from the Leviathan on their own. Despite the Loyalists' efforts, the Guardian managed to reach their ship and return to the Vanguard to report their findings.[133]

Eris met with Zavala and Caiatl, explaining that the Lunar Pyramid was stirred by the Leviathan's call and it now manifested their deepest regrets, wearing familiar faces and speaking with familiar voices. Eris explained that she could bind the Nightmares, granting safe passage through the Leviathan, but Caiatl balked at the thought of using Hive Magic to do so. Despite his concerns, Zavala agreed after Eris stated that the rules have been bent around them and now they must bend to survive. Though Caiatl refused to take part in the ritual, she stood firm in leading the charge, claiming her armor was protection enough. Regardless, Eris Morn conducted her ritual using



Eris, Zavala and Empress Caiatl overlooking the Derelict Leviathan

the Crown of Sorrow with Crow and Zavala, binding their personal Nightmares of Uldren Sov and Safiyah, and creating the Nightmare Harvester. Despite her insistence on not taking part in a Hive ritual, Caiatl would find herself haunted by her former co-conspirator, Dominus Ghaul.[134]

Over the next few weeks, Guardians would battle Loyalists Cabal, allied with Scorn and their own Nightmares, on the Derelict Leviathan, as they collected the energy needed for the severance rituals.[135] They would also uncover several rituals conducted by Nightmares and Loyalists alike, and dismantle them, fighting beside the Imperial Cabal's forces.[citation needed] As the Sever operations progressed, the Guardian would find themselves hunted by the Unrelenting Nightmare once more.[136]

Over time, Caiatl grew tired of the situation with Calus not moving forward and had enough of the Nightmare of Ghaul taunting her. She misinterpreted Eris' ritual as simply a "conquest" of a foe and believed she was enough to take out the Nightmare of Ghaul. She advised the Guardian not to interfere, and

declared an open challenge to her former Dominus, seeking battle with the Nightmare in the depths of the Derelict Leviathan.[*citation needed*] Seeing this as folly, Eris had the Guardian follow Caiatl to the ritual location. The Empress, angered that the Guardian was following her, allowed them to fight alongside her forces against Calus's Loyalists, but forbade them from interfering with the ritual. During all of this, the Nightmare of Ghaul continued to taunt Caiatl about her supposed weakness and failures as a leader. Upon reaching the ritual site, Caiatl began the severance but like Crow and Zavala before her, she struggled against her Nightmare, who then summoned another one of himself as remembered by Humanity, forcing the Guardian to fight it. Though the Guardian slew the Dominus, the ritual failed, with Caiatl's Nightmare denouncing Caiatl as not the one he had trained when he first rose to power.[137]

With this failure and Caiatl still refusing to take part in the binding ritual, Eris instead looked for a new way forward and found a clue to one on the Moon. Tasking the Guardians to investigate, they enter the K1 Revelation site, battling with the Nightmare of Arguth, the Tormented near a relic belonging to Calus. After slaying the Nightmare, Eris discovered a call to the Pyramid in its dying screams. Eris surmised that in place of the severed connections to the Pyramid, Calus had used the relic within K1 Revelation as a focusing point to strengthen what remained. Eris directed the Guardian to the Lunar Pyramid, where they discovered a trail of deceased Loyalists, with Egregore lining their esophagus. Eris then understood that Calus forfeited their lives to ferry his mind across a great distance and hasten ingress to the Pyramid. Concluding that Calus is now desperate and that their plan is working, Eris sought to speak with Caiatl. Speaking with the Guardian, however, Eris understood Calus knew exactly what he was doing, goading his daughter to recklessly strike out on her own. Nonetheless, with the recent discovery in the Admittance, Eris was able to figure out that Calus is seeking to become one with the Lunar Pyramid and claim its power. Worse, Eris believed that Calus was doing this at the behest of The Witness in bringing about a second Collapse.[*citation needed*]

Finally speaking with Caiatl, Eris once again offered her support, but the Empress remained hesitant, as the weight of her responsibilities as leader of the Cabal made her reluctant to engage in the situation. However, Eris stated that she is not a crown but a woman with a burden and that her true nightmare is the expectations placed on her as leader. Understanding this and realizing she doesn't know what she wants for the future, Caiatl agreed to take part in the binding ritual.[138]



Caiatl's severance ritual with the Nightmare of Ghaul

After completing her part of the binding ritual, Caiatl was now prepared to take part in the severance ritual to break the last of Calus's connection to the Pyramid. Still, Eris feared he may have already made his way into the core of the Lunar Pyramid, taking note of voices she recalled from her time on Io under the Tree of Silver Wings and beneath the ice of Europa, which caused her to urge the Guardians to make haste. The Guardian returned to the Leviathan alongside Caiatl and her forces and battled against the Scorn and Calus's Loyalists. As they reached the ritual site, the Nightmare of Ghaul continued to denounce Caiatl for not conquering the Last City and destroying the Guardians, but Caiatl remained resolute in her beliefs. Upon reaching the site and beginning the ritual, the Nightmare of Dominus Ghaul returned, forcing the Guardians to battle it. Despite its power, the Guardians prevailed, with Caiatl reaffirming that she accomplished more with compromise than with conquest as Ghaul had normally done. Taking her blade, Caiatl stabbed the Nightmare of Ghaul, transforming it into the Memory of Ghaul, with it acknowledging her accomplishments, taking note that where he sought to conquer the Light, he burned for it, but Caiatl was able to utilize it through her War Council, stating that she had surpassed him. With the ritual complete, Caiatl returned to her ship.[139]

Returning to Eris, she stated that they had achieved their goal in severing Calus's connections to the Lunar Pyramid, yet took note that nothing on the Leviathan had changed and Calus himself had done nothing in response, making the victory seem hollow. However, Eris noticed that the Nightmares imprisoned within the Crown of Sorrow were beginning to seethe, meaning that something was coming and they weren't prepared for it. Wishing to discover more before such an event were to occur, Eris delved into her research once more as she instructed the Guardians to continue with their Nightmare harvesting.[citation needed]

After a time, Eris discovered her worst fears realized; they were too late to sever the last of Calus's connections, as Caiatl's previous brazen attempt was the time Calus needed to complete his plan. The former emperor had extended his consciousness into the Lunar Pyramid, causing it to surge to life and begin his efforts to assume control over it. However, Eris believed there was still hope to stop Calus, as not all of his power had merged with the Pyramid yet. There was still time to conduct one last, desperate, severance ritual at the seat of Calus's power, to dislodge him from the Pyramid before the



Calus, Herald of the Witness revealed

change became permanent. However, conducting a ritual of such magnitude would require the aid of Caiatl, Crow, Zavala and Eris herself altogether. Gathering the Nightmare Harvester, the Guardians invaded the Leviathan, distracting the Scorn and Loyalists while the others planted their amplifiers. However, Caiatl would lose contact with the team, forcing the Guardian to head towards Calus's throne room alone as both Crow and Zavala found themselves attacked. Reaching the throne room, the Guardian located the hall filled with the emperor's robotic proxies and headed through a dark portal that took them into the Lunar Pyramid itself, specifically a location called the Chantry of the Darkest Hour.[140]

There within the Pyramid, they reunited with Caiatl, who issued a challenge for her father to reveal himself as the Guardian places the Nightmare Harvester, which ultimately revealed Calus in his true psionic form as a Herald of the Witness. Calus answered his daughter's call, stating his disappointment in his daughter's refusal to stand by his side, and summons the Nightmares the Guardian previously faced. Despite being nearly overwhelmed by Calus's nightmares, the Guardians are able to wound Calus directly by slaying the projections and even receive aid from the Memories of Uldren Sov, Safiyah and Ghaul. Despite his vast psionic powers, the use of his forces and the Nightmares, the Guardians succeed in defeating the former emperor-turned-herald, ending Calus' threat.[140]

Reuniting with Eris, Zavala and Crow, the team witnessed the memories fade away as Caiatl confirmed that her father was gone, that he had given himself over to the Witness, leaving all present relieved but exhausted by what they went through. Nonetheless, the mission was a success; Calus had been pushed back, the Leviathan had gone silent and the memories had returned to the psychic noise of the Pyramid.[141] However, while Eris commended the Guardian's efforts, she stated that their battle with Calus was not a victory, as they had merely bought themselves time. She further states that while Calus may be defeated, he was not gone, as he was successful in becoming a herald of the Witness and the harbinger of the Second Collapse. In addition, the Leviathan remained and it would take months to clear out the rest of the Nightmares and ensure it was no longer a threat. However, Eris remained somber, as their efforts were likely for naught, for they had reached the point of no return. That the Witness is near and it is the beginning of the end.[citation needed]

Sometime after pushing Calus back, the Guardians would receive a priority message from the H.E.L.M. vessel. Arriving at the H.E.L.M.'s main hall, nearly overcome with egregore flora, the Guardians were greeted by one last, surprise message from the former emperor of the Cabal turned Herald of the Witness. Calus taunted the Guardians as they amused and entertained him, granting them gilded rewards and hoping they would join him in preparing for the end, but instead is disappointed in their stubbornness to resist.

