# Exhibit O

**PageVault**

| | |
|---|---|
| Document title: | Bungie - We are proud to announce an upcoming Destiny Grimoire... \| Facebook |
| Capture URL: | https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivD janm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol |
| Page loaded at (UTC): | Thu, 09 Oct 2025 22:18:43 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 22:18:47 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 54.84.95.84 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 21 |
| Capture ID: | mao8NbeKVT6XLFXir8D28Z |
| Display Name: | abhi |

PDF REFERENCE #:     bBxAcTkbJ9wgJhJib2vSUw

BNG-00091626

C-bungie-0000012039



Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

Page 1 of 20

BNG-00091627

C-bungie-0000012039

**Bungie's Post**



**Joshua Wadden**
Brian Rommel it's not the fact that they did it in the first place, it's the fact that it was once free, they took it away, and are now trying to sell you what was once free. The Bungie way.
7y  Like  Reply

**Jacob Bloom**
This is for collectors
7y  Like  Reply

**Mason Benoist**
You can still read the lore for free, this is only if you want a physical copy
7y  Like  Reply  2

**Kevin Sissons**
Go play Warframe then.
7y  Like  Reply  2

**Juan Rivera**
Warframe... 😂😂😂😂
7y  Like  Reply  2

**Joshua Wadden**
Since when does Bungie care about lore anyway? It became pretty apparent that they don't even care about their own lore when Ana Bray was suddenly back from the dead, Rasputin was suddenly on Mars rather than earth, and Zavala was suddenly against using Warminds when he was all for it in D1 but that's none of my business 👀
7y  Like  Reply

**Arnold Black Bull Jr.**
Warframe is pay to win shut up 😂😂😂
7y  Like  Reply  2

**Joshua Wadden**
Arnold Black Bull Jr. Clearly you've never played it then 😂
7y  Like  Reply

**Michael Gilbert Bartell**
Joshua Wadden Rasputin was on Mars in D1.
7y  Like  Reply

**Michaela Shinozaki**
Arnold Black Bull Jr. Warframe is Free2Play. Yes, you can save time if you buy stuff in the game with real money, but you can get everything in the game for free, if you want. You only have to play it, and it's good. I like both, Destiny and Warframe.
7y  Like  Reply  Edited

**Arnold Black Bull Jr.**
Joshua Wadden yup space ninja all the way
7y  Like  Reply

**Eneree Cranford Jr.**
I hate Destiny and Bungie so much that I'm gonna continue to talk about them when I get the chance. I'm even gonna continue to follow them on social media. That'll teach em
7y  Like  Reply

Reply to Joshua Wadden...

**Isai Maldonado**
Why buy something that the next writing team will just turn into non-canon "folk tales" like D2's writing team did with D1's lore. Fuck right off lmao
7y  Like  Reply  4

**Max Fritsche**
Lol 😂 bruh
7y  Like  Reply

Reply to Isai Maldonado...

**Tiffany Warner**
YES YES YES YES YES!!!! 🖤🖤🖤🖤🖤🖤🖤🖤🖤🖤🖤🖤🖤 I don't care what people say or think, do t care of it was free or not in the past, i buy anything and everything that is Destiny cause I'm a hardcore fan! This game with the lore and its story line always keeps me on my toes and hungry for more!!! I LOVE DESTINY!!!!
7y  Like  Reply  Edited

**Paige George**
Is this going to be he a limited time/limited print? I would LOVE to order one but I've got

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

Page 2 of 20

BNG-00091628



Bungie's Post

**Tiffany Warner**
YES YES YES YES YES!!!! ♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥♥ I don't care what people say or think, do I care of it was free or not in the past, I buy anything and everything that is Destiny cause I'm a hardcore fan! This game with the lore and its story line always keeps me on my toes and hungry for more!!! I LOVE DESTINY!!!!
7y    Like    Reply    Edited

**Paige George**
Is this going to be for a limited time/limited print? I would LOVE to order one but I've got to wait a couple weeks 😊
7y    Like    Reply

**Nathan Dick**
Come on guys. Don't bitch that Bungie is desperately trying to make some money before they shut down because no one plays their crap game anymore. It's not like they have lied to us like so many times that we don't trust them anymore. They certainly haven't screwed up a beloved franchise so bad that most of us have just walked away. Let's just give them a break. Programming and making content is hard.
7y    Like    Reply

**Daniel Lorien**
So, it's a compendium of Lore that you can disregard, ignore and change when it doesn't fit your new content.
7y    Like    Reply

**Christopher Sudworth**
about time, this took so long that i made one myself by writing them down in a warhammer 40k journal
7y    Like    Reply

**Kristoffer Sviggum Gundersen**
When people say "Oh, the lore was available on a website", they forget that this is an actual book. Something physical that they can actually hold in their hands. If people prefer reading the lore online, do that then, don't cry about a collectible for a game.
7y    Like    Reply    2

**Robert Holden**
Was going to grab this until they wanted another 20 to ship it too me it really felt like bungie
7y    Like    Reply

**Cristina Sanda**
Just had to bring the dead ghosts back like finding them in the first destiny!! Now you did something like that on mars. Just not enough! It's now only raids and public events.. that why i cant play the game like before.. just cant wait till forsaken DLC and i hope **Bungie** made it alot more fun with alot more activities! And special stuff to grind for.. step it up because i really loved the game how it was. If i could work with you guys i would know how to make tour costumers happy 👍😊
7y    Like    Reply

**Vitaly JS**
At the one side its nice to see that the grimmore is back!.. at the other side it was free before and now we have to pay for it. 😊 why IT wasnt put in the game is clear right now....
7y    Like    Reply    Edited

**Cristiano Briganti**
I'd REALLY love to buy this book,but I'd rather buy it on Amazon: my Destiny 1 t-shirt NEVER arrived. In one year...
7y    Like    Reply

**Derick Petrosky**
Great, more shit to pay for, wait awhile, and pay to unlock more of it. Way to give your once loving consumers the finger again.
7y    Like    Reply

> **Lachlan Munns**
> The lore is freely available online from multiple websites. This is paying for a physical book
> 7y    Like    Reply

> **Derick Petrosky**
> You missed the point about 32 micro transactions ago...
> 7y    Like    Reply

> Reply to Derick Petrosky...

