# Exhibit P

**Page Vault**

| | |
|---|---|
| Document title: | Instagram |
| Capture URL: | https://www.instagram.com/p/BItatPdFJ5o/ |
| Page loaded at (UTC): | Thu, 09 Oct 2025 14:00:36 GMT |
| Capture timestamp (UTC): | Thu, 09 Oct 2025 14:00:40 GMT |
| Capture tool: | 3.15.0 |
| Collection server IP: | 52.91.178.3 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| PDF length: | 21 |
| Capture ID: | chy122d68eUmVLm1seSXiB |
| Display Name: | abhi |

PDF REFERENCE #:    5G5EQ3ykg4VHCZ7L3A84oD

BNG-00123159

C-bungie-0000014707





Document title: Instagram
Capture URL: https://www.instagram.com/p/BltatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

Page 2 of 20
BNG-00123161

C-bungie-0000014707



1 like  Reply

**yearlongmason** 371w
I preordered mine and I know it says it's coming in the fall but does anyone know when it's going to be shipped?

1 like  Reply

**devilmaycrypodcast** 371w
On its way in the mail :D

Reply

**o_xroku** 371w
Can't wait, i pre-ordered mine right away

Reply

**tom_hochstein** 372w
When is the release?

Reply

**aliss_alan75** 373w
Will it go on sale in Spanish?

Reply

— Hide all replies

**aliss_alan75** 367w
@ez.ca.im_42 arriba las esperanzas.

Reply  See translation

**maridius_photography** 373w
Already preorder it fam

Reply

**salty_chub_rub** 373w
@bungie you have my attention again. Sorry for any previous comments or tweets. If it means anything i was #hangry

Reply

**stitchlabs** 373w
amazing!

Reply

**rallymaster86** 374w
I'd buy this.

Reply

**dariobl87** 374w
Mira que hermosura de libro! @gianmgm14 😍

1 like  Reply  See translation

— Hide all replies

**gianmgm14** 374w
@dariobl87 😍 el libro si me lo compraría ☺

1 like  Reply  See translation

**aesthetic_chili** 375w
Just google the grimoire lol

Reply

**_seantrombley_** 375w
Wait when will this book come out

Reply

**cole_v.2.0** 375w
I want

Reply

**moh_night** 375w
When will it be released!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

Reply

**falconqueso** 375w
😍🙌wow. I have no words.

Reply

**lil_barnecle** 375w
When are you going to bring back trials in destiny 1. If it was still a thing I would 100% be playing destiny 1 again

Reply

**r0bbie_m** 375w
I need a destiny 2 clan I just started 2 days ago already level 26

Reply

**tristan_c2002** 375w
Watch is going to be like 300$ because it's a "collectors" item

Reply

Messages

C-bungie-0000014707



**r0bbie_m** 375w

**tristan_c2002** 375w
Watch is going to be like 300$ because it's a "collectors" item

Reply

— Hide all replies

**cesar__colin** 375w
@dream_5_scream *$25

Reply

**tristan_c2002** 375w
@cesar__colin oof then nevermind

Reply

**micahhughes1** 375w
This is sweet

1 like   Reply

**azuria90** 375w
I loved reading the stories in the app. ☺ Why was that removed? 𝟙 we were all looking for the ghosts. that should have stayed in the game! 𝟙

1 like   Reply

**benfritz141** 375w
First forsaken and the whisper ornaments, then this? How much money do you think I have?

1 like   Reply

**littlewindstar** 375w
I'M BUYING THIS AS SOON AS I CAN

1 like   Reply

**mysogan** 375w
"Let's take the lore from the game and sell it for cash" Y'all dumb as hell, this is for collectors, people who genuinely like the game and would like to hold parts of the game. "They took the warlock emblem and made it a shirt for quick cash". But nobody complains about that.

