11/10/25, 3:29 PM    Destiny Grimoire Anthology, Volume I (Destiny Grimoire, 1): Inc, Bungie: 9781957721002: Amazon.com: Books

Case 2:24-cv-02387-SM-MBN    Document 60-18    Filed 11/11/25    Page 1 of 1

You are viewing a sample of the **Kindle** version     Share link    Close

< Back to store    Destiny Grimoire Anthology, Volum…

## Destiny Universe Created by Bungie

To our community, You've become the main characters in the stories we tell. You've filled our worlds with your light and your friendship. Thank you for your passion for our games and for each other. Most of all, thank you for playing.




Location 17 of 166 • 1%