MINUTE ENTRY
NORTH, M.J.
NOVEMBER 12, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MATTHEW KELSEY MARTINEAU                    CIVIL ACTION

VERSUS                                       NUMBER: 24-2387

BUNGIE, INC. ET AL.                          SECTION: "E"(5)

A settlement conference was conducted on this date before the undersigned Magistrate Judge.

    PARTICIPATING:   Stephen R. Barry    Tamar Y. Duvdevani
                                  Ted M. Anthony     Sarah MacDonald

Negotiations were successful and resulted in the settlement of all claims.

The Court thanks counsel and the parties for their efforts in bringing this matter to an amicable resolution.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY:
HONORABLE SUSIE MORGAN

MJSTAR (03:20)