UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| MATTHEW KELSEY MARTINEAU,<br><br>        *Plaintiff*,<br><br>  v.<br><br>BUNGIE, INC., a Delaware Corporation; DOES 1-10, inclusive,<br><br>        *Defendants*. | CIVIL ACTION NO. 24-cv-02387<br><br>JUDGE SUSIE MORGAN<br><br>MAGISTRATE JUDGE MICHAEL B. NORTH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Matthew Kelsey Martineau and Defendant Bungie, Inc. hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs.

Plaintiff Matthew Kelsey Martineau retracts his claims of copyright infringement against Defendant Bungie, Inc.


*/s/ Ted M. Anthony*
Ted Anthony (#21446)
Babineaux, Poche, Anthony & Slavich, LLC
P.O. Box 52169
Lafayette, LA 70505-2169
Telephone: (337) 984-2505
Facsimile: (337) 984-2503

AND


Barry Rome & Scott
Stephen R. Barry (#21465)
A Professional Law Corporation
612 Gravier Street

/s/ *Tamar Y. Duvdevani*
**DLA PIPER LLP (US)**
Tamar Y. Duvdevani (*pro hac vice*)
Jared Greenfield (*pro hac vice*)
1251 Avenue of The Americas, 27th Fl.
New York, New York 10020
Telephone: 212-335-4500
tamar.duvdevani@us.dlapiper.com
jared.greenfield@us.dlapiper.com

AND

IRWIN FRITCHIE URQUHART MOORE & DANIELS LLC
Darleene Peters (#25638)
Connor W. Peth (#39499)

New Orleans, Louisiana 70130
Tel: (504) 525-5553
Email: sbarry@barryrome.com

*Counsel for Plaintiff*

Irwin, Fritchie, Urquhart & Moore, LLC
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: 504-310-2100
dpeters@irwinllc.com
cpeth@irwinllc.com

*Counsel for Bungie, Inc.*