Speaking of how the Witness has turned its gaze towards the Traveler, Calus stated if they instead refuse his final offer of "salvation" in experiencing revelry before the inevitable, then the newly made Herald will savor the Guardians final moments, finally bidding them farewell until they meet again. Zavala later confirmed the same projection of Calus appeared over the Last City, threatening all who live there with the same fate.[citation needed]

## Into Calus's Mind

As the Guardians worked in reaping the Nightmares and investigating the Leviathan's current condition, Eris Morn would find a statue of the former Emperor where the Darkness had coalesced inside and, more importantly, connected to Calus's very consciousness. Managing to catch that connection, Eris could allow the Guardians to enter Calus's very mind and steal his darkest secrets, but warned them that even though they are entering into a world born of Calus's thoughts, it will be no less dangerous than reality. Entering the rift, the Guardians explore the reaches of a palace-like environment but to Eris's surprise, they find the imprints of Calus's consciousness are fractured and straining. This makes it apparent that Calus was at war with himself. As they collected pieces of Calus's memories and recollections of his past, the Guardians hear echoes of the former Emperor, something that Eris believed were Calus's personal torment.[142]

As they traversed the former Emperor's mindscape, the Guardians heard every repressed personal thought of Calus, from his rise to power, overthrowing the Praetorate, his drunken stupors to the moment Ghaul led the coup against him. As they progressed, the Guardians faced off against the Nightmare of Gahlran, Sorrow Bearer. Despite the danger, the Guardians prevail against the Nightmare and collect more memories of Calus's time during his exile before coming into contact with The Witness, vowing to become its herald and be the last being left in the universe before the end. Their journey through the expansive world of Calus's mind would ultimately have the Guardians confront a phantom of the Emperor's daughter, the Nightmare of Caiatl, Princess-Imperial. After a struggle, using the reality of Calus's mind against it, the Guardians managed to defeat Nightmare of Caiatl before claiming the last of Calus's repressed memories. With Eris's aid, the Guardians returned to their reality and gleaned from Calus's nightmares that the former Emperor was seeking a transfiguration of sorts, believing it would help him understand the goals of the Witness. Recalling Calus mentioning the "final shape" that Eris has heard before in Hive Apocrypha and from Toland, she claimed that, by understanding the true goals of what the Witness seeks, they might be able to prevent a second Collapse.[142]

## Shadow Over Neptune

Following the Guardians' mission to restore the Warmind Rasputin and holding back the Wrathborn, leading the Warmind to sacrifice himself to save humanity and the Traveler,[143] the Guardians faced the return of the Black Fleet along with its leader, The Witness. After a massive battle in Earth's outer orbit between the Vanguard, their allies and the Black Fleet, the Witness subdued the Traveler after it retaliated. However, to accomplish its goals, The Witness orders his disciple, Calus, and his Shadow Legion to invade Neptune and locate a relic called "The Veil". With little time, Osiris and the Guardian, urged by Ikora Rey, managed to sneak aboard a Shadow Legion Warship as Calus's fleet arrived at Neptune and began assaulting the hidden city of Neomuna, where it was defended by the Cloud Striders, cybernetically augmented humans. Understanding that they share a common foe, the Guardian, Osiris and the Cloud Striders, Rohan and Nimbus, teamed up to combat Calus and the Shadow Legion.[144] They learn that Calus and the Shadow Legion were attempting to use the Radial Mast to forge a connection between The Veil and the Traveler on Calus's new flagship, the Typhon Imperator. However, the Guardians' efforts to destroy the Radial Mast failed as it was impervious to all their weaponry and abilities. Using a new power

called Strand found within the city, accessing it by looking within as they did with Stasis on Europa, the Guardian is able to take out scores of Shadow Legion forces but was left exhausted by the experience, leaving them vulnerable, weakened and unable to destroy the Radial Mast, forcing them to retreat with Empress Caiatl's timely aid before they were overwhelmed by the Taken.[145]

To give themselves an edge against Calus and his Shadow Legion, Osiris had the Guardian train extensively in using Strand but it only left the Guardian exhausted rather than mastering the power.[146] However, their training was left unfinished when they learned Calus was attempting to establish a connection with The Veil once again. Scrambling their forces, the Guardian and Rohan reached the Radial Mast. Still, they were unable to destroy it with their current means, ultimately leading Rohan to get trapped inside the device as the Guardian faced Shadow Legion reinforcements. Encouraged by Osiris, the Guardian uses Strand against the Shadow Legion but the moment Rohan opened the Radial


Emperor Calus, Disciple of the Witness

Mast for it to be destroyed, the extensive use of Strand left the Guardian unable to take action. With no other option, Rohan sacrificed himself to destroy the device, his Nano core being all that was left of him. The Guardian took Rohan's core to Nimbus who, despite the loss of his mentor, continued their mission of stopping Calus.[147]

With the Radial Mast destroyed, Calus reported this development to The Witness, who criticized its Disciple, leading the emperor to lash out in return. In response, Calus was left cowering and pleading for forgiveness after The Witness angrily silenced its Disciple and reminded him of his task to acquire the Veil.[148] Backed into a corner, with Neomuna's defenses only at 80% operational, the Guardian formed the plan of having Caiatl rally her own Cabal forces to delay the Shadow Legion, while Nimbus continued to reactivate as much of the city's defenses as possible, with the Guardian training with Osiris in earnest to master Strand. After many trial and error moments, the Guardian made extensive progress in mastering Strand without any detriment to themselves, not by exerting control over it as Stasis required but by relinquishing control and letting it flow as Nimbus suggested, preparing them to face Calus's latest assault on The Veil.[149] Together with Caiatl's forces and Nimbus activating an old Ishtar orbital defense satellite, the Guardian managed to hold off the Shadow Legion, but after their defenses ran out of power and upon Calus personally arriving, destroying the entrance to the Veil and most of Caiatl's forces, the Guardians were forced to locate the Veil itself before Calus could establish a connection between it and the Traveler.[150]

Despite Caiatl's efforts to delay her father, Calus managed to reach the Veil before the Guardian and confronted the Lightbearer face-to-face, leading to a harrowing battle to commence. Yet, regardless of the newly formed Disciple's use of Pyramid technology, the Guardian's use of Strand allowed them to gain the upper hand against the former emperor, killing Calus for good. Caiatl confirmed his death herself, solemnly declaring that her father could now finally rest but their victory proved short-lived, as the Guardian's Ghost became possessed by The Witness, allowing it to make the connection with The Veil. Though Caiatl urged the


Guardians battle the Shadow Legion with Strand.

Guardian to destroy their Ghost, they proved unable to kill their closest companion, allowing the Witness to activate The Veil, sending a massive energy surge from Neptune to The Witness. With the connection established, The Witness created an opening within the Traveler, allowing it and several of its Pyramid vessels to enter with the Vanguard unable to follow. Caiatl and the Guardian confirmed that despite slaying Calus, The Witness got what it wanted; the means to create the "Final Shape".[150]

Despite the loss of their emperor and Disciple, the Shadow Legion would carry on the Witness's bidding by continuing the fight on Neptune, forcing Nimbus and the Guardians to continue holding the line. The Shadow Legion would target the CloudArk directly by entering the Network and planting explosives at vital data points. Should they succeed, the data valuable to the Neomuni's history and culture would be lost and the CloudArk itself would be vulnerable. Racing through the Network past the Vex and disabling the explosives, the Guardians would confront the leader of the Cabal saboteurs, Vraxus, Shadow Legion Saboteur and kill him, ending his operations and securing the CloudArk.[151]

The Shadow Legion would in time come to serve Nezarec, the Herald of the first Collapse, as he gained power from the pain and nightmares of the cybernetically slumbering Neomuna citizens within the CloudArk, enough to regain form using the disabled Pyramid that was partially terraformed from the Traveler's retaliation against the Witness earlier. Using the Light within along with the Pyramid's power, Nezarec was able to take physical form once again, threatening to overtake the CloudArk and continue the Witness's ambitions. Gathering a Raid team, the Guardian entered the Witness's crippled Pyramid, traversing its warped structure and taking out a Cabal empowered by Nezarec, Zo'aurc, Explicator of Planets, before confronting the Final God of Pain. However, despite the Shadow Legion's best efforts to aid him, the Disciple's use of Light would be his final mistake, as the Guardians used the Pyramid's power to disable Nezarec's strength, leaving him vulnerable to attack and allowing the Guardians to slay Nezarec, ending his influence within the CloudArk.[152]

## Earth's Defiance

As Calus continued the assault on Neomuna, the Vanguard nonetheless had to contend with a Shadow Legion invasion force on Earth, as many Pyramid cities had been sighted. Reaching out to their allies, Mara Sov answered the call and decided to lend some of her powers to the Guardians, personally knighting them as her Queensguard, giving them the means to combat the Shadow Legion and rescue prisoners alongside Mithrax and Devrim Kay. Being granted the Ascendant Scepter from Mara Sov, the Guardian met with the Awoken Queen in the EDZ, restarting operations at the Farm. They learned that following the battle between the Traveler and the Black Fleet, several pilots were shot down and landed within the EDZ, being taken prisoner by the Shadow Legion and brought to a Pyramid outpost that is virtually impenetrable. Though for what purpose, they do not know. In addition, the Guardian learned that Amanda Holliday was among those who were shot down during the battle but allowed herself to be taken prisoner to provide the Guardians with the means to find the prisoners and mount a rescue. Crow, having also learned of this, joined in the endeavors.[citation needed]