**Adam Miller**
I remember when a guy made his own book with all the lore
And bungie made him remove it
He was giving digital copies away for free

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091629

C-bungie-0000012039



C-bungie-0000012039

**Bungie's Post**



**Zach Kulinski**
Jonathan Gould you just agreed to my point. You just went more in-depth about it. The traveler choose to go to the fallen first but did flee I agree but that is what happened
7y   Like   Reply

**Lachlan Munns**
But the fallen when never guardians like our characters. And unless I missed something where does bungie change that part of the lore?
7y   Like   Reply

Reply to Zach Kulinski...

**Jon Steel**
What Kind of paper is it printed on? i ask because the Insula Thesauraria had a really nice texture. (for the few pages it had)
7y   Like   Reply

**Tom Kocanda**
This is awesome. I'll proudly have it on the book shelf. Something just cool about a printed book version of it.
7y   Like   Reply

**Michael Vincent McKinney**
So much of this is free in the game and the app, but I totally appreciate having it all in a single place that isn't on an electronic screen. Thank you Bungie!
7y   Like   Reply

**Aaron Higgins**
Simon Brittany Sarah Benji At least they're letting people read it again...plus this is like....$200 cheaper than printing it ourselves lol
7y   Like   Reply

**Benji Thomas Maxamillian Watson**
This is sooo good!!!
7y   Like   Reply

Reply to Aaron Higgins...

**Alex Musicman**
Brace yourself for once again the wave of whiners that most likely dont even play the game, because God forbid Bungie is allowed to make profit from merchandise around it's product.
7y   Like   Reply

**Marco Gonzalez**
They've already made so much profit from everything they sell. At what point are we going to see any of the benefits from all that money? They're not making the game any better. Foresaken DLC is basically selling you destiny 1 version 2.0.
7y   Like   Reply

**Steven Warminski**
Marco Gonzalez the beauty of a Capitalist system is the fact you don't NEED to buy it. If you don't like the product, or even if you think it's overpriced don't get it.
7y   Like   Reply

**Mariana Moya**
Todo está muy bien, pero que es esto? 😕
7y   Like   Reply   See translation

**Daniel Wardle**
This is purely for fans of destiny, or books. If you dont like either i have bad news.
7y   Like   Reply

**Brodie Burnett**
Brace yourselves for the "brace yourselves" wankers
7y   Like   Reply

Reply to Alex Musicman...

**Gavin Scullion**
Loreporn at its finest and now I have to sell something so I can preorder as Foresaken will already clear me out. Should be mad but, oh Bungo, your world you made has captured my heart and now I need the book with the lore and the pretty pictures.
7y   Like   Reply

**Dan Kilpatrick**
What a surprise ... something that should be free and in-game is a book you have to buy. WARFRAME FOR LIFE.
7y   Like   Reply

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091631

C-bungie-0000012039



**Bungie's Post**

Gavin Scullion
Loreporn at its finest and now I have to sell something so I can preorder as Foresaken will already clear me out. Should be mad but, oh Bungo, your world you made has captured my heart and now I need the book with the lore and the pretty pictures.

7y   Like   Reply

Dan Kilpatrick
What a surprise ... something that should be free and in-game is a book you have to buy. WARFRAME FOR LIFE.

7y   Like   Reply

Tim Karasko
I actually like this. I liked having the cards on the app that I could read from time to time. A book would be a nice extra.

7y   Like   Reply

Raymond Johnson
Sweet! I love what the first game became and that journey getting there. Had you kept the first game in place and built your destiny 2 ideas on top of it would be more apt to continue said journey. Love the grimoire cards from the first installment, though. Deck of cards next, guys?

7y   Like   Reply

Jake Jass
It's a colectable guys. They ar3 adding a lore tab to the game. This is no different than any other game product.

7y   Like   Reply

Kevin Nem
I was hoping you were bringing the old grimoire layout back 😢

7y   Like   Reply

Brett Huxel
I mean this is an excellent idea on Bungies part. However the fans built the Grimoire hub site Ishtar Collective which renders this Anthology book, as redundant and unnecessary.

7y   Like   Reply

  Ethan Hockaday
  1. Bungie had the grimoire on their site, Ishtar Collective just had all of it unlocked and organized.
  2. People have been asking for this for several years now.

  7y   Like   Reply

  Brett Huxel
  Or they could have been a lore buff and actually paid attention to the backstory in Destiny. I was and still am.

  7y   Like   Reply

  Brett Huxel
  However I am fully aware that Bungie had the Grimoire on their site, in fact before I knew of Ishtar Collective or Destinypedia I used the Bungie site for reference. I was such a buff for lore, By the end of Destiny I had 5480 Grimoire score. Then the PS4 exclusive strike and weapons became available on Xbone and I went back to increase the score to 5500.

  7y   Like   Reply

  Brett Huxel
  And Crucible ghosts as well.

  7y   Like   Reply

  Lachlan Munns
  But let's be honest, a book with artwork is nicer than a website

  7y   Like   Reply

  Reply to Brett Huxel...

San Fields
I think all the grimoire cards from D1 should be imported to D2 , thats the only way to show who is a true veteran .

7y   Like   Reply

Brad Newman
Ordered already, was thinking about ordering 2 incase they sell out quick but I cant wait to get it!

7y   Like   Reply

Annelieke ten Voorde - Marks
So, y'all saying lore should be in game, did you miss the information about the upcoming update? In-game lore will come with the Forsaken update.