1 like   Reply

— Hide all replies

**mysogan** 375w
@mysogan what bungie did with this book is cool as hell

Reply

**krissie2983** 375w
Hello I was wondering do you get the emblem if you pre-order or not as I live in the UK and I'm worried about custom charges

Reply

**mr.stealymemes** 375w
The grimoire is in the game this is just for grimoire nerds a youtubers

Reply

**julian_ochoa_** 375w
They literally removed the Grimoire from the game so you can buy missing content yet again.

Reply

**_desouza_noah_** 375w
omg

Reply

**rob_holiday112** 375w
Wtf bungie I've gotten cabal public event 7 times in a row

Reply

— View all 3 replies

**sebas__tiann02** 375w
@trentf7

Reply

**travis_svt** 375w
Glad Matt was able to fix the grimoire that you attempted to abandon

Reply

**m.bayless93** 375w
All the grimoire is still online

Reply

**sarcasticfang** 375w
rest in peace my wallet

Reply

**_oxyclean___** 375w
Yes Finallyl

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

BNG-00123163

C-bungie-0000014707



All the grimoire is still online

**sarcasticfang** 375w
rest in peace my wallet
Reply

**_oxyclean___** 375w
Yes Finally!
Reply

**real_big_guy** 375w
Shut up and take my money
Reply

**f_th0tt_fitzgerald** 375w
Why not in d2 fuckers
Reply

**ernestm3x4** 375w
@evillince Mira
Reply

**mark_macwan_** 375w
Now that's a book worth reading!
Reply

**brayan_kook** 375w
Necesito ese libro
Reply   See translation

**altair_kaslana** 375w
It will be available in spanish?
Reply

**spilldullham** 375w
@lewis_picton94
Reply

View all 2 replies

**imdjprotege** 375w
@djdicknickson bedside read!!!
1 like   Reply

View all 1 replies

**marccchacon** 375w
That'll be about treefitee
Reply

**awholeelkabilly** 375w
I'm looking forward to this
Reply

**i_am.different_** 375w
Too bad you took that aspect out of your game with ghosts. What a shame. One of my favorite achievements!!
@stevenlionheart I see ya bro
1 like   Reply

View all 2 replies

**ernie_erns** 375w
@scrouc
Reply

**velho_zolts** 375w
@yurifiorio @maciezss
Reply

**kitsune_san_** 375w
Translate in french could be great ^^
Reply

**walker_pope_** 375w
YESS
Reply

**kenny._.v** 375w
Of course you'd guys sell it as a fucking book. Instead of putting it IN THE GAME!!! @bungie
Reply

**future_sledneck** 375w
@tamale_trav @s7_cpt_skerpy @garrettburt
Reply

**shvnty.vfx** 375w
So no in game codec?

**Messages**

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT
Page 5 of 20
BNG-00123164
C-bungie-0000014707



Document title: Instagram
Capture URL: https://www.instagram.com/p/BltatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

Page 6 of 20
BNG-00123165

C-bungie-0000014707



**nadrel._** 375w
What is it
Reply

**_pattyrick_7** 375w
byf: *heavy breathing*
Reply

**ryyan.nguyyen** 375w
Whats the exclusive emblem gonna look like when you buy it
Reply

**montana.sly** 375w
@joana_rbab
1 like  Reply

**theadycohen** 375w
the bible does have a sequel after all.
Reply

**octoshepva** 375w
Yes!
Reply

**koshtaballati** 375w
Yesssss
Reply

**jfr_hobbyphotos** 375w
Plot twist. They are only releasing half the book. The other parts can be bought as expansions
1 like  Reply
⌄ View all 2 replies

**stoffy91** 375w
@rydiis89 @ryden87 🙄
Reply
⌄ View all 2 replies

**jeffam21** 375w
Consider this bought
Reply

**cezar.jg** 375w
How much is it?
Reply

**chitownshoto** 375w
This should be in the game not in a book just saying 🙄🙄
Reply

**raquel__never** 375w
I want somebody to buy me this so bad my birthday is soon kiddos okay 😭
Reply

**jss_mk_vi** 375w
@mrs.jenkinsspeedshop be kinda cool 🤙🤙
Reply

**garrettzavaglia** 375w
I want this for Christmas @kzavaglia
Reply

**peesoot** 375w
@sixbuttonking 😂
1 like  Reply

**707hasgoneinsane** 375w
I n V e S t
Reply

**cam_sauce6** 375w
I want it
Reply

**noellimerc** 375w
my life & soul will go into this book
Reply

**zackaj87** 375w
Well it sucks that we have to pay but im still buying it 🙄🙄
Reply

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BltatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