With the Ascendant Scepter, Mara Sov explained that with her power combined with the Light, she can provide a path into the Pyramid outpost from between the very fabric of reality, specifically through the Ascendant Plane. The Awoken Queen's plan succeeds in allowing them to gain entrance into the Pyramid outpost, encountering scores of Taken helping the Shadow Legion. With the use of a cleansing force called Balefire, the Guardians were able to destroy the powerful Taken Chimera, Exomida, Taken of the Witness, allowing them to enter the main stronghold. There, they find Amanda and the prisoners guarded by Warden Vincu'us, Shadow Legion. Despite the warden's might, the Guardian's use of Balefire allowed them to triumph and free Amanda and the prisoners.[153]

In addition to rescuing prisoners of the Shadow Legion, the Guardian worked with Devrim Kay in handling further Shadow Legion activity within the EDZ before it could negatively affect the Farm. Their mission takes them throughout the reservoir of the EDZ, battling Shadow Legion and Taken, before finding the source of the poison in the water supply, Gor'ath Gath, and slaying him, clearing the Taken for now.[154] Further, the Guardians learn that a new arms dealer was supplying weaponry to the Shadow Legion, bearing the same name as Bracus Zahn. Though unknown if this Cabal is the same Zahn from the Red War or simply using the name, his dealings with the Shadow Legion threatened operations within the EDZ, in addition to recently taking prisoners of Empress Caiatl's forces. The Guardians breach the new Zahn's base, and after freeing Caiatl's forces, joined forces with them on an assault upon the warmonger. The combined team managed to corner him at the airfield and take him out, depriving the Shadow Legion of armaments.[155]


Guardians preparing to infiltrate a Pyramid Outpost

The Shadow Legion would later establish a new Pyramid Outpost within the Cosmodrome, taking more prisoners within. Using the Ascendant Scepter once more, the Guardians enter the Ascendant Plane to infiltrate the outpost. However, they soon find that the Shadow Legion were learning from the last prison break, as their leader Zatocc, Devoted to the Witness was able to use their abilities to force the Guardians out of the prison. Regardless of this setback, the Guardians were able to find a way back into the prison and confront Zatocc. Despite their numbers and Zatocc's power, the Guardians succeeded in defeating Zatocc and rescuing the prisoners.[156]

Later on, Mara Sov would learn that the Shadow Legion has begun to place their prisoners upon a prison ship just outside Earth's orbit, believing that they would be out of the Guardians' reach. The Awoken Queen, however, believes otherwise given the nature of the Ascendant Plane allowing them to traverse vast distances very easily. With the Ascendant Scepter, the Guardians were able to reach the prison ship, leading the Shadow Legion to recall their ships to reinforce their security. Fortunately, the Guardians were able to bypass the ship's security and locate the prisoners within the hanger bay, leading them to clash with Bracus Kravaum, Shadow Legion. Despite the Shadow Legion's efforts, the Guardians' use of Balefire granted them the power they needed to slay Bracus Kravaum and rescue the prisoners, leading Amanda and Mithrax to celebrate their success at the Farm.[157]

Not long later, Amanda Holliday and Mithrax informed the Guardian of the Shadow Legion setting up a highly fortified prison within the EDZ and had already transferred prisoners there. As Amanda and Mithrax scouted the area, they caught traces of a signal within the outpost, confirming the prisoners were alive, and immediately began preparations to infiltrate the prison and free them. Devrim Kay would update the Guardian on their plan but warned them that the stakes were higher due to how fortified the outpost was. Further, Mithrax informed the Guardian that they must reach the outpost on foot as their Sparrow would give them away. As they reached the outpost, Mithrax was contacted by Eramis, warning him to turn away as this outpost was different from the others. Mithrax, however, angrily refused to listen but was concerned as the Shipstealer does not lie. Regardless, the Guardian took out the Shadow Legion's heavy artillery and troops before reaching Amanda at the observation deck but would be confronted by the Tormentor, Vereziia, Reverent of the Witness and a large force of Taken. Despite the Tormentor's power and the Taken's numbers, the Guardian prevailed, allowing Mithrax to reach the prisoners. However, Amanda discovered that the base was going under lockdown, leading her to stay behind and hotwire the security terminals to allow Mithrax to free the prisoners and get them to safety. Tragically, the base explodes, killing Amanda and nearly Mithrax but was saved by Eramis herself.[158] The Coalition leaders would mourn the

loss of Amanda and vow to honor her, but Crow greatly desired vengeance at the loss of his friend. Fortunately, Mara and the others were able to help Crow work through his grief rather than focus on revenge.[159]

After a few more weeks of rescuing prisoners and processing their grief over Amanda's loss, Crow contacts the Guardian, informing them that it is time to strike back against the Shadow Legion operating on Earth. Crow had been speaking with Mara Sov and now that the Guardian had been imbued with enough of Mara's powers, the Guardian could create an opening large enough to bring not just themselves to the Shadow Legion command ship but also Crow, Mithrax and Devrim Kay, allowing them to target the ship's vitals and destroy it. If they succeed, then the Shadow Legion's operations on Earth would be dealt a crippling blow. Gathering at the Farm, the Guardian opens a path through the Ascendant Plane that allows the team to infiltrate the command ship as planned. While Crow headed to the armory to disable their weaponry, Devrim would take out the ship's officers, Mithrax would liberate as many prisoners as he could find and the Guardian would head to the main engine to disable it. Despite the Shadow Legion putting up a fight, the Guardian's enhanced use of Mara's power gives them the edge against them, allowing them to destroy the engine's coolants, crippling the engine and leading the ship to start falling apart. Escaping through an Ascendant portal before the ship explodes, the group merely watches in triumph as the Shadow Legion fleet disperses at the loss of their command ship. With their mission a success and the Shadow Legion's offensive on Earth crippled, the Coalition feel they have now honored Amanda but they nonetheless have to continue missions in combating Shadow Legion stragglers and rescue any more prisoners within the EDZ.[160]

Following the loss of their command ship on Earth, the Shadow Legion would remain relatively quiet despite still having a presence on both Earth and Neptune. During one of Crow's scouting missions, he noted that even though the Vanguard is keeping track of the Shadow Legion's movements, they haven't tested the Last City's airspace so far.[citation needed]

## The Final Shape

 *This section is a stub. You can help Destinypedia by expanding it.* **Reason:** *The Final Shape*

Following their entry into the Pale Heart of the Traveler in pursuit of the Witness, the Guardian and their allies encountered both Shadow Legion forces and new forms of Dread created from Psions, known as Weavers and Attendants.[citation needed]

After the Witness was wounded by the Guardian by destroying several of the dissenting minds within its collective, Caiatl and her Imperial Cabal arrived in the Pale Heart to fight alongside the other Coalition forces in the final battle with the Witness.[citation needed]

# Sociology

## Goals

> "*Without victory, we cannot go home!*"
> — Primus A'arn[161]

While the Cabal are a militaristic species with a penchant for conquest, as evident by the existence of the Psion client race, their exact motivation for coming to the Solar System is unclear. They have a fascination with the Vex and their technology, as evidenced by their heavy presence at numerous Vex sites across Mars,

such as the gate to the Black Garden and the spire that unlocks it. The Cabal also sent an expedition to Mercury to investigate a Vex structure known as Vertigo, but the members of the expedition disappeared under mysterious circumstances without a trace.[162] It is unknown if the Cabal have attempted to visit any other worlds apart from Mercury, Mars, Io and Nessus.



Valus Ta'aurc

When a Cabal army goes to war, it is exiled from the Empire and is not permitted to return unless victory is secured.[50] This presumably provides Cabal troops with the incentive and motivation needed to endure long-term campaigns, though they can still wear down eventually. Those on Mars showed signs of exhaustion as they were forced to fend off endless Vex assaults in addition to devastating Guardian strikes.[163]

Given the numerous casualties suffered at the hands of the Guardians, the Cabal have set their sights on the City, looking to find ways of neutralizing their self-resurrection abilities before committing to war.[2] Psion Flayers have been indicated to have already analyzed certain areas where Guardians cannot self-resurrect, such as the vicinity of the Black Garden, and that the Hive on the Dreadnaught possess the means of extending these areas. They are capable of very extreme tactics in the name of the Empire; from blowing up entire planets for being in the way to blowing up most of the system. Cayde-6 considers the Cabal to be war criminals for their brutality.[50] Yet, for all their ferocity, it has been noted that the Cabal seem to secretly be running away from something terrifyingly powerful - possibly the Darkness.[6] The Cabal, under the Red Legion, finally managed to find a way to disable Guardians' self-resurrection abilities through the Traveler Cage but it was later destroyed by the Traveler.

The Cabal's primary reason for coming to Mars was apparently to mine its resources and investigate human technology.[8][9][164] This changed with the discovery of the Virgo Prohibition and later the Guardians. Even when the Red Legion arrived, the Cabal still displayed an interest in mining.[68] Much of the Cabal's ambitions also centered around one of their core cultures, the Rite of Proving and the Bell of Conquests.