7y   Like   Reply

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

C-bungie-0000012039



**Bungie's Post**

7y  Like  Reply

**Brad Newman**
Ordered already, was thinking about ordering 2 incase they sell out quick but I cant wait to get it!

7y  Like  Reply

**Annelieke ten Voorde - Marks**
So, y'all saying lore should be in game, did you miss the information about the upcoming update? In-game lore will come with the Forsaken update.

7y  Like  Reply

**Jake Jass**
It's so crazy how people seem to just forget that and just want to wine. This is awesome. I just wish it was maybe all the grimore for D1in one book.

7y  Like  Reply

Reply to Annelieke ten Voorde - Marks...

**Andrew Lindsay**
This is actually all I've ever wanted since you removed the grimoire from the app. I loved adding to my grimoire and frankly I cared less about destiny 2s background because it wasn't there. This is an excellent move Bungie.

7y  Like  Reply

**Jose Olivas**
If you guys got a story then... why not included in the first place...
I mean the game has felt like it has no course... Dumping characters and storylines... The darkness, the exo stranger, the houses of the fallen, etc...you just keep dumping story plots...
THEN the game missions would hava lasted more than 5 minutes to clear and there would be something like a destiny, a goal, an enemy... It feels like a game without identity.

7y  Like  Reply

**Jose Olivas**
Nope they admitted they dropped a bunch of stuff since vanilla. And they are pasting trying to put the pieces together.
And brays sister idea was stupid... Honestly I loved the games man. But admit it...it lacks essence it is messed up.

7y  Like  Reply

**Charlie Wahl**
It was included, if you actually played the game.

7y  Like  Reply

Reply to Jose Olivas...

**Valerie Lopez**
I so need this!! And FYI there's always more lore than can be put into any single media. That's why the Silmarillion exists in the Lord of the Rings universe. If it upsets you that much, maybe you don't care about lore that much. Leave it for those of us that do. 😊

7y  Like  Reply

**Branden Mourre**
I guess you also don't care that characters in the lore such as Xol we're brutally butchered in game because they care more about preserving the lore in secondary media sources instead of in the source of media that it originanated from. Would be like Tolkien sold magazines for $10 a pop that gave readers 90% of the deep lore of LoTR and gave us the other 10% of the story and charged $60 for that book.

7y  Like  Reply

**Branden Mourre**
You can tell me that there is so little space for lore in Destiny 2, a full size Triple A title that their explanation was that Xol was a hive god that was real mad, go kill him.

7y  Like  Reply

**Valerie Lopez**
The Silmarillion was after the Hobbit, got my books mixed up. But still, clearly enough people care for them to have put it out there. And it's not nearly as expensive as some lore books I've seen. Definitely would have been nice to be free in game, but at least it's available somehow. Can't blame Bungie for trying.

7y  Like  Reply

Reply to Valerie Lopez...

**Kirk Wagner**
Used all that stolen money from the XP throttle to fund your little destiny bible huh....fuckin lame bungie.

7y  Like  Reply

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091633

C-bungie-0000012039



Bungie's Post

Valerie Lopez
The Silmarillion was after the Hobbit, got my books mixed up. But still, clearly enough people care for them to have put it out there. And it's not nearly as expensive as some lore books I've seen. Definitely would have been nice to be free in game, but at least it's available somehow. Can't blame Bungie for trying.

Reply to Valerie Lopez...

Kirk Wagner
Used all that stolen money from the XP throttle to fund your little destiny bible huh...fuckin lame bungie.

7y    Like    Reply                                                        2

Gerry Alden
Jebus, want a bunch of dicks and dick comments. It's merchandise, like T-shirts, art books and character statues. They are all related to game content, but available for fans/collectors in a different media format. Like most merch this will be licensed out. Destiny is a business not a bloody charity you 'entitled' pricks.

Sigh; that feels better, glad I got that off my chest.

7y    Like    Reply    Edited                                            108

Brenton Hill
This!!!🤣

7y    Like    Reply

Jason Arndts
I don't see people complaining about Nintendo doing it for Legend of Zelda...

7y    Like    Reply                                                       10

Gerry Alden
Jereme Seaton thanks for educating me on what 'lore' is, I was struggling to understand...nope sorry, can't keep up the pretence. You sir are a dick too! Many many successful franchises have spin off stories, back stories etc etc. Why is it a problem when this particular game extends the reach and volume of their narrative. Nice try, but seriously; grow up

7y    Like    Reply                                                        8

Aashay Anjaria
Gerry Alden you're right. I've said this all along. Gamers think they are entitled to content and merch. Bungie is a business that needs to make money. I don't understand the philosophy of getting upset when bungie releases something new. Of course it will cost money, why would it be free? Also, they aren't forcing you to buy it. Lore exists online, if you don't want the book, go read it online, problem solved. Why don't people rage at other games releasing paid dlc and merch? Overwatch has plenty of expensive merch but that's apparently not a problem. Loot boxes have terrible rng, but apparently no one cares...

7y    Like    Reply    Edited                                            8

Clint Chapman
But I paid for the game, everything else they create should just be shipped to me as it's created

7y    Like    Reply                                                        4

Matt Cox
what if i cant find something in game with the lore i want to know? what if i dont play destiny enough to find every specific piece of lore? this way i can read it all without wasting timei looking.

7y    Like    Reply

Zhak Uluthrek
It's not the fact it costs in the first place, it's the unjustified prices Bungie demands. No other game requires you to pay this much to access so little. Also this is lore, lore is supposed to be within the game, it's an essential part of creating an immersive world. Actually step back and look at it instead of being a blind fan.

7y    Like    Reply                                                        2

Zhak Uluthrek
Matt Cox great example of how poor the game is.

7y    Like    Reply

Joel Hole
Shutup incel

7y    Like    Reply

Kyle Beyak
You guys are a bunch of entitled morons. What gives you all the right to tell us what CONTENT should be and to WHOME? This goes not only for the dick-riding fans, but to you as well Gerry Alden. If you're telling us all to grow up because you're telling us that this version of CONTENT is "real lore." I'm sorry then you must all take a hard good look at yourselves first before telling anybody what CONTENT is!