**noellimerc** 375w
@_____ no into danbre

**zackaj87** 375w
Well it sucks that we have to pay but im still buying it 😭😭
Reply

**tpporto** 375w
@kelvingluszszak
Reply

**ismai_557** 375w
When is update bungie?
Reply

**itzy_bitzy_grusilda** 375w
Omg Love Love Love this
Reply

**tombrand86** 375w
Weren't ya, ya know, meant to have put this into the actual game...? For anyone excited about this - shame on you!
Reply

**luke_zillig** 375w
Oh boy I need this now
Reply

**xknvbx** 375w
Ghost written by @my_name_is_byf_ ?
Reply

**dylan_apt** 375w
Wht are you making us pay for something that already should have been in the game??
Reply

**jimmys_the_great** 375w
Hey another way for them to get more monay XD
Reply

**simonefederici12** 375w
@adriano.imp @festaaa__
Reply

**andrea12100** 375w
@_nome_random_ il grimorio è la loro versione della lore
Reply  See translation

**moonstone.libro** 375w
I'm pretty sure this will already feature it, but I'd love a hard copy strictly on the book of sorrows! Possibly with concept art for the hive and worm gods, things all hive related. Now THAT I'd pay top dollar for
1 like  Reply

**j.brown3280** 375w
Oh my God! Fucking yes!!
Reply

**the_boooty_hunter** 375w
There is in italian ? Or any other lenguage diferent from inglish ?
Reply

**kaosnewone** 375w
I want to have this amazing grimore book
Reply

**demon_scout_cookies** 375w
Is this my name is byf?
Reply

**jesusgaroch** 375w
Saldrá a la venta en español???
Reply  See translation

**luckmarbella84** 375w
The money that you want to win.... Destroy the players.. is to sad.#destinyisnotcool
Reply

**jaydenxlynch** 375w
😭😭😭
Reply

**lizardofdoom247** 375w
I've gotta admit the art looks good very good
Reply

Messages 👤👤

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



michaelstellmacher 375w
@dahaka1984
Reply

bw_ruben 375w
@the_sickkevin_777 @gabrielediamante taggo anche te visto che lo comprerai
Reply  See translation  ── View all 3 replies

brantarantino 375w
@dylan_ciarkee
1 like  Reply

matteo.chiarenza 375w
Ma è disponibile anche in italiano?
Reply  See translation

stephengamesau 375w
GIVE ME GIVE ME GIVE ME GIVE ME GIVE ME GIVE ME GIVE ME GIVE ME!
Reply

helaas_xen 375w
@seancamfield I WANT
1 like  Reply  ── View all 1 replies

audimyway 375w
Anyone checked Byf's pulse?
Reply

doncaban 375w
@lscaban
Reply  ── View all 1 replies

fin_fang_foom_v2__ 375w
How much
Reply

z.a.i.d.a.n 375w
@ed10t @samhaan @rimaaah @rixwyn
1 like  Reply  ── View all 3 replies

solarxieex_ 375w
Can't play game but I can play book u know 😁 gotta try hard fixing my network connection
Reply

tommy.websterrr 375w
For those who somehow still have money after all the bullshit bungie has put you through
Reply

powerplayparks 375w
@pompey_1991
Reply  ── View all 1 replies

mike_langlois 375w
@prinklie christmas present sorted
Reply

rracco6 375w
JUST TAKE MY MONEY
Reply

zohair_osama 375w
Bungie killing it this week XD
Reply

oggamecloth 375w
I've been asking for this for sooo long
Reply

doublemickey 375w
W A N T.
Reply

the_hammer_04 375w
I mean yes this is awesome, but shouldn't this have come out a LONG time ago? And maybe also in the game
well?
Reply

Messages 🗨

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT
Page 10 of 20
BNG-00123169
C-bungie-0000014707



**doublemickey** 375w
WANT

**the_hammer_04** 375w
I mean yes this is awesome, but shouldn't this have come out a LONG time ago? And maybe also in the game as well?
Reply