# Biology

> "*We have just as much to learn from our enemies as we do from our past.*"
> — Master Rahool[165]

The Cabal are a bipedal, hulking species that appear carnivorous, as evidenced by their sharp, irregular teeth. They have wrinkled, leathery tan-grey skin, a tall skull, dark wide-set eyes with slit pupils, and a very high, inverted-V-shaped upper lip that exposes the Cabal's upper gums and fangs.[166] They come from a warm, humid climate, so they have to be constantly hydrated within their suits.[167] Therefore, while a resilient species, Cabal cannot survive in Mars's blistering environment without climate-controlled gel suits.[46] Cabal have long lifespans, in one case having lived well over a thousand years without any apparent infirmity.[citation needed] A sign of infirmity is ossification and a common form of death by old age is being completely petrified. It is part of Cabal royal funerary tradition to have the ossified corpse of an Emperor toured across their domain as a final monument to their wisdom.[168]

The Cabal species has male and female sexes and reproduces sexually. They are most equivalent to Earth's marsupials, as infant Cabal are born underdeveloped and finish fetal development in a pouch but, similar to seahorses, it is the male who has a pouch and lactates, and the father is referred to as "pregnant" while he

carries offspring; traditionally, the mother will remain by a pregnant male to protect him, and also to prevent him from storing another female's offspring and discarding her own before they are capable of surviving outside the pouch. It is implied by Calus that if infant Cabal are turned out before they are developed enough to survive, they can survive if a surrogate father is found.[169] The Cabal have advanced cloning and genetic manipulation technology, as exemplified by the Ceremonial Bathers spawned by the Leviathan's cloning facilities.[84]

References in the Grimoire indicate that the Cabal have females serving in their rank and file.[46][170] However, they are indistinguishable from the males in gameplay, making the Cabal seem androgynous in human eyes. As shown by depictions of two female Cabal, Caiatl and Umun'arath, female Cabal have tusks, presumably due to an evolutionary history of fighting over male herds. Recordings from the Councillor Match suggest that young female Cabal get 'first tusks', perhaps implying that these can be shed like the antlers on a deer.[171] This is supported by certain unique Cabal enemies such as the European Aerial Zone Bond Sisters, who lack tusks but are confirmed to be female. In prehistoric times, it is believed female Cabal would use their tusks to create cave carvings and scrape lithium off the rock to treat dark moods.[168]

The Drifter claims that Cabal do not have any fat on their bodies, only muscle.[172]

# Language

The Cabal language is Ulurant. It has been described as "grunting" and "moronic", lacking in subtlety.[173][42] Nevertheless, the City has yet to fully translate it or its various dialects.[11] The Cabal are confused by the term "Ghost", translating it as "Dead Person",[2] though this may be a simple error in semantics as the word "ghost" indeed exists in the Cabal vocabulary.[23] They do not appear to have a word for "hubris"[11] or "retreat"; conversely, they have six words for "advance".[50] In the *Warmind* comic, it is written using a heavily distorted English alphabet, with each word flipped upside down and reversed. When speaking to Uldren Sov in the Black Garden, a legionary's speech is transcribed with the tone of a stereotypical London accent.[174]



"Push, you dogs! Put your backs into it."
"Whatever secrets, whatever power is hidden within this ice, belongs to the Red Legion."

# Numeracy

Like humans, Cabal make use of the decimal or base-ten numeral system. A system similar to Roman numerals also appears to be in use, primarily seen in the naming of heavy vehicles such as the Cerberus Vae III or the Dantalion Exodus VI. Basing ourselves on the Skyburner's Oath exotic scout rifle, we can guess the symbol representing each number (0 to 9) in Cabal writing.



0 to 9 in Cabal writing

# Architectual

The Cabal seem to be great architects, they build massive structures and build them within a short amount of time depending on the legion. The Red Legion were able to quickly build Firebase Hades without being detected, but this fast building might explain the weaknesses within the Cabal structures, which can be

exploited. Most of them are impressive but sloppy in build, easy to breach, and can be shut down or disabled for long periods of time, such as Firebase Hades.[citation needed]

## Research and development

The Cabal are always looking for ways to increase their power, and have devoted a lot of time to finding and adapting the technology of other races. However, they frequently do not fully develop the technologies they use, leaving structural weaknesses to be exploited.[175] Ghost also noted on Mars that their security systems are absurdly easy to exploit, claiming they were less complex than DOS, a family of basic operating systems that were antiquated even before the human Golden Age.[citation needed] They also frequently tamper with forces they hardly understand, whether it's the Traveler's Light,[66] the Taken's radiation,[67] or the Darkness itself.[citation needed]

## Hierarchy

"*While reports have them centered on or around Mars, the true might of the Cabal is still wrapped in speculation.*"
— Cabal description[176]


Bracus Zahn

The Cabal in the Solar System are but one arm of a vast interstellar Empire, and in the words of Valus Tlu'urn are "*a few scout legions bogged down in attrition war*".[46] The nature of the upper echelons of Cabal leadership, including the identity of the leader of the Cabal in the Solar System,[177] is unknown, aside from that the Cabal as a whole were ruled by Dominus Ghaul, who has final authority over military decisions,[46] before Caiatl took over as Empress, following the death of Ghaul and the evacuation of Torobatl. The Praetorate were an influential military aristocracy that controlled the Empire's Legions in the past, but held somewhat less power under the reign of Ghaul.[36]

Various military ranks appear among the identified Cabal leaders:

- **Dominus** was the highest rank in the Cabal Empire, the equivalent of a military dictator. Ghaul claimed this title following his successful usurpation of Emperor Calus. After his death, no one has claimed the title.
- **Primus** is a rank seen for the commanders of the Blind Legion, Skyburners, and Red Legion. According to Cayde-6, this rank is equivalent to an admiral.[178] The Primus rank may be exclusive to specialized Legions. The Sand Eaters and Dust Giants, which are larger frontline regiments, have yet to show any commanders of that rank. One Primus is usually selected by the reigning Emperor to hold the post of **Evocate-General**, also known as **Primus of All Legions**, which commands the entire Cabal military.[16]
- **Valus** is a rank reserved primarily for elite Centurions and Colossi, possibly a commanding rank. It is subordinate to a Primus.
- **Commander** is a rarely seen rank among the Cabal hierarchy. What position it lies in the hierarchy is unknown, but in-game evidence suggests it is superior to Val.
- **Val** is a rank seen predominately among Phalanx, Centurion, and Incendior bodyguards. It is a subordinate rank to a Valus.
- **Bracus** is the lowest rank amongst the Cabal hierarchy. It is a subordinate rank to a Val.

- **Optus** is a rank exclusively to Psion among the Imperial Cabal. What position it lies in is completely unknown.

Titles such as Emperor and Consul are used by the Empire's political leaders. Calus held the title of Emperor before his exile. However, upon conquering the Empire, Dominus Ghaul refused to claim the title after he overthrew Calus, insisting that there would be no more Emperors, though his supporters sometimes refer to him as "the Emperor" out of respect.[36] The Imperial crown would later be restored by Caiatl, daughter of Calus and former protégé of Ghaul.

Bond Brothers is another title and designation given to Cabal Commanders who work in tandem and display a unique sense of Comradery.[50]

The Legions themselves are organized into smaller sub-units:

- **Legions**
- **Cohorts**
- **Centuries**
- **Maniples**
- **Squads**

Some Cohorts may have **Auxiliary** units attached, such as a noncombatant **Strategic Intelligence Maniple**.[2]

The Red Legion appears to use an alternate command structure with eccentric designations: it is divided into **Fractures**, which are further subdivided into **Scales**, **Bridges**, and **Masses**.[179] **Companies** have also

been identified, though how they fit into the previous is unclear.[73]

# Legions and Detachments

| | | |
|---|---|---|
|  | **Imperial Cabal** | The personal Legion of the Imperial Crown and Empress Caiatl. Found on Nessus, Europa, and The Cosmodrome. Assisted by Caiatl's Emissaries. |
|  | **Iron War Beasts** | Recently-formed Imperial Cabal fracture led by Valus Forge. |
|  | **Shadow Legion** | Loyalist enforcers of Calus, the Disciple and The Witness equipped with Pyramid enhanced weapons and technology. Found on Neptune and Earth. |
|  | **Red Legion** | Elite Cabal force tasked with conquering and destroying entire worlds and once famed to have never been defeated. Assisted by the Blood Guard. Formerly led by Dominus Ghaul they joined the ranks of the Imperial Cabals, Shadow Legion. |
|  | **Psion Conclave** | Deserter cell of Psions and Cabal loyal to Yirix and Amtec. Aligned with Calus' Loyalists and Shadow Legion. |
|  | **Loyalists** | Cabal loyal to the disgraced Emperor Calus. Found on the The Leviathan. They joined the ranks of the Shadow Legion. |
|  | **Sand Eaters** | The largest of the Scout Legions. Tasked with front-line fighting against the Vex on Mars, before they joined the ranks of the Red Legion. |
|  | **Dust Giants** | Veteran Sand Eaters led by Valus Ta'aurc. Found on Mars before they joined the ranks of the Red Legion. |
|  | **Siege Dancers** | Elite Shocktroopers commanded by Valus Ta'aurc. Found on Mars before they joined the ranks of the Red Legion. |
|  | **Blind Legion** | A Scout Legion led by Primus Sha'aull tasked with Vex excursions and research. Found on Mars before they joined the ranks of the Red Legion. |

| | Skyburners | A Scout Legion tasked with celestial demolitions and fleet logistics. They were commanded by Primus Ta'aun and his two Bond Brothers. Found on Phobos, Mars, and The Dreadnaught before they joined the ranks of the Red Legion. |
|---|---|---|
| | Ice Reapers | A group of adept Psions and Psion Flayers. Found on Mars. |
| | Broken Legion | An extinct renegade Legion formerly led by Valus Trau'ug inside the Prison of Elders. |

# Named individuals and mini-bosses

## Cabal Empire leadership

- **Emperor Calus**—former Emperor of the Cabal Empire and commander of the Loyalists and Shadow Legion, in exile aboard The Leviathan and eventually killed during the Siege of Neomuna.
- **Dominus Ghaul**—ruler of the Cabal Empire after Calus' exile and commander of the Red Legion. Killed in action during the Red War.
- **Empress Caiatl**—daughter of Calus and current Empress of the Cabal Empire after her father's exile and Ghaul's death.