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

Page 8 of 20

BNG-00091634

C-bungie-0000012039



Bungie's Post

Joel Hole
Shutup incel

7y · Like · Reply

Kyle Beyak
You guys are a bunch of entitled morons. What gives you all the right to tell us what CONTENT should be and to WHOME? This goes not only for the dick-riding fans, but to you as well Gerry Alden. If you're telling us all to grow up because you're telling us that this version of CONTENT is "real lore." I'm sorry then you must all take a good look at yourselves first before telling anybody what CONTENT is!

7y · Like · Reply · Edited

Craig Curran
FYI: *self-entitled* 'Entitled' means they actually are entitled to it.

7y · Like · Reply

Gerry Alden
It's a state of mind, and in their minds they are indeed entitled

7y · Like · Reply

Craig Curran
Gerry Alden Right, hence the 'self'. Just a friendly FYI.

7y · Like · Reply

Gerry Alden
Hmmmm, interesting indeed. However, I can't help thinking you are more predisposed to 'trolling' than actually redressing my linguistics. Therefore, please feel free to also adopt the sobriquet of 'Dick'. I was going to write a longer more detailed note, referencing evolution of language and the misappropriation of definition in common parlance, but I can't be arsed.
Oh, and above where I use the word "interesting", please feel comfortable replacing it with "arse-gravy".

Adieu dear Craig

7y · Like · Reply

Kyle Beyak
Gerry Alden

"It's a state of mind?" I'm sorry that's not how the world of Destiny works. Everybody can complain about something if they wish. It's not about you players wanting to talk trash over others just because ur "state of mind is self entitled." Please get a clue all of you. #Respect

7y · Like · Reply

Kyle Beyak
Craig Curran

Actually no they aren't. That's not how it works. You two can agree and do whatever, but in reality two rights don't make up the Truth. It just shows immaturity. #Respect

7y · Like · Reply

Lawrence Park
did you buy an expansion to get that off your chest?

7y · Like · Reply

Gerry Alden
Lawrence Park your question makes no discernible sense.

7y · Like · Reply

Nonoa J. Aiono
Lol it's now considered entitled to expect the lore to be in the game?

7y · Like · Reply

Gerry Alden
Crikey Nonoa, talk about completely missing the point.
However, I am considerably more worried about your inability to correctly handle firearms.
Much as I would genuinely love to hear your explanation (I wouldn't actually, I'm sure it would be dull), I am switching off notifications for this post now. It has been fun though (no, it hasn't).
🫠🫠🫠

7y · Like · Reply

Zhak Uluthrek
Gerry you had no point. You're just supporting poor business practices.

7y · Like · Reply

Kyle Beyak
Gerry Alden

You got nothing to prove here....

7y · Like · Reply

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT
Page 9 of 20
BNG-00091635



**Bungie's Post**

□□□□
7y   Like   Reply

**Zhak Udhrek**
Gerry you had no point. You're just supporting poor business practices.
7y   Like   Reply

**Kyle Beyak**
Gerry Alden
You got nothing to prove here....
7y   Like   Reply

**Kyle Beyak**
Gerry Alden
Lawrence Park actually did make sense..
7y   Like   Reply

Reply to Gerry Alden...

**Dalyn Cessac**
When I preordered this I noticed there was also vinyls for the soundtrack to preorder but they were already sold out 😕 I hope they will be available again as I would love to get the soundtrack on vinyl to join my vinyl collection.
7y   Like   Reply

**Tyler Boston**
Available for Pre-order. If you do are-order you get the table of contents for free. The deluxe edition pre-order gets you a hard cover. But oh no its not complete without the season pass which for only $30 (if you buy them separate its $30 for each) you get 2 chapters that were actually originally part of the book but we decided to take them out. And they're only about 3 paragraphs.
7y   Like   Reply                                                                    3

**Brian Holsonback**
Should we expect more things you took out of the game to be made in to books? "Weapon Perks" the Book?
Come on man....
7y   Like   Reply   Edited                                                            6

**Lachlan Munns**
You can easily access existing lore for free and lore is being added into the game in the forsaken dlc. This is just an option to buy it in a fancy book
7y   Like   Reply

**Alex Musicman**
Don't you buy books of things that are already free or already own??? Saaay internet books or Windows books or Parenting books,etc, you know how Merchandise works right? You have a Product, you make merchandise around that product and you sell it. SMH.
7y   Like   Reply

**Joel Abraham**
Why so salty?
"Weapon perks" will get their own movie. It will be the first in a series of theatrical releases for things removed from Destiny like "fun" and "any point in playing at all" 😄
7y   Like   Reply

**Marco Mireles Asesino**
That's a low blow dammit 😬 😄
7y   Like   Reply

Reply to Brian Holsonback...

**Jonathan Koldys**
Here come's the tidal wave of wine babies saying lore should have all ready been in the game...lol..brace yourself...I've never seen a community ungratefully cry more than us....(The Destiny community)
7y   Like   Reply                                                                    37

**John Brishaber**
Check out the magic the gathering community. Their internet outage mobs are redic lol
7y   Like   Reply                                                                    3

**Tyler Boston**
Ungrateful? So you're happy with being spoon fed shit DLC after shit DLC? You're happy that there's no creativity when it comes to well....ANYTHING in that game? Instead of building on what they had already accomplished in Destiny 1 they decided to make a whole new shit game devoid of any real depth and story and raid and good weapons and good supers or just a balanced game in general?