**hip_on_the_know** 375w
Imma nut
Reply

**doelli90** 375w
@cho_cobo genau dein Ding 
1 like  Reply  See translation
⎯ View all 1 reply

**ultima_finality** 375w
Yas, got mine! 
Reply

**samsouthern16** 375w
@james_hale123
1 like  Reply

**ilbriga** 375w
I'd love to buy it on the store,but my Destiny 1 t-shirt never arrived...in one year...
Reply

**erickapocalypse** 375w
@mack.tackk @caaalli @darthdemogorgon instant buy! 
1 like  Reply
⎯ View all 2 replies

**krasse_calzone** 375w
Just 399
Reply

**ianduare2** 375w
You did a good job copying super from Overwatch game
1 like  Reply

**reivinsparda** 375w
I need 
Reply

**axel_grd26** 375w
available in french?
Reply

**scarlitomalone** 375w
Gimme @j_swizzleee
Reply

**fardelliandrea** 375w
@daniele_zanardini ok, io lo prendo
1 like  Reply  See translation
⎯ View all 1 reply

**timotheeluced** 375w
I want this over the game..
Reply

**ericssecretstash0** 375w
FINALLY!!
Reply

**jnickerson93** 375w
@macattack_94 i need this
1 like  Reply

**dangerouslysuicidal** 375w
This made my night
Reply

**fasterdammit** 375w
@adodge79
Reply

**spacet3500** 375w
OH YEAHHHH!!!
Reply

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT
Page 11 of 20
BNG-00123170
C-bungie-0000014707



**tasterdammit** 375w
**spacet3500** 375w
OH YEAHHHH!!!!
Reply

**bradybarnes2007** 375w
I'm getting that asap
Reply

**shaneerinelvis** 375w
UK distribution?
Reply

**punkvomit** 375w
Yessssss
Reply

**tjcabl22** 375w
I stopped playing but TBH I always thought destiny lore is pretty cool tho
Reply

**elliotrampulla** 375w
This should've been out during the first game
Reply

**laura__leslie** 375w
@skiebgaming
Reply

**nicola_cappelletti** 375w
@bungie could we expect other language versions? (i.e. Italian version) Thank you!
Reply

**sora.one** 375w
@dasolii Wurde auch mal Zeit!
Reply   See translation

**the.eryk.donovan** 375w
Fucking hell.....
Reply

**adrianjuar_one** 375w
fix your servers !!!! I can not join PS4 .. quickly solve that problem
Reply

**c.slaunwhite** 375w
@instamac1990
Reply

**oscarpacheco117** 375w
@edgar_wake no mames, el libro del grimorio :')
Reply   See translation

**james_zinghini** 375w
@crispycub
Reply

**zeger010** 375w
@aladar222 ??? Buy ???
Reply
⎯⎯ View all 1 replies

**adrian.ifnoti** 375w
Y'all know how to take my money
Reply

**felipowerrrr** 375w
Pls bungie put grimoire on your website or in game FREE but not in a book !!!!!!
Reply

**artmrnd.wav** 375w
Will it come to Brazil?
Reply

**thiagotapia** 375w
@leoncio227 tavaaa na horaaaaaaa
Reply   See translation
⎯⎯ View all 1 replies

**sorryhoniforgor** 375w
⬜⬜⬜⬜
Reply

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT
Page 12 of 20
BNG-00123171
C-bungie-0000014707



thiagotapia 375w
Reply  See translation

View all 1 replies

sorryhoniforgor 375w
Reply

jeanlg._ 375w
Thank God Bungie I love this yess
Reply

diego_cuenca8718 375w
E book. E book. E book. E book.
Reply  See translation

chadthe_man1 375w
Gotta need to buy that
Reply

jakub_sidyk 375w
Put this In-game assholes, don't make 
Reply

sam_mitche 375w
@pappamatt_x
1 like  Reply

deleted_account_making_new 375w
@garrison438 of sorrow
Reply

alchemic.giant 375w
@jedlaloh woah! Put it in game 
Reply

deleted_account_making_new 375w
Does the first issue include the books
Reply

austineusd 375w
HOLY FUCK THISS OS NOT A DRIL L
Reply

mr_kex_ 375w
Will it come in different Language ? @bungie
Reply

j.peezyy 375w
@chris_pee1 
Reply

livviiy 375w
@thelo_kafe
Reply

l._peterson 375w
You can write a book, but not a decent plot for your game? Seems like the priorities are a little out of wack over there.
Reply

ericactual 375w
 I want it
Reply

matty_gleason 375w
He got his wings from akka the worm god who is slain in 3.9 not 3.8
Reply