### Royal faculty

- **The Consul**—advisor to Ghaul and mastermind of the coup to depose Emperor Calus, the previous Cabal Emperor.
- **Evocate-General Umun'arath**—the Primus of All Legions, and a co-conspirator against Calus.
- **Freeborn Otzot**— lead Psion Flayer and lead Cabal scientist of who built the OXA Machine, and a co-conspirator against Calus.
- **Merchant Iska'al**— a Cabal tea merchant and a previous confidant of Calus, later turned co-conspirator.
- **Lictor Shayotet**—former bodyguard of Calus, and a co-conspirator against him.
- **Aedile Moli Imoli**—former Colossus turned morale officer, and a co-conspirator against Calus.
- **Statesman Tha'uul**—a minor Cabal diplomat who supported the coup against Calus.

## Solar System leadership

- **Primus Cal'aug**—subordinate commander of the Red Legion, in charge of Nessus operations during the Red War.
- **Primus Sha'aull**—commander of the Blind Legion.
- **Primus Ta'aun**—commander of the Skyburners, later Taken by Oryx.
- **Val Ca'uor**—succeeding commander of the Red Legion after Dominus Ghaul until his death.
- **Valus Mau'ual**—bond-brother to Ta'aun and Tlu'urn.
- **Valus Ta'aurc**—commander of the Siege Dancers.
- **Valus Tau'ugh**—champion of the Skyburners.
- **Valus Tlu'urn**—bond-brother to Ta'aun and Mau'ual

- **Valus Trau'ug**—commander of the Broken Legion.
- **Amtec**—last known Psion Flayer of the Red Legion, presumed MIA.
- **Yirix**—leader of the Psion conclave. Current leader of the Shadow Legion.

## Major characters

- Basilius the Golem
- Bracus Tha'aurn
- Bracus Tho'ourg
- Bracus Zahn
- Commander Dracus
- Gahlran, the Sorrow-Bearer
- Kargen, the Technocrat
- Ice Reapers Psion Flayers
  - Kolar, Psion Flayer
  - Numoc, Psion Flayer
  - Vatch, Psion Flayer
- Ignovun, Chosen of Caiatl
- Inotam, Oblivion's Triune
  - Niruul, the Hollow Voice
  - Ozletc, the Sky Piercer
  - Tazaroc, the Sun Eater
- Ixel, the Far-Reaching
- Thumos, the Unbroken
- Val Aru'un
- Val Ma'rag
- Valus Thuun

## Deserters/Conclave

- Ba'aruk, Dissident
- Bracus Gu'ulan, Shamed Legionary
- Daazaz Dar, Unbowed Legion
- Disgraced Bracus
- Gun'nar, Privateer
- Imperial Deserter
- Mouvurg, Unbowed Legion
- Qabix, Insurgent
- Qalec
- Shayotet Partisan
- Shogmar, Unbowed Legion
- Tagh'al, Blademaster
- Thagh'urn, Blademaster
- Val'aug, the Brute
- Valir
- Valus Dralgur, the Exiled

## Red Legion

- Barit, Imprisoned Flayer
- Baurg, Blood Infernal
- Blood Cleaver
- Bracus Drusk
- Bracus Eratl
- Bracus Ghir
- Bracus Ghurm
- Bracus Rulaitl
- Bracus Talurn
- Brann, the Unbent Blade
- Bruiser Thurn
- Bulurc the Destroyer
- Burg, the Stellar Jailer
- Callan, the Suffering
- Combustor's Auxiliary
- Combustor Valus
- Commander Truvul
- Commander Yourg
- Consul Partisan
- Controller Gronn
- Curator Arrox
- Cyronax
- Defender Born
- Defender Hahn
- Devourer Darg
- Dishonored Valus
- Drusk, the Crushing Fist
- Dust-Choked Thrag
- Enforcer Karch
- Enforcer Korusk
- Enforcer Rusk
- Excavator Valus
- Field Commander Kuskan, Forge Saboteur
- Final Guard Straff
- Firebase Demolitionist
- Fortifier Yann
- Garut Gra'am
- Ghalak the Colossus, Forge Warden
- Ghalar, The Fugitive
- Ghaul Devotee
- Glomus, the Severing Slash
- Infiltrator Valus
- Investigator Tosusk
- Investigator Prurg

## Mentioned only

- Acrius—mythical first Emperor of the Cabal
- Advisor Ilhali
- Advisor Tlu'arg
- Ahztja
- Bahr'Toran
- Bracus Dra'usk
- Bracus Kazat[180]
- Chef Brighus
- Bru'uc[180]
- Councilor Ca'aurg
- Councilor Rahl
- Councilor Taurun
- Councilor Tha'arec
- Councilor Verloren
- Dhutus
- Feltroc, the Skull-Piercer
- Ghar
- Gharax[180]
- Gharhet
- Gorn'ak
- Grusk[181]
- Gwern, the Unbeatable
- Karn'tok[182]
- Olgurn
- Optus Qorix
- Primus A'arn
- Qinziq
- Ralir[180]
- Scribe Amost
- Scribe Ixolt
- Scribe Savat
- Scribe Shagac
- Scribe Tlazat
- Shadow Councilor Match
- Shator[180]
- Tal'urn
- Ta'nam
- Tha'arg[180]
- Thur'Ak
- Ticuu
- Tlamus
- Tor Trakal
- Tra'aul[180]

- Valus Dulurc

## Dust Giants

- Commander Edru'us

## Imperial Cabal

- Bracus Du'urund, Coalition Ally
- Bracus Gaa'ron, Coalition Ally
- Bracus Han'uk, Coalition Ally
- Bracus Lume, Coalition Ally
- Bracus Reghusk, Coalition Ally
- Optus Haseth, Coalition Ally
- Optus Siluu, Coalition Ally
- Optus Taxaat
- Optus Ulios, Coalition Ally
- Optus Vocca
- Than'grot, Loyal to Caiatl
- Tuk'rin, Iron War Boss
- Val Cempas
- Val Cunqu'us
- Val Kladior
- Val Parthus, Coalition Ally
- Val Trekitus
- Val Veorthus
- Val Vinca'ar
- Valus Ozysas

## Loyalists

- Au'gor, Devoted of Calus
- Taurg, Disguised by the Emperor
- Val Dumoar, Sentinel Commander

## Sand Eaters

- Spymaster Haru'ul

## Shadow Legion

- Artillery Commander

- Jagad, the Overwhelming Surge
- Kaaron, Blood Infernal
- Kashur, the Infinite Blaze
- Kraug, the Undeterred
- Kreth, the Living Skyfire
- Krusk, the Sol's Warden
- Kurg, the All-Seeing Force
- Lurg, the Burning Shield
- Machinist Krul
- Magnar the Rockjaw
- Moag, the Deafening Volley
- Ordnance Keeper Tulg
- Overseer Cygar
- Pashk, the Searing Will
- Prusk, the Unequaled Maul
- Purifier Vurst
- Raktar, the Unrelenting
- Resupplier Jern
- Rudoc, Imprisoned Flayer
- Saarut, Blood Infernal
- Security Chief Kolg
- Sheular, Psion Flayer
- Ta'aul, Disgraced Colossus
- Taskmaster Vazar
- Thox, the Smoldering Wasp
- Time Warden Borduros
- Time Warden Braghusk
- Time Warden Calid'Valof
- Time Warden Cratenug
- Time Warden Dranurgh
- Time Warden Legatul
- Time Warden Paranthul
- Time Warden Prectoros
- Time Warden Takronog
- Tluam, Sister of Vrag
- Tomoc, Psion Flayer
- Urche, Psion Flayer
- Val Bulgur
- Val Drueng
- Val Garurc
- Val Ghuusk
- Val Gul
- Val Leng
- Val Palusk
- Val Thum
- Val Tragur
- Val Urgus
- Valus Kratorn
- Valus Lugurg
- Valus Pra'urg
- Valus Trusug
- Valus Zullug
- Vrag, Sister of Tluam

- Tru'urg[180]
- Ulurunth
- Underscribe Shipal
- Ur'Rux
- Va'urn[180]
- Val'ast
- Val'tui
- Val Du'urn[180]
- Val Guscu
- Valus Cau'tor
- Valus Guhrn Or'ohk
- Valus Nohr
- Valus Tha'rag
- Vargessus
- Vatoc
- Voyc, Shadow of the Wilds
- Yerg
- Zahn'ra
- Zhozon

- Bracus Kravaum, Shadow Legion
- Bracus Viguln, Shadow Legion
- Broken Legion Remnant
- Devourer of Tainted Light
- Garaask, Undying Inferno
- Gha'ram
- Gladiator Bra'urn, Elder Brother
- Gladiator Marug, Younger Brother
- Kar'uul, Indomitable Champion
- Ludus, Array Foreguard
- Psion Commander
- Sizmic, the Net-Desecrator
- Tarnus, Shadow Legion Taskmaster
- Testu'udo, Array Bulwark
- Trask
- Val Bho'kaurl
- Valus Dravusk, Shadow Legion
- Valus Gathurn
- Valus Tharum, Gladiatorial Overseer
- Valus Pra'um
- Vraxus, Shadow Legion Saboteur
- Vul'ourn, Shadow Legion Supply Master
- Warden Vincu'us, Shadow Legion
- Zatocc, Devoted to the Witness
- Zo'aurc, Explicator of Planets

- Vrees, Imprisoned Flayer
- Warden Derg
- Zarik, the Booming Voice
- Zerz, the Unstoppable Weight
- Zhagal, Disgraced Colossus

## Siege Dancers

- Bracus Dra'ang
- Val Bou'urc
- Val Ca'aul
- Val Ma'aurg
- Val Zu'uarc

## Skyburners

- Bracus Ma'aulh
- Bracus Thra'aurg
- Valus Gho'ourn

- Ve'ength

# Client species

In addition to the Cabal themselves, the Cabal Empire includes numerous other species whose civilizations were incorporated into the Empire as clients, either willingly or by force. Several of these were part of the Empire before Calus was ousted during the Midnight Coup, while others were encountered by Calus during his exile and joined his Loyalists faction.