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

**Bungie's Post**



John Brishaber
Check out the magic the gathering community. Their internet outrage mobs are redic lol
7y   Like   Reply

Tyler Boston
Ungrateful? So you're happy with being spoon fed shit DLC after shit DLC? You're happy that there's no creativity when it comes to well....ANYTHING in that game? Instead of building on what they had already accomplished in Destiny 1 they decided to make a whole new shit game devoid of any real depth and story and raid and good weapons and good supers or just a balanced game in general? Making all of our progress and journey on D1 obsolete because they want to drain us of more money? If so then keep on playing Destiny 2. Let me know when a company actually gives 2 fucks about their customers.
7y   Like   Reply

Danny Perkins
While I don't entirely disagree with what you're saying here, the entire community was done wrong by aspects of the bungie story team. At some point large sections of canon were determined not to be, and there hasn't been any kind of sufficient continuity and content "patching" done. This product being advertised may be regarded as the literal and physical official canon, which will be interesting to see how it all ends up.
7y   Like   Reply

Jonathan Koldys
Tyler Boston wrong... they had too bring it back to baseline.... the power fantasy namd weapons were getting out of control...they reigned it in more for the casual crowd and it blew up in thier face. They essentially lost a hardcore crowd. And the last DLC warmind wasn't that bad stop being overdramatic.
7y   Like   Reply

Jay Endless
I prefer Pinot Grigio but I gotta say I'm getting a taste for red lately, too
7y   Like   Reply

Jonathan Koldys
Joshua Pearl very underrated comment.
7y   Like   Reply

Tyler Boston
Jonathan Koldys. Warmind was hot garbage. Raid Lairs? Instead of making a full blown new raid in a different location? The whole point of being a Guardian IS TO BE OVERPOWERED. Like they can't die...lol if that's not overpowered then I don't know what is. The weapons in D2? Boring. Armor? Boring. There is nothing unique about D2. They basically said hey lets just put out a game with little to no substantial content, with a 4 hour story, little to no replayability value and then choose not to communicate to the fan base about those problems. But then expect us to shell out any where from $80 to like $120 if we want to play what was originally supposed to be in the game IN THE FIRST PLACE. How about instead of making a game and then chopping it apart to sell to us later they, instead, make and ship a complete game with a comprehensive story of at least 8 to 16 hours and end game content to actually keep us busy in game. THEN develop more DLC based on the feedback from the community.
7y   Like   Reply

Jonathan Koldys
Tyler Boston Forsaken is going to be dope..I'll bet straight Cash on it...
7y   Like   Reply

Tyler Boston
Jonathan Koldys. Forsaken is cut content from D1
7y   Like   Reply

Tyler Boston
Jonathan Koldys so if you want to pay almost full price for something that should have been released like 5 years ago then be my guest
7y   Like   Reply

Jonathan Koldys
Tyler Boston don't care if it's cut content from E3,
4 years ago...lol... it's starting to look like it's going to be better than the taken King and that was widely regarded as their best DLC ever...the cut comment argument has been beaten into the rug.
7y   Like   Reply

Tyler Boston
Jonathan Koldys you're proving my point. Why pay $60 for a "complete game" then pay additional money to play something that was originally supposed to be in D1 (Let that sink in they're selling you content you should've been able to play in their first game in their second game). My whole point is that Bungie and Activision more specifically are money hungry assholes who don't see customers

Write a comment...

Privacy   Consumer Health Privacy   Terms
Advertising   Ad Choices   Cookies   More

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091637

C-bungie-0000012039

Bungie's Post



**Jonathan Koldys**
Tyler Boston don't care if it's cut content from E3,
4 years ago...lol... it's starting to look like it's going to be better than the taken King and that was widely regarded as their best DLC ever...the cut comment argument has been beaten into the rug.

7y   Like   Reply

**Tyler Boston**
Jonathan Koldys you're proving my point. Why pay $60 for a "complete game" then pay additional money to play something that was originally supposed to be in D1 (Let that sink in they're selling you content you should've been able to play in their first game in their second game). My whole point is that Bungie and Activision more specifically are money hungry assholes who don't see customers but dollar signs. They think we are too stupid to realize it too but only some of us are.

7y   Like   Reply                                                              4

**Jose Carvalho**
Taken King? That where the days, after all that garbage ... Just move on...

7y   Like   Reply

**Tyler Boston**
Jonathan Koldys you're buying into the millions of dollars of hype Bungie put into advertising their game instead of using that money to fix their fucking game

7y   Like   Reply

**Jonathan Koldys**
Tyler Boston I know they are greedy.... my question too you is this...who is not??? Everyone is greedy to a certain extent. Im a grown up dude...so a 20 Dollar dlc is pocket change too me man....for some younger guys living at home in Mom's basement with no cash I realize that $80 is a huge investment... but here's the deal nobody's forcing you to buy it and gave me as a luxury not a right...As a business, they are entitled to sell their product however they see fit, at whatever price.

7y   Like   Reply                                                              2

**Jonathan Koldys**
Jonathan Koldys * gaming is a luxury not a right*

7y   Like   Reply                                                              3

**Tyler Boston**
Jose Carvalho when the Taken King came out I loved it. But now I look back on it now did we love it because it was good (not gonna lie the cut scenes were cool) or because we were so desperate for something new to do we ate up anything they gave us?

7y   Like   Reply

**Axel Rös**
Jonathan Koldys greedy ? CDPR is not. From Software is not. Actually plenty of developers are not

7y   Like   Reply

**Tyler Boston**
Axel Rös i know and I love playing The Witcher 3. But too many big named developers are too worried about money rather than making a working and complete game. I'm just over here playing Overwatch and I haven't spent a dime on it since I bought it. That's my point

7y   Like   Reply

**Jose Cruz**
You couldn't be more wrong but props with being okay with the bare minimum 👏

7y   Like   Reply

**Kelsey Redd**
Tyler Boston what's your idea of a perfect game?

7y   Like   Reply                                                              2

**Kyle Beyak**
Jonathan Koldys
Your post is childish and you have no right telling others they're "cry babies" over something they can't complain about. Take a good look at yourselves in the mirror before saying such ridiculous claims to people thinking that what we say goes. When in reality that's not how it goes.