josh412._ 375w
What is this selling grimoire after removing it from game bs
Reply

notsamcoon 375w
Yes!
Reply

dionnecay 375w
I absolutely have to have it!!
Reply

llooneyyyy 375w
Nice move bungie
Reply

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



**dionnecay** 375w
**@** I have

Reply

**llooneyyyy** 375w
Nice move bungie

Reply

**wesmeadowsphoto** 375w
Yessssssssssss!!!!!!!!!!

Reply

**rolo_lord** 375w
@king.crig

Reply

**t_manthehero** 375w
Somebody @byf!!!!

Reply

**don_milo_don** 375w
Now that's a really fucking great news,

Reply

**tiarnan_oroarke** 375w
@obsidianix

Reply

**ezrangakuru** 375w
@nate77765 🫠

1 like    Reply

**ethan_perritano** 375w
Why the hell are loot box's in destiny?

Reply

**frankielara** 375w
Oryx and Xol 🔥🔥🔥🔥

Reply

**ndoranxftw** 375w
I hope its more than "folklore"... Please un-retconn

Reply

**alisonlili03** 375w
@jorgehidalgo0224 veaaaa

Reply    See translation

**realalizabelle** 375w
So you are selling lore. Just make grimoire a thing again like in D1.

1 like    Reply

**spartanminipaints** 375w
@kennethcrew @joedonuts ....I pre-ordered it.

1 like    Reply

　　　　View all 1 replies

**andrew_pooter** 375w
Just preordered

Reply

**sekriion** 375w
Finally.

Reply

**jarecakes_** 375w
It better be hard cover

Reply

**michael_sandoval33** 375w
Byf is going to go ape shit

Reply

**kiwi.drei** 375w
YEEEEEEESSSS

Reply

**armoredweasel** 375w
All these fucking cry babies - go play another game if you hate Bungie so much. 😂😂😂

Reply

**hammerovthegods** 375w
@ghostraveler

Reply

🔲 More

🔲 Also from Meta

🔲 Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



**hammerovthegods** 375w
@ghosttraveler
Reply

**crawn135** 375w
@van_halessa necesito esto o.o
1 like  Reply  See translation

**willy_lilegdon** 375w
NUT
Reply

**vantawave** 375w
But no grimoire for D2....:
Reply

**cabernathy99** 375w
Yet another money grabbing stunt by bungie
Reply

**devilmaycrypodcast** 375w
I'm happy-crying right now 😭 I've wanted this since day 1, in 2014. Day 1...I can't even express my gratitude right now. Destiny has always had a literary feel, Tolkien-meets-Asimov...right from the Alpha Lupi poem teasers. I wrote an essay on this game's remarkable gravitas and timelessness when it comes to it's prose, be it Grimoire entries, dialogue or descriptions. I am buying this, right *now*. And I will support any and all material that puts Destiny on the page. I love you, @bungie. Thank you so much for honouring the Destiny universe's magnificently full-of-potential premise, and the folks like myself whose most-loved aspect of Destiny is the lore and world :_)
Reply