- Arkborn
- Clipse
- Eliksni (Sekris, Baron of Shanks)
- Humanity (Lord Saladin)
- Psion
- Sindû
- War Beast

# Command structure

- War Beasts—vicious, four-legged Cabal-tamed creatures who debut in Destiny 2.[183]

- Psion—non-Cabal slaves that have powerful psionic abilities and clairvoyance. They are armed with Slug Rifles, Cabal Slug Shotguns, or Cabal Headhunters. They can move around quicker than other Cabal units.

- Legionary—frontline heavy infantry that form the backbone of the Cabal military. Equipped with jump jets, and armed with Slug Rifles, Projection Rifles, Cabal Slug Shotguns, or Cabal Headhunters

- Phalanx—defensive troops that create impenetrable walls for support. Equipped with Slug Rifles, Cabal Slug Shotguns, and Cabal Shields.

- Incendior—pyrotechnic Cabal units who debut in Destiny 2. They are armed with Cabal Magma Launchers.

- Gladiator—large cleaver-wielding Cabal who debut in Destiny 2. They are armed with Cabal Severi.

- Centurion—field commanders and special operation troops of the Cabal. Equipped with a Solar Shield and jump jets, and armed with either Projection Rifles, Slug Rifles, or Cabal Bronto Cannons.

- Colossus—elite heavy infantry units that lead the battle with their own ferocious size and strength. Armed with either Heavy Slug Throwers or Cabal Slug Launchers, and have the ability to fire homing missiles from pods on the back of their armor. Can also unleash a three-hundred-sixty degree melee attack to inflict tremendous knockback and serious damage.

# Technology

The Cabal rely upon a thick, black, oil-like substance to fuel and supplement much of their technology. It is composed of many unidentified chemicals and is potentially toxic to non-Cabal.[184] They possess technology, or potentially individuals which enable them to shape and transform the features of planetoids,

much like the Hive, but not on the level of the Traveler. This technology has been used by them to draw Mars's moon, Phobos, very close to the planet.[165] They are capable of engineering on enormous scales, as demonstrated by the Traveler Cage, the Almighty, and the Leviathan, and routinely destroy planets for fuel or simply for "getting in the way." [185] Through the Traveler Cage, they demonstrate the ability to manipulate Light via technological means, and can even forcibly bestow it on beings not originally blessed by the Traveler.

# Weaponry

> *"Say what you like about the Cabal. They know guns."*
> — Banshee-44

- Slug Rifle 🔥
  - Red Legion Slug Rifle 🔥
- Projection Rifle 🔥
- Heavy Slug Thrower 🔥
- Cabal Shield ❄
- Energy Shield ❄
- Cabal Frag Detonator 🔥
- Cabal Headhunter 🔥
- Cabal Severus 🔥
- Cabal Bronto Cannon 🟣
- Cabal Magma Launcher 🔥
- Cabal Slug Shotgun ❄
- Cabal Slug Launcher ❄
- Scorpius 🔥 — mechanical turrets that are deployed by the Red Legion and Loyalists. These turrets unleash a barrage of ballistic fire upon their targets.
  - Honored Scorpius 🔥
  - Volcanic Scorpius 🔥
  - Watcher

# Vehicles

- Interceptor (Landbase)
- Interceptor (Airbase)[186]
- Goliath Tank
  - Fleet Goliath Tank
  - Red Legion Goliath
- Imperial Land Tank
- Harvester
- Thresher
- Cabal Carrier
- Traveler Cage
- Cabal Plow
- Cabal Warship
  - The Immortal
- The Almighty
- The Leviathan
- OXA Machine
- Drop pod
- Mining Lander

- Injection Rig
- Imperial Barge

## Utilities

- Portable Cabal Shield
- Cabal Wrench

## Other

- Cabal Battle Network
- Cabal Heavy Munitions

■ Seismic Alarm System[187]

## Guardian's Arsenal

### Exotic Weaponry

- Grand Overture - ❄ Machine Gun
- Legend of Acrius - ☀ Heavy Shotgun
- Heartshadow - ◉ Sword
- Leviathan's Breath - ◉ Heavy Combat Bow
- Ticuu's Divination - 🔥 Combat Bow
- Skyburner's Oath - 🔥 Scout Rifle
- Heir Apparent - 🔥 Machine Gun

### Exotic Armor

- Dunemarchers - Titan Legs

### Legendary Armor

- Ace-Defiant Suit - Hunter set
- Emperor's Agent Suit - Hunter set
- Emperor's Champion Suit - Titan set
- Emperor's Minister Suit - Warlock set
- Equitis Shade Suit - Hunter set
- Feltroc Suit - Hunter set
- Fulminator Suit - Warlock set
- Insigne Shade Suit - Warlock set
- Nohr Suit - Titan set
- Praefectus Suit - Titan/Hunter/Warlock sets
- Rull Suit - Titan set
- Sekris Suit - Warlock set
- Shadow of Judgment Suit - Warlock set
- Shadow of War Suit - Titan set
- Shadow of Silence Suit - Hunter set
- Turris Shade Suit - Titan set
- Tusked Allegiance Suit - Titan/Hunter/Warlock sets

### Legendary Weapons

- Extraordinary Rendition - ✸ Submachine Gun
- D.F.A. - ✸ Hand Cannon
- Midnight Coup - ◉ Hand Cannon
- Ghost Primus - ✸ Auto Rifle
- Piece of Mind - ✸ Pulse Rifle
- Last of the Legion - ✸ Sidearm
- Alone as a God - ◉ Sniper Rifle
- Thoughtless - ❄ Sniper Rifle
- Recurrent Impact - ❄ Machine Gun
- Imperial Needle - ◉ Bow
- Under Your Skin - ◉ Bow
- Brass Attacks - ◉ Sidearm
- Inaugural Address - ◉ Pulse Rifle
- The Emperor's Envy - ◉ Fusion Rifle
- Zenith of Your Kind - ◉ Shotgun
- I Am Alive - ◉ Grenade Launcher
- Threaded Needle - ◉ Linear Fusion Rifle
- Conspirator - 🔥 Scout Rifle
- Mob Justice - 🔥 Submachine Gun
- Far Future - 🔥 Sniper Rifle
- Explosive Personality - 🔥 Grenade Launcher
- Code Duello - 🔥 Rocket Launcher
- It Stared Back - 🔥 Sword
- Sweet Sorrow - ❄ Auto Rifle
- Sins of the Past - ❄ Rocket Launcher
- Traitor's Fate - ❄ Sword

## Trivia

- The Cabal were the second enemy faction to make their appearance in Destiny, shown in the Law of the Jungle trailer, being preceded by the Fallen.
- The Cabal are sometimes informally referred to by Guardians as "War Rhinos" or "Space Turtles". [citation needed]
- The official *Destiny* guide mentioned an additional Cabal legion, the Bone Crushers, but this Legion never appeared in the game.[188]
  - However, it's possible that the Blind Legion were originally called the Bone Crushers, until the game was completed, as their symbol is a skull.
- A cabal is a group of people united in some close design together, usually to promote their private views or interests in a church, state, or other community, often by intrigue. Usually, when

organizations are labeled "cabal" it is a negative connotation that implies dark or sinister intent.[189]

- Many Cabal units are named after features of the Roman Empire's military. Legionaries are the foot soldiers of both armies, Phalanx is a military formation, and Centurions were officers in the army.
- Until *The Taken King*, the Cabal were the only enemy species who did not share a world with the Fallen. *The Taken King* added the remnants of the Fallen House of Wolves to Mars.
- Concept art showed Cabal working together with Fallen, indicating a possible alliance between the two races similar to that of the Covenant from Bungie's acclaimed *Halo* franchise.[190][191] However, this was later revealed to be concept art of the Taken.
- Prior to Destiny 2, Cabal typically had two syllables and commas in their names.
- The Cabal were called space rhinos by Cayde-6.[*citation needed*]
- Along with the Taken, the Cabal are the only faction of enemies that do not have a Kamikaze unit.
- Emperor Calus and Empress Caiatl are the only major cabal leaders to survive their respective encounters with the guardians (although Calus did so by not actually physically meeting the Guardians, whereas Empress Caiatl did so by negotiating a treaty and using the Rite of Proving to prevent all-out warfare).

# Non-canon appearances

## Rising Timeline

*Main article: Cabal/Rising*

# Gallery



 Browse more images on this article's gallery page.



Red Legion Troops.



The Cabal Exclusion Zone.



Cabal in battle.

Early concept art of the Cabal.





Concept art of the Cabal.





Cabal concept art alongside a model of one.





A Cabal not in armor.

Concept art of a Cabal not wearing armor.