7y   Like   Reply   Edited

**Sarabjit Singh**
Destiny 1 at it's end was damn near a perfect game. Destiny 2 should have absolutely fucking destroyed every game out there if they had done it right.

7y   Like   Reply

**Liam Randall**
Jonathan Koldys ya but they spoiled their own content months before release so...

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

Page 12 of 20
BNG-00091638

C-bungie-0000012039



Bungie's Post

Your post is childish and you have no right telling others they're "cry babies" over something they can't complain about. Take a good look at yourselves in the mirror before saying such ridiculous claims to people thinking that what we say goes. When in reality that's not how it goes.

**Sarabjit Singh**
Destiny 1 at it's end was damn near a perfect game. Destiny 2 should have absolutely fucking destroyed every game out there if they had done it right.
7y    Like    Reply

**Liam Randall**
Jonathan Koldys ya but they spoiled their own content months before release so..
.
7y    Like    Reply

**David Hernandez**
The saddest thing is that all these lore ARE in the game already, but a lot of these crybabies doesnt even know it
7y    Like    Reply

Reply to Jonathan Koldys...

**Michael Lewis**
No. No No No. A thousand times no. You take it out of the game to SELL IT AS REAL LIFE DLC. ARE YOU SHITTING ME. Fuck off with this shit.
7y    Like    Reply                                                    2

**Seth Hockaday**
They're putting it back in-game in September, but this book is lore from D1, not D2.
7y    Like    Reply                                                    2

**Темгът Симкур**
Yep, denial is first stage.
7y    Like    Reply

**Lachlan Munns**
The lore is freely available on multiple websites. This is a completely optional physical book you can get. So fuck off with your caps lock
7y    Like    Reply

Reply to Michael Lewis...

**John Brishaber**
Though I believe this should all be at a kiosk at the tower for us to access in game...I do like having a physical copy to just pick up and read. Now if only I could get a good hive alphabet/speech translation.
7y    Like    Reply                                                    4

**Lachlan Munns**
Lore is coming for everyone with forsaken
7y    Like    Reply

Reply to John Brishaber...

**Charles Termini**
Want lore? Fucking buy it.
Don't put a codex in the game noooo that's too much effort.
Lazy and embarrassing coming from a name like Bungie.
7y    Like    Reply                                                    70

**Aaron Gockley**
You do realize they are adding a codex to the game in their big fall update...
7y    Like    Reply                                                    34

**Dave Hill**
This comment is everything
7y    Like    Reply

**Jordan Wolfe**
So...basically...you are saying bungie is awful for wanting to make money.............k
7y    Like    Reply                                                    2

**David Larry Santineau**
1. Use your eyes you fool. It's from Destiny 1
2. In game lore is coming with Forsaken
7y    Like    Reply

**Sean Galaga**
Ishtar collective has it all. Sure I'd love for it to be in game but I also don't want to grind for everything that has grimoire attached to it.

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4ol
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT
Page 13 of 20
BNG-00091639

**Bungie's Post**

Jordan Wolfe
So...basically...you are saying bungie is awful for wanting to make money..............k
7y   Like   Reply

David Larry Santineau
1. Use your eyes you fool. It's from Destiny 1
2. In game lore is coming with Forsaken.
7y   Like   Reply

Sean Galaga
Ishtar collective has it all. Sure I'd love for it to be in game but I also don't want to grind for everything that has grimoire attached to it.
7y   Like   Reply

Charles Termini
And yet they're still selling a lore book.
7y   Like   Reply

Enamorado Steven
Leave us alone. People buy fortnite skins but you don't make fun of them... lol
7y   Like   Reply

Charles Termini
oh dude don't get me started on that trash 😂😂😂 can't stand people who do nothing all day but play fortnite
7y   Like   Reply

Joe Coates
Aaron Gockley of course he dosent. That would require him to be into the game and read up on what they have planned each week. You know, actually playing and being invested. Way easier to just post on Facebook and bash it right away.
7y   Like   Reply

Jacob Hicks
Already spent 100 on trash they need more?!?!
7y   Like   Reply

Charles Termini
I'm just saying that this looks like a money grab for something you're already paying for in Forsaken. Like a few people have said already, they're adding a codex to the game (news to me, glad they are.) If that's the case why sell this book? Is it supposed to be a stand alone novel? A more in depth Grimoire? It just looks like a way to lose more hard earned cash to me man 🙁
7y   Like   Reply

Charles Termini
More like I have invested in this product and I'm not happy with my purchase. Doesn't get much more straightforward than that.
7y   Like   Reply

Jessica Vasquez
The book has more content than the game 😂😂😂
7y   Like   Reply

Eramiskel
I mean, to be fair, this isn't new lore. It's the Books of Sorrow.
7y   Like   Reply

Ivann Ap
Don't know what's more lame, Bungie or the people who still think Bungie/Destiny is cool
7y   Like   Reply

Charles Termini
I did not, that's pretty awesome.
7y   Like   Reply

Jordan Wolfe
But....but regardless of charities or whatever...you are saying bungie are awful for wanting to make money by putting out a collector's item. The same thing that Nintendo has done to the legend of zelda a million times over. People are just grasping at straws now to hate bungie
7y   Like   Reply

Charles Termini
I'm not saying they're awful for it, I'm guilty of buying a shit load of collectors items from halo. Only difference is, Halo was a good title. Destiny has continuously let me down to the point where I don't see value in a collectors item.
7y   Like   Reply

Josh Longstaff
You might as well bitch about other franchises like star wars. They made anthology books. So did Halo.

Write a comment...

C-bungie-0000012039



**Bungie's Post**

Nintendo has done to the legend of zelda a million times over. People are just grasping at straws now to hate bungie

7y   Like   Reply                                                                                3

**Charles Termini**
I'm not saying they're awful for it, I'm guilty of buying a shit load of collectors items from halo. Only difference is, Halo was a good title. Destiny has continuously let me down to the point where I don't see value in a collectors item.