**sovereignbank** 375w
This is must-have.
Reply

**brunogheler** 375w
@ren_prado
Reply

**jreyinsta** 375w
copping rn
Reply

**han_9604** 375w
Does it have the books of sparrow in it ????
Reply

**xmatooh** 375w
@rorro.silva11
1 like  Reply
⎯⎯ View all 1 replies

**n7avenger** 375w
It says the bibble
Reply

**skyscraper_war** 375w
@bungie where can I buy this
Reply

**tristenjnelson** 375w
DOPE!!
Reply

**sinnicmusic** 375w
I want this so bad!! But shipping 😭
Reply

**max__bailey** 375w
@aj.strope
Reply
⎯⎯ View all 1 replies

**workinclassjack** 375w
But is it in the game tho
Reply

**kimjongilliest** 375w
Maybe with all the sales from this you guys can lower the price of Forsaken
Reply

**alexandre_doucet_6** 375w

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

BNG-00123174

C-bungie-0000014707



Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

But be it in the game tho

**kimjongilliest** 375w
Maybe with all the sales from this you guys can lower the price of Forsaken🙏✌
Reply

**alexandre_doucet_6** 375w
Where is the quest
Reply

**jhn.idk** 375w
A lore Masters wet dream
Reply

**bansealgaire** 375w
I've been waiting for this.
Reply

**juan_jesus_61** 375w
Lo quiero lo quiero!!!!!! 😍😍
Reply   See translation

**vbpk842** 375w
OMG YESSS
Reply

**ittsthepitts** 375w
Just here for the comments 😂. Annnnd to autistically screech "ItS a DeAd GaMe"
Reply

**thom_uhlir** 375w
@xxstincexx
Reply

**shoyo_steve** 375w
@b_dubz14 @i.am.jip
1 like   Reply

**the_nabiro** 375w
It's.... beautiful 😭
Reply

**nain_1010** 375w
Saquenlo traducido al español (Y bajenle a forsaken xd)
Reply   See translation

**ec0tt** 375w
It's only fucking YEARS LATE
1 like   Reply

**dathpanda** 375w
@mybestfriendisawhale I want this!!!!!
1 like   Reply

**gabriel_dasaev** 375w
@tahiyira_ ya esta anotado dentro de mis regalos de navidad 🎄
Reply   See translation
            View all 1 replies

**rorza_** 375w
Good stuff can't wait
Reply

**mattyshave88** 375w
@hank_lacan
Reply

**joao.rocha7** 375w
@my_name_is_byf_
Reply

**notolliehogan** 375w
@my_name_is_byf_
Reply

**yaser.henareh** 375w
Yo does this mean we will see what Savathun, Xivu, The Osmium King, and Taox looked like?
Reply

**1daleex** 375w
No money :(
Reply

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BltatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT
Page 16 of 20
BNG-00123175
C-bungie-0000014707



**yaser.henareh** 375w
Yo does this mean we will see what Savathun, Xivu, The Osmium King, and Taox looked like?
Reply

**1daleex** 375w
No money :(

**sleepiestsadboy** 375w
@inexactnote @failingardy @fatchecker @buddhaowns @zergiggz @firie124 @johnbarrick98
Reply

**1brianoliveira** 375w
@marco_bessa se não fosse custar 60$ Donalds, eu compraria
1 like  Reply  See translation
⎯⎯⎯ View all 1 replies

**marc_p__** 375w
Grimoire is boring as fuck, you shouldn't be proud of shit
Reply

**_daniel_salkeld_** 375w
This is actually cool since you can just read it but it should still be in the game
Reply

**lilacpilly** 375w
@rjfisk96
Reply

**php.schlxer** 379w
Will the book also be available in other languages ? @bungie
Reply

**theepicgamer920** 375w
@destiny_factss
Reply

**zane.loose** 375w
@c3mills @joshwa.yates
Reply

**jermaphobe_ocd** 375w
This would have been nice, like , a year or 2 ago. This is going to flop
Reply

**tdavy147** 375w
@robbie.england.10
Reply

**max_greerrr** 375w
Where's the 'buy now' button?
Reply

**richie_garcia02** 375w
Will it be in the game?
Reply

**arkhamwells** 375w
Oh my I love it. Finally no more YouTube
Reply

**lowkey_.shaneee** 375w
Bungie, I love and hate your company. Destiny 2 has so much potential. Dreaming City better be the best raid I've ever seen and by doing it I better get amazing looking armor with amazing perks. On top of that, might I say the Leviathan, EoW, and SoS sets look like trash and are useless. Destiny 1 sets were so much better. I look forward to an amazing new set of armor and weapons. Also, for some reason I like the book idea. I would definitely read it. Please don't let us down. I have grinded the hell out of destiny 2 and I have all characters at 385 with full escalation gear because I believe in the game. I hope to see better mechanics and hope the event will be fun.
Reply

**sykoru** 375w
Who is the Ecomene? A species that was obliterated by oryx?
Reply

**ichirito** 375w
My friend and I were making our own little thing summarizing it lmao. It was our notes trying to figure stuff out and have quick notes.
Reply

**mr.holland87** 375w
Just pre ordered the book this is so sweet. I love destiny lore. Oh yeah Byf going to be pissed lol
Reply

**desley_vanhee** 375w
Wtf you firrst removed it and now we need to pay for the grimoire if we want it ?

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BltatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT



Instagram

Home

Search

Explore

Reels

Messages

Notifications

Create

Profile

**michaelandryts**
Just pre ordered the book this is so sweet. I love destiny lore. Oh yeah Byf going to be pissed lol

Reply

**desley_vanhee** 375w
Wtf you first removed it and now we need to pay for the grimoire if we want it ?

Reply

**andrew_that_one_dude** 375w
After buying your 40 buck expansion, your 30 buck side expansion with all the mini dlc, and your 60 dollar game, I no longer have any money to buy a pathetic book full of info that should have already been put into the game.