11/10/25, 3:15 PM
Case 2:24-cv-02387-SM-MBN     Document 69-15     Filed 11/11/25     Page 48 of 54
Cabal - Destinypedia, the Destiny wiki



Concept art of Cabal not wearing helmets.

Cabal warships.





Concept art of the Cabal vehicles.

Concept render of Cabal base.





Concept render of Cabal deployable base.

# List of appearances

- *The Law Of The Jungle* (First appearance)
- *Destiny*
  - *House of Wolves*
  - *The Taken King*
  - *Rise of Iron*
  - *The Dawning*
- *Cabal Booklet*
- *Destiny 2*
  - *Curse of Osiris*
  - *Warmind*
  - *Forsaken*
  - *Season of the Forge*
  - *Season of the Drifter*
  - *Season of Opulence*
  - *Shadowkeep*

- - *Season of Dawn*
  - *Season of the Worthy*
  - *Season of Arrivals*
  - *Beyond Light*
  - *Season of the Hunt*
  - *Season of the Chosen*
  - *Season of the Splicer*
  - *Season of the Lost*
  - *30th Anniversary Pack*
  - *The Witch Queen*
  - *Season of the Risen*
  - *Season of the Haunted*
  - *Season of Plunder*
  - *Season of the Seraph*
  - *Lightfall*
  - *Season of Defiance*
  - *Season of the Deep*
  - *Season of the Witch* (Mentioned only)
  - *Season of the Wish* (Mentioned only)
  - *The Final Shape*
  - *Episode: Echoes*
  - *Episode: Revenant*
  - *Episode: Heresy* (Mentioned only)
  - *Reclamation*
- *Destiny: Warmind*
- *Destiny: Cayde's Six*
- *Destiny Grimoire Anthology, Volume II* (Mentioned only)
- *The Hidden Dossier* (Mentioned only)
- *Beloved* (Mentioned only)
- *Destiny Grimoire Anthology, Volume V* (Mentioned only)

# References

1. Destiny Live Action Trailer (https://www.youtube.com/watch?v=9ZyQK6kUdWQ)
2. **Bungie (2015/9/15)**, *Destiny: The Taken King - Grimoire:Enemies/Cabal, Ghost Fragment: Cabal 4*
3. **Cabal Booklet'**, "An Invitation"
4. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Cabal, The Cabal*
5. **Bungie (2014/9/9)**, *Destiny*
6. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Cabal, Ghost Fragment: Cabal 2*
7. The Enemies of Destiny (http://www.gameinformer.com/b/features/archive/2013/12/16/the-enemies-of-destiny.a spx)
8. **Bungie (2015/9/15)**, *Destiny: The Taken King - Ghost scan: PHO-FBK-8*
9. **Bungie (2015/9/15)**, *Destiny: The Taken King - Ghost scan: PHO-FBK-6*
10. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Cabal, Ghost Fragment: Cabal*
11. **Bungie (2017/8/9)**, *Destiny 2 - Item Description: Legend of Acrius*
12. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Item Description: Bell of Conquests*
13. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Item Description: Praefectus Cuirass / Plate / Robes*
14. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Item Description: Gilded Conquest (https://www.ishtar-co llective.net/items/gilded-conquest)*
15. **Bungie (2023/5/23)**, *Destiny 2: Season of the Deep - Item Description: Last Rite*
16. **Cabal Booklet**, "The General: Evocate-General Umun'arath, Primus of All Legions"
17. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:From the Front, I. The Hopeful Legion*
18. **Bungie (2017/12/5)**, *Destiny 2: Curse of Osiris - Item Description: Mask of Nohr*
19. **Bungie (2017/8/9)**, *Destiny 2 - Item Description: Inaugural Address*

20. **Bungie (2017/9/8)**, *Destiny 2 - Item Description: Alone as a God*
21. **Cabal Booklet**, "The Bodyguard: Lictor Shayotet, the Emperor's Protector"
22. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Item Description: Hammer of Proving*
23. **Bungie (2017/8/9)**, *Destiny 2 - Item Description: Ghost Primus*
24. **Bungie (2017/8/9)**, *Destiny 2 - Item Description: Conspiritor*
25. **Cabal Booklet**, "The Scientist: Freeborn Otzot, Psion Savant"
26. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Insigne Shade Gloves*
27. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Equitis Shade Boots*
28. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Equitis Shade Cloak*
29. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Equitis Shade Grips*
30. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Turris Shade Helm*
31. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Insigne Shade Cover*
32. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Insigne Shade Robes*
33. **Bungie (2018/8/5)**, *Destiny 2: Warmind -Item Description: Equitis Shade Rig*
34. **Bungie (2018/8/5)**, *Destiny 2: Warmind - Item Description: Turris Shade Gauntlets*
35. **Bungie (2017/9/8)**, *Destiny 2 - Item Description: Midnight Coup*
36. **Cabal Booklet**, "Ghaul the Dominus"
37. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Lore:Confessions, Entry I*
38. **Bungie (2014/9/9)**, *Destiny - Cerberus Vae III*
39. **Bungie (2015/9/15)**, *Destiny: The Taken King - Grimoire:Places/Mars, Fleetbase Korus, Phobos*
40. **Bungie (2015/5/19)**, *Destiny: House of Wolves - Grimoire:Activities/Crucible Arenas, Black Shield*
41. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Vex, Virgo Prohibition*
42. **Bungie (2017/8/9)**, *Destiny 2 - Item Description: Dunemarchers*
43. **Bungie (2015/5/19)**, *Destiny: House of Wolves - Grimoire:Enemies/Cabal Command, Valus Trau'ug*
44. **Bungie (2014/9/9)**, *Destiny - The Garden's Spire*
45. **Bungie (2014/9/9)**, *Destiny - Dust Palace*
46. **Bungie (2015/9/15)**, *Destiny: The Taken King - Grimoire:Enemies/Cabal, Ghost Fragment: Cabal 3*
47. **Bungie (2015/9/15)**, *Destiny: The Taken King - Grimoire:Enemies/Cabal, Skyburners*
48. **Bungie (2015/9/19)**, *Destiny: The Taken King - The Coming War*
49. **Bungie (2015/9/19)**, *Destiny: The Taken King - Enemy of My Enemy*
50. **Bungie (2015/9/15)**, *Destiny: The Taken King - Shield Brothers*
51. **Bungie (2015/9/19)**, *Destiny: The Taken King - Outbound Signal*
52. **Bungie (2017/9/8)**, *Destiny 2 - Item Description: Skyburner's Oath*
53. **Bungie (2015/9/15)**, *Destiny: The Taken King - The Wolves of Mars*
54. **Bungie (2015/9/15)**, *Destiny: The Taken King - Grimoire:Enemies/Cabal, Cabal Champions*
55. **YouTube** - *Destiny 2 – Official "Our Darkest Hour" E3 Trailer* (https://www.youtube.com/watch?v=D8E7jUjO Qi0)
56. **Bungie (2017/8/9)**, *Destiny 2 - Homecoming*
57. **Bungie (2017/8/9)**, *Destiny 2 - Adieu*
58. **Bungie (2017/8/9)**, *Destiny 2 - Utopia*
59. **Bungie (2017/8/9)**, *Destiny 2 - Sacrilege*
60. **Bungie (2017/8/9)**, *Destiny 2 - Ghost scan: NE-CST-4*
61. **Bungie (2017/8/9)**, *Destiny 2 - Spark*
62. **Bungie (2017/8/9)**, *Destiny 2 - Supply and Demand*
63. **Bungie (2017/8/9)**, *Destiny 2 - Unbroken*
64. **Bungie (2017/8/9)**, *Destiny 2 - Anti-Anti-Air*
65. **Bungie (2017/8/9)**, *Destiny 2 - 1AU*
66. **Bungie (2017/8/9)**, *Destiny 2 - Chosen*
67. **Bungie (2017/8/9)**, *Destiny 2 - Dark Alliance*
68. **Bungie (2017/8/9)**, *Destiny 2 - The Inverted Spire*
69. **Bungie (2017/8/9)**, *Destiny 2 - The Arms Dealer*
70. **Bungie (2017/12/5)**, *Destiny 2: Curse of Osiris - Tree of Probabilities*
71. **Bungie (2018/5/8)**, *Destiny 2: Warmind*
72. **Bungie (2017/8/9)**, *Destiny 2 - Leviathan*
73. **Bungie (2017/8/9)**, *Destiny 2 - Invitation from the Emperor*
74. **Bungie (2017/12/5)**, *Destiny 2: Curse of Osiris - Leviathan, Eater of Worlds*
75. **Bungie (2018/5/8)**, *Destiny 2: Warmind - Item Description: The Emperor's Envy*