7y   Like   Reply

**Josh Longstaff**
You might as well bitch about other franchises like star wars. They made anthology books. So did Halo.

7y   Like   Reply

**Joshua Parr**
Charles Termini because lore enthusiasts have been asking. Im hype for this

7y   Like   Reply

**Carlos Alberto Nava Piedra**
Lol bro you don't have to buy it 😅

7y   Like   Reply                                                                                3

**Jorge Preciado**
It's a collector's item you friggin' dunce. You don't *need^⌐* to buy it to play the game.

7y   Like   Reply

**Christopher Shinobi**
Fucking ding dong, this guy is

7y   Like   Reply

**Chris Brodka**
Its for passionate fans that care deeply for the lore. Its easy to find all of this stuff in videos and podcasts, but some people that love the lore drool over this kind of stuff. I think its pretty cool!

7y   Like   Reply                                                                                3

**Micah Watkins**
Blame Activision for changing things to the point that Bungie couldn't put all the lore in game outside of grimoires.

7y   Like   Reply

**Clint Chapman**
I remember when the only lore you got was from outside the game.

7y   Like   Reply

**Kailash Bryan Black**
Or, god forbid, actually embedding the lore in the game world. With a decent amount of NPC dialogue, more 'scannable' objects, and messages hidden around the maps

7y   Like   Reply

**Jaxen Hartig**
Imagine going from making Halo to this hulking pile of shit

7y   Like   Reply                                                                                🤣

**Jordan Wolfe**
Jaxen Hartig imagine following a page because you like something as opposed to being a bitch troll

7y   Like   Reply

**囧囧 囧**
You entitled fuck

7y   Like   Reply

View more replies

Reply to Charles Termini...

**Ben Miller**
So they deleted the grimoire so they could sell it back to us? Nice Bungie...Real classy.

7y   Like   Reply

**Jonathan Ostland**
Dam bungie, got another $30 outta me

7y   Like   Reply

**Jubal Burkhart**
Mark Oaf this reminded me of you, the Grimoire expert

7y   Like   Reply

View 1 reply

**Erich Nue**
Will there be a german version of this book? Inkl the emblem? 😄 **Bungie**

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

Page 15 of 20
BNG-00091641

C-bungie-0000012039



**Bungie's Post**

Jonathan Ostland
Dam bungie, got another $30 outta me

7y  Like  Reply

Jubal Burkhart
**Mark Oaf** this reminded me of you, the Grimoire expert

View 1 reply

Erich Nue
Will there be a german version of this book? Inkl the emblem? 😊 **Bungie**

7y  Like  Reply

Allen AllDay
So that's what Bungie was doing instead of working on this shitty ass game!!

7y  Like  Reply

Leo Gomez
So is it actually gonna be physical copies of the original grimoire and lore

7y  Like  Reply

Eramiskel
BUNGIE YOU HAVE ME 🌰🌰🌰🌰🌰🌰
I'M NOT READY FOR THE MARAID VOLUME. I'M. NOT. READY.

Salvador Saucedo
I want this...but I'm afraid of what the price will be.

7y  Like  Reply          2 👍

View all 2 replies

Oli Williams
Buying something else that should be in game ? Um No.

7y  Like  Reply

View 1 reply

Jason Spears
I love destiny, but they should put the grimoire in the game.

7y  Like  Reply

Darius Midalin Mihai
Now, I don't mind a hard copy for collectors... But all of this should be in the game anyways. Either you put it up or people will scan every page and put it in a pdf, but you can't just lock lore behind a paywall...

7y  Like  Reply

View 1 reply

Erik Melendez
I ordered it, but didn't login (used fast checkout). Will I still get my emblem?

7y  Like  Reply

View all 4 replies

Levi Ray Dunn
This will make a nice addition to my collection.

7y  Like  Reply

Sandra Burger
**Mai Siegenthaler** wollte es eben bestellen.. 25$ Shipping +Buch sind 50 $ .. warte .. Nope 😕

7y  Like  Reply  See translation

Garrett Wizzard Pearson
**Katie** now here's something I would read!

7y  Like  Reply

Brandon Cramer
**Alex Hirsch** I feel like this is something you should know about.

7y  Like  Reply

Mesba Bhuiya
**Rezaul Hassan** look, a real book of sorrow I'm so sad it took this long

7y  Like  Reply

Danny Escamilla
Why is there still people complaining following the game? Seriously just jump ship already and stop wasting time in commenting. 😑 🚢

7y  Like  Reply

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

Page 16 of 20

BNG-00091642

C-bungie-0000012039



Bungie's Post

Alex Hirsch I feel like this is something you should know about.

7y    Like    Reply

Mesba Bhuiya
**Rezaul Hassan** look, a real book of sorrow
i'm so sad it took this long

7y    Like    Reply

Danny Escamilla
Why is there still people complaining following the game? Seriously just jump ship already and stop wasting time in commenting. 😄👤

7y    Like    Reply

Nelishka Lahitova
One book, 50dollars to Czech Republic...okey. But why always pay by card? 😕

7y    Like    Reply

View all 10 replies

Steve Atkins
**Josh,** I assume you'll be buying?

7y    Like    Reply

View all 5 replies

Daron Gibson
Speak to me not of the darkness, I want no part...

7y    Like    Reply

Cole Poziembo
**Dylan** ya know only four years late and not in the game. Still gonna buy it though

7y    Like    Reply

Jorge Eduardo Gomez Cuba
Bueno hace tiempo que queria leer algo 😊 **Os, KF** y también tu **Salomon**

7y    Like    Reply    See translation

View 1 reply

Ashley Bowman
**Autumn** I wants it!!!! My preciousssss

7y    Like    Reply

View all 2 replies

Britton Marchand
**John Britt Melissa N. Sackett** - Pretty sure you're my only two friends who will buy this.

7y    Like    Reply

View all 2 replies

Jacques Alexander Katzoff
So you can publish a book full of the game's story, but you can't put it in the damn game?

7y    Like    Reply

Christopher Shinobi
I cant wait to get myself a copy!

7y    Like    Reply

Samuel Espinoza
What does the emblem look like?

7y    Like    Reply

Breanna Maniaci Byrd
**Will Rauchenstein** since, you're literally the only one I know who read the grimoire haha

7y    Like    Reply

Josh Minton
I am so excited to put this on my shelf! Looks amazing!

7y    Like    Reply

Chris Brodka
This is pretty neat, but I wonder how in depth it is.

7y    Like    Reply

John Barney
Why, so they can ignore it some more?

7y    Like    Reply

James O'Mara-Roberts
Will it also be available in places like Waterstones?

7y    Like    Reply

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091643

C-bungie-0000012039



Bungie's Post

**Chris Brodka**
This is pretty neat, but I wonder how in depth it is.
7y   Like   Reply

**John Barney**
Why, so they can ignore it some more?
7y   Like   Reply

**James O'Mara-Roberts**
Will it also be available in places like Waterstones?
7y   Like   Reply

**Ivan Dario Pinilla Torres**
FUCKING FINALLY! 😡 Too bad ppl give a fuck right now about destiny.
7y   Like   Reply
View 1 reply

**Missy Evans**
I have wanted this for a while. Thank you!
7y   Like   Reply

**Andy Englehart**
Nobody reads the lore anyway
7y   Like   Reply

**Matt Burton**
**Nicholas** but it used to be in my app:/
7y   Like   Reply
View all 5 replies

**Daniel Funckers**
Ya para que 😡 terminamos odiando el juego que ni nos interesa ya lo que saquen 😡
😡😡 gracias por hacer tirara mi dinero
7y   Like   Reply   See translation
View 1 reply

**Ashlinn Neko**
Any chance of this being an ebook on Amazon or something?
7y   Like   Reply

**Robbie Vasquez**
If you don't like it, don't buy it you nidiots
7y   Like   Reply

**Joël Dunnink**
Does this ship to the Netherlands also?
7y   Like   Reply

**John-Mark Edmonds**
**Samuel** is this what **Nadia** is going to get you for Christmas?
7y   Like   Reply

**Koffi Komlassan**
Do you just get the cover and the preface and the actual pages are 60 dollar dlc👍 a
page?? 😂😂😂
7y   Like   Reply   Edited

**Kieran Stotter**
I wouldn't mind seeing the Books of Sorrow as a physical book (even though we can
read it online)
7y   Like   Reply
View 1 reply

**Danny Perez**
Take my glimmer you sons of darkness!
7y   Like   Reply

**Josh Eanes**
**Morgan 'Smurfy' Stewart** oh good god, bungo keeps that teeny tiny flame flickering,
dammit. I need this.
7y   Like   Reply                                                😂
View 1 reply

**Paul Hutchinson**
**Ian Rose** you need some new reading material ? That porn mag you own will be well
old now 😜
7y   Like   Reply
View 1 reply

**Jordan Ferneyhough**
So is the it still folklore now or not xD

Write a comment...

Privacy   Consumer Health Privacy   Terms
Advertising   Ad Choices ▷   Cookies   More

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091644

C-bungie-0000012039

Bungie's Post



View 1 reply

**Paul Hutchinson**
Ian Rose you need some new reading material ? That porn mag you own will be well old now 😆

7y    Like    Reply

View 1 reply

**Jordan Ferneyhough**
So is the it still folklore now or not xD God Destiny is a mess right now...

7y    Like    Reply

**Omar Jan**
It would be extremely cool if you guys animated these stories as cgi cinematics to watch in game.

7y    Like    Reply

**Glyn McCallum**
Stop whining peeps you don't have to buy it.

7y    Like    Reply

**Richie Castaneda**
Jordan Peek this would cool for our destiny stuff

7y    Like    Reply

**Ryan Tellier**
If only it was available in game

7y    Like    Reply

**Chad Wolfe**
All we asked for it to be in the game, so you put it in a book. Right on target as usual Bungo!

7y    Like    Reply

**Cloé Cz**
Fabien Trns !!!!! C'est un livre full grimoire & lore je veuxxxxx 😭😭

7y    Like    Reply    See translation

View 1 reply

**Nick Colchester**
This is a cool idea. But you know what's better? All this info, available in-game.

7y    Like    Reply

**R.J. Ramsey**
Did you fix the shit show that is warmind in it?

7y    Like    Reply    Edited

**Bryan Casterlin**
Matt Cesare I like how they have an organized lore, but they are making us purchase it lol. I'm still going to get it, but sheeesh

7y    Like    Reply

View 1 reply

**Benjamin Evans**
Oh that's all you Axel Lopez but I def wana read that too.

7y    Like    Reply

**Dennis Virkus**
Will it be available translated to germany anytime soon?

7y    Like    Reply

**Kyle Louis Henderson**
Somewhere in the land of Brittain... My Name Is Byf has awoken from his slumber.

7y    Like    Reply

**Iago Razzo**
I would buy it if I weren't spending all my money in forsaken

7y    Like    Reply

**Jordan Elie**
Tahir Alhark when your story has to be released 4 years later

7y    Like    Reply

**Jordan Garcia**
Glenn William this is actually pretty cool

7y    Like    Reply

**Severiano Piquero**
Scott Welch too bad the game is dead like your dad.

7y    Like    Reply    4

View all 9 replies

Write a comment...

Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT
Page 19 of 20
BNG-00091645

C-bungie-0000012039



Document title: Bungie - We are proud to announce an upcoming Destiny Grimoire... | Facebook
Capture URL: https://www.facebook.com/Bungie/posts/pfbid02wmnudiBgdekBsw8q3x8fh2znXcKivDjanm2hvEZJvDtsXyW3NH52gmqQ3HeRQF4oI
Capture timestamp (UTC): Thu, 09 Oct 2025 22:18:47 GMT

BNG-00091646

C-bungie-0000012039