Reply

**mr.holland87** 375w
About to pre order it now

Reply

**maxyg423** 375w
@spam_for_the_chicken

Reply

**brandononeillofficial** 375w
Damn

Reply

**ideathdev_** 375w
Only in english available? :(

Reply

**jwaugh25** 375w
@zer0kooll

Reply

View all 5 replies

**el_pinche_migue** 375w
@jared_jvh esto no me lo pierdo por nada del mundo

Reply   See translation

**roob_tha_boob** 375w
Will there be one in the nightstand drawer in most hotels?

Reply

**rossbellamy0** 375w
There's no plot, though

Reply

**harri.myles** 375w
Aye. Anyone know if whisper quest is back out??

Reply

**_melaniebeth** 375w
@farrellcathey

Reply

**jan_hermann_fricke** 375w
Can i buy the book in German?

Reply

**j.b.koonce** 375w
DUDE WHat?! Yes!!

Reply

**habitual_line_steppas** 375w
That looks dope it can go next to my legend of Zelda 25 anniversary hyrule historia same style book woot

Reply

**dirtydan2125** 375w
Uhmmmm. YES!!!

Reply

**austin_renk09** 375w
What the fuck is this

Reply

**rodes116** 375w
Ordered and waiting on the porch for it...

Reply

**kingfisher_karl** 375w
@warlock2134

Reply

**jan__0_3** 375w

More

Also from Meta

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BltatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

C-bungie-0000014707



C-bungie-0000014707



**pc_specops** 375w
Wow I'm actually impressed Bungie! Don't really want to be deciphering a book during gameplay though. Try adding it to dialogued gameplay as well, it's much more immersive!

**timwiddo** 375w
Even though i dont like d2 that much i loved d1 and the lore kind of got me so im probably gonna buy
Reply

**_popemobile** 375w
About time.
Reply

**lolalolaay** 375w
@rafaellatattoo
Reply

**aarronelsewhere** 375w
Thank you Bungie!!
Reply

**iprefernate** 375w
HOLY SHIT
Reply

**pro_trainee** 375w
Yessss
Reply

**n0biss** 375w
WOOOOO!
Reply

**rezaie_esh** 375w
This should've been in the game. I hope it's not overpriced.
Reply

**bigslimez65** 375w
The nerd in me says "TAKE MY MONEY"
Reply

**charlypev** 375w
@zmart.cl cuando tengan esto a la venta por dios publiquenlo
1 like  Reply  See translation

**cole_ven** 375w
Is going to be in Spanish..?
Reply

**jonathonwarren** 375w
Oh my god •_• - I've been looking for this since the beginning.
Reply

**thesaladfox** 375w
The sacred texts!
Reply

**chris_beaudreault** 375w
Already preordered!
Reply

**c_dagz** 375w
Put this in the game! Not in the website, not in a comic, not in a book, in the game!! It's bad enough you wanna squeeze hundreds of dollars out of your players but now you want us to pay for the lore too?! Come on! You're making EA and Activision look good
Reply

**jaqofalltrad3s** 375w
Mine!!!
Reply

**ontherocks85** 375w
Should have put it in the game and bring back exploration. Spent countless hours exploring D1 for dead ghosts, calcified fragments, and siva clusters.
Reply

**destiny_thememe** 375w
THE SACRED TEXTS!!!
1 like  Reply

**therealandrewwest** 375w
Free pls? I mean you've somehow gotten us to dump a butt load of money into your "game" so...
Reply

Messages

Document title: Instagram
Capture URL: https://www.instagram.com/p/BItatPdFJ5o/
Capture timestamp (UTC): Thu, 09 Oct 2025 14:00:40 GMT

Page 20 of 20
BNG-00123179

C-bungie-0000014707