76. **Bungie (2018/5/8)**, *Destiny 2: Warmind - Item Description: Last of the Legion*
77. **Bungie (2018/5/8)**, *Destiny 2: Warmind - Leviathan, Spire of Stars*
78. **Bungie (2018/10/4)**, *Destiny 2: Forsaken - Warden of Nothing*
79. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - European Aerial Zone*
80. **Bungie (2018/9/4)**, *Destiny 2: Forsaken - Item Description: Wanted: Valus Dulurc (https://www.ishtar-collectiv e.net/items/wanted-valus-dulurc)*
81. **Bungie (2018/9/4)**, *Destiny 2: Forsaken - WANTED: Combustor Valus*
82. **Bungie (2018/9/4)**, *Destiny 2: Forsaken - WANTED: Blood Cleaver*
83. **Bungie (2019/6/3)**, *Weblore:Season of Opulence - "Am I to cast a Shadow?"*
84. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Item Description: Shadow's Plate*
85. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Item Description: Shadow's Gauntlets*
86. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Crown of Sorrow*
87. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Item Description: Penumbral Mark*
88. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Item Description: Penumbral Bond*
89. **Bungie (2019/12/10)**, *Destiny 2: Season of Dawn*
90. **Bungie (2019/12/10)**, *Destiny 2: Season of Dawn - The Sundial*
91. **Bungie (2020/2/4)**, *Weblore:Season of Dawn - Joining*
92. **Bungie (2020/3/10)**, *Destiny 2: Season of the Worthy - Crash Course (https://youtu.be/2lCOjueWHgs?t=49&si =vWSVU0bZCrjOpIwI)*
93. **Bungie (2020/3/10)**, *Destiny 2: Season of the Worthy - Seraph Tower*
94. **Bungie (2020/3/10)**, *Destiny 2: Season of the Worthy - In Rides A Pale Horse*
95. **Bungie (2020/6/9)**, *Destiny 2: Season of Arrivals - Lore:The Singular Exegete, CONTACT*
96. **Bungie (2020/6/9)**, *Destiny 2: Season of Arrivals - Contact*
97. **Bungie (2020/11/16)**, *Weblore:Season of the Hunt - Immolant Pt. 2*
98. **Bungie (2020/11/10)**, *Destiny 2: Season of the Hunt - Vanguard Transmissions*
99. **Bungie (2020/11/10)**, *Destiny 2: Season of the Hunt - Item Description: Wild Hunt Helm*
100. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Empress, CHAPTER 4: SOLDIERS*
101. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Empress, CHAPTER 5: NEW GODS*
102. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Empress, CHAPTER 6: BATTLE SONG*
103. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - H.E.L.M. Radio Message: Caiatl and Zavala's discussion*
104. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Empress, CHAPTER 7: CORONATION*
105. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Empress, CHAPTER 9: TRUCE*
106. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Empress, CHAPTER 8: EMPRESS*
107. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Peace (https://youtu.be/8OSUVBTGyD4?t=79)*
108. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Battleground: Behemoth*
109. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Battleground: Hailstone*
110. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Battleground: Foothold*
111. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - H.E.L.M. Radio Message: Caiatl's Message to Zavala*
112. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:From the Front, VII. The Imperial Throne*
113. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Proving Grounds*
114. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Unmasked (https://youtu.be/8OSUVBTGyD4?t=306)*
115. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - H.E.L.M. Radio Message: Qalec's Execution*
116. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Lore:Captain's Log*
117. **Bungie (2021/2/9)**, *Destiny 2: Season of the Chosen - Presage*
118. **Bungie (2021/8/24)**, *Destiny 2: Season of the Lost - Item Description: Vulpecula*
119. **Bungie (2021/8/24)**, *Destiny 2: Season of the Lost - Lore:Ripples, I - Ambush*
120. **Bungie (2021/8/24)**, *Destiny 2: Season of the Lost - Item Description: Peacebond*
121. **Bungie (2021/8/24)**, *Destiny 2: Season of the Lost - Item Description: The Hothead*
122. **Bungie (2022/2/22)**, *Destiny 2: The Witch Queen - The Arrival*
123. **Bungie (2022/2/22)**, *Destiny 2: The Witch Queen - The Communion*
124. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - Alliance (https://youtu.be/_VkMYeN7PRg)*
125. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - PsiOps Battleground: EDZ*
126. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - PsiOps Battleground: Cosmodrome*
127. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - PsiOps Battleground: Moon*
128. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - Life (https://youtu.be/_VkMYeN7PRg?t=319)*
129. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - H.E.L.M. Radio Message: Crow & Saladin's Discussion*
130. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - H.E.L.M. Radio Message: Caiatl's message*

131. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - Lore:Quintessence, V - Rite Proven*
132. **Bungie (2022/2/22)**, *Destiny 2: Season of the Risen - Vox Obscura*
133. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Operation: Midas*
134. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Herald (https://youtu.be/DWHphu-iT3w?t=68)*
135. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Nightmare Containment*
136. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Sever*
137. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Sever - Rage*
138. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - H.E.L.M. Radio Message: Caiatl and Eris' discussion*
139. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Sever - Resolve*
140. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Catharsis*
141. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Catharsis (https://youtu.be/DWHphu-iT3w?t=421)*
142. **Bungie (2022/5/24)**, *Destiny 2: Season of the Haunted - Duality*
143. **Bungie (2022/12/6)**, *Destiny 2: Season of the Seraph - ABHORRENT IMPERATIVE*
144. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - First Contact*
145. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - Downfall*
146. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - On The Verge*
147. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - No Time Left*
148. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - Calus Afraid (https://www.youtube.com/watch?v=7BLYLVaZVQ0&t=931s)*
149. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - Headlong*
150. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - Desperate Measures*
151. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - Partition: Hard Reset*
152. **Bungie (2023/2/28)**, *Destiny 2: Lightfall - Root of Nightmares*
153. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Defiant Battleground: EDZ*
154. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Lake of Shadows*
155. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - The Arms Dealer*
156. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Defiant Battleground: Cosmodrome*
157. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Defiant Battleground: Orbital Prison*
158. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Mission: Jailbreak*
159. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Country Radio: Mara comforts Crow*
160. **Bungie (2023/2/28)**, *Destiny 2: Season of Defiance - Mission: Retribution*
161. **Bungie (2015/9/15)**, *Destiny: The Taken King - Item Description: Silence of A'arn*
162. **Bungie (2015/9/15)**, *Destiny: The Taken King - Grimoire:Activities/Crucible Arenas, Vertigo*
163. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Cabal, Sand Eaters*
164. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Cabal Command, Bracus Tha'aurn*
165. **Bungie (2014/9/9)**, *Destiny - Grimoire:Enemies/Cabal Command, The Psion Flayers*
166. **YouTube** *Bungie at GDC 2013: Destiny Character Development (https://www.youtube.com/watch?v=bOcioqwN2Hc)*
167. **Game Informer: The Enemies of Destiny** (http://www.gameinformer.com/b/features/archive/2013/12/16/the-enemies-of-destiny.aspx?PostPageIndex=1)
168. **Beloved,** "I am seven years old."
169. **Beloved,** "I am three. Something has gone wrong between the woman and my father."
170. **reddit** - *Observance comments on Have you read the Book of Sorrows? It's extremely revealing about the origin of the Hive, and maybe the Darkness.* (https://www.reddit.com/r/DestinyTheGame/comments/3lqcq1/have_you_read_the_book_of_sorrows_its_extremely_revealing/)
171. **Bungie (2019/6/4)**, *Destiny 2: Season of Opulence - Lore:Confessions, Entry V*
172. **Bungie (2018/9/4)**, *Destiny 2: Forsaken - Drifter: "That's Not Fat on the Cabal. It's Muscle." (https://www.youtube.com/watch?v=QIPDieZmf4s)*
173. **Bungie (2014/12/9)**, *Destiny: The Dark Below - Grimoire:Allies/Rasputin, Ghost Fragment: Rasputin 2*
174. **Bungie (2018/9/4)**, *Destiny 2: Forsaken - Lore:The Forsaken Prince, On the Hunt*
175. **Bungie (2017/8/9)**, *Destiny 2 - Reversing the Polarity*
176. **Destinythegame:** *Our enemies* (http://www.destinythegame.com/info/enemies)
177. **Bungie (2015/9/15)**, *Destiny: The Taken King - Item Description: Judgment of Mars*
178. **Bungie (2014/9/9)**, *Destiny - Grimoire:Activities/Story: Mars, Meridian Bay, The Garden's Spire*
179. **Bungie (2017/8/9)**, *Destiny 2: Curse of Osiris - Item Description: D.F.A.*
180. **Autograph Book**
181. **Bungie (2025/2/4)**, *Destiny 2: Episode: Heresy - Item Description: Psychopomp*

182. **Destiny Grimoire Anthology, Volume V**, "Prologue", *6*
183. *Destiny 2 - "Rally the Troops" Worldwide Trailer* (https://youtu.be/ZJLAJVmggt0%7C)
184. **Bungie (2015/9/15)**, *Destiny: The Taken King - Ghost scan: DNT-DE6-3*
185. **Bungie (2014/9/9)**, *Destiny - Exclusion Zone*
186. **Bungie (2018/5/8)**, *Destiny 2: Warmind - Item Description: Equitis Shade Cowl*
187. **Bungie (2017/8/9)**, *Destiny 2 - Red Legion, Black Oil*
188. *Destiny Official Strategy Guide*
189. **Wikipedia.org** *Cabal* (https://en.wikipedia.org/wiki/Cabal)
190. **IGN** *Destiny Concept Art Analysis* (http://www.ign.com/videos/2013/02/17/destiny-concept-art-analysis)
191. **Forbes.com** *Bungie's Destiny Revealed* (https://www.forbes.com/sites/michaelvenables/2013/02/17/bungies-destiny-unveiled/)

 Your Privacy Choices

Retrieved from "https://www.destinypedia.com/index.php?title=Cabal&oldid=359891"

# Contribute

Destinypedia's pages can be edited.
Is this page incomplete? Is there anything wrong?
**Change it!**
Main page About Special pages Help Disclaimers Privacy policy Mobile View Edit this page
Discuss this page

Page history

# Recent contributors to this article

The following users recently contributed to this page:

